UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-CR-148-LTS |
| ) | |
| TAREK MEHANNA ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the complaint, affidavit in support thereof, and any related papers be unsealed. In support of this motion, the government states that the defendant was arrested on November 8, 2008, and these documents no longer need to be sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ALOKE CHAKRAVARTY and
JEFFREY AUERHAHN
Assistant U.S. Attorneys

Date: November 10, 2008

*Motion allowed. Judith Gail Dein, USMJ 11/10/08*