# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CASE NO. 08-148-LTS

United States
**PLAINTIFF**

Al Chakravarty
Jeff Auerhahn

**COUNSEL FOR PLAINTIFF**

Tarek Mehanna
**DEFENDANT**

J.W. Carney - Retained

**COUNSEL FOR DEFENDANT**

JUDGE Dein    CLERK Quinn    REPORTER DR

## CLERK'S NOTES

| DATES: | |
|---|---|
| | 1st App. held |
| 11:39 | USMJ Dein informs dft of his rights and charges; dft has retained counsel; Govt. moves for detention |
| 11:42 | and continuance. dft and Govt. seek detention/PC hearing for Nov. 17, 2008 before USMJ Sorokin. USMJ Dein orders the defendant detained pending hearing on 11/17/08 - Dft. is remanded to the custody of US Marshal. |