UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )    NO.   08-148-LTS |
| | ) |
| TAREK MEHANNA | ) |

## DEFENDANT'S SUBMISSION OF ADDITIONAL CHARACTER LETTERS

The defendant, Tarek Mehanna, respectfully submits the attached three character letters in support of his motion for release on bail. Mr. Mehanna respectfully requests that the court consider these letters, along with the letters already submitted.

Tarek Mehanna
By His Attorneys

CARNEY & BASSIL

/s/ J.W. Carney, Jr.
J. W. Carney, Jr.
B.B.O. # 074760
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566  tel
617-338-5587  fax
jcarney@CarneyBassil.com

Dated: November 20, 2008

Khaled Abdelkader, MD
30 Latura St.
Shrewsbury, MA 01545

November 17, 2008

Honorable Leo T. Sorokin
United States Magistrate Judge
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

I am writing on behalf of Tarek Mehanna. I am an attending physician in the UMASS Memorial Health care system for the past fourteen years. I am also an active member of the Islamic community of central Massachusetts. I served as the Chairman of the Board of Trustees of the Islamic Society of Greater Worcester. I am currently the vice president of the Board of Trustees of Alhuda Academy in Worcester, MA.   I have had the pleasure of knowing Tarek and his family for the past several years; especially in the last year, as he became more involved in the activities of the Worcester Islamic Center. He has been a mentor and role model to the youth of the community, including my three sons. As a graduate of the pharmacy profession, I took his advice in guiding my son in pursuing a career in the pharmacy profession.  I discovered in him many characteristics that inspired the youth in our community to follow his morals, dedication, devotion, and sincerity in helping others as they navigate their way in a turbulent atmosphere during a critical stage in their lives. Tarek exemplified a real positive role model for the youth in our community.

All of us in the community were shocked into utter disbelief at the news of Tarek's detention. We are, however, confident in the fairness of the judicial system, and once all the facts are clear, he will be exonerated.

My sincere regards to your time and consideration in this critical case that will have a great impact on the future and career of this wonderful member of society.

Respectfully,

K. M. Abdelkader, M.D.

Khaled Abdelkader, MD

Nana Abdelkader
30 Latura St.
Shrewsbury, MA 01545

November 17, 2008

Honorable Leo T. Sorokin
United States Magistrate Judge
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

I am writing on behalf of Tarek Mehanna. I am an elementary school teacher at Alhuda Academy, in Worcester, as well as an active member of the Worcester Islamic Center. I am also a mother of teenage boys who are friends and students of Tarek. We have had the pleasure of knowing Tarek for the past few years. Throughout all our interactions with him, I was always amazed by his politeness, pleasant demeanor to everyone young and old, and his eagerness to help others. We as a family have also had the pleasure of knowing Tarek's family, who are very well respected members of their community.

As a mother, I was genuinely touched by Tarek's willingness to spend time with the teens and youth of the community. He spent time with the young people in the community guiding them on how to be better members of society through their faith. He led them on many activities of a community service nature; that he would end by treating them for ice-cream, or eating out.

I have always found Tarek's morals and values to be beyond reproach.

I am confident that you will take into consideration all of Tarek's positive roles in the lives of so many others as you come to your decision.

Respectfully,

Nana Abdelkader

Omar Abdelkader
87 St. Stephen St. Apt #1
Boston, MA, 02115

November 18, 2008

Honorable Leo T. Sorokin
United States Magistrate Judge
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

I am writing on behalf of Tarek Mehanna. I am a full time college student at Northeastern University in Boston, Massachusetts. I am currently a first year student majoring in the Pharmacy program. I am also an active member of the Islamic community of central Massachusetts. It's a community I've lived with and been a part of nearly all my life.

I, like many others, have had the pleasure of knowing Tarek for many years. He has always and continues to be a great friend and role model of mine. He has always been a polite, kind, caring, active, and eager individual in my eyes. He has been somewhat of a mentor to me, as well as many other youth in our community. Tarek, like myself, is in the pharmacy profession, and he is one of the larger reasons I decided to study pharmacy in college. He influenced my decision by being a good role model to me through his accomplishments and strong morals and values as a human being. I was especially involved with Tarek over the past year. Tarek's willingness to spend time with teens and youth like myself, really had an impact on the younger people in our community. The time he has spent with us has helped make us better individuals in our society through our faith. We have gone on many trips together with other people as a group, whether doing community service or attending court hearings to show support for a brother or sister in need. Tarek would always be the leader in these trips and sometimes we would go to support someone on trial that we didn't even know. Tarek was always driven by doing what is right, and he is always willing to fight for what is right.

I was shocked into utter disbelief at the news of Tarek's detention. I was just with him the day before he was detained and he was telling me how he was looking forward to starting his new pharmacy job in Saudi Arabia and begin a new life. Based on the information I have heard about his case, I am convinced that he is not guilty of any charges pressed against him, and I am confident in the fairness of the judicial system, and once all the facts are clear, he will be exonerated. My sincere regards to your time and consideration in this critical case that will have a great impact on the future and career of this wonderful member of society.

Respectfully,

Omar Abdelkader