```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
          V.                   ) Cr. No. 08-00148-LTS
                               )
                               )
TAREK MEHANNA                  )
```

GOVERNMENT'S SUBMISSION CONCERNING DETENTION

Pursuant to the Order of this Court, on Tuesday, November 25, 2008, an Officer of the Pretrial Services Department interviewed the parents of the Defendant Tarek Mehanna in connection with their willingness to provide their home as surety for the appearance of the defendant, and his compliance with terms of release that are being considered by this Court.  (A copy of a report of said Officer was filed on this date.) Without waiving the government's objection to any release and to a finding by this Court that there are any conditions or combination of conditions that would assure the appearance of the defendant, or insure that he would not seek to obstruct these proceedings or intimidate witnesses, the government notes for the Court that without some inquiry into the totally of the assets of the defendant[1] and his parents, both in the United States and abroad, the Court cannot "arrive at a forfeiture amount which

---

[1] Based on the appointment of counsel in this case, the government assumes that the defendant filed a financial affidavit (that should have included all of his assets both in the United States and anywhere in the world) and that this Court has had access to that affidavit.

could reasonably assure compliance." See United States v. Patriarca, 948 F.2d 789, 795 (1st Cir. 1991).  At present, there is no indication in the record or in the report of the Pretrial Services Officer that would indicate that the defendant's parents have disclosed all of their assets, wherever they might be found.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   /s/ Jeffrey Auerhahn
                              Jeffrey Auerhahn and
                              Aloke S. Chakravarty
                              Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ Jeffrey Auerhahn
                              Jeffrey Auerhahn
                              Assistant United States Attorney

Date: November 26, 2008