*1597093*

AO 442   (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT

District of __Massachusetts__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| TAREK MEHANNA | Case Number: 08-144-LTS |

FILED IN CLERK'S OFFICE  2008 NOV 21  P 3:01  U.S. DISTRICT COURT  DISTRICT OF MASS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TAREK MEHANNA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

On or about December 16, 2006, in the District of Massachusetts, the defendant, TAREK MEHANNA, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious and fraudulent statements, when he provided information, that he knew was untrue, in connection with an investigation involving international and domestic terrorism, as defined in Title 18, United States Code Section 2331(1), to a Special Agent of the Federal Bureau of Investigation ("FBI") and a Special Federal Officer, who were both members of the Joint Terrorism Task Force of the FBI ("JTTF").

in violation of Title __18__ United States Code, Section(s) __1001(a)(2)__

| LEO T. SOROKIN | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | Nov 7, 2008 at Boston, MA |
| Title of Issuing Officer | Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| WARRANT EXECUTED BY __FBI__ | | |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON __11/10/08__ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |