UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                     )<br>)<br>TAREK MEHANNA              )<br>) | NO.  08-148-LTS |

**APPEARANCE OF COUNSEL FOR THE DEFENDANT**

Please file my appearance for the defendant, Tarek Mehanna.

Tarek Mehanna
By His Attorneys

CARNEY & BASSIL

/s/ Steven R. Morrison
Steven R. Morrison
B.B.O. # 669533
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566  tel
617-338-5587  fax
smorrison@CarneyBassil.com

Dated: November 21, 2008