UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Crim. No. 08-MJ-0148-LTS |
| | ) | |
| | ) | |
| TAREK MEHANNA | ) | |

GOVERNMENT'S MOTION FOR ADDITIONAL CONDITIONS

Now comes the United States in the above-captioned action and moves that this Court impose on the Defendant an additional condition in connection with the Court's order of release. The United States is filing this Motion without waiving any argument that there are no conditions or combination of conditions that would assure the appearance of the Defendant.

The Court has ordered that the "defendant shall not contact any witness, victim, informant or officer involved in this case or any potential witness." In addition, Defendant is prohibited under the standard conditions of release, from committing any additional crimes, including, specifically, obstruction of justice or intimidation of witnesses. Further, discovery is being provided to the Defendant pursuant to a protective order that prohibits the dissemination of the information the Defendant receives from the government.

Nevertheless, the government would request a further specific condition that would prohibit the Defendant from directly or indirectly disclosing to anyone or discussing with

1

anyone the identity of any cooperating witnesses, informants or other witnesses. In addition, the Defendant should be prohibited from discussing, disseminating, advising and/or advocating any actions or negative impact or consequences that might affect or befall someone who testifies at the request or on behalf of the government, or cooperates in any way in a government investigation or prosecution, even if such advocacy or discussion is not directed at a particular individual and falls short of obstruction or intimidation, or is based on or relies on interpretation of religious text or teaching.

Counsel for the United States have consulted with counsel for the Defendant. Counsel for the Defendant assent to this motion without prejudice to requesting modification at a future date, if necessary.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey Auerhahn
JEFFREY AUERHAHN and
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorneys

### Certificate of Service

I do hereby certify that a copy of the foregoing response was served upon the counsel of record for the defendants by electronic notice on this 18th day of December 2008.

/s/ Jeffrey Auerhahn
Jeffrey Auerhahn
Assistant U.S. Attorney

Date: December 18, 2008