Case 1:09-cr-10017-GAO Document 18 Filed 12/19/08 Page 1 of 1

✎AO 98A (12/03) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**TAREK MEHANNA**                        **APPEARANCE AND COMPLIANCE BOND**

_____
Defendant

Case Number:   **1:08-MJ-148 LTS**

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or   **Mr Ahmed Mehanna's Retirement account**   (describe other security.)

The conditions of this bond are that the defendant,              **TAREK MEHANNA**
                                                                                                          (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   12/19/08   at   USDC DIST OF MASS
                                    Date                                                          Place

Defendant  _[signature]_        Address  6 Fairhaven Circle Sudbury MA 01776
Surety       _[signature]_        Address  6 Fairhaven circle Sudbury MA 01776
Surety       _[signature]_        Address  6 Fairhaven Cir Sudbury 01776

Signed and acknowledged before me        12/19/08
                                                                          Date

                                                                         _Noreen Russo_
                                                                         Judge/Clerk

Approved  _[signature]_
                Judge Officer