# Carney & Bassil

A Professional Corporation
Attorneys at Law

J. W. Carney, Jr.
Janice Bassil
Rosanne Klovee
Lindsay Goldstein
Richard Gedeon
Steven R. Morrison

20 Park Plaza, Suite 1405
Boston, MA 02116
Tel. (617) 338-5566
Fax. (617) 338-5587

*Of Counsel*:
Hank Brennan
James H. Budreau
James M. Doyle
Michael J. Traft
www.CarneyBassil.com

January 5, 2009

Hon. Leo T. Sorokin
United States Magistrate Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   **United States v. Tarek Mehanna**
      **No. 08-CR-148-LTS**

Dear Judge Sorokin,

Happy New Year.

On December 9, 2008, Your Honor issued an Order On Government's Motion For Detention in which the Court set conditions of release in the above case. Among the numerous requirements were that the defendant's parents had to post (1) their home in Sudbury (which they own free and clear of encumbrances), (2) the defendant's father's retirement account (through Mass. College of Pharmacy, where he is a professor), and (3) $100,000.

The Court's mortgage for the home has been recorded with the Middlesex Registry of Deeds, and the $100,000 provided to the Clerk. A letter was sent to the holder of the retirement account, TIAA-CREF, instructing it to (1) prevent the withdrawal of retirement account funds during the pendency of the defendant's case, and (2) authorizing the court to take the retirement account funds in the event the court so orders.

    I have received a telephone call from legal counsel of TIAA-CREF informing me that the Court's Order is in violation of the Federal ERISA law. She told me that there are extremely limited situations where any entity, including a Federal Court, can put a restriction on a retirement account, and posting it for bail is not one of them. The legal counsel indicated that she would forward me a letter discussing this in greater detail, and I will provide it to the Court and the prosecutors when I receive it.

    My client and I are available to appear before Your Honor at any time to discuss the matter further.

                                      Yours sincerely,

                                      /s/ J. W. Carney, Jr.

                                      J. W. Carney, Jr.

JWC/

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                      /s/ J. W. Carney, Jr.

                                      J. W. Carney, Jr.