UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. No. 08- **09 CR 10017 GAO** |
| | ) Violations: |
| V. | ) |
| | ) 18 U.S.C. §1001(a)(2) |
| | ) False Statement |
| TAREK MEHANNA | ) |

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE
18 U.S.C. §1001(a)(2)
False Statements

On or about December 16, 2006, in the District Massachusetts, the defendant,

TAREK MEHANNA,

in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious and fraudulent statements when he provided information, that he knew was untrue, in connection with an investigation involving international and domestic terrorism, as defined in Title 18, United States Code Sections 2331(1) and 2331(5), to a Special Agent of the Federal Bureau of Investigation ("FBI") and a Special Federal Officer, who were both members of the Joint Terrorism Task Force of the FBI ("JTTF"). The false, fictitious and fraudulent information was in response to questions about the (then) current whereabouts and activities of one Daniel Maldonado. The false and fictitious information included the following:

> The defendant TAREK MEHANNA stated that he last heard from Daniel Maldonado via telephone approximately two weeks prior to the December 16, 2006 interview.
>
> The defendant TAREK MEHANNA stated that Daniel Maldonado was then living in a suburb of Alexandria, Egypt.
>
> The defendant TAREK MEHANNA stated that Daniel Maldonado was then employed maintaining a website.

As the defendant TAREK MEHANNA then and there well knew, these statements were false, fictitious and fraudulent in that just a few days before the interview, the defendant TAREK MEHANNA had received a telephone call from Daniel Maldonado from Somalia. When the defendant TAREK MEHANNA spoke to the members of the JTTF, he knew Daniel Maldonado had left Egypt and moved to Somalia, and knew and had been told by Daniel Maldonado that he (Daniel Maldonado) was in Somalia, was receiving military training, and was involved in fighting and jihad.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_Jane V. Giovannucci_
FOREPERSON OF THE GRAND JURY

_____
JEFFREY AUERHAHN
ALOKE S. CHAKRAVARTY
ASSISTANT UNITED STATES ATTORNEYS

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

DISTRICT OF MASSACHUSETTS
DATE AND TIME: _____

3