| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** 1  **Investigating Agency** FBI

**City** Marlborough  **Related Case Information:** 09 CR 10017 GAO

**County** Middlesex

Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  08-148-LTS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  TAREK MEHANNA  Juvenile  ☐ Yes  ☒ No

Alias Name  TARIQ MEHANNA

Address  6 Fairhaven Circle, Sudbury, Massachusetts

Birth date (Year only): 1982  SSN (last 4 #): _____  Sex M  Race: _____  Nationality: USA

Defense Counsel if known:  Jay W. Carney, Jr.  Address: 20 Park Plaza, Suite 1405
Boston, MA 02116

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeffrey Auerhahn & Aloke Chakravarty  Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: _____

Victims:  ☐ Yes  ☒ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☒ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Mag. Judge Leo T. Sorokin  on  12/23/08

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/15/09  Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   TAREK MEHANNA

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1001(a)(2) | False Statements | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**