UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

                                  )
UNITED STATES OF AMERICA )
                                  )
V.                                )        NO.  08-148-LTS
                                  )
TAREK MEHANNA            )
_____)

**DEFENDANT'S MOTION TO RESCHEDULE THE INITIAL STATUS CONFERENCE**

The defendant, Tarek Mehanna, moves that the initial status conference in his case, scheduled for April 8, 2009, at 2:45 pm, be rescheduled for the afternoon of one of the following dates: April 13, 14, or 17, 2009. As grounds therefore, defendant states the following:

At the last court hearing, which was on February 11, 2009, the court scheduled an initial status conference for March 31, 2009, which was convenient to the parties.

On March 26, 2009, the parties received e-mail notification that the initial status conference had been rescheduled by the court *sua sponte* to April 8, 2009, at 2:45 pm.

Counsel for defendant is unavailable on that date, and moves that the court select a new date and time.

Counsel would be available on the following afternoons: April 13, 14, and 17, 2009. AUSA Aloke Chakravarty has informed counsel that these dates are convenient for him.

WHEREFORE, defendant moves that this court reschedule the initial status conference for one of the dates set forth herein.

                                                   Tarek Mehanna
                                                   By His Attorneys

                                                 CARNEY & BASSIL

                                                 /s/ J. W. Carney, Jr.

                                                 J. W. Carney, Jr.
                                                 B.B.O. # 074760
                                                 Carney & Bassil
                                                 20 Park Plaza, Suite 1405
                                                 Boston, MA 02116
                                                 617-338-5566

Dated: March 31, 2009