JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** FBI

**City** _____    **Related Case Information:**

**County** Suffolk, Middlesex, etc.    Superseding Ind./ Inf. Indictment    Case No. 09-10017-GAO
Same Defendant XX    New Defendant _____
Magistrate Judge Case Number    09-0119-LTS
Search Warrant Case Number    09-0120, 1, 2, 3 &-0124-LTS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    TAREK MEHANNA    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address    Sudbury, Massachusetts

Birth date (Year only): 1982    SSN (last 4 #): 5281    Sex M   Race: _____    Nationality: USA

Defense Counsel if known:    Jay W. Carney, Jr.    Address: 20 Park Plaza, Suite 1405
Boston, MA 02116

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Jeffrey Auerhahn & Aloke Chakravarty    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:   October 21, 2009

☒ Already in Federal Custody as   Pre-trial Detainee   in  DMA
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  11/5/09    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   TAREK MEHANNA

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §2339A | Consp. To Provide Material Support to Terrorists | 1 |
| Set 2   18 U.S.C. §2339A | Providing Material Support to Terrorists & Att. | 2 |
| Set 3   18 U.S.C. §956 | Conspiracy to Kill in a Foreign Country | 3 |
| Set 4   18 U.S.C. §371 | Conspiracy | 4 |
| Set 5   18 U.S.C. §1001(a)(2) | False Statements | 5, 6 |
| Set 6   18USC981(a)(1)(C) & (G) &28USC2461(c) | Forfeiture | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** 1 _____  **Investigating Agency** F.B.I. _____

**City** _____  **Related Case Information:**

**County** Suffolk, Middlesex, etc.   **Superseding Ind./ Inf.** Indictment   **Case No.** 09-10017-GAO
Same Defendant _____  New Defendant XX
Magistrate Judge Case Number _____
Search Warrant Case Number 09-0120, 1, 2, 3 &-0124-LTS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  AHMAD ABOUSAMRA   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  Syria

Birth date (Year only): 1981  SSN (last 4 #): ___  Sex M  Race: ___  Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Jeffrey Auerhahn & Aloke S. Chakravarty   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Victims: ☐ Yes ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  8

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/5/09   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   AHMAD ABOUSAMRA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2339A | Consp. to Provide Material Support to Terrorists | 1 |
| Set 2 | 18 U.S.C. §2339A | Providing Material Support to Terrorists & Att. | 2 |
| Set 3 | 18 U.S.C. §956 | Conspiracy to Kill in a Foreign Country | 3 |
| Set 4 | 18 U.S.C. §371 | Conspiracy | 4 |
| Set 5 | 18 U.S.C. §1001(a)(2) | False Statements | 7, 8 & 10 |
| Set 6 | 18 U.S.C. §1001(a)(3) | False Statements | 9 |
| Set 7 | 18 USC 981(a)(1)(C) & (G) & 28 USC 2461(c) | Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**