UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.                              )   Cr. No. 09-00017-GAO<br>)<br>)<br>TAREK MEHANNA              ) | |

**GOVERNMENT'S MOTION FOR DETENTION**

    The United States Attorney for the District of Massachusetts, through the undersigned Attorneys, moves, pursuant to Title 18, United States Code, Section 3142(f)(1)(A) and (B) and Section 3142(f)(2)(A) and (B) to detain the defendant TAREK MEHANNA pending trial.  Pursuant to Title 18, United States Code, Section 3142(e)(3)(B) and (C), there is a rebuttable presumption that "no condition or combination of conditions will reasonably assure the appearance of the [defendant] ... as required and the safety of the community."

                                                Respectfully submitted,
                                              MICHAEL K. LOUCKS
                                              Acting United States Attorney

                                   By:   /s/ Jeffrey Auerhahn
                                              JEFFREY AUERHAHN and
                                              ALOKE CHAKRAVARTY
                                              Assistant U.S. Attorneys

                               Certificate of Service

    I do hereby certify that a copy of the foregoing response was served upon the counsel of record for the defendant on this 5th day of November 2009.

                                              /s/ Jeffrey Auerhahn
                                              Jeffrey Auerhahn
                                              Assistant U.S. Attorney