UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
          V.                      )     Cr. No. 09-10017-GAO
                                  )
                                  )
                                  )
TAREK MEHANNA                     )

GOVERNMENT'S PROFFER AND MEMORANDUM IN SUPPORT OF DETENTION

The United States Attorney hereby respectfully submits this memorandum and written proffer of evidence in support of the argument that the defendant TAREK MEHANNA ("MEHANNA") should be detained pending trial because there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant or the safety of the community.

**I.   Evidence and submissions**

The United States relies on the following submissions, one of which is already part of the record before this Court in Criminal Number 09-10017-GAO and Criminal Number 08-148-LTS:

1.   (Unsigned) Affidavit of Special Agent Andrew Nambu, in support of detention in this case, Criminal Number 09-0017-GAO.  (A signed copy will be provided to the Court before the detention hearing.)

2.   The Affidavit of Special Andrew Nambu, in support of detention, filed in November, 2008, and attachments, in Criminal Number 08-148-LTS.

In addition, the government relies on the following additional documents, photographs, conversations involving the Defendant, as well as other statements of MEHANNA (or statements adopted by

him):

1.  Preliminary transcript of conversations between Daniel
    Maldonado and TAREK MEHANNA on December 12, 2006.

2.  On April 23, 2007, MEHANNA gave to CW1 a compact disc
    with a handwritten label on it, containing data files
    that included videos depicting violent jihad and
    violent jihadi training.  The contents of said disc
    have been copied onto a DVD and provide to the Court
    along with other video files discussed below.  (The
    file is named "jihadi video.")

3.  A copy of a poem authored by MEHANNA, using the name
    Abu Sabaayaa, entitled *Make Martyrdom[1] What You Seek*.
    (The attached copy was originally posted in April 2008,
    and was printed from a website on November 2, 2009.)

4.  Video files, audio files, images, stored messages, word
    processed documents, and cached web pages obtained by a
    forensic analysis of a mirrored copy of MEHANNA's
    computer hard drive that was obtained on August 10-11,
    2006, by the Joint Terrorism Task Force during the
    execution of a search of MEHANNA's bedroom at his
    residence in Sudbury, Massachusetts.  Excerpts from
    some of said documents and descriptions of some of the
    videos are discussed herein.  Hard copies of the
    following stored materials from the hard drive are
    submitted to the Court for the Court's review:

    a.  printed version of pdf file: *39 Ways to Serve and
        Participate in Jihad*
    b.  two photographs of MEHANNA at Ground Zero in New
        York City.[2]
    c.  DVD containing 2 video files:
        i.   Video concerning the "Expedition of Umar
             Hadid," file name:ghazwah-omar-hadeed-eng-
             low.rm[50034].ram_2)
        ii.  Video: File: juthath[75860].rmvb_1.
             A video by "The Mujahidin Shura Council in

---

[1]The poem, in the English version, has appeared with either
the word *Death* or *Martyrdom* in its title.

[2]The faces of the other individuals depicted in the
photographs have been hidden.  They appear without distortion in
the original stored photographs.

2

Iraq" "Information Committee": "Presents the
remains of two American soldiers who were
kidnapped near al-Yusufiya"

    d.   In addition, excerpts of stored conversations
between MEHANNA and the following individuals[3] on
the dates noted (all in 2006) are discussed
herein[4]:

        i.   Abu Mundhir:  January 30, February 2, 4, 5,
16, 21, March 5, 7, 8, 24, 26, 29, April 5, 9

        ii.  AR: February 7, 28, March 13, 27, April 4,
11, June 8, 22, 28

        iii. AAB:  February 6, 7, 14, March 23, April 11,
28, 29, May 9, 10, 14

        iv.  DS: January 31, February 1, 4, 5, 6, 8, 12,
13, April 1, May 28, June 22, July 7, 25, 29

        v.   ABOUSAMRA[5]: February 5, April 1, 6, 12, 26,
June 8, 12

        vi.  M: March 30, April 3, 25, May 8, 22, June 9

        vii. T:  July 12

        viii.A-S:  July 14

        ix.  E: May 8, 10, June 8

        x.   UK: February 7

        xi.  T2: March 21, April 9, 26

        xii. I: May 12

        xiii.I2: July 13

        xiv. AZ: February 14, April 3, 7, July 19

        xv.  S: March 6

---

[3]The names provided are the initials of their screens names
(or some portion thereof) as they appear on the stored
communications and not necessarily their true names; in cases
where the screen name appears to identify the given name of an
individual, the screen name has been modified to protect the
identity of an individual who is not currently charged with a
crime.

[4]This is not an exhaustive list of the individuals with whom
MEHANNA communicated in the manner and concerning the topics
described herein.

[5]AHMAD ABOUSAMRA ("ABOUSAMRA") is an uncharged coconspirator
in the Complaint issued in Criminal Number 09-0119-LTS, and an
indicted codefendant in the instant indictment Criminal Number
09-0017-GAO.  It is believed that he fled the United States
shortly after being questioned by the F.B.I. in December 2006,
concerning _inter alia_ his trip to Yemen with MEHANNA in February
2004 (and his (ABOUSAMRA's) subsequent activity in Iraq).

xvi. Maldonado: June 3
xvii.N: April 15, July 8
viii.T3: February 25, 27, 28
ix.  Abu Sayyaf: February 15

## II.  Statement of the Law

The United States may move to detain a defendant pending trial based on dangerousness and risk of flight if the case against the defendant "involves"  "a crime of violence ... or an offense listed in [title 18,] section 2332(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed" (18 U.S.C. §3142(f)(1)(A)), or "an offense for which the maximum sentence is life imprisonment" (18 U.S.C. §3142(f)(1)(B)).

The defendant TAREK MEHANNA is currently charged in an indictment that alleges <u>inter alia</u> conspiracy to provide material support to terrorists in violation of 18 U.S.C. §2339A, and conspiracy to kill in a foreign country, in violation of 18 U.S.C. §956(a).  Section 2339A is both a crime of violence and an offense listed in section 2332(g)(5)(B), and is punishable by up to 15 years' imprisonment.  "[A] conspiracy to commit a crime of violence is itself a crime of violence" for purposes of the Bail Reform Act.  <u>United States v. Mitchell</u>, 23 F.3d 1, 3 (1st Cir. 1994); <u>United States v. Bishop</u>, 369 F. Supp. 2d 9, 11-12 (D. Maine 2005).  Similarly, section 956(a) is both a crime of violence and an offense listed in section 2332(g)(5)(B), and is punishable by more than 10 years' imprisonment.  Thus, there are several grounds that support the government moving for detention

4

pursuant to 18 U.S.C. §3142(f)(1)(A).  Finally, a violation of 18

U.S.C. §956(a) is punishable by life imprisonment, which allows

the government to move for detention under 18 U.S.C.

§3142(f)(1)(B).

Pursuant to 18 U.S.C. §3142(f)(2), the United States may

move for detention in any "case that involves –

> (A) a serious risk that [the defendant] ... will flee;
> or
> (B) a serious risk that [the defendant] ... will
> obstruct or attempt to obstruct justice, or threaten,
> injure, or intimidate, or attempt to threaten, injure,
> or intimidate, a prospective witness or juror."

Both grounds are applicable in this case.  First, as discussed

herein, there is a serious risk that the Defendant MEHANNA will

flee (as did his coconspirator ABOUSAMRA).  In addition,

obstruction of justice is a legitimate concern in light of the

allegations in the indictment; the charges in the superceding

indictment include a conspiracy to provide false information and

documents to law enforcement to conceal their illegal activities.

Accordingly, the United States has based its motion on these

sections as well.

Finally, because of the nature of the charges against the

defendant, the government has the benefit of a presumption on

both risk of flight and dangerousness; 18 U.S.C. §3142(e)(3),

provides in part as follows:

> (3) Subject to rebuttal by the [defendant] ..., it
> shall be presumed that no condition or combination of
> conditions will reasonably assure the appearance of the

5

[defendant] ... as required and the safety of the
community if the judicial officer finds that there is
probable cause to believe the [defendant] ... committed
-

* * * * * *

(B) an offense under section ... 956(a), or
2332b of [title 18];
(C) an offense listed in section
2332b(g)(5)(B) of title 18, United States
Code, for which a maximum term of
imprisonment of 10 years or more is
prescribed.

The presumption has been established in this case because
this Court has already found probable cause to believe that the
defendant conspired to provide material support to terrorists in
violation of 18 U.S.C. §2339A, which is an offense listed in
section 2332b(g)(5)(B).  See Complaint issued in 09-0119-LTS.
The presumption is further established because the grand jury
found probable cause to believe that the defendant committed the
offense in 09-0119-LTS, as well as a violation of 18 U.S.C. §956,
which results in a presumption under both 18 U.S.C.
§3142(e)(3)(B) and (C).

Thus, there is a presumption that the defendant should be
detained (on both risk of flight and dangerousness), and the
burden shifts to the defendant to produce contrary evidence.
United States v. O'Brien, 895 F.2d 810, 815 (1st Cir. 1990).
Nevertheless, the United States is submitting this detailed
proffer, outlining some of the evidence that supports detention.

Even when the Defendant MEHANNA was only charged with making

6

a false statement in violation of 18 U.S.C. §1001 in Criminal
Number 09-10017-GAO and Criminal Number 08-148-LTS, and there was
no presumption, it was a close question as to whether he should
be detained as a risk of flight.[6]   This Court ordered very
restrictive terms of release and required his family to secure
his appearance with essentially all their assets.   Given the
changed circumstances of the new charges and legal impact of this
new charges, including the fact that he now faces the potential
of life imprisonment, and relying on the presumption (that was
not applicable to the false statement charge) it is clear that in
connection with the new charges, this Court should order the
defendant detained pending trial.

## III. Submission of Proffer in lieu of Testimony

This government is submitting this lengthy proffer of
evidence, along with the other submissions identified above, in
lieu of presenting live testimony in support of detention.

"[T]he government may proceed in a detention hearing by
proffer or hearsay." United States v. Cardenas, 784 F.2d 937,
938 (9th Cir. 1986); United States v. Ferranti, 66 F.3d 540, 542
(2d Cir. 1995); see also United States v. Salerno, 481 U.S. 739,
743 (1987) (upholding the Bail Reform Act in case wherein the
government made a detailed proffer of evidence in the form of

---

[6]Given the charge at that time, the government could not
move to detain on dangerousness grounds.  See, e.g., United
States v. Ploof, 851 F.2d 7, 11 (1st Cir. 1988).

intercepted conversations and anticipated trial testimony);
United States v. Joost, 1994 WL 667011 (1st Cir. 1994)
(unreported) ("A district court has wide discretion in
determining the form of evidentiary presentation at a bail
hearing, such as whether to proceed by live testimony or by
proffer."); United States v. Hussain, 2001 WL 420480 (1st Cir.
2001, at n.2 (unreported) (recognizing "the well-established
principle that courts may consider and credit reliable hearsay
evidence in making determinations under the Bail Reform Act.")[7]

The Court of Appeals for the First Circuit found support for
their holding that detention hearings under the Bail Reform Act
would "retain the informality of pre-existing bail hearings," in
legislative history.  United States v. Acevedo-Ramos, 755 F.2d
203, 207-208 (1st Cir. 1985).  "[I]n designing the new statute,
[Congress] relied heavily upon a similar statute in effect in the
District of Columbia."  755 F.2d at 208.  In "enacting that
earlier statute, the House Judiciary Committee stated that

> as is the present practice under the Bail Reform Act,
> **... the use of sworn testimony will be the exception
> and not the rule ... [B]ail hearings under the Bail
> Reform Act ... proceed primarily by way of proffers.
> ...** *If the court is dissatisfied with the nature of
> the proffer, it can always, within its discretion,
> insist on direct testimony."*

755 F.2d at 208 (*italics* in the original) (emphasis added).

---

[7]The Court of Appeals for the First Circuit also noted in
Hussain that "[i]t is equally well-established that bail hearings
are not intended to serve as discovery expeditions."  Id.

In this case, in addition to the previously filed affidavit in the false statements case (Criminal Number 08-148-LTS), the government relies on a second affidavit from Special Agent Nambu. But more importantly, the government has described herein conversations involving the Defendant, along with other media and documents, that were saved on his computer and obtained pursuant to the execution of a search warrant.  Excerpts of these conversations are set forth below.  The form of the evidence is considerably more compelling than simply a description of evidence in the form of a proffer from the attorney for the government[8]; these conversations and other items *are* the evidence.

## IV.   **Analysis of some of the additional evidence:**

It would be error to see the actions of the defendant as only involving inchoate crimes of conspiracy -- or attempt (as evidenced by <u>inter alia</u> his trip to Yemen in 2004).  As discussed herein and established by his own actions and words, the Defendant did in fact provide significant material support to al Qa'ida and other terrorist groups.

   **A.   "Material support" by providing translation services and distributing material intended to inspire others to**

---

[8] <u>See</u> <u>e.g.</u> <u>Acevedo-Ramos</u>, 755 F.2d at 206 ("Often the opposing parties simply describe to the judicial officer the nature of their evidence; they do not actually produce it.")

**participate in violent jihad**[9]

In addition to attempting to personally participate in violent jihad as described in the affidavits of Special Agent Nambu, MEHANNA also sought to provide material support to al Qa'ida and other terrorist organizations by translating and distributing videos and text that were intended to inspire others to participate in jihad.

### 1.   *39 Ways to Serve and Participate in Jihad*

MEHANNA translated "*39 Ways to Serve and Participate in Jihad*" ("*39 Ways*") and provided the finished product to Tibyan Publications for distribution.  Tibyan Publications was a radical jihadi website that published and distributed material that supported and was intended to inspire individuals to participate in violent jihad.  The contents of "*39 Ways*" is discussed below.

MEHANNA began work on the translation of "*39 Ways*" sometime in 2005.  He finished it in April 2006.  A series of stored conversations saved on his hard drive concerned completion of the project, including creating an appropriate cover, saving it as pdf document, and distributing it through Tibyan Publications.

Apparently, MEHANNA had an eager audience waiting for the results of his effort; during a conversation on January 30, 2006,

---

[9]As discussed below, in connection with the publication that was translated by MEHANNA entitled *39 Ways to Serve and Participate in Jihad*, the terrorists themselves (to include MEHANNA) recognize these activities as important to, and equal to participation in, jihad.

with an individual who uses screen names §AB and Abu Mundhir[10]
("Abu Mundhir") told MEHANNA "some brother pmed[11] me asking if
the 39 ...[12] will be finished."   MEHANNA responded: "yeh ... he
pmed me too."

On February 4, MEHANNA and Abu Mundhir again discussed *39
Ways* and their role as al Qa'ida's "media wing:"

```
MEHANNA:        are we gonna put 39 in a PDF eventualy? ...
                when its done
Abu Mundhir:    yes
```

Abu Mundhir then bragged that others had recognized their
efforts on behalf of al Qa'ida ("aqs"), and that they were
already recognized as al Qa'ida's "English Wing":  Abu Mundhir:
"were [sic: we're] bait alrady [sic: already] aqs [al Qa'ida]
english wing ... were [sic: we're] known.

MEHANNA recognized that his efforts advanced the cause of
violent jihad and, therefore, his role in the effort should be
hidden.  As he neared completion of his translation of *39 Ways*,

---

[10]Both MEHANNA and ABOUSAMRA have several screen names they
utilize, as do many of their friends who share their jihadi
philosophy and whose online conversations are discussed herein.
In this proffer, both MEHANNA and ABOUSAMRA will be referred to
by their true names, regardless of what screen name they were
utilizing.

[11]A "pm" is a personal message, like an "im" or instant
message.

[12]Many of the online "conversations" that are quoted herein
were saved on MEHANNA's hard drive in the exact form as they
occurred.  An instant message or chat is often broken up every
few words.  The use of "..." signifies a break in the text in the
original chat.

on March 5, 2006, MEHANNA raised with Abu Mundhir his (MEHANNA's)
concern if it were connected directly to him:

| | |
|---|---|
| MEHANNA: | dude ... I was wondering ... about the 39 |
| Abu Mundhir: | yeah |
| MEHANNA: | is there anyone else who can finish it ... I'd rather not ... continue ... cause the next few ones ... are kinda touchy ... and I'd prefer not to do 'em ... or |
| Abu Mundhir: | theres no one dude ... u know that lol[13] |
| MEHANNA: | if I can do 'em ... someone else can post them |
| Abu Mundhir: | that can be arragned [sic: arranged] |
| MEHANNA: | just as long as my name isn't associated with it |
| Abu Mundhir: | yeah ... just finish it all ... and release it under ... a franchise ... ac pdf ... and delete that |

On March 29, 2006, MEHANNA told Abu Mundhir that "39 ...
should be done ... within 2-3 dys" [days] ... ... I'm on ... #30
... have like, 10 pgs left."   MEHANNA also asked Abu Mundhir:
"is there someone ... who will edit 39 ... to format it ...
better ... for the PDF."   Abu Mundhir suggested someone named Ibn
Umar[14] (who he also referred to as "IU" and "ibn u").   MEHANNA
asked: "he does all that stuff?" and Abu Mundhir responded: "
yea."

Even though the pdf version of *39 Ways* was not yet ready for
general release, on April 4, 2006, MEHANNA sent his version to AR
in Microsoft Word version:

---

[13]"Lol" in chats, text messaging and other shorthand online
conversations means "laugh out loud."

[14]Ibn Umar was an administrator of the Tibyan Publications
website.

```
AR:   hey send me the 39 when u are done ... i wanna read it
```

                         * * * * * * * *

AR has received 39 Ways.doc.

```
    MEHANNA:   still gonna add a cover ... make it look nice ...
               and put it in PDF ... this is just ... ur
               exclusive copy ;-) ... so don't send it to anyone
    AR:        ooo mi cool now
    MEHANNA:   :-d[15]
    AR:        do u nkow have to make graphic covers
    MEHANNA:   no ... Tibyn [Tibyan Publications] ... they do
    AR:        o so u going to ask them to make it for u
    MEHANNA:   well ... this is ... for them ... they are gonna
               release it[16]
    AR:        yeah ... i wish icould learn how to do that graph
               stuff ... i wish we could live at a time where jh
               [jihad] is like something ucould talk openly about
               and live go wheneva u want ... live the old days
    MEHANNA:   heh ... keep dreaming habibi
    AR:        :'([17]
```

By April 5, apparently MEHANNA had been able to contact Ibn

Umar, who was working on finalizing *39 Ways*:

```
    Abu Mundhir:   did u get in contact with IU
    MEHANNA:       yeah ... he's editing it ... making it nice,
                   etc
    Abu Mundhir:   cool
    MEHANNA:       this should be nice, in sha' Allah [tr. God
                   willing]
    Abu Mundhir:   did u give him ... cover ideas
    MEHANNA:       hopefully it will lead to some real 'amal ...
                   no, I let him take care of that
    Abu Mundhir:   biithnillah
    MEHANNA:       he's good at that
```

---

[15]In online shorthand, ":-d" is one way to represent a
smile; "-)" is another.

[16]As discussed below, *39 Ways* was in fact published and
release by Tibyan Publications.

[17]In online shorthand, ":'(" is one way to represent
sadness.

                              13

Abu Mundhir:   yeah

By April 9, 2006, Ibn Umar had completed his part, and *39 Ways* was ready for release:

MEHANNA:        dude ... 39 is done and PDF'd ... do u need
                to check it before it's released?
Abu Mundhir:    uhm no not really lol
MEHANNA:        ok ... so Ibn U has the green light?
Abu Mundhir:    yeah

Abu Mundhir contacted MEHANNA later that day and asked about the cover for *39 Ways*.  MEHANNA sent him a link so he could view the cover.  After viewing it, Abu Mundhir said: "its really nice."  MEHANNA responded: "-) [smile] ... I hope ... the book makes an impact."  Abu Mundhir agreed: "inshAllah it does."  They wanted *39 Ways* to inspire others to participate in violent jihad.

Abu Mundhir later told MEHANNA that he showed the cover to someone:

Abu Mundhir:    ok i showed ... one brother the cover ... he
                loved it ... he said it reminded him of ...
                like anarchist ... cook book[18] ... or omein
                [sic] kempf[19] ... lol

On April 11, 2006, MEHANNA told AR: "the 39 book ... has been released officially."  When AR asked: "... if u have it on pdf send it ova," MEHANNA sent a link where AR could find it.

---

[18]The *Anarchists Cookbook* is a book that contains recipes and instructions for the manufacture of explosives and other dangerous illegal items.

[19]*Mein Kampf* or "My Struggle" was written by Adolph Hitler as both an autobiography and to explain his political philosophy.

Both a complete pdf version of *39 Ways to Serve and Participate in Jihad* were found on MEHANNA computer, as well as a partial microsoft "doc" version.  At the bottom of the pdf version the author identified the publisher as: "At-Tibyan Publications.[20]"

### 2.  The Media Wing of al Qa'ida

On February 2, 2006, Abu Mundhir sent MEHANNA a link to demonstrate that "were [sic: we're] reall [sic: real) popular now ... we got our stuff pinned on big forums."  In addition to bragging about the impact they were having, the also expressed their reverence for al Qa'ida's leaders:

```
Abu Mundhir:    take a look ... at those 2
MEHANNA:        ya u sent me those this morning
Abu Mundhir:    yeah its different ... though they pinned ...
                them now ... and people making duaa [tr.
                prayer] for us ... in the threads ... one guy
                said
MEHANNA:        Sweetness
Abu Mundhir:    we are aqs [al Qa'idah] in raafidayn [Iraq]
                ... media wing[21] ... hehe
MEHANNA:        man, I don't think ... we deserve that title
Abu Mundhir:    yeah
MEHANNA:        maybe ... if we are lucky ... we get to clean
                their toilets
```

---

[20]On February 15, 2006, an individual using the screen name Abu Sayyaf asked MEHANNA: "Do you know if TP [Tibyan Publications] has any rules or requierments regarding their books, that if they are translated to another language that you still have to have the "At-Tibyaan Publications" at the end of the book cover?"

[21]As discussed below, that is precisely the description of themselves that MEHANNA and his coconspirators used in some of their video productions, that is, "Released by the al Qaidah Network in the land of the Two Rivers," "Media Wing."

```
Abu Mundhir:     lol ... yeah ... i was ... actually
                 discussing ... this with a brother ...i was
                 telling me i would be the happiest man in the
                 world if ... the old man [Usama bin Laden]
                 ... just let me hang around him ...and clean
                 ... his toilet ... wallah
MEHANNA:         heh
Abu Mundhir:     love that guy
MEHANNA:         dude ... This morning ...while I was trying
                 to stay awake in class ...I was thinking to
                 myself ... imagine how ...like, reporters
                 from al-Jazirah [al Jazeera²²] must have felt
                 ... waiting for Hadrami [someone from an area
                 of Yemen]²³ to come out ... and start the
                 interview ... like, thinking to themselves:
                 "I am about to interview al-Hadrami."
Abu Mundhir:     haha
MEHANNA:         I'd like
Abu Mundhir:     yeah
MEHANNA:         wet my pants
Abu Mundhir:     lol ... akhee ... imagine ...the reporter
                 ...who has to report ... from Z ... now that
                 guy ... will wet his pants
```

On February 2, Abu Mundhir encouraged MEHANNA to continue

with their "media" activities in support of jihad:

```
Abu Mundhir:     but seriously ... we need to continue with
                 these efforts with the media its bearing ...
                 its fruits
MEHANNA:         Yeah ... we see now ... how good things come
                 slow ... I mean ... I remember it was exactly
                 a year ago ... when i was doing 'Wa Kadhalika
                 ar-Rusul' ... and I was like...only like, 5
                 people ended d-loading it
Abu Mundhir:     lol ... yeah ... u know ... even just ... how
                 tampon [Tibyan Publications] started ... the
                 site itself ... like 40 people ... or
                 something like that ... we got to the point
                 we had 2000 ... and we had to delete for
                 security reasons ... and we still have like
```

---

²²Al Jazeera is the Arabic language news network.

²³i.e., Usama bin Laden, whose father was from that part of
Yemen.

```
                        500 ... the last video ... 2000 downloads ...
                        within the first day
MEHANNA:                hehe
Abu Mundhir:            the site went out of bandwith
MEHANNA:                yeah ... it was like, the BlockBuster of TP
                        [Tibyan Publications]
Abu Mundhir:            hehe ... yeah ... like star wars ...u know
                        ...with this danish stuff[24]
MEHANNA:                hehe ...yeah
Abu Mundhir:            i think it will bear more fruits
MEHANNA:                dude
Abu Mundhir:            for the jihadis ...in general
```

MEHANNA and Abu Mundhir were pleased with being the media

wing, but also sought to inspire an armed wing of al Qa'ida:

```
Abu Mundhir:            were [sic: we're] pertty [sic:pretty]  have
                        to continue this :) [a smile]
MEHANNA:                Yup ... Maybe one day
Abu Mundhir:            i just
MEHANNA:                there will be
Abu Mundhir:            hope JUS doesnt ... see this
MEHANNA:                Kata'ib at-Tibyan
Abu Mundhir:            lol ...thats ...what i was ...me and khubayb
                        ...were talking about we justneed ... armed
                        ... wing now hehe
```

### 3.   Other translations and productions

On March 7, 2006, MEHANNA and Abu Mundhir discussed the

popularity of one of the videos which they helped produce and

their hope that their work inspires other jihadis to action:

```
Abu Mundhir:   guh[25] is popular ... huh ... i was thinking
```

---

[24]Danish cartoons that were perceived as insulting to Islam, resulted in violent protests by Muslims.

[25]GUH is a reference to a video concerning the "Expedition of Umar Hadid," who was a terrorist in Fallujah, Iraq, and was affiliated with Abu Musab al-Zarqawi, who was the leader if al Qa'ida in Iraq.  As discussed below, MEHANNA translated and subtitled this video, and also had some role in creating some of the graphics on the video.  The GUH video was found on MEHANNA's

```
                        about it today ... how popular the eng
                        [english] verison is ... lol
        MEHANNA:        Yeah, wal-Hamdu lillah ... I just hope it ...
                        leads to action
        Abu Mundhir:    yeah inshAllah
        MEHANNA:        not just, "Let's watch it, and then go eat
                        some pizza"
        Abu Mundhir:    lol
```

On January 31, 2006, MEHANNA and "DS" discussed the fact

that another website, "JUS," i.e., *Jihad UnSpun*, was selling the

Umar Hadid video that MEHANNA translated without compensation.

MEHANNA didn't care that he was not being compensated for his

work = "as long as the message got out."

```
        DS:        Did you see that JUS is selling the Tibyan vid?
                   ... $25 and no citing the translator
        MEHANNA:   Which one ... the Umar Hadid one?
        DS:        na'am
        MEHANNA:   aha ... Oh well ... Who cares, man
        DS:        like 2 days after tibyan released it
        MEHANNA:   as long as the message gets out
        DS:        they were selling it ... I just think that is
                   dishonest
        MEHANNA:   luckily for us, insha-Allah, we are doing this for
                   Allah's Pleasure
        DS:        na'am
        MEHANNA:   so, they can make all the $$ they want
```

MEHANNA had worked on translating part of the GUH video; he

took credit for it during a conversation with "AAB" on February

7, 2006, and sent the link to AAB so that he could watch it:

```
        MEHANNA:   u got fast net, right?
        'AAB:      yea man
```

---

computer (file name:ghazwah-omar-hadeed-eng-low.rm[50034].ram_2).
The first frame of the video reads: "At Tibyan Publications
Presents."  The second frame states:  "The Expedition of Shaykh
Umar Hadid," "may Allah have Mercy on Him," "Released by the al
Qaidah Network in the land of the Two Rivers," "Media Wing."

```
MEHANNA:   alright ... enjoy this: (Link: [omitted] ... U saw
           it before ... but, it is translated ... w/ some
           nice added scenes ... ;-) ... you'll love it
```

MEHANNA led AAB through the process of downloading the

video[26].

```
MEHANNA:   (Link: [omitted]  ... scroll down to the last ad
           (Expedition of Umar Hadid) ... and click on the
           first link under it ... right click
'AAB:      woah how long is this
MEHANNA:   over an hour[27]
```

                         * * * * * * *

```
MEHANNA:   is it dloading? ... or is there no activity?
'AAB:      its downloading ... its gonna be another hour
MEHANNA:   OK, nice
'AAB:      what is it what is it
MEHANNA:   ? ... The vid?
'AAB:      yea
MEHANNA:   it's the Umar Hadid vid ... but, w/ added clips
           ... from habibuna ... and, its transed into
           English
'AAB:      ohhh nice!!!
MEHANNA:   by yours truly
```

                         * * * * * *

```
MEHANNA:   you'll love it ... trust me
```

MEHANNA ("yours truly") took credit for translating it into

English.

The first few frames of the GUH video that was found on

MEHANNA's computer contains words in English of dedication to the

---

[26]On February 7, 2006, MEHANNA sent links to "AR" so that AR
could view the Umar Hadid video.  AR had seen an earlier
version, but was told by MEHANNA "there is a version that has
been translated into English ... with new stuff added onto it."

[27]The file ghazwah-omar-hadeed-eng-low.rm[50034].ram_2 is
just over 1 hour and 19 minutes long.

"prisoners in the prisons of the infidels" "in Cuba" and "in Abu

Ghraib," "and the preachers and mujihadeen amongst us."

Following the introduction is a voiceover with subtitles.  As set

forth below, on February 7, MEHANNA explained that the voiceover

was the voice of Abu Musab al-Zarqawi.

```
'AAB:       :-D ... its workings ... working*
MEHANNA:  it opened?
'AAB:       yea
MEHANNA:  the prison?[28]
'AAB:       hahaha :-Dyea man
MEHANNA:  Abu Musab [al-Zarqawi] is the one talking
'AAB:       really ... it doesnt sound like him
MEHANNA:  not the poem ... the intro only ... is the quality
          of the pic good?
'AAB:       oh, i passed that ... yea its excellent
MEHANNA:  where u at now in it ... what time slot
'AAB:       455 ... haha this is awesome subhanAllah
MEHANNA:  ;-)
'AAB:       haha the part where hes taping the wires to the
          bomb in the car
MEHANNA:  that clip ... was found on al-Jazira
'AAB:       they showed it?
MEHANNA:  just that part w/ the wiring
'AAB:       man...
MEHANNA:  that's Abu M talking agai ... again
'AAB:       yea that sounds more like him ... man did that
          bomb actually destroy the tank completelty
MEHANNA:  which one
'AAB:       the part where a car drives by one way, then the
          tank drives by from the other way and blows up
MEHANNA:  lemme see ... probably[29]
'AAB:       18:13
MEHANNA:  def caused some major organ bleeding
'AAB:       hahaha
```

---

[28]During the introduction, the video depicts computer
graphics of a prison.  After the Zarqawi speech, the prison is a
background for pictures, including of prisoners.

[29]Several video clips of military vehicles exploding as they
drive over IED's are depicted during the segment of the video
they are discussing at this point in the chat.

* * * * * * *

```
'AAB:      yo who ws umar hadid exactly
MEHANNA:   he was the commander of the Mujahidin in Fallujah
           ... he was killed last Ramadan ... when the
           Americans invaded it
'AAB:      ooh ok
MEHANNA:   Abu Mus'ab told him to shave his beard and escape
           ... but he refused ... and stayed till he was
           killed
'AAB:      man, subhanAllah ... how come they dont show him
MEHANNA:   they did
'AAB:      when dude
MEHANNA:   did u see the part ... 29:40 ... in the background
           ... thats him
'AAB:      oh thats him ... ok i saw that ... mashaAllah ...
           hes young
MEHANNA:   ya ... it is reported that he said ... "I will
           never leave Fallujah as long as there is one
           single foreign Mujahid who has come here to help
           us."
```

* * * * * * *

```
'AAB:      its amazing so far ... wanta min ahlu
MEHANNA:   there ... is more of the Shykh [Usama bin Laden]
           at the end[30], I think
'AAB:      ok maybe i can stay up a lil longer
MEHANNA:   hHHahh ... no, sleep if ur tired
'AAB:      im at 104:55 ... ill just finish
MEHANNA:   miht as well ... MIGHT
'AAB:      yea ... ok im gonna finish inshaAllah
MEHANNA:   keep in mind
```
*** Auto-response from 'AliAB: I am away from my computer right
now.

---

[30]At the point indicated by MEHANNA, the frame states: "Your
Brothers in the Media department;" the next frame reads: "Al-
Qa'idah in the Land of the Two Rivers."  What follows, are words
and the photo of "the Shaykh" i.e., Usama bin Laden.  There are
English subtitles.  According to the English subtitles, of the
martyrs depicted in the video, bin Laden states: "These youths
wage Jihad against the Greatest Kufr (America) by their hands and
souls.  We ask Allah to accept them among the martyrs."  The last
2 frames, after bin Laden, read: "Do not forget us from your
supplications," "Your Brothers from At-Tibyan Publications."

```
MEHANNA:    these guys are around our age
'AAB:       subhanAllah
MEHANNA:    go to15:55 ... 1:15:55 ... that's the Shkhs prt
'AAB:       alright ... maan ... that was amazing ... alright
            akhi im gonna go to sleep ... jazakum allahu
            khairun for sending me that
MEHANNA:    OK, habibi ... take care.
'AAB:       you too inshaAllah
```

On February 14, 2006, MEHANNA sent the following to AAB:

```
MEHANNA:    Dude ... I found something nice for u
MEHANNA:    (Link: [partially omitted] http:// ...
            Osama%20Bin%20Laden%20video ...
MEHANNA:    throw that in the download program
'AAB:       nice one sec
MEHANNA:    remember the clip at the end of the umar hadid vid
            ... where the shaykh [Usama bin Laden] was talking
'AAB:       yea
MEHANNA:    this is the entire speech ... translated into
            English ... as well
```

On February 7, 2006, MEHANNA sent the "the Expedition of

Umar Hadid" video to a person with the screen name of UK.  After

MEHANNA directed UK to the link which allowed UK to download the

video in the shortest amount of time, he asked whether it worked.

UK responded, "Awesome papa like it."

MEHANNA was involved in translating and distributing other

videos and other media that were intended to inspire

participation in violent jihad and glorify terrorist acts.

On February 5, 2006, Abu Mundhir asked MEHANNA "what do you

think of doing the abu anas as shamee[31] video in english ... bio

_____

[31]Abu Anas Al-Shami, was born in the Palestinian West Bank,
then under Israeli occupation. (The term Shami in Arabic refers
to greater Syria, which includes parts of Jordan, Israel and the
Palestinian Authority and Syria itself.)  In the mid-1990s Abu
Anas Al-Shami went to Bosnia where he embraced radicalism.  In

video." Abu Mundhir suggested Abu Anas because "i was thinking

abu anas one is pretty inspiriational [sic: inspirational]."

MEHANNA agreed to do it: "good idea, bro ... excellent next

proj[ect]."

They also discussed other projects:

| | |
|---|---|
| Abu Mundhir: | yeah ... cause ... i know a bro has already done ... wa yakoon[32] in english ... and he gave it to us but requires heavy editing so if we do ... the abu anas its as if we ... did all htere videos ... with the exception of riyah al nasr |
| MEHANNA: | OK ... I think ... the Abu Anas[33] ... takes precedence ... cause the wa yakun is very similar to GUH[34] |
| Abu Mundhir: | yeah |
| MEHANNA: | OK, so can a bro transcribe it? |
| Abu Mundhir: | yeah ... i will get ... someone too ... inshAllah |

On March 8, 2006, Abu Mundhir sent another project to

MEHANNA "wa yakoon ad deen,"[35] and asked him: "can you just go

---

2003, after USA invasion to Iraq, Abu Anas Al-Shami joined Abu Musab al Zarqawi in Northeastern Iraq. He soon became Zarqawi's second in command. Abu Anas Al-Shami was killed, in 2004, in Western Baghdad by an American missile strike.

[32]"Wa Yakoon Ad Deenu Kulluhu Lillaah," was also a video released by "the Media Division" of "al Qa'ida in the land of the two rivers."

[33]As stated above, "Abu Anas" is a reference Abu Anas Al-Shami, who was a terrorist affiliated with Abu Musab al Zarqawi.

[34]As explained above, GUH is a reference to a video concerning the "expedition of Umar Hadid," who was a terrorist in Fallujah, Iraq, who was affiliated with Abu Musab al-Zarqawi.

[35]"Wa Yakoon Ad Deenu Kulluhu Lillaah," was also a video released by "the Media Division" of "al Qa'ida in the land of the two rivers."

through that and edit ... what needs to be edited."

On March 24, 2006, Abu Mundhir again asked for MEHANNA's help in connection with a pro-jihadi video:

| | |
|---|---|
| Abu Mundhir: | akhee was wondering ... u got any ideas for an intro to the msg to the curry people [Pakistanis][36] |
| MEHANNA: | what do u mean |
| Abu Mundhir: | an intro |
| MEHANNA: | isn't it a document? |
| Abu Mundhir: | no its a video by the dr[37] |
| MEHANNA: | oh ... hmm... ... how about ... some footage ... of tribesmen |
| Abu Mundhir: | ok ... but i want ... some ... thing to go with that ... like how we had a prison cell ... in the guh[38] ... not just clips |

---

[36]In April 2006, Dr. Ayman al-Zawahiri released a video "To the People of Pakistan."

[37]MEHANNA often refers to Dr. Ayman al-Zawahiri as "Dr.," "Doctor," or Dr. Z." For example, on January 30, 2006, in an online exchange with "AbuTuraab86," while discussing the (then) latest message from al Qa'ida to President Bush, MEHANNA referred to Zawahiri as "Doctor," as follows:

| | |
|---|---|
| MEHANNA: | Did u see the Doctor today ... on Jazirah? ... he told Bush to accept Islam |
| AbuTuraab86: | u sent me the article i didnt see the video though |
| MEHANNA: | he kept referring to the Shaykh [Usama bin Laden] ... and saying: Hafidhahullah |
| AbuTuraab86: | mashaAllah so hes alive walhamdulilah |
| MEHANNA: | (Link: [partially omitted] http://english.aljazeera.net ...... |
| MEHANNA: | Call to convert |

Elsewhere in the tape - reported but not aired by Aljazeera - al-Zawahiri called on Bush to convert to Islam, telling him that if he does so he will "become a brother in the faith and God will forgive you your sins".

[38]The GUH video was found on MEHANNA's computer (file name:ghazwah-omar-hadeed-eng-low.rm[50034].ram_2). At the beginning of the video (after the introduction that identifies it as "released by the al-Qaidah Network in the land of the two rivers," "Media Wing", there is computer animation (video) of a

```
MEHANNA:        hmm
Abu Mundhir:    anybody can do clips
MEHANNA:        I'm not good at that stuff ... hehe ... I'm
                more of a clip guy ... but ... I will think
                of some ideas ... and get back to ui ...
                insha Allah
Abu Mundhir:    k inshAllah ... i was gonna put hathrami[39] as
                usual ... from the interview with tayser
                alouni[40] ... where he crys at the end ...
                talking about
MEHANNA:        yeah
Abu Mundhir:    curry land [Pakistan]
MEHANNA:        that's a given
Abu Mundhir:    yea
MEHANNA:        ok dude
```

On March 26, Abu Mundhir told MEHANNA: "i had an idea for

the intro," and sent him a link to an article from Reuters

entitled, in part, "US-SECURITY-PAKISTAN-PAMPHLET.xml."

### 4.   Recognizing the importance of their efforts

On February 16, 2006, MEHANNA told Abu Mundhir:

```
MEHANNA:        a brother I know in Masr [Egypt] ... the
                intelligence ... there ...they questioned him
                about me
```

Although he was concerned that Egyptian Intelligence Service had

asked questions about him, MEHANNA assured Abu Mundhir that he

would not stop his activities:

```
MEHANNA:        so, I should be careful
Abu Mundhir:    right ... which means?
MEHANNA:        I don't know
```

---

prison cell.

[39] "Hathrami" or "Hadrami" means someone from an area of
Yemen, i.e., Usama bin Laden, whose father is from that area.

[40] Tayseer Allouni is an al Jazeera journalist who
interviewed Usama bin Laden after the 9-11 attacks.

```
Abu Mundhir:    u will stop with the franchise?
MEHANNA:        No, of course not
Abu Mundhir:    just take the necessery precautions ...
                important material ... buy usb key ... that
                can hold 1 gig ... put it on there ...
                encrypt it ... and use it like that
```

Abu Mundhir reminded MEHANNA of the importance of their work and

MEHANNA reassured Abu Mundhir that he would not stop, but just be

more careful:

```
Abu Mundhir:    anyway what im saying is if we stop what were
                doing then we have failed those guys and
                failed a lot of people who rely ... on ...
                the franchise
MEHANNA:        I'm not saying we stop ... I'm just syaing
                ... at the moment ... it is better for me to
                do so ...just till I figure out ... what the
                deal is ... u kow ... know
Abu Mundhir:    ok
```

MEHANNA helped make available to others the translated

materials distributed by at-Tibyan Publications.  He also worked

with the administrators of the site.  For example, on March 27,

2006, he had the following conversation with AR:

```
MEHANNA:        check out this site
MEHANNA:        (Link:
                http://www.muwahhideen.com/articles/)http://www.mu
                wahhideen.com/articles/
MEHANNA:        it's all of Tibyan's translated stuff
AR:             akhyy i cant get on the tawheed web site
MEHANNA:        yeah ... they don't let any new members on
AR:             i was not new ... i was working
MEHANNA:        yeah ... but ... u never posted anything ... so
                they deleted ur account
AR:             o man ... i only had it for 2 weeks befor i went
                ot masr
MEHANNA:        they are uptight w/ security these days man
AR:             too bad
MEHANNA:        lemme talk to one of the admins ... and see what
                the deal is ... insha Allah
```

**B.   Support for successes of the terrorists and setback for the American and other westerners, and rejection of moderation, and desire to leave the U.S. and not live amongst the "kuffars"[41]**

**1.   Admiration for al Qa'ida leadership and their acts**

MEHANNA and others with whom he shared a violent jihadi philosophy, often discussed and delighted in the receipt of the latest speech or video from al Qa'ida leaders, while delighting in the latest setback to the American mission in Iraq.  They also seemed almost amused by some of the videos of captured westerners.

On January 30, 2006, while talking with Abu Mundhir, MEHANNA asked Abu Mundhir if he had seen "Doc's tape."  From the context, it appears they were talking about a new tape from Dr. Ayman Zawahiri, who is a prominent leader of al Qa'ida (and a surgeon). (Abu Mundhir also stated: "i want to see the old man [Usama bin Laden] though.")  MEHANNA also asked Abu Mundhir "did u see Jill Caroll in the new tape as well?"  Carroll was a reporter who, while working for the *Christian Science Monitor*, was kidnapped in Baghdad, Iraq on January 7, 2006.  Her kidnappers, who were followers of Abu Musab al-Zarqawi, released several videos of her during her captivity.  Ultimately, after approximately 82 days of captivity, she was released.  In response to MEHANNA's question, the following exchange took place:

---

[41]"Kuffar" is, generally, a non-believer, who does not recognize Allah and his prophet Muhammad.

27

```
Abu Mundhir:     no just saw the pic
MEHANNA:         She was...masha-Allah...lookin good as well
Abu Mundhir:     lol i seen ... Abu Mus'ab's[42] probably...
                 forget it
```

The two men found the whole ordeal of Ms. Carroll very amusing:

```
MEHANNA:         why do u think ... they put a hijab[43] on her?
Abu Mundhir:     lol ... no clue
MEHANNA:         man ... they shouldn't have
```

                        * * * * *

```
MEHANNA:         Abu Jill Carrol
Abu Mundhir:     lol
MEHANNA:         sounds nice... kayf halak ya Abi Jill Carrol
Abu Mundhir:     akhee u think ... there [sic: they're]
                 getting ... a peice of that
MEHANNA:         Yeah, dude
Abu Mundhir:     lol
MEHANNA:         if u notice ... the latest vid is from a diff
                 Jama'ah ... that means ... they're passing
                 around the dessert
Abu Mundhir:     haha
MEHANNA:         Iraqis, man ... they know how to treat a
                 woman
Abu Mundhir:     lol
```

The search of MEHANNA's computer revealed many stored images and videos. Included amongst the stored images, were two copies of a still photograph from the video depicting the beheading of Nick Berg. Berg was a contractor from Pennsylvania, who was captured and beheaded in approximately May 2004. Abu Musab al-Zarqawi was given "credit" for killing Berg. The still photos on MEHANNA's computer show someone holding Berg's severed head.

---

[42]This a shorthand for Abu Musab al-Zarqawi.

[43]"Hijab" is the traditional head covering worn by Muslim women. Carroll wore one in some of the videos that were released during her captivity.

On May 28, 2006, MEHANNA and DS talk about having an upcoming movie night where they can watch jihadi videos involving al Qa'ida in Iraq leader Abu Musab al Zarqawi.

```
MEHANNA:  we can have a movie night
DS:       What movie? ... "State of the Ummah"?
MEHANNA:  ni ... no ... Heads Up
DS:       lol ... Heads Up?
MEHANNA:  hehe joke
DS:       Does it star Mr. Z?
MEHANNA:  yes
DS:       it shoud be Heads Off
MEHANNA:  hehe yeah
```

MEHANNA and other individuals, including one with the screen name AAB and a second with the name E, often discussed the latest release from al Qa'ida, and showed their reverence for the al Qa'ida leaders and disdain for the U.S. leaders and troops.  For example, during conversations in April 2006, they discussed a message and video from Abu Musab al Zarqawi, who was the leader of al Qa'ida in Iraq.

On April 26, 2006, Abu Musab Zarqawi released a recruitment video for al Qa'ida in Iraq in which he showed his face and proclaimed that he was leader of the organization.  In it, he said that he would attack and kill the American crusaders.  That evening, MEHANNA sent a link to the video to "T2," saying that it was the first time for "him" to be seen.  T2 apparently only was able to access the audio portion of the file, so MEHANNA told him to come down to his, MEHANNA's room, to see the rest of it.

Multiple photographs of Zarqawi were found on MEHANNA's

computer.

On Apr 12, 2006, MEHANNA and ABOUSAMRA discussed the (then) latest tape from Ayman Zawahiri:

> ABOUSAMRA:   hey, is this doc [Dr. Ayman Zawahiri] audio new or old? ... that they posted on tp [Tibyan Publications]?
>
> MEHANNA:   haven't opened it ... guessing it's old ... but ... hehe ... the Shaykh [Usama bin Laden] says the same thing anyways ... hafidhahullah ... brb [be right back]
>
> ABOUSAMRA:   i don't know if this doc tape is old ... but he says alot of good things about mr. z [Musab al Zarqawi] ... i don't understand why our fathers' generation is so pessimistic regarding the j [jihad] situation in the world. ... When everything indicates otherwise. ... in the tape he says he knew mr. z personally and knew him to be only a good man

Multiple photographs of Dr. Ayman Zawahiri were found on MEHANNA's computer.

On multiple occasions MEHANNA expressed support and indeed reverence for al Qa'ida and other terrorist leaders, and encouraged others to hear and be inspired by their words and videos.  Another example of this occurred on May 8, 2006, when MEHANNA sent a link to M, and told him to "check this out."  When M asked: "what is it about?" MEHANNA told him: "Abu Nasir al-Qahtani[44] ... Bagram escapee ... leading his first post-escape attack on 'uluj. [tr. dirty infidel]"  MEHANNA told him to go to a certain point in the video, " and see what he says ... it's

---

[44]Abu Nasir al-Qahtani was an al Qa'ida fighter who escaped from Bagram prison in the summer of 2005.

awesome."  On May 9, 2006, MEHANNA sent the same (or a similar)

video to AAB:

>    MEHANNA:   dude .... I saw the coolest blood donation clip
>               today ... I want u to seeit

MEHANNA then sent a link: [omitted]

>    MEHANNA:   go to 10:35 ... or 10:30, actually
>    'AAB:      HAHAHA
>    MEHANNA:   ;-) ... this brother ... he's a Saudi ... he was
>               in the American prison for the Mujahidin in
>               Afghanistan ... but he managed to escape ... and
>               this vid ... is from his first battle after
>               escaping
>    'AAB:      the one in the white turban
>    MEHANNA:   the one who was talking, yeah ... his name is Abu
>               Nasir al-Qahtani

MEHANNA sent the exact same link to E on May 8, 2006, and

told him: "for starters, watch the video."  E and MEHANNA then

had the following exchange:

>    E:         watching it now? ... Maghrebi?
>    MEHANNA:   10:35 on, specifically ... no, Abu Nasir
>               al-Qahtani, Bagram escapee ... leading his first
>               post-escape operation ... look @ what he says @
>               10:35 ... :-D
>    E:         this brother is something else

>                         * * * * * * * *

>    E:         just watched the whole thing
>    MEHANNA:   hehe
>    E:         will watch it again several times more ENshallah

MEHANNA and ABOUSAMRA ("using screen name Ahmad AS")

discussed the same video on Apr 26, 2006:

>    MEHANNA:    Aq ... on it
>    ABOUSAMRA:  oh yeah, who is aboo naasir al-qah?
>    Mehanna:    one of the 4 bros who escaped from Bagram ...
>                the one who made that shi'r video
>    ABOUSAMRA:  oh

MEHANNA and an individual using the screen name E also
praised Abu Nasir al-Qahtani during a chat on May 10, 2006:

    E:        akhi, I want to have and raise a son someday like
              Abu Nasser al.Q ... make du3aa
    MEHANNA:  heheh ... akhi ... we all do ... the guy is ...
              like ... the Muslim T-1000
    E:        the guy is my rockstar

    **2.    Admiration for the 9-11 hijackers and their crimes**

    In addition to his reverence for the leadership of al
Qa'ida[45], on February 6, MEHANNA referred to the 19 hijackers of
September 11 as the "19 martyrs."  On February 6, 2006, MEHANNA
told DS that while he had a CD of the tribute video to the 19
hijackers of September 11, 2001, he was looking for an online
link so that he could send it to others.

    MEHANNA also expressed support for the crimes of the 9-11
hijackers; for example, on June 9, 2006, the following exchange
occurred:

    M:        may Allah's curse be on those that died in sept 11
    MEHANNA:  the people who say for Allah to have mercy upon
              the kuffar who were in it ... so I say ... may
              Allah have mercy on just the buildings ... not the
              kuffar that were in it ... as at least the
              buildings weren't kuffar

    MEHANNA and his friends often joked about the 9/11 attacks
and talked about the 19 hijackers as heroes.  For example, on
April 11, 2006, MEHANNA told AAB that "I found this lecture by

_____

    [45]Their reverence for terrorists is in sharp contrast to
their disdain for American leadership; on March 5, MEHANNA
commented about something in the news about "Condi" (Condaleeza
Rice).  MEHANNA described her as a "dog."

Muhammad Hassan ... where he talks about the Shaykh [Usama bin

Laden]."  AAB asked him to "send it."  MEHANNNA sent the link,

and AAB, after viewing it, commented "this is awesome."  MEHANNA

then told AAB: "he makes a joke about 9/11... .... "Wallahi, I

visited those towers - of course, this is before they were

knocked down" ... then he starts laughing ... and the crowd does

too."  AAB responded: "hahaha i heard it ... hahahahaha"

On May 10, 2006, MEHANNA and AAB also talked about going to

New York:

    'AAB:      nice, dude we should go to new york sometime ...
               again
    MEHANNA:   yeah soon as ur out ... I need to get some stuff
               ... and we never prayed inside Masjid al-Faruq ...
               where Sh. Azzam preached
    'AAB:      yea thats true ... iwanna see ground zero during
               the day ... ao i can make duaa [prayer] for our
               brothers :-D ... so*
    MEHANNA:   hehe ur never gonna get enough of that place ...
               yeah ... also ... make du'a' for the towers ...
               Rahimamullah
    'AAB:      hahaha ... ive been watching so many clips of it
               man

                        * * * * * * *

    'AAB:      i dont know man, those attacks were special
    MEHANNA:   yeah, subhan Allah...too bad there was this pizza
               place next to the towers ... that got wiped out
    'AAB:      haha

AAB then told him that he had just seen "that united 93

movie[46]" and AAB thought it was "soo funny ... ... i was laughing

_____

[46]United Flight 93 was one of the planes hijacked on
September 11, 2001, that was supposed to hit a target in
Washington, D.C.  It crashed in Pennsylvania when the passengers
tried to regain control of the flight.  Flight 93 was the subject

the whole time."

      'AAB:      it was soo unbelievable man ... it was so funny
                       how clueless the americans were
     MEHANNA:   One question: ... how did it end?
                       hahhhahahahahahahahahaahahaahaha
      'AAB:      lol
     MEHANNA:   :-d ... :-D:-D:-D:-D:-D:-D:-D [big smile]

The two men then talked about several of the hijackers.  It is clear that they had studied personal details of the hijackers' lives like others their age might talk about sports or political heroes.  MEHANNA also reminded AAB of something he had given him ("remember the thing I gave u") wherein "the Shaykh [Usama bin Laden] names them one by one ... and mentions their qualities." They were particularly thrilled that "mohammed atta was in boston," and speculated that maybe "we saw him at the isb [Islamic Society of Boston] or something."  They then viewed a video that depicted each hijacker and they talked about each one. MEHANNA also told AAB, in connection with one of the 19 hijackers:

     MEHANNA:   I had translated a biography of him ... a while
                 back ... lemme see if I have it still

They continued their discussion concerning some of the other hijackers.

On May 14, 2006, MEHANNA and AAB also discussed the 9/11 Commission Report that apparently AAB was then reading.

      'AAB:     this book ... they try and make out the hijackers

_____

of a motion picture by the same name.

```
               to be uneducated barbarians ... which makes no
               sense, because those attacks were genious ... both
               the people that planned them and even more so the
               ones who carried them out
MEHANNA:       yeah ... ah well ... at the end of the day ...
               there is a big empty space there
'AAB:          lol
```

They also continued their discussion of some of the hijackers and planners, and their admiration for them; for example: 'AAB: "mohammed atta[47] ... this guy was so awesome."

Approximately 30 photographs of the twin towers of the World Trade Center after the two planes struck on September 11, 2001, were found on MEHANNA's computer.  In addition, photographs of some of the hijackers were also found, as was a photo of Mohammad Atta's U.S. visa.

In addition, MEHANNA and two friends visited ground zero and photographs from that visit were found on MEHANNA's computer. Two of the photographs are worth mentioning.  In one, MEHANNA stands with another man who is unsmiling.  MEHANNA, on the other hand, has a huge smile on his face.  In another, three men are depicted.  Again, one is unsmiling.  MEHANNA and another man have a huge smile and are pointing their index finger upward.  Copies of the photographs - with the faces of the other men masked, are attached hereto.

On February 5, 2006, MEHANNA and DS had a long conversation.

---

[47]Mohamed Atta was one of the 9/11 hijackers on American Airlines Flight 11 that was the first plane to fly into the World Trade Center.

MEHANNA told DS that he had just sent their pictures from attending the ground-zero site of the September 11, 2001 attacks on the World Trade Center to some of his friends in Egypt, who themselves had been in Iraq (to combat the United States).

> MEHANNA:   I just sent ... some friends of mine in Egypt ... the pics of us at the grzr [ground zero] ... and they were like ... "Who are these terrorists?
> DS:        lol
> MEHANNA:   they were joking of course ... they themselves were in rfdn [Rafidayn, i.e. Iraq]

### 3.  Hatred of the United States and Americans, and desire to leave, the United States

MEHANNA shared a hatred of the United States and a desire to permanently leave the U.S. with many of those with whom he regularly communicated.  For example, on March 30, 2006, during an exchange with and individual with the screen name M the following exchange took place:

> M:         i really hate to live in the country longer ... i wish to go back to arabia ... or some other place where i dont see these filthy kuffar
> MEHANNA:   heh ... join the club, akhi
> M:         which club lol
> MEHANNA:   the "I want to get out of here" club

On February 5, 2006, ABOUSAMRA expressed a similar sentiment: "i just hate this stupid kufr land ... i hate being surrounded by kaafirs."

MEHANNA and M again expressed their hatred of the U.S. and hope for our defeat, and support for the terrorists on April 25, 2006, while at the same time, MEHANNA warned M to be careful:

> M:         akhi do you have the link for shaykh abu qatadah's

```
                    site?
MEHANNA:    hmm ... is there one even working?
M:          there was one a month ago
MEHANNA:    hmmm ... not sure of it man ... akhi ... did u
            hear
M:          no problems akhi
MEHANNA:    about the vid
M:          oh yes mashallah ... i saw it
MEHANNA:    hehehe ... nice
M:          that gives more than one indication ...firstly
            that the shaykh is in a powerful position ...in so
            much that the americans and rawafid cannot reach
            him ... and secondly that he is in controll ...
            and he is moving the directions of the iraqi scene
            ...as he came out fearlessly with his appearance
            on the video ... and not fearing that this
            appearance would lead to identifying or detenting
            him, and this clearly indicates that he is not on
            the run ...rather the maggots are ..and that the
            shaykh is surrounded by a deeply trustworthy
            bitnaa who are bent on seeking victory
MEHANNA:    na'am ... hehehe
M:          i believe the evil gangsters in the white house,
            petnagon, the congress and cia are experiencing
            earthquakes
MEHANNA:    I believe
M:          at the moment
MEHANNA:    they are pissing their diapers
M:          the whole world knows they represent evil, and
            what they stand for is rotten fruits, and they are
            to perish as their stance is like the house of a
            spider
MEHANNA:    yeah
M:          may Allah curse this 3yesabates sawd ... wal
            mujrimeen ... i abhore and hate them, and my
            baraah is for them
MEHANNA:    Akhi ... (we're being watched...) ... for the
            hundredth time ... hehehe
M:          la3natullahi aliyhem let them see ... we are not
            breaking any of their filthy constitution ...
            their accursed "bill of rights" allows them to be
            bashed
MEHANNA:    ok akhi ... but ... be smart ... hehe
M:          oh yeah sure lol
```

On May 12, 2006, MEHANNA was asked by "I" whether he should

accept a job for a company which does some work for the U.S.

government.   MEHANNA responded:

    MEHANNA:   I am not going to give you a fatwa ... but
    I:         do u think thans an issue?
    MEHANNA:   if I were you
    I:         right
    MEHANNA:   I would not work for them ... but, that's me ...
               even if your work indirectly helps them to help
               the govt ... then stay away from it

A few minutes later, MEHANNA went on to explain his own

intentions to leave the United States:

    MEHANNA:   as soon as I'm done w/ school
    I:         non*
    MEHANNA:   I'm planning something called hijrah
    I:         yea ... unh
    MEHANNA:   cause I don't want to be offering my services ...
               to kuffar ... while Muslims
    I:         fo sho
    MEHANNA:   are more in need of them ... esp. since
    I:         yea
    MEHANNA:   these kuffar ... many of them ... are at war w/
               the Muslim countries
    I:         yea
    MEHANNA:   so ... it's on my mind 24-7[48]

        **4.   Taking pleasure in injuries to U.S. Servicemen**

    MEHANNA and several of the people with whom he regularly

communicated seemed to also be amused by injuries to American

soldiers; for example, on February 2, 2006, the following

exchange took place:

_____

        [48]Consistent with these sentiments, at least one saved
internet conversation has been found on MEHANNA's computer during
the search of MEHANNA's computer seized on October 21, 2009. In
that document, a saved chat from September 21, 2009, MEHANNA
admonished a user named Alya not to come to the United States to
study, but rather, to stay in Saudi Arabia.  Among other reasons,
MEHANNA explained that a Muslim should not leave Saudi Arabia to
live with the Kufar [infidel], unless it is for a legal reason.

```
Abu Mundhir:    there [sic: they're] trying to scare us or
                something
MEHANNA:        Yeah...maybe he is right... if the 20,000 US
                Troops wounded in Iraq can somehow grow back
                their blown off limbs
Abu Mundhir:    lol
```

Similarly, on February 5, 2006, the following exchange took

place, when MEHANNA sent an excerpt of a news article about

deaths in Iraq to Abu Mundhir:

```
MEHANNA:        12 minutes ago
```

"KANDAHAR, Afghanistan - A land mine ripped through a police
vehicle, killing six officers and wounding four in the latest of
a wave of attacks that have rocked southern
 Afghanistan, officials said Sunday.
 ADVERTISEMENT

 The blast late Saturday in Kandahar province came after 48 hours
of bloodshed that left 38 people dead as hundreds of Afghan and
U.S. forces battled some 200 militants in the biggest fighting in
months."

```
Abu Mundhir:    lol ... things ...are getting nice there ...i
                read one article ...that a whole battalion
                was donated ... from z ...to there ...
MEHANNA:        heh ... yeah, I'd believe it man ...they like
                their udhiyah [tr. Sacrifice] a little
                spicier
```

On another occasion on April 29, 2006, MEHANNA sent to AAB a

link so he could enjoy a video of what is described as some

Marines being blown up by an IED.

```
MEHANNA:  check this out
MEHANNA:  (Link: [omitted]
```

                        * * * * *

```
MEHANNA:  it's a vid ... of ... a group of Marines ...
          seeing a wierd object on the ground ... so they
          stop to look at it ... as soon as one of them gets
          out and tries to dismantle it ... and says "I
```

```
              think I got it" ... the thing goes off
'AAB:         maaaaaaaaaaan ... i wanna seeee
MEHANNA:      and all the Marines are yelling "O ****!!" ... the
              ones that survive, that is
'AAB:         haha ... lol
```

On March 21, 2006, MEHANNA sent T2 two videos depicting
apparent improvised explosive device attacks on American
soldiers.  They talked about how the first depicted one
explosion, and the second depicted more than one.  They then
shared a laugh about the videos.

On April 9, 2006, MEHANNA sent T2 a video of a recently
downed helicopter and crew in Iraq.  The video depicts the
dragging of a soldier across the ground, and one who was lit on
fire.  MEHANNA called the video the "Hanes" video, an apparent
reference to the fact that on the video, the pilot's underwear
tag is conspicuously visible.  MEHANNA joked that there was a
Hanes commercial in the second half of the video.  The video was
released as a propaganda tool for al-Qa'ida in Iraq and its
associates, and at the time was well publicized for showing that
Zarqawi was targeting Americans in Iraq.

MEHANNA and his coconspirators, who shared videos and took
real pleasure in the deaths of American servicemen, seemed to
delight in the most horrific atrocities.  For example, on July
12, 2006, the following exchange occurred:

```
MEHANNA:    bro ... u want to see something
T:          yeah sure man
MEHANNA:    u remember ... the rape incident
T:          yeah
```

MEHANNA:    w/ the 14 yr old girl' ... u want to see ... the
            response?
T:          yeah i do
MEHANNA:    ok ... get ready ... and it ain't a statement from
            CAIR[49] [Council on America-Islamic Relations]
T:          yeah if it was to that it would make me wanna
            vomit ... but i know this will put a smile on my
            face
MEHANNA:    this is ... sick ... as in ... sick
T:          even for the tv show i saw with u abu hammood and
            tamer came in ... sicker then those shows
MEHANNA:    yes ... even sicker
T:          ohh man
MEHANNA:    but ... it shows the aftermath ... not the actual
            process
T:          and its worse
MEHANNA:    yeah ... they go ... all the way ... ull see ...
            and better yet ... they do it against ... hicks
            ... not Shiah ... the same baseball team ... that
            the rapist was on[50] ... they did it to them
T:          oh the yankees ... yeah man i hate that team ...
            alot
MEHANNA:    let's just say ... they got torn apart
T:          i really wanna see this
MEHANNA:    remember the movie Hostel
T:          yeah
*** T has received juthath.rmvb.[51]
T:          ok its done ... what do i play it with
MEHANNA:    real player
T:          wmp does play it ... oh damn ... 1 sec ... ist
            working
MEHANNA:    :-) ... they specifically did this ... in response

---

[49]MEHANNA and ABOUSAMRA are not supportive of CAIR's public
relations efforts; on March 24, 2006, while chatting online, the
following exchange occurred:
    ABOUSAMRA:      CAIR, Council Against the Islamic Religion
    MEHANNA:        Cows, Animals, Idiots, and Retards

[50]In early July 2006, when a video was released of burned
and mutilated bodies of two U.S. servicemen, the terrorists who
took responsibility claimed it was in retaliation for the rape of
a young Iraqi girl.  The two murdered servicemen in the video
were allegedly from the same division as the suspect in the rape.

[51]The video MEHANNA was discussing was saved on his computer
File: juthath[75860].rmvb_1.

```
              to the rape
T:            on the st
MEHANNA:      yes ... and they left the corpses there ... and
              walked away ... u saw how they dissected the
              bodies
T:            yeah its still playing ... yeah
MEHANNA:      u can see the ribs ... internal organs ... etc
T:            thats waht the show states ... that it was
              response
MEHANNA:      yeah
T:            man ... that was something
MEHANNA:      heh yeah ... now ... they'll think twice ... when
              they see an Iraqi girl
T:            whats the deals in the courst ... r they being
              tried?
MEHANNA:      they will be ... but, who cares ... Texas BBQ is
              the way to go⁵²
```

The next day, July 13, 2006, MEHANNA asked another friend if

he had seen the video.  MEHANNA asked A-S: "man ... did u see the

vid of the mutilated uluj [tr. dirty infidel]?"  When A-S

responded: "no," MEHANNA described it as follows:

```
MEHANNA:      man ... it was ... Texas BBQ sauce ... all the way
A-S:          lol
```

On July 13, 2006, MEHANNA sent the same video entitled

juthath.rmvb, depicting the mutilation of U.S. personnel to I2.

MEHANNA encouraged I2 to send it to another person, and stated:

```
MEHANNA:      man ... did u see the vid of the mutilated uluj
I2:           no
MEHANNA:      this was done ... in revenge for the rape ... of
              that girl ... nice juicy BBQ
```

On July 14, 2006, while discussing military action in the

Middle East, MEHANNA said to A-S:

---

⁵²T was asking if there was any progress on the legal
proceedings against the suspected rapists; MEHANNA's preferred
the method chosen by the terrorists to punish the crime.

MEHANNA:   I want ... more BBQ sauce videos

The video that MEHANNA described as "Texas BBQ," about which he stated he "want[s] more" and "is the way to go," and for which he used ":-)" (a smile), was saved on MEHANNA's computer.  It contains a horrific depiction of the mutilation of the burned bodies of what appears to be two U.S. servicemen.  As stated above, MEHANNA saved the video on his computer.  The third, fourth and fifth frames of the video contain the following:

> "The Mujahidin Shura Council in Iraq"
> "Information Committee"
> "Presents the remains of two American soldiers who were
>  kidnapped near al-Yusufiya"

The video then follows with a photograph of Usama bin Laden and the voice of bin Laden thanking the Iraqi mujahideen for their continued attacks on America and its allies.  Bin Laden states that these attacks made all Muslims proud.  The video then contains several minutes of individuals prodding, kicking and holding a severed head of what appears to be two American soldiers.

### 5.   Rejection of moderation and cooperation

MEHANNA didn't just despise U.S. leaders, but he seems to feel the same way to any Muslim leader who advocates moderation and rejection of the extremists; for example, on June 12, 2006, AHMAD ABOUSAMRA (using screen name "Ahmad AS"), sent him the following: "It's about time Muslims owned up to the fact it's a Muslim problem," said Farzana Hassan-Shahid of the Canadian

Muslim Congress, adding she believes the community must forcefully denounce extremism. "We need to be more proactive, rather than issue statements of condemnation."  MEHANNA's response to this was:

```
MEHANNA:      She needs to be raped . ... with a broomstick
ABOUSAMRA:    lol
```

Similarly, on June 28, 2006, MEHANNA had the following reaction to an MAS statement concerning the death of Abu Musab al Zarqawi:

```
MEHANNA:  look at the wala' of the Muslims to each other:
          (Link: [partially omitted])
          http://www.masnet.org/pressroom_release[53]
AR:       dahh elly a7naa fal7een feeh
MEHANNA:  right ... bunch of women
AR:       so asyadhom al kuffar will be happy
MEHANNA:  walahi, I wish I could meet Mahdi Brey[54] ... and
          cut off his testicles
AR:       i dondt think he has any
MEHANNA:  yeah ... you're right ... ya'ni ... at least stay
          silent ... don't say anything, if u didn't like
          the man ... but why kiss behind like that?
AR:       man this stuff make me lose sleep man and when u
          tell people they look at ur weird
```

On February 13, 2006, MEHANNA and DS talked about the

---

[53]The link was to a statement by the Muslim American Society ("MAS") Freedom Foundation in reaction to the death of Abu Musab al Zarqawi, that was posted June 9, 2006.  The statement included condemnation of both the invasion of Iraq by U.S. forces, but also to the tactics of Zarqawi.  The statement included language such as: "There is a lesson to be learned from Zarqawi's violent life and those who followed his lead.  Violent means beget violent ends," and quotes from Mahdi Bray, Executive Director of the MAS Freedom Foundation.

[54]Mahdi Bray was the Executive Director of the MAS Freedom Foundation.  See previous footnote.

progress that they had made with influencing some other area youth, specifically naming two of their acolytes.  They discussed how they could use the recent Danish cartoon controversy to their advantage.  MEHANNA stated that the youth who were influenced by the Muslim American Society, were beyond hope, and could only be influenced with a baseball bat.

On July 19, 2006, MEHANNA had a conversation with AZ about how despicable Muslims who cooperate with the government are, citing to a then-recent report of a cooperating witness in a Canadian criminal case.   MEHANNA said that this action has made the witness an infidel.

**C.   MEHANNA's experience in Yemen**

On February 6, 2006, MEHANNA told "AAB" that he wanted to go to Yemen again, and described the school he went to, that was "more like a camp," where everyone walked around with AK-47s.

```
MEHANNA:   I had a crazy idea, man
'AAB:      what
MEHANNA:   that you and I ... go study in Yemen ... as soon
           as u finish undergrad
'AAB:      man that would be awesome ... inshaAllah, id love
           to do that
MEHANNA:   I'm 150% serious ... when do u finish ...
           undergrad

                  *  *   *  *   *

MEHANNA:   so anyway ... there's a school there ... that is
           very good
'AAB:      is that the one that shaykh muqbils studens run or
           something
MEHANNA:   hehe - yes. ... he is Masri ... and his name is
           Abul-Hasan ... like you
'AAB:      haha mashaAllah
```

```
MEHANNA:    I met his son
'AAB:       abulhassans?
MEHANNA:    yeah ... Abul-Hasan himself was on Hajj when I was
            there ... but, they all walk around the camp ...
            with camo jackets and AK-47s
'AAB:       maaan, no way
MEHANNA:    way.
'AAB:       haha thats awesome
MEHANNA:    It's more of a camp ... than it is a school
```

On April 1, 2006, MEHANNA told DS that he just got yelled at

by his father for what he did two years ago (going to Yemen to

train for jihad), and for arousing suspicion.  For that reason,

MEHANNA said he could not meet with DS.  AHMAD ABOUSAMRA, who was

then present with DS, then used DS' account, and wrote back,

"they are disappointed in you, they want you to do it again."

MEHANNA explained that his father thought that MEHANNA was part

of an organization.  Either DS or ABOUSAMRA asked "which one",

and MEHANNA said he did not know.  They then discussed having

watched the Umar Hadid video, which MEHANNA translated, and they

laughed with pride when "amajeed" asked who inserted the

subtitles.

```
DS:         yesterday we were watching uhadid vid. @ amajeed's
            ... so he asked, who put the subtitles ... in
            english ... lol\\
MEHANNA:    heh ... how come ... did he like the vid ... all
            the tunisians
DS:         he liked it
```

Later on April 1, DS and ABOUSAMRA again asked to visit

MEHANNA or meet with him somewhere and MEHANNA responded that

they didn't understand that his father would suspect that he was

planning something related to jihad.  DS' suggestion was:

```
DS:        why don't you just tell him that he's right? ...
           see what he says.
MEHANNA:   I'll just tell him ... we're planning a trip
```

On May 22, 2006, M told MEHANNA about his plans to live in Yemen, and asked him "tell me about marib" (a town in Yemen). MEHANNA responded:

```
MEHANNA:   heh ... it's a wild land ... very tribal ... full
           of bandits
M:         have you seen tribe infighting there?
MEHANNA:   and al-Qa'idah
M:         you mean thiefs with regards to bandits?
MEHANNA    when I was there, there was no such fighting
           ...yes, theives ...also ...a lot of foreigners ...
           Egyptians ... from Jama'at al-Jihad ...who escaped
           Egypt in the '80s ... and came there ...but they
           are all fugitives ... and underground
```

**D.   MEHANNA's concern about law enforcement scrutiny**

MEHANNA, while concerned about potential law enforcement scrutiny, nevertheless did not stop his pro-jihadi activities, because, in his view (as discussed above), they were important. However, he did attempt to encrypt some of his communications.

On February 21, 2006, Abu Mundhir encouraged MEHANNA to get a program that would encrypt his computer communications, and then helped him set it up.

On April 6, 2006, MEHANNA helped ABOUSAMRA download an encryption program.

On June 22, 2006, MEHANNA and AR discussed their concerns about what they kept on their computers:

```
    AR:        hey i found the book of muj" by basayav[55]
*** AR is trying to send you "mo7adrat.rar".
    MEHANNA:   link, man ... I don't want it saved on my comp
    AR:        sorry man the writen i dont have a link to it
    MEHANNA:   it's on maqdisi's[56] site I think ... I'll open it
               from there ... I'm trying to keep my comp free ...
               from any stuff ;-)
    AR:        lol ... i deleted alot ... just keep the important
               rare stuff
    MEHANNA:   yeah[57]
```

In addition, MEHANNA warned some of his friends about what

they said online; for example, on April 3, 2006, the following

exchange occurred:

```
    M:         may our end be in martyrdom
    MEHANNA:   akhi
    M:         this world is accursed
    MEHANNA:   remember ... I am being watched ;-)
    M:         oh lol
    MEHANNA:   and I know that for a fact
```

On February 28, 2006, after expressing concerns about

"Brian[58]", MEHANNA sent DS a link and instructions on how to

download an internet security program which would help mask DS'

---

[55]Shamil Basayev was a Chechen militant and Islamist.
Basayev wrote a book entitled *Book of a Mujihadeen*.

[56]Abu Muhammad al-Maqdisi is a jihad theorist who was the
mentor for Abu-Musab al Zarqawi.

[57]Consistent with this practice, at least one document has
been found on MEHANNA's computer which was seized on October 21,
2009 which evidences that MEHANNA has received information
related to or distributed by Abu Muhammad al-Maqdisi.  The
document is entitled a production of Manbar al-Tawhid wal-Jihad,
which is the internet-based propaganda website of Abu Muhammad
al-Maqdisi.

[58]They regularly used "Brian" (and sometimes "Bob") as a
code for FBI agents.

internet location, and thereby make law enforcement surveillance "much harder".  In the same conversation, MEHANNA told DS to be cautious around one of their acolytes, who MEHANNA suspected could potentially being an informant.

```
MEHANNA:    I'm not trying to arouse suspiciion ... I'm just
            syaing be smart
DS:         obviously ... I always practice a little takiyyah
            (hiding my beliefs) around those I don't really
            know... ... There is only a few people that I
            trust enough to be completely open with
MEHANNA:    the only ppl I trust ... r u and Ahmad [ABOUSAMRA]
            ... period.
DS:         I also trust Ali
MEHANNA:    Well ... the younger they are ... the bigger their
            mouths are ... fact of life
```

On July 7, 2006, MEHANNA and DS discussed the risk of compromise of their pro-jihad activity and they thought about who might know about their activities and how to minimize the likelihood of compromise.  They first expressed concern about one of their acolytes (who they had been trying to train) telling the FBI what they were doing.  MEHANNA then explained that the acolyte they suspected of being an informant knew of his and ABOUSAMRA's trip to Yemen and its purpose because ABOUSAMRA's cousin told him.  DS responded in coded terminology.

```
MEHANNA:    what we were talking about ... before ... about
            Abu D knowing stuff ... he knows about
DS:         na'am ... the Y [Yemen]?
MEHANNA:    Abu Sab [Abu Sabayya, i.e, MEHANNA] and Fadls
            [ABOUSAMRA] field trip
DS:         To the YMCA [Yemen]?
MEHANNA:    ya
DS:         who told him?
MEHANNA:    Fadl's genius cousin
```

DS asked MEHANNA whether the acolyte knew anything about ABOUSAMRA's prior trips to Pakistan for the same purpose.

```
MEHANNA:    so, he knows ... about everything ... the
            cheesecake ... the fake tires ... everything
DS:         Does he know about al-Fadl's additional fieldtrips
            to P-town [Pakistan]?
```

MEHANNA explained that neither he nor ABOUSAMRA had confirmed anything which Abousamra's female cousin told the acolyte, but he could figure it out.

```
MEHANNA:    then she just said ... "Did u know that Fadl and
            sabs did such and such...?" ... Sabs never
            confirmed w/ Abu D if this was true ... he just
            said ... "What the heck is she talking about" ...
            but ... Abu D isn't stupid
```

On February 12, 2006, MEHANNA expressed his concern to DS that law enforcement scrutiny would later inculpate him and their jihad-related activity, which they call peanut butter and jelly.

```
DS:         I'm downloading some of Shaykh Abdullaah
            el-Faisal's lectures right now, alhamdulilaah
MEHANNA:    akhi ... don't reveal everything online
DS:         I know
MEHANNA:    that can be used againt u
DS:         But these are publically avalible talks
MEHANNA:    yeah, but still ... that doesn't matter these days
DS:         against the Shee'ah and stuff ... not peanut
            butter and jelly [Jihad] stuff ... But I
            understand your point ... jazak'u'llaah khayr
MEHANNA:    ;-)
```

**E.    MEHANNA's continuing interest in participating in
        violent jihad, and additional efforts to convince and
        radicalize others**

Although he had been previously unsuccessful in his attempts to participate in acts of violence is support of jihad, MEHANNA continued to be inspired by Usama bin Laden and others and

maintained his desire to join with al Qa'ida, beyond just his

media and other supportive activities.  On March 23, 2006, he had

the following exchange with AAB:

```
MEHANNA:    yo ... go to ... memritv.com ... and check out the
            first clip
MEHANNA:    (Link: [omitted])
MEHANNA:    that
'AAB:       about saudi mujahideen in iraq ... oh u sent me
            the link
MEHANNA:    ya ... ya ... he talks about ... the shaykh
'AAB:       man between the ages of 15-25
MEHANNA:    yeah ... the shaykh himself was around 25 at the
            time
'AAB:       man ... haha he said the shaykh is "the commander
            of the arab mujahideen in afghanistan"
MEHANNA:    ;-) ... see how easy it was back then
'AAB:       alhamdulilah, more reward for us
MEHANNA:    check this next one out
MEHANNA:    (Link: [omitted]

                    * * * * * * *

MEHANNA:    hehe ... did u see the last clip
'AAB:       yeaa
MEHANNA:    akhi ... u should realize ... that such people ...
            when they were at their homes ... living with
            their families ... and interacting w/ their
            communities ... they were the most pious of all
            people ... and the most abstinent from the
            fallacies of the dunya ... they had attained a
            certain level of iman and 'ibadah and taqwa ...
            which qualified them ... for the status that they
            achieved ... so, think about what implications
            that has ... for you and I ... and how we live our
            lives on a day to day basis
'AAB:       man subhanAllah ... subhanAllah akhi, the
            circumstances we live in today for leaving "for
            peanut butter[59]" are unique
MEHANNA:    hehe, indeed ... in fact ... the one who does so
            ... is pretty much though of as a nut case
```

On April 1, 2006, MEHANNA told ABOUSAMRA "I am almost done

---

[59]"Peanut butter and jelly" was a code phrase for jihad.

... w/ 39." MEHANNA confessed to his friend "but ... honestly ... the more I do of it ... the more I fear ... Why do you say that which you do not do." Apparently, he was feeling guilty that he was not doing enough to personally prepare for and participate in violent jihad.

On February 8, 2006, MEHANNA and DS expressed their self-loathing for not having yet engaged in homicidal terrorism operations.

    MEHANNA:    did u see ... the pictures of the martyrdom
                operation?
    DS:         some brave mujaahid destroyed that traffic
                light...
    MEHANNA:    Masha Allah ... yes
    DS:         If only we had such courage ... alas we are
                cowards ... why do we say what we do not do?

On March 6, 2006, MEHANNA solicited "S" for recommendation to go to a school in Saudi Arabia. MEHANNA said he had already asked Imam Muhammad Masood, as well as his brother who had been an Imam in the Worcester area. S suggested that Muhammad Masood's other brother[60] studied there, and he may be able to give MEHANNA a recommendation. S asked MEHANNA whether his future plans were in pharmacy or in Islam? MEHANNA responded:

    MEHANNA:    Islam, insha' Allah ... at least for now ... I'm
                not ruling anything out
    S:          ic. and they don't mind that?
    MEHANNA:    but I would like to take advantage of my youth ...
                as long as I have a degree, that's all they want

---

[60]Masood's other brother is Hafiz Saeed, who is the founder and leader of Pakistan-based designated foreign terrorist organization Lashkar e Tayiba.

```
                    ... to be able to say: "Our son is such and such"
                    ... u know how it is :-)
```

On June 8, MEHANNA and an associate who used the screen name "E" discussed the death of Abu Musab al Zarqawi.[61]  It was an occasion for MEHANNA to berate himself for not doing enough to further the violent jihad conspiracy:

```
     E:        Celebrate man, our brother got Paradise Enshallah
     MEHANNA:  :-(
     E:        He got what he wanted ... too bad we're left with
               the mess here ... yaa bro, if all the video and
               clips that we see on the internet should teach us
               anything, is that there are a MILLION lined up to
               replace ... just as worthy, just as wa7sh, just as
               cunning just as on Islam, we just dont know their
               names ... make du3aa for them ... Allah knows them
     MEHANNA:  yeah ... ah well
     E:        NEXT ... we should get a group of bros together to
               pray Janazeh
     MEHANNA:  if it takes two American F-16s to kill you ...
               then you know you're something

                        *  *  *  *  *  *

     E:        to be honest, this brother is shaheed ENshallah,
```

---

[61]On June 8, 2006, ABOUSAMRA expressed loss over the death of Zarqawi:

```
     ABOUSAMRA:   Man, I'm very sad. ... Like, his voice... no
                  we can't hear it anymore.
                        *  *  *  *  *  *  *
     ABOUSAMRA:   They made the man into a giant of history.
                  ... Maybe before, some people didn't respect
                  him due to him still being alive. ...
                  Although they supported him in general. ...
                  Now his words have been made with blood. ...
                  i'm not joking, i'm really sad... ... unlike
                  abhjr or abhfs... we heard his tapes
                  regularly ... full of emotions ... to the
                  point that it felt like you knew the man
                  personally ... and then this man who you felt
                  like was you bst frnd ... suddenly murdered
```

|  |  |
|---|---|
|  | he got what we all yearn for, so Meshallah 3leyh, I am not sad. I am happy for him. Anyone who knows anything knows that we are just at the beginning..... ... but what makes me sick is the nifaq |
| MEHANNA: | bro ... what makes me sick ... is me |
| E: | your life isn't over akhi, hope for the best and PREPARE PREPARE PREPARE |
| MEHANNA: | bro |
| E: | can any of us run a mile in 7 minutes? ... no |
| MEHANNA: | take it easy ... online ... ;-) |
| E: | I know |
| MEHANNA: | but, I mean ... u know |
| E: | I know what you mean |
| MEHANNA: | to be honest ... I wan't thinking about him too much ... I was thinking about me ... and what I am doing ... for this Din ... and those around me |
| E: | its good to think this way but dont be too hard on yourself ... ....there are other things to consider |

Similarly, on February 28, 2006, while expressing their love

and admiration for a number of the terrorist leaders, including

"Abu Anas,"[62] "omar hadeed,"[63] "abo mohamed al magdesy,"[64] "Sayyid

Qutb,"[65] "Abdullah 'Azzam,"[66] and others, AR and MEHANNA also

---

[62]In the mid-1990s Abu Anas Al-Shami went to Bosnia where he embraced radicalism.  In 2003, after USA invasion to Iraq, Abu Anas Al-Shami joined Abu Musab al Zarqawi in Northeastern Iraq. He was appointed to the advisory council of al-Tawheed wal-Jihad and soon became Zarqawi's second in command.  Abu Anas Al-Shami was killed, in 2004, in Western Baghdad by an American missile strike.

[63]Umar Hadid was a terrorist in Fallujah, Iraq, who was affiliated with Abu Musab al-Zarqawi, who was the leader if al Qa'ida in Iraq.

[64]Abu Muhammad al-Maqdisi was considered the spiritual mentor of Abu Musab al_Zarqawi.

[65]Sayyid Qutb was an Egyptian Islamist of the 1950s-1960s who was executed.  His philosophy was at the heart of the Egyptian Muslim Brotherhood.  Some subscribers to this philosophy

discussed their own feelings of inadequacy:

> AR:      man wallahi man i love all of them more then
>          myself ... man hearing abotu them hurts me so much
>          man it reminds me where they are and where iam ...
>          man the list goes on ... abo yahya[67] ... and abo
>          hamza al masry[68]
>
>                    * * * * * *
>
> AR:      man i never knew man that u could love poeple u
>          never talked to or saw in real life this much ...
>          to the point that u would give ur life for them
>
>                    * * * * * * *
>
> MEHANNA: akhi ... have u heard ... the explanation of
>          Thawabit 'ala Darb al-Peanut Butte ... by Shaykh
>          Yusuf[69]
> AR:      no onaly one of the tapes worked
> MEHANNA: ok
> AR:      the english one
> MEHANNA: I fund a working link
> AR:      i lisented  to it
> MEHANNA: (Link: [omitted])
> MEHANNA: go down to Anwar al Awlaki
> MEHANNA: (Link: [omitted])
>
>                    * * * * * * *

------

went on to form Al Qa'ida.

[66]Abdullah Azzam was a teacher and mentor of Usama bin Laden
and helped persuade Usama Bin Laden and other pro-jihad foreign
Muslims to go to Afghanistan to aid the jihad.  He was
assassinated in 1989.

[67]Abu Yahya al-Libi is a member of al Qa'ida and fought with
the mujahideen in Afghanistan.

[68]Abu Hamza al Masri (i.e. from Egypt) is a radical Imam in
London, who fought in Bosnia and Afghanistan with the mujahideen.

[69]*Thawabit 'ala Darb al-Jihad*, or "Constants on the Path of
Jihad," by Sheik Yusuf al-'Uyayree.  As discussed above, "peanut
butter" was code for jihad.

```
MEHANNA:      when compared to these people
AR:           i know man most of us are man ... it hurts ...
              hurts ... man u have no diea ... i like think
              about it so much ... man u know i have so many
              high dreams and hopes but i feel like im so small
              and i keep making zonoab my dreams are just so
              much  biger then me
MEHANNA:      dreams ... are there ... so that u can try to
              fulfill them
AR:           i know man i wish i could just get myself straigh
MEHANNA:      Akhi ... just keep doing what you're doing
AR:           man i feel so bad man that al nass deeh no body
              knows them man ... i wish more youth would know
              them
MEHANNA:      that's why ... they are called al-ghuraba' ...
              yeah, man ... if more youth knew ... things would
              be so different
```

On June 8, 2006,  AR and MEHANNA also discussed the death of

Abu Musab al Zarqawi; AR told MEHANNA: "i could not stop crying

all day ... i tried callin u ... man i never been so sad about

anyone even my own grandmother like that."

```
AR:           did u see his pic
MEHANNA:      yeah
AR:           man he looked so beautiful ... his face is full of
              light ... my dad woke me up at 7am or something to
              tellme and i could not sleep since then
```

On February 8, 2006, MEHANNA and DS discussed who are the

appropriate Jihadi scholars from which to learn for more than

"general love and respect".

```
MEHANNA:      who can u really go to? ... well ... all of the
              scholars of J [Jihad] ... no question ... like,
              Abdul Qadir Abdil Aziz, Abu Muhammad, etc ... but,
              if ur talking like mainstream
```

They then specifically named a number of pro-jihad scholars such

as: Shaykh Muqbil, Abu Anas ash-Shami, Abu Muhammad, Abu Muhammad

al-Maqdisi, Shaykh Bin Baz, Imam al-Albaani, Imam Abdullaah

Azzam, Shaykh Abu Hamza al-Misri, Abu Hamza, Ahmad Jibril.

On July 8, 2006, MEHANNA and N discussed an apparent discussion occurring on the internet.  MEHANNA responded that he should only follow those who have knowledge as well as zeal. Specifically he mentioned Abu Muhammad (Zawahiri), Abu Qatadah and Abu Mus'ab (Zarqawi).  After criticizing the person with whom MEHANNA was engaged in an online argument, MEHANNA said that the person did not have any response to whether he had a legitimate excuse as to why he was not either in jail or in jihad.  MEHANNA and N then complained about the fact that people like this adversary were too busy merely watching videos and not doing anything, as if they were blowing themselves up or beheading the jew.  MEHANNA then said that he (Abu Sabaaya) translated the Umar Hadid video, but afterwards, realized that the people who watch it think that watching these "jihadeos" was all that was necessary, that they were so close to the mortar round that "Usamah" would be proud.

On April 15, 2006, MEHANNA and a person named N, who appeared to be in New York, had a long conversation about a number of topics.  N asked MEHANNA how the Dawah, or the spreading of the faith, was going in the Boston area.  MEHANNA, exasperated, answered that there were only like 3 people in the area who understood what the faith was about, and that he was one of them.  MEHANNA then went on to say that he was "working on it"

and that he was trying "one-on-one efforts like, befriend a person slip stuff in here and there", to which N said, "recruit, brainwash", and MEHANNA agreed.  MEHANNA agreed that they could not march forward until they get some numbers (of similarly-minded people).  N disagreed and said that his group of four was enough, and that if MEHANNA was one of three "hardcore" brothers, then he was all set to do "demos", and also to spread the faith.

On February 1, 2006, MEHANNA had a long conversation with DS in which he talked about the progress in his efforts to create like-minded youth, as well as made reference to his trip to Yemen with ABOUSAMRA.  Both of them named people with whom they had made progress by slowly sending them the works of certain scholars of jihad.

MEHANNA:   I was talking w/ Abu D[70] ... he is starting to see
           things the right way
DS:        I noticed ... I've been working on Hamza P. and
           Insaf myself
MEHANNA:   I lent him the state of the ummah cd ... and after
           he saw it ... he told me ... "Things are much
           clearer now."
DS:        I've been sending them stuff by Shaykh Hammoud
           al-Uqla and Abu Muhamamd al-Maqdisi ... Nothing to
           over the top
MEHANNA:   Yeah ... just the basics

The pair joked that ABOUSAMRA was forming a Brigade with these young acolytes called the "Shukri [Abousamra] Brigade," who would rival the Abu Hafs al Masri Brigade, an al Qa'ida related terrorist organization.

---

[70]The name has been altered.

On February 4, 2006, MEHANNA and DS discussed an incident where one of their acolytes questioned whether there were any pre-conditions to engaging in jihad, and was summarily excoriated by ABOUSAMRA, who said that it was a duty to engage in it without delay.

On February 25, 2006, MEHANNA told T3 to download a specific video from a link which he sent him.  T3 asked whether the document was a "jihad recruiting video", and MEHANNA said that it was a "documentary".  T3 said that he was watching the introduction and asked MEHANNA what Rafidayn means, MEHANNA explained that it meant the two rivers, Tigris and Euphrates (the land of Iraq).  T3 then said:

> T3:  it toook like 20-30 mins to download ... when it
>      finished ... it turned out to be like a jihadi
>      recruiting video

MEHANNA responded by saying that he would send him a similar one, and then did send a link to another video.  T3's response was "yo u knows hardcore".

On February 27, 2006, MEHANNA had a long conversation with T3 about how to influence people to embrace the jihadi scholars slowly.  MEHANNA said:

> MEHANNA:  u don't have to come out with everything at once
>           ... not everyone is ready for everything ... like,
>           start with stuff ... that people can easily accept

On February 28, 2006, MEHANNA explained what he thought to be the greatest form of jihad.

```
T3:       can there be a political or intellectual jihad
MEHANNA:  yes ... but the form that is the highest ... is,
          well, u know
T3:       u kno the hadith ... when RasulAllah(sallahu
          alayhis wasalaam)... said the best of jihad is the
          one who stands up to the tyrants
MEHANNA:  yes ... do u know why? ... do u know why this is
          the best?
T3:       its the hardest?
MEHANNA:  b/c ... generally ... when a Muslim stands up to a
          tyrant like this ... the tyrant ends up killing
          him ... to he attains shahadah
```

On February 14, 2006, MEHANNA sent AZ a link to a video.  AZ

explained that he was at work, and asked whether he could open

the video without going to jail and whether it had any

"training."  MEHANNA replied that it was a semi-documentary, and

that there were no beheadings or anything.

On April 3, 2006, MEHANNA directed AZ to some pro-jihad

literature.

```
MEHANNA:  U want Walaa' and Baraa' ... and PB and J[71] ...
          there it is
AZ:       yes ... is it from mawdudi himself?
MEHANNA:  no ... it's from ... a Pakistani ... scholar ...
          named ... Mas'ud Azhar ... he was one of the
          commanders
AZ:       is he jamaat islami ... ??
MEHANNA:  of the Kashmiri muj
```

On April 7, 2006, MEHANNA sent a link of a video to AZ and

said the following:

```
MEHANNA:  I want to show u a video ... of the bravest people
          ... in the world
MEHANNA:  (Link: [omitted])
MEHANNA:  :-D
AZ:       where are the pbj-ers?
```

---

[71]As stated above, "P B and J" is code for violent jihad.

60

MEHANNA:    they are the ones firing the mortars ... at the
            base

On June 3, 2006, MEHANNA updated Maldonado about a recent
gathering of several of their mutual friends in the Boston area
at which ABOUSAMRA and another person were discussing "who it is
halal [proper] to kill."  MEHANNA expressed frustration that
ABOUSAMRA was not trying to persuade people through Islam
anymore.  In the same conversation, MEHANNA encouraged Maldonado
to listen to a pro-al Qa'ida lecture by Anwar al Alawqi, a U.S.-
born ideologue living in Yemen, in which Alawqi "pull[ed] no
punches."

On July 29, 2006, MEHANNA and DS discussed the progress of
one of their acolytes.  They appreciated that the acolyte praised
Ibn ul Khattab (jihad leader in Chechnya) and Abdullah Azzam, and
that he bashed Egyptian president Hosni Mubarak.  They said he
was making progress.[72]

DS:         Oh, Esmail was also praising Khattab and A. Azzam
MEHANNA:    heh nice ... what was the context?
DS:         just praising their character ... and saying they
            are good examples of Muslims in our times
MEHANNA:    we should get Ismail a TP account
DS:         well, I don't know about that ... But I think he
            is headed in the right direction ... insha'Allaah
            ... He also kept bashing Hosni Mubarak

Evidence found thus far on MEHANNA's computer which was
seized on October 21, 2009 further demonstrates that MEHANNA

---

[72]This "teaching" of others is particularly concerning given
that MEHANNA apparently has been teaching his interpretation of
religion and science to fifth-eighth graders at a local school.

continues to spread the word of the pro-jihad scholars.  For
example, among the documents located is one prepared by "The
Martyr 'Azzam Center [ ... ] Peshawar, Pakistan, which refers to
the teachings of Sayyid Qutb and discourages anyone from leaving
the land of jihad to go live in America, which is the world of
polytheists.  In another document which appears to have come from
Abu Muhammad al-Maqdisi's website, the author indicates that he
has written a book during his imprisonment, which he gave to some
brothers in Pakistan.  The author explained, "it is enough for
you to have a jihadi mind and to acquire weapons; whenever an
armed person was captured, we found he had this book."  The
author continues that the reader should disassociate himself and
be an enemy of the kuffar [infidel] because they are the enemies
of Allah.  Consequently, the author stated, that the reader
should not obey the tyrants and their laws.

> **F.   Additional Conversation re: support for bin Laden -
>        MEHANNA: "my real father"**

On April 28, 2006, MEHANNA had a very revealing conversation
with AAB concerning his relationship to and inspiration by Usama
bin Laden (as well as his desire to help and educate[73] the less
knowledgeable man, i.e., AAB):

> MEHANNA:  that book ... about the Shaykh ... the orange one
>           ... the intro to it ... I read it in the Harvard

---

[73]On March 22, 2006, MEHANNA spent a great deal of time
explaining to AAB the role of the Arab mujihadeen in the Chechen
conflict.

```
                 Coop the other day ... and started crying
'AAB:            which book is this
MEHANNA:         Messgs to the world[74]
'AAB:            ooh ... lematha
MEHANNA:         the way they were describing him ... made me
                 realize ... how much he truly gave up ... and why
                 he gave it up ... and then I realized ... that I
                 look to him ... as being my real father, in a
                 sense
'AAB:            that man...subhanAllah
MEHANNA:         u know how ... some u'ama ... ulama say ...
                 everytime u read the Qur'an ... u learn something
                 from reading a particular verse ... that u didn't
                 pick up before
'AAB:            yea
MEHANNA:         yeah ... for me ... it' like ... every time ... I
                 see him speak ... or read anything about him ... I
                 love him ... more than I did before
'AAB:            subhanAllah
MEHANNA:         without exception ... and I have been following
                 him ... for over 6 yrs now ... from the moment I
                 saw him ... the hair on my arms ... stood on end
                 ... without even knowing who he was ... or what he
                 was all about ... he's the reason ... I started
                 practicing
'AAB:            wow really
MEHANNA:         yeah ... Jazah Allah khayr al-jaza'
'AAB:            amin ... u know how i feel about him
MEHANNA:         anyone with manhood ... and ghirah ... feels the
                 same way about him
'AAB:            yea man, subhanAllah, with me ... ever since i
                 really felt attatched to him, and following whats
                 happening with him ... well before i found the
                 stories of the sahabah and the tabiyeen and the
                 great scholars to be amazing ... and i was jealous
                 that we didnt have people like that ... now,
                 because of him, i dont have that feeling at all
                 anymore ... i dont even see a difference bewteen
                 them
MEHANNA:         yeah, u feel that there's hope in the world ... u
                 have ... a living example ... of taqwa ... like
                 ... u know  ... there is this sahih hadith ...
                 where the Prophet  ... that the awliya' of Allah
```

---

[74]There is a published book available that is entitled
*Messages to the World The Statements of Osama bin Laden*, edited
and introduced by Bruce Lawrence.  The cover is orange.

```
                    ... are those whom ... when you simply look at
                    them ... u remember Allah. ... just by looking at
                    ... ur iman goes up ... I cannot think ... of a
                    single person on earth ... without exception ...
                    that fulfills this  ... he's ... the 'Uthman bin
                    'Affan of our times ... took all his wealth ...
                    gave it to the jaysh
      'AAB:         subhanAllah, man its hard to believe someone like
                    that even exists
      MEHANNA:      even Abu Musb ... as ma sha Allah as he is ... but
                    even he looks up to him ... and considers him his
                    Shaykh ... wallahu A'lam
      'AAB:         yea that was amazing
      MEHANNA:      akhi ... do u need anything else from me ...
                    before I log off
      'AAB:         i think bithnil Allah i am alla set ... jazakum
                    allahu khairun
      MEHANNA:      call me in the morning
      'AAB:         i really appreciate the help
      MEHANNA:      if u need ANYTHING ... anything at all
```

Numerous photographs of Usama bin Laden were found on MEHANNA's computer.

## G.   The lessons of *39 Ways to Serve and Participate in Jihad*

As stated above, the defendant MEHANNA translated, and presented to at-Tibyan Publications for distribution, the book *39 Ways to Serve and Participate in Jihad.*  We will not attempt to summarize the entire book in this submission.  (A printed copy is attached hereto.)  However, it is clear from many of the excerpts discussed above, that MEHANNA was serving jihad, and following many of the "Steps" set forth in *39 Ways*, which was translated by him for more wider distribution and availability.

Leaving no doubt that, when discussing "jihad" the author of *39 Ways* means "terrorism," in the Introduction to *39 Ways* the

author states that "the entire world has announced its war on terrorism – or, rather, on *Jihad*." *39 Ways*, at page 5.  "[W]hen the word '*Jihad*' is mentioned, it refers to *qital*," (which is translated to mean) "fighting."  Further, "there is nothing more obligatory upon Muslims after having belief in Allah than *Jihad*." *39 Ways*, at page 5.  "*Jihad* is the *Ummah*'s only choice."  Id.

Step 2 is "Truthfully Ask Allah for Martyrdom."  *39 Ways*, at page 9.  MEHANNA authored a poem entitled "Make Martyrdom What You Seek."  On July 25, 2006, DS asked MEHANNA whether he wrote the poem "Make death what you seek" which was available on the internet.  MEHANNA confirmed that he had and marveled that it was still available on-line.  It was still available and was discussed in 2009.  A copy is attached hereto.

On March 13, 2006, AR and MEHANNA talked about working out (running and lifting) and encouraged each other to continue.  In a vacuum, such a conversation between two men in their twenties would have no great significance in connection with charges of material support.  However, when placed next to the directives in *39 Ways* (Step 25: "Become Physically Fit") and in the context of most of the conversations between MEHANNA and AR that support jihad and the leadership of al Qa'ida, the reason for their interest in physical fitness is seen in a different light.

Many examples were described above wherein MEHANNA and many of his like-minded associates discussed and praised the actions

of al Qa'ida and other terrorists.  He spread praise for the
individuals and glorified their military successes.  In *39 Ways*,
the author directs the readers to "praise the *Mujahidin* and to
raise one's head with them and to boast their actions and mention
their stories and what occurs to them ..."  *39 Ways*, at page 22.
(Step 12: "Praise the Mujahidin and Mention their Accounts and
Call the People to Follow in Their Footsteps.")  The purpose of
this discussion is not idle gossip, but rather, "in mentioning
their stories, there is a call for the people to follow in their
footsteps."  Id.  Similarly, the reader is urged to "Follow and
Spread the News of the Jihad" (Step 21).  *39 Ways*, at page 33.
MEHANNA, as instructed by the teachings in *39 Ways*, acted "out of
love and concern for *Jihad*, ... [he was] happy when they (the
*Mujahidin*) are happy, and he is saddened when they are saddened."
Id.  "Therefore, it is necessary to spread the news and messages
of the *Mujahidin* between Muslims."  *39 Ways*, at page 34.

     "[T]he most important methods available to one who cannot
make *Jihad* himself ... it is upon him to incite others."  (Step
16: "Call and Incite the People to Jihad.")  *39 Ways*, at page 28.
As described above, MEHANNA (and ABOUSAMRA) encouraged others
(not just Maldonado).

     As discussed above, MEHANNA was a teacher who provided
information to others who were less knowledgeable.  In *39 Ways*,
the author directs the readers to "Advise the Muslims and the

Mujahidin" (Step 17).  The reader was also urged to "Speak Out For the Mujahidin and Defend Them," (Step 14).

MEHANNA often criticized those in Muslim community who urged moderation or criticized the violent tactics of the mujahidin; MEHANNA was taking the step that urged him to "Expose the Hypocrites and Traitors" (Step 15).  Similarly, he often expressed true hatred for, for example, U.S. leaders and other "infidels."  (Step 31: "Have Enmity Towards the Disbelievers and Hate Them.")

MEHANNA participated in message boards and other forums for discussions.  His efforts were intended to "assist the *Jihad* on the internet." *39 Ways*, at page 45.  (Step 34: "Electronic Jihad.") "[T]his is a blessed field which contains much benefit, such as following and spreading of news between the people, in addition to a chance to defend and stand up for the *Mujahidin* and spread their ideas and their requests to the people."  <u>Id.</u>

> As for the discussion boards, then a group of brothers
> should get together and assign each other from the
> well-known discussion boards to register in and post
> messages that fall into the following categories:
>
> * Inciting to *Jihad* and mentioning its
>   virtues, especially in our times
> * Defending the *Mujahidin* and protecting
>   their honor from any who speak ill of
>   the[m]
> * Awakening the idea of *Jihad* in the minds
>   of the masses
> * Putting out researches and knowledge-
>   based articles related to *Jihad*
> * Going after those who oppose *Jihad* from

> amongst the modernists and apostates,
> and exposing their faults

> So, the brothers should spread these messages
> throughout each discussion board on a daily basis so
> that each subject is posted, and then the other
> brothers can respond to the postings on each board in
> order to keep it at the top of each forum.

As discussed above, MEHANNA was also constantly sharing speeches of al Qa'ida leaders in video, audio and text files, and other pro-jihadi media. He was thereby following Step 22, that directed him to "Participate in Spreading Their Releases of Books and Publications." *39 Ways*, at page 34. "[I]t is necessary for you to think of spreading everything related to the *Jihad* and that which incites and calls to it in order to aid its people, and to make use of various methods of doing so. For example, collecting heroic accounts involving sacrifice and bravery, Xerox-copying them, and distributing them amongst the people and on the internet." *39 Ways*, at page 34. MEHANNA took it a step further and created media projects - following the instructions "everyone should try and prepare some media projects regarding *Mujahidin* and their affairs." Id. ("[I]f you are incapable of releasing something yourself, then it is upon you to spread any thing related to the *Mujahidin*, of publications, books, etc. in order to serve the *jihad* and the *Mujahidin*." *39 Ways*, at page 35.)

The United States anticipates presenting at trial the testimony of one or more witnesses, concerning both the use of

the internet in furtherance of the international terrorist conspiracy, as well as the importance of MEHANNA's translation of *39 Ways*.  MEHANNA's version, which was distributed by Tibyan Publications, is the most widely distributed and is acknowledged as the most accurate.  It is anticipated that there will be testimony that MEHANNA's version is the version found on hard drives of other terrorism defendants around the world.[75]   In addition, MEHANNA's version is the one that is the basis for translations into other languages.  MEHANNA is not an inept, "wanna be" jihadi -- particularly in connection with "electronic jihad," he was very important and successful.  The only failure in MEHANNA's mind was in failing to fulfill his desire to participate personally in crimes of violence directed at U.S. personnel and interests.

## V.    Factors to be considered

> [I]n determining whether there are conditions of
> release that will reasonably assure the appearance of
> the [defendant] ... as required and the safety of the
> community, [the Court shall] take into account
> available information concerning -
>
> > (1) the nature and circumstances of the
> > offense charged, including whether the
> > offense is a crime of violence ... a Federal

---

[75]As described above, MEHANNA desired to translate materials which brought people to violent action. This is also consistent with information which showed MEHANNA's desire to emulate his heroes. For example, as recently as October 21, 2009, MEHANNA had a document on his computer from Abu Muhammad al-Maqdisi's website which explained, "whenever an armed person was captured, we found he had this book."

crime of terrorism ....
(2) the weight of the evidence against the
[defendant] ...
(3) the history and characteristics of the
[defendant] ... including -
     (A) the [defendant]'s ... character
     ...
(4) the nature and seriousness of the danger
to any person or the community that would be
posed by the [defendant]'s ... release.

18 U.S.C. §3142(g).

The defendant is charged with "a Federal crime of terrorism"
that "is a crime of violence."  As set forth in the affidavits
identified above and in the additional evidence set forth herein,
the strength of the evidence against the defendant is strong, and
includes several cooperating witnesses[76], consensual recordings,
and other evidence of the defendant's own statements and actions
in support of terrorism, some of which were recorded on, and
obtained pursuant to searches of his computer.

The defendant has demonstrated by his words and actions that
he fully intends to leave the United States permanently.  When he
was arrested in November 2008, he was about to board an airplane
to begin a one-way journey to Saudi Arabia, where he had obtained
employment.

---

[76]The cooperating witnesses discussed in Agent Nambu's
affidavits (and in the Affidavits submitted in support of the
Complaint and Search Warrants in this matter) are not the only
witnesses who have corroborated the allegations contained herein
(and in the charging documents in this case).  Other individuals
with personal knowledge of the actions and statements of MEHANNA
and ABOUSAMRA, have given similar testimony and have provided
similar information.

From the quotes set forth above, there can be no doubt that he hates the United States, despises our leaders, takes great pleasure in our defeats, and will continue to work in support of our enemies. (While these beliefs are protected, his actions in furtherance of them are not -- and he will be better situated to engage in these activities outside of the United States than within.)

This is not a case in which a government agent assisted the Defendant in an attempt to commit a crime.[77]  The cooperating witnesses discussed in the affidavits listed above all began to cooperate after much of the activity and statements discussed herein.  The Defendant and some of his coconspirators self radicalized themselves, and attempted to and successfully radicalized others.  This was accomplished in part through the use of the internet and the translation and distribution of radical jihadi texts, as well as the speeches and teaching and discussions of the exploits of leaders of al Qa'ida and other "martyrs."  Many in their target audience (Maldonado is but one example) are not fluent enough in the original language of some of these materials (e.g., *39 Ways*), that is, Arabic, and translating these into English and distributing them over the internet, make them more widely available to inspire and

---

[77]This should not be taken as a suggestion that there is anything wrong with using cooperating witnesses and undercover agents pro-actively in the midst of an ongoing conspiracy.

radicalize others.  As stated above, this is an important component of the worldwide terrorist conspiracy.

Based on all that is set forth above, the disrespect for the Court that the Defendant demonstrated at his initial appearance was likely based on his feelings towards kuffars (and uluj) and the government, our values and the source of the authority of the Court (or of any court), and not based on anger at the charges or some other reason.

From all of his statements discussed above, there is no reason that this Court should have any confidence that MEHANNA will comply with any conditions of release or in any way feel obligated to follow the instructions issued by the authority of the kuffar laws and Constitution he so despises.[78]

There can be no stronger evidence of the defendant's character than his reaction to the horrific video of the mutilation of the bodies of American servicemen ("Who cares [about any court action] ... I want ... more BBQ sauce videos.")

The danger he poses is not limited to the commission of crimes of violence (whether here or abroad) against Americans and American interests.  The weapons he used included a keyboard and computer.  After their initial frustration over the failure of ABOUSAMRA to find a training camp in Pakistan, MEHANNA and his

---

[78]In the words of his friend M, quoted above: "their filthy constitution ... their accursed "bill of rights."

coconspirators contemplated acts of terror against innocent
civilians and public officials in the United States.  After their
frustration in Yemen (and ABOUSAMRA's experience in Iraq),
MEHANNA continued to provide support to al Qa'ida and other
terrorist organizations from the comfort of his parents' home in
Sudbury.  There are no conditions that this Court can formulate
that would prevent MEHANNA from continuing these effort.

While defense counsel may suggest that his parents can be
tasked with assuring that he has no access to a computer, that
would be ineffective and inappropriate.  First, with all due
respect to the defendant's parents, for nearly the last decade,
while aware of his radical beliefs (which, it appears, they do
not share) and advocacy[79], they failed to control his actions or
influence his beliefs.[80]  Second, the only way to insure that he
does not have access to computers and the internet, and to
otherwise protect the public, is to give that task to those whose
role it is to do this, that is, the U.S. Marshals Service and the
Bureau of Prisons.  See United States v. Tortora, 922 F.2d 880,

_____

[79]On June 22, 2006, MEHANNA told DS that, based on what
MEHANNA had said at the Sharon mosque, someone came to his father
and told the elder MEHANNA: "if we didn't know he was ur son ...
we would say that he was a member of al-Qaida."  MEHANNA told DS
that, as a result, "I can't speak anymore ... ... and I have to
pack up all my books."

[80]Also, see above, MEHANNA, when referring to Usama bin
Laden stated: "I realized ... that I look to him ... as being my
real father."

887 (1st Cir. 1990) ("Given the breadth of human imagination, it will always be possible to envision some set of release conditions which might reasonably assure the safety of the community. ... But the Bail Reform Act, as we read it, does not require release of a dangerous defendant if the only combination of conditions that would reasonably assure societal safety consists of heroic measures beyond those which can fairly be said to have been within Congress' contemplation.")

When charged with a violation of 18 U.S.C. §1001, the Defendant MEHANNA faced the possibility of 8 years' imprisonment. He now faces the possibility of life in prison. A preliminary calculation of the advisory sentencing range suggests a sentence of 235 to 293 months or 324 to 405, depending on how the offenses are grouped. In either case, a sentence of between approximately 20 years and 34 years creates overwhelming pressure to flee, particularly when the Defendant already expressed a desire to leave the United States permanently (and assist its enemies). Only detention will prevent MEHANNA from fleeing. Now that he faces a terrorism charge, the risk of conviction and the penalty he faces, in light of the strength of the evidence against him, makes flight the natural and logical choice, especially for someone whose desire, even prior to his arrest, was to live overseas, that is, flee the land of the kuffars and infidels.

## VI.   Conclusion

Wherefore, because there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant or the safety of the community, the defendant TAREK MEHANNA should be detained pending trial.

Respectfully submitted,
MICHAEL K. LOUCKS
Acting United States Attorney

By:   /s/ Jeffrey Auerhahn
JEFFREY AUERHAHN and
ALOKE CHAKRAVARTY
Assistant U.S. Attorneys

### Certificate of Service

I do hereby certify that a copy of the foregoing response was served upon the counsel of record for the defendants by electronic notice on this 5th day of November, 2009.

/s/ Jeffrey Auerhahn
Jeffrey Auerhahn
Assistant U.S. Attorney