# Darul Ilm

## "Make martyrdom what you seek"

**Author**

**MWarrior**

**Message**

Subject: "Make martyrdom what you seek"   Sun Apr 27, 2008 8:13 pm

The bullets hit your hearts like the stings of a bee
You fall on your face as all you can see,

Are the Gardens so wide when you're put in the ground
You've been searching for years and now you have found,

The Ultimate Prize, so sacred, so sweet
Your bargain with your Lord is finally complete,

Because you are all martyrs without fear or grief
Who gave all you had for your precious belief,

You promised Him your souls and He promised you much more
Now you can enjoy what He's kept in store,

An endless reward for those who stood by
The covenant they made that towards death they would fly,

While graves burn the sinners and squeeze them so tight
You're shown your places in the Garden, so spacious and bright,

On the Day when Great Terror shall steal all their words
Your souls will rest in the hearts of green birds,

Under the Great Throne with beauty beyond measure
At you ar-Rahmaan laughs, expressing His Pleasure,

Sufficient is this as a heavenly prize
But prepared for you is that never before seen by the eyes,

On your head is placed a crown, one jewel of which is worth
More than all of the jewels contained in this Earth,

You are brought to a gathering with companions so beautiful
The Prophets, the righteous and those who were truthful,

Al-Firdaws, where those of the Right Hand shall meet
Where the soil is white musk, so smooth and so sweet,

"Make martyrdom what you seek"

You scoop up a handful and throw it in the air
You are relaxed by the rivers flowing everywhere,

Water, milk and honey gushing forth non-stop
So thick and delicious you want to devour each drop,

You drink so much you almost end up falling
Into the flowing current, then you hear voices calling,

You turn and behold! The voices are singing
Coming from Maidens so fair and enchanting,

These are the Hoorees with round and firm chests
Pure untouched virgins, they're better than the best,

Seventy-two in all, with large eyes of dark hue
Each one created especially for you,

They call out your name asking where you are
But to their disappointment, from the battles you are far,

Your heart is intoxicated by the pleasures of this life
Fear (of death) has wounded your manhood like a sharp knife,

A knife sharpened by the callers to Hell's every door
Who pulled the sword from your hand and threw it to the floor,

And given you women, children and money instead
Convincing you 'this is better than ending up dead,'

But no! They are alive, rejoicing and provided for!
When asked what they desire, they will answer no more!
So be from the cream of this heavenly crop!

Shake off your fear and let your doubts drop!
Pick up the sword and grab your horse's reins tight!
Throw off your armor and jump into the fight!

Make your path be none other than Islaam's high peak
Whose mountain is climbed by making death what you seek!

By my beloved friend Abu Sabaayaa. I love you.

**Dawn**  Subject: Re: "Make martyrdom what you seek"   Tue Apr 29, 2008 10:15 am

whoa, well written Masha'AllaH.
was a pleasure to reading it.

**Ibn Khattab**  Subject: Re: "Make martyrdom what you seek"   Mon Aug 04, 2008 12:44 pm

"Make martyrdom what you seek"  Page 3 of 6

**Abu Sulayman**

OI MWARRIOR!!!!!!

Thats my poem man how could you hijack that from me   Mon Aug 04, 2008 2:37 pm

Subject: Re: "Make martyrdom what you seek"

**Quote:**
Thats my poem man how could you hijack that from me

So you know Abu Sabaaya?



**For Allah (*'azza wajal*) is above His Throne, above His Heavens creation, so whoever doesn't know Him like this, then he does he worships** (*ad-Darimi in 'ar-Rad alal-Jahmiyyah*).

---

**Ibn Khattab**

Subject: Re: "Make martyrdom what you seek"   Mon Aug 04, 2008 3:58 pm

maybe

**Abu Sulayman**

Subject: Re: "Make martyrdom what you seek"   Mon Aug 04, 2008 4:02 pm

I see.



**For Allah (*'azza wajal*) is above His Throne, above His Heavens creation, so whoever doesn't know Him like this, then he does he worships** (*ad-Darimi in 'ar-Rad alal-Jahmiyyah*).

---

**Admin**

Subject: Re: "Make martyrdom what you seek"   Mon Apr 06, 2009 7:14 pm

I know abu sabaayaa

*"There is no worse calamity for knowledge and its people than They are ignorant, but presume to know. They cause trouble y helping."* - Imam Ibn Hazm Rahimahullah

"Make martyrdom what you seek"

Page 4 of 6

**urban rose**

Subject: Re: "Make martyrdom what you seek"    Mon Apr 06, 2009 7:27 pm

the guy from Ummah? 😔

**Admin**

Subject: Re: "Make martyrdom what you seek"    Mon Apr 06, 2009 7:28 pm

He's not actually on ummah, that's like saying Abu Mus'ab from LI 🙂

*"There is no worse calamity for knowledge and its people than they are ignorant, but presume to know. They cause trouble y helping." - Imam Ibn Hazm Rahimahullah*

**urban rose**

Subject: Re: "Make martyrdom what you seek"    Mon Apr 06, 2009 7:30 pm

youre not Abu Mus'ab on LI though 🙂

there were a thread on Ummah about someone who was arrested or : America? is that the same guy?

**Admin**

Subject: Re: "Make martyrdom what you seek"    Mon Apr 06, 2009 7:32 pm

Says who? 😶

the guy we're talking about is the one from iskandrani.wordpress.com



"Make martyrdom what you seek"

**urban rose**

Subject: Re: "Make martyrdom what you seek"   Mon Apr 06, 2009 7:35 pm

Admin wrote:
Says who? 🙂

the guy we're talking about is the one from iskandrani.wordpress.com

youre Abu Musab 🙂

yeah, ive seen that on his sig...

*"There is no worse calamity for knowledge and its people than They are ignorant, but presume to know. They cause trouble y helping."* - Imam Ibn Hazm Rahimahullah

*Rasoolullaah Sallallaahu 'Alayhi Wa Sallam The example of guidance and knowledge with which is like abundant rain falling on the ea Bukhaari*

**Admin**

Subject: Re: "Make martyrdom what you seek"   Mon Apr 06, 2009 7:44 pm

stalker 😄



*"There is no worse calamity for knowledge and its people than They are ignorant, but presume to know. They cause trouble y helping."* - Imam Ibn Hazm Rahimahullah

*Rasoolullaah Sallallaahu 'Alayhi Wa Sallam The example of guidance and knowledge with which is like abundant rain falling on the ea Bukhaari*

**AVeiled**

Subject: Re: "Make martyrdom what you seek"   Mon Aug 10, 2009 9:43 am

mashaalah, cool poem

**Suraqah al-Andalusi**

Subject: Re: "Make martyrdom what you seek"   Tue Aug 18, 2009 4:30 pm

"Make martyrdom what you seek"

Beautiful poem mashAllah!

http://www.anwar-alawlaki.com/

**"Make martyrdom what you seek"**

Free forum | phpBB | Free forum support | Contact | Report an abuse | Free messag