|                     |                   |
|---------------------|-------------------|
| Date of recording:  | 12/12/2006        |
| Telephone#:         | 978-760-0658      |
| Language:           | English/Arabic    |

**Participants:**

| Tarek Mehanna     | TM |
| Daniel Maldonado  | DM |

**Abbreviations:**

| IA      | Inaudible                        |
| UI      | Unintelligible                   |
| [...]   | Translator's Notes               |
| OV      | Overlapping voices               |
| [sic]   | its in the original incorrect form |
| Italics | Arabic                           |

TM: Hello!

DM: *Peace be upon you.*

TM: *Peace and Mercy of Allah be upon you-* where the heck are you Du--? [OV]

DM: *Brother, brother-* [OV]

TM: Actually- Actually- I know-

DM: [OV] Where I am-

TM: - actually I know where exactly where you are, cause of the area code. What's going on man?

DM: You do?

TM: Yeah.

DM: Do you know where I'm really?

TM: I looked it up on the inter-- [OV]

DM: [UI] I told you.

TM: Yeah, I know. I looked it up on the internet. [OV]

DM: [UI]

TM: Praise to Allah. [OV]

DM: But, I told you already.

TM: Yeah I know. [OV]

| | |
|---|---|
| DM: | B*rother*, I want to let you know something. |
| TM: | Yes, please, let me know. |
| DM: | Come. Come. Come. [OV] |
| TM: | Okay. |
| DM: | Immediately. |
| TM: | [Sigh] |
| DM: | But look, look. I'm not kidding *brother*. I am gonna *[sic]* give you an advice and I have to let you go real quick. |
| TM: | Dude what – [OV] |
| DM: | Come now. |
| TM: | Yeah, I know. |
| DM: | Come- come with Ahmad, come with Daniel, come with every body. Come now though, now. |
| TM: | [OV] Can you- wait a second *brother*. I want you to tell me what happened in Egypt. |
| DM: | [Short Pause] [OV] |
| TM: | [OV] Because- |
| DM: | I left. Oh that whole thing- |
| TM: | - [OV] I mean in terms of me, because- |
| DM: | [OV] [UI] |
| TM: | When you- Dude, when you sent me that Email that was ridiculous. Because, first of all it- |
| DM: | 'Abdallah [Short Pause] 'Abdallah forced me to write that Email, number one- |
| TM: | *Brother*, that was very – [OV] |
| DM: | [UI] |
| TM: | Yeah, go on. |
| DM: | I agree. I agree. But look, look. He forced me to write it and he told me that it's for the betterment of you. He didn't want- you know how 'Abdallah is. He said I am not gonna *[sic]* tell you why I want you to say these things. He said but just trust me Tarek could be in big trouble cause - he said somebody in the US let him know that your name was [IA] - |
| TM: | That my name what? |

| | |
|---|---|
| DM: | Your man-name was mentioned to somebody in like New Jersey or something. |
| TM: | What? |
| DM: | And this person said that you're of like major interest. |

[Call ends abruptly]

Date of recording:     12/12/2006
Telephone number:      978-760-0658
Language:              English/Arabic

**Participants**

    Tarek Mehanna    TM
    Daniel Maldenado    DM

**Abbreviations:**

| | |
|---|---|
| *Italics* | Spoken in Arabic |
| [ ] | Translator's notes |
| **PH** | Phonetic |
| **UI** | Unintelligible |
| **OV** | Overlapping voices |
| **Sic** | Said incorrectly |
| [...] | Unfinished speech |
| - | Interruption |

| | |
|---|---|
| TM: | *Peace be upon you, brother.* |
| DM: | *Peace be upon you.* Sorry my phone card ran out. |
| TM: | That's all right. So, you're living there now? |
| DM: | *Brother*, I'm living here for life. Once you come here, there's no going back. |
| TM: | Where are you, in the capital? |
| DM: | [Sneeze] |
| TM: | You're in the capital? |
| DM: | Huh? |
| TM: | You're in the capital? |
| DM: | Uh [...], no. |
| TM: | Is it easy to get there?[OV] |
| DM: | [OV] No. |
| TM: | Is it easy to get there? |
| DM: | *Brother*, all you got to do is go to Dubai- |
| TM: | Yeah, that's what I heard. |
| DM: | -Go from Dubai, straight, straight to the capital. Bu [...] re [...] remember this, I'm going to tell you something and I don't care who's listening, because there is no way nothing illegal about it. |
| TM: | Yeah. |

DM: You know what I mean?

TM: Yeah.

DM: Uh, never, ever ever go from Dubai to Djibouti [PH].

TM: O.K.

DM: Never do that.

TM: Alright.

DM: Go straight from, uh, Dubai [pause] - What? Jubba Airlines. You have a pen?

TM: Yeah, hold on a second. [Pause] So, is Al-Mizzi[PH] with you?

DM: Yeap-

TM: Give, give him-

DM: Brother…

TM: - my sincere *regards*.

DM: He says, *brother*, he says, *peace be upon you,* his sincere *regards.* *Brother-*

TM: Yeah.

DM: Are you there?

TM: I'm right here, man.

DM: *Brother,* I'm telling you, *brother,* this is the life man, there's no other life except for this.

TM: Is it- it's good though?

DM: It's 100. *Brother,* it's 100%. One hundred percent, *brother.* It's more than you even think it is.

TM: Dude, I just want to be somewhere where I can pray [laugh] five times a day in a *mosque.*

DM: *Brother,* oh, pray five times, pray five times a day, *brother,* do you know where I am? You can't even smoke cigarettes, it's illegal.

TM: Wow, *Glory be to Allah.* All right, what's- what's the details dude?

DM: O.k. Jubba airlines.

TM: Yeah, spell it.

DM: O.K. how's the spelling? J- [Background UI conversation] U-B-B-A.

TM: All right, what-what's the cost that I'm looking at here?

DM: What's the cost again Omar?

[Background Omar: "Uh"]-

DM: It's like…

[Background Omar: " It's around $500"].

2

| | |
|---|---|
| DM: | $500 from Dubai. |
| TM: | And what city are you living in? |
| DM: | Me? I, I'd rather not say over the ph- actually you know what, whatever, what are they going to do to me? |
| TM: | Yeah, what the heck are you doing that's wrong? |
| DM: | No, but check this out, yeah exactly, but I'm going to tell you something, don't even, yeah don't worry about that I'm being advised not to, but look, don't worry about that. *Brother*, check this out. Come here, you don't even to have a dime in your pocket. I will set you up with everything. |
| TM: | So what are you doing there? |
| DM: | I'm talking about […] Uh, [pause] well right now I'm in a culinary school and I just make peanut butter and jelly. |
| TM: | Uh, right. *Whatever Allah wills*. Dude, what about like marriage and stuff? |
| DM: | Marriage is so easy, *brother*. Stupid- |
| | [Background conversation UI] |
| | [Giggle] |
| | [Background Omar:" Tell him not to make his flight]- |
| DM: | Yeah, don't; don't make your flight until you get to Dubai. Cause, cause |
| TM: | You mean don't- |
| DM: | Once you get to Dubai- |
| TM: | -Then arrange it from there? |
| DM: | -Call. [Pause] Yeah, we're gonna also set you up with some people so you get- you got somewhat of a visa. There's really no such thing as a visa, but-sometimes you got to [OV] |
| TM: | [OV] Wait, so when you get in, so when you get in you don't need anything, you don't need like a visa or anything? |
| DM: | No, not really but Dubai is going to try to tell you that you do, but you don't. What we're going to do is to set you up with something. [Background conversation with Omar] |
| TM: | Before I get in or after?[OV] |
| DM: | [OV] You don't have to-[Background conversation] O.k. we're gonna- we're gonna keep in touch with you, but what was that Omar? [Background conversation] You're coming as a tourist, so bring tourist clothes and money to buy stuff. But, don't bring anything huge and don't bring anything too small. |
| TM: | Dan. |
| DM: | You're a tourist. |

3

| | |
|---|---|
| TM: | Alright, but what I'm saying is before getting there do I need a visa? |
| DM: | Does before getting here, does he need a visa? Cause remember my situation was different No, you don't. |
| TM: | O.k. |
| DM: | But we're going to set you up. We're going to set you up *Allah willing* with somebody in Dubai. |
| | [Omar: Travels, everyone travels separately] |
| DM: | And everyone if you're gonna go [sic], travel separately- |
| TM: | All right, all right, don't talk as if it's like something like you know shady. [Laugh] |
| DM: | No, no- What it-no what it is, what it is. *Brother, brother*, I'm... it's nothing shady, and it's nothing illegal, nobody would worry about it, but what it is, is people have the wrong ideas of people coming here, that's why.. |
| TM: | Yeah, I, I totally understand. |
| DM: | Some people get the wrong message. |
| TM: | Yeah. |
| DM: | So just to avoid troubles, that's it. |
| TM: | How long have you been there, dude? |
| DM: | *Brother*, I've been here-How long have we been here, like two weeks? [Background UI conversation] |
| | Like two weeks. |
| TM: | Cause dude, Saz [PH], me and Saz have been like, we thought something happened to you [pause] in Egypt. |
| DM: | No, but uh. |
| TM: | Alright. |
| DM: | Nothing happened to me, something great happened to me. What did you say Omar? [Background UI conversation]. He say [sic], he say [sic], he say [sic]he said that you should make your intention now, and know that you get your *compensation* even if you would die along the way. |
| TM: | *Whatever Allah wills*. Alright, dude. |
| DM: | *Brother*, remember we're, we... *brother*, we're people of the *hereafter*, we're not [...] this is what it's about, man. |
| TM: | Yeah, but the main [OV] |
| DM: | [OV/UI] |
| TM: | the main obs [...] Dan, The main obstacle though is mommy and daddy, you know. |

4

| | |
|---|---|
| DM: | *Brother,* seriously at this point you're living in a place where really it's not permissible for you to live, cause the hardships of your *prayer,* and stuff like that- |
| TM: | Yeah. |
| DM: | - the hardships of you even growing a beard, and you're inno..., you're not doing anything. |
| TM: | Yeah. |
| DM: | So. |
| TM: | *Brother,* uh, do..., alright, do you have like- |
| DM: | Yeah. |
| TM: | -an email or something, for your use, checking or just the phone. |
| DM: | Yeah, actually, I, I'm not even on the internet, trust me [laugh] there's no- |
| TM: | O.k. |
| DM: | -way I'm gonna be on the internet. |
| TM: | O.k. |
| DM: | So there's, Not that there isn't some here, but where I am right now, no. |
| TM: | Yeah, [OV] you're with... |
| DM: | [OV/UI] |
| TM: | You're with the whole family; you're with the whole family? |
| DM: | *Brother,* my whole family [Background UI conversation] |
| TM: | So, are you gonna get a number [OV] |
| DM: | [OV] *Brother,* Omar says... |
| TM: | are you gonna get a- are you gonna get a number two or what? |
| DM: | Yeah, [pause] what was that, *brother?* |
| TM: | Are you gonna get a number two? |
| DM: | I have... yeah, this number is mine. |
| TM: | No, no I'm saying a number two wife- |
| DM: | You can call [...] |
| TM: | - a second wife. |
| DM: | Oh, yeah, my...believe it or not *brother,* my wife is changed100- [Tarek laughs].Brother, my wife is looking for me a wife right now. |
| TM: | *Whatever Allah wills.* |
| DM: | She's interviewing sisters for me. |
| TM: | *Whatever Allah wills.* |

5

DM: *Brother*, I'm not kidding though, he's, he's talking about could I get a wife there? *Brother*, I walk down the street, when you're when you're not a, a regular guy here-

TM: Yeah.

DM: And you're light skin, like you're Arab or white.

TM: Yeah.

DM: Dude, you walk by and the [UI] will walk by you and go *"May Allah bless"*.

TM: *Praise be to Allah.*

DM: And they say what you are. *Brother*, [Background UI conversation]. Yeah, but you know what the truth is? [Pause] Once you see the brothers, you're not want to get married, you're gonna [sic] want to make like just make sandwiches all day and hang with us.

TM: [Laugh]. *Whatever Allah wills. Whatever Allah wills.*

DM: *Brother*, I'm telling you, we're living the life you o- […] that people only dreamed of.

TM: Dude, alright, Dan that's […], Okay. *Allah willing* when you guys uh, when you […] just keep in touch man-

DM: No, I'm saying, I'm o […] - You know where I am right now, *brother*, do you know where I am right now. I'm on a beach *I swear to Allah the Almighty*, I'm on a beach after *the dawn prayer*.

TM: *Glory be to Allah.*

DM: I'm on a beach and the water is perfect and me and Omar are just sitting on the beach right now, chilling.

TM: Was there, was there any, was there any trouble getting in whatsoever, like asking you why you were there-

DM: -There was a little, there was a little with me, and they were talking about visa, but I yelled at them [laugh]. I yelled at the security telling him I haven't done nothing wrong why you stop me. I'm not doing anything wrong, I'm not planning on it, I'm just going somewhere.

TM: Yeah.

DM: And they were just like whatever, after I yelled for a while and screamed at them and told the guy I'm gonna beat him up, they-

TM: Yeah.

DM: -Told me whatever, get on with your family; don't worry about it just go.

TM: So, is this, is this your number?

DM: But I [OV/UI]

TM: Is this your number; is this your number that I can call you at?

| | |
|---|---|
| DM: | This is, this is my phone number you can call me at. |
| TM: | O.k. |
| DM: | You get a phone card? |
| TM: | Yeah. |
| DM: | Like an all Africa phone card or something, and you can call me anytime. [Background UI conversation] |
| TM: | *Allah willing.* Sounds great. *Brother-* |
| DM: | Omar, Omar said- |
| TM: | Yeah. |
| DM: | He said, what […] what, what *Allah* written, what *Allah's* written is gonna [sic] happen |
| TM: | *Allah willing.* |
| DM: | But, but right now, but right now you don't even have the intention. So make it now, and do it. |
| TM: | *Allah willing* |
| DM: | Just do […], I'm telling you, *brother* I'm talking about if you can leave tomorrow, do it! |
| TM: | I totally get you [OV] |
| DM: | [OV] Cause right now- |
| TM: | [Clears throat]. |
| DM: | -*brother* the doors are closing, fast. |
| TM: | *Allah willing, Allah willing.* |
| DM: | And right, right now I'm, uh right now we're in a point of uh, me and Omar were in a point where we have a lot of pull [OV] *Thank Allah* |
| TM: | [OV/UI] |
| DM: | [Laugh], where I can get you set up one hun- […] one hundred and thousand percent. I can get you married and have money for you. |
| TM: | That's awesome, dude. |
| DM: | That's [UI], and that's beyond food and clothing. |
| TM: | *Whatever Allah wills.* |
| DM: | But bring whatever money you can. |
| TM: | Yeah, well I'm trying- |
| DM: | And just have that- |
| TM: | Yeah, *Allah willing.* |

7

| | |
|---|---|
| DM: | Have that for play money, but- but just so you have zero, you just have life, don't even worry about it, I can get you one hundred and thou- one thousand percent set up. |
| TM: | *Whatever Allah wills.* |
| DM: | I'll have a place for you to [...], I'll have people to pick you up a place for you to stay and heck if you want, I could have a wife waiting for you. |
| TM: | That's what I want, that's what I'm there for [laugh] |
| DM: | Exactly, uh, Omar was almost married in two days to a real good sister. |
| TM: | [Laugh] *Whatever Allah wills.* |
| DM: | I'm not kidding, *brother*. Here, to get married here is, it's just too easy. And some of the females, the females [static] talk to him, he's [beep] I have no money, I have nothing. He kept on saying it, and she's like" I don't care". |
| TM: | Yeah. |
| DM: | She's like "I don't care". And he's like I might not even be alive for long and she's like "I don't care". |
| TM: | You can just like fly right in and like once you get to the airport it's just a breeze, I mean you [OV] there is no |
| DM: | [OV]Yeah, okay what I did, I went, I went from Dubai, and there was gas, they were gas, you know, they fueled in Yemen- |
| TM: | Yeah. |
| DM: | -And went straight. |
| TM: | M-hum. |
| DM: | So, *brother*, I, I highly recommend [...] *brother*, this is, it's a *land*. It's a *land*. What more is there to say? It's the only *land*. |
| TM: | Yeah. |
| DM: | It's a *duty, brother,* this is like making *prayers*. You're not gonna [sic] sit there and say oh, I'm not going to make *dawn prayers*. |
| TM: | Yeah, yeah I totally- |
| DM: | This is *duty*, man you have - |
| TM: | *Brother*, I have to ask this, but like are there books there that you can buy? [Laugh] |
| DM: | Uh, not that I've seen, but I will tell you, you can borrow anyone of my books; I have a huge library. I brought [OV/UI] |
| TM: | [OV] You brought, you brought... You brought everything with you? |
| DM: | [OV/UI] |
| TM: | [OV]. How the heck, how the heck did you do that man? |
| DM: | I, I trusted in *Allah* and I left with nothing. |

8

TM:   Yeah, I understand but-
DM:   I didn't even know-
TM:   How did you bring all your books-
      [Call disconnected]

| | |
|---|---|
| Date of recording: | 12/12/2006 |
| Telephone#: | 978-760-0658 |
| Language: | English/Arabic |

**Participants:**

| | |
|---|---|
| Tarek Mehanna | TM |
| Daniel Maldonado | DM |

**Abbreviations:**

| | |
|---|---|
| UI | Unintelligible |
| [ ] | Noise notations or Translator's Notes |
| SC | Simultaneous Conversation |
| *Italics* | Arabic |

TM: *Peace be upon you*

DM: *Peace be upon you.* This is my last card, so I'm gonna be quick.

TM: *May Allah reward you.*

DM: Cause my wife never sees me, man.

TM: *May Allah reward you.*

DM: I'm never- I haven't seen my wife in a while.

TM: *May Allah reward you,* dude. Thanks a lot for calling, man -

DM: [SC] Quite alright, quite alright.

TM: I really wanted to hear your voice. But uh- anyway, so-

DM: *Brother,* I hope you- I hope you know you're the first person- you're the first brother I've called- so you're-

TM: [SC] *May Allah bless you.*

DM: [SC] - you're number one on my list

TM: *May Allah bless you.* But what I want to know is once you get there to the airport like, is it easy to- you know- get around or-

DM: You mean, once that you get there you'll be picked up, uh- immediately in a caravan .

TM: Alright so there is nothing like I have to meet this or meet that. It's just like straight up -

DM: No, no, no, you would -

TM: [SC] [UI]

DM: - If, if the people- if the brothers who control things, if they give you trouble, don't worry. All you gotta do is call me from Dubai, say when your flight is landing, and I will have people there waiting for you, and they are the ones who- who- who are in charge.

TM: *Glory be to Allah*

DM: So if any body gives you trouble, they'll walk right over and be like get out of here man. This guy is coming with us.

TM: That's awesome dude . [sigh]

DM: So you - you all-

TM: [SC] Then-

DM: So you're set. You- *Brother*, I've already put you through. You're cleared.

TM: *Whatever Allah wills*, dude. [Sigh] yeah-

DM: But just get here now.

TM: Yeah. My only thing is like I said, I just gotta [sigh] you know like- you know how it is.

DM: *Brother*, don't even thin- look. Look *brother*, look, I'm gonna tell you like you this -

TM: *Brother*, I- I- I know. I know-

DM: Don't even plan

TM: Don't- I understand, I understand, *Allah willing*.

DM: Don't even plan and like just go. Seriously, and you know what? Allah, Allah will- you know- Allah will provide for your parents. Allah will make it easy for you, *Allah willing*. And you know what, you can call them. It is *a duty*. Just do -

TM: [Giggle]

DM: Just do it. And just be like, when you get here, you be like "hey sorry"

TM: Yo, are there- are there like Sufis there, dude? Cause I want to join their *method*.

DM: [Laugh] Yeah, there are.

TM: *Whatever Allah wills*. Sheikh Nouh -

DM: *Brother*, the biggest -

TM: Sheikh Nouh -

DM: -The biggest, the biggest Sufi *method* in the world is here [Laugh]

2

TM: [Giggle] *Whatever Allah wills*. Alright , *brother*, look. Uhm- I don't wanna like say more things on the phone cause uh -[UI]

DM: Yeah I know. There is nothing- You are not doing anything wrong, so I wouldn't worry about it.

TM: Yeah, but you know how it is like you know- people can twist things.

DM: Yeah, that's- that's what I- that's why I'm trying to tell you how to do things proper because people get the wrong idea.

TM: Yeah.

DM: You just wanna come here and be able to pray five times a day, but people you know, they think things.

TM: Yeah. *So Allah willing-* [SC]

DM: -So, just keep in touch [SC]

TM: *Allah willing* like, *Allah willing* I'll keep in touch. I have your number and I'll give you a call. *Allah willing*.

DM: Yeah. Get a phone card for Africa. But you know I would recommend, that's the first thing you do. Today, go out and buy yourself like twenty dollars worth of card, just so you can constantly contact me, cause there is gonna be point in time where you can't contact me.

TM: O.k. *Allah willing*.

DM: You understand?

TM: Yeah, yeah. *Allah willing*.

DM: O.k.? *Allah willing*

TM: So this is- so this is your cell phone?

DM: Yes, it is.

TM: O.k. Alright.

DM: *Brother*, I'm gonna tell you just to influence you . *I swear by Allah, brother*, your religion changes the second you stop off here.

TM: Yeah, I'm sure-

DM: You-you- you think you are Muslim. *Brother*, people think they are *Muslim*? When you get here, you're *Muslim*. You're *Muslim, brother*. And you're encouraged to pray five times a day. E-E-Everything is real here, *brother*. It's the only life to live, man. I would- I'm never turning back man, *Allah willing. Allah willing*.

TM: *Allah willing*.

3

DM: This is the best, *brother*. I am so happy where I am. I've never been so happy.

TM: [Sigh] *Whatever Allah wills*. Alright man, look-

DM: -[UI] best brothers in the world.

TM: Dude, I- I- I'll get in touch with you, brother.

DM: But *brother* [Short Pause]

TM: Yes

DM: O.k.

TM: Go on, go on.

DM: [UI] about keeping in touch and do it now man. Do it now, now, now.

TM: *Allah willing*

DM: Uh- Seriously, no matter what you have planned, stop it now and do this.

TM: *Allah willing*.

DM: If you can, leave this week. I'm telling you, if you can leave this week. The doors are closing-

TM: But- But

DM: - You will regret it.

TM: I can't because I don't have enough money for an airline ticket [Giggle]. I'm still saving up, *Allah willing*.

DM: O.k. well, *brother*, if you can. You know what *brother*, if you can, for those brothers that believe in a good thing, you have-

TM: Yeah .

DM: -Have them pay for it, with no shame in that. Have them pay for it and they'll get the good deed. But do it within two weeks. The doors are closing, that's all I'm saying. And *Brother*, I know you, you will regret it.

TM: *Allah willing*.

DM: Do it now.

TM: *Allah willing. Brother*.

DM: O.k.

TM: *Allah willing*.

DM: Alright, alright *brother*.

4

TM: Take care *brother, Allah willing* and see you in *peace.*

DM: *Peace be upon you.*

TM: *Peace be upon you.*

DM: *Allah willing.*

End of call