
*Muhammad bin Ahmad as-Sālim*
('Īsā al-'Awshin)
19/5/1424 H

# 39 Ways

## to Serve and Participate
## in Jihād

*At-Tibyān Publications*

# 39 Ways
## to Serve and Participate
## in *Jihād*

**Translated by:**
**At-Tibyān Publications**



Introduction ................................................................................................... 5
1. Make Your Intention for Jihâd ................................................................ 7
2. Truthfully Ask Allâh for Martyrdom...................................................... 9
3. Go for Jihâd Yourself ............................................................................. 11
4. Make Jihâd With Your Wealth................................................................ 13
5. Help Prepare the Fighter Who Is Going For Jihâd................................ 14
6. Take Care of the Family Left Behind By the Fighter............................. 15
7. Provide for the Families of the Martyrs................................................. 16
8. Providing for the Families of the Injured and Imprisoned.................. 17
9. Collect Funds for the Mujâhidîn ............................................................ 18
10. Pay Zakâh to Them................................................................................. 20
11. Cooperate In Treating the Wounded .................................................... 22
12. Praise the Mujâhidîn and Mention Their Accounts and Call the People to
Follow In Their Footsteps ........................................................................... 22
13. Encourage the Mujâhidîn and Incite Them to Continue.................... 23
14. Speak Out For the Mujâhidîn and Defend Them................................ 24
15. Expose the Hypocrites and Traitors ..................................................... 26
16. Call and Incite the People to Jihâd ....................................................... 28
17. Advise the Muslims and the Mujâhidîn................................................ 28
18. Hide the Secrets of the Mujâhidîn that the Enemy Can Benefit From ............ 29
19. Supplicate For Them............................................................................... 30
20. The Supplication of Distress (Qunût an-Nawâzil) ............................. 31
21. Follow and Spread the News of the Jihâd ............................................ 33
22. Participate in Spreading Their Releases of Books and Publications................. 34
23. Issue Fatâwâ That Aide Them ............................................................... 35
24. Stay Connected With the Scholars and Preachers and Inform Them of the
Situation of the Mujâhidîn........................................................................... 36
25. Become Physically Fit ............................................................................ 37
26. Train With Weapons and Learn How To Shoot .................................. 39
27. Learn to Swim and Ride Horses ........................................................... 40
28. Learn First-Aid ....................................................................................... 41
29. Learn the Fiqh of Jihâd.......................................................................... 41
30. Giving Shelter to the Mujâhidîn and Honoring Them ....................... 42
31. Have Enmity Towards the Disbelievers and Hate Them ................... 42
32. Expend Effort to Free Our Captives..................................................... 43
33. Spread the News About the Captives and Be Concerned With their Affairs . 44
34. Electronic Jihâd....................................................................................... 45
35. Stand in Opposition to the Disbelievers .............................................. 45
36. Raise Your Children to Love Jihâd and Its People.............................. 46
37. Abandon Luxury...................................................................................... 47
38. Boycott the Goods of the Enemy ......................................................... 49
39. Do Not Hire Workers from the War Wagers (Harbiyyîn) ................. 53
Conclusion .................................................................................................... 54
At-Tibyân Publications Releases................................................................. 61

# Introduction

**All Praise is for Allāh who has obligated *Jihād* upon his servants, and has promised them firm establishment on Earth and dominance over the people of disbelief. And may Prayers and Peace be upon the best of His servants, the one who truly struggled in the Path of Allāh until he achieved that which was certain (death). May Allāh send Prayers and Peace upon him and his household and his fine and pure Companions.**

**As for what follows:**

My noble brothers: the times in which we live are times of tribulation and estrangement for Islām that history has not witnessed before, where strangeness has become the norm and tribulation has become widespread, and where the entire Earth has become a stage for this conflict and for the expulsion of those who are firm upon their *Dīn* and hold onto it and defend it with their tongues and weapons… therefore, the entire world has announced its war on terrorism – or, rather, on *Jihād* – and its opposition to it and its various forms from being utilized by the Muslims.

So, Islām attacked from a single bow, and the nations of disbelief and their helpers from every corner of the Earth gathered against *at-Tā'ifah al-Mansūrah*[1] that took upon its shoulders this war against disbelief and the disbelievers - a clear and intense war void of any rest or mercy - until the Command of Allāh arrives while they are upon that, and they will not be harmed by those who betray them from the treacherous or defeated Muslims or those who have drowned in the mud of this lowly worldly life. And they will not be harmed by those who oppose them from the groups of disbelief and the gangs of apostates and deniers, or from the misguided innovators. And there is no doubt that *Jihād* today is from the most virtuous of means of gaining nearness to Allāh. In fact, it is an obligation that Allāh has obligated upon us, and there is nothing more obligatory upon the Muslims after having belief in Allāh than *Jihād* and repelling the invader who has occupied the lands of the Muslims.

> *If you turned towards Islām in a land * You would find it to be like a bird whose wings have been cut off*

*Jihād* today is the *Ummah*'s only choice, as the enemy today has occupied the lands of the Muslims – one by one – as Allāh the Exalted said: *"…And they will never cease fighting you until they cause you to turn back from your Dīn, if they are able to do so…*

---

[1] The Aided Group.

So, the Muslims today are left with no choice but that of *Jihād* and the language of weaponry.

Tell me, by your Lord: an invading enemy who has occupied lands, violated honor, made orphans out of children and widows out of women, has begun to strike at Islām in every valley... after all of this, is there a doubt that the only way to come to an understanding with this enemy is through the language of force and revenge?

So, iron is not to be fought except with iron, and force is not to be met except with force...

And it has been established for us in the *Qur'ān* and the *Sunnah* – and reality bears witness to this and confirms it – that negotiations and peace do not bring back upon those who seek them anything except clear loss and dismal failure, and an increase in servitude to other than Allāh and submission to the transgressors. You are warned of those who seek them in the name of the Muslims from the treacherous rulers who are not from us and whom we are not from them. Rather, they are an archenemy to us, as through them, the disbelievers have toyed with us, and through their plans and deceptions, our rights have been taken and usurped.

How can it be otherwise while Allāh has said in His Book and has informed that they have started the war with us for one specific goal, and that is : *"... until they cause you to turn back from your Dīn if they are able to...?"*

> *There is no solution except for the greatest Jihād \* World peace no longer satisfies us,*
>
> *There is no peace for the enemy. This is a legislation \* and belief in every Muslim heart.*

From this standpoint, and since *Jihād* is the choice of the *Ummah* and the necessary and ordained obligation, I decided – after consulting one of the brothers – to write about some steps that everyone can take to serve the *Jihād* and its people, and to energize the train of *Jihād* that is moving quickly despite the overwhelming arrogance of the transgressors.

And we have titled this document:

### '39 Ways to Serve and Participate in the *Jihād*'

...asking Allāh for guidance and assistance and firmness, and to Ordain for it acceptance and benefit for the people.

**Written by:**
Muhammad bin Ahmad as-Sālim ('Īsā al-'Awshin) - 19/5/1424 H

# 1. Make Your Intention for Jihād

Having the inner intention to fight – the true inner intention which leads to one seeking to answer the call of *Jihād* whenever the caller calls: "*Saddle up, O chavalry of Allāh!*" and to make the person promise himself that he would jump forth to join the fight and go forth if he is called to go forth and if his aid is sought from his brothers, in accordance with the saying of the Prophet (peace be upon him): **"...and if you are called to go forth, then go forth."**

And if the person intends with himself to go fight, and he misses the chance to go or he is not able to do so, then he becomes pained by this, as Allāh says regarding the Ash'ariyyīn – the Companions who were unable to find preparation for themselves to go fight:



*"Nor is there blame on those who came to you to be provided with mounts, when you said: "I can find no mounts for you," they turned back with their eyes overflowing with tears of grief that they could not find anything to spend."*[2]

So, this is from the perfection of having the true intention to fight, and the grief and regret that the person feels out of what he missed of fighting in the Path of Allāh.

As for the one who says, when the path is closed to him or he is unable to go fight: "Praise be to Allāh who has saved me from possessing the necessities for *Jihād*," then this is one who hates fighting and does not seek it; he is like the hypocrites who hate to fight and do not march forth except while they hate to do so. And if they march forth, they discourage the army and run away when the battle begins. And what a clear difference – by Allāh – between the one who weeps out of the grief of missing out on fighting and *Jihād*, and the one who hides his happiness and joy that he has found an excuse or reason for himself not to fight, and Allāh knows all that which is hidden and all that the hearts conceal...

And having the intention with one's self to go fight removes a characteristic of hypocrisy from a person, as is shown in '*Sahīh Muslim*' from the *hadīth* of Abū Hurayrah (may Allāh be pleased with him) that the Messenger of Allāh (peace be upon him) said: **"Whoever dies without having fought (in the Path of Allāh), or does not have the intention to fight, then he dies upon a branch of hypocrisy."**

---

[2] At-Tawbah; 92

*Shaykh ul-Islām* Ibn Taymiyyah said:

"And as for the minor hypocrisy (*nifāq*), then it is hypocrisy in actions and what is related. For example, the person lies if he speaks, or breaks his promise if he makes it, or is treacherous if he is trusted with something, or is foul-mouthed if he is at odds with someone… and included in this is avoiding *Jihād,* for it is from the characteristics of the hypocrites (*Munāfiqīn*).  The Prophet (peace be upon him) said: **"Whoever dies without having fought (in the Path of Allāh), or does not have the intention to fight, then he dies upon a branch of hypocrisy."** And Allāh revealed the chapter of *'Barā'ah'* (*at-Tawbah*) that is also known as 'The Exposer' (*al-Fādihah*), because it exposed the hypocrites. So, Allāh clarified in this chapter the situation of the hypocrites and described them in it with cowardliness and abandonment of *Jihād,* and He described them as being stingy to spend in the Path of Allāh and coveting their wealth, and these are two dangerous diseases: cowardliness and stinginess. Allāh said:

*"… Verily, the believers are those who have believed in Allāh and His Messenger and do not doubt after that, and struggled with their wealth and lives in the Path of Allāh. Those! They are they truthful."*[3]

So, he has limited the believers to those who believe and make *Jihād*. And Allāh said:

*"Those who believe in Allāh and the Last Day would never ask you to be exempted from fighting with their wealth and their lives in the Path of Allāh, and Allāh is the All-Knower of those who are pious. It is only those who do not believe in Allāh and the Last Day and whose hearts are in doubt that ask for you to exempt them, so in their doubts they waver."*[4]

So, Allāh is informing us that the believer would never ask the Messenger to exempt him from *Jihād*, but the ones who ask him for this are those who do not

---

[3] Al-Hujurāt; 15
[4] At-Tawbah; 44-45

believe. So, how would it be for the one who abandons it (*Jihād*) without asking the Prophet's permission?"[5]

So, be warned and be warned, my Muslim brother, from being like the hypocrites or dying upon a branch of hypocrisy. And as for the one who admonishes the *Mujāhidīn* or the one who leaves for *Jihād* with various forms of blame – one time saying he is too impatient, and another time blaming him for not seeking advice – then we say to him:

*O you who have admonished our youth from Jihād \* Hold back your slander and rejection*

*Is the one blameworthy who desires the Gardens and their essence \* And is constantly traveling the path of the Companions*

*Is the one blameworthy who has abandoned this life and its emptiness \* And with heated determination went and marched forth?*

*Is the one blameworthy who submitted his life for Allāh \* Seeking with it the Firdaws – the best of destinations?*

*So relieve the Jihād and its people from your admonishment \* Be warned of the description of hypocrisy, be warned...*

*Whoever does not fight or intend to fight \* And dies, dies a terrible death...*

*Verily, Jihād is the way to our honor \* And by leaving it we are humiliated and live a lowly life.*

## 2. Truthfully Ask Allāh for Martyrdom

...asking Allāh for martyrdom with truthfulness and sincerity and insistence, because whoever truthfully asks Allāh for martyrdom is given the status of the martyrs by Allāh - even if he dies on his bed – as is in '*Sahīh Muslim*' from Anas bin Mālik (may Allāh be pleased with him), that he said that the Messenger of Allāh (peace be upon him) said: "**Whoever seeks martyrdom while he is truthful in that, then he is given it even if he does not achieve it,**" and in another narration: "**...Allāh gives him the status of the martyrs even if he dies on his bed.**"

---

[5] Majmū' al-Fatāwā; 28/436

*Shaykh* 'Abdullāh 'Azzām (may Allāh have mercy on him) said: "And the meaning of the two *ahādīth* is that if he asks Allāh for martyrdom with truthfulness, he is given the reward of the martyrs even if he is on his bed…"

*Shaykh* 'Abdullāh 'Azzām also said: "…but, the truthfulness in asking for martyrdom implies that one makes the proper preparation:

●● ●●●●●● ●● ● ● ●● ●● ●●●● ●●●●●●●●●● ● ●●●●●●

*"…and if they had intended to march out, they would have made some preparation for it…"*[6]

As for ten years passing by of the *Jihād* in Afghānistān, while the way to get there is safe and certain and the borders are open, but he does not make it to Peshawar? As for him, then we ask Allāh to forgive him if he thinks that he is truthful in seeking martyrdom. Do you not see that Bedouin that said to the Messenger of Allāh (peace be upon him): "Shall I follow you and be stricken here – and he pointed to his neck – so that I would enter Paradise?" So the Bedouin was later stricken where he had pointed, so the Prophet (peace be upon him) said: **"He was truthful to Allāh, so Allāh was truthful to him."**"

And the true pursuit of martyrdom is that which causes one to fly towards any sound of commotion or action, as opposed to being one who delays and is slow to aid this *Dīn* and march forth when the caller calls. Rather, his tongue repeats:

*My Lord, with Your help, the souls are in Gardens * So spill, my Deity, my blood in Jihād,*

*As my sins have overpowered me and the have none * Other than martyrdom to wipe them out.*

*My Lord, my Lord! Martyrdom is what I seek * So answer my request with Your Virtue, O Generous!*

So, make sure to be truthful with Allāh and to be insistent with Him that He gives you martyrdom in His Path - facing the enemy and not turning away from him - and solidify your determination to make *Jihād*, and know that the one who asks Allāh for martyrdom with truthfulness is one who seeks it wherever it may be, searches it out, and is on a constant lookout for it; he is not one who goes and sleeps until it is brought to him.

*You hope for success, but do not tread its path * Verily, ships do not float on dry ground.*

---

[6] At-Tawbah; 46

## 3. Go for Jihād Yourself

…going for *Jihād* in the Path of Allāh with one's self, and not being lazy and delaying from this with any excuse, because to be pleased with sitting behind from *Jihād* is to be pleased with the life of this World over the Hereafter.

And *Jihād* in the Path of Allāh with one's self is from the greatest and most virtuous of ways of gaining nearness to Allāh – the Exalted – and its virtue is not hidden from anyone.

And its virtue is mentioned in the *Qur'ān* and the *Sunnah*; there is enough mention of the virtue of the one who makes *Jihād* with his self and the virtue of the martyr and martyrdom to make this document longer than intended. In the *Qur'ān*, there are over seventy verses regarding *Jihād*, and in the *Sunnah*, the scholars of *Hadīth* put together separate chapters regarding *Jihād*, its rulings and virtues in their writings.

And when the word '*Jihād*' is mentioned, it refers to *qitāl*[7], as Ibn Rushd said: "…and when the word '*Jihād*' is mentioned, it means physically fighting the disbelievers with the sword until they submit or give the *Jizyah* by their hands while they are in a state of humiliation…"

So, it is not for anyone to generalize this word to include striving against the soul (*Jihād an-Nafs*) or by the tongue or pen, or calling to Allāh (*Da'wah*). It is true that these actions are actions of piety and obedience to Allāh, but they are not intended by the word *Jihād* in the texts of Islāmic law except when it is specified to mean these things.

And *Jihād* is from the best of righteous actions:

It was said to the Messenger of Allāh (peace be upon him) "Who are the best of the people?" So he (peace be upon him) said: **"A believer who makes *Jihād* in the Path of Allāh with his wealth and his self."** So, they said: "Then who?" He (peace be upon him) said: **"A believer in a mountain pass who fears Allāh and protects the people from his harm."**[8]

And he (peace be upon him) said: **"Verily, in Paradise there are one hundred levels that Allāh has prepared for the *Mujāhidīn* in His Path; between each level is the distance like that which is between the Heaven and the Earth, so if you ask Allāh, ask Him for the *Firdaws*, for it is the highest and uppermost**

---

[7] Fighting.
[8] Narrated by al-Bukhārī.

part of Paradise, and above it is the Throne of the Most Merciful, and from it gush forth the rivers of Paradise."[9]

And he (peace be upon him) said: "No servant gets his feet covered in dust in the Path of Allāh except that Allāh forbids him from the Fire."[10]

And he (peace be upon him) said: "Whoever fights in the Path of Allāh aboard a she-camel, then Paradise is obligatory for him. And whoever asks Allāh to allow him to be killed in His Path from his own will and truthfully and then dies or is killed, then he has the reward of a martyr. And whoever is injured in the Path of Allāh or is stricken with a calamity, then it will appear on the Day of Resurrection as bright as could be; its color will be that of saffron and its scent will be that of musk. And whoever has a sore that bleeds or oozes in the Path of Allāh, then he will have the distinctive mark of the martyrs."[11]

Know that the best of actions * Is Jihād against the people of disbelief and misguidance,

And it is the most beloved to my Kind Lord * As was narrated al-Bukhārī

And verily, Allāh has prepared in the Gardens * For its people hundreds of levels,

What is between them in distance is like what is * Between the Earths and the Heaven.

And whoever covers his feet with dust in Jihād * Will be protected by my Lord from the crushing punishment,

And whoever fights from aboard a she-camel * As a shield or a rear-guard in the midst of battle

Has obligated upon himself the reward and prize of Paradise * And there is none to thank for that except Allāh.

And the best life is that in a secluded mountain pass * Or under the shade of the sword and arrows,

And with Jihād, the enemy is terrorized * And with the spearheads the banner is raised.

And in Jihād is the essence of virtue * And none abandon it who have sound logic.

The one who sits back without a legitimate excuse is not equal * To the one who marches forth to answer the call of danger,

---

[9] Narrated by al-Bukhārī.
[10] Sahīh al-Jāmi'; # 5419.
[11] Narrated by Abū Dāwūd, at-Tirmidhī, an-Nasā'ī, Ahmad, and it is in Sahīh al-Jāmi; # 6292.

*Or a worshipper who fasts the length of the day * And spends the night standing in prayer.*

*With this elevation and preference * The texts of remembrance and recitation have come,*

*And there is no choice for the servant after this * Other than submission without wavering or doubt,*

*And the banner of Jihād will go forth from wherever you stand * So stick to it*

*And seek happiness by joining the fighting and combat * And you will achieve reward and success.*

*And do not be deterred by the words of the discouragers * Or a deceiving worshipper or scholar.*

*And remember the admonition of the blessed scholar ('Abdullāh Ibn al-Mubārak) * To al-Fudayl (Ibn 'Iyād), and you will come to know the extent of what is sensible.*

## 4. Make Jihād With Your Wealth

*Jihād* with one's wealth is to spend it in the Path of Allāh on the *Jihād* and the *Mujāhidīn* and every thing that they would need it for.

*Shaykh* Yūsuf al-'Uyayrī said:

"So, *Jihād* with one's wealth is often repeated in the verses of *Jihād* in the *Qur'ān*, and it is mentioned before *Jihād* with one's self. However, this does not in any way mean that it (*Jihād* of wealth) is of a higher degree! Rather, it is mentioned like this because *Jihād* with wealth is the type that the entire *Ummah* can be addressed regarding, since sufficiency in men occurs when a number of men from the *Ummah* march forth. However, there is not sufficient wealth for the *Mujāhidīn* unless the entire *Ummah* takes this responsibility and pumps its wealth to the *Mujāhidīn*, who are considered the nerve of the *Jihād*. So, the section of society that is instructed to make *Jihād* with its wealth is much larger than the section that is instructed to make *Jihād* with their lives. Therefore, *Jihād* with wealth is mentioned first in the verses of *Jihād* in consideration of the vastness of the section of the *Ummah* being addressed (of men and women, youth and elderly, young and old), and Allāh knows best.

And *Jihād* with one's wealth does not require a large amount of money to be spent from the believer. Rather, he spends what he can use as an excuse in front of Allāh – the Exalted – because the goal of *Jihād* with wealth – if it becomes *Fard*

13

'*Ayn*[12] – is to relieve yourself of the obligation that has been hung around your neck and to pay what you believe will free you from responsibility with Allāh – the Exalted – even if it is a small amount, as the Messenger of Allāh (peace be upon him) said: **"One *dirham* exceeded one hundred thousand *dirham*s (in reward)."** So, he (peace be upon him) was asked: "O Messenger of Allāh! And how can this be?" He (peace be upon him) said: **"A man who had two *dirham*s took one of them and gave it in charity, and another man who had much wealth took one hundred thousand *dirham*s from the vastness of his wealth and gave them in charity."**[13]

So - by Allāh - charity is not accepted based on its amount, but rather, it is accepted based on its state, as the Messenger of Allāh (peace be upon him) was asked: "Which charity is the best?" He (peace be upon him) said: **"That which comes from the effort of one who has little."**[14] – meaning: charity from a man who does not own much and is in dire need of his wealth.

So, fear Allāh and give what you are able to give; not just once, but dedicate a regular portion of your income to the *Jihād,* in consideration of the fact that the war is ongoing and the *Mujāhidīn* are in need of money."

## 5. Help Prepare the Fighter Who Is Going For Jihād

And from the forms of *Jihād* in the Path of Allāh and serving the *Mujāhidīn* is to prepare the fighters going out for *Jihād*. And the virtue of this has been mentioned in a number of authentic *ahādīth* of the Prophet (peace be upon him):

**"Whoever prepares a fighter going out in the Path of Allāh has, in fact, fought. And whoever takes good care of the family left behind by the fighter in the Path of Allāh has, in fact, fought."**[15]

**"Whoever prepared a fighter going out in the Path of Allāh will have the same reward as him (the fighter) without the reward of the fighter being decreased at all."**[16]

And this is a great opportunity for a man if he is excused in not marching forth (such as the blind, the lame, etc.), because he has the chance to prepare one who will fight in the Path of Allāh and receive the reward of his fighting. And there is no doubt that this is a mighty gate from the gates of good and righteousness and

---

[12] Individual obligation.
[13] Narrated by Ahmad and an-Nasā'ī.
[14] Narrated by Ahmad and Abū Dāwūd.
[15] Narrated by al-Bukhārī and Muslim.
[16] Narrated by Ibn Mājah, and it is authentic.

is the best thing that one's charity and *Zakāh* can go to. In addition, it falls under the category of being 'In the Path of Allāh' (*Fī Sabīlillāh*).

And it is also an opportunity for the woman that is not able to go out in the Path of Allāh, because it is within her ability to prepare the fighters using her wealth, jewelry, and whatever else she can find to have a share of this great reward. Women played a great role in the early days of Islām as well as during various other time periods, and we can not fail to mention here what was done by the sister of the heroic martyred commander Abū Ja'far al-Yemenī (may Allāh have Mercy upon him), as was mentioned in his biography on the Qoqaz.com website: **she sold all of her gold and prepared him with the wealth that she gained from that.**

So where are the likes of such women? Rather, where are the men?

Likewise, there is an opportunity in this for the one who is unable to give his own wealth, because he can prepare a fighter by collecting money from others in order to give to them. The Prophet (peace be upon him) said: **"The one who facilitates a good act being performed is like the one who performed it."**

## 6. Take Care of the Family Left Behind By the Fighter

...and looking after their needs and affairs, in order to complete the *hadīth* mentioned in the previous method, the saying of the Prophet (peace be upon him): **"...and whoever takes good care of the family left behind by the fighter in the Path of Allāh has, in fact, fought."**

And from what has been narrated regarding the virtue of his noble and lofty action is the saying of the Prophet (peace be upon him): **"Whoever of you takes good care of the family of the one who goes out (for *Jihād*), then he has half of his reward."**[17]

Looking after the family of the fighter, watching over them, protecting them and fulfilling their needs is from the rights of the fighter over those sitting behind who reside in the same land as his family, as is mentioned in the *hadīth* of the Prophet (peace be upon him) that he said: **"The wives of the *Mujāhidīn* are as forbidden to those who sit behind as their own mothers are to them, and there is no man from those who sit behind who is trusted to take care of the family of a *Mujāhid* and betrays that trust except that he (the *Mujāhid*) will be brought on the Day of Resurrection and it will be said to him: 'He has betrayed you regarding your family, so take what you wish from his good deeds,' so he**

---

[17] Narrated by Muslim and Abū Dāwūd.

**will take from his deeds what he wishes. So, what do you think (will remain of his good deeds after that)?"[18]**

And the warning has been made clear regarding the one who does not fight, or prepare a fighter, or take good care of the family left behind by the fighter. So, if the Muslim does not fulfill one of these three affairs during the time of fighting, then he becomes deserving of the punishment of Allāh, as was narrated from the Messenger of Allāh (peace be upon him): **"Whoever does not fight, or prepare a fighter, or take good care of the family left behind by a fighter, then Allāh will strike him with a disaster before the Day of Resurrection."[19]**

*Shaykh* Abū Basīr said: "So, it is not allowed for the believer to be other than one of these three: either he is a fighter in the Path of Allāh, or he takes good care of the family left behind by the fighter, or he prepares a fighter to go out in the Path of Allāh, and if he is not one of these, then let him await a disaster to come his way – none knowing the extent and nature of this disaster except Allāh – before the Day of Resurrection!"

## 7. Provide for the Families of the Martyrs

… and assisting their widows and attending to their children and relatives.

**So, O you who seek to serve the *Jihâd* and those who have performed *Jihâd* instead of you:** provide for the families of the martyrs and exert your utmost effort in doing so, as the Prophet (peace be upon him) went to the household of Ja'far bin Abî Tâlib when he was informed of his martyrdom in the Battle of Mu'tah, and said to his own family: **"Prepare some food for the family of Ja'far, for an affair has come to them which is keeping them occupied."[20]**

And Ibn Kathîr mentions the story of the Prophet (peace be upon him) with the children of Ja'far with the *hadîth* narrated by Ahmad, that Asmā' bint 'Umays said: "When Ja'far and his companions were killed, the Messenger of Allāh (peace be upon him) entered upon me while I was tanning some leathers, and I had kneaded some dough and had bathed my son and rubbed them and cleaned them (the leathers). So, the Messenger of Allāh (peace be upon him) said: **"Give me Ja'far's children."** So, I gave them to him and he smelt them and his eyes became moist (with tears). So, I said: "O Messenger of Allāh, may my father and mother be sacrificed for you! What makes you weep? Have you received some news regarding Ja'far and his companions?" He (peace be upon him) said: **"Yes,**

---

[18] Narrated by Muslim, Ahmad, Abū Dāwūd, and an-Nasā'ī.
[19] Narrated by Abū Dāwūd, and it is authentic.
[20] Narrated by Abū Dāwūd and at-Tirmidhî.

**they were killed today."** So, I got up and screamed and ran to the women, so the Messenger of Allâh (peace be upon him) said to his family: **"Do not ignore the family of Ja'far. Prepare some food for them, as they are preoccupied with the affair of their relative."**

So, let us take Messenger of Allâh (peace be upon him) as a good example for us, and let us look after the families of the martyrs and their widows and children by providing for them and assisting them. His children are to be assisted and protected from every bad and evil thing; his wife is to be married off to a suitable provider if she wishes to remarry, for the wife of Ja'far, Asmâ' bint 'Umays, who was mentioned earlier, married Abû Bakr *as-Siddîq* (may Allâh be pleased with him) after her prescribed period had passed.

So, all of these are from the rights of the martyrs upon us, and they are easy actions that contain great reward with Allâh.

This martyr has sacrificed his life and soul for the sake of serving this *Dîn* and to raise the Word of Allâh, so the least we could do is to provide for his family and wife children in his absence. It might be that Allâh will forgive our faults and allow us to catch up to the caravans of martyrs…

## 8. Providing for the Families of the Injured and Imprisoned

And from the methods that we can utilize in our service of the Jihâd and the Mujâhidîn is to provide for the families of the prisoners and injured among them, because they are not present to do so themselves and their families are in need of help, so they are not to be left alone. Rather, there it is obligatory to provide for them and to see to their affairs, as their situation is like the situation of the families of the fighters and the martyrs.

Special care should be given to the families and relatives of prisoners, as their agony over their imprisoned son is far greater, and their grief and desire to know his fate is renewed every time they remember him, so it is necessary to remind them to be patient and endure, and that we are with them in their crisis.

And what is noticed is that when the wives of some of the imprisoned brothers face the pressures of the society around them, they are teased by some of the fools who mock their husbands and exploit their situations, and there is no doubt that this is done by one who has no character or manners. Therefore, there is no option but to stand by the wives of our imprisoned brothers as providers and protectors and supporters and encouragers to patience.

And Allâh will assist the servant as long as the servant is in assistance of his brother.

# 9. Collect Funds for the Mujâhidîn

There is no doubt that money is the lifeline of *Jihâd,* and from what is of greatest benefit to the *Jihâd* and the *Mujâhidîn* is for a group of the *Ummah* – or the entire *Ummah* – to collect funds and send them to the people of the frontlines, and the impact of this on the *Jihâd* is not hidden from anyone. This is what has the disbelievers all over the world in a state of bewilderment, as they have attempted to dry up the resources of the *Mujâhidîn* and have put pressure on those who cooperate with them. Despite this, the *Mujâhidîn* continue upon their path, as **"...they will not be harmed by those who oppose them or betray them."**

And when the *Jihâd* movement calls for and incites others to spend on it, this does not mean that it is a charity organization that passes around donation boxes to people in order to collect funds from any and everybody, because it is a movement that depends firstly on itself (after Allâh). When it accepts the donations of the good-doers, it accepts before that their sympathies and consciences that carry the concerns of the *Da'wah* and answer the call of *Jihâd.* So, it does not lower itself to compromises that stain its beliefs and scar its struggle. By doing so, it is also following the example of the Messenger of Allâh (peace be upon him) in his incitement of his companions to spend in the Path of Allâh and prepare the fighters with these blessed donations.

And a fine example of this collective fulfillment of responsibility and faith-based cooperation is demonstrated in the competition between the believers in preparing for all of the battles of the Prophet (peace be upon him), most notably that of Tabûk, in which the Muslims rushed forth and gave their wealth and charity, and the noblest of men and women participated in this.

And what is better than for the *Mujâhidîn* to raise the sons of Islâm upon the revival of Islâmic unity by way of giving their wealth freely and aiding and sacrificing for their fellow Muslims just as they raise them to give their lives freely and compete in doing that on the battlefield in order to raise the Word of Allâh?

Verily, this is the true upbringing; upbringing upon the manners of goodness and the characteristics of righteousness. And no Muslim who has experienced this comprehensive *Jihâdî* upbringing will be too stingy to spend even the last bit of wealth that he has saved up, and he will not hesitate in answering the plea of his brother *Mujâhid* to aid and assist him:

*O my brother in Islâm, verily righteousness is something \* That will bring joy to you upon the Resurrection.*

*So, exert yourself in what is good and compete in sacrifice \* For on the Day of Judgement, Allâh will reward you.*

*Shaykh* Yûsuf al-'Uyayrî (may Allâh have Mercy upon him) said: "And the one who has no income or wealth to spend should instead now gather funds from the people who *do* possess wealth from the women, children, from the specific as well as the general. And whoever is unable to gather funds, it is at least within his ability to incite others to *Jihâd* with their wealth and to request from the Muslims not to be stingy with their wealth if it is asked of them."

And there are various methods in collecting money for the *Mujâhidîn* which cannot all be mentioned here, but what is important is for you to have complete determination to collect donations. If this is your true concern and obsession, then you will find yourself coming up with countless and unlimited ways in which to do this, and you will pass through every obstacle left in your way by the helpers of the Cross and the enemies of the *Mujâhidîn* from among our own people as well as the Crusaders themselves.

*I do not care if my path becomes filled with \* Burdens and barriers.*

Then, it is for us to know with certainty that this affair is one that is obligatory and is a right of your brothers upon you, and the favor is not from you in this affair. Rather, the favor is from Allâh – the Exalted – and He is the One who is to be thanked for guiding you and allowed you to serve the people of the frontlines. How many people has He prevented from this blessing, and how few has He chosen for it? So, O Allâh! Make us from the few…

And let us remember the saying of Allâh – the Exalted:



*"Behold! You are those who are called to spend in the Path of Allâh, yet among you are some who are stingy. And whoever is stingy, it is only at the expense of his ownself. But Allâh is Rich, and you are poor. And if you turn away, He will exchange you for some other people, and they will not be like you."*[21]

---

[21] Muhammad; 38

And let us put in front of our eyes the words of our beloved Muhammad (peace be upon him): **"The one who facilitates a good act being performed is like the one who performed it,"** and the *hadîth*: **"O Allâh! Compensate the one who spends freely, and bring annihilation upon the one who is stingy."**

## 10. Pay Zakâh to Them

The *Zakâh* is a right of Allâh upon our wealth, and from those who are most in need of it today are the *Mujâhidîn*. They are also the ones most deserving of it since they are truly "in the Path of Allâh," poor, travelers, etc.

*Shaykh* 'Abdullâh 'Azzâm (may Allâh have Mercy on him) said: "Ibn Taymiyyah was asked regarding there being a shortage of money for feeding the hungry as well as for the *Jihâd* which would be hindered without it, so he said: "We put preference on the *Jihâd* even if the hungry die, just as in the issue of human shields (in which the disbelievers are to be attacked despite the fact that they are using Muslim human shields, and that those Muslims might unintentionally be killed as a result of this attack), and this issue is more deserving of (us preferring to continue the *Jihâd* despite the deaths of some Muslims). This is because in the case of the human shields, we are killing them by our actions, while in this case (of preventing them from the *Zakâh*), they are dying by an act of Allâh.""

Al-Qurtubî said: "The scholars have agreed that if a necessity descends upon the Muslims after the *Zakâh* has been paid, then it is obligatory upon them to direct their wealth to that need."

And Mâlik said: "It is obligatory upon the people to spend to ransom their prisoners - even if this drains all of their wealth - and there is agreement on this."

*Shaykh* 'Abdullâh 'Azzâm (may Allâh have Mercy on him) said: "And the preservers of the *Dîn* are given preference over the preservers of the lives (of the Muslims), and the preservers of the lives are given preference over the preservers of the wealth. The wealth of the wealthy is not more valuable than the blood of the *Mujâhidîn*, so let the wealthy pay attention to the ruling of Allâh regarding their wealth! The *Jihâd* is in utmost need, and the religion and lands of the Muslims are exposed to potential destruction, and the wealthy are drowning in their desires. And if the wealthy abstained for one day from their desires, and held their hands back from ravaging their wealth in useless things, and instead directed it to the *Mujâhidîn* - who are dying from cold, and whose feet are being amputated from frostbite, and who cannot find any provisions from which to support themselves or to prevent their blood from being spilt – I say: if the wealthy paid to the Afghan *Mujâhidîn* the amount that they spend in just **one**

**day**, then their wealth would cause – by the Permission of Allâh – a drastic move towards victory in the *Jihâd*."

So, it is an obligation to pay the *Zakâh* to the *Mujâhidîn* as it is a right of Allâh upon our wealth, and it was stated by *Shaykh* Muhammad bin 'Uthaymîn (may Allâh have Mercy on him) and *Shaykh* 'Abdullâh bin Jibrîn (may Allâh preserve him): "It is allowed to pay the *Zakâh* early in some situations if there is in this a benefit for the *Mujâhidîn* and the oppressed Muslims in the lands of *Jihâd*."

And there is no doubt that if only one fourth of the *Zakâh* were to be spent on the *Jihâd* and the *Mujâhidîn* then we would see great results, and this would suffice the *Mujâhidîn* in every corner of the globe. And if you mention to some people the spending and sacrifice of the *Râfidah* of their wealth for the sake of their belief, you would receive the following two replies:

**1)** that they have a state to support them, and
**2)** that they give the *Khumus*[22] to their leaders.

And I say, in response: we do not await a state for *Ahlus-Sunnah* to fund its *Jihâd*, or one fifth of the wealth of the people. Rather, we just ask for one fourth of the *Zakâh* so that it could be used to unimaginably crushing effect. And ask yourself: how much of your *Zakâh* has been spent to build Islâmic centers in various countries of the World while the newly born Islâmic State of the Tâlibân was in need of the Muslims to spend on it - but to no effect – to the point that when *Amîr ul-Mu'minîn al-Mullâ* Muhammad 'Umar came to know of the situation of the *Mujâhidîn* in Grozny and he asked the caretaker of the *Bayt al-Mâl*[23] of the Muslims how much was available, he was told that the state only possessed $300,000. So, he told the caretaker to give **one third** of it to the *Mujâhidîn* in Chechnya!!

Look! A complete Muslim state whose stored wealth consisted of only $300,000 while the *Zakâh* of the Muslims was being thrown here and there, spent uselessly in other than its proper place! Rather, when the recent Crusade began against Afghânistân, the treasury of the Islâmic State consisted of only $70,000!!

O Allâh! How surprising *Ahlus-Sunnah* are! Even their *Zakâh* that they spend from their wealth is not being put in its proper place!

And Allâh is the source of assistance, and upon Him is all reliance.

---

[22] One fifth of wealth attained in war.
[23] The treasury.

## 11. Cooperate In Treating the Wounded

... and this is done by cooperating to purchase medicine and treatments for them or paying for their treatment or paying the salary of the doctor. And there is no doubt that those injured constitute a great number of the *Mujâhidîn*, so when they are provided with the means to be treated, then this is a great service to them, and is a expected from the following types of people:

- Doctors and pharmacists that have some insight and experience in treating the wounded
- Those who live in or near the areas where fighting is taking place; these are able to do what cannot be done by other than them, since they are able to travel to the location of those injured and provide treatment
- Those who have the injured travel to them from another land must provide the necessary services and pay off all related bills.

And likewise, this is general to all who are able to spend on the *Mujâhidîn*, whereas they should spend on their injured and wounded.


## 12. Praise the Mujâhidîn and Mention Their Accounts and Call the People to Follow In Their Footsteps

And from the methods of serving the *Jihâd* and the *Mujâhidîn* is to praise the *Mujâhidîn* and to raise one's head with them and to boast about their actions and mention their stories and what occurs to them of miracles and victories against the enemies of this *Dîn*. So, with this, the hearts are given life and incline towards the honor and glory of the past. What the *Mujâhidîn* have given of their noble blood, pure limbs, and clean and purified souls drain the pens of ink:

*Every day, there are caravans for the Gardens * Martyrs that the All-Knower is pleased with,*

*What can I say in describing what they did? * The speech is mute and the pens have dried.*

And in mentioning their stories, there is a call for the people to follow in their footsteps by which they walked upon the methodology of the Prophet Muhammad (peace be upon him). And what is better than for you to make the examples of the *Ummah* to be the *Mujâhidîn* who give their lives in order to raise the banner of this *Dîn*, instead of them being those lost in temptation or heedless among the pleasures of this life?

The *Ummah* should know that the history of *Jihâd* and the *Mujâhidîn* and the martyrs is not an individual disconnected piece. Rather, it is a continuous series within the history of this persistently noble *Ummah* that was started by Muhammad (peace be upon him) and his noble Companions and those that followed in their footsteps until today.

The one who joins the caravan of the *Mujâhidîn* is not a stranger from the true Islâm that the Prophet Muhammad (peace be upon him) came with; rather, he is traversing his path. And the one who asks why the scholars of today do not go out for *Jihâd* and do not fight in the Path of Allâh, then we say to him: the example is Muhammad (peace be upon him), not those who incline towards the life of this world and busy themselves with it, no matter what name or label is ascribed to him:

> *They said: "Is there one who's footsteps you can follow * From the scholars or recitors?"*

> *I said: "The Prophet Muhammad and his Companions * With their Jihâd, they remained persistent.*

> *Verily, my example is Ibn al-Walîd and Mus'ab * And Ibn az-Zubayr and the rest of the Ansâr."*

> *They said: "Your path is scattered with hardships * So, why do you seek a life of danger?"*

> *I said: "Hardship is the description of the path to our Gardens * As for pleasure, then this is the description of the path to the Fire."*

So, it is a must to call the people and the *Ummah* to take the *Mujâhidîn* as examples in life so that the *Ummah* can return to its past glories, as the latter part of this *Ummah* will not be rectified except by that which rectified its earlier part.


## 13. Encourage the Mujâhidîn and Incite Them to Continue

There is no doubt that an increase in the number of traitors and deniers have an effect on the morale of the *Mujâhidîn*, even though this will not halt them on their path due to the saying of the Prophet (peace be upon him): "**...they will not be harmed by those who oppose or betray them.**" However, it is necessary to encourage the *Mujâhidîn* and to stand by them and back them up and to show them that we are with them against their enemies wherever they may be. Likewise, we must encourage them to continue their *Jihâd* and to be patient upon it despite what troubles and turmoils they may face.

23

So, this is from the greatest forms of moral support that we can present to the *Mujâhidîn*, and it may be that Allâh might have Mercy on us because of it.

These days, the need has increased of the *Mujâhidîn* for those who will strengthen their resolve, since there has been an increase in the number of deceivers and those who mix truth with falsehood, and there is no might nor power except with Allâh, the High and Mighty. The Prophet (peace be upon him) spoke the truth when he said: **"There will come after you days in which the patience of the good-doer will bring about the reward of fifty of you (Companions), since you have around you those who encourage you to do good, and they will not find around them those who will encourage them to do good."**

So, let us be from those who encourage the *Mujâhidîn*:

> *You have no horses or wealth to give * So, let the tongue assist if the situation does not.*

## 14. Speak Out For the Mujâhidîn and Defend Them

It has been narrated by at-Tirmidhî from Abû ad-Dardâ' (may Allâh be pleased with him) that the Prophet (peace be upon him) said: **"Whoever defends the honor of his brother, Allâh will turn the Fire from his face on the Day of Resurrection,"** and this is from the rights of the *Mujâhidîn* upon the rest of the *Ummah*.

We should be extremely cautious of attacking the honor of the *Mujâhidîn* and publicizing that which will harm their image, and delving deeply into looking for their faults and mistakes and exposing them. Rather, what is obligatory upon us in this situation and in these times is to stand by them, defend their honor, cover their mistakes, and to have enmity towards those who desire to harm them or publish what will harm them. Here, I wish to encourage my brothers to boycott the newspaper *'ash-Sharq al-Awsat'* and all newspapers similar to it, because it exerts itself in following the plans of the Jewish-Crusader alliance by sowing divisions between the *Ummah* and the *Mujâhidîn* and cutting up their ranks, and publishing lies about them, and works to kill the morale of the *Ummah*. So, it is an evil newspaper – both in its origin and in its methodology – and I believe that it is not permissible to work for it or for any publishing company that fights against Allâh, His Messenger, and the believers. And we should know that our role with our *Mujâhidîn* brothers is illustrated in the saying of Allâh – the Exalted:

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

*"And those who came after them say: "Our Lord! Forgive us and our brethren who have preceded us in Faith, and put not in our hearts any hatred against those who have believed. Our Lord! You are indeed full of kindness, Most Merciful."*[24]

*Shaykh* Yûsuf al-'Uyayrî (may Allâh have Mercy upon him) said: "And from the forms of *Jihâd* with one's tongue is to expose the reality of this Crusader war that is being launched against Islâm and to defend the honor of the *Mujâhidîn,* and this occurs between a specific man and his family, as well as between the general people in their meeting places, mosques, workplaces, and schools. So, every Muslim is obliged to strive with his tongue as much as he is able, and *Jihâd* with the tongue does not have conditions. Rather, it is an obligation to speak and clarify to the people every word that one sees will contribute to exposing and embarrassing the Crusaders or defending the *Mujâhidîn,* and Allâh knows best."

And he (may Allâh have Mercy upon him) said: "As for those who are pleased with remaining silent, then Allâh – the Exalted – says to him and his likes:

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

*"And if you turn away, then He will exchange you for another group of people, and they will not be like you."*[25]

And Allâh – the Glorified and Exalted – has promised the one who remains silent in times such as these with what has been reported by Abû Dâwûd and Ahmad from Jâbir bin 'Abdillâh and Abû Talhah bin Sahl al-Ansârî (may Allâh be pleased with them both) that the Messenger of Allâh (peace be upon him) said: **"There is no Muslim who betrays another Muslim in a situation in which his honor is being violated or his status belittled except that Allâh – Mighty and Majestic – will betray him in a situation in which he likes to be assisted. And there is no Muslim who assists his Muslim brother in a situation in which his status is being belittled or his honor violated except that Allâh will assist him in a situation in which he likes to be helped.""**

And today, we are in a time in which those who insult the *Mujâhidîn* and belittle them and mock them from among the hypocrites and apostates, as well as those who ascribe themselves to Islâmic knowledge – and Islâmic knowledge is free of them – are many.

---

[24] Al-Hashr; 10
[25] Muhammad; 38

And what must be known here is that the honor of the *Jihâd* and the *Mujâhidîn* today is more sacred than that of many scholars - those who do not miss any chance to turn the people away from *Jihâd*, and here, two points must be addressed:

> **1 -** Defending the *Jihâd* and the *Mujâhidîn* contains a great benefit which has preference over the interest of this scholar who has in any way labeled the *Mujâhidîn* negatively, regardless of why he claims to have done so, and answering him is a necessary obligation – even if takes away from the status of this scholar who has invited blame upon himself with his tongue.

> **2 -** There have been *ahâdîth* narrated that there will come a time in which the scholars and the recitors will mock the *Jihâd*, such as what was reported by an-Nasâ'î in his *'Sunan'* from Salamah bin Nufayl (may Allâh be pleased with him) that he said: "I was sitting with the Messenger of Allâh (peace be upon him), so a man said: "O Messenger of Allâh! The people have set aside their horses and put down their weapons and said that there is no more *Jihâd* as the war has come to an end." So, the Messenger of Allâh (peace be upon him) put his face up to his and said: **"They have lied! Now! Now, the fighting has arrived, and there will never cease to be a group from my *Ummah* fighting upon the truth, and Allâh will shake the hearts of people for them and will provide for them from what (those people) own, until the Hour is established and the Promise of Allâh comes, and there is good in the forelocks of horses until the Day of Resurrection."**

> Also, Ibn 'Asâkir narrated from Zayd bin Aslam from his father that the Messenger (peace be upon him) said: **"*Jihâd* will remain sweet and green as long as rain falls from the sky, and there will come a time upon the people in which the recitors from them will say: "This is not the time for *Jihâd*." So, whoever lives to see that time, then this is the best time for *Jihâd*."** He (peace be upon him) was asked: "O Messenger of Allâh! Will there be people who actually say this?" He (peace be upon him) said: **"Yes, those who have been cursed by Allâh, the Angels, and all of the people."**

## 15. Expose the Hypocrites and Traitors

This is obligatory and follows defense of the *Mujâhidîn* against those who attack them and their methodology, but here it should be said that the Noble *Qur'ân* has specifically exposed the hypocrites who betrayed the *Jihâd* and attempted to put obstacles and barriers in the path of the *Mujâhidîn*, except that they are the greatest enemy. And in our present times, there are many descendants of

'Abdullâh bin 'Ubayy bin Abî Salûl, and their statements strongly resemble those of the *Imâm* of *Nifâq*, Ibn Salûl. So, there is no option but to expose them and their plans, following the example of the Noble *Qur'ân*.

And from the most despicable of what these hypocrites and their likes have fallen into today is that they have equated the *Mujâhidîn* in the Path of Allâh with the *Khawârij* and stated that the *ahâdîth* reported from the Prophet (peace be upon him) apply to them, not knowing that *they* are closer to being *Khawârij*, since these leaders of hypocrisy and their likes from amongst the traitors "**...recite the Qur'ân, but it does not come past their throats**," and they have allegiances to the apostates and the worshippers of the Cross and idols instead of to the *Mujâhidîn* and the people of Islâm.

So, Glory be to You, my Lord; indeed this is a great fabrication!

And how in need are we today of the recitors of '*at-Tawbah*' to expose the hypocrites of our times for us without compromise or hesitance…

And there has not ceased to be for this religion – thanks to Allâh – truthful scholars who speak the truth even if that would lead to some hardship; they leap forward to defend the *Dîn* and the *Sunnah* of the leader of the Messengers (peace be upon him), and from the most famous of them in our times are: *Shaykh* 'Alî al-Khudayr and *Shaykh* Nâsir al-Fahd (may Allâh hasten their release), as well as *Shaykh* Yûsuf al-'Uyayrî (may Allâh have Mercy upon him). These and others were - in truth - strong rocks that smashed through the traitors and deniers, and there is still a group of the people of knowledge and virtue who clarify to the people what has been thrown over their eyes regarding the affairs of their religion and the plans of the enemies of this belief, as well as those who serve them from amongst the traitors (whether they do this with a good intention or a bad one).

The Messenger of Allâh (peace be upon him) said: "**There will always be those who will protect this knowledge from the deviants; they protect it from the exaggerations of the extremists, the (false) ascriptions of the deniers, and the interpretations of the ignorant.**"

So, from the methods of serving the *Jihâd* and the *Mujâhidîn* is to expose these hypocrites and their hidden plans in both public and private gatherings - and to not be hesitant in doing this - because they are the extended arms of imperialism and Westernization; they forbid the *Ummah* from arming itself, and they consider it at fault if it turns to fighting, and they call the people to live their lives in submission and humiliation; they are pleased with the life of this World and place their trust in it, and the Devil has beautified their actions for them, and there is no might nor power except from Allâh.

And from the most important of methods in doing this is to exert effort in publishing and distributing the books of the scholars mentioned above, as they contain ample clarification.

## 16. Call and Incite the People to Jihâd

And this is from the most important methods available to the one who cannot make *Jihâd* himself; it is upon him to incite others, due to the saying of Allâh – the Exalted:

*"So fight in the Path of Allâh; you are not held responsible except for yourself, and incite the believers... "*[26]

*"O Prophet! Incite the believers to fight!"*[27]

So, it is an obligation upon the one who is able to make *Jihâd*, the one who is unable to make *Jihâd*, and every Muslim to incite his brothers to fight the disbelievers. We are in a time where we are most in need of direct application of these verses and in this is a great reward, as the Messenger of Allâh (peace be upon him) said: **"The one who facilitates a good act being performed is like the one who performed it."**

## 17. Advise the Muslims and the Mujâhidîn

… and this can be implemented in innumerable ways, including informing and warning the Muslims of the plans and strategies of the disbelievers, as is mentioned in the saying of Allâh:

---

[26] An-Nisâ'; 84
[27] Al-Anfâl; 65

*"And there came a man running, from the farthest end of the city. He said: "O Mûsâ! Verily, the chiefs are taking counsel together about you to kill you, so escape.Truly, I am to you of those who give sincere advice.""*[28]

So, in this verse, there is a warning between the believers of what the disbelievers are planning, and advice to the *Mujâhid* in order to assist him in being hidden from his enemy, and you should help in this as much as you are able if this is needed of you. Also included in this method is to provide the Muslims with all they would need of information and insight in order to help them fight their enemy while simultaneously hiding the secrets of the Muslims.

It was said by *Shaykh ul-Islâm* Ibn Taymiyyah regarding the *Jihâd* against the apostates: "… and it is obligatory upon every Muslim to fulfill this as much as he is able, so it is not allowed for anyone to conceal what he knows of information and secrets (of the enemy). Rather, he is to spread and announce what he knows so that the Muslims would know the reality of their situation. And it is not allowed for anyone to help them to remain among the troops that are being used to fight, nor is it allowed to remain silent from establishing upon them what Allâh and His Messenger (peace be upon him) have ordered or to prevent this, as this is from the mightiest doors of enjoining the good and forbidding the evil and *Jihâd* in the Path of Allâh, and Allâh – the Exalted – has said to His Prophet (peace be upon him):

• • • ▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ • •• •• ▬▬ •• ▬▬▬▬

*"O Prophet! Strive against the disbelievers and hypocrites, and be harsh against them… "*[29]

…and these (apostates) are not excluded from being disbelievers and hypocrites."[30]


## 18. Hide the Secrets of the Mujâhidîn that the Enemy Can Benefit From

So, it is obligatory to conceal the secrets of the *Mujâhidîn* so that the enemies from the disbelievers and hypocrites do not benefit from them. And it is a must that the affairs of the *Mujâhidîn* – as well as preserving them, striving to protect them, and the avoidance of putting them in any danger – be a constant concern for us

---

[28] Al-Qasas; 20
[29] At-Tahrîm; 9
[30] Majmû' al-Fatâwâ; 35/159.

in order that we fulfill the meaning of the word 'brotherhood,' and that we have some evidence to back up our claim of love for *Jihâd* and the *Mujâhidîn*.
The people of knowledge have said: "It is absolutely forbidden to betray these *Mujâhidîn*, stand against them, tarnish their image, assist anyone against them, blow their cover, spread their pictures (on behalf of the authorities), spy on them, etc. And whoever does this, then in reality, he is assisting the Americans - who are exerting all their efforts in arresting them – and helping them reach their goals that they have otherwise failed to reach. So, be warned – brother Muslim – of being an aider of the Crusaders against the *Mujâhidîn*, and everyone who has done this in any way has transgressed and oppressed, and cooperated upon sin and transgression, and Allâh – the Exalted – has said:

● ●● ● ●●● ●●●●●●●●●● ●●● ●●●●● ● ●●●

*"...and do not cooperate upon sin and transgression."*[31]

And the Prophet (peace be upon him) has said: **"Assist your brother whether he is the oppressor or the oppressed."**

And it is established in the '*Sahîh*' that Hammâm bin al-Hârith (may Allâh have Mercy upon him) said: "A man used to convey the talk of the people to the ruler. We were sitting in the mosque one day, so the people said: "This man is from those who convey the talk of the people to the ruler." The man came and sat with us, so Hudhayfah (may Allâh be pleased with him) said: "I heard the Prophet (peace be upon him) say: **The one who spreads the talk of others will not enter Paradise.**""

## 19. Supplicate For Them

And from the methods of aiding and participating and serving the *Mujâhidîn* is to supplicate for them in secret that Allâh gives the victory over their enemies and that He keep their feet firm and that He ruins their enemies, as well as supplication for the release of their prisoners, for the health and healing of their injured, for the acceptance and forgiveness of their martyrs, for the preservation and protection of their leadership, for the safety and upbringing of their sons, and for them to constantly be gathered upon the word of truth.

And let the person choose the times most notable for his supplication to be answered, and here we will touch on some important matters regarding the issue of supplication for the *Mujâhidîn*:

---

[31] Al-Mâ'idah; 2

- That you supplicate for them with a humble heart, and that you do not simply supplicate for them off of the tip of your tongue, since Allâh does not accept the *du'â'* of the servant who is not mindful of Him;
- That you supplicate during the times of response, and remind the people of this. Some ways of doing this include text messages, as well as to remind one's household;
- That the person supplicates for everything that he sees fit, and that he supplicates according to current events so that he does not simply make the same *du'â'* over and over again and become bored from the lack of response. And here, we must emphasize that the *du'â'* is to be made while the person is certain of a response, and that he not become impatient and say: "I supplicated, and was no response came."

## 20. The Supplication of Distress (Qunût an-Nawâzil)

And because of the importance of this issue, and because of it being a *sunnah* from the *sunnah*s of the Prophet (peace be upon him), and because of those who wish to erase this *sunnah* from existence, I present the subject of *qunût* by itself. Otherwise, it is directly related to what is above regarding *du'â'* for the *Mujâhidîn*.

And these days, some try to downplay this *sunnah* in one of two ways:

**First:** that they say that this issue requires the permission of the ruler. And with this, the *qunût* becomes a doubtful matter to partake in, except if there were some political interest in doing so, where supplication is made against the Russian enemy, for example, and it is not against the American!

And who is this ruler of today whose permission we should hope and wait for? The one who extended to the Crusaders help and assistance? Or the one who congratulated the Russian president on his success in the elections at a time where he was in the middle of his brutal massacre of the Muslims in Grozny?

*Shaykh* Hamûd bin 'Uqlâ' (may Allâh have Mercy upon him) said: "Today, we know the differences in the desires of the rulers and their inclinations. So, to tie the *qunût an-nawâzil* to them makes the affairs of the Muslims submissive to the politics and best interests of the rulers. And you see in today's reality the treachery of many of the rulers, and their failure to assist the Muslims in their calamities; rather, they **fight against** the ones who assist the affairs of the *Jihâd* and the *Mujâhidîn*! So, how can we expect these to permit the *qunût* for them unless it is in accordance with their best interests and desires?"

It should also be mentioned that this condition (the permission of the ruler) is not to be considered, as there is no evidence for it, as is mentioned in the *fatwâ* of *Shaykh* Hamûd bin 'Uqlâ'.

**Second:** that if we were to make *qunût* for every calamity, then we will never cease making *qunût* for one calamity except that another one takes its place, and this might continue without any pause! And these people can be answered by the fact that it is legislated for us to make *qunût* for every calamity, whether they keep coming or cease to do so, as this is a *sunnah* of our Prophet (peace be upon him).

*Shaykh ul-Islâm* Ibn Taymiyyah says: "…and the *qunût* is from the *sunnah*s of necessity - not of regular habit – as it is established that he (peace be upon him) stopped doing it when the need for it was no longer there, and then returned to doing it when the need returned."[32]

And here, we present to you a section of *Shaykh* Hamûd's treatise regarding *qunût an-nawâzil*:

"…and it has been written by Ibn al-Qayyim in his book on prayer that Abû Thawr said to Abû 'Abdillâh Ahmad bin Hambal: "What do you say regarding the *qunût* in the *Fajr* prayer?" So, Abû 'Abdillâh said: "Verily, the *qunût* should only be performed during a calamity." So, Abû Thawr said to him: "And what calamity is greater than this calamity in which we are in?" So, Ahmad bin Hambal said to him: "If it is like this, then perform the *qunût*."

**And today, we say:** how numerous are the calamities of the Muslims today? So, how can there be restrictions placed on the issue of *qunût* while Allâh says that the believers are allies of one another? All of this, knowing full well that the *qunût* has great purposes that differ from simply supplicating for them in prostration or during the *khutbah*s, etc., since from among its purposes is moral cooperation and preserving concern with the affairs of the Muslims, and displaying sympathy and assistance to them, and with this, the *Mujâhidîn* become strengthened, and this can be seen and felt. We have heard many of the *Mujâhidîn* say that they become happy with the *du'â'* of their Muslim brothers for them if it is made openly in the *qunût*; rather, they constantly request this from us. Ibn Hajar says: "And it is apparent to me that the wisdom in making the *qunût an-nawâzil* in the position of standing upright as opposed to the prostration is that the followers participate with the *imâm* in supplication and *ta'mîn* (saying "*Âmîn*"). Because of this, it is agreed upon that it is to be done openly."[33] And the *qunût* is a type of victory against the enemy, and it is authentically reported from

---

[32] Majmû' al-Fatâwâ; 22/368.
[33] Fath al-Bârî; chapter on Qunût.

'Alî bin Abî Tâlib that when he made *qunût* during his battles, he would say: "Verily, we have been aided against our enemy."

Rather, there are those from the people of knowledge who have spoken of the obligation of *qunût an-nawâzil*, and said that it is the action of the *Imâms*, as Ibn 'Abdil-Barr reports in *'al-Istidhkâr'* [6/202] on the authority of Yahyâ bin Sa'îd, that he used to say: "It is obligatory to make *du'â'* (i.e., *qunût*) if the armies clash in the land of the enemy, and such was the actions of the *Imâms*.""

## 21. Follow and Spread the News of the Jihâd

And there is no doubt that there is a reward in following the news of the *Mujâhidîn* if this is done out of love and concern for *Jihâd*, where the person is happy when they (the *Mujâhidîn*) are happy, and he is saddened when they are saddened. As for he who considers it sufficient to do this – if the news is good, then he is with the *Mujâhidîn*, and if the news is bad, then he considers it a blessing from Allâh that he was not present to witness the events firsthand – then this person is as *Shaykh* Abû 'Umar Muhammad as-Sayf (may Allâh have Mercy upon him) said: "And verily, to avoid assisting and participating in *Jihâd*, and considering it sufficient to follow the news of the *Mujâhidîn* from afar by way of the various media outlets (audio, video, and written), then this is from the characteristics of the hypocrites whom Allâh – the Exalted – says regarding them:

●● ●━━● ● ●●●●● ●●● ● ● ━━● ● ●●●●●● ● ● ●━━━━━●●● ● ● ●━━● ● ●● ● ●● ●●● ●

*"...And if the Confederates should come again, they (the hypocrites) would wish that they were in the deserts among the Bedouins, seeking news about you from a far place; and if they happen to be among you, they would not fight but little."*[34]

…meaning: instead of facing the disbelieving confederates who are targeting the Muslims in Madînah, the hypocrites wish that they were far away from the location of the battle and instead settled among the Bedouins asking about the news of the *Mujâhidîn* and the battle from afar. So, there is no way for this *Ummah* to prepare for this Crusade except by truthfully returning to its religion and fulfilling the transaction that Allâh made with His believing servants, where He – the Blessed and Exalted – said:

---

[34] Al-Ahzâb; 20



> *"Verily, Allâh has purchased of the believers their lives and their properties in exchange for Paradise. They fight in Allâh's Cause, so they kill and are killed. It is a promise in truth which is binding on Him in the Torah, the Gospel and the Qur'ân. And who is truer to his covenant than Allah? Then rejoice in the bargain which you have concluded, and that is the supreme success."*[35]

Therefore, it is necessary to spread the news and messages of the *Mujâhidîn* between the Muslims because of the benefits contained in that, including:

- Reviving the feeling amongst the *Ummah* that we are as one body, that if one part of it is pained, then the other parts of it come to its attention and aid;
- To break the news blockage placed on the *Ummah*, where the enemies have taken control of the major media outlets and do not broadcast except what they desire. So, to broadcast the news of the *Mujâhidîn* provides a grassroots media base for them;
- So that the *Ummah* would be awakened and realize that the path to glory and honor is through *Jihâd* and martyrdom.


## 22. Participate in Spreading Their Releases of Books and Publications

… and this is related to the previous method of spreading their news and distributing it between the Muslims. So, it is necessary for you to think of spreading everything related to the *Jihâd* and that which incites and calls to it in order to aid its people, and to make use of the various methods of doing so. For example, collecting heroic accounts involving sacrifice and bravery, Xerox-copying them, and distributing them amongst the people and on the Internet; also, collecting the letters of the prisoners in Guantanamo and taking the best of them and spread them between the people so that they may increase in their sympathy for them. Likewise, everyone should try to prepare some media project regarding the *Mujâhidîn* and their affairs, and here I will mention a situation of one of the virtuous sisters who took it upon herself to collect the latest news from Chechnya. She collected the latest interviews with Shâmil

---

[35] At-Tawbah; 111

Bâsayev and Khattâb, and she collected some poems and stories and statements, then she put them all into a single volume and distributed them between the people.

And if you are incapable of releasing something yourself, then it is upon you to spread any thing related to the *Mujâhidîn*, of publications, books, etc. in order to serve the *Jihâd* and the *Mujâhidîn*.

## 23. Issue Fatâwâ That Aide Them

And this is an obligation and right upon the scholars, since it is their role to guide the *Ummah* to stand by the *Mujâhidîn* and aide them with their lives and their wealth and their supplication. And it is an obligation upon the students of knowledge and the preachers to guide the *Ummah* to this mighty obligation, just as it is obligatory upon those close to the people of knowledge – whether they be their students or relatives – to encourage them and strengthen their resolve to say what will lead to the assistance of their *Mujâhidîn* brothers. When the scholar does this, he will see an immediate and amazing effect, as in the case of the *Shaykh* of the *Mujâhidîn* of our times, Hamûd bin 'Uqlâ' (may Allâh have Mercy upon him). Not a single calamity would befall the Muslims or the *Mujâhidîn* except that you would see him taking a strong and uncompromising stance regarding it, and in doing so, he would not fear any of the creation. Rather, from the memories that one has of him is that he passed by an old cannon one time rusting on a farm, and said: "If the *Mujâhidîn* can in any way benefit from this, then I will send it to them."

May Allâh shower His Mercy upon him, as the *Shaykh* used to issue *fatâwâ* with a soul burning for Islâm and the Muslims, and it is narrated in the biography of the *Shaykh*:

"The *Shaykh* (may Allâh have Mercy upon him) used to live the past of the Muslims, as well as their present and future. He used to follow the news and sit for long hours doing so, and from his resolve in doing so is that he would use the radio himself and find out which stations carried the news (as the *Shaykh* was blind, and had to do this without being able to see the numbers on the radio). In fact, he would often snatch the radio from those sitting next to him if they were unable to find the news stations and turn the dial to find them himself, and he used to be able to determine the importance of specific news broadcasts because of his acquaintance with which announcer would broadcast what bit of news. And the news on the Internet would be read to him on a daily basis, where he would sit for at least one or two hours listening to it being read to him without being bored or restless.

So, with all of his concern, you would find all of the situations of the Muslims known to him, and all of the latest news having been received by him, so it was not for the one who would visit him except that he would ask the *Shaykh* about the latest events, to which the *Shaykh* would inform him and give him his own analysis and conclusion.

And with all of this awareness of current events, the *Shaykh* (may Allâh have Mercy upon him) was also well-acquainted with history, past events, wars, politics, as well as the major figures of politics – both living and dead – and their histories and stances. So, he was able to tie events and personalities in with their historical context. Because of this, the Muslims had a great blessing in the *Shaykh* (may Allâh have Mercy upon him), with his combination of mountainous knowledge (of the *Dîn*) and deep understanding of current affairs.

And his concern with the affairs of the Muslims was ongoing up until minutes before his death, as he used to speak constantly about the events of Afghânistân and the Tâlibân government and the latest news of the *Mujâhidîn*, and *in shâ'-Allâh*, he had a good ending.

And when some of the scholars and students of knowledge were in prison, he would not leave a single moment without asking about them, and he would constantly supplicate for them that they would remain firm upon the truth and have patience, so may Allâh reward him the best of rewards.


## 24. Stay Connected With the Scholars and Preachers and Inform Them of the Situation of the Mujâhidîn

And this is because the enemy is determined to stifle the Muslims and wipe out their emotional unity by way of pushing their heads into the sand and keeping the general Muslim population preoccupied with silly matters, so the scholars – if they wake up – will in turn wake the people up, and if they remain in slumber, then the people will likewise remain in slumber. The general population is usually with the scholars, at least in the matters relating to the religion, at the head of which is *Jihâd* and assistance of the *Mujâhidîn*, and the *Ummah* did not remain firm in the past when it was attacked by the Crusaders and the Tatars except because of the scholars and men that leaped forth to the *Jihâd* and gathered under the banner of *Jihâd*.

So, this is *Shaykh ul-Islâm* Ibn Taymiyyah, inciting the people to fight, standing at the side of the Muslim army in front of the Tatars, keeping the *Ummah* firm with his famous statement: "By Allâh, you will be victorious!" So, they said to him:

"Say "*in shâ'-Allâh*'!" He replied: "I say "*in shâ'-Allâh*' out of confirmation, not as a wishful comment." Likewise, Ibn Qudâmah stood by Salâh ud-Dîn al-Ayyûbî during his battles, etc...

So, because of this, it is obligatory to closely stick to the scholars and keep them informed of the affairs of the *Mujâhidîn* so that they stand by the *Jihâd* and incite others to it. So, just as falsehood and its people can confuse them with doubts regarding the *Jihâd* and warn them against the people associated with the *Jihâd*, so we must reverse this trend and stay close to them and remind them of their obligation in regards to the *Mujâhidîn* and their rights. It may be that Allâh will bring back the likes of *Shaykhs* 'Abdullâh 'Azzâm and Hamûd bin 'Uqlâ', may Allâh have Mercy upon them both.

And the truthful scholars are those who stand truthfully with the *Mujâhidîn* and carry the pains of their stand and their speaking of the truth, whether that be in the form of imprisonment or death, and the killing of *Shaykh* Yûsuf al-'Uyayrî is not far from us.


## 25. Become Physically Fit

There is no choice for the one who intends or desires to participate in *Jihâd* except to see to his physical fitness which will help him were he to go out for *Jihâd* in the Path of Allâh, since it is a necessity for the *Mujâhid*. So, he must get himself used to walking, jogging and running long distances so that his physical fitness would be at a proper level that would allow him to march forth as soon as the call is made... so that he would not be a burden and a weight on his brothers, making them carry him, etc., and it has actually happened in Bosnia (among other places) that some of the brothers fell into captivity because of a lack of physical fitness.

*Shaykh* Yûsuf al-'Uyayrî (may Allâh have Mercy upon him) said:

"Indeed, the physical fitness of the *Mujâhid*, his ability to run long distances, carry heavy loads and exert a lot of bodily effort for extended periods of time is the primary factor that determines his usefulness on the battlefield. A *Mujâhid* can be skilled in the use of weapons, but due to his lack of physical fitness, he is unable to determine the proper position to fire his weapon from, or to scale a wall in order to find a better position to shoot from, etc. This can all happen due to a lack of physical fitness, and the *Mujâhid* that has the luxury of a high level physical fitness is able to carry out all of the tasks required of him in the best manner possible, even if he is not an expert in the use of weapons. This is because he is able to maneuver and position himself in the best manner to shoot, and he is able to do all of this in the quickest and lightest manner possible, as tiredness and fatigue do not overtake him and occupy his thoughts and affect his

speed. Because of this, we can conclude that physical fitness is an essential asset to the *Mujâhid*, especially in the case of street-fighting."

And in our times in which we live today, we see that all of the *Jihâds* in the world today take place in the form of guerilla warfare and street-fighting. And this requires a high level of physical fitness, so do not be – my brother – a burden on other than you, and start – from now – to acquire this required level of physical fitness.

Do not belittle the issue of physical fitness – my brother – and know that the reward for it is great if it is sought with a sincere intention, and you intend with it to prepare yourself for *Jihâd* in the Path of Allâh, and the strong believer is more beloved to Allâh than the weak believer, and from strength is physical and bodily strength. The *Shaykh*, the *Mujâhid* Yûsuf al-'Uyayrî says: "The level of physical fitness that is required of the *Mujâhid* consists of him being able to do the following:

- Jog for 10 kilometers (about 6.2 miles) without stopping, and this should take him no more than 70 minutes in the worst of cases
- Run a distance of 3 kilometers (roughly 2 miles) in about 13.5 minutes
- Run for a distance of 100 meters with only 12-15 seconds of rest
- Walk a long distance – without stopping once – for at least 10 hours
- Carry a load of 20 kilograms (around 44 pounds) for at least 4 hours straight
- Perform at least 70 pushups in one shot without stopping (one can start by performing 10 pushups at once, then increasing the number by 3 everyday until eventually reaching 70)
- Perform 100 situps in one shot without stopping (one can start by performing 10 situps at once, then increasing the number by 3 everyday until eventually reaching 70)
- Crawl using his arms for a distance of 50 meters in 70 seconds at most
- Perform the Fartlik run (an exercise that combines walking, speed-walking, jogging and running, and it is as follows: the *Mujâhid* begins by walking normally for 2 minutes, then he walks quickly for 2 minutes, then he jogs for 2 minutes, then he runs for 2 minutes, then he runs fast for a distance of 100 meters, then he returns to walking, and so on and so forth until he does this 10 times non-stop)

And normal walking differs from quick walking, which differs from jogging, which differs from running. Normal walking is known to all, while quick walking is that one walks at a greater speed while making sure not to raise his feet from the ground for a greater amount of time than he would while walking normally. As for jogging, then this is that one covers a distance of 1 kilometer (roughly 0.6 miles) in less than 5.5 minutes. As for running, then it is that one covers a distance of 1 kilometer in less than 4.5 minutes.

This level of physical fitness can be achieved by the *Mujâhid* in one month if he exerts great effort, with the condition that he advances gradually and does not damage his muscles or expose them to tearing. For example, if one begins at the start of the month by jogging for 15 minutes, and increased this time by 2 minutes every day, then this would mean that in a month's time, he would be able to jog for an entire hour without stopping (assuming that the number of days in the month in which he exercises would be 20 if the exercise program was 5 days a week). Likewise, if he begins with 10 pushups at the start of the month and increases the number by 3 everyday, then this means that he would be able to perform 70 pushups nonstop in the space of one month. So, advancing gradually and continuously has a great effect on one's fitness level. Also, during one's physical program, there must be some strength training included to strengthen and tone one's muscles, and the *Mujâhid* must concentrate specifically on those types of weight training that can be performed without heavy exercise equipment, so that he can continue his physical program in any location. Exercise equipment has the effect of making one's body inactive if he is away from them for a long period of time. The best type of exercises are those that can be performed easily and rely on the body's own strength."

## 26. Train With Weapons and Learn How To Shoot

Learning how to shoot and train with weapons by either reading about them, or in an active manner, because a man might be able to actually train with live ammunition, or with weapons without ammunition, or he might simply be able to read a manual with pictures; every place has its limitations as to this…

And Allâh – the Mighty and Exalted – said:

● ● ● ● ● ▰▰▰▰▰▰▰ ▰▰▰▰ ● ● ●● ●● ● ●●●● ● ▰▰▰▰▰▰● ●▰▰▰● ●●●●● ●● ▰▰▰▰▰▰▰▰▰▰ ● ●▰▰▰▰▰▰▰▰▰

*" And make ready against them all you can of power, including steeds of war to threaten the enemy of Allâh and your enemy."*[36]

And it has been reported from the Prophet (peace be upon him) that he said: **"Verily, the strength is in shooting! Verily, the strength is in shooting! Verily, the strength is in shooting!"**[37]

So, do not belittle this great individual obligation upon every mature and sound-minded Muslim!

---

[36] Al-Anfâl; 60
[37] Narrated by Muslim.

Ibn Taymiyyah said: "It is obligatory to prepare for *Jihâd* by preparing one's strength and steeds of war when he is unable to fight, because what is necessary to fulfill an obligation itself becomes an obligation."[38]

So, learn how to shoot and become acquainted with weapons, for this is the path to all honor and success!

And what is strange is the sight of those whose hair becomes white (out of fear) as soon as they see any weapon!

> *O Ummah, over the passing of time, you have forgotten the look of weapons * Do not cry over a life and do not call for uprightness*

And how strange is a man who desires to inflict injury upon the enemy and to fight against him on the battlefield while he does not even know how to hold a weapon!! And there is no doubt that everyone who is able to learn how to shoot a weapon and does not do so that he is a sinner due to his lack of fulfilling the obligation that Allâh has placed upon him. And what is even more amazing is the thought of those people who have expended their energies and time in learning about the affairs of this World and how to increase their comfort in it, and they abstain from learning how to shoot weapons with the reality that the enemy is at their doors and has invaded our lands, and Allâh is the source of assistance.

## 27. Learn to Swim and Ride Horses

'Umar bin al-Khattâb wrote to those in Shâm: "Teach your children how to swim and to ride horses."

Learning to swim and ride horses benefits the *Mujâhid* in the long run because swimming is from the greatest means of strengthening the body, and riding horses never will cease to be a necessity in any time or place, especially in the lands of *Jihâd* and fighting. This is confirmed by the *hadîth* of the Prophet (peace be upon him) that is recorded by al-Bukhârî: **"There is good in the forelocks of horses until the Day of Resurrection."** So, horses have always been – and always will be – used in *Jihâd*, whether that be in Afghânistân, Chechnya, or 'Irâq.

---

[38] Majmû' al-Fatâwâ'; 28/355.

So, whoever desires to partake in *Jihâd* and is able to do so, then it is upon him to learn to swim and to ride horses, since these are from the things that will benefit him in his *Jihâd*.


## 28. Learn First-Aid

And from the methods of participating in and serving the *Jihâd* and the *Mujâhidîn* is to learn First Aid, which is greatly needed by the *Mujâhidîn*, such as attending to broken bones, treating wounds and poison exposure, applying tourniquets to muscles and veins, etc. These are all skills that are needed by the *Mujâhidîn*, so this is useful knowledge that is greatly needed in the lands of *Jihâd*, and it is easy and safe to learn.


## 29. Learn the Fiqh of Jihâd

And from the methods of serving the *Jihâd* and the *Mujâhidîn* is to learn the *fiqh* of *Jihâd* and to study the rulings of it, and this will benefit the *Mujâhidîn* on the frontlines, as the presence of those who will teach them the affairs of their religion is something that is greatly needed by those on the frontlines. Likewise, this person would be of benefit in speaking out in defense of the *Jihâd* and the *Mujâhidîn* from the attacks of the hypocrites, and whoever does something upon knowledge is not like the one who does something without knowledge.

Here is the example of *Shaykh* Yûsuf al-ʿUyayrî, who benefited the *Jihâd* with his knowledge and stood up for the *Mujâhidîn*, so he was – in truth – a smashing force against which the horns of those who would insult the *Jihâd* would break, whether they did this out of good or bad intentions.

And included in learning the *fiqh* of *Jihâd* is reading anything that could increase in one's knowledge of *Jihâd* and its methodology, and would clarify any doubts that exist surrounding it. And this can be established by reading the books that were written by the people of knowledge in this area, examples of which include books by ʿAbdullâh ʿAzzâm, Yûsuf al-ʿUyayrî, Abû Muhammad al-Maqdisî, Abû Qatâdah al-Filistînî, ʿAbdil Qâdir ibn ʿAbdil ʿAzîz, Sulaymân al-ʿUlwân, ʿAlî al-Khudayr, Nâsir al-Fahd, ʿAbdil ʿAzîz al-Jarbûʿ, Abû Jandal al-Azdî, etc.

## 30. Giving Shelter to the Mujâhidîn and Honoring Them

Allâh says:

██ ● ●●●●●●●●████████ ███ ███ ●●●●●● ● ● ●████████████ ●● ● ●● ●● ● ●●●● ●●● ●●● ●████████████●●

● ●● ●●●●█ ●●● ●● ● ●██ ●●● ●████████

*"Verily, those who believed, and emigrated and strove hard and fought with their property and their lives in the Path of Allâh - as well as those who gave asylum and help - these are allies of one another."*[39]

The *Mujâhidîn* are constantly exposed to harm and affliction. Rather, they are even expelled and made into fugitives by the enemy and their servants and slaves. Therefore, it becomes necessary to assist them and give them shelter and make them comfortable and secure, and it is necessary to honor them and fulfill their rights as guests without being annoyed at doing this, just as the Chechens did with the *Mujâhidîn* who went to help them of the Arabs and other than them; they made their homes a resting place for them despite the fact that the Russian enemy would have demolished such homes and killed its male and female inhabitants had they discovered that this was taking place. This was also done by the Afghans after Kabul fell to the Americans, where they were shining examples in honoring the *Mujâhidîn* and helping them to make their way out of Afghânistân, despite the fact the American presence and authority in the area, and the lack of mercy from the Northern Alliance forces that were helping them. However, despite this, a number of the Afghans fulfilled the rights of the *Mujâhidîn* by offering them shelter and hiding them from the enemy, even though many of them paid a heavy price for this. These are the principles that we must implant in ourselves and be willing to pay a heavy price for them, while keeping in mind the great reward from Allâh - the Generous - as it is said:

*Enthusiasm will come in accordance with the strength of its people * And nobility will come in accordance with the strength of its people*

## 31. Have Enmity Towards the Disbelievers and Hate Them

This issue – even though it is one related to a belief that is engrained in the hearts of the believers – is in and of itself a form of supporting the *Mujâhidîn* if one follows up on it and increases in it. The one who makes himself an enemy to the

---

[39] Al-Anfâl; 72

disbelievers is certainly from those who are *Mujâhid* allies of Allâh who cause them to taste pain and injury.

## 32. Expend Effort to Free Our Captives

And this is from the obligations and Islâmic rights that must be fulfilled in regards to the Muslim prisoners.

And "Islâm has commanded the freeing of its captives from the hands of its enemies. So, if a Muslim falls captive into the hands of the enemy, then it becomes an obligation upon the Muslims to expend all available means and efforts to free them, even if that means fighting. If the Muslims are unable to fight, then they must pay a ransom for them, since the Prophet (peace be upon him) said: **"Free the prisoner, feed the hungry, and visit the sick."**[40]

It has also been reported by al-Bukhârî that Abû Juhayfah (may Allâh be pleased with him) said: "I said to 'Alî: "Do you have any revelation other than what is in the Book of Allâh?" He said: "By Allâh, I do not know of it except that it is understanding that Allâh gives a man of the *Qur'ân*, and what is written in these pages." So, I said: "And what is written in those pages?" He said: "Free the captives, and do not kill a Muslim for a disbeliever.""

And Ibn 'Abbâs reported that 'Umar (may Allâh be pleased with him) said: *"Every captive who is in the hands of the disbelievers, then the ransom to free him will be paid from the treasury of the Muslims."*[41] Ibn Abî Shaybah also reported that 'Umar said: *"For me to rescue a Muslim from the hands of the disbelievers is more beloved to me than the entire Arabian Peninsula."*[42]

And many of the Muslim rulers of the past have shown amazing heroism in freeing the captives and repelling the hands of the oppressors from them, such as al-Hakam bin Hishâm, the leader of Muslim Spain. When he heard that a Muslim woman was taken as a slave and called out to him personally to save her, he gathered his army and prepared them and went out to the lands of the Europeans in the year 196 H, and proceeded to slaughter them in their lands, conquered many fortresses, and caused great destruction in the process of rescuing her. He also killed many of their men and enslaved their women, collected tremendous amounts of war booty, and then turned to the part of the country where this woman was being held, until she was finally freed. He then returned to Cordova victorious.

---

[40] Narrated by al-Bukhârî.
[41] Narrated by Ibn Abî Shaybah in his 'Musannaf'; 6/497.
[42] Musannaf'; 6/496.

And when al-Mansûr bin Abî 'Âmir returned from one of his battles in Northern Spain, a Muslim woman met him at the gates of Cordova and said to him: "My son is being held captive by the Christians! You must free him!" So, al-Mansûr did not enter Cordova; rather, he returned with his army to where he had just come from and went to free this captive.

And the history of the truthful Muslims is filled with such great stories. Verily, this is truthfulness and righteousness and sincerity. These were the rulers who would work for their people even if at the expense of their throne, and would live through the pains of their people, and would be distressed by whatever would distress their nation and people. So, for the likes of this should the workers work, and for this should the competitors compete.

And the freeing of our captives is from the clearest of Islâmic issues, and the evidences for this are widespread and well-known, and the scholars are agreed upon it, and the Muslims have consensus upon it."

[Quoted from Sulaymân al-'Ulwân's 'America and the Captives']


## 33. Spread the News About the Captives and Be Concerned With their Affairs

The *Mujâhidîn* who are on the frontlines can find those who will pay attention to them, as they are out in the open among other people with their actions and words, and with their attacks against the enemy. As for the captives who fall into the hands of the disbelievers, then little mention is made of them after they are captured, and the one who is concerned with trying to gain their freedom might not find anyone who is similarly concerned with their affairs. And how many of the *Mujâhidîn* who are in the prisons of the Arab and non-Arab oppressors who have nobody to cry for them or to follow their affairs?

So, from the most notable of methods in serving the *Jihâd* and the *Mujâhidîn* is to strive to spread any news regarding these prisoners, and to try to raise awareness of their cause everywhere until the moment that they are freed, and this is the least that we can do for the Muslim prisoners.

## 34. Electronic Jihâd

And this terminology has emerged between those who seek to assist the *Jihâd* on the Internet, and this is a blessed field which contains much benefit, such as following and spreading of news between the people, in addition to a chance to defend and stand up for the *Mujâhidîn* and spread their ideas and their requests to the people. This effort can be divided into two major parts: discussion boards and hacking methods.

As for the discussion boards, then a group of brothers should get together and assign each other from the well-known discussion boards to register in and post messages that fall into the following categories:

- Inciting to *Jihâd* and mentioning its virtues, especially in our times
- Defending the *Mujâhidîn* and protecting their honor from any who speak ill of the
- Awakening the idea of *Jihâd* in the minds of the masses
- Putting out researches and knowledge-based articles related to *Jihâd*
- Going after those who oppose *Jihâd* from amongst the modernists and apostates, and exposing their faults

So, the brothers should spread these messages throughout each discussion board on a daily basis so that each subject is posted, and then the other brothers can respond to the postings on each board in order to keep it at the top of each forum.

As for the hacking methods, then this is what is truly deserving of the term "electronic *Jihâd*," since the term carries the meaning of force; to strike and to attack. So, whoever is given knowledge in this field, then he should not be stingy with it in regards to using it to serve the *Jihâd*. He should concentrate his efforts on destroying any American websites, as well as any sites that are anti-*Jihâd* and *Mujâhidîn*, Jewish websites, modernist and secular websites.

And to whoever does not have knowledge regarding this art, then it is upon him to learn it with a sincere and good intention, as this is a form of attacking the enemy. Let us make *Jihâd* even if it is by way of the Internet.

## 35. Stand in Opposition to the Disbelievers

Whoever mixes with the disbelievers for a legitimate reason, then it is upon him to express his opposition the disbelievers' harming and fighting the Muslims as

much as he is able to do that, just as Nu'aym bin Mas'ûd did during the battle of the Confederates, and with the Jews of Bani Quraydhah on the day of the Trench, and just as a believer from the people of Fir'awn did, regarding which Allâh said:

*"And a believing man of Fir'awn's family - who hid his faith - said: "Would you kill a man because he says: "My Lord is Allâh?""""*[43]

And opposing the disbelievers necessitates not aiding them in any way, shape, or form against the Muslims, because the one who does so can have his action interpretated as disbelief according the the saying of Allâh:

*"...and whoever of you allies himself with them, then he is of them..."*[44]

## 36. Raise Your Children to Love Jihâd and Its People

One's family and children are the preparation for the future and are themselves the future generation, so it is a must to raise one's family and children upon the love of *Jihâd* and the *Mujâhidîn*, and the concepts of martyrdom and sacrifice for the Religion of Allâh, so that when they finally desires to go out in the Path of Allâh, you would be of those who cooperated with them upon obedience.

And from the additional benefits of this is that it makes the family ready and willing to serve the *Mujâhidîn* and to shelter the fugitives from amongst them.

And from the additional benefits of this is that it one's sons will carry on the *Jihâd* even after he himself has left this life.

'Abdullâh bin az-Zubayr's father, az-Zubayr bin al-'Awwâm, would bring him along to witness battles from an early age, and he would help tend to the injured *Mujâhidîn*. So, when he came of age, he became who he was: a man of bravery and courage. Likewise, whoever is brought up upon something, he grows up to become it.

And from the methods of raising one's children and family upon *Jihâd* are:

---

[43] Ghâfir; 28
[44] Al-Mâ'idah; 51

- Teaching them the biography of the Prophet (peace be upon him) and the stories of the battles that he took part in
- Teaching them of the heroic feats of the Companions and the *Tâbi'în* that are authentically reported in the books of history
- Bringing to them tapes (both video and audio) of *Jihâd* and the *Mujâhidîn* so that they would increase in their love of *Jihâd* and attachment to the *Mujâhidîn*
- Telling them the stories from the news and the lives of the *Mujâhidîn* – both past and present
- Listening to tapes that admonish and speak of issues related to *Jihâd* and martyrdom, as well as the virtue of martyrdom
- Naming one's children after the past and present heroes of *Jihâd*

## 37. Abandon Luxury

And from the things that assist one in making *Jihâd* and serving its people is to abandon luxury and comfort, and the chasing after the pleasures of this World, as 'Abdullâh 'Azzâm said: "Luxury is the enemy of *Jihâd*."

And luxury has its effects that are noticed sooner or later, such as hardness of the heart, arrogance, running after the Worldly matters and loving them, and hating death. This all leads to sitting back from *Jihâd*; rather, it leads to abandoning the truth; rather, it leads to leading others to abandon it as well!

And luxury and relaxation in this World is not mentioned in the *Qur'ân* except in a negative manner:

● ● ● ●●● ●●● ● ●●● ●●━━━━━━━━━● ●● ●━━━━━ ━━━━━━● ● ●●●●●● ●●●●● ●●━━━━━━● ●●

*"And We did not send a warner to a township except those who were given worldly wealth and luxuries among them said: "We believe not in the Message with which you have been sent."[45]*

● ●● ●━━━━━━━━━━━━━●━━●━━●━━━━━━━●━━━━━━━● ● ●●●● ●● ●●●● ●●● ● ●●●●● ● ●━━━━━━● ● ━━━━━━

● ● ● ●●━━━● ●●●●●●●●● ●●━━● ●●●

*"And similarly, We sent not a warner before you to any town but the luxurious ones among them said: "We found our fathers following a certain way and religion, and we will indeed follow their footsteps.""[46]*

---

[45] Saba'; 34
[46] Az-Zukhruf; 23

● ●●● ▬▬▬ ▬▬▬ ●● ▬▬▬▬●●● ●●● ▬▬▬▬

*"Those who did wrong pursued the enjoyment of good things of this worldly life, and were wrongdoers."*[47]

● ●●▬▬ ▬▬ ●● ●● ●●● ●●●●● ● ● ●

*"Verily, before that, they indulged in luxury."*[48]

And look in the following verses as well: [*al-Isrâ';* 16], [*al-Ambiyâ';* 13], and [*al-Mu'minûn;* 33,64]. So, these are eight verses that mention luxury, and not once is it mentioned in them except in a blameworthy manner.

And let not anyone reading this think that we are belittling the importance of wealth, as wealth is the sustainer of life (after Allâh) and is the lifeline of war, and this has been discussed previously in the second chapter about spending your wealth in the Path of Allâh.

However, we warn against excessiveness in spending money and luxury, especially for those who are active in the arena of *Jihâd* because of the negative effects that we have seen of this with our own eyes, such as some being led to complete abandonment of the issue of *Jihâd,* and instead chasing after this World. Allâh says:

● ▬▬●●●● ●● ▬▬▬●● ▬▬● ●●● ●▬▬ ●● ●●● ▬▬▬ ●● ● ●▬▬▬ ▬▬▬ ▬▬ ●● ▬▬▬▬

●●●● ●● ▬▬▬▬▬▬ ●●▬

*"O you who believe! Let not your properties or your children divert you from the remembrance of Allâh. And whosoever does that, then they are the losers."*[49]

● ●● ▬▬▬ ●● ▬▬▬ ● ▬▬▬● ● ●● ● ▬▬▬▬ ●● ▬▬▬ ▬▬▬▬

*"And know that your possessions and your children are but a trial and that surely with Allâh is a mighty reward."*[50]

Ibn Khaldûn has included many beneficial sections in his *'Muqaddimah'* showing the negative effects of luxury and wealth and how they lead to the destruction of

---

[47] Hûd; 116
[48] Al-Wâqi'ah; 45
[49] Al-Munâfiqûn; 9
[50] Al-Anfâl; 28

48

nations, and how the bad character that is a result of that also leads to defeat at the hands of the enemy.

## 38. Boycott the Goods of the Enemy

And it is sufficient for us to present here the *fatwâ* of *Shaykh* Hamûd bin 'Uqlâ' ash-Shu'aybî (may Allâh have Mercy on him), where he said:

"All Praise is due to Allâh, the Lord of the Worlds, and may peace and blessings be upon the noblest of Prophets and Messengers, our Prophet, Muhammad, and upon his Household and Companions.

As for what follows:

Allâh says:

● ●● ●▬ ● ●● ●▬● ▬● ●●▬ ●● ●▬▬▬▬▬▬▬▬ ●● ● ▬▬▬ ● ● ▬▬▬

*"Muhammad is the Messenger of Allâh, and those who believe with him are stern against the disbelievers."*[51]

And Allâh – the Exalted – said, in describing the believers:

● ●●▬▬▬ ● ●●● ● ● ▬▬● ● ●●▬●▬▬● ●●● ●● ● ●● ●▬▬● ● ●● ●●▬●

*"... stern against the disbelievers; they strive in the Path of Allâh and do not fear the blame of the blamers."*[52]

And the Exalted says, in regards to fighting the disbelievers:

●● ●▬▬●●▬● ●● ●●●▬▬▬▬▬● ● ●● ●●●● ● ●▬▬▬▬●

*"... capture them and besiege them, and prepare for them each and every ambush..."*[53]

And the Exalted says:

---

[51] Al-Fath; 29
[52] Al-Mâ'idah; 54
[53] At-Tawbah; 5

● ● ●●●●● ● ● ●●●●●●●●●● ●● ●● ●●●●●●●● ● ●●● ● ●●●● ●●● ●●●●●●●● ●●● ● ●●● ●●●●●●● ●●●●

● ●●●●●●●●●

*" nor do they take any step to raise the anger of disbelievers nor inflict any injury upon an enemy but is written to their credit as a deed of righteousness..."*[54]

Verily, every time and era has its respective weapons of warfare and *Jihâd* that are used against the enemy, and the Muslims have always used such various weapons for *Jihâd* against their enemies, intending to defeat them and weaken them. Ash-Shawkânî said: "Allâh has commanded us to kill the disbelievers and did not specify the exact manner in which to do so, and He did not say that we would be taken to account unless we did it in such-and-such a manner in exclusion to such-and-such a manner."[55] And this is in agreement with the generality of the saying of Allâh, the Exalted: *"... capture them and besiege them, and prepare for them each and every ambush..."*[56] And from the methods of *Jihâd* that the Messenger (peace be upon him) used against his enemies with the goal of weakening them is the method of economic sanctions, which today is also known as an economic boycott.

And from the examples of the Prophet (peace be upon him) using this method are as follows:

1 – The activities of the first *Jihâd* movement, and the fact that the first expeditions to be sent forth by the Messenger (peace be upon him) and the first battles that he led were meant to threaten the trading paths of the Quraysh to Syria (in the north) and to Yemen (in the south), and they were essentially a severe blow to the economy of Makkah that were meant to weaken it financially.

2 – The story of the siege of the Jews of Banu an-Nadîr, and it is mentioned in *'Sahih Muslim'*. When they violated their pact, the Messenger of Allâh (peace be upon him) laid siege to them and cut down and burned up their date-palm trees. So, they sent to him saying that they would leave that piece of land. So, he defeated them by way of economic warfare, and on this occasion, Allâh – the Exalted – revealed the verse:

---

[54] At-Tawbah; 120
[55] As-Sayl al-Jirâr'; 4/534
[56] At-Tawbah; 5

● ●● ●●●●●●●●●●●●● ●●●●● ●● ●●● ● ●● ●●●●●●●●● ●● ●● ●● ●● ●●● ● ●●●●● ●●●●●●●●●

● ● ●● ●●●

*"Whatever you cut down of the palm-trees or left standing on their stems, it was by Leave of Allâh, and in order that He might disgrace the sinners."*[57]

So, laying siege to them and destroying their crops – which were the lifelines of the power of their economy – was from the greatest of methods of applying pressure to them and defeating them and expelling them from Madînah.

**3 –** The story of the siege of at-Tâ'if after the conquering of Makkah, and the basis of this story is mentioned by al-Bukhârî in the 'Book of Expeditions,' and Muslim in the 'Book of *Jihâd,*' and Ibn al-Qayyim explained the story in detail in '*Zâd al-Ma'âd,*' and Ibn Sa'ad mentioned it in his '*Tabaqât*' [2/158], where he said: "...so, the Messenger of Allâh (peace be upon him), and commanded that the crops of Thaqîf be cut and burned, so the Muslims proceeded to cut them all." Ibn al-Qayyim mentions, from the benefits of this: "And in it is the permissibility of cutting the crops of the disbelievers if this will lead to their weakness and injury."

**4 –** The story of the economic boycott of the Companion Thumâmah bin Athâl al-Hanafî (may Allâh be Pleased with him), and this story has been narrated in the books of history and biographies, as was mentioned by Ibn Ishâq in his '*Sîrah,*' Ibn al-Qayyim in '*Zâd al-Ma'âd,*' al-Bukhârî in the 'Book of Expeditions,' and Muslim in the 'Book of *Jihâd.*' His story took place before the conquering of Makkah, when he entered into Islâm and proceeded to Makkah for '*Umrah.* After his '*Umrah,* he announced his economic boycott of Quraysh, saying: "No, by Allâh! I will not give you from al-Yamâmah a single grain of wheat until the Messenger of Allâh (peace be upon him) allows me to do so!" Then, he went out to al-Yamâmah and prevented his people from taking anything to Makkah so that it would not reach Quraysh. The Messenger (peace be upon him) approved of this economic siege, and this is from the virtues of this Companion (may Allâh be Pleased with him).

All of these events and those that are similar to them are basically legislation from the Messenger of Allâh (peace be upon him) of a basic principle from the principles of fighting the disbelievers in every time and place.

---

[57] Al-Hashr; 5

And this affair today is in the hands of the Islâmic populations to make *Jihâd* with. Allâh says:

● ●●● ●●● ●●●●● ● ●●●●●●●●●●●

*"... fear Allâh as much as you are able..."*[58]

...and this is from the beneficial forms of *Jihâd* that all of the people can take part in, since the others have abandoned fighting the disbelievers themselves. Because of this, we encourage our Muslim brothers to fight the Americans and the British and the Jews, and to use the weapon of economic boycott which will weaken their economies.

And if the Muslim masses do not have the power or ability to engage in armed *Jihâd* against them, then the least they could do is to boycott them economically, as well as their companies and interests. The Prophet (peace be upon him) said: **"Strive against the disbelievers with your wealth, your hands, and your tongues."**[59]

Likewise, I encourage our Muslim brothers to be patient and continuous in this *Jihâd*, as Allâh – the Exalted – says:

●● ● ●●● ●●●●●●●●●● ● ●●● ●●● ●●●●●●●●●●●●● ●● ●●●●●●●

*"O you who believe! Endure and be more patient, and guard your territory..."*[60]

...and to not become bored or lazy, as victory comes with patience, and they should exert all efforts in boycotting American, British, and Jewish companies and interests in a strong, forceful, and comprehensive manner. Allâh – the Exalted – says:

● ●●●●● ●●●●● ●●●●●●●● ●●●●●●●●●●●

*"And co-operate upon righteousness and piety..."*[61]

And we have previously touched upon – and Praise be to Allâh – the effects of a massive boycott on the American, British, and Jewish economies. And America and Britain are behind the fight against *Jihâd* in every part of the World, and they are behind the aid to the Zionists in Palestine, and they are behind the international economic sanctions against the Tâlibân's Islâmic State in Afghânistân (translator's note: obviously, this *fatwâ* was given before the events of 9/11), and they are the ones who are behind the assistance to the Russians in

---

[58] At-Taghâbun; 16
[59] Narrated by Ahmad and Abû Dâwûd, on the authority of Anas.
[60] Al 'Imrân; 200
[61] Al-Mâ'idah; 2

Chechnya, and the Christians against our *Mujâhidîn* brothers in the Philippines and Indonesia and Kashmîr, and other than them. And they are behind the effort to weaken the *Jihâd* and the Muslims, and they are behind the economic sanctions against the Muslim people of 'Irâq, as well as the daily airstrikes that have been pounding it oppressively for over ten years, putting aside the state of its rulers (**translator's note:** once again, an obvious reference to events in the past).

And they have actualized and confirmed the saying of Allâh – the Exalted:

● ● ●━━━━● ● ●● ●●● ●●● ━━━━━●● ● ●━━━━━━● ● ●━━━━● ●● ●●

*"And the Jews and Christians will not be pleased with you until you follow their religion."*[62]

O Allâh! Do away with the Americans, the British, the Jews, as well as their helpers and servants! O Allâh! Bring your wrath upon them, and make give them years of distress as was done with the people of Yûsuf.

And may the peace and blessings of Allâh be upon your Prophet Muhammad, and his Household and Companions, *âmîn.*"

[Dictated by the noble *Shaykh* Hamûd bin 'Uqlâ' ash-Shu'aybî; 11/28/1421]


# 39. Do Not Hire Workers from the War Wagers (Harbiyyîn)

[**Note:** this is more applicable to the system currently in place in the Gulf countries, as opposed to Western countries]

And this can be a follow-up to the economic boycott, and consists of not hiring workers and servants from those counties that are at war with Islâm.

So, for example, you would not hire a Hindu since the Hindus are fighting against our brothers in Kashmîr, and you would not hire a Filippino Christian since they are fighting our brothers in the Southern Philippines, and so on and so forth. Generally speaking, we say: there is no need to use these disbelieving sinners. A man can limit those workers that he hires to those who are Muslims, as this is enough and better, so that the money that he pays to these servants does not become used to fight against the Muslims.

This is a clear and obvious concept, as Allâh says:

---

[62] Al-Baqarah; 120

●● ●● ▬ ●●●●● ●● ●●●●●●●●●●●●●●● ●● ●●●●●●●●●●●●

*"And indeed a slave who believes is better than a polytheist who is free, even though he pleases you."* [63]

## Conclusion

I would like to conclude this document by mentioning some of the threats related to abandoning *Jihâd* that have been mentioned by *Shaykh* 'Abdil 'Azîz al-Jalîl (may Allâh preserve him) in his book *'at-Tarbiyyah al-Jihâdiyyah'*:

### The Danger of Abandoning *Jihâd* in the Path of Allâh:

"After we have clarified in the introduction regarding the virtues of *Jihâd* and its fruits in this World and the next, it should then be easy for us in this conclusion to speak about the dangers of abandoning *Jihâd* and preparation for it, and what results from that of evils and harms and bad endings in this World and the next.

The scholars have always considered the abandonment of *Jihâd* to be from the greatest of sins. Ibn Hajar al-Haythamî said: "The 391st and 392nd major sins: abandoning *Jihâd* when it has become an individual obligation; when the enemy has entered into the lands of Islâm, or took a Muslim as a prisoner that is capable of being rescued from them, or if the people abandon *Jihâd* altogether, or if the people of the outskirts of the Islâmic state abandon fortifying the frontlines, leaving them open to the attacks of the disbelievers."[64] And because of this, the abandonment of *Jihâd* and preparation for it is considered a sign of hypocrisy, as the Messenger of Allâh (peace be upon him) said: **"Whoever dies without fighting, or at least having the intention to fight, then he dies upon a branch of hypocrisy."**

And Allâh has counted it from amongst the manifestations of lack of belief in the Hereafter, or weakness in certainty in it. He says:



●●●●●●●●●●● ●●●●●●●●●●●●●● ●● ●●●● ●●●●●●●●●●● ●● ●●●●●●●●●●●● ●●● ●●●●●●●●●

---

[63] Al-Baqarah; 221
[64] Az-Zawâjir min Iqtirâf al-Kabâ'ir; 2/163

● ● ●●● ●●●● ●●● ●●●●●●●●●●●●●●● ● ●● ● ●● ●●● ●●●●● ●● ●●●●●●●●●●● ●●● ●●●●●●●●●●●●●● ●●●

● ● ●● ● ●●●● ● ●●●●● ●●● ● ●● ●●●● ●●●

> *"Those who believe in Allâh and the Last Day would not ask your leave to be exempted from fighting with their wealth and their lives, and Allâh is the All-Knower of the pious. It is only those who believe not in Allâh and the Last Day and whose hearts are in doubt that ask you to exempt them, so in their doubts they waver. And if they had intended to march out, certainly, they would have made some preparation for it, but Allâh was averse to their being sent forth, so He made them lag behind, and it was said: "Sit you among those who sit.""*[65]

And we can summarize the dangers and bad endings resulting from abandoning of *Jihâd* as follows:

**1 –** The abandoning of *Jihâd* is a major sin, as we previously explained, since it consists of exposing one to the anger of Allâh – the Mighty and Exalted – and His punishment in this World and the next.

Allâh says:

● ●●●●● ●●●●●●●●● ●●● ●●● ●●●●●●●●● ● ●●●●●●●●●● ● ●●● ●●●●●●●●●●● ●●●●●●● ● ●●● ●●● ●●

●● ●●● ●●●●●●●

> *"If you march not forth, He will punish you with a painful torment and will replace you by another people, and you cannot harm Him at all, and Allâh is Able to do all things."*[66]

●●● ● ●●●● ● ●● ●●●● ● ● ●●●●●●●●● ● ●●●●●●●●● ●●●●●●●●●● ● ●●●●● ●●

●●● ● ●●●● ● ●●●●●●● ●●● ● ●● ●● ●● ● ●●●●●●●●●●●● ●●●●● ● ●●● ● ●● ●● ●●●●●

●● ● ● ●● ● ●● ● ●● ●● ● ●●●●●●●●●●● ●●● ● ●● ●●●● ●● ●●●● ●● ●●●●●●●

● ●● ●●●●●●●●●●●●●● ● ●● ●●●●●●●●●● ● ● ●●●●●●●●●● ● ●●●●

● ●● ●●● ● ●●●●●● ●●●● ●●● ●●●● ●●●● ●● ●●●●●●●● ●●●●●●●● ● ● ●●●●●●●●

● ●●●●●● ●●● ●● ●●● ●●●●●●●●●●● ●● ●●●●●●●●●●●● ● ●●●●●●●●●●●

---

[65] At-Tawbah; 44
[66] At-Tawbah; 39

*"Say: If your fathers, your sons, your brothers, your wives, your kindred, the wealth that you have gained, the commerce in which you fear a decline, and the dwellings in which you delight are dearer to you than Allâh and His Messenger, and striving hard and fighting in His Path, then wait until Allâh brings about His Decision. Truly, Allâh has given you victory on many battlefields, and on the Day of Hunayn when you rejoiced at your great number but it did not avail you and the earth, vast as it is, was straitened for you, then you turned back in flight. Then Allâh sent down tranquility upon His Messenger and on the believers, and sent down forces which you did not see, and punished the disbelievers. This is the recompense of disbelievers."*[67]

And Ibn al-Qayyim (may Allâh have Mercy upon him) describes those who neglect the obligation of commanding the good and forbidding the evil and *Jihâd* in the Path of Allâh as those who are lowest in their religious commitment, and the worst sinners in the Sight of Allâh – the Exalted – as he says: "As for *Jihâd*, and commanding the good and forbidding the evil, and being true to Allâh and His Messenger and His servants, and giving victory and aid to Allâh and His Messenger and His Religion and Book, then these are obligations that do not even occur to them, let alone be desired or implemented by them. And the lowest in people of religious commitment, and the worst of them in the Sight of Allâh are those who abandon these obligations, even if they abstain from every single one of the worldly pleasures. And you see very few of them having their faces turn red because of the limits of Allâh being violated, or exerting their effort in aiding His religion. The situation of the major sinners is better with Allâh than these."[68]

Therefore, abandoning *Jihâd* in the Path of Allâh is a reason for destruction in this World and the next. And this is the correct understanding of Allâh's saying:

*"And spend in the Path of Allâh and do not throw yourselves into destruction."*[69]

Ibn Kathîr said: "A man from the *Muhâjirîn* who was fighting in Constantinople went forth into the ranks of the enemy until he was killed, so the people said: "He threw himself into destruction!" So, Abû Ayyûb al-Ansârî said: "We are more knowledgeable about his verse. It was revealed concerning us, when we were with the Messenger of Allâh (peace be upon him), and we witnessed with

---

[67] At-Tawbah; 24-26
[68] Uddat as-Sâbirîn; p. 121
[69] Al-Baqarah; 195

him many battles and helped him achieve victory, so when Islâm became widespread and established, we – the *Ansâr* – gathered and said: "Allâh has honored us with the companionship of His Prophet (peace be upon him), and his victory, and Islâm has become widespread and its people have increased, and the fighting has stopped. So, let us return to our wives and children and stay with them." So, this verse was revealed." So, their destruction lied in their staying with their families and wealth, and abandoning of *Jihâd*."[70]

Likewise, in the abandonment of *Jihâd* is a weakening of the belief of alliance and enmity (*Walâ'* and *Barâ'*), and this is because – as we have previously mentioned – this belief of alliance and enmity is closely linked with the commanding of good and the forbidding of evil and *Jihâd* in the Path of Allâh – the Mighty and Exalted. So, whenever the servant holds back from *Jihâd*, his belief of alliance and enmity also weakens, and this is enough of a danger.

**2** – By abandoning *Jihâd*, polytheism and oppression become widespread, and disbelief and its people become powerful, and people begin to enslave themselves to one another, and it is no secret what this leads to of distress and great corruption between the people, as Allâh says:

*"And if Allâh did not check one set of people by means of another, the Earth would indeed be full of mischief. But Allâh is full of Bounty to the Worlds."*[71]

And Allâh says:

*"For had it not been that Allâh checks one set of people by means of another, monasteries, churches, synagogues, and mosques wherein the Name of Allâh is mentioned much would surely have been pulled down. Verily, Allâh will help those who help His Cause. Truly, Allah is All-Strong, All-Mighty."*[72]

So, were it not for the fact that Allâh repels the disbelievers by way of the *Jihâd* of the believers, then the disbelievers – with their oppression – would have gained

---

[70] Tafsîr Ibn Kathîr; 1/228
[71] Al-Baqarah; 251
[72] Al-Hajj; 40

dominance over the believers, and if the disbelievers gain dominance, then they would force the people to become enslaved to them instead of Allâh – the Glorified and Exalted, and if the people worship anyone other than Allâh, then their entire lives would become ruined, since life is not set straight unless it is lived out according to the methodology drawn out by Allâh, and that is the methodology that establishes servitude to Allâh. By this, lofty manners and virtuous and praiseworthy characteristics are actualized by mankind, as the One who drew out the methodology is Allâh, the One who Created life and those that are alive, the One who is Knowledgeable of what is in their interests. On the other hand, if a disbeliever gains dominance in the land and legislates for the people out of his own whims, then he does not have knowledge of all things, and is not protected from faults and desires, and does not know what exactly is in the best interests of humanity. So, he goes about randomly, corrupting life, as is the case today, and a look at the reality in which the disbeliever has dominance in the land is enough to illustrate this fact for us, and were it not for the Muslims' abandonment of the *Jihâd* that Allâh commanded then the lives of the people would be much better, as they would be ruled by the *Sharî'ah* of Allâh. Because of this, the Messenger of Allâh (peace be upon him) legislated that *Jihâd* is to be carried out even under the banner of a sinful leader who does not reach the level of being a disbeliever, because for the Muslims to be ruled over by a sinner is better for them than to be ruled by a disbeliever using a law other than that which Allâh has revealed, as the ruling by other than what Allâh revealed is the reason for the corruption that is on the Earth.

3 – The abandonment of *Jihâd* is a reason for humiliation and disgrace, as the Prophet (peace be upon him) said: **"If you abandon *Jihâd*, and hold onto the tails of the cattle, and engage in usury, then Allâh will place a humiliation upon your necks that he will not remove from you until you repent to Allâh and return to what you were upon."**[73]

This is something that is being witnessed in our times, as the disbelievers have occupied the lands of the Muslims, and the Muslims have lived in subjugation – the disbelievers eat up their resources, interfere in their affairs, and dominate them with all types of humiliation and disgrace – and this is for no reason except that the laws of Allâh have been thrown behind our backs and we have abandoned ruling by his *Sharî'ah*, which includes the obligation of *Jihâd*.

And the disbelievers will not return to the Muslims their rights and think back on what they have been doing, or hold back their evil from us by simple speeches and soft talk. Rather, what strikes frightens them and forces them to halt their attacks against the Muslims and their lands is *Jihâd* in the Path of Allâh – the Exalted – which contains disgrace for disbelief and its people, and might and honor for the Muslims.

---

[73] Narrated by Ahmad, and it is authentic.

And this is a reality that has been witnessed by history, as there has never been a land that the banner of *Jihâd* has risen over except that the Muslims experienced honor in that place, and the enemies of Allâh from the disbelievers would experience terror at the sounds of the *Mujâhidîn* yelling *"Allâhu Akbar!"*

Al-Mawdûdî (may Allâh have Mercy upon him) said: "So, if this *Ummah* realizes the need to repel this evil to protect itself, and it sacrifices its relaxation, luxury, wealth, personal desires, soul, and everything that is dear to it for the sake of this, then there is no way that it could ever become a weak and oppressed nation, and there is no way for any power – no matter who it might be – to take away from its honor and nobility. It is a must for this noble *Ummah* to lower its head to the truth, and to prefer death over lowering its head to falsehood, and if it does not have the power to raise the word of the truth and to assist it, then it must at least work to preserve the truth in any way that it can, and this is the lowest degree of honor that it can keep for itself."[74]

Sayyid Qutb (may Allâh have Mercy upon him) said: "And as for those who fear punishment and pain and martyrdom and a loss of life and children and wealth if they were to go out and make *Jihâd* in the Path of Allâh, it is upon them to reflect upon the worldly sacrifices that they have made for other than Allâh, in terms of their lives and wealth and children, and above that, their character and honor... Verily, the sacrifices that are required for *Jihâd* in the Path of Allâh in the face of the tyrants of this Earth are much less than those worldly sacrifices that are made for other than Allâh. Worst of all, these worldly sacrifices result in nothing but humiliation and sin and disgrace!"[75]

**4** – By abandoning *Jihâd*, you let great benefits of this World and the next slip away, such as the great reward that Allâh has prepared for the *Mujâhidîn* and martyrdom in the Hereafter. Also, you forsake a life of honor in this World that is established upon the *Sharî'ah* of Allâh – the Mighty and Exalted – and martyrdom and war booty and a faith-filled upbringing that cannot be attained except in the shade of *Jihâd* and fighting against the enemies of Allâh.

**5** – Abandoning *Jihâd* leads to enmity and division between the Muslims, and this is something that has been witnessed, as there is not a single era in which the *Ummah* has abandoned *Jihâd* in the Path of Allâh except that it became preoccupied with itself, and the Muslims turned their weapons to the chests of their brothers and became busy with fighting each other.
Another observation in regards to our current state of affairs, and what has resulted from cessation of Allâh's *Sharî'ah* being applied – including *Jihâd*: you would see how the Muslims have legislated for themselves division and partisanship and differences between themselves, such that they are preoccupied

---

[74] Sharî'at al-Islâm fî al-Jihâd; p. 34
[75] Fî Dhilâl al-Qur'ân; 4/1941

with each other, and this is not a result of anything except deviation from the true methodology and the cessation of the application of this mighty act of worship and what resulted of the domination of the disbelievers in the Muslim lands and their lighting the fires of division and dissention between them, and this is the way of Allâh – the Mighty and Exalted – in regards to all who turn their backs on his Law, and forget a major part of what was sent down to them, as Allâh – the Exalted – said:

● ● ●● ●●●● ● ●●●●●●●●●●●● ●●●● ●●● ●●●●● ● ● ●●●●●●●●●  ●●●●●●● ● ● ●●●●●●●●●●●● ● ● ●●●●

● ● ●●● ●● ● ●●● ●●● ●●●● ● ●●●● ● ● ●● ●●●●●●● ●●● ● ●●●● ●●●●●●●●●

*"And from those who call themselves Christians, We took their covenant, but they have abandoned a major part of the Message that was sent to them. So, We planted amongst them enmity and hatred till the Day of Resurrection, and Allâh will inform them of what they used to do."*[76]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O Allâh, teach us what will benefit us, and benefit us with what we learn.

O Allâh, allow us to recognize the truth and follow it, and allow us to recognize falsehood and avoid it.

And give us honor with *Jihâd,* and join us with the caravan of martyrs, and use us in your obedience and Pleasure.

And our final prayer is that all Praise is due to Allâh, the Lord of the Worlds, and may the peace and blessings of Allâh be upon our Prophet Muhammad, and his Household and Companions.

*Âmîn.*

**Written by:**
Muhammad bin Ahmad as-Sâlim

Riyâdh

---

[76] Al-Mâ'idah; 14

## At-Tibyān Publications Releases

Audio
====
**The Truth and Certainty Regarding the Hostility Against the *Tawāghīt* and Apostates**
*Shaykh Abū 'Abdir-Rahmān Sultān Al-'Utaybī Al-Atharī*

Videos
=====
**"And Incite the Believers"**
*Shaykh 'Abdullāh Ibn Muhammad Ar-Rashūd*

**Such Are the Messengers Tested, and Then the Outcome Will Be In Their Favor**
*Commander Abū Mus'ab Az-Zarqāwī*

**The Expedition of *Shaykh* 'Umar Hadīd**
*Al-Qā'idah In 'Irāq*

Articles
=====
**In Pursuit of Freedom**
*Shaykh Husayn Ibn Mahmūd*

**Between the permissible and what is better**
*Abū Muhammad Al-Maqdisī*

**Between fighting for injury and fighting for consolidation**
*Abū Muhammad Al-Maqdisī*

**The Verdict Regarding the One Who Defensively Argues on Behalf of the *Tāghūt***
*Shaykh 'Alī ibn Khudhayr Al-Khudhayr*

**Advice to the Brethren Going to Pakistan**
*Shaykh Abū Qatādah Al-Filastīnī*

**Public Addresses on the Da'*wah* and *Jihād*: Between Laxity and Extremism**
*Abū Muhammad Al-Maqdisī*

**What is Your Opinion Regarding *Shaykh* Usāmah Ibn Lādin?**
*Shaykh 'Alī Ibn Khudhayr Al-Khudhayr*

**When the *Jihād* is for the Sake of America**
*Shaykh Nāsir Al-Fahd*

**Shaykh Al-Albānī on the Obligation of *Jihād***
*Shaykh Muhammad Nassiriddīn Al-Albānī*

**Description of Paradise**
*Imām Ibn Al-Qayyim*

**YES, I AM *WAHHĀBĪ*!**
*Shaykh Abū Basīr At-Tartūsī*

**Debate: The Sword Vs. The Pen**
*Abū Jandal Al-Azdī*

**Life of the *Mujāhid* Ahmad An-Ni'mī Al-Qurashī**
*Katūm As-Salafī*
**The Importance of the Word**
*Wasīm Fat'hullāh*

**A Misunderstanding of the *Hadīth* of As-Sa'b Ibn Jath'thāmah**
*Shaykh Abū Muhammad Al-Maqdisī*

**The Ruling on the One Who Insults the Prophet of Allāh**
*Tibyān Publications*

**Let the expert sharpen the bow**
*Shaykh Abū Muhammad Al-Maqdisī*

**"And He made you as few in their eyes."**
*Shaykh Abū Muhammad Al-Maqdisī*

**And so that the way of the sinners may become manifest**
*Shaykh Abū Muhammad Al-Maqdisī*

**Tribalism and the dangers of depending on it**
*Shaykh Abū Muhammad Al-Maqdisī*

**By Allāh, it has not lost its value, for even the bankrupt to purchase it**
*Abū Muhammad Al-Maqdisī*

**Uhud Ar-Rass**
*Shaykh Husayn Ibn Mahmūd*

**Act Gently With the Women**
*Shaykh Abū Muhammad Al-Maqdisī*

**Abū Anas Ash-Shāmī**
*Shaykh Abū Muhammad Al-Maqdisī*

*As'hāb Ar-Rass*
*Shaykh 'Abdullāh Ibn Nāsir Ar-Rashīd*

**Regarding *I'tizāl* and *Mukhālatah***
*Shaykh 'Abdur-Rahmān Ibn Hasan Āl Ash-Shaykh*

**35 Statements From the *Salaf* Regarding Sincerity**
*Shaykh Husayn Al-'Awā'ishah*

**When Does *Hijrah* Become Obligatory: The Reality of Displaying The *Dīn***
*Shaykh 'Abdul-'Azīz Al-Jarbū'*

**The Torching of Ar-Rass**
*Sawt Al-Jihād*

**The Ruling on Insulting the Prophet of Allāh**
*Tibyān Publications*

***Jihād An-Nafs*: Striving Against the Soul**
*Shaykh Hasan Ayyūb*

**And if they had intended to march out...**
*Brother Al-Maqdisī*

**Mourning Over a Knightess: A *Muslimah***
*Luwīs 'Atiyyatullāh*

**Was Prophet Sulaymān a Terrorist?**
*Shaykh Dr. Muhammad Ibn Tarhūnī*

**Are the *Tālibān* from *Ahl As-Sunnah*?**
*Tibyān Publications*

**The *Hadīth* of Slaughter: *Laqad Ji'tukum Bith-Thabh***
*Tibyān Publications*

Books
=====
**The Doubts Concerning *Bay'ah* and *Imārah***
*Imām 'Abdul-Qādir Ibn 'Abdil-'Azīz*

**Advice for the Seeker of Knowledge (Pdf Article)**
*Shaykh Sultān Al-'Utaybī*

**Breezes, From the Gardens of** *Firdaws*
*The Tawhīd of Action by Shaykh 'Abdullāh 'Azzām and The Path to the Land of the Battle by Shaykh Yūsuf Ibn Sālih Al-'Uyayrī*

**The Rulings Regarding the Muslim Prisoner**
*Dr. Mur'i Ibn 'Abdillāh Ibn Mur'i*

**Series: Delighting the Eyes of the Ones Who Lie in Wait at Every Area: Advice Regarding** *'Ubūdiyyah Shaykh Abū Muhammad Al-Maqdisī,* **The Islāmic Ruling on the Permissibility of Self-Sacrificial Operations,** *Shaykh Yūsuf Ibn Sālih Al-'Uyayrī, Abū Qutaybah Ash-Shāmī,* **The Ruling Regarding Killing One's Self To Protect Information** *Al-Mukhtār Fī Hukm Al-Intihār Khawf Ifshā' Al-Asrār':Abdul-'Azīz Al-Jarbū', Shifā' Sudūr Al-Mu'minīn: Dr. Ayman Ath-Thawāhirī*

*Ad-Dalā'il Fī Hukm Muwālāt Ahl Al-Ishrāk*
*Sulaymān Ibn 'Abdillāh Ibn Muhammad Ibn 'Abdil-Wahhāb*

*Millat Ibrāhīm*
*Shaykh Abū Muhammad Al-Maqdisī*

**Regarding Intentionally Targetting Women and Children**
*Tibyān Publications*

**The** *Du'ā* **is the Weapon of the Believer**
*Tibyān Publications*

**The People Of The Ditch**
*Shaykh Rifā'ī Surūr*

**The Doubts Regarding the Ruling of Democracy In** *Islām*
*Tibyān Publications*

**The Exposition Regarding the Disbelief of the One That Assists the Americans**
*Shaykh Nāsir Ibn Hamad Al-Fahd*

**Can Makkah become** *Dār Al-Harb?*
*Imām Hamad Ibn 'Atīq An-Najdī and Shaykh Abū Basīr At-Tartūsī*

**Essay Regarding the Basic Rule of the Blood, Wealth and Honour of the Disbelievers**
*Tibyān Publications*

**We Are Ignorant Deviants! (Pdf Article)**
*Husayn Ibn Mahmūd*

**A Letter from the Imprisoned** *Shaykh* **Nāsir Al-Fahd (Pdf Article)**
*Shaykh Nāsir Al-Fahd*

**Fundamental Concepts Regarding *Al-Jihād***
*Imām 'Abdul-Qādir Ibn 'Abdil-'Azīz*

**The Clarification of What Occurred in America (Pdf Article)**
*Imām Hamūd Ibn 'Uqlā' Ash-Shu'aybī*

**A Decisive Refutation of *Salafī* Publications**
*Tibyān Publications*

**Verdict Regarding the Permissibility of Martyrdom Operations (Pdf Article)**
*Al-Hāfith Sulaymān Ibn Nāsir Al-'Ulwān*

**Verily, The Victory of Allāh Is Near**
*Al-Hāfith Sulaymān Ibn Nāsir Al-'Ulwān*

**39 Ways to Serve and Participate in *Jihād***
*Shaykh 'Īsā Al-'Awshin*

***Al-Imām* Ahmad Ibn Nasr Al-Khuzā'ī, A Leader of Scholars, A Leader of Martyrs By *Al-Hāfith* Ibn Kathīr (Pdf Article)**
*Commentary by Shaykh Abul-Munthir As-Sā'idī Of Al-Jamā'ah Al-Islāmiyyah Al-Muqātilah (Libya)*