**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-10017-GAO |
| | ) | |
| TAREK MEHANNA | ) | |

**MOTION FOR EXCLUDABLE DELAY**
**(With Assent)**

The United States of America respectfully moves that the time period between today, the date of a status conference in this matter, February 4, 2010, through the date of the next status conference, currently scheduled for April 8, 2010, be excluded from calculation for purposes of the Speedy Trial Act.  This exclusion will permit the investigation and review of materials necessary to the preparation of the defense in this case, in order to deal with issues related to the complexity of this case, and is otherwise in the interests of justice, as described by the issues raised at the conference on February 4, 2010.

Accordingly, such an exclusion would serve the ends of justice and is not outweighed by the best interests of the public and defendant in a speedy trial, and the parties respectfully requests such time be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B).

Counsel for the defense has assented to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Aloke S. Chakravarty
ALOKE S. CHAKRAVARTY
JEFFREY AUERHAHN
Assistant U.S. Attorneys

Date: February 4, 2010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have discussed this matter with counsel, and this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2010.

 /s/ Aloke Chakravarty
ALOKE CHAKRAVARTY
ASSISTANT UNITED STATES ATTORNEY