**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. 1  Investigating Agency: FBI

City: _____  Related Case Information:

County: Suffolk, Middlesex, etc.
Superseding Ind./ Inf.: Indictment  Case No.: 09-10017-GAO
Same Defendant: XX  New Defendant: _____
Magistrate Judge Case Number: 09-0119-LTS
Search Warrant Case Number: 09-0120, 1, 2, 3 &-0124-LTS
R 20/R 40 from District of: _____

**Defendant Information:**

Defendant Name: TAREK MEHANNA  Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: Sudbury, Massachusetts

Birth date (Year only): 1982  SSN (last 4 #): 5281  Sex: M  Race: _____  Nationality: USA

Defense Counsel if known: Jay W. Carney, Jr.  Address: 20 Park Plaza, Suite 1405, Boston, MA 02116

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Jeffrey Auerhahn & Aloke Chakravarty  Bar Number if applicable: _____

Interpreter: ☐ Yes  ☒ No  List language and/or dialect: _____

Victims: ☐ Yes  ☒ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date: October 21, 2009

☒ Already in Federal Custody as: Pre-trial Detainee  in DMA
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☒ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/17/10  Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   TAREK MEHANNA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2339B | Consp. to Provide Material Support to Designated Terrorist Org. | 1 |
| Set 2 | 18 U.S.C. §2339A | Conspiracy to Provide Material Support to Terrorists | 2 |
| Set 3 | 18 U.S.C. §2339A | **Providing Material Support to Terrorists & Attempt** | 3 |
| Set 4 | 18 U.S.C. §956 | Conspiracy to Kill in a Foreign Country | 4 |
| Set 5 | 18 U.S.C. §371 | Conspiracy | 5 |
| Set 6 | 18 U.S.C. §1001(a)(2) | **False Statements** | 6, 7 |
| Set 7 | 18USC981(a)(1)(C) & (G) &28USC2461(c) | **Forfeiture** | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** F.B.I.

**City** _____  **Related Case Information:**

**County** Suffolk, Middlesex, etc.  
Superseding Ind./ Inf. Indictment  Case No. 09-10017-GAO  
Same Defendant XX  New Defendant _____  
Magistrate Judge Case Number _____  
Search Warrant Case Number 09-0120, 1, 2, 3 &-0124-LTS  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  AHMAD ABOUSAMRA   Juvenile [ ] Yes  [X] No

Alias Name _____

Address  Syria

Birth date (Year only): 1981  SSN (last 4 #): \_\_\_\_  Sex M  Race: \_\_\_\_  Nationality: USA

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeffrey Auerhahn & Aloke S. Chakravarty  Bar Number if applicable _____

Interpreter: [ ] Yes [X] No   List language and/or dialect: _____

Victims: [ ] Yes [X] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes [ ] No

Matter to be SEALED: [ ] Yes [X] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as \_\_\_\_\_ in \_\_\_\_\_  
[ ] Already in State Custody \_\_\_\_\_  [ ] Serving Sentence  [ ] Awaiting Trial  
[ ] On Pretrial Release:  Ordered by \_\_\_\_\_ on \_\_\_\_\_

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty \_\_\_\_  [ ] Misdemeanor \_\_\_\_  [X] Felony 9

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/17/10   Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     AHMAD ABOUSAMRA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2339B | Consp. To Provide Material Support to Designated Terrorist Org. | 1 |
| Set 2 | 18 U.S.C. §2339A | Conspiracy to Provide Material Support to Terrorists | 2 |
| Set 3 | 18 U.S.C. §2339A | Providing Material Support to Terrorists & Attempt | 3 |
| Set 4 | 18 U.S.C. §956 | Conspiracy to Kill in a Foreign Country | 4 |
| Set 5 | 18 U.S.C. §371 | Conspiracy | 5 |
| Set 6 | 18 U.S.C. §1001(a)(2) | False Statements | 8, 9 & 11 |
| Set 7 | 18 U.S.C. §1001(a)(3) | False Statements | 10 |
| Set 8 | 18 USC 981(a)(1)(C) & (G) & 28 USC 2461(c) | Forfeiture | |

**ADDITIONAL INFORMATION:**