UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | NO. 09-CR-10017-GAO |
| ) | |
| TAREK MEHANNA           ) | |

### DEFENDANT'S MOTION TO DISMISS COUNTS ONE THROUGH THREE OF THE SECOND SUPERSEDING INDICTMENT BASED ON VAGUENESS AND OVERBREADTH

The defendant, Tarek Mehanna, moves this Court to dismiss Counts One through Three of the Second Superseding Indictment because 18 U.S.C. § 2339A and 18 U.S.C. § 2339B are unconstitutionally vague and overbroad, both on their face and as applied to the defendant, in violation of the Due Process Clause of the Fifth Amendment. As grounds therefore, the defendant submits the attached memorandum of law.

TAREK MEHANNA
By his attorneys,

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Janice Bassil*
Janice Bassil
B.B.O. # 033100

Sejal H. Patel
B.B.O. # 662259
Steven R. Morrison
B.B.O. # 669533
John E. Oh
B.B.O. # 675916
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: August 18, 2011

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.