UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )    Criminal No. 09-10017-GAO
                                )
                                )
TAREK MEHANNA                   )

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through United States Attorney Carmen M. Ortiz, and Assistant United States Attorneys ("AUSA") Jeffrey Auerhahn and Aloke S. Chakravarty, for the District of Massachusetts, and Jeffrey D. Groharing, Trial Attorney, Counterterrorism Section, National Security Division, United States Department of Justice, hereby files its Exhibit List as Attachment A.  The government's witness list will be provided today to counsel for the defense to be incorporated into a master witness list as discussed in court.

                                    Respectfully submitted,
                                    CARMEN M. ORTIZ
                                    United States Attorney

                                    By: /s/ Aloke Chakravarty
                                    Aloke S. Chakravarty
                                    Jeffrey Auerhahn
                                    Assistant U.S. Attorneys

                                    Jeffrey D. Groharing
                                    Trial Attorney
                                    Counterterrorism Section

Date:    October 17, 2011

CERTIFICATE OF SERVICE

I hereby certify that this notice will be made available through the CM/ECF system.

                                         /s/ Aloke Chakravarty
                                        Aloke Chakravarty
                                        Assistant U.S. Attorney