**U.S. v. Tarek Mehanna : Government's Exhibit List**
10/17/2011

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0001 | Email - 10/23/01 - Letter from Mullah Omar | | |
| 0001A | Translation | | |
| 0002 | TM's Address Book | | |
| 0003 | AA email | | |
| 0003A | Translation | | |
| 0004 | UBL Interview | | |
| 0005 | Azzam Publications farewell | | |
| 0006 | Jihad and Mujahideen | | |
| 0007 | Phillipine training camps | | |
| 0008 | Dar Al-Mustafa | | |
| 0008A | Translation | | |
| 0009 | Yemeni Scholars | | |
| 0010 | Photo of Room | | |
| 0011 | Photo of Desk with Computer | | |
| 0012 | Photo of Videos | | |
| 0013 | Photo of Books | | |
| 0014 | Al Wala'Wal Bara' | | |
| 0014A | Translation | | |
| 0015 | Noble Character of a Mujahid | | |
| 0015A | Translation | | |
| 0016 | TM Email | | |
| 0016A | Translation | | |
| 0017 | How to reach the battlegrounds | | |
| 0017A | Translation | | |
| 0018 | Information Report - Al Faruq | | |
| 0018A | Translation | | |
| 0019 | 983BC4FEd01 | | |
| 0020 | 39 Ways.doc | | |
| 0021 | CompObj | | |
| 0022 | WordDocument | | |
| 0023 | BLANK | | |
| 0024 | 39 Ways.doc | | |
| 0025 | 39 Ways.pdf | | |
| 0026 | ghazwah-omar-hadeed-eng-low.rm.ram_1 | | |
| 0026A | Translation | | |
| 0027 | Sheikh_Osama_bin_Laden[1].wmv | | |
| 0027A | Translation | | |
| 0028 | Jahim Al-Roos -5 | | |
| 0028C | Translation | | |
| 0029 | Siri lil Ghaya | | |
| 0029C | Translation | | |
| 0030 | Jeddah.rmvb | | |
| 0030A | Translation | | |
| 0031 | Qahir as-Salib | | |
| 0031E | Translation | | |
| 0032 | Abu Al-Layth | | |
| 0032A | Translation | | |
| 0033 | Abu Al Nasir Al Qahtany | | |
| 0034 | Isqat Ta'ira Amerikiya fi Afghanistan | | |
| 0034A | Translation | | |
| 0035 | Al-Arab Fi Waziristan | | |
| 0035A | Translation | | |
| 0036 | Taliban Bayn Al Waqi' wa Iddi'a'at Al-Amerikan | | |
| 0036A | Translation | | |
| 0037 | 10.7.01.rmvb_1 | | |
| 0038 | Abu Unas Al Shami | | |
| 0038E | Translation | | |
| 0039 | Badr Baghdad | | |
| 0040 | Ghazwat Umar Hadeed | | |
| 0040A | Translation | | |
| 0041 | Yakoon Al Deen Kuluhu Lillah | | |
| 0041A | Translation | | |
| 0042 | Diverse/ Separate operations in Iraq -2 | | |
| 0042A | Translation | | |
| 0043 | Diverse/ Separate operations in Iraq -3 | | |
| 0044 | Diverse/ Separate operations in Iraq -4 | | |
| 0045 | Diverse/ Separate operations in Iraq -5 | | |
| 0046 | Diverse/ Separate operations in Iraq -6 | | |
| 0047 | Diverse/ Separate operations in Iraq -7 | | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0048 | Diverse/ Separate operations in Iraq -8 | | |
| 0049 | Diverse/ Separate operations in Iraq -9 | | |
| 0050 | Diverse/ Separate operations in Iraq -10 | | |
| 0051 | Al Batal | | |
| 0051E | Translation | | |
| 0052 | Khatib Fatima | | |
| 0052D | Translation | | |
| 0053 | Al Ramadi | | |
| 0053D | Translation | | |
| 0054 | Jill Carrol.rm | | |
| 0054A | Translation | | |
| 0055 | Zabbah.rmvb_1 | | |
| 0055C | Translation | | |
| 0056 | Ussud Al- Tawhid | | |
| 0056D | Translation | | |
| 0057 | Ritha' | | |
| 0057A | Translation | | |
| 0058 | juthath.rmvb_1 | | |
| 0058A | Translation | | |
| 0059 | omm mos3b.wmv | | |
| 0059B | Translation | | |
| 0060 | abumusab.rm_1 | | |
| 0061 | cheikh_abu1.mpg_1 | | |
| 0062 | GIF_299008[127845].gif | | |
| 0063 | GIF_102400[129970].gif | | |
| 0064 | GIF_1797632[162815].gif | | |
| 0065 | GIF_14897152[168776].gif | | |
| 0066 | GIF_15319040[168776].gif | | |
| 0067 | GIF_10276864[168788].gif | | |
| 0068 | GIF_10309632[168788].gif | | |
| 0069 | GIF_10326016[168788].gif | | |
| 0070 | GIF_20480[72629].gif | | |
| 0071 | GIF_13778944[168798].gif | | |
| 0072 | GIF_20561920[168801].gif | | |
| 0073 | GIF_20840448[168801].gif | | |
| 0074 | GIF_20938752[168801].gif | | |
| 0075 | GIF_21299200[168801].gif | | |
| 0076 | GIF_22401024[168801].gif | | |
| 0077 | GIF_24150016[168801].gif | | |
| 0078 | GIF_3538944[168803].gif | | |
| 0079 | GIF_3784704[168803].gif | | |
| 0080 | GIF_3915776[168803].gif | | |
| 0081 | GIF_7700480[168803].gif | | |
| 0082 | GIF_22642688[168903].gif | | |
| 0083 | GIF_11587584[168819].gif | | |
| 0084 | GIF_11706368[168819].gif | | |
| 0085 | GIF_17223680[168820].gif | | |
| 0086 | GIF_14860288[168847].gif | | |
| 0087 | GIF_7917568[168870].gif | | |
| 0088 | GIF_9392128[168874].gif | | |
| 0089 | GIF_9408512[168874].gif | | |
| 0090 | GIF_22757376[168903].gif | | |
| 0091 | GIF_9830400[168905].gif | | |
| 0092 | GIF_11849728[168958].gif | | |
| 0093 | GIF_6832128[169027].gif | | |
| 0094 | GIF_14176256[169027].gif | | |
| 0095 | JPEG_3980[24112].jpg | | |
| 0096 | JPEG_4096[72612].jpg | | |
| 0097 | JPEG_4096[76088].jpg | | |
| 0098 | JPEG_8192[76088].jpg | | |
| 0099 | JPEG_12288[76088].jpg | | |
| 0100 | JPEG_20480[76088].jpg | | |
| 0101 | JPEG_30720[76088].jpg | | |
| 0102 | JPEG_32768[76088].jpg | | |
| 0103 | JPEG_40960[76088].jpg | | |
| 0104 | JPEG_45056[76088].jpg | | |
| 0105 | JPEG_53248[76088].jpg | | |
| 0106 | JPEG_65536[76088].jpg | | |
| 0107 | JPEG_73728[76088].jpg | | |
| 0108 | JPEG_151552[76088].jpg | | |
| 0109 | JPEG_192512[76088].jpg | | |
| 0110 | JPEG_196608[76088].jpg | | |
| 0111 | JPEG_200704[76088].jpg | | |
| 0112 | JPEG_202752[76088].jpg | | |
| 0113 | JPEG_204800[76088].jpg | | |
| 0114 | JPEG_208896[76088].jpg | | |
| 0115 | JPEG_215040[76088].jpg | | |
| 0116 | JPEG_233472[76088].jpg | | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0117 | JPEG_237568[76088].jpg | | |
| 0118 | JPEG_243712[76088].jpg | | |
| 0119 | JPEG_3072[89128].jpg | | |
| 0120 | JPEG_14864384[168776].jpg | | |
| 0121 | JPEG_14909440[168776].jpg | | |
| 0122 | JPEG_16388096[168776].jpg | | |
| 0123 | JPEG_21856256[168776].jpg | | |
| 0124 | JPEG_15036416[168778].jpg | | |
| 0125 | JPEG_15040512[168778].jpg | | |
| 0126 | JPEG_7208960[168782].jpg | | |
| 0127 | JPEG_10944844[168786].jpg | | |
| 0128 | JPEG_8241152[168792].jpg | | |
| 0129 | JPEG_13373440[168792].jpg | | |
| 0130 | JPEG_11485184[168799].jpg | | |
| 0131 | JPEG_11485516[168799].jpg | | |
| 0132 | JPEG_21680128[168799].jpg | | |
| 0133 | JPEG_16646144[168800].jpg | | |
| 0134 | JPEG_5488640[168817].jpg | | |
| 0135 | JPEG_5521408[168817].jpg | | |
| 0136 | JPEG_5554176[168817].jpg | | |
| 0137 | JPEG_5586944[168817].jpg | | |
| 0138 | JPEG_5619712[168817].jpg | | |
| 0139 | JPEG_17481728[168817].jpg | | |
| 0140 | JPEG_17498112[168817].jpg | | |
| 0141 | JPEG_5623808[168819].jpg | | |
| 0142 | JPEG_12439552[168822].jpg | | |
| 0143 | JPEG_19808256[168834].jpg | | |
| 0144 | JPEG_4194304[168846].jpg | | |
| 0145 | JPEG_13881344[168847].jpg | | |
| 0146 | JPEG_19333120[168847].jpg | | |
| 0147 | JPEG_24334336[168858].jpg | | |
| 0148 | JPEG_24350720[168858].jpg | | |
| 0149 | JPEG_24358912[168858].jpg | | |
| 0150 | BLANK | | |
| 0151 | JPEG_24432640[168858].jpg | | |
| 0152 | JPEG_24449024[168858].jpg | | |
| 0153 | JPEG_24457216[168858].jpg | | |
| 0154 | JPEG_24482116[168858].jpg | | |
| 0155 | JPEG_24498176[168858].jpg | | |
| 0156 | JPEG_1064960[168860].jpg | | |
| 0157 | JPEG_2637824[168860].jpg | | |
| 0158 | JPEG_2670592[168860].jpg | | |
| 0159 | JPEG_5308416[168860].jpg | | |
| 0160 | JPEG_7307264[168860].jpg | | |
| 0161 | JPEG_6246400[168870].jpg | | |
| 0162 | JPEG_7540736[168870].jpg | | |
| 0163 | JPEG_1359872[168874].jpg | | |
| 0164 | JPEG_8335360[168878].jpg | | |
| 0165 | JPEG_10567680[168894].jpg | | |
| 0166 | JPEG_10600448[168894].jpg | | |
| 0167 | JPEG_10633216[168894].jpg | | |
| 0168 | JPEG_10682368[168894].jpg | | |
| 0169 | JPEG_19873792[168904].jpg | | |
| 0170 | JPEG_3239936[168910].jpg | | |
| 0171 | JPEG_3244032[168910].jpg | | |
| 0172 | JPEG_15499264[168927].jpg | | |
| 0173 | JPEG_18661376[168927].jpg | | |
| 0174 | JPEG_9732096[168954].jpg | | |
| 0175 | JPEG_14225408[168958].jpg | | |
| 0176 | JPEG_15978496[168965].jpg | | |
| 0177 | JPEG_11042816[169027].jpg | | |
| 0178 | JPEG_21958656[169050].jpg | | |
| 0179 | JPEG_22024192[169050].jpg | | |
| 0180 | JPEG_22995525[169055].jpg | | |
| 0181 | JPEG_2277376[169059].jpg | | |
| 0182 | JPEG_24399872[169065].jpg | | |
| 0183 | JPEG_24403968[169065].jpg | | |
| 0184 | JPEG_24408064[169065].jpg | | |
| 0185 | JPEG_24412160[169065].jpg | | |
| 0186 | JPEG_24416256[169065].jpg | | |
| 0187 | JPEG_24420352[169065].jpg | | |
| 0188 | JPEG_24424448[169065].jpg | | |
| 0189 | JPEG_24428544[169065].jpg | | |
| 0190 | JPEG_24432640[169065].jpg | | |
| 0191 | JPEG_24436736[169065].jpg | | |
| 0192 | JPEG_24440832[169065].jpg | | |
| 0193 | JPEG_24444928[169065].jpg | | |
| 0194 | JPEG_24449024[169065].jpg | | |
| 0195 | JPEG_24453120[169065].jpg | | |
| 0196 | JPEG_24457216[169065].jpg | | |
| 0197 | JPEG_24461312[169065].jpg | | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0198 | JPEG_24465408[169065].jpg | | |
| 0199 | JPEG_24469504[169065].jpg | | |
| 0200 | JPEG_24473600[169065].jpg | | |
| 0201 | JPEG_24477696[169065].jpg | | |
| 0202 | JPEG_24481792[169065].jpg | | |
| 0203 | JPEG_24485888[169065].jpg | | |
| 0204 | JPEG_24489984[169065].jpg | | |
| 0205 | JPEG_24494080[169065].jpg | | |
| 0206 | JPEG_24498176[169065].jpg | | |
| 0207 | JPEG_24502272[169065].jpg | | |
| 0208 | JPEG_24506368[169065].jpg | | |
| 0209 | JPEG_24510464[169065].jpg | | |
| 0210 | JPEG_24514560[169065].jpg | | |
| 0211 | JPEG_14069760[169069].jpg | | |
| 0212 | JPEG_16658432[169069].jpg | | |
| 0213 | JPEG_17543168[169069].jpg | | |
| 0214 | FileSlack | | |
| 0215 | FileSlack | | |
| 0216 | BLANK | | |
| 0217 | al3amalyat_alistshehadyah.doc | | |
| 0217A | Translation | | |
| 0218 | mokhabrat.doc | | |
| 0218A | Translation | | |
| 0219 | Guiding the Confused on the Permissibility of Killing the Prisoners | | |
| 0219A | Translation | | |
| 0220 | ¢¥Ÿå Ÿéā Ÿ§  åàŸžé Ÿé¤¤Ÿ§.doc | | |
| 0220A | Translation | | |
| 0221 | Join the Caravan | | |
| 0221A | Translation | | |
| 0222 | R0C6D.HTM | | |
| 0222A | Translation | | |
| 0223 | BLANK | | |
| 0224 | R2C01.HTM | | |
| 0224A | Translation | | |
| 0225 | R2E3B.HTM | | |
| 0225A | Translation | | |
| 0226 | R3DFC.HTM | | |
| 0226A | Translation | | |
| 0227 | R5A36.HTM | | |
| 0227A | Translation | | |
| 0228 | RF44D.HTM | | |
| 0228A | Translation | | |
| 0229 | JPEG_11157504[62566].jpg | | |
| 0230 | JPEG_1609728[62565].jpg | | |
| 0231 | JPEG_1773568[62555].jpg | | |
| 0232 | JPEG_19263488[62558].jpg | | |
| 0233 | JPEG_25464832[62551].jpg | | |
| 0234 | MSN-nussrah@hotmail.com-1219180429.png | | |
| 0235 | PNG_20074496[62700].png | | |
| 0236 | HTML_11325563[62701].htm | | |
| 0237 | HTML_15958081[62690].htm | | |
| 0238 | HTML_16781428[62711].htm | | |
| 0239 | HTML_17035370[62563].htm | | |
| 0240 | HTML_23838785[62563].htm | | |
| 0241 | HTML_25108596[62561].htm | | |
| 0242 | CV Tarek Mehanna.doc | | |
| 0243 | CV Tarek Mehanna.pdf | | |
| 0244 | Passport.pdf | | |
| 0245 | BLANK | | |
| 0246 | BMP_12271616[62566].bmp | | |
| 0247 | Yahoo Account Information | | |
| 0248 | TM : Abu Khubayb al-Muwahhid w/ attach | 4/20/2005 22:44 | |
| 0249 | TM : Abu Khubayb al-Muwahhid w/ attach | 4/22/2005 14:13 | |
| 0250 | TM : Abu Khubayb al-Muwahhid w/ attach | 5/4/2005 11:01 | |
| 0251 | TM : Abu Khubayb al-Muwahhid w/ attach | 5/14/05 16:10 | |
| 0252 | TM : Abu Khubayb al-Muwahhid w/ attach | 6/2/2005 14:41 | |
| 0253 | TM : almuwahhid@hotmail.com | 4/7/2005 13:42 | |
| 0254 | TM : TM | 11/2/04 4:37 | |
| 0255 | TM : Abu Khubayb al-Muwahhid w/ attach | 4/10/2005 19:27 | |
| 0256 | TM : Doaa | 6/22/2006 0:58 | |
| 0257 | TM : Daniel Spaulding | 6/18/2006 14:30 | |
| 0258 | TM : Daniel Spaulding | 6/19/2006 21:28 | |
| 0259 | TM : TM  w/ attach | 5/23/2007 22:35 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0260 | AA : TM | 3/2/2006 6:11 | |
| 0261 | TM : Fadi Yousef | 3/2/2006 19:58 | |
| 0262 | TM : Doaa | 9/11/2006 19:48 | |
| 0263 | Doaa : TM | 9/20/2006 22:17 | |
| 0264 | TM : Doaa | 9/20/2006 19:23 | |
| 0265 | Doaa : TM | 9/20/2006 22:59 | |
| 0266 | TM : Doaa | 10/16/2006 22:17 | |
| 0267 | TM : Doaa w/attach | 10/25/2006 20:42 | |
| 0268 | TM : TM w/ attach | 10/4/2007 0:07 | |
| 0269 | TM : Doaa | 10/24/2006 19:06 | |
| 0270 | TM : DM | 11/5/2006 9:20 | |
| 0271 | DM : TM | 11/5/2006 10:35 | |
| 0272 | TM : AA | 11/5/2006 9:23 | |
| 0273 | KA : TM | 2/14/2007 11:38 | |
| 0274 | TM : KA | 2/14/2007 13:00 | |
| 0275 | KA : TM | 2/14/2007 17:41 | |
| 0276 | TM : DS/AA | 2/21/2007 11:46 | |
| 0277 | AA : TM | 3/29/2007 13:11 | |
| 0278 | TM : AA | 5/29/2007 10:15 | |
| 0279 | AA : TM | 5/29/2007 7:52 | |
| 0280 | AA : TM | 5/30/2007 8:14 | |
| 0281 | Cageprisoners.com : TM | 6/19/2007 3:49 | |
| 0282 | TM : Cageprisoners.com | 6/19/2007 9:32 | |
| 0283 | Cageprisoners.com : TM | 6/19/2007 19:14 | |
| 0284 | TM : Cageprisoners.com | 7/24/2007 10:56 | |
| 0285 | "Alexander Buddy" : TM | 1/6/2008 12:26 | |
| 0286 | "Alexander Buddy" : TM | 1/8/2008 14:37 | |
| 0287 | "Alexander Buddy" : TM | 1/9/2008 10:10 | |
| 0288 | "Alexander Buddy" : TM | 1/10/2008 9:50 | |
| 0289 | "Alexander Buddy" : TM | 1/25/2008 10:06 | |
| 0290 | TM : "Alexander Buddy" | 1/26/2008 13:02 | |
| 0291 | "Alexander Buddy" : TM | 1/27/2008 9:59 | |
| 0292 | TM : Ahmad as-Sarayri/Muhammad Nassaar | 2/8/2006 17:04 | |
| 0293 | At-Tibyan Publications Forums : TM | 4/14/2006 1:33 | |
| 0294 | TM : Ihab Rashad/Ahmad Rashad | 6/12/2006 3:47 | |
| 0295 | Taimur Ahmed : TM | 6/13/2006 22:53 | |
| 0296 | TM : Henry Miller w/ attach (Al Daour chats 3&4) | 4/2/2007 13:14 | |
| 0297 | TM : Doaa | 10/27/2006 23:38 AM | |
| 0298 | Graphic of Intercepted Telephone calls | | |
| 0299 | DM : TM | 12/12/2006 23:39:00 AM | |
| 0300 | Transcript | | |
| 0301 | DM : TM | 12/12/06 23:21 | |
| 0302 | Transcript | | |
| 0303 | DM : TM | 12/12/06 23:33 | |
| 0304 | Transcript | | |
| 0305 | TM : AAB | 1/24/2006 16:05 | |
| 0306 | Transcript | | |
| 0307 | TM : AAB : AM | 2/4/2006 20:24 | |
| 0308 | Transcript | | |
| 0309 | TM : AA | 2/17/2006 | |
| 0310 | Transcript | | |
| 0311 | TM : SM | 3/18/2006 13:00 | |
| 0312 | Transcript | | |
| 0313 | TM : AA | 3/18/2006 15:48 | |
| 0314 | Transcript | | |
| 0315 | AA : TM | 4/12/2006 11:24 | |
| 0316 | Transcript | | |
| 0317 | TM : AA | 12/12/2006 21:02 | |
| 0318 | Transcript | | |
| 0319 | AZ : TM | 11/16/2006 15:15 | |
| 0320 | Transcript | | |
| 0321 | AA : TM | 12/12/2006 17:02 | |
| 0322 | Transcript | | |
| 0323 | SM : TM | 12/16/2006 15:51 | |
| 0324 | Transcript | | |
| 0325 | TM : DS | 12/13/2006 | |
| 0326 | Transcript | | |
| 0327 | Photos of room | | |
| 0328 | HTML_8523899[117234].htm | | |
| 0329 | HTML_7794878[116973].htm | | |
| 0330 | Hijrah.doc | | |
| 0331 | Do Not Fear Them.doc | | |
| 0332 | Alliance & Disavowal.pdf | | |
| 0333 | A Message to Every Youth.pdf | | |
| 0334 | al-wasiyat.jpg.jpg | | |
| 0335 | al-wasiyat.jpg.jpg | | |
| 0336 | al-wasiyat.jpg.jpg | | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0337 | accounts.ini | | |
| 0338 | CV Tarek Mehanna.doc | | |
| 0339 | Bayah for death.doc | | |
| 0340 | English Text-pt2.doc | | |
| 0341 | OLE_31232[138] | | |
| 0342 | 2006 Computer Files | | |
| 0343 | 2006 CDs Files | | |
| 0344 | 2008 Computer Files | | |
| 0345 | 2009 Computer Files | | |
| 0346 | 2009 Floppy Files | | |
| 0347 | TM : AA | 2/27/2002 11:34 | |
| 0348 | TM : AA/AAB/DS/AR | 12/20/2005 17:14 | |
| 0349 | TM | 11/7/2003 5:00 | |
| 0350 | TM : HM/AA | 6/6/2002 6:41 | |
| 0351 | TM : UM/AA | 2/21/2003 7:38 | |
| 0352 | TM : various | 9/11/2003 8:39 | |
| 0353 | TM | 1/16/2004 13:32 | |
| 0354 | DS : TM/TZ/AAB w/ 35 pages attachments | 1/4/2006 11:44 | |
| 0355 | TM | 2/3/2004 5:05 | |
| 0356 | AA : ADJ/TM | 3/6/2004 18:08 | |
| 0357A | AA : TM | 3/20/2004 17:58 | |
| 0357 | Translation | | |
| 0358A | AA : ADJ/TM | 3/23/2004 17:26 | |
| 0358 | Translation | | |
| 0359 | TM : HAZ | 2/3/2004 4:52 | |
| 0360 | TM : AA | 2/17/2004 15:17 | |
| 0361 | TM : ADJ | 2/18/2004 13:44 | |
| 0362 | TM : ADJ | 2/19/2004 4:45 | |
| 0363 | TM : TM | 9/18/2003 14:00 | |
| 0364 | TM : KAZ/AA/HM | 1/27/2002 20:38 | |
| 0365 | TM : KAZ/AA/HM | 12/9/2001 22:42 | |
| 0366 | TM : KAZ/AA/HM | 11/18/2001 21:39 | |
| 0367 | TM : TM | 11/10/2004 18:10 | |
| 0368 | TM : AK | 11/5/2003 11:47 | |
| 0369 | harbalmostadafin.mpg | | |
| 0370 | harbalmostadafin.rmvb | | |
| 0371 | 7rb-mostadafeen[168910]. Html | | |
| 0372 | irh007@gnuijshdubix.ca .html | | |
| 0373 | New Text Document (6) .txt | | |
| 0374 | harbalmostadafin.rm | | |
| 0375 | TA:ES | 6/13/2004 | |
| 0376 | note.to.pakistan.mpg | | |
| 0377 | Hadied_NEW_303MB(194713).rmvb_01 | | |
| 0378 | YT:WM | 3/8/2005 | |
| 0379 | wa.yakoon Ad.doc | | |
| 0380 | wa.yakoon Ad edited.doc | | |
| 0381 | wa.yakoon.al.deen.koloholillah.rmvb | | |
| 0382 | 4M\Attic\abuqutaybah\www.e-prism.org\images\39 wasilah li-khidmat al-Jihad | | |
| 0383 | IU : SQ | 10/17/2006 | |
| 0384 | SQ:IU | 10/7/2006 | |
| 0385 | SQ:IU | 10/17/2006 | |
| 0386 | The Expedition of Umar Hadeed | | |
| 0387 | TP Message | | |
| 0388 | TP Message | | |
| 0389 | TP Posting | | |
| 0390 | AA : TM | 2/20/2003 12:22 | |
| 0391 | Ahmad Bushnaq : TM | 9/14/2006 07:05 | |
| 0392 | Ahmad Bushnaq : TM | 9/14/2006 08:40 | |
| 0393 | Amazon : TM | 4/19/2006 20:30 | |
| 0394 | DS : Various | 12/2/2006 16:18 | |
| 0395 | DS : TM | 11/27/2007 05:41 | |
| 0396 | DS : Various /TM | 9/12/2007 07:42 | |
| 0397 | DS : TM | 12/20/2007 10:21 | |
| 0398 | DS : TM | 12/21/2007 08:34 | |
| 0399 | DS : TM | 2/6/2008 11:48 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0400 | DS : TM | 4/14/2009 10:56 | |
| 0401 | TM : Iyad Marzuq | 8/25/2007 18:56 | |
| 0402 | TM : Faisal Khanzada | 12/1/2003 08:02 | |
| 0403 | IA : TM | 9/24/2007 11:12 | |
| 0404 | KA : TM | 2/22/2007 20:56 | |
| 0405 | Karim Serageldin : TM | 2/9/2008 12:20 | |
| 0406 | Sti Phonecards : TM | 3/12/2008 09:36 | |
| 0407 | TM : Various | 9/13/2006 17:58 | |
| 0408 | TM : Various | 10/4/2007 00:07 | |
| 0409 | BLANK | | |
| 0410 | AbdulMuhsin Al-Abbad ?? | 3/7-8/05 Abu Sabaaya | |
| 0411 | Welcome to Abu Sabaaya | 4/8/05 Aboo Khubayb al-Muwahhid and Abu Sabaaya | |
| 0412 | The Importance of the Word | 4/13/05 - Abu Sabaayaa | |
| 0413 | Shaykh al-Albani on the Obligation of Jihad | 5/23/05 - Abu Sabaayaa | |
| 0414 | Private Message from Aboo Khubayb al-Muwahhid | 4/4/05 - Abu Sabaayaa | |
| 0415 | Private Message from Aboo Mahmoud Al Muraabit | 10/10/05 - Abu Sabaaya | |
| 0416 | 39 Ways to Serve and Participate in Jihad | 6/3/05 - Abu Sabaaya | |
| 0417 | "The Benefits of Jihad" - by the 'Allamah of al-Qasim, Shaykh 'Abdir-Rahman as-Sa'idi | 9/14/05 - Abu Sabaaya | |
| 0418 | Re: 39 Ways to Serve and Participate in Jihad | 6/10/05 - Abu Sabaaya | |
| 0419 | Re: AbdulMuhsin Al-Abbad ?? | 3/8/2005 - Abu Sabaaya | |
| 0420 | Re: AbdulMuhsin Al-Abbad ?? | 3/9/05 - Terrorthreat/Abu Sabaaya | |
| 0421 | Abu Farraj Al Libbi | 5/4/05 - Abu Sabaaya | |
| 0422 | 27 Ways of doin ….. | 9/12/05 - Abu Sabaaya | |
| 0423 | Re: AbdulMuhsin Al-Abbad ?? | 3/10/2005 Terrorthreat | |
| 0424 | Shaykh Abdullaah Azzam's Books | 6/08/2005 Labwah-tul Haqq | |
| 0425 | 39 Ways to Serve and Participate in Jihād | 10/12/2005 Abu Sabr | |
| 0426 | Private Message Re: urgent request | 9/19/2005 Abu Silâh Al-Hindi | |
| 0427 | Private Message from Aboo Mahmoud Al Muraabit | 10/10/2005 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0428 | BLANK | | |
| 0429 | Message from Abu Sabaayaa | 3/7/2005 | |
| 0430 | PM from Ibn Umar re 39 Ways | 4/18/2006 | |
| 0431 | Message from Abu Sabaayaa | 5/23/2007 | |
| 0432 | Message from Abu Sabaayaa | 5/24/2006 | |
| 0433 | Message from Abu Sabaayaa | 5/7/2006 | |
| 0434 | Message from Abu Sabaayaa | 4/25/2006 | |
| 0435 | Message from Abu Sabaayaa | 1/22/2006 | |
| 0436 | Message from Abu Sabaayaa | 12/18/2005 | |
| 0437 | Message from Abu Sabaayaa | 12/16/2005 | |
| 0438 | Message from Abu Sabaayaa | 4/11/2006 | |
| 0439 | Message from Abu Sabaayaa | 4/29/2006 | |
| 0440 | Message from Abu Sabaayaa | 4/24/2006 | |
| 0441 | Make Death what you Seek | | |
| 0442 | Make Martyrdom what you seek | | |
| 0443 | Clearguidance post | 11/25/2003 | |
| 0444 | Clearguidance post | 12/16/2003 | |
| 0445 | Clearguidance post | 11/18/2003 | |
| 0446 | Clearguidance post | 1/25/2004 | |
| 0447 | Clearguidance post | 12/22/2003 | |
| 0448 | iskandrani archive | | |
| 0449 | State of the Ummah Video pt.1 | | |
| 0450 | State of the Ummah Video pt. 2 | | |
| 0451 | OH At your service video (2 parts) (Labyk) | | |
| 0452 | OH Video- Ambush | | |
| 0453 | OH Video- Aljazeera | | |
| 0454 | KA Compilation Audio | 12/13/2006 | |
| 0455 | KA Compilation Transcript | 12/13/2006 | |
| 0456 | KA Compilation Audio | 12/15/2006 | |
| 0457 | KA Compilation Transcript | 12/15/2006 | |
| 0458 | KA Compilation Audio | 1/12/2007 | |
| 0459 | Compilation Transcript | 1/12/2007 | |
| 0460 | Compilation Audio | 2/25/2007 | |
| 0461 | Compilation Transcript | 2/25/2007 | |
| 0462 | BM Consensual Recording | 4/23/2007 | |
| 0463 | Transcript | 4/23/2007 | |
| 0464 | Video given to BM | 4/23/2007 | |
| 0465 | Russian Hell | | |
| 0466 | Battles of Waziristan | | |
| 0467 | Afghanistan-Taliban | | |
| 0468 | Afghanistan-Arabs | | |
| 0469 | BM Consensual Recording | 2/27/2007 | |
| 0470 | Prelim Transcript | 2/27/2007 | |
| 0471 | Photo of video given to BM | 4/23/2007 | |
| 0472 | BLANK | | |
| 0473 | Form 6059B AA 8/12/04 | | |
| 0474 | Form 6059B TM 2/15/04 | | |
| 0475 | Address book at 2008 Arrest | | |
| 0476 | Image of AA's passport | | |
| 0477 | TM's passport | | |
| 0478 | TM return materials 2/15/04 | | |
| 0479 | AA return materials 9/2/06 | | |
| 0480 | AA return materials 8/12/04 | | |
| 0481 | Returned cargo | | |
| 0482 | TECS Entry/Exit Records | | |
| 0482A | Certificate of Authenticity | | |
| 0483 | CBP PNR Records | | |
| 0484 | TM Return materials 8/26/06 address book | | |
| 0485 | KA Immunity Letter | | |
| 0486 | DM Plea Agreement | | |
| 0487 | BM Email | 9/7/2007 | |
| 0488 | Immunity Order DS | | |
| 0489 | Immunity Order AAB | | |
| 0490 | Immunity Order HM | | |
| 0491 | Proffer letter HM | | |
| 0492 | Proffer Letter JPP | | |
| 0493 | Maldonado Jail Call | 3/1/2008 | |
| 0494 | Transcript | | |
| 0495 | Abu Faris ("Caballero") | 2/4/2006 | |
| 0496 | Abu Faris ("Caballero") | 2/12/2006 | |
| 0497 | Saleh Al-Bualy ("Abu Mundhir") | 1/30/2006 | |
| 0498 | Saleh Al-Bualy ("Abu Mundhir") | 2/1/2006 | |
| 0499 | Saleh Al-Bualy ("Abu Mundhir") | 2/2/2006 | |
| 0500 | Saleh Al-Bualy ("Abu Mundhir") | 2/4/2006 | |
| 0501 | Saleh Al-Bualy ("Abu Mundhir") | 2/4/2006 | |
| 0502 | Saleh Al-Bualy ("Abu Mundhir") | 2/5/2006 | |
| 0503 | Saleh Al-Bualy ("Abu Mundhir") | 2/5/2006 | |
| 0504 | Saleh Al-Bualy ("Abu Mundhir") | 2/6/2006 | |
| 0505 | Saleh Al-Bualy ("Abu Mundhir") | 2/8/2006 | |
| 0506 | Saleh Al-Bualy ("Abu Mundhir") | 2/9/2006 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0507 | Saleh Al-Bualy ("Abu Mundhir") | 2/16/2006 | |
| 0508 | Saleh Al-Bualy ("Abu Mundhir") | 2/21/2006 | |
| 0509 | Saleh Al-Bualy ("Abu Mundhir") | 3/4/2006 | |
| 0510 | Saleh Al-Bualy ("Abu Mundhir") | 3/5/2006 | |
| 0511 | Saleh Al-Bualy ("Abu Mundhir") | 3/7/2006 | |
| 0512 | Saleh Al-Bualy ("Abu Mundhir") | 3/8/2006 | |
| 0513 | Saleh Al-Bualy ("Abu Mundhir") | 3/14/2006 | |
| 0514 | Saleh Al-Bualy ("Abu Mundhir") | 3/16/2006 | |
| 0515 | Saleh Al-Bualy ("Abu Mundhir") | 3/23/2006 | |
| 0516 | Saleh Al-Bualy ("Abu Mundhir") | 3/24/2006 | |
| 0517 | Saleh Al-Bualy ("Abu Mundhir") | 3/29/2006 | |
| 0518 | Saleh Al-Bualy ("Abu Mundhir") | 3/29/2006 | |
| 0519 | Saleh Al-Bualy ("Abu Mundhir") | 4/2/2006 | |
| 0520 | Saleh Al-Bualy ("Abu Mundhir") | 4/5/2006 | |
| 0521 | Saleh Al-Bualy ("Abu Mundhir") | 4/6/2006 | |
| 0522 | Saleh Al-Bualy ("Abu Mundhir") | 4/9/2006 | |
| 0523 | Saleh Al-Bualy ("Abu Mundhir") | 4/9/2006 | |
| 0524 | Saleh Al-Bualy ("Abu Mundhir") | 4/10/2006 | |
| 0525 | Saleh Al-Bualy ("Abu Mundhir") | 4/18/2006 | |
| 0526 | Saleh Al-Bualy ("Abu Mundhir") | 4/20/2006 | |
| 0527 | Saleh Al-Bualy ("Abu Mundhir") | 4/20/2006 | |
| 0528 | Saleh Al-Bualy ("Abu Mundhir") | 4/21/2006 | |
| 0529 | Saleh Al-Bualy ("Abu Mundhir") | 4/24/2006 | |
| 0530 | Saleh Al-Bualy ("Abu Mundhir") | 5/17/2006 | |
| 0531 | Saleh Al-Bualy ("Abu Mundhir") | 5/18/2006 | |
| 0532 | Saleh Al-Bualy ("Abu Mundhir") | 5/26/2006 | |
| 0533 | Abu Sayyaf ("The Fatal One") | 4/30/2006 | |
| 0534 | Abu Sayyaf ("The Fatal One") | 5/4/2006 | |
| 0535 | Abu Sulayman ash-Shami ("Calvarnson3") | 2/6/2006 | |
| 0536 | Abu Sulayman ash-Shami ("Calvarnson3") | 3/17/2006 | |
| 0537 | Abus-Saqr ("Calvarnson3") | 4/8/2006 | |
| 0538 | Abus-Saqr ("Calvarnson3") | 4/9/2006 | |
| 0539 | Abus-Saqr ("Calvarnson3") | 7/8/2006 | |
| 0540 | Abus-Saqr ("Calvarnson3") | 7/13/2006 | |
| 0541 | Abus-Saqr ("Calvarnson3") | 7/14/2006 | |
| 0542 | Ahmad as-Sarayri ("Abdoll 92002") | 2/5/2006 | |
| 0543 | Ahmad as-Sarayri ("Abdoll 92002") | 2/11/2006-2/12/2006 | |
| 0544 | Ahmad as-Sarayri ("Abdoll 92002") | 2/13/2006-2/15/2006 | |
| 0545 | Ahmad as-Sarayri ("Abdoll 92002") | 4/28/2006 | |
| 0546 | Ahmad as-Sarayri ("Abdoll 92002") | 5/1/2006 | |
| 0547 | Ahmad as-Sarayri ("Abdoll 92002") | 5/3/2006 | |
| 0548 | Ahmad as-Sarayri ("Abdoll 92002") | 5/8/2006 | |
| 0549 | Ahmad as-Sarayri ("Abdoll 92002") | 7/27/2006 | |
| 0550 | Ahmad as-Sarayri ("Abdoll 92002") | 7/28/2006 | |
| 0551 | Ahmad Rashad ("Alshaheed99") | 2/7/2006 | |
| 0552 | Ahmad Rashad ("Alshaheed99") | 2/8/2006 | |
| 0553 | Ahmad Rashad ("Alshaheed99") | 2/28/2006-3/1/2006 | |
| 0554 | Ahmad Rashad ("Alshaheed99") | 3/7/2006 | |
| 0555 | Ahmad Rashad ("Alshaheed99") | 3/13/2006 | |
| 0556 | Ahmad Rashad ("Alshaheed99") | 3/17/2006-3/18/2006 | |
| 0557 | Ahmad Rashad ("Alshaheed99") | 4/2/2006 | |
| 0558 | Ahmad Rashad ("Alshaheed99") | 4/3/2006 | |
| 0559 | Ahmad Rashad ("Alshaheed99") | 4/4/2006-4/5/2006 | |
| 0560 | Ahmad Rashad ("Alshaheed99") | 4/11/2006-4/12/2006 | |
| 0561 | Ahmad Rashad ("Alshaheed99") | 4/15/2006 | |
| 0562 | Ahmad Rashad ("Alshaheed99") | 4/15/2006 | |
| 0563 | Ahmad Rashad ("Alshaheed99") | 4/21/2006 | |
| 0564 | Ahmad Rashad ("Alshaheed99") | 4/22/2006 | |
| 0565 | Ahmad Rashad ("Alshaheed99") | 4/23/2006 | |
| 0566 | Ahmad Rashad ("Alshaheed99") | 5/6/2006 | |
| 0567 | Ahmad Rashad ("Alshaheed99") | 5/17/2006-5/18/2006 | |
| 0568 | Ahmad Rashad ("Alshaheed99") | 5/31/2006 | |
| 0569 | Ahmad Rashad ("Alshaheed99") | 6/8/2006 | |
| 0570 | Ahmad Rashad ("Alshaheed99") | 6/8/2006-6/9/2006 | |
| 0571 | Ahmad Rashad ("Alshaheed99") | 6/10/2006 | |
| 0572 | Ahmad Rashad ("Alshaheed99") | 6/22/2006 | |
| 0573 | Ahmad Rashad ("Alshaheed99") | 6/30/2006 | |
| 0574 | Ahmad Rashad ("Ihab Rashad") | 2/28/2006 | |
| 0575 | Ahmad Rashad ("Ihab Rashad") | 3/4/2006 | |
| 0576 | Ahmed AS ("Alhalbee") | 2/2/2006 | |
| 0577 | Ahmed AS ("Alhalbee") | 2/5/2006 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0578 | Ahmed AS ("Alhalbee") | 2/21/2006-2/22/2006 | |
| 0579 | Ahmed AS ("Alhalbee") | 6/8/2006 | |
| 0580 | Ahmed AS ("Alhalbee") | 4/18/2006 | |
| 0581 | Ahmed AS ("Ahmadas19") | 3/8/2006 | |
| 0582 | Ahmed AS ("Ahmadas19") | 3/16/2006 | |
| 0583 | Ahmed AS ("Ahmadas19") | 4/1/2006-4/2/2006 | |
| 0584 | Ahmed AS ("Ahmadas19") | 4/3/2006 | |
| 0585 | Ahmed AS ("Ahmadas19") | 4/4/2006 | |
| 0586 | Ahmed AS ("Ahmadas19") | 4/4/2006 | |
| 0587 | Ahmed AS ("Ahmadas19") | 4/6/2006 | |
| 0588 | Ahmed AS ("Ahmadas19") | 4/10/2006 | |
| 0589 | Ahmed AS ("Ahmadas19") | 4/12/2006 | |
| 0590 | Ahmed AS ("Ahmadas19") | 4/19/2006 | |
| 0591 | Ahmed AS ("Abou Jandal") | 4/24/2006 | |
| 0592 | Ahmed AS ("Abou Jandal") | 4/24/2006 | |
| 0593 | Ahmed AS ("Abou Jandal") | 4/25/2006 | |
| 0594 | Ahmed AS ("Abou Jandal") | 4/26/2006 | |
| 0595 | Ahmed AS ("Abou Jandal") | 4/27/2006 | |
| 0596 | Ahmed AS ("Abou Jandal") | 5/11/2006 | |
| 0597 | Ahmed AS ("Abou Jandal") | 5/14/2006 | |
| 0598 | Ahmed AS ("Abou Jandal") | 5/15/2006 | |
| 0599 | Ahmed AS ("Abou Jandal") | 5/24/2006 | |
| 0600 | Ahmed AS ("Abou Jandal") | 6/9/2006 | |
| 0601 | Ahmed AS ("Abou Jandal") | 6/10/2006 | |
| 0602 | Ahmed AS ("Abou Jandal") | 6/11/2006 | |
| 0603 | Ahmed AS ("Abou Jandal") | 6/12/2006 | |
| 0604 | Ahmed AS ("Abou Jandal") | 6/22/2006 | |
| 0605 | Ahmed AS ("Abou Jandal") | 6/28/2006 | |
| 0606 | Ahmed Zamanian | 2/14/2006 | |
| 0607 | AbuTuraab86 ("Ali Abu Bakr") | 1/30/2006-1/31/2006 | |
| 0608 | AbuTuraab86 ("Ali Abu Bakr") | 1/31/2006-2/1/2006 | |
| 0609 | AbuTuraab86 ("Ali Abu Bakr") | 2/5/2006 | |
| 0610 | AbuTuraab86 ("Ali Abu Bakr") | 2/6/2006 | |
| 0611 | AbuTuraab86 ("Ali Abu Bakr") | 2/6/2006 | |
| 0612 | AbuTuraab86 ("Ali Abu Bakr") | 2/7/2006-2/8/2006 | |
| 0613 | AbuTuraab86 ("Ali Abu Bakr") | 2/14/2006 | |
| 0614 | AbuTuraab86 ("Ali Abu Bakr") | 3/2/2006 | |
| 0615 | AbuTuraab86 ("Ali Abu Bakr") | 3/4/2006 | |
| 0616 | AbuTuraab86 ("Ali Abu Bakr") | 3/18/2006 | |
| 0617 | AbuTuraab86 ("Ali Abu Bakr") | 3/22/2006 | |
| 0618 | AbuTuraab86 ("Ali Abu Bakr") | 3/23/2006-3/24/2006 | |
| 0619 | AbuTuraab86 ("Ali Abu Bakr") | 4/9/2006 | |
| 0620 | AbuTuraab86 ("Ali Abu Bakr") | 4/24/2006 | |
| 0621 | AbuTuraab86 ("Ali Abu Bakr") | 4/25/2006 | |
| 0622 | AbuTuraab86 ("Ali Abu Bakr") | 4/27/2006 | |
| 0623 | AbuTuraab86 ("Ali Abu Bakr") | 4/28/2006 | |
| 0624 | AbuTuraab86 ("Ali Abu Bakr") | 4/29/2006 | |
| 0625 | AbuTuraab86 ("Ali Abu Bakr") | 5/4/2006 | |
| 0626 | AbuTuraab86 ("Ali Abu Bakr") | 5/6/2006 | |
| 0627 | AbuTuraab86 ("Ali Abu Bakr") | 5/9/2006 | |
| 0628 | AbuTuraab86 ("Ali Abu Bakr") | 5/10/2006 | |
| 0629 | AbuTuraab86 ("Ali Abu Bakr") | 5/14/2006 | |
| 0630 | AbuTuraab86 ("Ali Abu Bakr") | 5/14/2006-5/15/2006 | |
| 0631 | AbuTuraab86 ("Ali Abu Bakr") | 5/30/2006 | |
| 0632 | AbuTuraab86 ("Ali Abu Bakr") | 6/12/2006 | |
| 0633 | AbuTuraab86 ("Ali Abu Bakr") | 6/15/2006 | |
| 0634 | AbuTuraab86 ("Ali Abu Bakr") | 6/20/2006 | |
| 0635 | AbuTuraab86 ("Ali Abu Bakr") | 7/3/2006 | |
| 0636 | AbuTuraab86 ("Ali Abu Bakr") | 7/30/2006-7/31/2006 | |
| 0637 | Dan ("DM Salafi") | 5/10/2006 | |
| 0638 | Dan ("DM Salali") | 5/25/2006 | |
| 0639 | Dan ("Daniel@Islamic") ("DM") | 4/12/2006 | |
| 0640 | Dan ("Daniel@Islamic") ("DM") | 6/1/2006 | |
| 0641 | Dan ("Daniel@Islamic") ("DM") | 6/3/2006 | |
| 0642 | Dan ("Daniel@Islamic") ("DM") | 7/2/2006 | |
| 0643 | Umm Muhammad ("Basheeras") ("DM") | 4/17/2006 | |
| 0644 | Umm Muhammad ("Basheeras") ("DM") | 4/26/2006 | |
| 0645 | Umm Muhammad ("Basheeras") ("DM") | 5/15/2006 | |
| 0646 | Umm Muhammad ("Basheeras") ("DM") | 6/9/2006 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0647 | Umm Muhammad ("Basheeras") ("DM") | 7/30/2006 | |
| 0648 | Dan Spaulding ("Brother Mujahid") | 1/31/2006 | |
| 0649 | Dan Spaulding ("Brother Mujahid") | 2/1/2006 | |
| 0650 | Dan Spaulding ("Brother Mujahid") | 2/4/2006 | |
| 0651 | Dan Spaulding ("Brother Mujahid") | 2/5/2006 | |
| 0652 | Dan Spaulding ("Brother Mujahid") | 2/6/2006 | |
| 0653 | Dan Spaulding ("Brother Mujahid") | 2/8/2006 | |
| 0654 | Dan Spaulding ("Brother Mujahid") | 2/12/2006-2/13/2006 | |
| 0655 | Dan Spaulding ("Brother Mujahid") | 2/28/2006 | |
| 0656 | Dan Spaulding ("Brother Mujahid") | 4/1/2006 | |
| 0657 | Dan Spaulding ("Brother Mujahid") | 5/28/2006 | |
| 0658 | Dan Spaulding ("Brother Mujahid") | 6/13/2006 | |
| 0659 | Dan Spaulding ("Brother Mujahid") | 6/22/2006 | |
| 0660 | Dan Spaulding ("Brother Mujahid") | 6/26/2006 | |
| 0661 | Dan Spaulding ("Brother Mujahid") | 6/26/2006-6/27/2006 | |
| 0662 | Dan Spaulding ("Brother Mujahid") | 7/3/2006 | |
| 0663 | Dan Spaulding ("Brother Mujahid") | 7/4/2006-7/5/2006 | |
| 0664 | Dan Spaulding ("Brother Mujahid") | 7/7/2006 | |
| 0665 | Dan Spaulding ("Brother Mujahid") | 7/12/2006 | |
| 0666 | Dan Spaulding ("Brother Mujahid") | 7/12/2006 | |
| 0667 | Dan Spaulding ("Brother Mujahid") | 7/15/2006 | |
| 0668 | Dan Spaulding ("Brother Mujahid") | 7/25/2006-7/26/2006 | |
| 0669 | Dan Spaulding ("Brother Mujahid") | 7/28/2006-7/29/2006 | |
| 0670 | Group Conversation 16941 | 4/6/2006 | |
| 0671 | Dawud | 3/22/2006 | |
| 0672 | Edgar ("Edgar Eduardo") | 2/14/2006-2/15/2006 | |
| 0673 | Edgar ("Edgar Eduardo") | 2/27/2006 | |
| 0674 | Edgar ("Edgar Eduardo") | 3/21/2006 | |
| 0675 | Edgar ("Edgar Eduardo") | 4/25/2006-4/26/2006 | |
| 0676 | Edgar ("Edgar Eduardo") | 4/26/2006 | |
| 0677 | Edgar ("Edgar Eduardo") | 4/29/2006-4/30/2006 | |
| 0678 | Edgar ("Edgar Eduardo") | 4/30/2006 | |
| 0679 | Edgar ("Al Bayaazin") | 6/8/2006 | |
| 0680 | Edgar ("Al Bayaazin") | 6/8/2006-6/9/2006 | |
| 0681 | Edgar ("Al Bayaazin") | 6/9/2006 | |
| 0682 | Edgar ("Al Bayaazin") | 6/10/2006 | |
| 0683 | Hassn1982 ("Hassan") | 1/30/2006-2/1/2006 | |
| 0684 | Hassn1982 ("Hassan") | 2/1/2006 | |
| 0685 | Ihab ("Smokeman 56") | 6/28/2006-6/29/2006 | |
| 0686 | Ihab ("Smokeman 56") | 7/13/2006 | |
| 0687 | Ibn 'Umar ("Ali Awheed") | 4/23/2006 | |
| 0688 | Insaf | 5/12/2006 | |
| 0689 | Mu'awiyah ("Aazarinni") | 3/19/2006 | |
| 0690 | Mu'awiyah ("Aazarinni") | 3/30/2006 | |
| 0691 | Mu'awiyah ("Aazarinni") | 4/1/2006 | |
| 0692 | Mu'awiyah ("Aazarinni") | 4/3/2006 | |
| 0693 | Mu'awiyah ("Aazarinni") | 4/15/2006 | |
| 0694 | Mu'awiyah ("Aazarinni") | 4/25/2006 | |
| 0695 | Mu'awiyah ("Aazarinni") | 5/4/2006 | |
| 0696 | Mu'awiyah ("Aazarinni") | 5/22/2006 | |
| 0697 | Mu'awiyah ("Aazarinni") | 5/29/2006 | |
| 0698 | Mu'awiyah ("Aazarinni") | 6/9/2006-7/10/2006 | |
| 0699 | Nusrah | 4/15/2006 | |
| 0700 | Nusrah | 7/8/2006 | |
| 0701 | Nusrah | 7/11/2006 | |
| 0702 | Taimur | 2/24/2006-2/25/2006 | |
| 0703 | Taimur | 2/26/2006 | |
| 0704 | Taimur | 2/27/2006 | |
| 0705 | Taimur | 2/28/2006 | |
| 0706 | Taimur | 3/1/2006-3/2/2006 | |
| 0707 | Taimur | 3/13/2006 | |
| 0708 | Taimur | 3/16/2006 | |
| 0709 | Taimur | 3/17/2006-3/18/2006 | |
| 0710 | Taimur | 3/19/2006 | |
| 0711 | Taimur | 3/21/2006 | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0712 | Taimur | 3/24/2006 | |
| 0713 | Taimur | 3/25/2006-3/26/2006 | |
| 0714 | Taimur | 3/28/2006 | |
| 0715 | Taimur | 3/29/2006 | |
| 0716 | Taimur | 3/30/2006 | |
| 0717 | Taimur | 4/9/2006 | |
| 0718 | Taimur | 4/10/2006-4/11/2006 | |
| 0719 | Taimur | 4/17/2006 | |
| 0720 | Taimur | 4/18/2006 | |
| 0721 | Taimur | 4/19/2006 | |
| 0722 | Taimur | 4/24/2006 | |
| 0723 | Taimur | 4/25/2006-4/26/2006 | |
| 0724 | Taimur | 4/30/2006 | |
| 0725 | Taimur | 6/11/2006 | |
| 0726 | Tamer | 3/21/2006 | |
| 0727 | Tamer | 4/2/2006 | |
| 0728 | Tamer | 4/9/2006 | |
| 0729 | Tamer | 4/26/2006 | |
| 0730 | Tauqir | 4/29/2006 | |
| 0731 | Tauqir | 5/9/2006-5/10/2006 | |
| 0732 | Tauqir | 5/18/2006-5/19/2006 | |
| 0733 | Tauqir | 6/13/2006 | |
| 0734 | Tauqir | 7/11/2006-7/12/2006 | |
| 0735 | Umar Khalil | 2/7/2006 | |
| 0736 | Umar Khalil | 3/5/2006 | |
| 0737 | Umar Khalil | 5/7/2006 | |
| 0738 | Pakistan International Airlines records | | |
| 0738A | Certificate Authenticity | | |
| 0739 | Yahoo records | 8/24/2009 | |
| 0739A | Certificate Authenticity | | |
| 0740 | Comcast records | 11/5/2008 | |
| 0740A | Certificate Authenticity | | |
| 0741 | Photos of AA | | |
| 0742 | AT&T records | 4/21/2008 | |
| 0742A | Certificate Authenticity | | |
| 0743 | Verizon records | | |
| 0743A | Certificate Authenticity | | |
| 0744 | BLANK | | |
| 0745 | Bank Records KA | | |
| 0745A | Certificate Authenticity | | |
| 0746 | EO 13224 | | |
| 0747 | Surf Speedy Certificate of Authenticity | | |
| 0748 | Enzu Certificate of Authenticity | | |
| 0749 | Map Yemen | | |
| 0750 | Map Iraq | | |
| 0751 | Map Pakistan/Afghanistan | | |
| 0752 | BLANK | | |
| 0753 | Map UAE | | |
| 0754 | Map Middle East | | |
| 0755 | BLANK | | |
| 0756 | Map of Horn of Africa | | |
| 0757 | Photos of KA | | |
| 0758 | Photo of JP | | |
| 0759 | Photo of HM | | |
| 0760 | Photo of DS | | |
| 0761 | Photos of AAB | | |
| 0762 | 2/22/07 New York Times Article | | |
| 0763 | Messages to the World Book | | |
| 0764 | TM's online identities | | |
| 0765 | Chat Summary | | |
| 0766 | Cloned Email Graffic | | |
| 0767 | BLANK | | |
| 0768A | at-Tariq Ila al-Khulud - 1.mp3 | | |
| 0768B | Translation | | |
| 0769 | Karamat.mp3 | | |
| 0770A | Ritha' an-Nasr.ram | | |
| 0770B | Translation | | |
| 0771A | tadreeb.ta7deery.rm | | |
| 0771B | Translation | | |
| 0772 | Abu Mus'ab.rm | | |
| 0773A | Wayn Man Yabghi ash-Shahadah.mp3 | | |
| 0773B | Translation | | |
| 0774 | Abtal.ram | | |

| Exhibit # | Description | Date | |
|---|---|---|---|
| 0775A | Labbayk.mp3 | | |
| 0775B | Translation | | |
| 0776A | Ritha' an-Nasr.mp3 | | |
| 0776B | Translation | | |
| 0777 | answers-1.doc | | |
| 0778 | Answers..doc | | |
| 0779A | Translation | | |
| 0779B | D9JJ1J[77325]_Al 'Ayiri | | |
| 0779C | Majmo3[77326]_screencapture | | |
| 0780A | Translation | | |
| 0780B | 5H[77329]_ Sawt - voice | | |
| 0780C | SoutFull[77330]_screen capture | | |
| 0781 | hijrah.doc | | |
| 0781A | Translation | | |
| 0782 | WaYakoon .doc | | |
| 0783 | bookmarks.html | | |
| 0784 | downloads.rdf | | |
| 0785 | untitled2.gif | | |
| 0786 | YAHOO-unclejudey-1146100133.png | | |
| 0787 | DSC01528.JPG | | |
| 0788 | 21E2E961d01 | | |
| 0789 | 6F825209d01 | | |
| 0790 | Ali_Dan_Tariq.jpg | | |
| 0791 | sabaya.card.jpg | | |
| 0792 | !ahoo.ini | | |