| Exhibit Number | Item | Bates Stamp Number |
|---|---|---|
| 1000 | Tibyan Post Thanks to Me & Your Parents.pdf | |
| 1001 | Tibyan Post Is Assassination Harm.pdf | |
| 1002 | Tibyan Post AbdulMushin Al Abbad.pdf | FBIJ000558-FBIJ000563 |
| 1003 | Tibyan Post The Importance of the World.pdf | FBIJ000-543-FBIJ000548 |
| 1004 | Tibyan Post Call to all Muwahideen..Its War.pdf | FBIJ000462-FBIJ000465 |
| 1005 | Tibyan Post The Benefits by the Allamah of Qasim.pdf | FBIJ000459-FBIJ000461 |
| 1006 | Tibyan Post AbdulMushin Al Abbad(2).pdf | FBIJ000376-FBIJ000387 |
| 1007 | Tibyan Post AbdulMushin Al Abbad(3).pdf | FBIJ000369-FBIJ000375 |
| 1008 | D.M. My Imprisonment.pdf | |
| 1009 | Photos of bookcase.pdf | 6P00529-6P00530 |
| 1010 | Post A Discussion Regarding the Targeting of Women and Children.pdf | |
| 1011 | Covenants & Security in Islam.pdf | |
| 1012 | IM 4-15-06.pdf | 6SFT02068-6SFT2073 |
| 1013 | IM 4-28-06.pdf | 6SFT00637-6SFT00639 |
| 1014 | IM 5-15-06.pdf | 6SFT01267-6SFT01277 |
| 1015 | IM 4-14-06.pdf | 6C02019-6C02021 |
| 1016 | IM 5-19-06.pdf | 6SFT01175 |
| 1017 | IM 5-11-06.pdf | 6SFT03098-6SFT0399 |
| 1018 | IM 4-21-06.pdf | 6SFT03221-6SFT03224 |
| 1019 | IM 4-9-06.pdf | 6SFT1078-1079 |
| 1020 | IM 4-3-06.pdf | 6SFT02606-6SFT02611 |
| 1021 | IM 3-27-06 & 4-14-06.pdf | 6C02318-6C02320 |
| 1022 | IM 3-19-06.pdf | 6SFT02943-6SFT02945 |
| 1023 | IM 3-18-06.pdf | 6SFT00139-6SFT00142 |
| 1024 | IM 3-7-06.pdf | 6SFT02866-6SFT02874 |
| 1025 | IM 3-6-06.pdf | 6C2313-6C2315 |
| 1026 | IM 3-7-06(2).pdf | 6SFT01593-6SFT01594 |
| 1027 | IM 2-6-06.pdf | 6SFT03149-6SFT03165 |
| 1028 | IM 2-13-06.pdf | 6SFT01356-6SFT01361 |
| 1029 | IM 7-19-06.pdf | 6C02145-6C02147 |
| 1030 | IM 6-26-07.pdf | 6C02088-6C02089 |
| 1031 | IM 6-9-06 & 6-10-06.pdf | 6SFT01200-6SFT01203 |
| 1032 | IM 4-1-06.pdf | 6SFT01386-6SFT01391 |
| 1033 | IM 3-22-06.pdf | 6SFT01915-6SFT01916 |

| 1034 | IM 3-30-06.pdf | 6SFT00169-6SFT00174 |
| --- | --- | --- |
| 1035 | IM 4-17-06.pdf | 6SFT01744-6SFT01745 |
| 1036 | IM 4-17-06(2).pdf | 6SFT01255-6SFT01258 |
| 1037 | IM 5-20-06.pdf | 6SFT00227-6SFT00232 |
| 1038 | IM 5-22-06.pdf | 6SFT00232-6SFT00237 |
| 1039 | IM 4-23-06.pdf | 6SFT01251-6SFT01253 |
| 1040 | IM 2-17-06.pdf | 6SFT02172-6SFT02174 |
| 1041 | IM 7-16-06.pdf | 6SFT01511-6SFT01513 |
| 1042 | IM 4-15-06.pdf | 6SFT01402-6SFT01405 |
| 1043 | IM 3-5-06.pdf | 6C00325-6C00328 |
| 1044 | IM 6-8-06.pdf | 6SFT00903-6SFT00906 |
| 1045 | IM 7-8-06.pdf | 6SFT02101-6SFT02109 |
| 1046 | IM 7-19-06.pdf | 6C00247-6C00252 |
| 1047 | IM 4-15-06.pdf | 6SFT02068-6SFT002073 |
| 1048 | IM 5-15-06.pdf | 6SFT01267-6SFT01277 |
| 1049 | IM 2-22-06.pdf | 6SFT00538-6SFT00552 |
| 1050 | IM 4-3-06.pdf | 6SFT00180-6SFT00183 |
| 1051 | IM 2-8-06.pdf | 6SFT01335-6SFT01348 |
| 1052 | IM 7-27-06.pdf | 6SFT02767-6SFT02773 |
| 1053 | IM 2-8-06.pdf | 6SFT01335-6SFT01348 |
| 1054 | Picture of Iraqi Children | |
| 1055 | US Sniper Take out Taliban Convoy.wmv | |
| 1056 | Iraqi Girl Killed and Raped by U.S. Soldiers.wmv | |
| 1057 | Transcript of phone call D.M. and Mother 10-14-07.pdf | DM00336-DM00339 |
| 1058 | Transcript of call D.M. and Mother 12-4-07 | DM00340-DM00341 |
| 1059 | Transcript of call D.M. and Mother 2-1-08 | DM00342-DM00349 |
| 1060 | Transcript of call D.M. and Mother 3-1-08 | DM00350-DM00367 |
| 1061 | 39 Principals of Jihad from Israeli Intelligence & Terrorism Information Center.pdf | |
| 1062 | BBC Video on Iraq Massacre.mwv | |
| 1063 | Email TM to ChapterRep Dating 10-19-05 | TY789-TY791 |
| 1064 | Email TM to ChapterRep Dating 3-21-07 | TY5263-TY5264 |
| 1065 | TM 1098.pdf | 6P69 |
| 1066 | Al-Awlaki 44 Way to Support | |

|      | Jihad.pdf |           |
|------|-----------|-----------|
| 1067 | Marines in Action.wmv |  |
| 1068 | Email University of Medina 12-18-05.pdf | 6P128-6P136 |
| 1069 | Al-Qaeda: The 39 Principals of Holy War.pdf |  |