# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



## One Center Plaza, Suite 600
## Boston, Massachusetts 02108

File Number:               U.S. v. Mehanna

Task Number:               1742F

Title:                     Juthath

Length of recording:       4:39

Language:                  Arabic

Linguist:                  LS Leah Vallee


### VERBATIM TRANSLATION


### Abbreviations

[ ]                        Translator's Notes




[TN: Shura Council: Consultative Council]
[TN: Mujahideen: Holy Fighters]

File #: U.S.v. Mehanna
Juthath


**Slide 1:**
[Written]
In the name of Allah, the Merciful, the Compassionate


**Slide 2:**
[Written]
[Black banner] There is no god but Allah. Muhammad is his messenger.
Mujahideenn Shura Council in Iraq.


**Slide 3:**
[Written]
Media Institute.


**Slide 4:**
[Written]
Presents
The remains of the two American soldiers who were kidnapped near Yusefiya.


**Slide 5:**
[Written]
Voice of Sheikh Usama Bin Ladin (May Allah protect him)

[Audio]
"To our brothers the mujahideen in Baghdad, the land of the Caliphs and its environs:
your continued courageous operations against the Americans and their helpers have filled
the Muslims with happiness, joy, delight, and exaltation. You have raised the heads of the
Muslims with your excellent activity, which brings joy to those who are sad and raises a
smile on the face of bereaved mothers- may Allah reward you as you deserve."


**Slide 6:**
[Written]
The remains of the two American soldiers kidnapped near Yusifiya.

[Audio]
[The song is playing in the background while footage of the bodies is being displayed. It
is also playing throughout the video while Al-Zarqawi is giving his speech]


| | |
|---|---|
| Throw the fire | to burn the westerners |
| Fight those who deviated | to worship the cross |
| They fed my people | their oppression for ages |
| O people of justice | revolt like a volcano in war |


[Written]

1

6SFT03312

File #: U.S.v. Mehanna
Juthath

Voice of Shayikh Mus'ab Al-Zarqawi (May Allah bless his soul)

[Audio]

Who among us is like Ahmad Bin Hanbal, Ibn Taymiya, and 'Iz Bin Abd Al-Salam, carrying the banner of jihad for the sake of Allah, and a whip against the enemies of Allah? The scholars left the battleground, and withdrew from leading the caravan and from sacrificing the soul for Allah. This was not enough for them; they lashed out at the mujahideen, and accused them of all faults. You only hear their voices when they're opposing the mujahideen…This is all under the pretext of politics and civility.
I don't know when they will abandon the jurisprudence of defeat and the concept of weakness and cowardice.

Did you not hear how they condemned the slaughtering of Berg the American? They rushed to condemn it because they previously refrained from killing the infidels, and did not smell the winds of glory. They did not pay attention to the concepts of faith, by which the believers rise above ignorance and its people. "And to Allah belongs all honor, and to His Messenger, and to the believers, but the hypocrites do not know." It is truly hard for people like them- subservient slaves- to see themselves killing the American master.

Yes! They nursed on disgrace from their mothers' breasts, which now runs through their veins. It is time that they change or transform. This is the bitter truth that they don't make known, instead they hide it under the cover of jurisprudence or they present it embellished with the attire of knowledge. They pretended and lied, that this matter is damaging to the picture of Islam in the eyes of the westerners, those with the delicate feelings; and that the world is reacting to the crimes of Abu Ghrayb and Guantanamo. Then came this operation and negatively affected the reaction and the compliance of the people of the world. Even when the popularity of Bush, the dog of the West, was at its lowest levels, the operation came and raised it up, as though the alleged free [people] of the world have sharpened their swords, mobilized their brigades, and stretched out their necks to liberate Iraq and rescue the bereaved mothers and the unwed from the prisons of subdual and oppression.

What is truly unfortunate and scary is that the media of the sinner crusaders –with the help of our fellow citizens- was able to influence the development of the Muslim personality. Through intense broadcasting, and the [help of] Arabic and international stations, they successfully brainwashed the Muslims and influenced their thoughts. They turned their minds upside down, and their determination malicious.


**Slide 7:**
[Written]
Don't forget us [when you make] your supplication.
Media Institute
Mujahideen Shura Council in Iraq.

6SFT03313