File # US vs. Mehanna

```
Session Start (sayf maslool:Tauqir): Tue Jul 11 23:43:11
2006
Sayf Maslool: as-Salamu 'alayk peace be upon you *** Auto-
response from Tauqir: mad tired.
Session Close (Tauqir): Tue Jul 11 23:48:28 2006


Session Start (sayf maslool:Tauqir): Wed Jul 12 00:26:24
2006
Tauqir: Wa'Alakum Asalaam akhi peace be upon you, brother
Tauqir: how r u man
Sayf Maslool: good, man
*** Auto-response from Tauqir: mad tired.
Sayf Maslool: and u?
Tauqir: Alhumdulilah Praise be to Allah
Sayf Maslool: bro
Sayf Maslool: u want to see something
Tauqir: yeah sure man
Sayf Maslool: u remember

Sayf Maslool: the rape incident
Tauqir: yeah
Sayf Maslool: w/ the 14 yr old girl'
Sayf Maslool: u want to see
Sayf Maslool: the response?
```

249

File # US vs. Mehanna

Tauqir: yeah i do
Sayf Maslool: ok
Sayf Maslool: get ready
Sayf Maslool: and it ain't a statement from CAIR
Tauqir: yeah if it was to that it would make me wanna vomit
Tauqir: but i know this will put a smile on my face
Sayf Maslool: this is
Sayf Maslool: sick
Sayf Maslool: as in
Sayf Maslool: sick
Tauqir: even for the tv show i saw with u abu hammood and tamer came in
Tauqir: sicker then those shows
Sayf Maslool: yes
Sayf Maslool: even sicker
Tauqir: ohh man
Sayf Maslool: but
Sayf Maslool: it shows the aftermath
Sayf Maslool: not the actual process
Tauqir: and its worse
Sayf Maslool: yeah
Sayf Maslool: they go
Sayf Maslool: all the way
Sayf Maslool: ull see
Sayf Maslool: and better yet
Sayf Maslool: they do it against
Sayf Maslool: hicks
Sayf Maslool: not Shiah
Sayf Maslool: the same baseball team
Sayf Maslool: that the rapist was on
Sayf Maslool: they did it to them
Tauqir: oh the yankees
Tauqir: yeah man i hate that team
Tauqir: alot
Sayf Maslool: let's just say
Sayf Maslool: they got torn apart
Tauqir: i really wanna see this
Sayf Maslool: remember the movie Hostel
Tauqir: yeah
*** Tauqir has received juthath.rmvb. Corpses
Tauqir: ok its done
Tauqir: what do i play it with
Sayf Maslool: real player
Tauqir: wmp does play it
Tauqir: oh damn
Tauqir: 1 sec
Tauqir: ist working

250

File # US vs. Mehanna

```
Sayf Maslool: :-)
Sayf Maslool: they specifically did this
Sayf Maslool: in response to the rape
Tauqir: on the st
Sayf Maslool: yes
Sayf Maslool: and they left the corpses there
Sayf Maslool: and walked away
Sayf Maslool: u saw
Sayf Maslool: how they dissected the bodies
Tauqir: yeah its still playing
Tauqir: yeah
Sayf Maslool: u can see the ribs
Sayf Maslool: internal organs
Sayf Maslool: etc
Tauqir: thats waht the show states
Tauqir: that it was response
Sayf Maslool: yeah
Tauqir: man
Tauqir: that was something
Sayf Maslool: heh yeah
Sayf Maslool: now
Sayf Maslool: they'll think twice
Sayf Maslool: when they see an Iraqi girl
Tauqir: whats the deals in the courst
Tauqir: r they being tried?
Sayf Maslool: they will be
Sayf Maslool: but, who cares
Sayf Maslool: Texas BBQ is the way to go
Tauqir: hahah
Tauqir: i agree with u
Tauqir: its from there own teachings
Sayf Maslool: brutal, man...
Sayf Maslool: absolutely brutal
Tauqir: ur telling me
Sayf Maslool: these terrorists...
Tauqir: seriously
Session Close (Tauqir): Wed Jul 12 01:06:10 2006
```