UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____ )
                         )
UNITED STATES OF AMERICA )
                         )
                         )
V.                       )      NO.  09-CR-10017-GAO
                         )
                         )
TAREK MEHANNA            )
_____ )
```

### DEFENDANT'S REQUEST FOR SPECIAL VERDICT FORM

The defendant, Tarek Mehanna, moves that the Court use the appended special verdict form.

TAREK MEHANNA
By his attorneys,

CARNEY & BASSIL

/S/ J. W. Carney, Jr.
J. W. Carney, Jr.
B.B.O. # 074760

/S/ Janice Bassil
Janice Bassil
B.B.O. # 033100

Sejal H. Patel
B.B.O. # 662259
Steven R. Morrison
B.B.O. # 669533
John E. Oh
B.B.O. # 675916
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: December 14, 2011

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

<u>/S/ J. W. Carney, Jr.</u>
J. W. Carney, Jr.

## <u>SPECIAL VERDICT FORM</u>

**COUNT ONE: Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization**

**Section I.      CONDUCT**

**<u>Instructions</u>:** Answer "YES" or "NO" as to whether the Jury unanimously finds that the Government has proven beyond a reasonable doubt:

A.   That the defendant, TAREK MEHANNA, conspired to provide material support, which consisted of travelling to Yemen to attend a terrorist training camp with the intent that he would then enter Iraq, and join with others to fight and kill United States nationals?

YES _____

NO   _____

B.   That the defendant, TAREK MEHANNA, conspired to provide material support, which consisted of translating videos and/or texts, disseminating videos and/or texts to other people, advocating to other people certain views?

YES _____

NO   _____

**Section II.    FINAL DECISION AS TO COUNT ONE**

**Instructions:** Answer Section II(A) only if the Jury
answered "NO" to all of the questions in Section I. Answer
Section II(B) if the Jury found that the defendant engaged
in at least one of the conspiracies in Section I.

    **A.    DEFENDANT IS NOT GUILTY**

       We, the Jury, find as to Count One, that the
Government has not proven, beyond a reasonable doubt, the
existence of any conspiracy of which the defendant, TAREK
MEHANNA, was a part to provide material support to a
designated foreign terrorist organization.

_____
FOREPERSON (Signature & Juror Number)

Date: _____, 2011

    **B.    DEFENDANT IS GUILTY**

       We, the Jury, find as to Count One, that the
Government has proven, beyond a reasonable doubt, the
existence of a conspiracy of which the defendant, TAREK
MEHANNA, was a part to provide material support to a
designated foreign terrorist organization.

_____
FOREPERSON (Signature & Juror Number)

Date: _____, 2011

**COUNT TWO: Conspiracy to Provide Material Support to Terrorists**

**Section I.     CONDUCT**

<u>**Instructions**</u>**:** Answer "YES" or "NO" as to whether the Jury unanimously finds that the Government has proven beyond a reasonable doubt:

    **A.**    That the defendant, TAREK MEHANNA, conspired to provide material support, which consisted of travelling to Yemen to attend a terrorist training camp with the intent that he would then enter Iraq, and join with others to fight and kill United States nationals?

                    YES &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;

                    NO  &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;

    **B.**    That the defendant, TAREK MEHANNA, conspired to provide material support, which consisted of translating videos and/or texts, disseminating videos and/or texts to other people, advocating to other people certain views?

                    YES &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;

                    NO  &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;

**Section II.    FINAL DECISION AS TO COUNT TWO**

**Instructions:** Answer Section II(A) only if the Jury answered "NO" to all of the questions in Section I. Answer Section II(B) if the Jury found that the defendant engaged in at least one of the conspiracies in Section I.

**A.    DEFENDANT IS NOT GUILTY**

**We, the Jury, find as to Count Two, that the Government has not proven, beyond a reasonable doubt, the existence of any conspiracy of which the defendant, TAREK MEHANNA, was a part to provide material support to a designated foreign terrorist organization.**

_____
**FOREPERSON (Signature & Juror Number)**

**Date: _____, 2011**

**Instructions:** Go directly to Section III to Certify this decision.

**B.    DEFENDANT IS GUILTY**

**We, the Jury, find as to Count Two, that the Government has proven, beyond a reasonable doubt, the existence of a conspiracy of which the defendant, TAREK MEHANNA, was a part to provide material support to a designated foreign terrorist organization.**

_____
**FOREPERSON (Signature & Juror Number)**

**Date: _____, 2011**

**COUNT THREE: Providing and Attempting to Provide Material Support to Terrorists**

**Section I.       CONDUCT**

<u>**Instructions**</u>**:** Answer "YES" or "NO" as to whether the Jury unanimously finds that the Government has proven beyond a reasonable doubt:

A.    That the defendant, TAREK MEHANNA, provided material support, which consisted of travelling to Yemen to attend a terrorist training camp with the intent that he would then enter Iraq, and join with others to fight and kill United States nationals?

YES _____

NO  _____

B.    That the defendant, TAREK MEHANNA, conspired to provide material support, which consisted of translating videos and/or texts, disseminating videos and/or texts to other people, advocating to other people certain views?

YES _____

NO  _____

**Section II.    FINAL DECISION AS TO COUNT THREE**

**Instructions:** Answer Section II(A) only if the Jury answered "NO" to all of the questions in Section I. Answer Section II(B) if the Jury found that the defendant provided or attempted to provide material support in at least one way in Section I.

    **A.    DEFENDANT IS NOT GUILTY**

We, the Jury, find as to Count Three, that the Government has not proven, beyond a reasonable doubt, that the defendant, TAREK MEHANNA, provided or attempted to provide material support to a designated foreign terrorist organization.

_____
FOREPERSON (Signature & Juror Number)

Date: _____, 2011

    **B.    DEFENDANT IS GUILTY**

We, the Jury, find as to Count Three, that the Government has proven, beyond a reasonable doubt, that the defendant, TAREK MEHANNA, provided or attempted to provide material support to a designated foreign terrorist organization.

_____
FOREPERSON (Signature & Juror Number)

Date: _____, 2011