UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    ) Criminal Action
v.                                  ) No. 09-10017-GAO
                                    )
TAREK MEHANNA,                      )
                                    )
          Defendant.                )
                                    )
```


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

DAY TWENTY
JURY TRIAL



John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Tuesday, November 22, 2011
9:09 a.m.



Marcia G. Patrisso, RMR, CRR
Cheryl Dahlstrom, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: Aloke Chakravarty and Jeffrey Auerhahn,
 3             Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Jeffrey D. Groharing, Trial Attorney
               National Security Division
 7         950 Pennsylvania Avenue, NW
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         CARNEY & BASSIL
           By: J.W. Carney, Jr., Esq.
10             Janice Bassil, Esq.
               John E. Oh, Esq.
11         20 Park Plaza
           Suite 1405
12         Boston, Massachusetts  02216
           - and -
13         LAW OFFICE OF SEJAL H. PATEL, LLC
           By: Sejal H. Patel, Esq.
14         101 Tremont Street
           Suite 800
15         Boston, Massachusetts  02108
           On Behalf of the Defendant

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                          <u>DIRECT</u>   <u>CROSS</u>   <u>REDIRECT</u>   <u>RECROSS</u>
     WITNESSES FOR THE
3      <u>GOVERNMENT:</u>

4    DANIEL SPAULDING, resumed

5         By Mr. Auerhahn (Cont'd)     4
          By Mr. Carney                        114
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (The following proceedings were held in open court

 2     before the Honorable George A. O'Toole, Jr., United States

 3     District Judge, United States District Court, District of

 4     Massachusetts, at the John J. Moakley United States Courthouse,

 5     One Courthouse Way, Boston, Massachusetts, on November 22,

 6     2011.

 7              The defendant, Tarek Mehanna, is present with counsel.

 8     Assistant U.S. Attorneys Aloke Chakravarty and Jeffrey Auerhahn

 9     are present, along with Jeffrey D. Groharing, Trial Attorney,

10     U.S. Department of Justice, National Security Division.)

11              THE CLERK:  All rise for the Court and the jury.

12              (The Court and jury enter the courtroom at 9:09 a.m.)

13              THE CLERK:  Please be seated.

14              THE COURT:  Good morning, jurors.

15              THE JURORS:  Good morning.

16              THE COURT:  Mr. Auerhahn, please.

17                        DANIEL SPAULDING, resumed

18                    CONTINUED DIRECT EXAMINATION

19     BY MR. AUERHAHN:

20     Q.   Good morning, Mr. Spaulding.

21     A.   Good morning.

22     Q.   Now, sir, you mentioned earlier that both Mr. Mehanna and

23     Mr. Abousamra were very knowledgeable in Islamic jurisprudence,

24     law, et cetera.  Were they also fluent in Arabic?

25     A.   Yes, sir.
```

```
 1    Q.    And were either or both involved in translations?
 2    A.    They both engaged in translating Arabic items into
 3    English, yes.
 4    Q.    And what was the general nature of the kinds of texts that
 5    they were involved in translating?
 6    A.    Miscellaneous, especially on Tarek's part.
 7    Q.    Okay.  What about Mr. Abousamra?
 8    A.    Miscellaneous.  But the ones that -- certain
 9    jihadist-related materials stand out more so in my mind with
10    him.
11    Q.    Okay.  And was there a particular purpose to translating
12    jihadist text?
13    A.    To create sort of an awareness and -- ideological
14    awareness.
15    Q.    Now, did you have discussions with, first, Mr. Abousamra
16    about fighting against Americans?
17    A.    I believe there were conversations to that effect, yes.
18    Q.    Okay.  And did some of those conversations involve
19    Mr. Mehanna as well?
20    A.    I don't have any specific recollection of that, no.
21    Q.    Okay.  Do you have a recollection of him purposely
22    absenting himself from such conversations?
23    A.    No, I just don't recall ever discussing it with -- while
24    he was there.
25    Q.    Okay.  And did you have discussions with Mr. Abousamra
```

00:05 10

00:05 20

1  about fighting Americans domestically or abroad?

2  A.   He spoke about both.

3  Q.   And with reference to some of Mr. Mehanna's translations,

4  did he post them on any particular websites?

5  A.   Different Islamic chat forums and such.

6  Q.   Okay.  What about Tibyan?

7  A.   That would have been one of them, yes.

8  Q.   Okay.  And what kind of website was Tibyan?

9  A.   It was primarily one of a jihadist slant, sir.

00:06 10  Q.   Okay.  And a pretty extremist jihadist slant?

11  A.   Generally, yes.

12  Q.   Now, are you familiar with a document known as "39 Ways to

13  Serve and Participate in Jihad"?

14  A.   Yes, sir.

15       MR. AUERHAHN:  Can we bring up Exhibit 25, please.

16  This is a PDF found on the defendant's computer.

17       And I believe it's in evidence so if we could

18  just display -- thank you, your Honor.

19  Q.   Do you see what's displayed on your screen?

00:07 20  A.   I do, sir.

21  Q.   And do you recognize that as the document I asked you

22  about?

23  A.   That appears to be it, yes.

24  Q.   And did you have a discussion with Mr. Mehanna about the

25  purpose of translating this particular document?

1    A.   I don't recall a specific conversation about the intent,

2    no, sir.

3            MR. AUERHAHN:  May I have a moment, please, your

4    Honor?

5            (Pause.)

6            MR. AUERHAHN:  May I approach?

7            THE COURT:  You may.

8    BY MR. AUERHAHN:

9    Q.   Can you read this paragraph, paying particular attention

00:07 10   to the last sentence?

11   A.   (Witness complies.)

12   Q.   Sir, does that refresh your recollection as to

13   Mr. Mehanna's intent in translating "39 Ways"?

14   A.   In terms of having a specific conversation about it or a

15   general intent?

16   Q.   A general intent based on a conversation.

17   A.   Again, I don't have any recollection about any specific

18   conversations.

19   Q.   What do you recall?

00:08 20   A.   That he had told me he had translated it.  But beyond

21   that, I don't recollect any conversation going beyond that.

22   Q.   Okay.  And reading this particular sentence doesn't

23   refresh your recollection as to the purpose in translating "39

24   Ways"?

25   A.   Not a conversation about it.  In regards to your original

 1  question, no.

 2  Q.   I'm not asking you about a specific conversation.  I'm

 3  asking you about conversations that you had over the three or

 4  four years of your relationship as to what he said about the

 5  translation of this particular document.  I understand you

 6  don't remember specific conversations over the course of a few

 7  years.

 8  A.   That it was for -- you know, to provide -- you know, the

 9  document provides other options besides fighting in terms of

00:09 10  supporting jihad.

 11  Q.   And was it meant to encourage people to support jihad

 12  and fight jihad?

 13          MR. CARNEY:  Objection.

 14          THE COURT:  Overruled.

 15          THE WITNESS:  Excuse me?

 16  BY MR. AUERHAHN:

 17  Q.   Was it intended to encourage other Muslims to fight jihad?

 18          THE COURT:  Well, I'll sustain it to the form of the

 19  question but...

00:09 20  BY MR. AUERHAHN:

 21  Q.   Did he tell you besides just providing other options --

 22          MR. CARNEY:  I object to leading.

 23          THE COURT:  Overruled.

 24  BY MR. AUERHAHN:

 25  Q.   Besides just providing other options, but also to

 1    encourage Muslims to pursue those other options?

 2    A.    Specifically which options, sir?

 3    Q.    The "39 Ways," sir.

 4    A.    Well, I don't recall him ever saying that he was trying to

 5    encourage people to do X, Y and Z.  It's just he translated the

 6    document and put it out there.  Again, I don't recall specific

 7    conversations.

 8    Q.    Do you recall telling the FBI that it was to encourage

 9    Muslims to prepare --

00:10 10              MR. CARNEY:  I object.

11    BY MR. AUERHAHN:

12    Q.    -- for jihad?

13              THE COURT:  Overruled.

14              MR. CARNEY:  May I be heard at the sidebar, please?

15              THE COURT:  All right.

16              (Discussion at sidebar and out of the hearing of the

17    jury:)

18              MR. CARNEY:  I submit that this is an improper way to

19    try to refresh recollection.

00:10 20              THE COURT:  He's gone beyond refreshing; now he's

21    impeaching.

22              MR. CARNEY:  I don't believe so, and if I can address

23    it briefly.  If Mr. Auerhahn asked the witness a question and

24    the witness says, "I don't remember ever hearing that," it's

25    improper for Mr. Auerhahn to ask him in front of the jury, "Do

1    you remember telling the FBI" the same thing, because the

2    answer is objectionable as hearsay.

3         He can't bring out that this witness told the FBI

4    something because it's rank hearsay.  And because the witness

5    had a failure of memory, it can't be used as an impeachment

6    under 801.  It's possible for Mr. Auerhahn to attempt to

7    refresh the recollection, but I submit the proper way to do

8    that is to present the document to the witness and say, "Have

9    you read that?  Does that refresh your recollection?" as

00:11 10   opposed to reading the document in front of the jury,

11   especially when the answer is inadmissible as hearsay.

12        THE COURT:  In other words, to make sure I understand,

13   your argument is you can't impeach as a prior inconsistent

14   statement the answer "I don't remember"?

15        MR. CARNEY:  Correct.  "I don't today remember."

16        MR. AUERHAHN:  I think he's gone beyond that, though,

17   in terms of "I don't remember."  He remembered certain aspects

18   of what he was told, that it was for the purpose of providing

19   other ways to serve jihad besides fighting.  So he's remembered

00:12 20   some answers, so I'm impeaching what he says is "That's all he

21   said to me about this particular document."

22        MR. CARNEY:  That's not accurate.  He said, "That's

23   all I remember."  He said -- to me that's the distinction.

24        THE COURT:  You've convinced me.  The objection's

25   sustained.

1                MR. CARNEY:  Okay.  Thank you.

2                (In open court:)

3     BY MR. AUERHAHN:

4     Q.   Now, sir, in the beginning of your testimony I asked you

5     whether or not you had an opportunity to review chats and

6     emails in which you were a participant for the purpose of

7     preparing for today's testimony.  Do you remember that?

8     A.   I do, sir.

9     Q.   And you acknowledge that you, in fact, received them and

00:13 10   reviewed them, correct?

11    A.   I did, sir.

12    Q.   Now, did you also receive copies of your reports of your

13    previous interviews with the FBI?

14    A.   I believe those were included with a transcript of the

15    grand jury testimony.

16    Q.   Okay.  So you had a chance to review those 302s of several

17    different interviews as well as your grand jury testimony?

18    A.   Yes, sir.

19    Q.   And did you, in fact, review them for the purpose of

00:13 20   preparing to testify here today?

21    A.   I did look at them like two weeks ago, I believe.

22    Q.   Okay.  And as you sit here today, having reviewed them

23    just two weeks ago, you don't have a memory now of what you

24    said to the FBI during those interviews that are memorialized

25    in those 302s?

1    A.    Specifically what?

2    Q.    Well, most of the questions I've asked you here today to

3    which you have a failure of memory.

4    A.    I'm not -- I can't recall something that I don't recall,

5    sir.  I'm sorry, but...

6    Q.    And when you testified in the grand jury, you had certain

7    recollections?

8    A.    Yes, sir.  But that was two years ago, sir.

9    Q.    And -- but you reviewed that as well before coming here

00:14 10   today?

11   A.    Briefly.  Yes, I looked over it.

12   Q.    Now, with respect to this document "39 Ways to Serve and

13   Participate in Jihad," do you know who published it?

14   A.    It was published by the Tibyan website, I believe.

15   Q.    That's the jihadi website you talked about earlier?

16   A.    Yes, sir.

17   Q.    Now, did Mr. Mehanna describe to you his relationship with

18   the online jihadi community?

19   A.    Specifically this forum or...

00:14 20   Q.    The online jihadi community in general.

21   A.    I mean, he participated in forums like Tibyan.

22   Q.    What else did he tell you about his relationship with the

23   online jihadi community?

24   A.    I'm not sure specific -- you know, if you're referring to

25   specific individuals or forums.

1    Q.   Well, did he tell you whether or not there was -- he was

2    valued for his translation services?

3    A.   I believe he was appreciated for his translation

4    abilities, yes.

5    Q.   And did he say that he had respect within that online

6    jihadi community?

7    A.   I think, sir, again, he had a certain respect, yes, in the

8    forums and such, yes.

9    Q.   Specifically the online jihadi community?

00:15 10  A.   Yeah, the forums he posted on.  Yes.

11   Q.   Well, you keep changing the word "forums" to "jihadi

12   community" to --

13   A.   Well, that's a very broad thing.  I just -- I'm not sure

14   if you have a specific set of forums or people in mind, sir.

15   Q.   My question is:  Did he ever tell you whether or not his

16   services were held in high regard by the online jihadi

17   community?

18   A.   Again, all I could say is his relation just to the forums

19   he participated.  If you want to describe those as a portion or

00:16 20  a segment of the jihadi community, then, yes.  As far as that

21   goes, yes.

22   Q.   To include Tibyan?

23   A.   Yes, sir.

24   Q.   Now, were you a member of Tibyan?

25   A.   I was, sir.

```
 1   Q.   And how did you become a member of Tibyan?
 2   A.   I -- all I can recall is you would have had to have tried
 3   to sign up for -- you know, provided a user -- you know, ask --
 4   request a user name and password, and provided your email
 5   address, something to that effect.
 6   Q.   Okay.  And did you know any of the administrators of
 7   Tibyan?
 8   A.   The initial ones?  I don't recollect, sir.  I would have
 9   to be reminded of who they were in order to be able to answer
10   that question.
11   Q.   Okay.  Well, during the time that you were on Tibyan, do
12   you know who any of the administrators were?
13   A.   Some of the ones that were added later I recall, yes.
14   Q.   Okay.  Can you give us those names?
15   A.   I believe at some point Tarek was an administrator -- or
16   not necessarily a top one, but somebody with administrative
17   powers, as was Ahmad Abousamra.
18   Q.   Okay.  Do you remember any other names?
19   A.   Just one -- a couple of user names, but that was it.
20          MR. AUERHAHN:  May I have a moment, your Honor?
21          (Pause.)
22          MR. AUERHAHN:  May I approach?
23   Q.   Would you read the first couple of sentences of this
24   paragraph, please?
25   A.   (Witness complies.)
```

1   Q.   Does that refresh your recollection concerning any other

2   administrators on Tibyan?

3   A.   It does, sir.

4   Q.   Can you tell us the names of any other administrators on

5   Tibyan?

6   A.   Just their user names, sir.  No, I don't know their legal

7   names.

8   Q.   Okay.  What were their user names?

9   A.   Ibn Omar was one and Abu-Saqr was another one.

00:18 10   Q.   Okay.  And who was Abu-Saqr?

11   A.   From what was told to me, he was an individual who resided

12   in Canada.

13   Q.   Did you know him by any other name?

14   A.   Not that I recall.

15   Q.   Okay.  Did you know anything about his role in connection

16   with the activities of the Tibyan website?

17   A.   He was one of the administrators of the site, yes.

18   Q.   What about specifically with reference to publications?

19   A.   If I recall correctly, I think such things would have had

00:18 20   to have been cleared by him in order to have been published.

21   Q.   Okay.  So it was part of his role, taking Word documents,

22   creating PDFs, and publishing them for Tibyan?

23   A.   I don't know if he was the one who transferred Word

24   documents into PDFs, sir.  If he received them already in PDF

25   form, I don't know that, sir.

```
 1              MR. AUERHAHN:  May I approach again, your Honor?

 2              THE COURT:  All right.

 3    BY MR. AUERHAHN:

 4    Q.   Would you read the third sentence of the same paragraph,

 5    please?

 6    A.   (Witness complies.)

 7    Q.   Does that refresh your recollection as to Mr. Abu-Saqr's

 8    role in regard to publications from Tibyan?

 9    A.   No, sir.

10    Q.   You don't -- that doesn't refresh your recollection as to

11    what --

12    A.   It does not, sir, no.

13    Q.   Does it refresh your recollection as to what you told the

14    FBI?

15    A.   Of what who told the FBI?

16    Q.   You.

17    A.   No, sir.  Not with regards to that specific question.

18    Q.   On Mr. Saqr's role -- Abu-Saqr's role in creating the PDFs

19    to be released by Tibyan?

20    A.   Again, I don't recall if he received them already in PDF

21    form or if he received them in Word document form.

22              MR. AUERHAHN:  Can we bring up Exhibit 498, please.

23    Q.   Sir, does this appear to be a chat between the defendant

24    and someone named Abu Mu'ndhir?

25    A.   Yes, sir.
```

1    Q.   Okay.  And Mr. -- looking specifically at this section,

2    does Abu Mu'ndhir here say, "You're close to this guy Bro

3    Mujahid, right?"  Who's "Bro Mujahid"?

4    A.   I would assume that would refer to me.  That was an

5    abbreviated form of my user name.

6    Q.   On Tibyan?

7    A.   On Tibyan and other forums.

8    Q.   And the defendant says, "Talking to him right now."

9    Mr. Mu'ndhir says, "Brother, ask him why is he deleting the

00:21 10   reference to Tibyan articles on RI."

11        First, do you know Abu Mu'ndhir?

12   A.   I don't recollect who that is, sir, no.

13   Q.   Do you recall any conversation with Mr. Mehanna about the

14   deleting references to Tibyan articles on RI?

15   A.   Nothing that immediately stands out in my mind, sir.

16   Q.   Okay.  What is RI?

17   A.   That was another forum.

18   Q.   Okay.

19   A.   I believe it's an abbreviation for Reviving Islam.

00:21 20   Q.   Is that another forum you visited as well?

21   A.   Yes, sir.

22   Q.   And do you recall deleting references to Tibyan articles

23   on Reviving Islam?

24   A.   I don't have a recollection of that, sir.

25        MR. AUERHAHN:  Can we go to the next page, please.

1   Q.   Mr. Mu'ndhir says, "Don't say I am on their forum."  The

2   defendant says, "He says he thought he had.  He didn't mean to

3   not put it in."  Mu'ndhir says, "There's a brother who posted

4   on there asking for the reference and the post was deleted.

5   Can you ask him how come that was?"  The defendant said, "He is

6   correcting it now."  Mu'ndhir says, "Okay."  The defendant

7   says, "He fixed it."  Mu'ndhir says, "Cool."

8       Does this refresh your recollection about a conversation

9   with Mr. Mehanna about deleting certain references on Reviving

00:22 10   Islam?

11   A.   It does not, sir.

12   Q.   Okay.  Now, as an administrator what powers, if you will,

13   did Mr. Mehanna have with reference to posts by other members?

14   A.   He could delete posts, edit them, things of that nature.

15   Q.   And did he post many publications on Tibyan directly?

16   A.   You mean on his own or through the site itself?

17   Q.   Through the site.

18   A.   He did post a couple translations on there as I recall.

19   Q.   And what screen name did he use on Tibyan?

00:23 20   A.   If memory serves me correctly, it was Abu Sabaayaa.

21   Q.   And you've already said you used Brother Mujahid?

22   A.   Yes.

23   Q.   And what about Ahmad Abousamra?

24   A.   I think he switched his user name a few times, and I don't

25   recall which one he used on that forum.

1    Q.    Does Abul Fadl ring a bell?

2    A.    That would have been one he used, but I don't recall if

3    that was on Tibyan or another site at this point.

4          MR. AUERHAHN:  Can we bring up Exhibit 670, please?

5    Q.    Now, I'll show the large part of this.  This appears to be

6    a chat conversation, a group conversation, involving the

7    defendant, Ahmad AS, and Dan Spaulding.  Ahmad AS is who?

8    A.    I'm assuming Ahmad Abousamra.

9          MR. AUERHAHN:  Okay.  Can we go to page 3, please?

00:24 10   Q.    Ahmad AS says, "Abu Umar, do you have the summer catalog

11   for Umb," and then, "'cause Ibrahim just called."  You say, "My

12   security has now been compromised."  Ahmad AS says, "He needs a

13   copy of it."  The defendant says, "Well, if you used the proxy

14   I sent you, it wouldn't be an issue," wink, smiley face.  You

15   say, "The FBI will ascend on my house any minute."  Abousamra:

16   "Hahahaha.  Hey, al-faqeer the needy, all that proxy moxy info,

17   whether for MSN or surfing, can you tell me where to find it?"

18   The defendant said, "Aah, now you want it.  Okay.  Okay."

19   Abousamra:  "You know, realistically speaking, if you wanted it

00:25 20   to be of any benefit to you" --

21         Before we go on to the next page, this discussion about

22   securing a proxy, can you explain to us what that's about?

23   A.    That would have involved -- you can download a certain

24   program so that when you use the internet, it uses a different

25   IP address.

1    Q.   Were you concerned about you being identified as involved

2    in certain internet activity?

3    A.   Initially.

4    Q.   Okay.

5         MR. AUERHAHN:  Next page, please.

6    Q.   Abousamra says, "You'd have to create a new email

7    address" -- to which the defendant responds, "I know email.

8    Again Abousamra:  -- "and new MSN screen name."  The defendant:

9    "But, alas, I am doomed to my fate."  Abousamra:  "Otherwise it

00:26 10   does absolutely nothing."  The defendant:  "I used it."  Mr.

11   Abousamra:  "To think you're cool."  The defendant:  "So that

12   if someone is scared from talking to me, I can just tell them

13   'I am using a proxy.  Don't worry.'"

14        MR. AUERHAHN:  Can we bring up Exhibit 441, please.

15   Q.   Are you familiar with this poem, "Make Death What You

16   Seek"?

17   A.   Vaguely.

18   Q.   Okay.  You said Abu Sabaayaa, that's the defendant?

19   A.   I believe so.  In this case, yes.

00:26 20   Q.   Okay.  And do you recall who wrote this poem?

21   A.   I don't recall if he -- if it's his poem or a translation

22   of someone else's, sir.

23        MR. AUERHAHN:  Can we bring up Exhibit 668, please?

24   Q.   And this appears to be a chat session between you and the

25   defendant on July 25, 2006.  Is that correct?

```
 1   A.   That's what it would appear to be, yes, sir.

 2        MR. AUERHAHN:  Can we go to the second page.

 3   Q.   Can you read what's attributed to you, please?

 4   A.   "Did you write the poem 'Make Death What You Seek'?"

 5   Q.   The defendant said, "Yeah, a few years back."

 6   A.   "On CG?"

 7   Q.   "Yup."

 8   A.   "I just found it."

 9   Q.   "It's still online?"

10   A.   And then a post of two different links, I believe.

11   Q.   Which have the words "Tibyan" on them?

12   A.   Yes, sir.

13   Q.   Does this refresh your recollection as to who wrote the

14   poem "Make Death What You Seek"?

15   A.   I guess if he's acknowledging it in this, yes.

16   Q.   And you reviewed this chat before you came to court today?

17   A.   This particular chat?  I don't recall.

18   Q.   You don't recall if this was in the pile of chats I gave

19   you to review in preparation for your testimony today?

20   A.   Well, it was a rather thick document, sir.  I don't recall

21   every word that was in there.

22   Q.   Did you review it carefully for the purpose of this

23   serious proceeding here?

24   A.   I did look through it, yes, sir.

25   Q.   But you didn't remember having read this particular chat?
```

00:27 (line 10)
00:28 (line 20)

```
 1  A.    No, sir.

 2  Q.    Okay.  Now, with reference to --

 3         MR. AUERHAHN:  You can take that down, Paul.  Thank

 4  you.

 5  Q.    Now, with reference to the "39 Ways," you said it set

 6  forth other ways to participate in jihad besides just fighting?

 7  A.    Yes, sir.

 8  Q.    And it also talks about ways to prepare for jihad,

 9  correct?  It's about serving and participating, so it's -- and
00:28 10  it also talks about preparation?

11  A.    I believe items to that effect are included in it.

12  Q.    Okay.  And did Mr. Mehanna follow any of the 39 ways of

13  preparing?

14  A.    Beyond, like, praying for the mujahideen or speaking in

15  support of them, there's nothing that specifically comes to

16  mind.

17  Q.    Okay.  Well, one is speaking in support of the mujahideen.

18  A.    Yes, sir.  Yes.

19  Q.    And that's one of the "39 Ways" that's listed, correct?
00:29 20  A.    Yes, sir.

21  Q.    Okay.  And what about the translation and dissemination of

22  material?

23  A.    Yes, that would have been part of it.

24  Q.    Okay.  And what about any physical activity, physical

25  training?
```

```
  1   A.   I don't recall -- recall a specific instance of him saying

  2   I'm getting trained for a specific -- physically trained for

  3   that specific reason.

  4            MR. AUERHAHN:  May I approach, your Honor?

  5            THE COURT:  You may.

  6            MR. CHAKRAVARTY:  Again, 6/29/10, page 4, third full

  7   paragraph.

  8   BY MR. AUERHAHN:

  9   Q.   Would you read that full third paragraph there, please.

 10   A.   (Witness complies.)

 11   Q.   Okay?  Now, does that refresh your recollection as to

 12   whether or not in addition to him talking about the mujahideen

 13   and the translation services, Mr. Mehanna did anything else?

 14   A.   Somewhat.

 15            MR. CARNEY:  May I have one moment, please, your

 16   Honor, to speak to Mr. Auerhahn?

 17            THE COURT:  Okay.

 18            (Counsel confer off the record.)

 19            MR. CARNEY:  Thank you, your Honor.

 20   BY MR. AUERHAHN:

 21   Q.   So the question was whether or not that refreshed your

 22   recollection as to whether in addition to the translation --

 23            THE REPORTER:  I'm sorry, Mr. Auerhahn.  I can't hear

 24   you.

 25            THE COURT:  Yeah, would you use the microphone, Mr.
```

1   Auerhahn, a little better?

2   BY MR. AUERHAHN:

3   Q.   So the question was whether or not in addition to the

4   translation services and the speaking on behalf of the

5   mujahideen, whether Mr. Mehanna did anything else to prepare

6   for jihad.

7   A.   Just like I said, to be ready, I suppose you could say,

8   but nothing specifically, "go here/do that" type.

9   Q.   And what do you mean "to be ready"?

00:32 10   A.   Just to be in a state of physical fitness.

11   Q.   Okay.  And for the purpose of being in a state of physical

12   fitness, did he participate in any training?

13   A.   I wouldn't use the word "training" per se, but there was

14   a -- he did briefly attend a martial arts session put on by

15   someone at the -- at MIT.

16   Q.   And what did Mr. Mehanna tell you about being ready?

17   Ready for what?

18   A.   Just, in a general sense, be ready in case you need to be

19   able to do something.

00:32 20   Q.   Something like jihad?  We're not talking about just

21   something something; we're talking about jihad, right?

22   A.   Yeah.

23   Q.   Speaking of training, do you know an individual named

24   Ahmad Abu Dawud?

25   A.   Yes, sir.

1    Q.    Do you know how to spell Abu Dawud?

2    A.    I believe he spelled it A-B-U D-A-W-O-O-D, but I'm not

3    positive on that, sir.

4    Q.    Do you remember approximately when you first met Mr. Abu

5    Dawud?

6    A.    I don't recall the first instance where I met him, sir.

7    Q.    Okay.  It was -- was it before or after you met

8    Mr. Mehanna?

9    A.    It would have been after, I believe.

00:33 10   Q.    Okay.  And did he become a member of a group of friends

11   which included you and Mr. Mehanna?

12   A.    We did initially, I suppose, you know, hang out with him

13   on a few occasions.

14   Q.    Okay.  And in terms of you talked about yesterday about --

15   you know, Salafi-Jihadi views, how would you describe his

16   philosophy?

17   A.    I don't know.  He was kind of an odd person.  I can't put

18   a finger on any of his specific belief system.  I mean, he

19   did -- he would ask questions about jihad and such, and talk

00:34 20   about the need to be ready, but in terms of having necessarily

21   the clearly defined parameters that most experts use when they

22   say Salafi-Jihadist, I don't know that he would necessarily

23   fall into that categorization.

24          MR. AUERHAHN:  May I approach, your Honor?

25          THE COURT:  All right.

```
 1   BY MR. AUERHAHN:
 2   Q.   Would you read --
 3        MR. AUERHAHN:  I'm sorry.  Mr. Carney, 6/29/10, third
 4   paragraph.
 5   Q.   Would you read that and see if it refreshes your
 6   recollection?
 7   A.   (Witness complies.)
 8   Q.   Sir, did Mr. Abu Dawud have a Salafi-Jihadi world view?
 9   A.   Again, I can say that he had a certain interest in jihad,
10   but, again, I don't know if I can use the word "Salafi" --
11   Q.   So --
12   A.   -- which encompasses a lot more than just, you know,
13   jihadist inclinations.
14   Q.   So just so I understand, so he was a jihadi but not
15   necessarily a Salafi-Jihadi?
16   A.   I mean, I don't know that he had the specific theological
17   knowledge to identify himself as such.  I don't know that.  I
18   don't recall.
19   Q.   Would you characterize him as a jihadi?
20   A.   Certainly that -- in some instances that's how he would
21   have presented himself.
22   Q.   And you mentioned something earlier about it being
23   necessary to train and be ready?
24   A.   Yes, sir.
25   Q.   Can you elaborate on that, please?
```

00:35 (line 10)
00:36 (line 20)

1    A.    In regards to Mr. Abu Dawud?

2    Q.    Yes.

3    A.    Yes.  He was someone who was -- would frequently speak to

4    that effect, that, you know, trying to always talk, "Oh, be

5    ready."  You know, "You've got to be prepared.  Be ready.

6    Stuff's going to happen," things to that effect.

7    Q.    Okay.  And he's the one who ran the program at MIT that

8    you referred to earlier?

9    A.    That was my understanding.

00:36 10   Q.    Now, at some point in 2004 did you learn about a trip to

11   Yemen?

12   A.    I don't recall if it was in 2004 now, but I did

13   eventually, yes, learn about that.

14   Q.    And with whom did you speak to about this trip to Yemen?

15   A.    I recall discussions with Ahmad Abousamra about them.

16   Q.    Okay.  What about with Tarek Mehanna?

17   A.    They were discussed at some point, yes, sir.

18   Q.    Okay.  So let's focus on Mr. Mehanna first.  Tell us what

19   Mr. Mehanna told you about the trip to Yemen.

00:37 20   A.    He spoke, obviously, that he had -- he had gone to Yemen.

21   He spoke about some of the different localities that they had

22   visited.

23   Q.    Who's "they"?

24   A.    He and Mr. Abousamra.  Sorry.  And he mentioned that there

25   was a third individual who had gone part of the way with them

1  but had left.  He didn't go all the way to Yemen with them.

2  Q.    Who was this third individual?

3  A.    I believe his name was Kareem Abuzahra.

4  Q.    Okay.  Did Mr. Mehanna tell you why Mr. Abuzahra had

5  backed out?

6  A.    Something -- if I recall, it was something to the effect

7  that his parents or some family member called him, and he used

8  that as an excuse to go back.

9  Q.    And you say "he used that as an excuse."  What do you mean

00:38 10  by that?

11  A.    They didn't think he wanted to go -- both Tarek and Ahmad

12  had mentioned to me on different occasions that they didn't

13  think he wanted to actually go to Yemen with them.

14  Q.    Okay.  And what was their purpose in going to Yemen?

15  A.    Ahmad told me that it was to obtain paramilitary training,

16  or terrorist training, if you prefer.

17  Q.    And Abuzahra chickened out?

18  A.    Essentially that was the way they depicted -- Ahmad,

19  especially, depicted him.

00:38 20  Q.    Okay.  Did Mr. Mehanna see it the same way, as chickening

21  out, as opposed to using a legitimate excuse?

22  A.    I believe he had characterized it in that light at some

23  point, yes, sir.

24  Q.    Now, when you were friends with Mr. Abousamra and

25  Mr. Mehanna, was Mr. Abuzahra part of the group as well?

A.    I -- they did not associate with him as much by that

point.

Q.    And did either Mr. Mehanna or Mr. Abousamra tell you why

Mr. Abuzahra was no longer part of their group?

A.    From what I believe -- I can't remember which one, but one

of them indicated that he was kind of a -- you know, had a

controlling wife and he wasn't, as such, able -- you know, he

had family and wasn't able to go out, you know, and socialize

as much.

00:39 Q.    Okay.  Now, in terms of these discussions about the trip

to Yemen and the purpose of the trip to Yemen, would

Mr. Abousamra and Mr. Mehanna talk about it openly in front of

lots of people or a select group of people?

A.    More so certain people.

Q.    And who were those certain people?

A.    People that they -- specifically with -- you know, people

that they knew fairly well in the community.

Q.    Okay.  And with reference to the kind of details you've

already given, was that a particularly small circle?

00:40 A.    Generally, yes, sir.

Q.    And who was in that particularly small circle?

A.    I mean, I guess the people that -- there were people that

knew that the trip had gone on in the first place.  I'm trying

to think of some names for you, sir.  Hassan Masood was

somebody; Ali Aboubakr might have been one, but I don't recall

```
 1  beyond that at the moment, sir.
 2          MR. AUERHAHN:  May I approach, your Honor?
 3          THE COURT:  All right.
 4          MR. AUERHAHN:  Grand jury, page 11, line 17 at the
 5  bottom.
 6  BY MR. AUERHAHN:
 7  Q.   Would you read line 17 to the bottom and see if that
 8  refreshes your recollection as to whether or not there was a
 9  rather small circle of people with whom he discussed the
10  specifics of the Yemen trip?
11  A.   (Witness complies.)
12  Q.   Sir, does that refresh your recollection concerning the
13  small circle of people to whom he would disclose the details of
14  the Yemen trip?
15  A.   Yes, sir.
16  Q.   And who was in that small circle?
17  A.   I would add the name Daniel Maldonado.
18  Q.   So basically you, Daniel Maldonado, and obviously each
19  other, Ahmad and Mr. Mehanna?
20  A.   And a few others, sir, that I had mentioned, yes.
21  Q.   Aboubakr and Masood?
22  A.   Yes, sir.
23  Q.   Now, you described the intention to get paramilitary
24  training or -- I apologize -- I forget the exact word you used,
25  but was there an intention to do something after getting the
```

1    training?

2    A.    Yes.  Ahmad expressed his desire for that, yes.

3    Q.    Okay.  And what did he tell you he was going to do after

4    the training?

5    A.    He had indicated that he had hoped to participate in an

6    armed conflict somewhere; specifically, one involving the

7    United States.

8    Q.    In what country?

9    A.    I believe his preference was to go to Iraq, sir.

00:42 10    Q.    Okay.  And ultimately, did he tell you that he, in fact,

11    went to Iraq?

12    A.    He did, sir.

13    Q.    Did you ever discuss with Mr. Mehanna why he didn't go on

14    to Iraq with Mr. Abousamra after Yemen?

15    A.    I have a vague recollection, sir, yes.

16    Q.    Okay.  And what did Mr. Mehanna tell you as to why he

17    didn't go on to Iraq with Mr. Abousamra?

18    A.    If I recall correctly, he got a call from his parents, so

19    he felt it was his responsibility to return home to them.

00:43 20    Q.    Okay.  Do you remember any other reason?

21    A.    Nothing that comes to mind at the moment, sir.

22          MR. AUERHAHN:  May I approach, your Honor?

23          THE COURT:  All right.

24          MR. AUERHAHN:  Grand jury, page 16, line 15 to 21.

25    BY MR. AUERHAHN:

1    Q.   Would you read lines 15 to 21, please.

2    A.   (Witness complies.)

3    Q.   Now, does that refresh your recollection as to Mr. Mehanna

4    telling you another reason why he didn't go on to Iraq with

5    Mr. Abousamra?

6    A.   Vaguely, sir.

7    Q.   And what was that other reason?

8    A.   That he was -- thought it was a waste of time.

9    Q.   Was he disillusioned with their lack of success in Yemen?

00:44 10   A.   That was a possibility, sir, yes.

11   Q.   Well, is that one of the things he said to you?

12   A.   Something to that effect, yes, sir.

13   Q.   And he gave up while Mr. Abousamra did not?

14   A.   Yes, sir.

15   Q.   And why did Mr. Abousamra not give up?

16   A.   Because he had this -- these notions and he seemed pretty

17   intent on fulfilling them.

18   Q.   Now, did Mr. Abousamra tell you some of the places they

19   visited in Yemen?

00:45 20   A.   Different schools and the like, yes, sir.

21   Q.   And did he say what their purpose was in visiting these

22   schools?

23   A.   He indicated, as I said earlier, that Ahmad had indicated

24   that it was his purpose to try to find individuals or contacts

25   that could help him obtain this weapons training.

1   Q.   Okay.  And when he talked about it, he talked about what

2   he and Mr. Mehanna did, correct?

3   A.   Those were the terms he spoke about them in, yes, sir.

4   Q.   Now, you mentioned that Abousamra told you that he

5   actually made it to Iraq.  Did he describe to you any of his

6   experiences in Iraq?

7   A.   He did, sir.

8   Q.   And what did he tell you about his experiences in Iraq?

9   A.   That he -- again, he sought out -- he had hoped to seek

00:46 10 out this weapons training, paramilitary training, but, again,

11  was rebuffed.  At some point he was in the city of Fallujah,

12  Iraq, looking for such contacts but, again, was unable to

13  acquire them.

14  Q.   Did Mr. Abousamra talk about his experiences in Iraq in

15  the presence of Mr. Mehanna?

16  A.   There's no specific instance that stands out in my mind of

17  that, sir.

18  Q.   Do you remember generally discussions with Mr. Mehanna

19  about Abousamra's experiences in Iraq?

00:46 20 A.   I believe that we had spoken about it on a few occasions,

21  yes, sir.

22  Q.   Now, did you learn at some point that this was not

23  Mr. Abousamra's first attempt to get paramilitary training in

24  the Middle East?

25  A.   Yes, sir.

1    Q.   And from whom did you learn about this other occasion?

2    A.   I don't recall if it was Mr. Abousamra himself who

3    initially told me or someone else.

4    Q.   And if it were someone else --

5    A.   I don't recall.  I believe it was -- it would have been

6    him who would have told me.

7    Q.   Okay.  And what did Mr. Abousamra tell you about his other

8    trips to the Middle East for the purpose of receiving

9    paramilitary training?

00:47 10   A.   He had spoken of at least, I believe, two trips to

11   Pakistan with the intent of getting said paramilitary training,

12   sir.

13   Q.   Did he indicate an attempt to contact any particular

14   organization?

15   A.   I think in Pakistan the group he was hoping to get in

16   contact with is a group called Lashkar-e-Taiba.

17   Q.   And did he explain to you any connection to that

18   organization that he had here in the United States?

19   A.   As I recall, the -- he said something to the effect that

00:48 20   he had a contact -- somebody who was in contact with the group

21   via the iman -- the former iman of the Worcester mosque.

22   Q.   Did you discuss Mr. Abousamra's experiences in Pakistan

23   with the defendant Mehanna?

24   A.   I remember mentioning it a few times, but I don't recall

25   the depth of the said conversations.

1    Q.    Okay.  Did either Mr. Mehanna or Abousamra ever encourage

2    you to go on jihad to Iraq or any other location?

3    A.    Mr. Mehanna, no.  Abousamra would talk about it in a more

4    general sense, yes.

5            MR. AUERHAHN:  May I approach, your Honor?

6            THE COURT:  All right.

7            MR. AUERHAHN:  10/29/09, page 2, third paragraph.

8    BY MR. AUERHAHN:

9    Q.    If you could read that third paragraph, please.

00:49 10  A.    (Witness complies.)

11   Q.    Now, sir, did Mr. Mehanna ever encourage you to go to

12   jihad in order to defend Muslim land such as in Iraq?

13   A.    I have no recollection of it -- that conversation to that

14   effect.

15   Q.    And reading this 302 doesn't refresh your recollection

16   concerning such a conversation?

17   A.    No, sir.

18   Q.    But you recall a conversation with Mr. Abousamra about

19   that?

00:50 20  A.    In a general sense, yes.  I mean, there was no specific

21   "Go here at this time and do that," but there was that

22   persistent, "We should go, we should go," you know.

23   Q.    Now, sir, when you read these 302s, did you contact anyone

24   to say, "There are things in here I don't remember"?

25   A.    Excuse me?

1    Q.   When you read these 302s in preparation for your

2    testimony, there's something in here that's different than you

3    just testified to with reference to Mr. Mehanna.

4              MR. CARNEY:   I object.

5              THE COURT:   Sustained.

6              That will be stricken and the jury will disregard

7    that.

8    BY MR. AUERHAHN:

9    Q.   Did you contact anyone to say that there's some error in

00:50 10   this 302 concerning what your memory of events are?

11   A.   No, sir.

12   Q.   Now, with reference to the obligation to receive military

13   training to engage in jihad, did you ever discuss with

14   Mr. Mehanna or Mr. Abousamra that obligation?

15   A.   Can you repeat the question?

16   Q.   Did you discuss with Mr. Mehanna or Mr. Abousamra the

17   obligation to receive military training to engage in jihad?

18   A.   I believe I had conversations with Mr. Abousamra to that

19   effect, sir.

00:51 20   Q.   How about with Mr. Mehanna?

21   A.   There's nothing that I can clearly recall, sir, no.

22             MR. AUERHAHN:   May I approach?

23             Grand jury, page 18, line 9 to 13.

24   Q.   Can you see if that refreshes your recollection about a

25   conversation?

```
 1    A.    (Witness complies.)

 2    Q.    So does that refresh your recollection as to Mr. Mehanna's

 3    statements concerning an obligation to get military training to

 4    participate in jihad?

 5    A.    It does not, sir.

 6    Q.    And when you testified in the grand jury was your memory

 7    clearer than it is today?

 8    A.    I would say so, sir, yes.

 9    Q.    Okay.  So -- and you testified from your then-present

10    memory as best you could recall it?

11    A.    I did, sir.

12          MR. AUERHAHN:  Okay.  Your Honor, I would like to read

13    a few sentences from the grand jury, his past recollection

14    recorded.

15          MR. CARNEY:  I object.

16          THE COURT:  Let me see you.

17          (Discussion at sidebar and out of the hearing of the

18    jury:)

19          MR. CARNEY:  Your Honor, if we were in the superior

20    court I would say Commonwealth versus Bookman which is based on

21    the federal rule as well.  The grand jury can never -- grand

22    jury testimony can never constitute past recollection recorded

23    because past recollection recorded requires that the witness

24    either created the document or saw the document close in time

25    to when he had a memory of it and knew at that moment that the
```

00:53 appears at lines 10 and 20.

1   document was accurate.

2        The defendant did not -- I mean, the witness did not

3   have an opportunity to look at the grand jury transcript

4   promptly after it was created in order to affirm that it was

5   accurate, and so that's why the grand jury transcript is not

6   admissible as present recollection recorded.

7        MR. AUERHAHN:  I'm not familiar with the *Commonwealth*

8   *versus Bookman* case, but it would seem to me if I told the

9   witness and he wrote it down, then that witness can testify as

00:54  10   to what it was that the other person -- in other words, let's

11   say, for example, some goes to a police officer and said, "I

12   just saw the getaway car and here's the license plate," and the

13   police officer writes down the license plate.  The witness

14   who's on the stand can testify, "I saw the license plate.  I

15   remember it.  I gave it to the police officer."  And the police

16   officer's the one who's going to testify, "I wrote it down

17   based on what the person told me."  And I don't think we have

18   to say, "Did you look at the piece of paper that it was written

19   down on and what was on it?"

00:55  20        MR. CARNEY:  I think that's exactly what you have to

21   do.

22        THE COURT:  I think you do.  I think you do.

23        MR. CARNEY:  Excuse me for interrupting.

24        THE COURT:  Reading the language of the rule which is

25   803(5), "A memorandum or record concerning a matter about which

1    a witness once had knowledge but now has insufficient

2    recollection to enable the witness to testify fully and

3    accurately, shown to have been made or adopted by the witness

4    when the matter was fresh in the witness' memory."

5            So what needs to be shown to have been made or adopted

6    is the memorandum or record.  So I think it does require that

7    the writing have been -- so if, for example, he testified thus

8    in the grand jury, and shortly thereafter reviewed the grand

9    jury notes and affirmed that they accurately captured his

00:55 10   testimony, then I think it would suffice.  But in the absence

11   of that, the memorandum of the record has not been validated by

12   the witness.

13           MR. AUERHAHN:  So can I ask him, as I did with the

14   302s, "Did you review the transcript?  Did you find any errors?

15   Did you bring any errors to the attention of anyone?  Is there

16   anything that" --

17           THE COURT:  No, I think it has to be contemporaneous

18   with the recording -- more or less contemporaneous with the

19   recording.  So if he left the grand jury and his lawyer got a

00:56 20   transcript and they went over it and he made no objection, then

21   you might have it.  But I don't think a couple of years later

22   it works.

23           (In open court:)

24   BY MR. AUERHAHN:

25   Q.   Now, was there a -- you said earlier that there was

1    a -- sort of a circle of people to whom the defendant and

2    Abousamra would feel comfortable talking about Yemen?

3    A.   Yes, sir.

4    Q.   Was there a similar sort of small circle of people within

5    which the defendant felt comfortable talking about the

6    obligation of jihad?

7    A.   He would speak about that, yes.

8    Q.   And was there a small circle of people in front of whom he

9    would talk about that?

00:57 10   A.   There was probably certain people that he would be more

11   forthright with, yes, sir.

12   Q.   Was Mr. Abousamra more or less careful about those kinds

13   of conversations?

14   A.   Not as much, sir, no.

15   Q.   And you've already mentioned some of the close friends:

16   you, yourself; Daniel Maldonado; Hassan Masood.  Were there

17   others in a larger group of friends?

18   A.   Yeah, there were sort of people that would come and go, I

19   suppose you could say.

00:58 20        MR. AUERHAHN:  Could we have Exhibit 653, please?

21   Q.   And does this appear to be a chat between you and the

22   defendant on February 8, 2006?

23   A.   It does appear that way, sir, yes.

24        MR. AUERHAHN:  Can we go to page 14, please.

25   Q.   Why don't you start with the part attributed to you where

1    you say, "I read an" --

2    A.   "I read an Abu Muhammad article" --

3    Q.   "Ya."

4    A.   -- "where he mentions that many people go into jihad with

5    little or no knowledge and this leads the act in incorrect

6    ways."

7    Q.   "Yes."

8          MR. AUERHAHN:  Next page, please.

9    Q.   Go on, please.

00:59 10   A.   "So he stressed the importance of having knowledge of the

11   Sharee'ah law.  I was like, 'Wow, I better start learning

12   more.'"

13   Q.   "If you think about people like him and Abu Anas, et

14   cetera, you realize that they combined the two greatest things

15   that any Muslim can be:  a scholar and a mujahid."

16   A.   "Well, someone like Abu Muhammad, when I read his articles

17   and books, I really feel like I'm learn *[sic]* beneficial

18   knowledge and I feel like my faith is being raised.  It is not

19   just a stale and boring outlining of facts.  It goes right to

00:59 20   the heart.  Truly Allah has blessed us with the great scholars

21   like Abu Muhammad al-Maqdisi and Saalih al-Munajjid.  May Allah

22   preserve and protect them."

23   Q.   "Amen."

24   A.   "Thinking about great men and scholars like ibn

25   al-Uthaymeen and the rest forces me to think about how rotten

1    of a person I really am."

2    Q.   "Yeah.  These people.  Imagine how much knowledge they

3    spread around the world."

4    A.   "These scholars went through all sorts of trials and

5    tribulations that I have no idea about, yet I screw up over the

6    simplest things."

7    Q.   And then a link is sent:  Jewelsofguidance/ibnuthaymeen.

8    A.   "Yet someone like al-Maqdisi is in jail and has never

9    relented on his principles.  May Allah reward you for it.  Oh,

01:00 10   how could I forget Abdullah Azzam.  Surely he deserves to be

11   mentioned among shayukh as ibn al-Uthaymeen.  May Allah be

12   merciful to them both."

13   Q.   Now, I believe you mentioned yesterday who Abu Muhammad

14   al-Maqdisi is.

15   A.   Yes.

16   Q.   How about Abdullah Azzam?

17   A.   He was a -- I believe of Palestinian origin who was one of

18   the leading figures who recruited Arab fighters to fight

19   against the Soviet Union in Afghanistan in the '80s.

01:01 20        MR. CARNEY:  May I have a moment, your Honor?

21        (Counsel confer off the record.)

22        MR. CARNEY:  The prosecution is going to stop the chat

23   at that point.  I would ask about another half a page of it be

24   written [sic] because I submit it's on the same subject.

25        MR. AUERHAHN:  Your Honor, Mr. Carney can certainly do

1   that in cross-examination.  I'm sure he has intentions on doing

2   a fulsome cross-examination, and there's more from the chat

3   that's relevant...

4         THE COURT:  Let me take a look at it.

5         MR. CARNEY:  Your Honor, the number would be 653, and

6   the bottom of the page is 52 -- page 52 -- when the discussion

7   begins about Abdullah Azzam, and continues on to page 53 -- I'm

8   referring to the bottom of the document -- where the defendant

9   begins talking about Abdullah Azzam.

01:02  10         (Pause.)

11         MR. CARNEY:  And I'm suggesting that page 53, halfway

12   down, would complete the conversation concerning Abdullah

13   Azzam.

14         (Pause.)

15         MR. AUERHAHN:  Your Honor, without debating this too

16   much in front of the jury, but I don't think it affects the

17   meaning of the words that we read in any way that creates a

18   different context or meaning.  And if Mr. Carney disagrees, he

19   can certainly do so on cross.

01:03  20         THE COURT:  Well, I think it does complete the

21   thought.  I think you can have it.  So it's basically through

22   the "yes"?

23         MR. CARNEY:  Yes.  "Did they resolve" --

24         THE COURT:  Page 53.

25         MR. CARNEY:  "Did they resolve it?"  "Yes."

```
 1              THE COURT:  "Did they resolve it?"  "Yes."
 2              MR. CARNEY:  Exactly right.
 3    BY MR. AUERHAHN:
 4    Q.    Before we leave this page, "Abu Anas, et cetera, you
 5    realize that they combined the two greatest things that any
 6    Muslim can be:  a scholar and a mujahid."  Who's Abu Anas?
 7    A.    As I recall, he was someone who had fought in Iraq, and I
 8    believe was ultimately killed there.
 9    Q.    Fought in Iraq against U.S. forces?
10    A.    I believe so, yes.
11              MR. AUERHAHN:  Next page, please.
12    Q.    "I have a book by Abdullah Azzam where he says that he
13    loves Shaykh Uthaymin and Shaykh Bin Baz more than he loves his
14    own parents."
15    A.    "I know ibn al-Uthaymeen praised Azzam's books and
16    recommended them.  Ibn Baz too.  Did Imaam al-Albaani and Imaam
17    Abdullah Azzam ever have any interaction?"
18    Q.    "Yes."
19              THE COURT:  That's not the "yes."  There's another
20    one --
21              MR. AUERHAHN:  Oh, sorry.
22              THE COURT:  -- further down.
23              That's it.
24              MR. AUERHAHN:  The second "yes"?
25              THE COURT:  That's it.
```

```
 1   BY MR. AUERHAHN:

 2   Q.   "Al-Albaani says Abdullah Azzam was always in the first

 3   row at all of his lessons although there was one incident

 4   between them that was unpleasant but was the result of a

 5   misunderstanding."

 6   A.   "Did they resolve it?"

 7   Q.   "Yes."

 8        MR. AUERHAHN:  Is that the "yes"?  Okay.

 9        You can take that down.

01:05 10  Q.   Now, sir, did you ever have a conversation with

11   Mr. Mehanna about certain friends in Egypt that he had?

12   A.   Yes, sir.

13   Q.   Friends who had traveled to Iraq in about 2003 after the

14   U.S. invasion?

15   A.   At least one of them, sir, yes.

16   Q.   Okay.  And what did he tell you about those friends?

17   A.   He mentioned that he had a friend in Egypt who had gone to

18   Iraq and was there during the initial stages of the invasion in

19   2003, but later left and returned back to Egypt.

01:05 20  Q.   Did he tell you anything else about those friends?

21        MR. CARNEY:  I object.  I believe the witness

22   continues to use the singular and the prosecutor continues to

23   use the plural.

24        THE COURT:  All right.  Yes.  Fine.

25   BY MR. AUERHAHN:
```

1  Q.    Did he tell you anything else about that friend who went

2  to Iraq after the U.S. invasion?

3  A.    Just that he was kind of a celebrity in his area of

4  residence in Egypt for doing that.  But beyond that, I cannot

5  recall anything.

6  Q.    Did Mr. Mehanna see him as a celebrity as well?

7  A.    I believe he respected him, yes.

8         MR. AUERHAHN:  Can we bring up Exhibit 662, please.

9  Q.    Does this appear to be a chat between you and the

01:06 10  defendant on July 3, 2006?

11  A.    Yes, sir.

12         MR. AUERHAHN:  If you would go to the next page,

13  please.

14  Q.    Could you start reading what's identified as your words

15  starting with the "Did you lock"?

16  A.    Yes, sir.  "Did you lock the Shaykh Muhammad Hassan

17  thread?"

18  Q.    "Yes.  I didn't want this kid to keep embarrassing

19  himself."

01:07 20  A.    "Can you unlock it for a sec so I can post a response to

21  Abu Turaab?"

22  Q.    "Sure."

23  A.    "Let me know when I can post."

24  Q.    "I just wish people would read a book before writing one."

25  A.    "Hehehe."

 1   Q.   "Go ahead.  But I'm going to lock it once you're done, so

 2   do it now, Allah willing."

 3   A.   "It is posted.  Read it and tell me if you think my

 4   response is correct."

 5   Q.   "Excellent."

 6   A.   "I think some brothers are a lot of zeal, but no

 7   knowledge."

 8   Q.   Before we go on, when you ask him to unlock something,

 9   what are you referring to?

01:07 10   A.   Excuse me?

11   Q.   When you ask Mr. Mehanna to "unlock it for a sec so I can

12   post a response to Abu Turaab," unlock what?

13   A.   A thread on a forum, I believe.

14   Q.   Okay.  And so this was a forum over which Mr. Mehanna had

15   some control?

16   A.   Yes, sir.

17   Q.   Do you know which forum it was?

18   A.   If I recollect the context of the conversation, I believe

19   it would have been Tibyan.

01:08 20   Q.   Okay.  I believe we stopped where you said, "I think some

21   brothers are a lot of zeal but no knowledge."

22      The defendant says, "Muhammad Hassan.  The Madaakhilah

23   refer to him as a khariji."

24   A.   Then laughing.  "I was trying to get the point across that

25   no one is saying the Shaykh Muhammad Hassan is the example of a

1    scholar in our times" --

2    Q.   Continue, please.

3    A.   -- "but he isn't some evil faasiq or palace scholar and

4    his mistakes are minor and we shouldn't split hairs over such

5    stupid things."

6    Q.   "Those two brothers that I know in Egypt, who went to IR,

7    they went because of him."

8    A.   "He also does good from what I know.  Obviously, I cannot

9    blame him for not openly denouncing the ruler."

01:09 10   Q.   "Well, I can tell you that he does."

11        What was your understanding when he said "two brothers in

12   Egypt who went to IR"?

13   A.   "IR" would refer to Iraq.

14   Q.   Okay.  And here he says "two brothers."  Not one?

15   A.   That's what it says there, yes, sir.

16   Q.   And do you have a current memory that it was only one, not

17   two?

18   A.   I don't recollect that, sir.

19   Q.   Okay.  And this doesn't refresh your recollection as to

01:09 20   perhaps it was two?

21   A.   It does not, sir.

22        MR. AUERHAHN:  Okay.  Next page, please.

23   Q.   "But not" -- "Well, I can tell you that he does but not in

24   a specific manner.  There are ways to do it that can help you

25   unnecessarily avoid jail as long as people get the hint, which

```
 1   they most definitely have, in Egypt.  Trust me.  I just don't
 2   see how someone who stood up right after 9/11 called Osama a
 3   hero" --
 4   A.   "Yeah."
 5   Q.   -- "and called the people with him a hero -- heros -- how
 6   such a person can be a scholar of the ruler."
 7   A.   "Meaning some implicit approval of their method?"
 8   Q.   "Well, explicit, heh?"
 9   A.   "Which aims to remove the Arab tyrant rulers."
10   Q.   "Also in his lectures about 9/11" --
11        MR. AUERHAHN:  Next page, please.
12   Q.   -- "I mean, come on.  He cracks jokes about how he was in
13   the Towers before they were taken down, of course.  He was one
14   of the few in Egypt who supported it openly."
15   A.   "Obviously, he isn't an Abu Muhammad al-Maqdisi."
16   Q.   "Like you said, people are of levels."
17        MR. AUERHAHN:  Can we go to Exhibit 651, please.
18   Q.   Does this appear to be a chat between you and the
19   defendant on February 5th, 2006?
20   A.   Yes, sir.
21        MR. AUERHAHN:  Can we go to page 6, please?
22   Q.   The defendant says, "I just sent some friends of mine in
23   Egypt the pics of us at the GRZR, and they were like, 'Who are
24   these terrorists?'"
25   A.   "LOL."
```

1    Q.   "They were joking, of course.  They themselves were in

2    RFDN."

3         Before we move on to the next page, "GRZR," is that Ground

4    Zero?

5    A.   Yes, sir.

6    Q.   Do you know which pictures he's referring to?

7    A.   I do, sir.

8    Q.   What pictures?

9    A.   There are, I believe, two or three different ones, but

01:11 10   they consist of either myself, him, or Mr. Aboubakr at the site

11   in New York.

12   Q.   And when he says, "They were joking, of course.  They

13   themselves were in RFDN," what does that refer to?

14   A.   That would be referring to Iraq.

15   Q.   So these are the Egyptian friends that went to Iraq?

16   A.   Presumably.

17        MR. AUERHAHN:  Next page, please.

18   A.   "I think it was Muawiyah who I showed those pictures to.

19   He thought we all looked half asleep."

01:12 20        MR. AUERHAHN:  Can we have Exhibit 354, please.

21   Q.   Sir, do you recognize this to be an email from you, Daniel

22   Spaulding, to the defendant, Tarek Mehanna, and a few other

23   people?

24   A.   Yes, sir.  That was the email address I used at the time.

25   Q.   Okay.  Can you tell us who these other people are besides

1    Tarek Mehanna, ibnul_khattab82?

2    A.   Tauqir Zaidi and Ali Aboubakr.

3    Q.   And the email reads, "I finally have the NYC pictures

4    uploaded.  There is some 33 pictures altogether."  And then

5    there is, "Greetings, Daniel."

6    A.   Yes, sir.

7    Q.   And these are the pictures from your visit to Ground Zero?

8    A.   Some of them would have been, presumably.

9    Q.   Okay.  Well, the second one is identified as Ali_Dan_and

01:13 10   Tariq.jpg, correct?

11   A.   Yes, sir.

12   Q.   And that's a name that you attached to it before you

13   emailed them?

14   A.   I don't recall what name I would have attached.

15   Q.   But this --

16   A.   Presumably, yeah.

17   Q.   This is an email you wrote?

18   A.   Yes, sir.

19   Q.   Okay.  So the contents of the email came from you?

01:13 20   A.   Yes, sir.

21   Q.   Okay.  So let's show this particular photograph.  It's

22   Exhibit B, which is Ali, Dan and Tarek.  Is that Ali, Dan and

23   Tarek?

24   A.   Yes, sir.

25   Q.   You're in the middle?

```
 1    A.    Yes, sir.

 2    Q.    The only one who's not smiling?

 3    A.    Yes, sir.

 4    Q.    Okay.

 5          MR. AUERHAHN:  Can we go back to Exhibit 354, page 1,

 6    please.

 7    Q.    And this one says Ali and Tarek?

 8    A.    It does, sir.

 9    Q.    That would be Aboubakr and Mehanna?

01:14 10   A.    Yes, sir.

11          MR. AUERHAHN:  Can we go to C, please.

12    Q.    And that, again, is the defendant and Mr. Aboubakr?

13    A.    It is, sir.

14          MR. AUERHAHN:  Can we go back to 354, but page 3,

15    please.

16    Q.    This one is Tarek and Dan?

17    A.    Yes, sir.

18    Q.    So that would be you and the defendant?

19    A.    It would be, sir.

01:14 20         MR. AUERHAHN:  Can we go to Exhibit O, please.

21    Q.    And, again, that's you and the defendant, correct?

22    A.    Yes, sir.

23          MR. AUERHAHN:  Can we go back to page 3, please.

24    Q.    And this one's entitled:  "What's missing?"

25    A.    Yes, sir.
```

```
 1   Q.   Correct?

 2   A.   It is, sir.

 3        MR. AUERHAHN:  Let's go to Exhibit Q, please.

 4   Q.   So what's missing?

 5   A.   The World Trade Center, sir.

 6   Q.   Let me ask you a few questions about Mr. Aboubakr.  How

 7   would you describe his involvement with your group?

 8   A.   He was someone that we would hang out with at times, sir.

 9   Q.   Okay.  What was his position with reference to the

10   Salafi-Jihadi philosophy and rhetoric?

11   A.   He was someone who was interested in learning a lot about

12   the religion.  And I wouldn't necessarily say he was a

13   jihadist, but he was a Salafi.

14   Q.   Okay.  Did Mr. Mehanna ever express any concern about

15   Mr. Aboubakr?

16   A.   Just that he kind of thought he was immature and he might

17   possibly -- he believed he would be someone you couldn't

18   necessarily talk to too much because he could talk outside of

19   appropriate environments.

20   Q.   So he was someone in front of whom you had to be a little

21   careful?

22   A.   Excuse me?

23   Q.   He was someone in front of whom you had to be a little

24   careful?

25   A.   Just conscientious of your words.
```

1    Q.    Okay.  Did Mr. Mehanna ever talk about any influence he

2    has on Aboubakr?

3    A.    Just that they would talk a lot about different Islamic

4    books.  I know he would send Mr. Aboubakr -- he would send to

5    him different Hadith and that they would comment on them and

6    things to that effect.

7    Q.    What about things related to jihad?

8    A.    I don't recall any specific conversations that he had with

9    Ali about jihad, sir.

01:17 10          MR. AUERHAHN:  May I approach, your Honor?

11          6/23/10, page 2, second paragraph.

12    Q.    Would you read that and take a look at the yellow

13    highlighting?

14    A.    (Witness complies.)

15    Q.    Sir, does that refresh your recollection as to

16    Mr. Mehanna's attitude towards Mr. Aboubakr on the issue of

17    jihad?

18    A.    It does not, sir.

19    Q.    Now, do you know what a jihadi video is?

01:18 20    A.    Yes, sir.

21    Q.    Can you describe what a jihadi video is?

22    A.    It would be an online video clip, sometimes in VHS form,

23    but usually on an online forum, of certain -- a recording of a

24    particular attack, or something of that nature, by a Muslim

25    group against the specific -- the opposing force in which they

     1  were fighting.
     2  Q.   Okay.  And did you watch jihadi videos as a group?
     3  A.   Yeah, there were a few occasions that I can recall.
     4  Q.   With whom?
     5  A.   At different times with different people, sir.
     6  Q.   Well, why don't you tell us about those different times
     7  with different people.
     8  A.   I recall with Ahmad watching some of the ones related to
     9  Iraq; and with Tarek, I remember -- mostly the one that stands
01:19 10  out is a Bosnia video.
    11  Q.   Any others?
    12  A.   Nothing that stands out in my mind at the moment, sir.
    13  Q.   How about the 9/11 tribute video we talked about
    14  yesterday, sir?
    15  A.   I don't recall watching that with another person, sir.
    16  Q.   Okay.  Did you discuss with Mr. Mehanna his theory of
    17  progression?
    18  A.   Excuse me?
    19  Q.   Did you discuss with Mr. Mehanna his theory of
01:20 20  progression?
    21  A.   Progression of?
    22  Q.   In terms of educating people.
    23  A.   Yeah, we would talk about things of that nature, you know,
    24  in terms of explaining the entire religion to people, that you
    25  start with certain steps and work your way up.

1  Q.   What about in terms of the jihadi mindset?

2  A.   In a very general sense I believe there were conversations

3  to that effect.

4  Q.   And why don't you describe those conversations.

5  A.   Just that you kind of have to have a -- because it's a

6  controversial topic, so that people would kind of have to be

7  brought -- you know, build up a certain foundation before you

8  can just start talking to them about issues like jihad.

9  Q.   And when you say "issues about jihad," what do you mean by

01:21 10  that?

11  A.   Like it's a necessity and obligation and such.

12  Q.   And would videos be utilized as part of this progression?

13  A.   They would be watched but I don't -- they would kind of

14  be -- you know, create some enthusiasm, yeah.

15  Q.   So the purpose of watching these videos was to create

16  enthusiasm?

17  A.   For the mujahideen and such, yes, sir.

18  Q.   And you mentioned about Bosnia and Chechen and -- videos

19  from Chechnya.  Would there be a higher level involving videos

01:21 20  from Iraq?

21  A.   On whose part, sir?

22  Q.   Mr. Mehanna.

23  A.   I think he commented to the effect that it's easier for

24  people new to the subject to see things more like Bosnia and

25  Chechnya because there's less controversy surrounding them.

1    Q.   And once he got past those lower levels, was then the Iraq

2    videos introduced?

3    A.   I suppose that possibility was there, sir.

4    Q.   Well, did he say that to you?

5    A.   I don't recollect, sir.

6         MR. AUERHAHN:  May I approach, your Honor?

7         THE COURT:  All right.

8         MR. AUERHAHN:  6/29/10, page 5, second paragraph.

9    BY MR. AUERHAHN:

01:23 10   Q.   Now, does that refresh your recollection as to what he

11   said about the progression leading to the Iraqi videos?

12   A.   It does not, sir.

13   Q.   You don't recall having a conversation with the FBI in

14   June of 2010 about that?

15        MR. CARNEY:  I object.

16        THE COURT:  That question is all right.

17        You may answer that.

18        THE WITNESS:  I don't recall that conversation, sir.

19   BY MR. AUERHAHN:

01:23 20   Q.   Now, in terms of -- you already said that the videos were

21   meant to -- again, I apologize, I forget the word you used --

22   but to create enthusiasm or inspire?

23   A.   Something to that effect, yes, sir.

24   Q.   Okay.  And when you were watching the videos with either

25   Mr. Abousamra or Mr. Mehanna, did you talk about that fact,

1   that it was inspiring or energizing?

2   A.    In a general sense.

3   Q.    In a general sense the answer is yes?

4   A.    Yes, it would create -- yes.

5   Q.    Now, you mentioned a couple of different videos and -- how

6   about "State of the Ummah."  Have you heard about that?

7   A.    Yes, sir.

8   Q.    Okay.  What is "State of the Ummah"?

9   A.    If I recall correctly, it contains different scenes of

01:24  10   Muslims allegedly being oppressed, and interlaced with

11   different speeches and talks by Osama bin Laden as I recall.

12   Q.    Okay.  And do you recall either watching or discussing

13   this particular video with the defendant, Mehanna?

14   A.    I believe I discussed it with him, yes, sir.

15   Q.    Okay.  And do you recall the discussion you had with him?

16   A.    Not the parameters of it, no, sir.

17   Q.    Do you recall watching it with him?

18   A.    I do not recall watching it with him, no, sir.

19   Q.    Do you recall him having any, quote/unquote, movie nights

01:25  20   at his house where you'd watch jihadi videos?

21   A.    The only instance I can -- that stands out clearly in my

22   mind was the one I mentioned to you about the Bosnia video.

23        MR. AUERHAHN:  Okay.  Can we have Exhibit 649, please.

24   Q.    Now, does this appear to be a chat between you and the

25   defendant on February 1, 2006?

```
 1   A.    It does, sir.

 2   Q.    Okay.  After the greetings, can you start reading with,

 3   "Do you know Shaykh Isa"?

 4   A.    "Do you know Shaykh Isa al-Awshin is?" [sic]

 5   Q.    "Of course."

 6   A.    "Tibyan has some of his articles but I'm not sure who he

 7   is."

 8   Q.    "Yeah.  He was one of the editors of Sawt al-J magazine."

 9   A.    "In SA?"

01:26 10   Q.    "Ya."

11   A.    "He got slain?"

12   Q.    "Ya?"

13   A.    "How long ago?"

14   Q.    "Two years or so."

15         You already told us what Tibyan is.  What's Sawt al-J, the

16   magazine?

17   A.    I believe, as I recall, it was some online magazine

18   published by al Qa'ida's Saudi Arabian branch.

19         MR. AUERHAHN:  Can we go to page 3, please?

01:27 20   Q.    "Some bro from TP just asked me if you could include the

21   reference to TP if you post their articles on RI."

22   A.    "Sure.  I thought I had, but I'll go back and check.  Tell

23   them it was an accidental oversight on my part and I'm

24   correcting it."

25   Q.    "Okay.  Cool."
```

1   A.   "There.  Should be all set now, God willing."

2   Q.   Does this sound like a conversation Mr. Mehanna had with

3   Mr. Abu Mu'ndhir that we read earlier?

4   A.   It's possible.

5        MR. AUERHAHN:  Can we go to page 9, please?  I'm

6   sorry -- yes, 9.

7   Q.   Can you start reading what's attributed to you, please?

8   A.   Yes, sir.  "I'm talking to Shukri.  That is what I meant."

9   Q.   "Online?"

01:28 10   A.   "On the phone."

11   Q.   "Give him my greetings."

12   A.   "Sure.  Are you going to be around Friday night in

13   Sharon?"

14   Q.   "Possibly.  I will try to make it, Allah willing.  I was

15   talking with Abu Dawud.  He is starting to see things the right

16   way."

17   A.   "I noticed.  I've been working on Hamza P. and Insaf

18   myself."

19   Q.   "I lent him the 'State of the Ummah, Islamic Nation' CD,

01:28 20   and after he saw it he told me, 'Things are much clearer now.'"

21   A.   "I've been sending them stuff by Shaykh Hammoud al-Ugla

22   and Abu Muhammad al-Maqdisi.  Nothing too over the top."

23   Q.   "Yeah, just the basics.  Simple, easy to digest stuff."

24   A.   "I sent them my Millah Ibrahim, 'Religion of Ibrahim.'

25   Hamza seemed interested."

```
 1    Q.    Well, first of all, you said, "I'm talking to Shukri."

 2    Who's Shukri?

 3    A.    That was a joking name that we gave to Ahmad Abousamra.

 4    Q.    Okay.  And then the defendant said, "I was talking to

 5    Abu Dawud.  He is starting to see things the right way."  Who

 6    is Abu Dawud?

 7    A.    That would presumably be Ahmad Abu Dawud.

 8    Q.    And what did you understand "he is starting to see things

 9    the right way"?  What things?  What way?

01:29  10    A.    The world view.

11    Q.    The Salafi-Jihadi world view?

12    A.    I don't know if that's the specific term to give it but,

13    yeah, something to that effect.

14    Q.    Okay.  And when you said --

15            MR. CARNEY:  May I have a moment, please, your Honor?

16            THE COURT:  All right.

17            (Counsel confer off the record.)

18            MR. CARNEY:  Excuse me.

19            MR. AUERHAHN:  Ready?

01:29  20            MR. CARNEY:  Yes.

21    BY MR. AUERHAHN:

22    Q.    And when you said, "I've been working on Hamza P. and

23    Insaf myself," can you explain to us what you meant by that?

24    A.    Introducing them to that certain world view.

25    Q.    So were you trying to win them over to the Salafi-Jihadi
```

1    world view?

2    A.   The Salafi world view, yes, sir.

3    Q.   Well, when the defendant responds, "I lent them 'State of

4    the Ummah,'" you just said "State of the Ummah" is an al Qa'ida

5    video production, correct?

6    A.   Yes, sir.

7    Q.   So that would be jihadi, not just Salafi, correct?

8    A.   That particular video, yes, sir.

9    Q.   So you're talking about Salafi-Jihadi here and not just

01:30 10   Salafi?

11   A.   It encompasses more than that, though, and then -- towards

12   the end of that conversation, it's indicated there.

13   Q.   But it's clear "State of the Ummah" is an al Qa'ida video.

14   A.   I believe they were the ones who produced it, yes, sir.

15   Q.   Okay.  And so when the defendant said, "I lent him the

16   'State of the Ummah,'" do you know if he's referring to Abu

17   Dawud or Hamza or Insaf?

18   A.   Presumably Abu Dawud.

19        MR. AUERHAHN:  Next page, please.

01:31 20   Q.   Can you read your portion, please?

21   A.   "I email them (and Abu Dawoud and Mexican Hamza) all that

22   stuff (low-scale, nothing that would get them or me in trouble)

23   I have got favorable responses."

24   Q.   "Excellent.  Like, what stuff you send them?"

25   A.   "Like I mentioned, Hamood al-Uqla, al-Maqdisi, Saalhi

1   al-Munajjid, al-Khudayr, Abdul-Qadir bin Abdul Aziz, stuff on

2   democracy, modernism, 'terrorism,' et cetera.  They all say to

3   keep it coming."

4        MR. AUERHAHN:  Could you go to page 15, please.

5   Q.   Would you start reading there, please?

6   A.   "Maybe we can go see Abdulmajid or something.  Allah

7   willing, I will see you Friday night and we can talk."

8   Q.   "Okay."

9   A.   "Along with Hamza, Abu Dawoud and Shukri."

10  Q.   "Haha.  A/k/a 'The Shukri Brigades'?"

11  A.   "Yes."

12  Q.   Continue, please.

13  A.   Excuse me.  "They outdo the Abu Hafs al-Misri Brigades any

14  day.

15  Q.   "Without a doubt.  Hehe.  Okay, man, I'm out.  Peace be

16  upon you."

17       What's the Abu Hafs al-Misri Brigade?

18  A.   I think they were some kind of phantom internet group that

19  would always claim, you know, responsibility for terrorist

20  attacks or weird, like, power outages and stuff of that nature.

21  Q.   Okay.

22       MR. AUERHAHN:  Can we have Exhibit 663, please.

23  Q.   And does this appear to be a chat between you and the

24  defendant on July 4, 2006?

25  A.   Yes, sir.

1      MR. AUERHAHN:  Can you go to page 3, please.

2   Q.   Okay.

3   A.   "On Thursday, what time do you start?"

4   Q.   "Six."

5   A.   "With Tauqeer, I mean."

6   Q.   "Okay."  I'm sorry.

7   A.   "Okay.  Allah willing, I'm going to come with Tahreem.

8   Does Hamza P. still go?"

9   Q.   "Yup."

01:33  10   A.   "Is Bilaal usually there?"

11   Q.   "Yes."

12   A.   "Ask him about Mahdee Bray."

13   Q.   "I love asking him about those types of people.  He always

14   has the best responses."

15   A.   "Who have you asked him about?"

16   Q.   "Hamza Yusuf."

17        Who's Bilaal?

18   A.   He was -- he is presumably an African-American Muslim

19   convert who was active in the Boston area.

01:34  20   Q.   Was he a Salafi-Jihadi?

21   A.   No, sir.

22   Q.   And who is Mahdee Bray?

23   A.   He is a spokesperson, or something to that effect, for the

24   Muslim American Society.

25   Q.   What did Mr. Mehanna think about the Muslim American

1    Society?

2    A.    He did not have a high opinion of them.

3    Q.    To say the least?

4    A.    Yes, sir.

5          MR. AUERHAHN:  Next page, please.

6    Q.    "Zayd Shakir, Mahdi Bray, all the Sufi types."

7    A.    "What does he say about them?"

8    Q.    "Well, you know about Mahdee Bray comment.  'I'd rather

9    have hot wax put into my ears' regarding Shaykh Hamza.  He was

01:34 10   the first one I heard to refer to him as Hamza Useless."

11   A.    "What did he say about Zayd Shakir?"

12   Q.    "I think he called him an idiot."

13   A.    Then I laugh.

14   Q.    "It's not just what he says" --

15   A.    "Very accurate."

16   Q.    -- "it's how he says it.  The way he wrinkles his nose and

17   just shakes his head.  Ask him."

18   A.    "The contempt."

19   Q.    "You'll see what I mean."

01:35 20   A.    "LOL.  I have seem him talk about Mahdee Bray.  Does he

21   speak about people like Yasir Qadhi or does he remain silent

22   about them?  At least to you."

23   Q.    "I've never heard him speak about him."

24   A.    "Do you think he's softening up?"

25   Q.    "He has somewhat.  But once in a while" --

```
 1   A.   "That those brothers may change."
 2   Q.   -- "I still see remnants of the old method, but there is
 3   definitely potential for change, I mean.  For them to let
 4   someone who they called the Reviver of the Khawarij' give talks
 5   in their center should prove something."
 6   A.   "Maybe they think you have changed."
 7   Q.   "I never gave them any indication of that.  I still talk
 8   about the mujahideen in front of them."
 9   A.   "Which ones?  Like the Tlbn?"
10   Q.   Okay.  That's Taliban?
11   A.   Yes.
12   Q.   And you're talking about people changing in reference to
13   their view on Salafi-Jihadi?
14   A.   Not that specifically, no, sir.
15   Q.   What are you talking about people changing?
16   A.   Most of them were followers of the
17   Saudi-government-sponsored branch of the Salafi movement.  So
18   they were very adamantly and often viciously opposed to anyone
19   that was outside of their group or had disagreed with them
20   about any issues outside of their group.  So the fact that they
21   were letting in someone who was open that he disagreed with
22   them on certain issues was a sign that they were kind of
23   opening up in a very, very broad, general sense.
24   Q.   And Mr. Mehanna says, "I still talk about the mujahideen
25   in front of them."
```

         1  A.    Yes, sir.

         2        MR. AUERHAHN:  Next page, please?

         3  Q.    "I mentioned Juhayman" --

         4  A.    "Or just the Chechens?"

         5  Q.    -- "and how he wasn't wrong, et cetera, et cetera.

         6  Obviously, I'm not going in there with 'I Love Shaykh Osama'

         7  shirt on."

         8  A.    "Hehehe.  What about 'I Hate al-Saud'?  LOL."

         9  Q.    "You gotta get that concept into them slowly and wisely,

01:37 10  lay down the basics and keep emphasizing the ruling on such

        11  people."

        12  A.    "I (L)Sayyid Qutb."

        13  Q.    "In a general sense then, when the time is right, switch

        14  it over to the correct opinion on those people.  But to just go

        15  in there from day one guns blazing" --

        16  A.    "I know, brother.  I am just kidding."

        17  Q.    -- "you won't accomplish anything."

        18  A.    "Does Bilaal still like ash-Shaykh Hamood ibn al-Uqlaa?"

        19  Q.    "I doubt it.  "Hehe.  But one of these days I want to

01:37 20  bring up 9/11 so I can respond with Uthaymin's legal opinion

        21  and see what he says."

        22        Are you talking here about Mr. Mehanna's thoughts about

        23  progression?

        24  A.    I don't know if it would fit into that specific context,

        25  sir.

1          MR. AUERHAHN:  Next page, please.

2     Q.   Can you start where it says, "That Muhammad Hassan

3     lecture"?

4     A.   "That Muhammad Hassan lecture, do you think I should make

5     copies and distribute it for some of the Arabic-speaking

6     brothers?"

7     Q.   No, because it is very general.  Nothing that they don't

8     already know.  He just talks about the virtues of jihad and

9     martyrdom and the rulings on jihad, and the reason he gave it,

01:38 10    well" --

11         MR. AUERHAHN:  Next page, please.

12    Q.   -- "he gave it right before the Iraq war started, and he

13    said in the lecture that he was receiving over 5,000 phone

14    calls a week asking for the ruling on going to Iraq, so he gave

15    this lecture as an answer to everyone."

16    A.   "I mean for some of the more older Arab brothers" --

17    Q.   "Ah, why not?"

18    A.   -- "like Abu Shukri?  'Don't listen to MAS or Bosuyni,

19    listen to this...'"

01:39 20        MR. AUERHAHN:  Exhibit 667, please.

21    Q.   Does this appear to be a chat between you and the

22    defendant on July 15, 2006?

23    A.   Yes, sir.

24         MR. AUERHAHN:  Can we go to page 3, please.

25    Q.   Could you start with "I found the video"?

A.   "I found the video of the hypocrite.  He turned in the
Canadian brothers."

Q.   And you send a link to the Canadian broadcasting, the CBC?

A.   Yes, sir.

Q.   Do you recall just in this part of the chat, what this is
about?

A.   I believe that there were several young men in Canada a
while back who were arrested for allegedly conspiring to commit
acts of terrorism in Canada and that they were -- the lead
character against them was somebody who had infiltrated them
and was working with the government all along.

Q.   Okay.

         MR. AUERHAHN:  Next page, please.

Q.   "You know who he reminds me of, his face?  Islam Karimov."

A.   "Yes, a younger version.  He brags about helping the
Canadian intelligence and then claims to have good Islamic
'foundation.'"

Q.   "May Allah allow him to be raped by someone who has a good
foundation of STDs."

A.   "Amen.  And may that beard be ripped from his face one
hair at a time."

Q.   "Amen."

A.   "Filthy hypocrite.  He says a divine hand was behind all
his activities."

Q.   "Yes.  And it shall be the same divine hand that will drag

```
  1  him on his face into hell."

  2  A.   "God willing."

  3  Q.   "People like this make me feel good about myself."

  4  A.   "It shows you what kind of rats are in our communities.  I

  5  can just imagine someone like that around here.  Piece of

  6  trash."

  7          MR. AUERHAHN:  Exhibit 665, please.

  8  Q.   And does this appear to be a chat between you and the

  9  defendant on July 12, 2006?

01:41 10  A.   Yes, sir.

 11          MR. AUERHAHN:  If we could go to page 2 first.

 12  Q.   "Abu D will be there tomorrow."

 13  A.   "Really.  Another pretrial hearing" --

 14  Q.   "No.  Abu Dawud."

 15  A.   -- "or the start of the trial?"

 16  Q.   "Will be at the Da'wah Center."

 17  A.   "Oh, I thought you meant Abu Duj."

 18  Q.   "No.  Abu Duj is on the 14th, his hearing."

 19          The defendant was talking about Abu Dawud, correct?

01:42 20  A.   Initially, yes.

 21  Q.   And you thought he was talking about someone named Abu

 22  Duj, D-U-J?

 23  A.   Yes, sir.

 24  Q.   And who is that?

 25  A.   The full name would have been Abu Dujana.  He was a -- I
```

1    believe he was a British citizen who was arrested for some

2    terrorism-related charges in the U.K.

3    Q.    And how did you and the defendant know Abu Dujana?

4    A.    He was on many of the same forums that we had been on.

5    Q.    Okay.  And so when you're talking about pretrial hearing,

6    you're talking about in connection with a criminal case in the

7    U.K.?

8    A.    Presumably, yes.

9    Q.    Did you ever learn his true name?

01:42 10    A.    I was told it at some point, but I don't recall what it

11    was at this point.

12            MR. AUERHAHN:  If you would go to page 4, please.

13    Q.    Can you start reading where you say, "So you're going to

14    talk to Bilaal tomorrow about" -- go on.

15    A.    "So you're going to talk to Bilaal tomorrow about abd

16    al-Majeed.  Yo, you still there?"

17    Q.    "Ya.  Yo.  Sorry.  I was away.  Yeah, Allah willing."

18    A.    "Daydreaming about Saddam?"

19    Q.    "I will talk to him about him.  I am not worthy of

01:43 20    daydreaming about Abu 'Udayy."

21    A.    "Like meeting him and shaking his hand?  Do you think that

22    the website of Shaykh Mohammed Hassan is something I should

23    send to Esmail?"

24    Q.    "You have the link?"

25    A.    "Yes."

```
 1   Q.    "Send it here."

 2   A.    And then I post the link.

 3   Q.    Go on.

 4   A.    I post the link, then it's comments from, "Yeah, do it."

 5   Then I post another link.  "Review it first."

 6   Q.    "They took off his legal opinion about 9/11."

 7   A.    "That is fine.  Tibyan has it in both English and Arabic.

 8   I just mean the website in general.  What topics does it

 9   discuss?"

01:43 10  Q.    "The Hamud site?"

11   A.    "Yes."

12   Q.    "Creed stuff, ruling by other than Shari'ah, aiding the

13   disbelieving, et cetera."

14         MR. AUERHAHN:  Next page, please?

15   Q.    "Nothing extreme."

16   A.    "Good stuff.  And Hassan's website?"

17   Q.    "Yeah."

18   A.    "Is it any good?"

19   Q.    "Yeah."

01:44 20  A.    "Does he talk about relevant stuff?"

21   Q.    "Yes.  The second lecture listed is one called 'Youth of

22   the World Cup' and 'Youth who Taught the World.'"

23   A.    "Hehehe."

24   Q.    "It's all about jihad.  Just listen to it.  Even if you

25   don't understand.  He's very fiery in it."
```

A.   "I figure go with some 'softer' figures like Mohammed

Hassan or Shaykh Hammoud al-Uqlaa, then move to Shaykh Abu

Basir after a few months, and then finally someone like Abut

Muhammad al-Maqdisi.  What do you think?"

Q.   "Excellent plan."

     Before we move on, is this part of the progression of

moving up to more radical jihadi scholars?

A.   Not necessarily on just jihad issues, but yes.

Q.   These are --

01:45 A.   More controversial as you move up, yes, sir.

Q.   Okay.  And then a link is sent.

     "That is the lecture.  A few minutes into it he gets

loud?"

A.   "I sense that Esmail is a good brother and has good

intentions."

Q.   "Yeah, he just needs method."

A.   "But he is influenced by the irj'aa so prevalent in our

times."

Q.   "Yeah."

01:45 A.   "So if he hears the correct method from some respected

scholars, it might influence him in the correct direction, God

willing."

Q.   "Exactly."

     The top of next page:  "It just takes time."

          MR. AUERHAHN:  Exhibit 669, please.

1  Q.   Does this appear to be a chat between you and the

2  defendant on July 28, 2006?

3  A.   Yes, sir.

4       MR. AUERHAHN:   Go to page 2, please.

5  Q.   You can start reading.

6  A.   "Ebrahim and I want to meet with you before you both leave

7  for Egypt."

8  Q.   "I have work at 11 p.m. but I'm free before that."

9  A.   "Okay.  I will call you tomorrow, God willing.  Esmail was

01:46 10  really impressed with Shaykh Hammoud al-Uqlaa for the link I

11  sent."

12  Q.   "Really?"

13  A.   "Yes."

14  Q.   "Good.  Now send him the 9/11 legal opinion."

15  A.   "Hehehe.  I save that for another time, God willing."

16  Q.   And the Esmail in the link, that was a reference to the

17  previous chat?

18  A.   Presumably, yes.

19       MR. AUERHAHN:   The next page, please.

01:46 20  A.   Excuse me?

21  Q.   I asked Mr. Bruemmer for the next page, please.

22       Okay.  If you could start reading there?

23  A.   "Oh, Esmail was also praising Khattab and A. Azzam."

24  Q.   "Heh, nice.  What was the context?"

25  A.   "Just praising their character and saying that they were

1    good examples of Muslims in our times."

2    Q.   "We should get Esmail a TP account."

3    A.   "Well, I don't know about that, but I think he is headed

4    in the right direction, God willing."

5    Q.   And a TP account.  What's "TP"?

6    A.   Presumably, Tibyan Publications.

7    Q.   And "headed in the right direction," the right direction

8    being towards TP?

9    A.   Towards having the right world view.

01:47 10    Q.   Salafi-Jihadi?

11    A.   If that's what you want to call it.

12    Q.   What do you want to call it?

13    A.   The context -- it goes beyond jihad.  It includes, you

14    know, politics and social institutions and, you know, a lot of

15    the stuff we talked about was not necessarily jihad related,

16    but, for example, what's the correct position on democracy,

17    what's the correct position on modernism, et cetera, et cetera.

18         MR. AUERHAHN:  Could we go back to the previous page?

19    Q.   "9/11 fataawa," that's the attacks on 9/11?

01:48 20    A.   Yes, sir.

21    Q.   All right.  And earlier -- excuse me.  In the previous

22    chat where you were talking about something that was -- you

23    should listen to that's all about jihad, that's not democracy;

24    that's jihad, right?

25    A.   Presumably, yes, sir.

```
 1              MR. AUERHAHN:  Can we have Exhibit 654, please.

 2    Q.   And this appears to be a chat between you and the

 3    defendant on February 12, 2006, correct?

 4    A.   Yes, sir.

 5    Q.   Can you start reading, please?

 6    A.   "Are you familiar with the person who posts under the name

 7    al-Zarqawi" --

 8    Q.   "Yes."

 9    A.   -- "on Tibyan and RI?  I am led to understand that this is

01:49 10    a person to avoid.  Have you heard this?"

11    Q.   "Yes."

12    A.   "Is it true?"

13    Q.   "I don't know, but that's what I heard."

14    A.   "A Tibyaan brother posted a warning about him on 'Reviving

15    Islam.'  All the RIers are nervous that he, al-Zarqawi," as

16    well as those other user names, "is some sort of spy.  I heard

17    that he taunted the moderators on Tibyan, that they could not

18    stop him and that he would" -- I meant to say "steal passwords,

19    et cetera.

01:49 20         "Shaykh Abdullah el-Faisal will be getting out of jail

21    soon, God willing."

22              MR. AUERHAHN:  Next page, please.

23    Q.   "Brother, don't reveal everything online" --

24    A.   "I know."

25    Q.   -- "that can be used against you."
```

1  A.   "But these are publicly available talks" --

2  Q.   "Yeah, but still, that doesn't matter these days."

3  A.   -- "against the Shee'ah and stuff.  Not peanut butter and

4  jelly stuff.  But I understand your point.  May Allah reward

5  you for it."

6  Q.   What's "peanut butter and jelly stuff"?

7  A.   A kind of joking reference to jihad.

8  Q.   Okay.

9          MR. AUERHAHN:  Can we go to page 6, please.

01:50 10  Q.   First on the bottom of the page, you say, "MAS, CAIR,

11  ISNA, and the rest of these organizations are so out of touch

12  with the rest of the Ummah nation."  What is MAS, CAIR, and

13  ISNA?

14  A.   MAS is the Muslim American Society, CAIR is the Council on

15  American Islamic Relations, and the ISNA is the Islamic Society

16  of North America.

17          MR. AUERHAHN:  Next page, please.

18  Q.   Could you continue reading, please?

19  A.   "While the rest of the Ummah from Palestine, Lebanon and

01:51 20  Syria, to Iran and Afghanistan, to Indonesia and even Britain

21  were showing their anger for Allah's sake and their enmity for

22  the disbelievers, these American organizations aside from a

23  token condemnation of the cartoonists, were completely

24  indifferent and have only mobilized to denounce the Muslims,

25  not the Danish or the European governments, and seek to have

dialogue with the Danes and urge forgiveness and turning the

other cheek."

Q.   "Brother" --

A.   "I swear, these organizations have no honor whatsoever."

Q.   -- "you cannot seek to turn an effeminate person into a

man by injecting him with testosterone.  A homo is a homo."

A.   "They're hypocrites and opportunists.  Exactly."

Q.   "Continue reading, please."

A.   "The disbelievers make very clear their hatred and

animosity for us so why are these groups so hesitant to respond

in kind?"

        MR. AUERHAHN:  Next page, please?

Q.   Can you continue reading, please?

A.   "Any thoughts or words of advice in this aspect?"

Q.   "Well, as for anything that can gain us practical results,

I honestly think that our only option is to take advantage in

this upped interest in the prophet."

A.   "No, I mean to the MAS-influenced youths."

Q.   MAS, as in M-A-S?

A.   Yes, sir.

Q.   "Oh, I believe it's called a baseball bat."

A.   "Honestly, brother.  I would really like to.  May Allah

protect me from that.  It is so frustrating.  It wouldn't be

such a big deal if there was only a few of these types of

people.  But, unfortunately, they have a monopoly on the youth

1    in the Greater Boston area.  So no immediate suggestions come

2    to mind?"

3    Q.   "Aside from a call to Islam?  What else can you do to

4    them?"

5    A.   "Is there like a few open brothers that we can work on,

6    some who haven't been totally brainwashed just like we've been

7    working with A A-D" -- presumably, Abu Dawud -- "and HP," Hamza

8    Pelletier.

9    Q.   You've translated those initials to tell us who you're

01:53 10    talking about working on?

11    A.   Yes, sir.

12    Q.   Okay.

13         MR. AUERHAHN:  Your Honor, do you want to take the

14    morning break?

15         THE COURT:  Fine.  We'll take the morning recess.

16         THE CLERK:  All rise.

17         The Court will take the morning recess.

18         (The Court and jury exit the courtroom and there is a

19    recess in the proceedings at 11:00 a.m.)

01:53 20         (After recess:)

21         (Court and jury in at 11:24 a.m.)

22         THE COURT:  Go ahead.

23         MR. AUERHAHN:  Thank you, your Honor.

24         Can we pull up Exhibit 399, please.

25    Q.   Sir, do you recognize this as an email sent from you to

1    Tarek Mehanna about "The Threat of Homegrown Terrorists is

2    Real"?

3    A.   Yes, sir.

4    Q.   Do you remember sending this email to Mr. Mehanna?

5    A.   I don't recall that, no.

6    Q.   So if I were to ask you, do you remember why you sent it,

7    would your answer also be, I don't recall?

8    A.   That would be correct.

9    Q.   Do you remember discussing it with Mr. Mehanna?

02:19 10   A.   No immediate conversation comes to mind, sir.

11        MR. AUERHAHN:  Can I have Exhibit 394, please.

12   Q.   Now, sir, do you also recognize this to be an email that

13   you sent to a number of people?

14   A.   Yes, sir.

15   Q.   About -- this one says, "Re:  Interesting."  First let me

16   go to Page 2.  Now, down here does it appear to be an email

17   from Hamzeh?

18   A.   Yes, sir.

19   Q.   Is that Hamzeh Pelletier who you mentioned before?

02:20 20   A.   I don't believe so, no.

21   Q.   Who is this?  Hamzeh who?

22   A.   I don't recall his last name.  He was of a Mexican origin,

23   as I recall.

24   Q.   You were included on the recipients of this particular

25   email?

1    A.    Apparently, yes.

2    Q.    As was Ali Aboubakr, Hassan Masood, Insaf Masood, Ahmad

3    Zamanian, correct?

4    A.    Yes, sir.

5    Q.    The email above it is a response to this email, correct,

6    the one that you sent?

7    A.    Yes, sir.

8    Q.    Let me just read part of what Hamzeh said.  "70 years ago,

9    the National Socialists in Germany started talking this same

02:21 10  line of talk about the Jews, and those silly little people said

11   that it would only be talk and nothing more.  A few years later

12   the Germans were liquidating, as they call it, those silly

13   little people in a fascinating industrialized process that

14   offed sometimes up to 45,000 people in one night in one single

15   place, the end stage of a long process that began, I might add,

16   years earlier with minor discriminations like detaining Rabbis

17   and their children" --

18         MR. CARNEY:  I object.  Could he read a little bit

19   slowly --  more slower, please?

02:21 20        MR. AUERHAHN:  Okay, sorry.

21   Q.    -- "Rabbis and their children.  Sound recently familiar?

22   People said it would never happen again but take out your

23   history books and look up Cambodia in 1975 and Rwanda in 1994.

24   People missed warning signs before and the prophet once said

25   that a Muslim is not bitten by the same scorpion twice.  God

1    says that what is in their hearts is worse if true, and it is,

2    arresting our Imams and their children will be nothing compared

3    to what is to come."

4        Now, did you respond to this email -- and if we could go

5    back to Page 1 -- by saying amongst -- saying the following:

6    "Muslims need to wake up and see what is going on around them

7    before it is too late.  We are the proverbial frog in boiling

8    water and that needs to change.  We should never think that we

9    are safe here from what has befallen our brothers and sisters

02:22 10    in Iraq, Palestine, Afghanistan and elsewhere.  Today, they

11    throw six Imams off an airplane for no reason, and tomorrow

12    they will be shooting those same people in a ditch and burying

13    them in a mass grave.  If you think I'm exaggerating, go read

14    what happened in Bosnia."

15        Amongst the people you sent this email to was the

16    defendant Mr. Mehanna?

17    A.   Yes, sir.

18            MR. CARNEY:  I would object and ask that the remainder

19    of that message be read as well.  It's one more paragraph.

02:23 20            MR. AUERHAHN:  I was intending on doing that if Mr.

21    Carney would be patient.

22            THE COURT:  Okay.  Go ahead.

23            MR. AUERHAHN:  I didn't want to move on to the second

24    page without --

25            THE COURT:  All right.  Go ahead.

```
 1              MR. CARNEY:  Sorry.

 2              MR. AUERHAHN:  Page 2, please.

 3    Q.   "I don't want to write a long and tedious ranting so I

 4    will not say much more.  I just want to remind everyone of the

 5    old maxim that those who don't know or understand history are

 6    doomed to repeat it.  We must never become complacent and must

 7    always be vigilant.  Never let your guard down, and I advise

 8    everyone to educate themselves on these issues before it is too

 9    late."

10         Do you recall sending this email?

11    A.   I don't recall sending it, no, sir.

12    Q.   Now, I asked you earlier about --

13              MR. AUERHAHN:  You can take that down.

14    Q.   -- about peanut butter and jelly, and you said that was a

15    word meaning Jihad?

16    A.   A joking reference, yes.

17    Q.   Did you use other words as substitutes for other words?

18    A.   For --

19    Q.   For example, "P Town," what did "P Town" mean?

20    A.   That would have been, I believe, a reference to Pakistan.

21    Q.   And YMCA?

22    A.   I would have to see it in its context to know.

23    Q.   Okay.  Now -- and you will in a moment.  But before we do

24    that, I want to talk to you a little bit more about Abu Dawood.

25    You talked about him a little bit earlier?
```

1    A.    Yes, sir.

2    Q.    Did your views and Mr. Mehanna's views about Abu Dawood

3    change over time?

4    A.    Yes, sir.

5    Q.    Change in what way?

6    A.    We became increasingly suspicious of him.

7    Q.    Suspicious of what?

8    A.    That he was a possible government infiltrator of some

9    sort.

02:25 10   Q.    You discussed this with Mr. Mehanna?

11   A.    Yes, sir.

12   Q.    What was the basis of your concern, as you discussed with

13   Mr. Mehanna, that he was potentially a government informant?

14   A.    He acted in certain what I would describe odd ways.  He

15   seemed very interested in the Yemen trip, asked a lot of --

16   asked about it at inappropriate times and such.  And he was

17   always pushing rather aggressively, especially to Tarek, this

18   idea that he needs to do something, that he needs to train,

19   that he needs to be ready.  He kind of wouldn't leave him alone

02:25 20   about it even when Tarek kind of tried to back off from him.

21   He would be, like, persistent with emails and phone calls and

22   such.

23              MR. AUERHAHN:  Can we bring up Exhibit 650, please.

24   Q.    Does this appear to be a chat between you and the

25   defendant on February 4, 2006?

```
 1    A.    Yes, sir.

 2          MR. AUERHAHN:  Can we go to Page 2, please.

 3    Q.    Can you start reading what's ascribed to you:  "Did you

 4    hear"?

 5    A.    "Did you hear what happened last night?"

 6    Q.    "Yeah."

 7    A.    "You talked with Ahmad?"

 8    Q.    "Yes.  He told me about Ismail."

 9    A.    "Yes."

10    Q.    "What happened exactly?"

11    A.    "Ahmad Abu Dawood asked him about Anwar al-Awlaqi.  He,

12    Ismail, said al-Awlaqi was a kharajee."

13    Q.    What's a kharajee?

14    A.    An extremist sect that excommunicated other Muslims on the

15    basis of sinful acts.

16    Q.    Okay.  "God bless."

17    A.    "Then Ismail was talking to them, Ahmad Abu Dawood,

18    Hamzah, Insaf, etc), about Jihad.  He was adding all these

19    nonexistent preconditions like you have to go seek knowledge

20    first.  If you don't pray the night prayers how can you expect

21    to go on Jihad, et cetera.  Ahmad/Shukri intervened and made

22    clear that those preconditions do not even exist and said what

23    is an obligation must be carried out without delay.  Then the

24    issue of the rulers came up.  Ismail brought it up, not Ahmad."

25    Q.    "Aha."
```

02:26 (line 10)
02:27 (line 20)

1   A.   "And Ahmad without hesitation made takfir," which is an

2   act of excommunicating of the -- of al-Saud.   That is the

3   ruling Saudi family.

4   Q.   Okay.

5        MR. AUERHAHN:   Before we continue, actually, Mr.

6   Bruemmer --

7   Q.   You talked about the issue of Jihad came up, "these

8   nonexistent preconditions."   Is that a statement of your belief

9   or Mr. Abousamra's belief or Mr. Mehanna's belief about

02:27 10   nonexistent preconditions?

11   A.   I think I was explaining Mr. Abousamra's argument at that

12   time.

13   Q.   Okay.   So Ahmad Shukri is Abousamra?

14   A.   Yes, sir.

15   Q.   Continue down, please.

16   A.   Where did we leave off?

17   Q.   You talked about disbelieving of al-Saud.   And then Mr.

18   Mehanna said, "How did he bring it up?"

19   A.   "Because al-Awalqi made takfir," the act of communication

02:28 20   on them -- "of them and said that the polytheists in Jazeera"

21   -- that's the Arabian peninsula -- "have no sanctity.   So Ahmad

22   agreed with the position of al-Awalqi.   Then Ismail started

23   saying that only the scholars [can make this act of

24   excommunication].   Ahmad demanded that he prove his position

25   from the Qur'an and the Sunnah.   He failed to do so obviously

1   but insisted on it and then got mad because Ahmad was bringing

2   [evidence] proof and he did not have any and stormed off."

3          MR. AUERHAHN:  Next page, please.

4   Q.   "Hehe."

5   A.   "Then he came back over and said Ahmad was a kharajee."

6   Q.   "Yeah, typical."

7   A.   "And told that brothers not to sit with him.  Of course

8   Ahmad Abu Dawood didn't buy Ismail's arguments, praise be to

9   God."

02:29 10  Q.   "Good."

11  A.   "Ahmad has asked Ismail if one who is not a scholar can

12  make takfir," the act of -- the claim of disbelieving -- "of a

13  person who claims to be a Muslim but prays to idols.  He said

14  no, only scholars could."

15  Q.   "Wow."

16  A.   "That brother has a lot of irj'aa."

17  Q.   "Interesting.  So are we not allowed to make takfir of the

18  Jews and the Christians as well?"

19  A.   "I didn't ask."

02:30 20  Q.   Now, you said earlier that one of the -- one of the issues

21  that raised concerns was Mr. Abu Dawood had a particular

22  interest in the trip to Yemen?

23  A.   Yes, sir.

24  Q.   Did you discuss with Mr. Mehanna how Mr. Abu Dawood

25  learned of the purpose of the trip to Yemen?

1   A.   Not necessary the purpose, but we did -- I do recall a

2   conversation where we discussed that he had learned about the

3   trip.

4   Q.   Okay.  So you discussed with Mr. Mehanna Mr. Mehanna's

5   concern about Abu Dawood learning about the trip?

6   A.   Yes.

7        MR. AUERHAHN:  Can we bring up Exhibit 655, please.

8   Q.   Does this appear to be a chat between you and the

9   defendant on February 28, 2006?

02:31 10   A.   Yes, sir.

11        MR. AUERHAHN:  Can we go to Page 5, please.  I'm

12   sorry, Page 4.

13   Q.   "There's some stuff I want you to download."

14   A.   "Send the links."

15   Q.   "They are internet security programs, encryption for MSN

16   Messenger, etc."

17   A.   "Oh, I want you to watch this," and there's a link posted.

18   "Just give me ten minutes and I will be right back, God

19   willing."

02:31 20   Q.   "Okay."

21   A.   "I'm back."

22   Q.   "Peace."

23   A.   "Peace.  Did you watch the link I sent you?"

24   Q.   "Unfortunately."

25   A.   "Hehehe."

1    Q.   "Okay.  So here's some stuff for net security."

2    A.   "I didn't think he could go that low.  Sure, send the

3    links."

4    Q.   And a link to MSN encryptor is sent.  "Just download them

5    in order so I can give instructions.  Let me know when you do."

6    A.   "Sure."

7    Q.   "Okay.  It worked?"

8    A.   "Yes.  So what does that mean?"

9    Q.   "We can chat."

02:32 10   A.   "Brian cannot listen in?"

11   Q.   "Well, it will certainly be much harder for him to."

12   Who's the Brian who might be listening in to your chats?

13   A.   That would be a reference to the FBI.

14        MR. AUERHAHN:  Would you go to Page 6, please.

15   Q.   "It should say that your location is not verifiable at

16   this time or something similar."

17   A.   "All I see is an IP based in Japan."

18        MR. AUERHAHN:  Next page, please.

19   Q.   "Okay.  Then it works.  You're good to go.  Praise be to

02:33 20   Allah."

21   A.   "So Brian thinks I'm Japanese now?"

22   Q.   That's a reference to this IPHider that you talked about

23   earlier?

24   A.   Presumably, yes, sir.

25   Q.   "Yes.  Your net might be a tad bit slower but security is

more important."

A.   "That's nothing new, lol.  May Allah award you for it."

Q.   "I suggest you keep it on at all times, especially when

going on TP, et cetera."

A.   "Ahmad is on and wants you to pm him because he doesn't

see your name.  What is the deal with Ahmad Abu Dawood?"

Q.   Okay.  And "TP" is a reference to Tibyan Publications?

A.   Yes, sir.

Q.   This is the Ahmad Abu Dawood we've been talking about?

A.   Yes, sir.

Q.   "In terms of what?"

A.   "Ahmad just said you said not to trust him."

Q.   "I don't mean not to trust him but I meant not to take any

chances."

A.   "No martial arts either?"

Q.   "I'm just saying don't feel too secure with anyone."

A.   "Of course."

Q.   "Not him in particular but him included."

A.   "So you wouldn't do the martial arts thing with him then?"

Q.   "I don't know.  I was doing it before.  At least if you do

it, do it just for sport, not for anything else, if you catch

my drift."

A.   "Yes.  Maybe I'll just find another avenue if you think

it's not worth the risk."

Q.   "Look, I'm not trying to rouse suspicion.  I'm just saying

```
 1  be smart."  When he says, "Not for anything else, if you catch
 2  my drift," you said "yes."  His drift is what?  Preparing for
 3  Jihad?
 4          MR. CARNEY:  I object.
 5          THE COURT:  Sustained.  You may have the "what."
 6  A.   Presumably to have that physical preparation.
 7  Q.   For what?
 8  A.   Something like Jihad.
 9          MR. AUERHAHN:  Next page, please.  Continue please.
10  A.   "I always practice a little takiyyah," which is to hide
11  one's belief, "around those I don't really know.  There's only
12  a few people that I trust enough to be completely open with."
13  Q.   "The only people I trust are you and Ahmad, period."
14  A.   "I also trust Ali."
15  Q.   And "Ali" is who?
16  A.   Presumably Ali Aboubakr.
17  Q.   "Well, the younger they are the bigger their mouths are,
18  fact of life."
19  A.   "True."
20  Q.   "Like, you know, the thing about where Muqbil is from, how
21  those brothers went there?"
22  A.   "Yeah."
23  Q.   "People that those two bros don't even know about that
24  which is not good."
25  A.   "Yeah, but who 'spread the word'?"
```

```
  1   Q.   "Doesn't really matter.  The fact that Bob can ask any

  2   given number of people who might very well include hypocrites

  3   who can give them this info is not good."

  4   A.   "I certainly don't trust just anyone, especially the

  5   'uncles' at the mosque.  I'm not saying they're spies or

  6   anything but it is the type.  I know there are several

  7   questionable people at Sharon."

  8   Q.   Okay.  Mr. Mehanna says, "You know the thing about where

  9   Muqbil is from, how those bros went there."  What did you

02:36 10   understand that to be a reference to?

 11   A.   Muqbil is an Islamic scholar from Yemen.  So presumably

 12   that's about his and Ahmad's trip to Yemen.

 13   Q.   "People that those two bros don't even know about that

 14   which is not good."  The two bros he's talking about who went

 15   to Yemen?

 16   A.   Are himself and Mr. Abousamra.

 17        MR. AUERHAHN:  Can we have Exhibit 664, please.

 18   Q.   Does this appear to be a chat between you and the

 19   defendant on July 7, 2006?

02:37 20   A.   Yes, sir.

 21        MR. AUERHAHN:  Can I have Page 2, please.

 22   Q.   "We cleared that up with Hamzeh."

 23   A.   "Yes.  But I wonder from the conversation we had around

 24   Abu Dawood that if he is an what we suspect that Big Brother

 25   could have an idea what we stand for."
```

 1   Q.   "Well, if he is what we suspect, then yes it doesn't take

 2   a brain surgeon to realize that from the gathering at his

 3   apartment alone."

 4   A.   "I know, but I mean, does it mean that Big Brother is

 5   actively interested in the jama'ah," the group.

 6        MR. AUERHAHN:  Next page, please.

 7   Q.   "What we were talking about before, about Abu D knowing

 8   stuff, he knows about."

 9   A.   "Yes.  The Y?"

02:38 10   Q.   "Abu Sab and Fadl's field trip."  When you say, "The Y,"

11   is that a reference to Yemen?

12   A.   Yes, sir.

13   Q.   Abu Sab and Fadl?

14   A.   Abu Sab would be Tarek, and Fadl would be Ahmad.

15        MR. AUERHAHN:  Next page, please.

16   A.   "To the YMCA?"

17   Q.   "Yeah.  Who" -- I'm sorry.

18   A.   "Who told him?"

19   Q.   "Fadl's genius cousin and better yet she told him all the

02:38 20   details online over MSN."

21   A.   "Wow, women, so stupid."

22   Q.   "So he knows about everything, the cheesecake, the fake

23   tires, everything."

24   A.   "Does he know about al-Fadl's additional field trips to P

25   Town?"

1    Q.   Before we scroll down, "YMCA" is, again, a reference to

2    Yemen?

3    A.   Yes, sir.

4    Q.   And the Abu Fadl's additional field trips to P Town?

5    A.   Pakistan, sir.

6    Q.   By Abousamra?

7    A.   Abousamra, yes, sir.

8         MR. AUERHAHN:  If we can scroll down, please.

9    Q.   "I don't know.  I know he doesn't think he's gay so maybe

02:39 10    he doesn't suspect.  Why else would he go to P Town?  But in

11    any case, not good."

12    A.   "Do these people think before they stay stuff?  Man, some

13    people."

14    Q.   "Why they were talking on MSN in the first place is a

15    whole other story but" --

16    A.   "Yes.  That doesn't concern me right now, though.  What I

17    would like to know though is did he ask her about it?"

18    Q.   "From what he told me."

19    A.   "Or did she freely offer this information without any

02:39 20    rhyme or reason?"

21    Q.   "She spilt the beans voluntarily."

22    A.   "Stupid, stupid, stupid."

23    Q.   "They were just chatting.  Then she said, 'Did you know

24    that Fadl and Sabs did such and such?  Sabs never confirmed

25    with Abu D if this was true?

```
 1          MR. AUERHAHN:  Next page, please.
 2    Q.   "He just said, 'What the heck is she talking about?'  But
 3    Abu D isn't stupid."
 4    A.   "I know."
 5    Q.   "He can smell a faggot if he sees one."
 6    A.   "I wonder if he tried to lure this info out of her."
 7    Q.   "Honestly, bro, I don't think so.  Women are that dumb."
 8    A.   "Then again women are stupid.  Does al-Fadl know this?"
 9    Q.   "No.  I don't want to freak him out."
02:40 10  A.   "Fortunately for Shukri al-Fadl, I don't think most people
11    know about his P Town visits."
12    Q.   "Yeah, well you would be surprised.  His father."
13    A.   "He hasn't been exposed, lol."
14    Q.   "Quite a bit of publicizing of that."
15    A.   "Oh, great."
16    Q.   "Yeah.  Many MAS people know of it."
17    A.   "This is what I have been saying.  These elders claim that
18    we are going to get in trouble with our speech and our conduct
19    but they are the ones going to get us in trouble."
02:40 20  Q.   "Exactly.  He told practically everyone."
21    A.   "They always preach to us about hikmah," which is wisdom.
22    "I guess they were the pot calling the kettle black."
23    Q.   "Yeah.  It's all hogwash."
24    A.   "As the American military says, 'loose lips sink ships'."
25    Q.   "Ah well."
```

```
 1   A.   "Obviously hogwash."

 2        MR. AUERHAHN:  Can we have -- actually, before we get

 3   to the next exhibit --

 4   Q.   You mentioned Abu Dujanah, who was the chap in London who

 5   got arrested?

 6   A.   Yes, sir.

 7   Q.   Did you ever have any discussion with Mr. Mehanna about

 8   attempts to meet with Abu Dujanah at Heathrow?

 9   A.   I don't recall any with Mr. Mehanna.  I do recall with Mr.

02:41 10  Abousamra.

11   Q.   What did Mr. Abousamra tell you?

12   A.   From what I recall, he said that this Abu Dujanah figure

13   was interested in giving them money when they stopped over in

14   London on their way to Yemen.  But I don't recall whether he

15   was able to or not.

16        MR. AUERHAHN:  Can we have Exhibit 660, please.

17   Q.   Does this appear to be a chat between you and the

18   defendant on June 26, 2006?

19   A.   Yes, sir.

02:42 20       MR. AUERHAHN:  Second page, please.

21   Q.   "Update from Abu Dujanah.  His hearing is on the 14th."

22   A.   "What is new?  How is his condition?"

23   Q.   "He's fine.  He just asked for a supplication."

24   A.   "Is he in good spirits?"

25   Q.   "He appears to be."
```

```
 1   A.   "Is he at Belmarsh?"

 2   Q.   "I'm not sure yet but I think so."  Belmarsh, is that the

 3   prison where Abu Dujanah was being held?

 4   A.   I'm not sure if he was ever held there or not, sir.

 5        MR. AUERHAHN:  Can we have Exhibit 661, please.

 6   Q.   Does this appear to be a chat between you and the

 7   defendant on June 26 of 2006?

 8   A.   Yes, sir.

 9        MR. AUERHAHN:  Can we go to Page 6, please.

10   Q.   "By the way, Abu Dujanah is still in Belmarsh."

11   A.   "Oh, may Allah hasten his escape from the dungeons of the

12   tyrant rulers."

13   Q.   "Amen.  May Allah give him female prison guards."

14   A.   "Does he see the more famous personalities there?  Amen."

15   Q.   "I am not sure about his circumstances."

16   A.   "Okay."

17   Q.   "He just wrote a letter to some bro and told him to

18   contact me, sending greetings and asking for supplication."

19   A.   "Does the Brit prison authorities check outgoing mail?"

20   Q.   "I'm sure they do.  He didn't mention me by name.  He just

21   said..." -- next page, please.  "...the brother translating Fi

22   Dhilal al Quran, In the Shadows of the Quran."

23   A.   "Okay."

24   Q.   "Which means he must have some type of net access."

25   A.   "How is Ismyy?"
```

02:43 (line 10)
02:43 (line 20)

1    Q.   "No news.  He's in a tougher position because he's being

2    charged with terror offenses."

3    A.   "Yah."

4    Q.   "DJ is just fraud."

5    A.   "Rather than the financial stuff?"

6    Q.   "Yah."

7    A.   "May Allah make it easy for our dear brothers and hasten

8    their escape from the dungeons of the idols."

9    Q.   "Amen."

02:44 10   A.   "Babar Ahmed and Abu Hamza are also there waiting to be

11   extradited to the U.S."

12   Q.   There's reference up here to "Ismyy."  Who was Ismyy?

13   A.   He was another person I think arrested around the same

14   time, in relation to the same case as Abu Dujanah.

15   Q.   And charged with some terrorism offenses?

16   A.   Yeah.  I don't know specifically which ones, though.

17        MR. AUERHAHN:  Exhibit 656, please.

18   Q.   Does this appear to be a chat between you and the

19   defendant on April 1, 2006?

02:45 20   A.   Yes, sir.

21        MR. AUERHAHN:  Page 2, please.

22   Q.   You can start reading.

23   A.   "Ahmad and I are wondering if we can come and visit you."

24   Q.   "When?"

25   A.   "Now if possible."

```
 1    Q.    "Hmm.  Is it urgent?"

 2    A.    "We're just bored."

 3    Q.    "Because I just got yelled at by my father."

 4    A.    "What for if you don't mind me asking?"

 5    Q.    "Believe it or not, for tmn ymn and for being suspicious."

 6    A.    "Hmm."

 7    Q.    "Ymn," is that Yemen?

 8    A.    Presumably.

 9          MR. AUERHAHN:  Next page, please.

02:46 10   Q.    Can you read, please?

11    A.    "So it isn't a good idea to visit you?"

12    Q.    "Well, later tonight maybe but right now, no, trust me."

13    A.    "What is later tonight as it is already 6 p.m.?"

14    Q.    "I want to see you guys more than you want to see me but

15    I'm not sure.  I hate it."

16    A.    "The Jews.  We know Tarek, no need to explain."

17    Q.    "When this happens, I mean, why keep bringing up something

18    that happened over two years ago?"

19    A.    "They are disappointed in you.  They want you to do it

02:46 20   again."

21    Q.    "Hah, yeah, I bet."

22    A.    "That was Ahmad."

23    Q.    "He's with you?"

24    A.    "Yes."

25    Q.    "I think my dad thinks..."
```

1          MR. AUERHAHN:  Next page, please.

2     Q.   "...that I'm part of a group."

3     A.   "Seriously?"

4     Q.   "Yes."

5     A.   "I wish."

6     Q.   "That is what he told me."

7     A.   "My father sometimes think that too when I look nervous."

8     Q.   "I mean, if I was actually doing something suspicious,

9     then I'd understand but I mean come on man."

02:47 10   A.   "That was Ahmad."

11    Q.   "Yeah."

12    A.   "Which jama'ah group, Shukri's?"

13    Q.   "I don't know.  He just" --

14    A.   "What is wrong with rejection of stop signs?  That isn't

15    extreme.  It is healthy moderation.  Yesterday we were watching

16    Uhadid video at Amajeed's.  So he asked, who put the subtitles

17    in English, lol."

18    Q.   "Heh, how come, did he like the videos, all the

19    Tunisians?"

02:47 20   A.   "He liked it.  He didn't like the part where they talked

21    with certainty of being in paradise."

22    Q.   "Yeah."

23    A.   "He also thought the guy videotaping, his hand was very

24    shaky."

25    Q.   "Didn't they say Allah willing, though?"

1   A.   "I don't think they did in that part where they talk right

2   after they show the job."

3   Q.   "Yesterday we were watching the Uhadid video at

4   Amajeed's."  What's the Uhadid video?

5   A.   I believe it's the Umar Hadeed video.

6   Q.   And who's Amajeed?

7   A.   Abdul Majid was a person we knew.

8   Q.   I'm sorry?

9   A.   Abdul Majid, he was a person we knew.

02:48 10   Q.   The Umar Hadeed video, what was it about?

11   A.   If I recall correctly, it showed various attacks, either

12   car bombings or IEDs on American soldiers and Iraqi security

13   personnel in Iraq.

14   Q.   Where you say, "He didn't like the part where they talked

15   the certainty of being in paradise," were there a lot of

16   depictions of suicide bombers?

17   A.   It's been awhile since I have seen it so I don't recall.

18   But that was -- stuff of that nature.

19   Q.   I'm sorry?

02:49 20   A.   It was stuff of that nature.  I don't recall how much,

21   though.

22   Q.   Okay.  So he asked who put the subtitles in English.  Did

23   you answer the question, who put the subtitles in English?

24   A.   Because I'm not sure which -- because in this

25   conversation, Ahmad was using my screen name at the same time

1    to talk to Tarek.  So I'm not sure which parts in that are me

2    and which parts are him speaking.

3    Q.    Do you know who put the subtitles in the Umar Hadeed

4    video?

5    A.    Yes, sir.

6    Q.    Who?

7    A.    Tarek did.

8          MR. AUERHAHN:  Can we have Exhibit 658, please.

9    Actually, let's skip this one and go to 257, please.

02:50 10   Q.    Now, is this an email from you to the defendant concerning

11   the Sharon khutbah on June 18, 2006?

12   A.    It appears to be, yes, sir.

13   Q.    "Akhi, I am aware of the fitnah that these fools and

14   faasiqeen are making over your khutbah last Friday.  I just

15   want to tell you not to be disheartened and that I, as your

16   Muslim brother and friend, stand firmly behind you and what you

17   said.  I know you probably won't but I don't want you to think

18   that you made a mistake in what you did.  You spoke the haq,

19   even if the cowards on the board hated to hear it.  Remember,

02:50 20   the laymen in the Masjid were very happy to hear your khutbah

21   and are not corrupted with love of power, prestige and position

22   like the boards.  I can only speak for myself, but I stand 110

23   percent behind your noble and righteous actions.  Remember that

24   al-Imaam Ahmed ibn Hanbal and ash-Shaykh al-Islaam ibn

25   Taymiyyah stood against tyrants and people of Baatil in their

        1   times and suffered for it.  Let these people, i.e. the board,

        2   fume and rant."

        3          MR. AUERHAHN:  Next page, please.

        4   Q.   "They follow only their own desires.  Remain firm, akhi,

        5   and remember that insha' Allah, I am standing with you.  One

        6   who suffers hardship and tribulation for Allah's sake has not

        7   lost anything but indeed gained a lofty thing, the reward of

        8   Allah.  Don't waste your time with these people as it is as if

        9   you were throwing pearls before swine.  And Allah knows best."

02:51  10          MR. AUERHAHN:  Can we go to the next exhibit, 258,

       11   please.

       12   Q.   Does this appear to be an email response from the

       13   defendant to you about the khutbah?

       14   A.   It does, sir.

       15   Q.   Does the defendant say, "Bro, thanks very much for your

       16   kind words although I care more about what the ants running

       17   around in my garage are saying than I do about what these board

       18   members are saying.  See you soon.  Insha' Allah."

       19          MR. AUERHAHN:  Exhibit 659, please.

02:52  20   Q.   Does this appear to be a chat between you and the

       21   defendant on June 22 of 2006?

       22   A.   Yes, sir.

       23   Q.   You say, "Peace be upon you."  And the defendant responds.

       24   If you could continue reading?

       25   A.   "How did it go with your father?"

```
 1    Q.   "Well, I can't speak anymore.  No more khutbahs, sermons,

 2    and I have to pack up all my books and put them away."

 3    A.   "Why?"

 4    Q.   "Allah knows best."

 5    A.   "I understand the sermons part but the books?"

 6    Q.   "Well, see, apparently they fuel my ideas."

 7    A.   "Which ones?"

 8    Q.   "Dude, I don't know.  I was just told."

 9    A.   "The Qur'an and the Hadith collections?"

10    Q.   "That I have to put my stuff away."

11    A.   "May Allah make it easy for you.  You will still have the

12    Qur'an."

13    Q.   Yes.

14    A.   "And that is sufficient."

15         MR. AUERHAHN:  Next page, please.

16    Q.   "Exactly."

17    A.   "God willing.  You can still read online also."

18    Q.   "No, I can't."

19    A.   "Hmm."

20    Q.   "But I will, hehe."

21    A.   "That all seems a little extreme for a response.  So he

22    believed all the lies and exaggerations that the Sharon crew

23    said?"

24    Q.   "No, he didn't.  His gripe is that the commotion was

25    created in the first place and that I was the cause of it and
```

1   it could have gotten me in trouble."

2   A.   "They created the commotion, not you."

3   Q.   "Yeah, you know.  Muhiuddin told my father that I was like

4   an al Qa'ida member."

5   A.   "Muhiuddin is a liar and a faasiq immoral, a jaahil

6   ignorant idiot that has no place in a position relating to

7   power in a mosque.  He said that you were like an al Qa'ida

8   member?"

9   Q.   Yes.

02:53 10   A.   "God bless.  I swear that man is evil."

11   Q.   "He said" --

12   A.   "May Allah guide him or destroy him."

13   Q.   -- "if we didn't know he was your son, we would say that

14   he was a member of al Qa'ida."

15   A.   "What an evil man.  I really cannot think of anything else

16   to say."

17        MR. AUERHAHN:  Next page, please.

18   Q.   "Yeah."

19   A.   "So you're not giving the sermon at Burlington?"

02:54 20   Q.   "Nope."

21   A.   "Can you still see the brothers and such?"

22   Q.   "Yeah, of course.  Allah willing."

23   A.   "Okay, good.  Praise be to God.  These people are afraid.

24   They are afraid that the people will learn the truth and that

25   they conspired to hide it from them, that their power will be

1   in jeopardy and that they will be exposed as cowards, liars,

2   and faasiqun that they are.  I swear that the man is a Satan.

3   Sorry about the rant, but I loathe these treacherous people."

4   Q.   "Ah, well, nothing unexpected."

5   A.   "I know.  But it still makes me furious, just like I

6   expect the Jews to kill our women and children in Palestine but

7   I still get angry every time."

8            MR. AUERHAHN:  Exhibit 666, please.

9   Q.   Does this appear to be a chat between you and the

02:55 10  defendant on July 12, 2006?

11  A.   Yes, sir.

12  Q.   If you could start reading?

13  A.   "Did you ask your father?"

14  Q.   "Not yet.  See, he might get kind a suspicious?"

15  A.   "Why?"

16           MR. AUERHAHN:  Next page, please.

17  Q.   "Just going to visit bros he doesn't know and in New York,

18  etc, etc.  I will ask him."

19           If you could read, please.

02:55 20  A.   "You know of Abu Adaam al-Amerikee, the American?"

21  Q.   "Yeah, got 72."

22  A.   "Yes.  He was a regular member of Imaam Jaamil's mosque.

23  I put some picture of Imam Jaamil on TP in the gallery

24  section."

25  Q.   "Got 72," do you understand that to be a reference to

```
 1  something in particular?
 2  A.   I don't recognize it at the moment, sir.
 3  Q.   72 virgins?
 4  A.   I don't recognize it in relation to the question, though,
 5  sir.
 6  Q.   Okay.  Now, you mentioned earlier that you know an
 7  individual named Daniel Maldonado?
 8  A.   Yes, sir.
 9  Q.   At some point, did he leave the United States?
10  A.   He did, sir.
11  Q.   Did you learn that he left the United States from anyone
12  in particular?
13  A.   He told me himself when he initially deported to Egypt.
14  Q.   Did you maintain contact with him while he was gone?
15  A.   Sporadically.
16  Q.   At some point, did he leave Egypt?
17  A.   Yes, sir.
18  Q.   And how did you learn that he left Egypt?
19  A.   I believe he had called Tarek, and then Tarek told me that
20  he had called him.
21  Q.   Where was he calling from when he called?
22  A.   Somalia, I believe.
23  Q.   So Mr. Mehanna told you he received a call from Mr.
24  Maldonado in Somalia?
25  A.   Yes, sir.
```

1    Q.    How soon after the call did Mr. Mehanna tell you about it?

2    A.    I don't recall, sir.

3    Q.    Was it before the news began to appear about Mr.

4    Maldonado's arrest?

5    A.    I believe so.

6    Q.    And did you discuss with -- at any time, did you discuss

7    with Maldonado -- sorry -- with Mr. Mehanna the fact that he

8    was questioned about Maldonado by the FBI?

9    A.    Yes, sir.

02:57 10    Q.    Okay.  What did he tell you?

11    A.    That they were asking questions about Maldonado and what

12    he knew about him and what he knew about where he was and

13    questions to that effect.

14    Q.    Okay.  Did he tell you what answers he gave?

15    A.    I don't recall.

16    Q.    Did he tell you whether or not he told the FBI that

17    Maldonado was in Somalia?

18    A.    I don't recall.

19    Q.    Did he express concern about the telephone calls he

02:58 20    received from Mr. Maldonado in Somalia?

21    A.    He did seem uncomfortable about them, yes, sir.

22          MR. AUERHAHN:  Now, can we bring up Exhibit 326 and

23    325 side by side, please.  If we can go to Page 2 of this

24    particular exhibit.

25    Q.    While Mr. Bruemmer is doing that, you described your

```
 1   relationship to Mr. Abousamra.  At some point, did you develop

 2   a family relationship with Mr. Abousamra?

 3   A.   Yes, sir.

 4   Q.   How so?

 5   A.   I was, for a period of over two years, married to his

 6   younger sister.

 7   Q.   From approximately when to approximately when?

 8   A.   2005 to early 2008.

 9        MR. AUERHAHN:  If you can go to Page 2 of 326, please.

10   (Recording played.)

11   Q.   Now, you see on the transcript where it says, "The first

12   time it was the connection and then the second time he just

13   called again saying that you have to come now.  He's like if

14   you're going to come tomorrow, do it.  I told him I would love

15   to go"?

16   A.   Yes, sir.

17   Q.   Did you hear that on the tape?

18   A.   I couldn't make out anything.

19   Q.   At all on the tape?

20   A.   No.

21   Q.   Did you recognize the voice on the tape?

22   A.   Very vaguely, yes.

23   Q.   Do you recall having a conversation with the defendant

24   Mehanna about the call from Somalia, the call from Daniel

25   Maldonado?
```

```
 1   A.   I recall having one, yes, sir.

 2   Q.   Do you recall having it in the apartment of Insaf Masood?

 3   A.   I don't recall where it was, sir.

 4        MR. AUERHAHN:  Go to Exhibit 276, please.

 5   Q.   Does this appear to be an email from Tarek Mehanna to you

 6   with a link to a New York Times article about Maldonado?

 7   A.   Yes, sir.

 8   Q.   So do you remember discussing with Mr. Mehanna when Mr.

 9   Maldonado was ultimately arrested and brought back to the

10   United States?

11   A.   Yeah.  We discussed it, sir.

12   Q.   Okay.  Was there discussion in these articles about a

13   telephone call that Mr. Maldonado made?

14   A.   I believe one of the news articles made reference to the

15   fact that Mr. Maldonado had made a phone call or phone calls to

16   someone in the United States, and Tarek was worried that he was

17   that person.  But other than that --

18   Q.   Okay.  Did he indicate that he, in fact, was that person?

19   A.   I don't know if -- I don't recall him definitely doing

20   that, no, sir.

21        MR. AUERHAHN:  May I have a moment, your Honor?

22   Q.   So you said he believed he was the person?

23   A.   Yes, sir.

24   Q.   Okay.  Was he concerned about that phone call?

25   A.   Yes, sir.
```

Q.   And, also, you said, after that phone call, he was

interviewed by the FBI?

A.   I believe so.  I don't recall at which time -- he was

ultimately interviewed about the FBI in regards to some of that

stuff, but I don't remember when it was.

Q.   Did you have a discussion with him about whether what he

said to the FBI was true or false?

A.   I don't recall.

     MR. AUERHAHN:  May I approach?

     THE COURT:  You may.

Q.   10/29/09, grand jury, Page 56, Line 13 to 16, please.

A.   (Reading.)

Q.   Does that refresh your recollection whether or not Mr.

Mehanna told you he was concerned about what he had said to the

FBI?

A.   Somewhat, sir.

Q.   Okay.  What do you remember about what he said to you his

concern was with reference to what he had said to the FBI?

A.   Something about how they had him on -- he was approached

at some point by the FBI, and they had it on tape or something

like that.  They told him they had him in a conversation with

someone else talking about it.

Q.   Did he say he was concerned that he had lied to the FBI?

A.   Something to that effect, sir, yes.

Q.   Well, do you remember anything more than just "something

1    to that effect"?

2    A.   Just that they had him on tape, and he -- that he was

3    worried that his words would not match up with what he said in

4    that conversation with what he had previously told the FBI.

5    Q.   So he was concerned he had lied to the FBI?

6    A.   Yeah.

7    Q.   Now, did you ever discuss with Mr. Abousamra or Mr.

8    Mehanna the idea of domestic attacks?

9    A.   Ahmad talked about it on a few times.  Tarek only talked

03:07 10  about it within the context that he thought it was silly.

11   Q.   Did you talk to either of them about any specific domestic

12   attacks?

13   A.   In terms of just broad generalizations or something

14   specific?

15   Q.   Something specific.

16   A.   Nothing -- they had talked about previous conversations

17   that they had and then relayed to me, but neither of them spoke

18   specifically about doing anything other than sort of a general

19   -- on Ahmad's part, a general desire to do something but never

03:08 20  an actual plan of action or anything of that nature.

21        MR. AUERHAHN:  May I approach, your Honor?

22   Q.   10/29/09, grand jury, bottom of 79 to top of Page 80.  If

23   you could start here and read on to the next page.

24   A.   (Reading.)

25   Q.   Does that refresh your recollection about a discussion

1    about a specific attack in the United States?

2    A.    Yes.  But it was the so-called mall plot which both of

3    them had told me was put forward by neither of them but by the

4    third participant to their trip to Yemen, who had put it

5    forward about this idea of shooting people in malls or

6    something to that effect.  And Tarek had told me emphatically

7    he thought it was stupid and impractical.  But they had said

8    this had been discussed, yes, sir.

9    Q.    You mentioned earlier that Mr. Mehanna didn't think very

03:09 10   highly of Muslim American Society, Council on American Islamic

11   Relations, MAS and CAIR?

12   A.    Yes, sir.

13   Q.    Did he use particular words to describe them?

14   A.    Possibly.  I don't recall any at the moment.

15   Q.    What about "apostates"?

16   A.    I don't know that Tarek ever referred to those groups as

17   apostates per se.  I know Ahmad did or certain individuals from

18   those groups, but I don't recall Tarek ever referring to them

19   as apostates, as highly critical of them as he was.

03:10 20   Q.    Did Mr. Abousamra tell you what should be done with

21   apostates?

22   A.    The general ruling for -- the classical ruling for

23   apostates in Islamic jurisprudence is that they are to be

24   executed if they refuse to repent.

25   Q.    That was a general ruling accepted by you at the time?

```
 1  A.    Yes, sir.

 2  Q.    By Mr. Mehanna at the time?

 3  A.    Yes, sir.

 4  Q.    Mr. Abousamra at the time?

 5  A.    Yes, sir.

 6  Q.    And, sir, as you sit here today, in the eyes of Mr.

 7  Abousamra and Mr. Mehanna and Mr. Spaulding of 2006, you're an

 8  apostate, aren't you?

 9  A.    Yes, sir.

10  Q.    You've renounced Islam?

11  A.    Yes, sir.

12              MR. CARNEY:  I object, your Honor --

13              THE COURT:  Overruled.

14              MR. CARNEY:  -- to the forms of the questions.

15              THE COURT:  Overruled.

16  Q.    And you've converted?

17  A.    Yes, sir.

18  Q.    Why did you renounce Islam?

19  A.    Because I no longer believed it to be true, sir.

20              MR. AUERHAHN:  No further questions, your Honor.

21              THE COURT:  Mr. Carney.

22              MR. CARNEY:  May I have one moment, your Honor,

23  please?

24  CROSS-EXAMINATION BY MR. CARNEY:

25  Q.    Good afternoon, Mr. Spaulding.
```

```
 1    A.    Good afternoon, sir.

 2    Q.    I want to begin with the subject that you just went over

 3    with the prosecutor, and that concerns whether there was ever

 4    any discussion involving Mr. Mehanna with a suggestion that

 5    anything be done within the borders of the United States of

 6    America.

 7    A.    Yes, sir.

 8    Q.    You said that Mr. Mehanna said it was impractical, right?

 9    A.    Correct.

03:12 10    Q.    You're familiar with the concept of Aman?

11    A.    Yes, sir.

12    Q.    And that's part of Islamic law, isn't it?

13    A.    Yes, sir.

14          MR. CARNEY:  I'll take a page from my partner.  I'll

15    spell it.

16    Q.    A-m-a-n?

17    A.    I don't recall how to transliterate it.

18    Q.    Would that be pretty close?

19    A.    Yes, sir.

03:13 20    Q.    Now, Aman is a fundamental law of -- or jurisprudence of

21    Islam, isn't it?

22    A.    Yes, sir.

23    Q.    This was something that you had talked about with Tarek,

24    hadn't you?

25    A.    It is, sir.
```

```
 1   Q.   And you talked about it with him on many occasions,
 2   correct?
 3   A.   Yes, sir.  I would say so, sir.
 4   Q.   If there's one thing you can say with certainty, it's that
 5   Tarek was very serious about obeying Islamic law --
 6   A.   Yes, sir.
 7   Q.   -- is that true?
 8   A.   I would say so, sir.
 9   Q.   And that seriousness of obeying Islamic law applied to
10   Aman, didn't it?
11   A.   It did, sir.
12   Q.   Is it fair to say that the law of Aman is that if a
13   country gives a Muslim protection to practice his or her
14   religion in that country that, in turn, there is a covenant or
15   pact with that country that the Muslim citizen will be a
16   law-abiding citizen within that country?
17   A.   That is correct, sir.
18   Q.   Have I summarized it accurately?
19   A.   Yes, very eloquently, sir.
20   Q.   Well, accurately will do.  Thank you.
21        What this means for a Muslim who follows this Islamic law
22   is that it would violate Islamic law for him to do something in
23   the United States like shoot someone, right?
24   A.   Correct, sir.
25   Q.   Or attack a shopping mall, right?
```

```
 1   A.   Correct, sir.

 2   Q.   He can't do anything within the United States' borders as

 3   long as he has this covenant or pact with the United States?

 4   A.   That is the ruling, yes, sir.

 5   Q.   And in Tarek's view, he had been allowed by the United

 6   States to practice his religion freely, isn't that true?

 7   A.   Generally speaking, yes, sir.

 8   Q.   There was no instance where the United States Government

 9   had ever prevented Tarek Mehanna from practicing his religion,

10   was there?

11   A.   Not that I am aware of, sir.

12   Q.   So in his view, he had the covenant with the United

13   States, right?

14   A.   That had been expressed to me, yes, sir.

15   Q.   By Tarek?

16   A.   By Tarek, sir.

17   Q.   On numerous occasions?

18   A.   On several occasions, yes, sir.

19   Q.   In fact, one of the things he was trying to do was make

20   sure that you understood that was the Islamic law, right?

21   A.   Yes.  He was one of the people who allowed me to change my

22   opinion on that issue.

23   Q.   You had believed differently --

24   A.   Yes.

25   Q.   -- prior to that, isn't that right?
```

         1    A.    Yes, sir.

         2    Q.    Part of the reason for that was Abousamra did not agree

         3    with Tarek on this?

         4    A.    He did not, sir.

         5    Q.    Kareem did not believe with Tarek on this?

         6    A.    I don't know what his opinions were, sir.

         7    Q.    Well, Kareem proposing to shoot up a shopping mall, that

         8    would be in violation of Aman?

         9    A.    It would, sir.

03:16   10    Q.    So it's fair to say that not only did Abousamra not agree

        11    with Tarek, Kareem did not agree with Tarek, right?

        12    A.    That's an assumption one can make from that, yes.

        13    Q.    If you can answer a question for me yes or no, I'd be

        14    grateful.

        15    A.    Yes, sir.  I apologize.

        16    Q.    That's okay.  We'll just move a little faster.  Life's too

        17    short.

        18    A.    Indeed.

        19    Q.    Now, you mentioned that at one point you believed it was

03:16   20    okay to do something to an American in the United States?

        21    A.    Yes, sir.

        22    Q.    By a Muslim --

        23    A.    Yes, sir.

        24    Q.    -- correct?

        25          Who was living in the United States?

```
 1   A.    That is correct.
 2   Q.    And it's fair to say that Tarek proved to you why that was
 3   wrong under Islamic law?
 4   A.    He was one of the people, yes, sir.
 5   Q.    So he was someone who helped convince you?
 6   A.    Yes, sir.
 7   Q.    And you were convinced by that, right?
 8   A.    Yes, ultimately, sir, yes.
 9   Q.    Now, it was Kareem who brought up an idea of shooting up a
10   shopping mall, right?
11   A.    That is what was told to me, yes, sir.
12   Q.    And Tarek said that that would violate Aman, right?
13   A.    I don't know his specific argument against it at the time,
14   but he indicated that to me later, yes.
15   Q.    He indicated to you that that would violate Aman?
16   A.    Yes, sir.
17   Q.    He also told you that, just in terms of his personal
18   opinion, it was a dumb idea?
19   A.    He did, sir.
20   Q.    He even called it outlandish, didn't he?
21   A.    Words to those effect, yes, sir.
22   Q.    So when the prosecutor asked you about what Tarek said,
23   what Tarek's view was of this, the correct statement is:  He
24   would view it as in violation of a central concept of the
25   Muslim faith?
```

```
 1   A.   Yes, sir.

 2   Q.   Isn't that a fairer statement?

 3   A.   I believe so, yes, sir.

 4   Q.   There was never again any discussion, to your knowledge,

 5   in front of Tarek Mehanna about doing something in the United

 6   States, isn't that fair to say, to your knowledge?

 7   A.   To my knowledge, yes, sir.

 8   Q.   That's a fair statement?

 9   A.   Yes, sir, it is.

10   Q.   I'd like to go back to the beginning of your testimony, if

11   we could.

12   A.   Certainly.

13   Q.   You mentioned that you were a convert to Islam, Mr.

14   Spaulding, is that right?

15   A.   That is correct, sir.

16   Q.   You were raised an Evangelical Christian?

17   A.   I was, sir.

18   Q.   At some point, you decided to explore other religions; is

19   that fair to say?

20   A.   Yes, sir.

21   Q.   This was something that was your own decision and your own

22   motivation, wasn't it?

23   A.   It was, sir.

24   Q.   You looked at different religions, didn't you?

25   A.   That is correct.
```

```
 1    Q.   You checked out what the fundamental principles were of
 2    different religions?
 3    A.   Yes.
 4    Q.   And you decided to convert to the religion of Islam?
 5    A.   Yes, sir.
 6    Q.   That occurred in 2002?
 7    A.   Yes, sir.
 8    Q.   Would you have been 18 years old at that point?
 9    A.   Yes, sir.
10    Q.   There was no pressure put on you to select Islam, was
11    there?
12    A.   No.
13    Q.   There was nobody pushing you to go in this direction?
14    A.   No.
15    Q.   It was all your own action?
16    A.   It was, sir.
17    Q.   Soon after you became a Muslim, you got to know Daniel
18    Maldonado?
19    A.   Yes, sir.
20    Q.   You had a pretty good rapport with him from the outset?
21    A.   I acted -- I interacted with him initially, then he
22    disappeared for a while, and then I reconnected with him after
23    that, sir, yes.
24    Q.   When you reconnected, is it fair to say you had an
25    easygoing bond with each other?
```

```
     1    A.    Yeah.  We got along quite well, sir.

     2    Q.    You had some things in common?

     3    A.    Yes, sir.

     4    Q.    Of course, you're both named Daniel?

     5    A.    Yes, sir.

     6    Q.    Even beyond that, and more importantly, you were both

     7    converts to the religion?

     8    A.    Yes.

     9    Q.    Daniel, when you met him, was a Salafi?

03:20 10    A.    Yes, sir.

    11    Q.    And that is a particular view of Islam, isn't it?

    12    A.    Yes.

    13    Q.    You might call it a sect, s-e-c-t, of Islam?

    14    A.    Yes.

    15    Q.    And it's people who have a certain group of beliefs that

    16    they hold to under the religion of Islam?

    17    A.    It is, sir.

    18    Q.    It advocated a return to a pure Islam; is that a fair way

    19    to put it?

03:21 20    A.    Yes, sir.

    21    Q.    Now, we've certainly heard throughout the trial a lot

    22    about the history of Islam.  But if I can confirm with you

    23    briefly, there is one God in Islam?

    24    A.    Yes, sir.

    25    Q.    That God revealed his beliefs in the Qur'an, right?
```

```
 1   A.   Yes.
 2   Q.   The Qur'an is the most important book in Islam?
 3   A.   Yes, sir.
 4   Q.   It's the equivalent of the Bible to Christians or the Tora
 5   to Jews; is that fair to say?
 6   A.   That's --
 7   Q.   To the extent that you know?
 8   A.   Yes, sir.
 9   Q.   There was a prophet named Muhammad who revealed what God
03:22 10   wanted to have people do, correct?
11   A.   Yes, sir.
12   Q.   There were some people who were, of course, alive in the
13   time of the Prophet Muhammad, correct?
14   A.   Yes.
15   Q.   And they reported what he had said?
16   A.   Yes, sir.
17   Q.   And these were contained in documents that are termed
18   "Hadiths," is that correct?
19   A.   Correct, yes, sir.
03:22 20   Q.   And to put it in a simple way for me, it's someone
21   reporting that he or she, although I suspect it's always he,
22   heard the Prophet Muhammad say X or Y?
23   A.   Yeah.  Heard him say this or saw him do this, things to
24   that effect, sir, yes.
25   Q.   And there were three generations after the prophet lived
```

```
 1  who might have had some connection to him, direct or indirect,
 2  isn't that right?
 3  A.   Yes, sir.
 4  Q.   And the Salafi concept of Islam is people are going to try
 5  to live their life as it was reflected in the Qur'an and in the
 6  Hadiths, is that right?
 7  A.   Yes, sir.
 8  Q.   Now, if you believe this, then you look to the Qur'an for
 9  the actual language that's used in there to guide how you will
03:23 10  live your life in 2011?
11  A.   That would be correct, sir.
12  Q.   You look to the Qur'an and the Hadiths for how you will
13  act in your life, right?
14  A.   Yes, sir.
15  Q.   Now, you were learning all this in your conversion to
16  Islam, weren't you?
17  A.   Yes, sir.
18  Q.   And it's fair to say that, as you become familiar with a
19  religion, you're not given the entire religion all on the first
03:24 20  day, right?
21  A.   No, sir.
22  Q.   It makes sense that you begin to learn about the basics,
23  correct?
24  A.   Yes, sir.
25  Q.   You begin to learn about the Qur'an, right?
```

```
 1   A.   Yes, sir.

 2   Q.   And the prophets, correct?

 3   A.   Yes, sir.

 4   Q.   You read Hadiths?

 5   A.   Correct.

 6   Q.   And it's -- it's the path that everyone would take if he

 7   or she is trying to learn about something brand-new that

 8   constitutes a religion that a person wants to live his life by,

 9   right?

03:24 10   A.   Yes, sir.  That's the most practical way.

11   Q.   Now, the prosecutor has used the word "progression" as if

12   it's some evil mind-bending theory.

13        MR. AUERHAHN:  Objection.

14        THE COURT:  Sustained.

15   Q.   Is that the impression you got?

16        MR. AUERHAHN:  Objection.

17        THE COURT:  Sustained.

18   Q.   Well, he used the word "progression," right?

19   A.   Yes, sir.

03:24 20   Q.   And that when Tarek Mehanna was teaching someone about

21   Islam, he used progression in order to teach someone, right?

22   A.   Yes, sir.

23   Q.   In fact, he used progression with you, right?

24   A.   I believe so, yes.

25   Q.   He started out basic, and then it got more detailed.  And
```

1  that was the way you learned about Islam, right?

2  A.   Correct.

3  Q.   And how, to your knowledge, most people learned about

4  Islam --

5  A.   Yes, sir.

6  Q.   -- correct?

7       You met Ahmad Abousamra through Daniel Maldonado, is that

8  right?

9  A.   I believe so, yes.

03:25 10  Q.   Approximately in 2004?

11  A.   Somewhere in that timespan, yes, sir.

12  Q.   And within about a year or so, you got married to

13  Abousamra's younger sister?

14  A.   Yes, sir.

15  Q.   Rouba?

16  A.   Rouba, yes.

17  Q.   R-o-u-b-a?

18  A.   Yes, sir.

19  Q.   Now, would you agree with me that Abousamra had a very

03:26 20  strong personality?

21  A.   He was, yes, very charismatic, sir.

22  Q.   He was smart, wasn't he?

23  A.   Yes.

24  Q.   Very confident about his beliefs?

25  A.   Yes.

1    Q.   He was a forceful person in presenting those beliefs?

2    A.   He certainly could be, yes.

3    Q.   He was knowledgeable about a lot of aspects of Islam,

4    wasn't he?

5    A.   Yes.

6    Q.   He was fluent in Arabic?

7    A.   He was.

8    Q.   He was an excellent public speaker, wasn't he?

9    A.   Yes.

03:26 10   Q.   He didn't hesitate to stand up if it was a group filling a

11   mosque or if it was a group sitting in a dining room table, to

12   stand up and espouse his views?

13   A.   Correct.

14   Q.   You described him as charismatic?

15   A.   Yes.

16   Q.   What do you mean by that word?

17   A.   He was just one of those people, you were very drawn to

18   him, very -- you know, he had one of those sort of

19   personalities where he could easily connect with people and,

03:27 20   you know, had that sort of attractive personality and such.

21   Q.   He took you under his wing a little bit, didn't he?

22   A.   Yes.  We became very good friends.

23   Q.   And just by virtue of the fact that Abousamra would give

24   you a very strong opinion about something related to Islam was

25   generally enough for you to embrace it?

1    A.    Yes.

2    Q.    I won't say blindly, but --

3    A.    Pretty close.

4    Q.    Pretty close?

5    A.    Pretty close, yes, sir.

6    Q.    And if you raised sometimes or other people raised

7    sometimes some disagreements with Abousamra's views, he didn't

8    hesitate to continue to debate and argue until he wore you

9    down; is that a fair --

03:27 10    A.    He was very persistent in his arguments.

11    Q.    Until he wore you down, is that a fair way?

12    A.    Or people gave up, things to that effect, yes.

13    Q.    He was basically the driving force behind the adoption of

14    the extreme views that you and your group of friends at this

15    time were espousing, isn't that right?

16    A.    He was a main motivator, yes, sir.

17    Q.    Would you say the main motivator is a driving force?

18    A.    I suppose you could put it like that, yes, sir.

19    Q.    Now, the prosecutor has shown us again some photos of 9/11

03:28 20    and the awful events of that day, do you remember?

21    A.    Yes, sir.

22    Q.    We saw again the horrible images of the Twin Towers --

23    A.    Yes, sir.

24    Q.    -- right?

25          We talked again about the outrage of 3,000 people being

```
 1    killed that day?

 2    A.    Yes.

 3    Q.    Innocent Americans?

 4    A.    Yes.

 5    Q.    After that happened, you had discussions with Abousamra

 6    about that, right?

 7    A.    Yes, sir.

 8    Q.    And you had discussions with other people, too, correct?

 9    A.    Correct, sir.

03:29 10  Q.    And you came to the conclusion that the actions on 9/11

11    that we just talked about were justified, correct?

12    A.    Yes, sir.

13    Q.    Now, by justified, it means that your position was that it

14    was warranted, that it was okay, it was appropriate, for planes

15    to fly into the Twin Towers, for a plane to fly into the ground

16    in Pennsylvania, and for a plane to fly into the Pentagon and

17    kill all those people?

18    A.    Yes, sir.

19    Q.    I didn't hear you, Mr. Spaulding.

03:30 20  A.    Yes, sir.

21    Q.    You described the hijackers as being Nineteen Martyrs,

22    correct?

23    A.    I believe I may have used language like that at some

24    point, sir, yes.

25    Q.    And martyrs are people who die heroic deaths?
```

```
 1    A.    Correct, sir.
 2    Q.    You compared the loss of life on that day to the loss of
 3    life at Hiroshima, correct?
 4    A.    Yes, sir.
 5    Q.    That was your description, wasn't it?
 6    A.    Those were my words, yes.
 7    Q.    That was your choice of how you would compare 9/11?
 8    A.    Yes, sir.
 9    Q.    And, of course, when you referred to Hiroshima, you were
10    referring to the fact that during World War II the United
11    States dropped an atomic bomb on a Japanese city, killing or
12    severely burning millions of people?
13    A.    Yes, sir.
14    Q.    And just as you thought Hiroshima was justified, you
15    thought 9/11 was justified?
16    A.    I believe -- by the time I was comparing 9/11 to
17    Hiroshima, I did start out after my interactions with Ahmad
18    with the position -- he had convinced me that 9/11 was
19    permissible, Islamically speaking, and that that was valid,
20    justified, et cetera.  By the time I was comparing it to
21    Hiroshima, that was more to make a moral equivalence in -- I
22    think it was the sort of argument I had derived from writers
23    like Noam Chomsky, et cetera, that -- you know, that one --
24    just two separate forms of the same thing, which is terrorism.
25    Q.    You indicated you also supported Osama bin Laden?
```

```
 1   A.   Yes, sir.
 2   Q.   Now, you read, in addition, about other people's views of
 3   9/11?
 4   A.   Yes, sir.
 5   Q.   You mentioned that there was a 9/11 Fatawa issued?
 6   A.   Yes, sir.
 7   Q.   Can you remind us what the word "Fatawa" means?
 8   A.   It's like a religious ruling issued by a scholar, an
 9   Islamic scholar.
10   Q.   Is it the scholar's opinion of Islamic law or
11   jurisprudence?
12   A.   Yes, sir.  It's a judicial opinion.
13   Q.   When you referred to the 9/11 Fatawa, what were you
14   referring to?
15   A.   I think it was a Fatawa, ruling, issued by a particular
16   Saudi scholar, Hamood Uqlaa.
17   Q.   Justifying 9/11?
18   A.   Yes, yeah.
19   Q.   You believed all these things then --
20   A.   Yes, sir.
21   Q.   -- right?
22   A.   Yes, sir.
23   Q.   Now, we've heard a lot of the word "Jihad" or "Jihadist,"
24   right?
25   A.   Yes, sir.
```

1   Q.   I'd like you to be very specific in your answers.  The

2   word "Jihad" comes from the Qur'an, correct?

3   A.   Yes, sir.

4   Q.   And the word "Jihad" is mentioned many times in the

5   Qur'an, is it not?

6   A.   That is correct, sir.

7   Q.   It's referred to in various ways or with various meanings

8   in the Qur'an, is it not?

9   A.   It is, sir.

03:33 10   Q.   Fundamentally, Jihad refers to obligations or duties that

11   Muslims have, correct?

12   A.   Yes, sir.

13   Q.   And Jihad is characterized as sometimes the personal

14   obligation that a Muslim has to lead his life or her life as a

15   good Muslim, correct?

16   A.   Yes, it can be.

17   Q.   And it sets forth so many different things that -- so many

18   different things that a Muslim must do to be a good Muslim?

19        MR. CARNEY:  Technical difficulty.

03:34 20   Q.   One of the things that would be considered part of Jihad

21   is the obligation or duty for a Muslim to come to the defense

22   of a Muslim country that's being attacked or invaded, is that

23   right?

24   A.   Yes, sir.

25   Q.   It applied when the Mongols invaded, right?

1    A.    Correct.

2    Q.    It invaded -- it applied when the Bosnians were being

3    massacred, right?

4    A.    Yes, sir.

5    Q.    It involved when ethnic cleansing was going on in

6    Chechnya, right?

7    A.    Right.

8    Q.    It involved when those Russians invaded Afghanistan,

9    right?

03:35 10    A.    Yes, sir.

11    Q.    It involved when the United States invaded Iraq?

12    A.    Yes, sir.

13    Q.    And this concept of Jihad required, initially, the people

14    who lived in that Muslim country to repel the invaders, whoever

15    they might be, right?

16    A.    Yes, sir.

17    Q.    And if they were unsuccessful, then the neighbors of that

18    country who were Muslim were to come to their assistance,

19    right?

03:35 20    A.    Yes, sir.

21    Q.    And if those people were not enough, then people from

22    around the world who were Muslims were to go to that country

23    invaded and repel the invading army, right?

24    A.    That is correct.

25    Q.    That is the essence of the Jihad we're talking about,

1    isn't it?

2    A.    Much of it, yes, sir.

3    Q.    Defending an Islamic or Muslim country that's being

4    invaded, correct?

5    A.    Yes, sir.

6    Q.    Now, these were beliefs shared by Ali Aboubakr, right?

7    A.    Yes, sir.

8    Q.    Who was an earlier witness in this trial.  Hassan Masood,

9    right?

03:36 10   A.    Yes, sir.

11   Q.    Another witness.  Daniel Maldonado, right?

12   A.    Correct, sir.

13   Q.    You --

14   A.    Yes, sir.

15   Q.    -- right?

16         Kareem Abuzahra?

17   A.    I presume so, yes, sir.

18   Q.    And Tarek?

19   A.    Yes, sir.

03:36 20   Q.    Now, when you talked about Daniel Maldonado, he was very

21   close to you, wasn't he?

22   A.    Yes, he was.

23   Q.    He was someone that you'd fairly describe as being a very

24   friendly person?

25   A.    Yes.

```
 1    Q.    A very open person?

 2    A.    Yes.

 3    Q.    A generous person?

 4    A.    Yes, very much so.

 5    Q.    Someone who really enjoyed talking with people?

 6    A.    Yes.

 7    Q.    Someone who was a nonviolent person, right?

 8    A.    When I knew him, yes, sir.

 9    Q.    And you got to know his best friend, Tarek Mehanna, didn't
03:37 10    you?

11    A.    I did, sir.

12    Q.    Tarek Mehanna is someone who, from the outset, impressed

13    you as being someone very knowledgeable about Islam, isn't that

14    true?

15    A.    It is, sir.

16    Q.    And he was someone who tried to help you learn about

17    Islam, didn't he?

18    A.    He did, sir.

19    Q.    He would talk to you about passages in the Qur'an,
03:37 20    correct?

21    A.    Yes, sir.

22    Q.    He also would discuss Hadiths with you, wouldn't he?

23    A.    He would.

24    Q.    For example, he'd give you a Hadith and ask you to take a

25    look at it, which you willingly did, so that you and he could
```

```
 1   get together the next time and discuss it, is that right?
 2   A.   That is true, sir, yes.
 3   Q.   That happened many, many times, didn't it?
 4   A.   Yes, sir.
 5   Q.   Tarek was someone who would do extensive research in books
 6   and publications by scholars, wouldn't he?
 7   A.   He would.
 8   Q.   He was always trying to get back to the original law and
 9   understand it and help you understand it as a guide to how you
10   would live your life, correct?
11   A.   Yes, sir.
12   Q.   He also would go on the internet and do research there,
13   correct?
14   A.   Yes.
15   Q.   He'd go on web forums where people would express opinions,
16   and he would engage in that, too, correct?
17   A.   Yes, sir.
18   Q.   You've already told us that you posted on web forums such
19   as Tibyan, correct?
20   A.   Yes, sir.
21   Q.   Another was Clear Guidance, right?
22   A.   That is correct.
23   Q.   And these were forums -- or Clear Guidance, for example,
24   was one that you found on your own in looking on the internet?
25   A.   It is.
```

```
 1   Q.   Tarek also taught classes at the mosque, didn't he?

 2   A.   Yes.

 3   Q.   In fact, during Ramadan, he'd give a weekly class at the

 4   mosque, wouldn't he?

 5   A.   I don't recall.

 6   Q.   Do you remember him teaching in the Islamic mosque --

 7   there's a redundancy -- a mosque, once a week in Boston?

 8   A.   I don't recall if it was during Ramadan or not.  But, yes,

 9   he did have classes and talks and such at the mosque, yes.

10   Q.   And he would be talking about religious topics?

11   A.   He would, yes, sir.

12   Q.   And trying to connect this core Salafi view to how a

13   person can live his life as a good Muslim, correct?

14   A.   Yes, sir.

15   Q.   He encouraged you to learn Arabic if you could so you

16   could read about this in the original language, didn't he?

17   A.   Yes.

18   Q.   It's fair to say that two people that Tarek admired most

19   were mujahids, who are holy warriors, fighting for Islam,

20   defending an Islam country, right?

21   A.   Yes, sir.

22   Q.   And scholars of the Islam religion, correct?

23   A.   Absolutely.

24   Q.   Now, he would post on Tibyan often citing quotations from

25   the Qur'an or statements from the Hadiths or excerpts from
```

1     scholarly texts to explain his ideas, wouldn't he?

2     A.   Yes, sir.

3     Q.   He would acknowledge that there was a duty to help a

4     Muslim country that's being invaded, correct?

5     A.   Yes, sir.

6     Q.   But he also acknowledged that the Qur'an does not expect

7     every Muslim to be on the battlefield, right?

8     A.   Yes, sir.

9     Q.   There are realities that there are some people who will go

03:41 10    into battle and fight, and some people who will never go into

11    battle, onto a battlefield and fight, right?

12    A.   Yes, sir.

13    Q.   But those two kinds of people can, nonetheless, fulfill

14    their duty as Muslims by serving and participating in Jihad in

15    other ways, right?

16    A.   Yes, sir.

17    Q.   In other ways that you could help the soldiers in the

18    country repel the invading army, correct?

19    A.   Yes, sir.

03:41 20    Q.   Now, the prosecutor asked you about a book called 39 Ways.

21    You're familiar with that book?

22    A.   Yes, sir.

23    Q.   That original book was published in Arabic, wasn't it?

24    A.   I believe so, yes.

25    Q.   And was not written by Tarek Mehanna, right?

```
 1   A.    No.
 2   Q.    It was a book designed to show Muslims who were not going
 3   to go fight on a battlefield how, nonetheless, they could
 4   fulfill their obligations as a Muslim, right?
 5   A.    Correct.
 6   Q.    Mr. Mehanna translated that book from Arabic to English,
 7   didn't he?
 8   A.    Yes, sir.
 9   Q.    Now, you had discussions with him about his translation?
10   A.    Yes, sir.
11   Q.    In the sense of why he did it, what his purpose was?
12   A.    Yeah.  And I recall him telling me he translated it, et
13   cetera.
14   Q.    And he translated it so that Muslims in the United States,
15   for whom watching videos would be the closest that they ever
16   get to a battlefield, would know how they could help in Jihad
17   in other ways, right?
18   A.    Yes, sir.
19   Q.    And that way, the armchair Jihads would be able to fulfill
20   their duty by helping expel an invading army in different ways,
21   isn't that right?
22   A.    Can you repeat the question, sir?
23   Q.    So that way, an armchair Jihadi -- my term -- could help
24   expel the invading army in other ways, right?
25   A.    I suppose so.
```

```
 1   Q.   Now, at one point, you told Tarek that his translation was

 2   being sold on the internet, remember that?

 3   A.   I do remember having a discussion that some item -- I

 4   don't recall which one, but something he had translated was,

 5   yes, being sold on a website on the internet.

 6   Q.   So that someone was making money on Tarek's translation?

 7   A.   Yes.

 8   Q.   You brought up the fact that he wasn't going to be getting

 9   any royalties from this; do you remember that?

10   A.   Yes.

11   Q.   And Tarek's response was, It's not about money.  It's

12   about serving God, right?

13   A.   Something to that effect, sir, yes.

14   Q.   Something to the effect that, It's not about money?

15   A.   Yeah.  He was clear that it wasn't about money.

16   Q.   It was about serving God, is that right?

17   A.   Yes.

18   Q.   You don't ever recall Tarek Mehanna say that al Qa'ida is

19   doing an important job, do you?

20   A.   I don't recall him making a statement to that effect, no,

21   sir.

22   Q.   You don't ever recall Tarek Mehanna saying, We need to

23   support al Qa'ida, do you?

24   A.   Again, I don't recall words specifically to that effect.

25   Q.   You never remember Tarek Mehanna saying, We should join al
```

1  Qa'ida, do you?

2  A.   I certainly don't have any recollection of that, sir.

3  Q.   You don't remember Tarek Mehanna ever saying that, We've

4  got to do something to advance the cause of al Qa'ida, do you?

5  A.   I don't recollect any statements to that effect.

6  Q.   You don't know of any instance where Tarek Mehanna was

7  directed by al Qa'ida to do something, do you?

8  A.   I have no knowledge of that, no, sir.

9  Q.   There was no instance that you know of where Tarek Mehanna

03:45 10  was in contact with someone from al Qa'ida coordinating

11  something with al Qa'ida, are you?

12  A.   I have no knowledge of that, sir, no.

13  Q.   There were no overseas-based influences that you knew of

14  that were directing or coordinating with Tarek Mehanna, isn't

15  that true?

16  A.   Not that I'm aware of, no, sir.

17  Q.   Now, certainly, sometimes Tarek would comment favorably

18  when watching a Jihadi video, right?

19  A.   Correct.

03:45 20  Q.   You actually told the FBI that you thought Tarek was

21  really a lot of "bluster," was a term you used?

22  A.   I don't recall if I told that to the FBI or not, sir.

23  Q.   Is "bluster" a word you use?

24  A.   I have used it before, sir, yes.

25  Q.   Would it be applicable to say that there were a lot of

1   times when Tarek was a lot of bluster?

2   A.   Yeah.  We all were at that time, sir, yes.

3   Q.   What does "bluster" mean?

4   A.   Just kind of venting and saying stuff, but there's no

5   actual substance to it.

6   Q.   It's fair to say that Tarek believed that the way he could

7   support Jihad was through prayer, right?

8   A.   Yes, sir.

9   Q.   Through speaking in favor of getting invading armies out

03:46 10   of a Muslim country, right?

11   A.   Yes, sir.

12   Q.   He believed in translating documents from another language

13   so that people in America could read the other point of view --

14   A.   Yes, sir.

15   Q.   -- right?

16        Now, we talked about al Qa'ida a moment ago.  And you

17   mentioned that Tarek had given a sermon at a mosque some Friday

18   afternoon --

19   A.   Yes, sir.

03:47 20   Q.   -- where people were upset with what he was saying?

21   A.   That is correct.

22   Q.   The sermon was about a government-funded report that was

23   talking about Muslims, correct?

24   A.   Yes, sir.

25   Q.   This was done by the consulting group the RAND

1    Corporation?

2    A.    I believe so, yes.

3    Q.    And the RAND Corporation had provided this report to the

4    U.S. Government to advise the U.S. Government about which sects

5    of Islam the U.S. Government should support and encourage and

6    which sects, s-e-c-t-s, of Islam they want to discourage or

7    disfavor, right?

8    A.    Yes, sir.

9    Q.    So that the United States Government was advised to get

03:48 10   involved in religion and tell people or take actions that would

11   favor one type of a branch of religion over another type of

12   branch of religion, right?

13   A.    Yes, sir.

14   Q.    And Tarek was upset about this, wasn't he?

15   A.    Very much so.

16   Q.    And he said that this was not something the government

17   should be doing in the Muslim religion, correct?

18   A.    Yes.

19   Q.    Any more than the government should be saying about

03:48 20   Protestants, that we should push the Baptists, and we should

21   discourage the Episcopalians, right?

22   A.    Yes, sir.

23   Q.    His view was government has no business in this?

24   A.    Yes, sir.

25   Q.    Now, some people were upset at how strongly he spoke,

```
 1    right?
 2    A.    That is correct.
 3    Q.    You told us, in questioning by the prosecutor, that some
 4    people said, Oh, my God, he sounded like al Qa'ida, right?
 5    A.    That is -- yes.
 6    Q.    And Tarek was insulted by that, right?
 7    A.    Yes.
 8    Q.    He was upset by that, that people would say he was like
 9    al Qa'ida, correct?
03:49 10   A.    Yes.
11    Q.    He said that the people who called him the equivalent of
12    al Qa'ida were evil for saying that he is the equivalent of
13    al Qa'ida?  That's how strongly he believed about this, right?
14    A.    He was very upset about it.
15    Q.    Now, the last thing I want to ask you about before the
16    break is that you mentioned that Tarek often was looking for
17    books that would be supportive, is that right?
18    A.    Supportive of what specifically?
19    Q.    Of the belief that it was appropriate to oppose invading
03:50 20   armies or armies that were being fought against by natives of
21    that country, right?
22    A.    Yes, sir.
23    Q.    And do you remember Tarek talking to you one day -- if I
24    may just have a sec -- with you about books concerning the
25    American resistance against the British colonists, right?  You
```

1   remember that?

2   A.   Vaguely, sir, yes.

3   Q.   And that he'd like to read up on it?

4   A.   Yeah.  I believe he had requested if I knew any good

5   titles on the subject.

6   Q.   He wanted to read about the mindset of Americans who were

7   fighting against the British, to get the British out of our

8   country, right?

9   A.   I don't recall what his motivation was for seeking out

03:51 10   those books, sir.

11   Q.   Do you remember his motivation was he wanted to compare it

12   to the Islamic resistance today in places like Bosnia,

13   Chechnya, Afghanistan, and Iraq; do you remember that?

14   A.   I don't, sir.

15   Q.   All right.

16       MR. CARNEY:  Can I call up Exhibit 661, please.

17   Q.   Do you recognize this, Dan -- I'm sorry, Mr. Spaulding?

18   A.   Yes, sir.

19   Q.   Just, your name Dan just popped up in front of me.

03:52 20   A.   That's fine.

21   Q.   I guess taking a page from the prosecutor, I'll read

22   Tarek's words and you can read your words, okay?

23   A.   Yes, sir.

24   Q.   "Dan, do you have any books about the American resistance

25   against the British colonists?"

| | |
|---|---|
| 1 | A.   "Not really.  Why?" |
| 2 | Q.   "I would like to read up on it." |
| 3 | A.   "Oh." |
| 4 | Q.   "Their methods of fighting the British, their mindset at |
| 5 | the time, etc." |
| 6 | A.   "Hmm." |
| 7 | Q.   "Compare it to the Islamic resistance of today might help |
| 8 | in Da'wah," which is the call to Islam. |
| 9 | A.   "I'll look into it and see what is relevant to the topic, |
| 03:53 10 | God willing." |
| 11 | Q.   "Yeah, see if they did any 'shahadah martyrdom ops' or |
| 12 | anything back then." |
| 13 | A.   "Do you want history books or autobiographies of the |
| 14 | people there?" |
| 15 | Q.   "History." |
| 16 | A.   "Okay.  God willing." |
| 17 | Q.   "Cool."  And that's the exchange you had with him? |
| 18 | A.   Yes, sir. |
| 19 | MR. CARNEY:  That's all I have today, your Honor. |
| 03:53 20 | THE COURT:  Let me see counsel before we adjourn. |
| 21 | (SIDEBAR CONFERENCE AS FOLLOWS: |
| 22 | THE COURT:  Today?  You have more?  My only |
| 23 | interest -- |
| 24 | MR. CARNEY:  I'm probably not even halfway through. |
| 25 | THE COURT:  I just wanted to know, if we could go 15 |

```
 1   minutes and finish the guy so he doesn't have to come back.
 2   But if it's more than that --
 3           MR. CARNEY:  I don't think I'm even halfway through.
 4           THE COURT:  So he will be back tomorrow.  And then
 5   what?  Genck?
 6           MR. AUERHAHN:  Genck.  And then if we get to -- he's
 7   saying no.
 8           MR. CHAKRAVARTY:  We would have two linguists who
 9   would -- the new set of verbatim translations which had
10   previously been summaries, they will be --
11           MR. CARNEY:  I'm confident we're going to stay on
12   track -- on schedule tomorrow and finish everything that your
13   Honor is expecting us to finish.
14           THE COURT:  That means through the linguists?  I don't
15   know what I expect.  You tell me what I'm expecting.
16           MR. CHAKRAVARTY:  Depending on the timing of the
17   linguists, we filed a motion yesterday to publish the Juthath
18   video, Exhibit --
19           MS. BASSIL:  I'm going to have a big objection to
20   that.
21           THE COURT:  That would be tomorrow?
22           MR. CHAKRAVARTY:  One of the proposals for the
23   government was, to offset any concern that there will be some
24   commentary about the video beyond what's in the four corners of
25   the video, the linguist would read the five chats that kind of
```

1   lay the foundation for that video and then play the video

2   without any additional commentary.  It would be, This is the

3   translation for that video.

4          THE COURT:  Okay.  All right.

5          MS. BASSIL:  I'm going to have objections to that.

6   I'll put it on the record tomorrow.

7   .  .  .  END OF SIDEBAR CONFERENCE.)

8          THE COURT:  Okay, jurors.  We'll recess now for the

9   day and resume tomorrow at 9.

03:55 10   (Whereupon, at 1:02 p.m. the trial recessed.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T E

2

3        We, Marcia G. Patrisso, RMR, CRR, and Cheryl

4    Dahlstrom, RMR, CRR, Official Reporters of the United States

5    District Court, do hereby certify that the foregoing transcript

6    constitutes, to the best of our skill and ability, a true and

7    accurate transcription of our stenotype notes taken in the

8    matter of Criminal Action No. 09-10017-GAO-1, United States of

9    America v. Tarek Mehanna.

10

11   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
12   Official Court Reporter

13   /s/ Cheryl Dahlstrom
     CHERYL DAHLSTROM, RMR, CRR
14   Official Court Reporter

15

16   Date:  November 22, 2011

17

18

19

20

21

22

23

24

25