UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


)
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   ) Criminal Action
v.                                 ) No. 09-10017-GAO
                                   )
TAREK MEHANNA,                     )
                                   )
          Defendant.               )
                                   )



BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

DAY TWENTY-SIX
JURY TRIAL


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Friday, December 2, 2011
9:10 a.m.


Marcia G. Patrisso, RMR, CRR
Cheryl Dahlstrom, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: Aloke Chakravarty and Jeffrey Auerhahn,
 3             Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Jeffrey D. Groharing, Trial Attorney
               National Security Division
 7         950 Pennsylvania Avenue, NW
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         CARNEY & BASSIL
           By: J.W. Carney, Jr., Esq.
10             Janice Bassil, Esq.
               John E. Oh, Esq.
11         20 Park Plaza
           Suite 1405
12         Boston, Massachusetts  02216
           - and -
13         LAW OFFICE OF SEJAL H. PATEL, LLC
           By: Sejal H. Patel, Esq.
14         101 Tremont Street
           Suite 800
15         Boston, Massachusetts  02108
           On Behalf of the Defendant

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                          DIRECT  CROSS  REDIRECT  RECROSS
   WITNESSES FOR THE
3    GOVERNMENT:

4  BRIAN J. SOLECKI, resumed

5       By Mr. Groharing (Cont'd)    9
        By Ms. Bassil                      82
6
   EVAN J. KOHLMANN
7
        By Mr. Chakravarty                 90
8

9                          E X H I B I T S

10

11  GOVERNMENT'S        DESCRIPTION                FOR ID    IN EVD.

12  No. 799A Certificate of Authenticity - Massachusetts
            College of Pharmacy                             20
13
    No. 799  2003-2004 academic schedule                   20
14
    No. 746  Document entitled "The Designation of
15           Foreign Terrorist Organization"               117

16

17

18

19

20

21

22

23

24

25

1           (The following proceedings were held in open court

2    before the Honorable George A. O'Toole, Jr., United States

3    District Judge, United States District Court, District of

4    Massachusetts, at the John J. Moakley United States Courthouse,

5    One Courthouse Way, Boston, Massachusetts, on December 2, 2011.

6           The defendant, Tarek Mehanna, is present with counsel.

7    Assistant U.S. Attorneys Aloke Chakravarty and Jeffrey Auerhahn

8    are present, along with Jeffrey D. Groharing, Trial Attorney,

9    U.S. Department of Justice, National Security Division.)

10          THE CLERK:  All rise for the Court.

11          (The Court enters the courtroom at 9:10 a.m.)

12          THE CLERK:  For a continuation of the Mehanna trial.

13   Good morning.

14          MR. CHAKRAVARTY:  Good morning, your Honor.  Thank you

15   for coming out a little early.  Before Mr. Kohlmann testifies,

16   I just want to alert the Court to two issues and seek some

17   clarification, if possible.  One is that Mr. Kohlmann --

18          MR. CARNEY:  Your Honor, may Mr. Kohlmann step outside

19   during this discussion, please?

00:01 20          THE COURT:  Yes.

21          MR. CARNEY:  Thank you.

22          (Mr. Kohlmann exits the courtroom.)

23          MR. CHAKRAVARTY:  Mr. Kohlmann has been retained in

24   the course of his employment with -- retained by certain civil

25   law firms for civil lawsuits, and he has signed nondisclosure

1   agreements with them.  So I don't know that the details of

2   those relationships are going to be the -- within the scope of

3   the cross, but I both wanted to alert the Court to that as well

4   as there's probably a way to work around the specific details

5   of those relationships.

6          MR. CARNEY:  I call it the "confrontation clause,"

7   your Honor, the fact that Mr. Kohlmann might have some --

8          THE COURT:  Well, what would you want to elicit, I

9   guess is my question.

00:02 10       MR. CARNEY:  The money he has earned from these civil

11   cases testifying as an alleged expert in terrorism.

12          MR. CHAKRAVARTY:  That is not a problem, your Honor,

13   as long as it's not tied to, you know, on a specific case and

14   by a specific firm he received X number of dollars.  If the

15   issue is, "Have you been paid" -- "How much were you paid in

16   your consulting to civil lawsuits, several civil lawsuits,"

17   then that, I think, he's prepared to answer.

18          MR. CARNEY:  Well, I don't see why there is a

19   restriction on that, your Honor.

00:03 20       THE COURT:  Well, I guess the question is if there's

21   some way to respect the defendant's confrontation rights and at

22   the same time respect the interest of nonparties.  I mean, how

23   much -- I'm not sure I understand what's precluded by so-called

24   nondisclosure, what types of information, but how much

25   information is necessary to accomplish the legitimate point by

1    the defendant?

2              MR. CARNEY:  Well, I'd say, first of all --

3              THE COURT:  I mean, do you need to know the exact law

4    firm, for example?

5              MR. CARNEY:  I don't think so.

6              THE COURT:  Do you need to know the clients?

7              MR. CARNEY:  I may need to know the party on the other

8    side.

9              THE COURT:  The opponent?

00:04 10              MR. CARNEY:  Yes, your Honor.  But I go back to

11    fundamentals.  A private agreement between parties to keep

12    something confidential cannot override a constitutional

13    provision to be able to fully and fairly explore bias and other

14    related issues with a witness.

15              THE COURT:  Well, that's true, but --

16              MR. CARNEY:  May I make a suggestion, please?

17              THE COURT:  Yes.

18              MR. CARNEY:  I assume, based on my discussions with

19    Mr. Chakravarty, that we'll go the morning with Mr. Kohlmann.

00:04 20    I will alert your Honor before I ask particular questions what

21    I intend to ask, and if your Honor rules that they are improper

22    at the sidebar, of course I will --

23              THE COURT:  That sounds fine.

24              MR. CARNEY:  -- defer to your ruling.

25              THE COURT:  Yeah.  I mean, to some degree -- to some

extent it may be a matter of degree, that's all.  I mean, even

constitutional rights operate within a structure of rules,

including Rule 403 and other things, and just how necessary is

it to vindicate the interests, that's all.

MR. CHAKRAVARTY:  The other issue is --

MR. CARNEY:  It will be enough for me to alert you

beforehand?

THE COURT:  I think so.  And then we'll see, you know,

how --

00:05 MR. CARNEY:  That's what I will do.

MR. CHAKRAVARTY:  The related issue may hopefully

also -- it's a variation on a theme.  The detail with which

Mr. Carney will be asking the witness of his financial

relationships with the variety of different entities with whom

he has worked -- for whom he has worked, the government would

try to respect some of his privacy rights in that sense.  To

the extent of not -- we're trying to get a sense of the

contours that the Court is going to allow in terms of the

dollars and cents, the percentage of his income, or what other

00:06 probative aspect of the inquiry to the witness with regards to

how much he's making, if there was a variety of different

sources.  There should be some limit to, you know, "How much

were you paid on a certain date" versus "How much did you

receive from a certain client or a certain category of

clients."

1    I guess the government's preference is to go by

2 percentages because that seems to -- and maybe total income and

3 percentages, because that seems to be making the point that

4 counsel will likely be making.  But, you know, to ask the

5 witness, who has prepared as best as he can to answer any

6 financial questions, about how much, you know, he received from

7 each individual client on a specific time frame is -- seems to

8 be both boring to the jury as well as missing the point of the

9 bias line of impeachment.

00:07 10    THE COURT:  Well, I think the principal limit would be

11 Rule 403, and I would think it appropriate for questions on all

12 of those topics to be asked and answered.  And then again, it's

13 a matter of degree.  If it gets too cumulative or redundant or

14 time wasting or whatever, 403 can be called into it.  But

15 financial interests as a potential source of bias is a major

16 area of inquiry for a cross-examiner which is --

17    MR. CHAKRAVARTY:  The government recognizes that.  I

18 guess it's the form of the questioning and how he should be

19 answering.  Are we answering gross dollars?  Are we answering

00:07 20 percentages --

21    THE COURT:  I won't limit that at this point.

22    MR. CHAKRAVARTY:  That was all, your Honor.

23    THE COURT:  Okay.  So we're going to finish some

24 readings and then get to Mr. Kohlmann?

25    MR. CHAKRAVARTY:  Pursuant to the Court's pretrial

```
 1   ruling, Mr. Kohlmann will attend the conclusion of

 2   this -- Mr. Solecki's readings.  He actually will be talking

 3   about some of the items that will be read.

 4             MR. CARNEY:  I have no objection to that, your Honor.

 5             THE COURT:  Oh, he will be here for that reading?

 6   Fine.  He's probably read all of this stuff anyway, so...  It's

 7   not like fresh testimony from a sequestered witness.

 8             MR. CARNEY:  Yes.

 9             (Pause.)

10             THE CLERK:  All rise for the jury.

11             (The jury enters the courtroom at 9:19 a.m.)

12             THE CLERK:  Please be seated.

13             THE COURT:  Good morning, jurors.

14             THE JURORS:  Good morning.

15             THE COURT:  Mr. Groharing, you may resume.

16             MR. GROHARING:  Thank you, your Honor.

17             Please call up Exhibit 569?

18             THE COURT:  Are the jurors getting the image?  Yes?

19   All right.

20                      BRIAN J. SOLECKI, resumed

21                   CONTINUED DIRECT EXAMINATION

22   BY MR. GROHARING:

23   Q.   Special Agent Solecki, is this a chat between the

24   defendant and Ahmad Rashad on June 8, 2006?

25   A.   Yes, it is.
```

Line timestamps: 00:09 at line 10, 00:11 at line 20.

```
 1   Q.   "Brother, I can't believe this."

 2   A.   "Me neither."

 3        MR. GROHARING:  Your Honor, I don't know if my

 4   microphone is picking up.  Are you hearing --

 5        THE COURT:  Wait a minute.

 6   BY MR. GROHARING:

 7   Q.   Please continue.

 8   A.   "Me neither."

 9   Q.   "I swear, I could not stop crying all day.  I tried

10   calling you.  Man, I never been so sad about anyone, even my

11   own grandmother, like that.  You see the dogs on TV are all

12   happy."

13        And Ahmad Rashad sends a link.

14        "Man, I don't even know."

15        Does the defendant then send a link to Ahmad Rashad?

16   A.   Yes.

17   Q.   Is that link titled "Zarqawi_airstrike.wmv"?

18   A.   Yes.

19   Q.   "Traitors.  Did you see his pic?"

20   A.   Yeah.

21        MR. GROHARING:  Next page, please?

22   Q.   "Man, he looked so beautiful.  His face is full of light.

23   My dad woke me up at 7 a.m. or something to tell me, and I

24   could not sleep since then.  I want to leave this country.

25        "Hey, bro, remember the shaykh.  We hear his voice in all
```

 1  the thunder buns and we did not know his name?"

 2       And then Ahmad Rashad sends a link.

 3       "That's him.  We have to renew our repentance, man, and

 4  really take this deen seriously, man.  Man, the dogs live and

 5  people like him die.  That list, he does not have to live in

 6  this zool, in this humiliation, and falsehood.

 7       "Anyhow, man, let it be.

 8       "What are you up to, man?"

 9  A.   "Noon prayer."

00:14 10  Q.   "Sorry to bother you.  Just want to talk to anyone.  You

11  don't know how I feel, man.  I love this man more than myself.

12  I swear."

13       And then does Ahmad Rashad send a link?

14  A.   Yes.

15  Q.   Special Agent Solecki, are you familiar with who they are

16  talking about in this chat?

17  A.   I believe they're talking about Zarqawi.

18  Q.   Are you familiar with the circumstances of his death?

19  A.   During this time frame he was killed by coalition forces

00:14 20  in Iraq.

21  Q.   And what was his title at that point?

22  A.   At that point in time he was serving as the leader of

23  al Qa'ida in Iraq.

24       MR. GROHARING:  Pull up Exhibit 680, please?

25  Q.   And is this a chat between the defendant and Edgar on June

1    8, 2006?

2    A.   Yes, it is.

3    Q.   "Celebrate, man.  Our brother got paradise, Allah

4    willing."

5    A.   Sad face.

6    Q.   "He got what he wanted."

7            MR. GROHARING:  Next page, please?

8    Q.   "Too bad we're left with the mess here.

9        "Yeah, bro, if all the video and clips that we see on the

00:15 10  internet should teach us anything, is that there are a million

11   lined up to replace, just as worthy, just as savage, just as

12   cunning just as on Islam, we just don't know their names.  Make

13   supplication for them.  Allah knows them."

14   A.   "Yeah.  Ah, well."

15   Q.   "Next we should get a group of bros together to pray

16   funeral prayers."

17   A.   "If it takes two American F-16s to kill you, then you know

18   you're something."

19   Q.   "Those f'ing pigs are so touchy about their fag homo

00:16 20  goat," symbol, "Marines being photographed in their little

21   pansy boxes but they don't respect our dead.  I don't think

22   they will turn the body back to Ahlo and his parents in

23   Jordan."

24   A.   "Dude, this event confirmed for me how stupid the U.S.

25   military is.  If they knew where he was and they knew how

1    lightly armed he is, why didn't they just go in, capture him,

2    humiliate him, extract intelligence, et cetera, rather than

3    make the man an eternal symbol of their worst nightmare?"

4    Q.   "Because they knew it would be at a cost."

5    A.   "Yes."

6    Q.   "They knew they had at least a 24-hour fire fight ahead of

7    them.  To be honest, this brother is a martyr, Allah willing.

8    He got what we all yearn for, so God bless, I am not sad.  I am

9    happy for him.  Anyone who knows anything knows that we are

00:17 10    just at the beginning."

11              MR. GROHARING:  Next page, please?

12    Q.   "Your life isn't over, brother.  Hope for the best and

13    prepare, prepare, prepare."

14    A.   "Bro."

15    Q.   "Can any of us run a mile in seven minutes?  No."

16    A.   "Take it easy online," smiley face.

17              MR. GROHARING:  I would now like to publish a number

18    of exhibits -- photos that were found on the defendant's

19    computer, your Honor.

00:17 20              THE COURT:  All right.

21              MR. GROHARING:  First is Exhibit 86.

22              (Exhibit No. 86 published to the Court and jury.)

23              MS. BASSIL:  Your Honor, please note my previous

24    objection.

25              THE COURT:  Yes, noted.

1          MR. GROHARING:  Exhibit 102, please.

2          (Exhibit No. 102 published to the Court and jury.)

3          MS. BASSIL:  Your Honor, may we be heard at sidebar?

4          (Discussion at sidebar and out of the hearing of the

5     jury:)

6          MS. BASSIL:  Your Honor, these are thumbnail photos

7     and they should remain thumbnail photos.  By blowing them up,

8     it distorts what they are.  You know the issue about

9     thumbnails.  Our experts are going to come in and testify.  And

00:18 10    it's unfair to make them bigger than they are.  They should be

11    the size that they were on his computer and that's what the

12    jury should see.  They're pretty self-evident, what they are at

13    thumbnail level.  Making them bigger than they are distorts the

14    evidence.

15         MR. GROHARING:  I think it allows the jurors to see

16    the evidence.

17         MS. BASSIL:  They've seen umpteen million photographs

18    of Zarqawi, Osama bin Laden and the World Trade Center.  I

19    don't think you can mistake them.  And the agent can identify

00:19 20    "This is Zarqawi," "This is this" and "This is that."

21         MR. GROHARING:  And he will at the end of --

22         THE COURT:  I think it's a fair point.  They should be

23    presented as -- I mean, I don't know what or whether it matters

24    to be a thumbnail.

25         MS. BASSIL:  It means it was in deleted space and it

 1    wasn't downloaded.

 2         THE COURT:  Well, there may be a controversy about

 3    that.

 4         MR. GROHARING:  Precisely --

 5         THE COURT:  But if it's raw --

 6         MR. GROHARING:  -- your Honor.

 7         THE COURT:  -- material, I guess is a way of saying

 8    it -- in other words, if the examination of the hard drives and

 9    the copying of it, I guess, the imaging of it produced them in

00:20 10   a particular format, large or small, it seems that that's the

 11   way they were found and that's the way they should be

 12   displayed.  It might be that somebody could explain why

 13   manipulating them by changing the size is not inappropriate,

 14   but without that testimony, I think they should be presented

 15   in --

 16        MR. GROHARING:  This is no different, your Honor, than

 17   I just turn the volume up on a recording.

 18        MS. BASSIL:  It is different.  Of course it is.

 19        THE COURT:  I don't know.

00:20 20        MS. BASSIL:  Of course it is.  If you didn't have a

 21   transcript on a recording and you were just going on what the

 22   jury was hearing, all right, it would be unfair to turn it up

 23   to a huge volume.

 24        THE COURT:  Well, I don't know.  I'm not sure.

 25        MS. BASSIL:  And this is the way they were on his

1    computers.  This is a distortion of the evidence.

2            MR. GROHARING:  We don't know if they were the way

3    they were on the computer.

4            MS. BASSIL:  No, your expert testified it was an exact

5    mirror drive.  Exact.

6            MR. GROHARING:  Well, we don't know how it was

7    explained on this screen or how it would be displayed on his

8    computer.

9            MS. BASSIL:  It doesn't matter.  Their experts said

00:21 10    they were thumbnail pictures and thumbnails is important.

11    Blowing it up to a big picture is a distortion of the evidence.

12    It is unfair.  And it is important in terms of what our expert

13    is going to testify to about this.

14            THE COURT:  No, I think it can be done if it's clear

15    that it's altering --

16            MS. BASSIL:  I think that's unfair.  I think that's

17    completely unfair, you know --

18            THE COURT:  I mean --

19            MS. BASSIL:  It's unfair we're having 34 pictures of

00:21 20    this.  They should at least be in the exact form in which the

21    government received them and took them from his computer.

22            THE COURT:  I think magnification -- and the sound

23    analogy is an interesting one.  Magnifying the chats too, to

24    focus on things.  So I think a simple magnification is not a

25    problem as long as it's --

 1              MS. BASSIL:  I move for a mistrial.

 2              THE COURT:  -- as long as it's clear that it is

 3    magnified.

 4              MS. BASSIL:  I move for a mistrial on all of the

 5    unfairness about these pictures and the Court's ruling on this.

 6              THE COURT:  Denied.

 7              (In open court:)

 8              MR. GROHARING:  May I proceed, your Honor?

 9              THE COURT:  Go ahead.

00:22 10              MR. GROHARING:  May I please have Exhibit 108

11    displayed?

12              MS. BASSIL:  Your Honor, can Mr. Groharing at least

13    show them at the size they were when they were found on the

14    defendant's computer before he blows them up?

15              THE COURT:  Well, I think we need a statement that

16    these are magnified images from thumbnails on the computer.

17              MR. GROHARING:  Yeah, I mean, obviously, Mr. Bruemmer

18    is -- similar to what he's doing with the chats -- putting a

19    box around the photo so it's easier to view for the jury.  We

00:22 20    don't mean to disguise how it --

21              THE COURT:  How about this?  Is this the same one,

22    108?

23              MR. GROHARING:  Yes, your Honor.

24              THE COURT:  It was just larger and now reduced?

25    Maybe, can you, for each one, show the smaller one and then the

```
 1   larger one?

 2              MR. GROHARING:  That's fine, your Honor.

 3              Would you bring it up?

 4              THE COURT:  So for each one you'll begin with the

 5   smaller size, the thumbnail, and then you can enlarge it for

 6   viewing.

 7              MR. GROHARING:  I think we're ready for Exhibit 110.

 8              (Exhibit No. 110 published to the Court and jury.)

 9              THE COURT:  Okay.  Now the larger, please.

00:23 10        MR. GROHARING:  Exhibit 111, please.  And larger?

11              (Exhibit No. 111 published to the Court and jury.)

12              MR. GROHARING:  Exhibit 112, please?

13              (Exhibit No. 112 published to the Court and jury.)

14              MR. GROHARING:  Exhibit 113, please?

15              (Exhibit No. 113 published to the Court and jury.)

16              MR. GROHARING:  Exhibit 114, please?

17              (Exhibit No. 114 published to the Court and jury.)

18              MR. GROHARING:  Exhibit 115, please?

19              (Exhibit No. 115 published to the Court and jury.)

00:24 20        MR. GROHARING:  And Exhibit 117, please?

21              (Exhibit No. 117 published to the Court and jury.)

22   BY MR. GROHARING:

23   Q.   And, Special Agent Solecki, do you recognize the

24   individual who was in all the photos that we just saw?

25   A.   I do.
```

1    Q.    Who was that?

2    A.    That is Zarqawi.

3          MR. GROHARING:   Could I have Exhibit 799A, please?

4    Q.    Special Agent Solecki, do you recognize that exhibit?

5    A.    Yes, I do.

6    Q.    What is it?

7    A.    It looks like it's a certificate of authenticity from the

8    Mass. College of Pharmacy and Health Sciences.

9    Q.    And is that the Mass. College of Pharmacy and Health

00:25 10   Sciences in Boston, Massachusetts?

11   A.    Yes, it is.

12         MR. GROHARING:   May I have Exhibit 799, please?

13   Q.    Do you recognize this exhibit?

14   A.    Yes, I do.

15   Q.    What is it?

16   A.    It is the 2003-2004 academic schedule for the Mass.

17   College of Pharmacy.

18   Q.    Now, can you please indicate when, according to that

19   schedule, classes ended for the fall semester of 2003?

00:26 20   A.    On December 12th.

21   Q.    That's December 12th of 2003?

22   A.    2003, yes.

23         MR. GROHARING:   Your Honor, actually, I don't believe

24   these exhibits have been admitted.

25         THE COURT:   I think you're right.

1          MR. CHAKRAVARTY:  I'd ask that they be admitted at

2     this point.

3          THE COURT:  Okay.  Any objection?

4          MS. BASSIL:  No, your Honor.

5          THE COURT:  Okay.  799A and 799 admitted.

6          (Government Exhibit Nos. 799A and 799 received into

7     evidence.)

8     BY MR. GROHARING:

9     Q.   And could you please indicate when classes resumed for the

00:26 10    January 2004 semester at the Mass. College of Pharmacy?

11    A.   Spring classes began on January 12th, 2004.

12         MR. GROHARING:  Next page, please?

13    Q.   Based on your review of the schedule, when was the spring

14    break for the Mass. College of Pharmacy?

15    A.   Spring break was from March 6th to March 14th, 2004.

16    Q.   Okay.  Based on your review was there any break in the

17    schedule that occurred from February 1st, 2004, to February

18    16th, 2004?

19    A.   No.

00:27 20         MR. GROHARING:  Exhibit 690, please?

21    Q.   Is this a chat between the defendant and someone named

22    Mu'awiyah on March 30, 2006?

23    A.   Yes, it is.

24         MR. GROHARING:  Page 3, please?

25    Q.   And can you please read the portions attributed to the

1    defendant?

2    A.   "If you can't express your hatred of this disbeliever who

3    supports the war, then quit the job.  That is what I did."

4    Q.   "But I have just started it.  He is not that kind of

5    supporter of war who caused problems.  I just found him today,

6    that he gave special discount prices to a maggot crusader

7    soldier that entered the place because 'he was in service.'"

8    A.   "Hehe."

9    Q.   "Otherwise, he doesn't speak about politics or religion.

00:28 10   This maggot entered in his full U.S. Army uniform.  The same

11   one they wear in Iraq.  I felt disgusting to see him *[sic]*."

12   A.   "Brother, it could have been worse."

13   Q.   "I really hate to live in the country longer.  I wish to

14   go back to Arabia or some other place where I don't see these

15   filthy kufr disbelievers."

16   A.   "Heh.  Join the club, brother."

17   Q.   "Which club?  Laugh out loud."

18   A.   "The 'I want to get out of here' club."

19   Q.   "Brother, we are planning collective migration with some

00:29 20   of the brothers here."

21   A.   "To where?"

22   Q.   "Yemen, Allah willing."

23   A.   "Hehe."

24   Q.   "There are some Yemeni brothers" --

25   A.   "Great."

1    Q.    -- "from powerful tribes and of our creed."

2    A.    "The place to go is Ma'rib.  I was there" --

3    Q.    "Laugh out loud.  Yes, they are Ma'ribi."

4    A.    -- "two years ago."

5    Q.    "Wow.  Tell me about it, brother."

6    A.    "Heh, where I do start?"

7    Q.    "How is the place" --

8          MR. GROHARING:  Next page, please?

9    A.    "It's like" --

00:29 10   Q.    -- "and the people?"

11   A.    -- "Afghanistan.  Very, very old-school tribal place, mud

12   huts, et cetera."

13   Q.    "Yes.  This is what the brothers are saying."

14   A.    "Many mujahideen live there."

15   Q.    "They say it is anarchy."

16   A.    "Yeah, the government has no control."

17   Q.    "No government anywhere to be sighted?"

18   A.    "Yeah."

19         MS. BASSIL:  Your Honor, I would ask that the first

00:30 20   part of the second page of this be read.  That was the lead-up

21   to the first conversation that was read, and it puts that

22   conversation in context.

23         MR. GROHARING:  Your Honor, defense counsel can have

24   that read on cross if they desire.  I think the conversation is

25   properly in context as it's been read.

1          MS. BASSIL:  I think the government started the

2     conversation in the middle and they did not lead up to where it

3     was appropriate.  By cutting it off, it was unfair and

4     distorted the defendant's statements.

5          In fact, it's the whole second page, your Honor.

6          (Pause.)

7          MR. GROHARING:  Your Honor, we wouldn't object to that

8     being read on cross.

9          THE COURT:  I think --

00:31 10          MR. CHAKRAVARTY:  If it expedites matters, we're happy

11     to read it now.

12          THE COURT:  Yeah, I think it can be read now.

13          MR. GROHARING:  So if you could go back to page 2.

14          Ms. Bassil, is that the entire page you would like

15     read?

16          MS. BASSIL:  Yes, please.  Thank you.

17     BY MR. GROHARING:

18     Q.   "Brother, I would like to discuss friendliness with

19     supporters of war.  In your view, brother, what constitutes

00:31 20     friendliness with them?"

21     A.   "Allah knows best, but any type of kindness."

22     Q.   "To be honest, brother, today I found out my manager is a

23     supporter of war.  Unfortunately, brother, I smiled to him

24     while he was talking, and it was a conversation on some work

25     matter.  And I hated that smile.  Brother, do you think I'm

1  ruined?"

2  A.   "Brother, take it easy.  No, you are not."

3  Q.   "I felt I had contradicted my faith directly."

4  A.   "Brother, come on.  This issue of smiling is an issue of

5  independent thinking.  It isn't a ruling matter where there is

6  a text that forbids smiling in their faces."

7  Q.   "Brother, but does that constitute friendliness?"

8  A.   "I don't know, man.  Allah knows best."

9  Q.   "And friendliness to the enemies of Allah is as it is not

00:32 10  disassociating from the idols *[sic]*."

11  A.   "Brother, no, it is not.  You are taking these issues too

12  literally.  The prophet and the companions used to feed their

13  prisoners.  Those who had raised their swords against the

14  Messenger of Allah would be fed by the Messenger of Allah."

15  Q.   "But they subjugated and their tongues and actions

16  silenced from enmity."

17  A.   "Brother."

18        MR. GROHARING:  Exhibit 588, please?

19  Q.   Is this a chat between the defendant and Ahmad Abousamra

00:33 20  on April 10, 2006?

21  A.   Yes, it is.

22        MR. CHAKRAVARTY:  Page 3, please?

23  Q.   Would you please read the portions attributed to the

24  defendant?

25  A.   "I saw KZ the other day."

1    Q.   "And when you tell them something, they just give you

2    pseudo polytheist infidel excuses.  Where did you see him?"

3    A.   "At Kamil's house."

4    Q.   "What happened?"

5    A.   "Nothing.  He seems to be" --

6    Q.   "Did he really change?"

7    A.   "Seems so.  No beard."

8    Q.   "Clean-shaven completely?"

9    A.   "Stubble.  Like Tantawi's is thicker."

00:34 10            MR. GROHARING:  Next page, please?

11   Q.   "Yeah, but that could be for numbers of reasons.  He might

12   be doing papers or something for his wife.  Or he might buy

13   into the sect of Ash-Shinqeetee's son as related by Sas.  It

14   doesn't mean he changed as a whole."

15   A.   "Yeah, Allah willing.  God knows best."

16   Q.   "I mean, anything he say regarding the religion that

17   sounded like he's a person seeking interest?"

18   A.   "He said something about getting something for his

19   birthday."

00:34 20   Q.   "His own birthday?"

21   A.   "Yes."

22   Q.   "That doesn't make sense.  He's going to buy something for

23   his own birthday" --

24   A.   "No, like" --

25   Q.   -- "or someone bought him something, not him requesting

```
 1   it?"

 2   A.   "His mom asked him what he wanted for his birthday and he

 3   told her what he wanted.  Just got the impression" --

 4   Q.   "Maybe he's takfeeree" --

 5   A.   -- "of overall change."

 6   Q.   -- "and he makes permissible of their wealth?"

 7   A.   "I was disappointed and left."

 8            MR. GROHARING:  Next page, please?

 9   Q.   "I said don't be harsh because we don't want him to

10   apostasy against us."

11   A.   "Na.  Well, he essentially has."

12   Q.   "How?"

13   A.   "Dude."

14   Q.   "I'm talking about real apostasy."

15   A.   "Oh."

16   Q.   "Like my ex."

17   A.   "Well, he obviously wouldn't go that far, but I have no

18   respect for people who go back on their heels."

19   Q.   "Yeah, stop signs are so obviously a manifestation of

20   wickedness and sorcery."

21   A.   "?"

22   Q.   "That was for Bri."

23   A.   "I'm not just talking about J, I'm talking about the

24   overall attitude."

25   Q.   "Yeah.  I got to go to the mosque for sunset prayer.  Talk
```

1  to you later, Allah willing."

2  A.   "Okay.  Peace."

3       MR. GROHARING:  Exhibit 562, please?

4  Q.   Is this a chat between the defendant and Ahmad Rashad on

5  April 15, 2006?

6  A.   Yes.

7       MR. GROHARING:  Page 2, please?

8  Q.   "What's the story with Abu Dawud?"

9  A.   "Nothing in particular, but I don't know him too well so I

00:36 10  don't like to talk about certain things around him."

11  Q.   "'Cause I know him for almost four years now and I only

12  saw good things from him."

13  A.   "Yeah, but" --

14  Q.   "Is there anything?"

15  A.   -- "brother, with my visits I kinda want to be careful,

16  you know."

17  Q.   "Yeah.  By the way, he knows your story."

18  A.   "Yeah.  Exactly.  Which is a bigger problem because I have

19  no idea how he found out.  I mean, people have the biggest

00:37 20  mouths, and you would think they are still in kindergarten,

21  glory be to Allah."

22  Q.   "I'm just telling, man, that if he was messed up he would

23  have done something, but he never talks about it."

24  A.   "I'm not saying he is or isn't anything, all I'm saying is

25  I don't like taking risks."

1    Q.   "I understand, man.  I'm just telling you I know the guy

2    and I used to stay at his house, and I knew him before him and

3    I were really into the religion."

4    A.   "Yeah, he's a good guy.  But, see, the problem is not

5    necessarily him."

6    Q.   "My advice" --

7         MR. GROHARING:  Next page, please?

8    Q.   -- "do not talk too much with Omar.  Omar, he is good guy

9    but he talks a lot."

00:38 10   A.   "Yeah, that is my point.  Like my story.  I didn't tell

11   anybody about it, but people that I have never even heard of

12   know about it."

13   Q.   "Maybe the ones who went with you.  I mean, I know who

14   went with you."

15   A.   "Yeah, but, only Allah knows best."

16   Q.   "Brother, a lot of bros who grew up here have that.  They

17   talk a lot."

18   A.   "Yeah, like women."

19   Q.   "Like I did not even want to tell you that I knew."

00:38 20   A.   "Is Abu Dawud the one who told you?"

21   Q.   "No, brother.  He never talks about it.  That's what I'm

22   saying."

23   A.   "So who told you?"

24   Q.   "Please, I don't want you to be upset with anyone."

25   A.   "I won't be upset, but it's for my own safety, man.  I

1   gotta know who knows."

2   Q.   "Like I did not want to tell you, man, because I was,

3   like, if Tariq wanted me to know, he would have told me.  And

4   it never got out to anyone."

5   A.   "Who told you, man?"

6   Q.   "Not even Ihab.  They thought I knew.  They don't talk

7   about it anymore."

8   A.   "Okay.  Who is 'they'?  Don't worry, man.  I swear I'm not

9   upset, but I would just like to know."

00:39 10   Q.   "I mean, it's a must?  I really don't like to be like

11   that."

12        There are two more lines here from the defendant.

13   A.   "Yes, it's a must because this is something that involves

14   me."

15          MR. GROHARING:  Next page, please?

16   Q.   "I know but I don't like to be he said/she said this."

17   A.   "That's different.  Like I said, this is an issue that

18   involves me personally."

19   Q.   "I swear, I really don't want you to be upset.  I just

00:39 20   told you I know because I was worried about you, wanted you to

21   watch out.  I don't want to be a reason you get upset with

22   anyone."

23   A.   "Yeah, brother.  I won't be upset.  I swear."

24   Q.   "Promise me you want to talk to them about it.  Won't."

25   A.   "I swear."

      1    Q.   "The Mexican and Omar.  But I swear, they really thought I
      2    knew because you and I are good friends and they did not mean
      3    anything."
      4    A.   "Ah, all right."
      5    Q.   "Please, man.  I really feel bad now."
      6    A.   "No.  No, it's okay.  I am just glad it was them.  I just
      7    hoped it wasn't someone I didn't know that well."
      8    Q.   "Nah, don't worry, man."
      9    A.   "Praise be to Allah."
00:40 10    Q.   "Abu Dawud, man, I don't like a lot of things he does, but
     11    he is strong and someone I could trust, so I just wanted to
     12    know if there was anything."
     13    A.   "No, there's nothing specific."
     14    Q.   "Like I said, just watch out, especially for bros that
     15    grew up here.  They talk a lot.  They don't mean it, but it's
     16    just the culture."
     17    A.   "Brother."
     18         MR. GROHARING:  Exhibit 732, please?
     19    Q.   Is this a chat between the defendant and someone named
00:41 20    Tauqir on May 18, 2006?
     21    A.   Yes.
     22         MR. GROHARING:  Page 2, please?
     23    Q.   "I think AF wants to go there."
     24    A.   "No, he'll come back and cut our throats."
     25    Q.   "It's that bad, brother?  You should speak to him."

| | |
|---|---|
| 1 | A.   "Yes.  There is a better camp.  The one I was at, |
| 2 | Abul-Hasan's camp.  They're Salafi." |
| 3 | Q.   "Is he also a student of his?" |
| 4 | A.   "But not extreme.  Yes, he was a student of Muqbil's." |
| 5 | Q.   "What is Shaykh Yahya like?" |
| 6 | A.   "Well, one of the brothers there told me that Shaykh Yahya |
| 7 | wouldn't even shake his hand because he didn't consider him to |
| 8 | be Salafi." |
| 9 | Q.   "Oh, man.  He would smack me in the face." |
| 00:42 10 | A.   "I mean, you'd gain some knowledge there and everything, |
| 11 | but you'd also come back hating the world." |
| 12 | Q.   "You wouldn't be able to interact with people." |
| 13 | A.   "Yeah.  Abul-Hasan's camp is awesome.  He should go there. |
| 14 | I didn't want to leave it, man." |
| 15 | MR. GROHARING:  Next page, please? |
| 16 | Q.   What does the defendant say here? |
| 17 | A.   "One of Abul-Hasan's bodyguards got martyred in Iraq." |
| 18 | MR. GROHARING:  Exhibit 696, please? |
| 19 | Q.   And is this a chat between the defendant and Mu'awiyah on |
| 00:43 20 | May 22, 2006? |
| 21 | A.   Yes, it is. |
| 22 | MR. GROHARING:  Second page, please? |
| 23 | Q.   "So, brother, tell me about Ma'rib." |
| 24 | A.   "Heheh, it's a wild land.  Very tribal.  Full of |
| 25 | bandits" -- |

1   Q.   "Have you seen tribe infighting there?"

2   A.   -- "and al Qa'ida."

3   Q.   "You mean thieves with regards to bandits?"

4   A.   "When I was there, there was no such fighting.  Yes,

5   thieves.  But also a lot of foreigners, Egyptians from the

6   jihad group who escaped Egypt in the '80s and came there.  But

7   they are all fugitives and underground."

8        MR. GROHARING:  Next page, please?

9   Q.   "Are they living there without any hindrance?"

00:43 10   A.   "No, they are all being hunted by the government."

11        MR. GROHARING:  Exhibit 777A and 778A, please?  Can I

12   have those on a split screen, please?

13   Q.   Now, on the left side of your screen, is this a document,

14   it says, "Letter from Duaa"?

15   A.   Yes, it is.

16   Q.   And please tell me if I read this correctly.  "I'm the

17   oldest in a family of five.  There is me.  My name is Duaa, if

18   they haven't told you.  I'm 21; my brother Ahmad is 20 and my

19   sister Sarah is 13.  I was born in Cairo and so was my brother.

00:44 20   We all moved to New York when I was three, and that is where we

21   have resided ever since."

22        Have I read that correctly?

23   A.   Yes.

24   Q.   Please tell me if I read this correctly.  "Thank you for

25   taking the time to answer so thoroughly.  Here are my answers

to my own questions, plus your additional ones.  Family bio:

My real name is Tariq, first of all.  I'm 23 years old and was

born here in the United States, in Pittsburgh, PA.  In addition

to my studying, I am employed as a pharmacy intern at a local

hospital, and also work side hours here and there at local

retail pharmacies, CVS, et cetera."

A.    Yes.

          MR. GROHARING:  And can I have on the right-side

screen page 2, please?

00:45 Q.    And please tell me if I read this correctly.  "I started

practicing in the summer of 2000.  Prior to that I was

unfocused, but I was never falling into the things that

disbelievers around me were doing, as my parents did a good job

of keeping me within some limits.  I was always politically

minded so I always felt a sense of connection to the nation,

and hatred for what was being done to it, even though I wasn't

fully practicing Islam myself.

          "Then one day in Ramadhaan 1999 a friend of mine had

showed me a video from Chechnya that he had obtained from a

00:46 brother who had strove there.  This pointed me in the right

direction.  Since then it's been an uphill struggle to purify

myself, but praise be to Allah, at least it's a struggle up the

correct hill.

          "So from day one my practice of Islam was always

associated with the absent obligation.  As a result, I never

went through any phases or anything.  The method I am on now is
the same method I was on when I started back in 2000."

MR. GROHARING:  Back to the left side, please?  Could
you go to the fifth page?

MS. BASSIL:  Your Honor, if we may be heard on this?

THE COURT:  All right.

(Discussion at sidebar and out of the hearing of the
jury:)

MS. BASSIL:  Your Honor, let me show you.  What this
is is, the first thing, a letter from Duaa, who was a girl he
was engaged to, all right?  All right?  And then the second
part --

THE COURT:  Hold on.  I just want to see.  It's fairly
long.

MS. BASSIL:  Yeah, it was an email, actually.  I think
it was in email form.  I don't think they wrote letters.  And
then he responded to the questions she asked.  So to do this
back and forth like this without putting in what she's saying
really distorts this, especially about the word "practicing"
and that phrase because -- let me explain this.  This is a
girl, apparently, who was very clear that she was not
interested in anybody unless he was going to go fight in jihad;
in fact, she says at one point -- where is it -- she hopes to
have four children and she hopes her husband -- she certainly
expects her husband not to be there after that, and that would

```
 1   be not only okay with her, but it's what she demands.  So he
 2   responds to that.
 3           By not including that, it makes it sound as though
 4   this is what he's telling her.  In fact, he's responding to
 5   what her demands are.  So I think this --
 6           MR. GROHARING:  That's what I'm going to read
 7   because --
 8           MS. BASSIL:  Are you going to read -- well, she should
 9   go first, is what I'm saying.  They need to have what she said
10   and then what he said --
11           THE COURT:  This is pretty out of context for the
12   jury, I mean, these pickings.
13           MS. BASSIL:  Right.
14           THE COURT:  I didn't know what these things were as
15   you started reading them.  So is the jury comprehending this?
16   I know that the witness probably isn't able to establish the
17   foundation, but there may not be --
18           MR. GROHARING:  Paragraph 6 where she talks about her
19   desire to marry someone who's going to go fight, he responds to
20   that paragraph, and Paragraph 6 of his own that says, "I'm just
21   the guy for you.  Just so you know, I went over there for that
22   purpose."
23           THE COURT:  That's fine.  I assume that the two
24   letters -- I guess they're already admitted.
25           MS. BASSIL:  Right.  But what I'm saying is --
```

1        THE COURT:  But the question isn't whether the letters

2   can be read or they can be in evidence, but somehow the jury

3   can make some sense out of this as it's being presented,

4   because right now it's so floating in the air that --

5        MS. BASSIL:  See, I think my suggestion would be -- I

6   mean, it's obvious when you read these fully they're trying to

7   get to know each other.

8        THE COURT:  Yeah.  Let me just say if it is a question

9   and response, then the logical way to do it -- or a statement

00:50 10  and response, whatever -- the logical sequence -- if you follow

11   the logical sequence it will be easy for the jury to follow the

12   evidence, that's all.

13        MS. BASSIL:  Right.  She lists everything she wants:

14   who she is, what she's about, what she studies, what she wants

15   in a husband, and then she responds.

16        THE COURT:  A proposal and a counterproposal.

17        MS. BASSIL:  But he didn't marry her.

18        THE COURT:  But as I say, I mean, I think if you

19   present it --

00:50 20        MR. GROHARING:  I think it would be more clear if we

21   read the paragraphs.  If you read Paragraph 6 and the response,

22   it's clear.

23        THE COURT:  Well, all I'm saying is, I'm sympathetic

24   with the jury's being unable to see this.

25        MS. BASSIL:  Frankly, I think if you want -- I think

1    that if they want to read about -- his response about

2    practicing, they should read all of her response about

3    practicing, which includes, you know, what she responds to.

4              MR. GROHARING:  There's a paragraph in here and his

5    response that kind of explains what's going on between the two.

6    I think to situate the jury, I'll read that and then go back

7    to --

8              THE COURT:  I don't think it's necessary to read the

9    entire letters.

00:51 10              MS. BASSIL:  No.  No.  But I'm saying certain

11    responses are really in response.

12              (In open court:)

13              MR. GROHARING:  So I guess go to page 6, please,

14    first, on the letter to Duaa, the document on the left side --

15    or the letter from Duaa.

16    BY MR. GROHARING:

17    Q.   And please tell me if I read this correctly and it is a

18    part of the letter -- the text that was contained in the letter

19    from Duaa.  "From what I've written, I think you can judge for

00:52 20    yourself whether there is a basic level of compatibility

21    between us in terms of some of the characteristics I desire in

22    a husband, in terms of a few things I see myself doing in the

23    future, and in terms of some of the things I want to gain from

24    marriage, Allah willing.

25              "Allah willing, if you feel there are major differences

1    between us in any of these preliminary aspects, it would be

2    better not to continue with this, and praise be to Allah,

3    neither of us will have lost anything.  If that is not the

4    case, then Allah willing, if it is possible, when you have time

5    I would like for you to answer those same questions as well.

6    And if you could, please answer for me some of the questions I

7    had, then that would be greatly appreciated."

8        Did I read that correctly?

9    A.   Yes.

00:53 10   Q.   And does that come from the letter to Duaa, the document

11   on the left side -- the letter from Duaa, the document on the

12   left side of your screen?

13   A.   Yes, it does.

14       MR. GROHARING:  If I could go back to page 4 of that

15   document, please.  Page 5, please.

16   Q.   And in that document does Duaa say, "The timeline of what

17   I see for my future revolves around the three major conditions

18   I have for marriage; namely, that my husband take me for

19   pilgrimage as soon as the means become available, that he have

00:53 20   the intentions for migration in the near future, and he be

21   saving up for it so it becomes a reality, and that he is firm

22   and dedicated to fulfilling his individual duty."

23       Does that come from Paragraph 6 of the letter from Duaa?

24   A.   Yes.

25   Q.   Please tell me if I read this correctly as well.  "As for

1    my husband, frankly, I'm not trying to grow old with him or

2    live with him 20, 30 years.  I don't seek to become one of

3    those old couples who end up looking alike after being together

4    for so long.  To be honest, in my little dream world, ideally

5    after we have the fourth child, I want him to go off and I

6    don't want to see him ever again.  But Allah knows best.  These

7    things are not for me to plan.  I refuse to marry a man who

8    loves his family more than he loves his obligations upon him

9    and more than he loves the Ummah," nation.

00:54 10    "I have been proposed to by several brothers on the method

11    who have been disappointing in that.  Despite their professed

12    love for jihad they give more priority to, say, raising

13    children who grow up to be scholars, and jihad is something

14    they desire to go forth for at the age of 45 or 50.  There are

15    also many brothers who aren't doing anything at all in terms of

16    physical or logistical preparation, and they make supplication

17    to Allah to make them of the noble mujahideen and of the

18    martyrs without striving to even facilitate that for themselves

19    to whatever degree possible at the moment.

00:55 20    "Both are unacceptable to me.  I will not marry someone

21    who has not endeavored for a practical implementation for his

22    professed love for this major obligatory duty."

23    Have I read that correctly?

24    A.    Yes.

25    Q.    And has that come from Paragraph 6 of the document on the

1    left side of your screen, which is the letter from Duaa?

2    A.   Yes, it does.

3    Q.   Now I want to talk about Paragraph 6 of the document on

4    the right side of the screen.  And just to situate the jury,

5    this document is -- I read the bio before.  That began with "My

6    name is Tariq."  Do you recall that?

7    A.   Yes, I go.

8    Q.   I want you to read the corresponding paragraph -- I'm

9    sorry.  I'll read the corresponding paragraph in this document.

00:56 10   Please tell me if I read it correctly.

11        Paragraph 6, "Future Plans:  As any monotheist should, I

12   am counting the days until I can step on a plane out of this

13   country for good.  Your conditions are exactly the conditions

14   that I put forth for any woman I would want in my life, and

15   they were engraved in my heart years before I even heard of

16   you.  In fact, just so you are aware of how serious I am in

17   regards to the third condition that you mentioned, without

18   getting into much detail, know that a short while back I went

19   for an interview and was rejected by that company and sent back

00:56 20   because I had no references to vouch for me as they don't just

21   hire anyone off the street."

22             MR. GROHARING:  May I have the next page of that

23   document, please?

24   Q.   "So in summary, I hope you are assured as to whether or

25   not my future plans are in tune with yours."

1     Did I read that correctly?

2  A.   Yes.

3          MR. GROHARING:  May I have Exhibit 264, please?

4  Q.   And is this an email from Tarek Mehanna to Duaa?

5  A.   Yes, it is.

6  Q.   Was that email sent on September 20, 2006?

7  A.   Yes, it was.

8  Q.   Could you please read the email for me?

9  A.   "As-salamu 'alaykum.  Duaa, I forgot to tell you.  Do not

00:58 10  tell your mother that I was there as it had to do with that job

11  interview.  If you already told her, then please let me know

12  ASAP so that I can tell you a reason, just in case she asks.

13  Awaiting reply, Tariq."

14          MR. GROHARING:  May I have Exhibit 266, please?

15  Q.   And is this an email from Tarek Mehanna to Duaa on October

16  16, 2006?

17  A.   Yes, it is.

18  Q.   And can you please read this portion of the email?

19  A.   "I've spent two Eids overseas, one in Egypt when I was

00:58 20  around seven or eight, the other was more recently, in Y.

21  Unfortunately, in the second one, I had forgotten that Eid, in

22  addition to being Hajj season, is also a week-long vacation in

23  that part of the world, and everything that anyone would be

24  looking for was even harder than normal to track down during

25  that time."

         1           MS. BASSIL:  I believe there was a misread.

         2           THE COURT:  "Everyone" rather than "everything"?

         3           MS. BASSIL:  Correct, your Honor.

         4           THE COURT:  I think that's right.

         5           MR. GROHARING:  May I have Exhibit 267, please?  Page

         6    3, please?  I'm sorry.  Page 2, please.

         7    BY MR. GROHARING:

         8    Q.   Is this a chat between the defendant and Duaa on October

         9    25th, 2006?

00:59   10    A.   Yes, it is.

        11           MR. GROHARING:  And could you go to page 15, please?

        12    Q.   And if you could read the portions of this chat that are

        13    attributed to the defendant?

        14    A.   "Do you have the book Ihya' Ulum ad-Din?"

        15    Q.   "Yes."

        16    A.   The part in it about 'ujub is very, very effective.  I

        17    think I translated part of it and put it up on TP a while back.

        18    Different quotes from the Salaf belittling themselves.  It's

        19    awesome."

01:00   20    Q.   "All your posts are awesome, masha'Allah."

        21    A.   "Astaghferullah.  See what we're talking about and what

        22    you are saying.  Hahaha."

        23    Q.   "I didn't mean it like that.  I just meant that you are

        24    one of those few people who bring these sorts of issues to the

        25    attention of people, which a lot of people there appreciate.

1    No one needs more video postings."

2    A.   "Me and Muhammad always joke about that."

3    Q.   "I mean, good lord, I understand that it is supposed to

4    awaken the heart.  But on the flip side, I think it can just

5    not deaden the heart but make it oblivious to everything else

6    that contains value.  Some people act like watching and

7    collecting these videos is ibadah."

8    A.   "One sec.  Be right back.  Stay with me."

9    Q.   "Sure."

01:01 10   A.   "Back.  Salam."

11   Q.   "Alaykom assalaam."

12   A.   "Yeah.  So me and Nussrah, we're always like, 'Dude, I

13   can't believe it.  I almost got hit with that RPG.'  And he'll

14   respond, 'Subhan Allah.  I can almost smell the smoke.'"

15   Q.   "Laugh out loud."

16   A.   "Yeah.  Once again, I used to be in that mindset."

17   Q.   "He's good.  He's practical like that."

18   A.   "After doing Umar Hadid, I realized that I just wasted a

19   week of my life."

01:01 20   Q.   "Why wasted?"

21   A.   "Well, okay.  They watch the video.  Then what?"

22   Q.   "You never know."

23   A.   "Heh, well."

24        MR. GROHARING:  Next page, please?

25   A.   "I look at it this way.  If someone is going to go for

1    dawah because of a nashid or video, then they can always come

2    back because of something as easy as a nashid or a video.  You

3    have to go out of submission to Allah.  Allahu A'lam.  I just

4    feel, as you said, people take watching these vids as ibadah,

5    so they're basically bedroom mujahidin."

6    Q.   "Yeah, and that's sufficient for the M."

7    A.   "While if you look at the biography of the people who

8    went, and who got 72'd there, what were they like?  Qiyam,

9    Qur'an, Siyam, Dhikr, Istighfar, Manners, Obeying parents.

01:02 10   That was the way their companions would describe them."

11   Q.   "Laugh out loud at 72'd there."

12   A.   "This was their life."

13   Q.   "Never heard that before.  Yeah, I agree with you."

14   A.   "Also, I think that when vids are advertised like, 'Coming

15   Soon!' 'Just Released!' 'New from Sahab!' it turns into

16   entertainment."

17   Q.   "Yeah, I can see that.  I don't download 99 percent of

18   them."

19   A.   "I don't download any of them.  You see one, you've seen

01:03 20   them all."

21   Q.   "Yeah, basically."

22   A.   "I always just see them at Asmar's.  He always downloads

23   them."

24   Q.   "Laugh out loud.  May Allah keep his computer safe."

25   A.   "Al-Hamdu lillah, his hard drive crashed recently so they

1   all got erased."

2   Q.   "Oh al-Hamdu lillah."

3        MR. GROHARING:  Next page, please?

4   A.   "The only ones I do like to watch, though, are the ones

5   where there's a message or a statement.  Like ZZ Top's, for

6   example."

7        MR. GROHARING:  Exhibit 347, please.

8   Q.   And is this an email from defendant, the subject of "Poem"

9   sent on Wednesday, February 27, 2002?

01:04 10   A.   Yes, it is.

11   Q.   And please tell me if I read the poem sent by defendant

12   correctly.  "Yawm al-Furqaan.  We will never forget.

13        "You were chosen by Allah for this mission so blessed,

14        "To answer the cries of the mothers oppressed.

15        "From Najd, al-Hijaaz, and Misr you came,

16        "To relieve this Ummah of a bit of its shame.

17        "Soon you would prove that you were true men,

18        "The lions of the Ummah defending their den.

19        "You deceived the enemies as you dwelt in their lands,

01:04 20        "Awaiting for Allah to punish them by your hands.

21        "On that day the angels would rush to assist,

22        "For this was an event that couldn't be missed.

23        "As the Taghoot was stabbed with four burning spears,

24        "The angels were whispering in each other's ears;

25        "There will be abundant reward for these slaves,

1        "And mercy shall descend upon them in waves."

2        "O, son of Misr:

3        "On that morning you became hero,

4        "The day you turned Twin Towers into Ground Zero!

5        "You left the Taghoot bleeding and burning,

6        "And only left us for your honor yearning.

7        "Your greatness and courage we'll always remember,

8        "So clearly displayed on that day in September!

9        "You've given us hope and raised our heads high,

01:05 10        "Your honor and glory reach up to the sky!

11        "Your name will forever be engraved in our minds,

12        "Mujahideen like you we'll never again find!

13        "There are those hypocrites who belittle what you've done,

14        "But victory or martyrdom, either way you've won!

15        "So rejoice and enjoy the fruits of your deed,

16        "For in the hearts of the believers you've planted a seed!

17        "The oppressed mothers were crying for all of these years,

18        "But because of you, their cries have now become cheers.

19        "O, son of Misr:

01:05 20        "May Allah have mercy on you and your companions,

21        "And reward you each with the fairest of virgins.

22        "You earned your reward and with you he is pleased

23        "For it was you who brought the Taghoot down on its

24   knees."

25              MR. GROHARING:  Next page, please.

1   Q.   "We ask Allah that it is so," signed, "Tariq."

2        MR. GROHARING:  Exhibit 363, please.

3   Q.   And is this an email from the defendant to himself on

4   September 18, 2003?

5   A.   Yes, it is.

6   Q.   And could you please read that?

7   A.   "Osama bin Laden as a baby in the arms of his father.  Who

8   would have imagined he would turn out the man he is today?  May

9   Allah safeguard him.  Tariq Mehanna."

01:07 10       MR. GROHARING:  And can I please have 363A, which is

11   an attachment to that email?

12        (Exhibit No. 363A published to the Court and jury.)

13        MR. GROHARING:  Exhibit 254, please?

14   Q.   And is this an email sent by the defendant on November 2,

15   2004?

16   A.   Yes, it is.

17   Q.   And can you please read the subject of that email?

18   A.   "Translation:  The subject of this email is the complete

19   text of Osama bin Laden's message to the American people."

01:08 20       MR. GROHARING:  Exhibit 544, please?

21   Q.   Is this a chat between the defendant and Ahmad as-Sarayri

22   on February 13, 2006?

23   A.   Yes, it is.

24        MR. GROHARING:  Page 2, please?

25   Q.   "Muhammad told me about the film and then slept."

```
 1   A.   "Hahaha."

 2   Q.   "I am looking for it and cannot find it."

 3   A.   "What is it called?  Or what is it about?"

 4   Q.   "He did not tell me where and what's its name."

 5   A.   "From the country of the two rivers in Iraq?"

 6   Q.   "Who is the speaker of the program?  Yes."

 7   A.   "A dirty man."

 8   Q.   "Showing how to enter" --

 9   A.   "I don't know who he is exactly."

01:09 10   Q.   -- "to the brothers."

11   A.   "Entrance is easy.  The problem is joining the right

12   people."

13   Q.   "You are right."

14          MR. GROHARING:  Next page, please?

15   Q.   "And this is my problem with Muhammad."

16   A.   "May Allah bless his enthusiasm."

17   Q.   "The country we were in is just about, and everything is

18   ready."

19   A.   "Okay.  Those over there have no idea about anyone in

01:09 20   Mesopotamia."

21   Q.   "They do, but they take people with experience in specific

22   fields."

23   A.   "Oh, Allah."

24   Q.   "You will be one of the experienced ones" --

25   A.   "How?"
```

1  Q.  -- "if Allah wills, because you have a specialty."

2  A.  "For real?"

3  Q.  "Easy components.  I knew most of them.  Components."

4  A.  "Is it possible to meet during the lesser pilgrimage?"

5  Q.  "Easy, especially for you.  My studies are in literature

6  and I understood most of them.  Muhammad and I are memorizing

7  them."

8  A.  "Okay.  Tell me in details over the phone when I call

9  you."

01:10 10  Q.  "If I wasn't afraid for you, I would have sent it."

11  A.  "No, it's no good."

12  Q.  "I know."

13  A.  "Is it possible to do Umrah or not?"

14  Q.  "When?"

15  A.  "Month 5."

16      MR. GROHARING:  Next page, please?

17  Q.  "Maybe I myself, but I am not sure."

18  A.  "This is if I don't go to Egypt."

19  Q.  "Try to come to Egypt."

01:10 20  A.  "If Allah permits."

21  Q.  "We pray to Allah for us to see you soon."

22  A.  "If Allah wills.  But these things of yours, when are you

23  supposed to work with them?"

24  Q.  "You will see when you come here.  They are all things

25  related to components of medicine for treatment of sexual

1  disorder.  It is very expensive here and they are all with

2  strong effect."

3  A.   "Hahahaha.  Yes.  Yes.  Sexual disorder should be

4  treated."

5  Q.   "Praise be to Allah who provided a medicine for every

6  disease."

7       And then does the defendant send a link that includes a

8  bin Laden video?

9  A.   Yes.

01:11 10  Q.   "The link doesn't work."

11  A.   "Try again.  It's working with me."

12  Q.   "Send it again."

13       MR. GROHARING:  Next page, please?

14  Q.   And does the defendant make repeated attempts to send the

15  same video?

16  A.   Yes, he does.

17  Q.   "It opened.  It's downloading."

18  A.   "Praise be to Allah."

19  Q.   "About what?"

01:12 20  A.   "Visual recording of a letter from Torah Bora of shaykh."

21  Q.   "When?"

22  A.   "Three months after the death of the towers."

23  Q.   "Not the last."

24  A.   "Considered a golden letter.  Believe me."

25  Q.   "To the young men?"

```
 1   A.   "To everyone" --

 2   Q.   "May Allah reward you for it."

 3   A.   -- "translated."

 4        MR. GROHARING:  Exhibit 516, please?

 5   Q.   Is this a chat between the defendant and Mr. Mu'ndhir on

 6   March 24, 2006?

 7   A.   Yes, it is.

 8        MR. GROHARING:  Second page, please?

 9   Q.   "Brother, was wondering.  You got any ideas for an intro

10   to the message to the curry people?"

11   A.   "What do you mean?"

12   Q.   "An intro."

13   A.   "Isn't it a document?"

14   Q.   "No, it's a video by the doctor."

15   A.   "Oh, hmm.  How about some footage of tribesmen?"

16   Q.   "Okay.  But I want something to go with that, like how we

17   had a prison cell in the GUH, not just clips."

18   A.   "Hmm."

19   Q.   "Anybody can do clips."

20   A.   "I'm not good at that stuff.  Hehe.  I'm more of a clip

21   guy.  But I will think of some ideas and get back to UI, Allah

22   willing."

23   Q.   "Allah willing, I was going to put Hathrami as usual from

24   the interview with Tayseer Allouni where he cries at the end

25   talking about" --
```

1   A.   "Yeah."

2   Q.   -- "curryland."

3   A.   "That's a given."

4         MR. GROHARING:  Exhibit 574, please?

5   Q.   Is this a chat between the defendant and Ahmad Rashad on

6   February 28, 2006?

7   A.   Yes, it is.

8         MR. GROHARING:  Page 2, please?

9   Q.   "I'm at 51 Abu Anas."

01:14 10   A.   "Yeah."

11   Q.   "Man, I love this guy."

12   A.   "Man, he was a nation."

13   Q.   "Man, every one of them is a man."

14   A.   "But Abu Anas in particular 'cause" --

15         MR. GROHARING:  Next page, please?

16   A.   -- "he was a scholar and a mujahid.  He combined the best

17   of characteristics."

18   Q.   "I personally would like to be like that, brother.  And

19   Umar Hadid too, and the doctor."

01:14 20   A.   "All of them."

21   Q.   "And Yusuf al-'Ayyiri."

22   A.   "Brother, faith goes up just hearing about them."

23   Q.   "Honestly, man, I love all of them more than myself.  Man,

24   hearing about them hurts me so much.  Man, it reminds me where

25   they are and where I am.  Man, the list goes on.  Abo Yahya and

1    Abo Hamza al-Masry."

2    A.    "Caravans, brother.  Caravans."

3    Q.    "That's what hurts, man.  I am standing watching and I am

4    not ready faith wise or any other way.  It hurts."

5    A.    "Get ready in faith for the promised day."

6    Q.    "Make supplication for me."

7          MR. GROHARING:  Exhibit 581, please?

8    Q.    Is this a chat between the defendant and Ahmad Abousamra

9    on March 8, 2006?

01:15 10   A.    Yes.

11         MR. GROHARING:  Page 2, please?

12   Q.    And could you please read the portion attributed to the

13   defendant?

14   A.    "Dude, over the weekend I took Hamza P. to Ground Zero."

15   Q.    "Laugh out loud.  What happened?  Hahaha.  Laugh out

16   loud."

17   A.    "I told him" --

18   Q.    "Hahaha."

19   A.    -- "that we should pray odd number prayer."

01:16 20   Q.    "Hahahaha."

21   A.    "So he looked at me and laughed."

22   Q.    "Hahaha.  Did he think you were a Jew?"

23   A.    "No, man."

24         MR. GROHARING:  Next page, please?

25   A.    "Also, there was this bro with us from the land of the two

```
 1   holy sites."

 2   Q.   "What's his name?"

 3   A.   "Muhammad.  He goes to your school."

 4   Q.   "I know him."

 5   A.   "Man."

 6   Q.   "I noticed him before."

 7   A.   "He was so happy to be there."

 8   Q.   "Laugh out loud.  Hahaha."

 9   A.   "He kept saying, 'I swear, it was a major blow,' and he

10   made us" --

11   Q.   "Laugh out loud."

12   A.   -- "take pictures of him" --

13   Q.   "Dude, you guys shouldn't go there."

14   A.   -- "in front of it."

15   Q.   "Seriously, that is silly."

16   A.   "It was okay.  Nobody else there."

17   Q.   "You'll end up being loved by certain fags."

18   A.   "So what?  Open to the public.  But that two holy sites,

19   bro."

20   Q.   "So the outside of the Ground Zero center is open to the

21   public?"

22   A.   "Man."

23   Q.   "But you still got harassed for praying there?"

24   A.   "Well, praying outside is kind of obvious.  He likes

25   al-Hadrami.  Brother, be right back.  Salam."
```

1         MR. GROHARING:  Exhibit 708, please?

2    Q.   Is this a chat between the defendant and Taimur on March

3    16, 2006?

4    A.   Yes, it is.

5         MR. GROHARING:  Page 3, please?

6    Q.   Please read the portions attributed to the defendant.

7    A.   "You ever hear of Shaykh Umar 'Abdur Rahman, the 'blind

8    shaykh'?"

9    Q.   "Yes, his name comes.  Is he in U.K.?"

01:18 10   A.   "He's in prison in Minnesota."

11   Q.   "Yeah, oh."

12   A.   "He supervised the writing of this book."

13   Q.   "I think he was on Cage Prisoners, oh, God bless."

14   A.   "But of course they won't say that in the translation."

15   Q.   "Why not?"

16   A.   "Dude, he's only considered like number two after bin

17   Laden in danger to the U.S."

18        MR. GROHARING:  Next page, please?

19   Q.   "Oh, really?"

01:18 20   A.   "He lived" --

21   Q.   "I gotta read about him more."

22   A.   -- "not too far from where you live.  Not too far.  He had

23   an apartment in Jersey City then in '93."

24   Q.   "Sweet."

25   A.   "The FBI arrested him claiming that he was plotting to

1    blow up the George Washington Bridge.  He used to be the imam

2    of the Masjid Mosque al-Faruq on Atlantic Avenue."

3    Q.   "Oh, God bless.  May Allah hasten his release."

4         MR. GROHARING:  Next page, please?

5    Q.   "Bro, what does he mean when UBL says this?  'It

6    transgressed all bounds and behaved in a way not witnessed

7    before by any power or any imperialist power in the world.

8    They should have been considerate that the Mecca of the Muslims

9    upheaves the emotion of the entire Muslim world.  Due to its

01:19 10  subordination to its Jews, the arrogance and haughtiness of the

11   U.S. regime has reached, to the extent that they occupied the

12   Qibla of the Muslims, Arabia, who are more than a billion in

13   the world today.'"

14   A.   "You mean the last line?"

15   Q.   "The whole statement, the Qiblah.  Who occupied the

16   Qiblah?"

17   A.   "He's referring to the 120,000 U.S. troops who were

18   stationed in Saudi Arabia during the Gulf War up until last

19   year, only a few hundred miles from the Ka'Bah."

01:20 20  Q.   "Oh, I see.  Finished it.  It was good."

21   A.   "Yeah, God bless."

22        MR. GROHARING:  Exhibit 556, please?

23   Q.   Is this a chat between the defendant and Ahmad Rashad on

24   March 17, 2006?

25   A.   Yes, it is.

```
 1   Q.   "What do you think?"

 2   A.   "Still looking through it.  Making some corrections.  I'm

 3   changing some of the wording, if you don't mind."

 4   Q.   "Yeah, that's cool, man.  That's why I send it to you."

 5   A.   "Dear."

 6   Q.   "Okay, brother."

 7   A.   "The kid at the beginning of the Afghan chant is the

 8   shaykh's son."

 9   Q.   "Yeah."

10   A.   "Amszah."

11   Q.   "Yeah, that's him.  I don't know how many he has."

12   A.   "He has 23 kids."

13   Q.   "God bless.  Yeah, he is the one in the 'State of the

14   Ummah' video."

15   A.   "Four wives, man.  Yeah."

16   Q.   "We don't hear too much about them."

17   A.   "Who?"

18   Q.   "The kids."

19   A.   "Yeah, well, hehe.  He sent some of them out of

20   Afghanistan for protection."

21   Q.   "I see.  I'm reading one of the nicest things on

22   Muslim" --

23          MR. GROHARING:  Next page, please?

24   Q.   "It's called 'Take Me to Jihad.'"

25   A.   "Nice.  Heh."
```

        1   Q.   "It's like it's saying our stories, as if it is talking

        2   about us.  When you have time, you have to read it.

        3        "The thing I sent you, what you think of the essay, man?

        4   You think it needs anything more?"

        5   A.   "It was excellent, man.  You covered so much stuff.  I

        6   swear."

        7   Q.   "Praise be to Allah.  I really hope it's good so someone

        8   could benefit by it."

        9   A.   "Allah willing, they will."

01:22 10   Q.   "I was just worried if it needs more stuff.  I'm not good

       11   like you at this stuff (1).  We are learning from you."

       12   A.   "Hahahaha.  Man.  Load of nonsense, if I ever heard."

       13             MR. GROHARING:  Next page, please?

       14   Q.   "Do not say that.  You are all good and blessings."

       15   A.   Some kind of symbol.

       16   Q.   "I swear, brother.  Man, you are my friend in this foreign

       17   country."

       18   A.   "L."

       19   Q.   "I could share with the longing for jihad.  May our lord

01:22 20   keep you for me."

       21   A.   "May our lord unite us in heaven."

       22   Q.   "Amen, brother.  Amen.  I hope that God gives you what you

       23   want.  Did you look at the link?

       24        "All right, bro.  Thanks again for the help.  May our lord

       25   bless you and bless you and grant you faithfulness and

```
 1  martyrdom for the sake of Allah, amen.  I'm going to go to bed
 2  now, Allah willing.  I will see you tomorrow."
 3          MR. GROHARING:  Exhibit 557, please?
 4  Q.   Is this another chat between the defendant and Ahmad
 5  Rashad on April 2, 2006?
 6  A.   Yes, it is.
 7  Q.   "Bro, I met a great bro today, man.  Brother, this man has
 8  traveled everywhere" --
 9  A.   "Who?"
10  Q.   -- "for jihad."
11  A.   "Hmm.  You met him for the first time and he is actually
12  telling you about this?"
13  Q.   Does he say "he is already telling you about this"?
14  A.   "And he is already telling you about this?"
15  Q.   "No, he did not."
16  A.   "Who is he?"
17  Q.   "Spanish."
18  A.   "Name?"
19  Q.   "Abdallah."
20  A.   "You met him where?
21  Q.   "Praise be to Allah.  Man, he did not mean to say it but
22  he fell in the middle of the convo."
23          MR. GROHARING:  Next page, please?
24  Q.   "He can't even speak English well.  I was surprised in the
25  beginning, but after that he was crying while speaking.  I
```

1    really think he is honest."

2    A.    "Brother."

3    Q.    "I didn't say anything."

4    A.    "Don't be so naive, man.  Yeah, don't, 'cause today you

5    never, ever know."

6    Q.    "I know, man."

7    A.    "Allah willing, assume he is loyal, but at the same time,

8    don't open up to him."

9    Q.    "Of course."

01:24 10   A.    "How long has he been here?"

11   Q.    "But brother, the man doesn't speak English very well.

12   But he goes, 'Praise be to Allah.'  He could not remember the

13   names, but he told me about Abo Hafss when I told him I'm

14   Masri," I am Egyptian, "and Azzam."

15   A.    "Hey, what does he look like?"

16   Q.    "Older guy.  Not really old" --

17   A.    "Long hair?"

18   Q.    -- "but middle age.  No."

19   A.    "How long has he been here?"

01:25 20   Q.    "I think he said 30."

21   A.    "Hmm.  Where does he live?"

22   Q.    "But I can't remember.  Man, I don't know too much."

23   A.    "'Cause this guy told you about in Egypt, he is also

24   Spanish, and his name is Abdullah."

25             MR. GROHARING:  Next page, please?

```
 1    Q.    "He is from Panama?"

 2    A.    "Hmm.  Not sure."

 3    Q.    "This one is.  He said that he went to Bosnia, Afghanistan

 4    and Kash."

 5    A.    "Where does he live, man?"

 6    Q.    "I don't know."

 7    A.    "Did you get his info?"

 8    Q.    "He could possibly help us."  I'm sorry.

 9    A.    "He could possibly help us," smiley face.

01:25 10   Q.    "Yes.  I have the tel.  Brother, man, I don't think he's a

11    liar.  Man, you could tell."

12    A.    "Yeah.  I'm not saying he is, my dear, but I'm saying be

13    careful.  You never know."

14    Q.    "He was crying the whole time talking about martyrs.

15          "I know what you mean."

16    A.    "Plus, I just find it weird that he is speaking about this

17    stuff openly" --

18    Q.    "He was not."

19    A.    -- "and he doesn't even know you."

01:26 20   Q.    "Brother, you talked to me the first time I came to your

21    house."

22    A.    "Yeah.  But I never told you that I went to such and such

23    a place.  You know what I mean?"

24    Q.    "Yeha.  He didn't mean to."

25    A.    "Brother, if it's possible to meet him, that would be
```

```
 1    great.  I'd like to speak to him."

 2    Q.    "Yeah, but I told him I will not tell anyone."

 3    A.    "Hehe.  Oh, great."

 4          MR. GROHARING:  Next page, please?

 5    A.    "Okay."

 6    Q.    "I told you because you don't know him."

 7    A.    "Okay.  Yeah, but he might help" --

 8    Q.    "I asked him" --

 9    A.    -- "if we can confirm him."

10    Q.    -- "and he was, 'Brother, just make supplication,' but he

11    smiled."

12    A.    "Hehe."

13    Q.    "Man, he was like jihad is so sweet, man.  I was so scared

14    but I was praying that I would be like the Afghanistan.  They

15    were like super man [sic].  He talked to me a bit about bos and

16    Abo Haggar."

17    A.    "Really?  How did you meet him, man?  Like he just walked

18    up to you or what?"

19    Q.    "No, we were at a lesson.  Do you knowing someone named

20    Ahmed Zaki?  Yes, the actor?"

21    A.    "No."

22    Q.    "And he talked to me about the Egyptians there.  Told me

23    they were beautiful bros, the best."

24    A.    "Man, I really hope he is serious."

25    Q.    "He told me that he intends to go again.  He is like, 'I
```

01:27 (line 10)
01:27 (line 20)

1   miss it.  I been praying night prayer every day.'  Wow, was

2   like, now I could go anywhere because I know if Allah did not

3   write for me to die, I won't.  Abu Dawud knows him and the

4   iman, but he did not talk to any of them.  I don't know.  I

5   spent some time with him and just going to get coffee, and we

6   liked each other for no reason.  And when we got back we just

7   stood there and one topic led to another.

8       "Where did you go?"

9   A.  "Finishing up 39."

01:28 10       MR. GROHARING:  Next page, please?

11   Q.  "Man, you have worked on that for a while."

12   A.  "Yeah.  I just finished it now, finally."

13   Q.  "Man, so this guy told me about a Libyan doctor there.  He

14   was going to give him his daughter, how astonished, but he

15   became a martyr.  It was nice.  I hope it is true.  I felt that

16   it is a sign from our lord because I was afraid to lose hope."

17   A.  "Allah willing.  As I said, be careful."

18       MR. GROHARING:  Exhibit 584, please?

19   Q.  Is this a chat between the defendant and Ahmad Abousamra

01:29 20   on April 3, 2006?

21   A.  Yes.

22       MR. GROHARING:  Second page, please?

23   Q.  "By the way, today I met this convert.  He said he knows

24   how to get to I or A or Ch.  Jk."

25   A.  "Hey, yeah.  He also said -- did he also say that he can

1    get you married to one of the shaykh's daughters?"

2    Q.   "Hey, I got a question.  When we ask Abdul M about books,

3    should I mention that I tried studying F and P and Y?"

4    A.   "Hmm.  Not at the start.  Well, he already knows about Y.

5    Hehe."

6    Q.   "Yeah, but he doesn't realize the reason" --

7    A.   "I think he does."

8    Q.   -- "'cause we didn't tell him."

9    A.   "But."

01:30 10   Q.   "I told him about P once" --

11   A.   "In any case" --

12   Q.   -- "just not I."

13   A.   -- "if he is refusing to help and nothing is working, then

14   throw that out and tell him to show it's for real."

15   Q.   "K."

16   A.   "But don't scare him by saying it at the start."

17            MR. GROHARING:  Exhibit 566, please?

18   Q.   Is this a chat between the defendant and Ahmad Rashad on

19   May 6, 2006?

01:30 20   A.   Yes, it is.

21   Q.   "And I have all *Voice of al-Jihad* magazine in a file too,

22   if you want it."

23   A.   "Yeah, sure.  Hey, man, what's the deal?  You coming or

24   what?"

25   Q.   "You leaving soon?"

A.   "In about an hour and a half."

Q.   And does it indicate that the defendant received a file at that point?

A.   Yes, it does.

Q.   "I'm waiting for Ihab to come back."

     MR. GROHARING:  Next page, please?

Q.   "But I think al-Battar is a lot better, more relevant."

A.   "Yeah.  The thing is Sawt was released more towards the brothers fighting in Saudi and the Gulf."

01:32 Q.   "Yeah.  Al-Battal, the hero, everything that was done inside the camp.  Do you know what would be cool?  If we get married and stay closer to each other, if we could meet and do that and have our wives do their own thing too.  Laugh out loud.  That would be cool."

     MR. GROHARING:  Next page, please?

A.   "Well, hopefully, by the time we're married, we'll be busy doing other things with the Slaughterer."

Q.   "My lord."

A.   "Amen."

01:32 Q.   "Man, I been talking to a bro in Egypt.  He really wants to go.  He knows a lot of knowledge on weapons and stuff like that.  Good brother had good knowledge.  He was telling me that he has nobody to talk to about this because the bros in Egypt are too scared to talk about anything."

A.   "Man."

1          MR. GROHARING:  Exhibit 597, please?

2     Q.   Is this a chat between the defendant and Ahmad Abousamra

3     on May 14, 2006?

4     A.   Yes, it is.

5          MR. GROHARING:  And can you go to page 6, please?

6     Q.   And can you read the portion attributed to the defendant?

7     A.   "Haha.  No.  I decided to go on two more years."

8     Q.   "The earliest I can possibly graduate is December of this

9     year.  That's if you can't go with your buddies."

01:34 10   A.   "Yeah.  The thing is I can graduate whenever I want" --

11    Q.   "I mean, if you're forced to stay."

12    A.   -- "with my BS."

13    Q.   "I want to leave as soon as I finish.  If I stay, maybe

14    just a few months to finalize anything so I can leave back

15    home.  Do you think I should renounce the citizenship if I

16    move?"

17    A.   "Hmm.  I don't know."

18    Q.   "That way I can't ever think of returning.  My parents

19    could never ask me to come again, laugh out loud.  The only

01:34 20   problems are, one, it might come in handy for seeking fard-eye,

21    individual duty knowledge; two, I might need to see my son."

22    A.   "And you might be sent on a duty," smiley face.

23    Q.   "If I need to leave because of the Taghoot, the idol

24    there, that's what I mean in (1). "

25         MR. GROHARING:  Exhibit 697, please?  Actually,

Exhibit 733.

Q.   Is this a chat between the defendant and Tauqir on June 13, 2006?

A.   Yes, it is.

Q.   Please read the portions attributed to the defendant.

A.   "Bro, I came across this beautiful chant video with the bros."

Q.   "Send it over, brother."

A.   "Okay.  The first ten seconds are contro so be careful, but it's beautiful."

Q.   "I will, Allah willing.  Let me accept."

A.   "Let me know what you think."

Q.   "I'm watching right now.  Oh, man."

        MR. GROHARING:  Next page?

Q.   "Haha."

A.   "Forget the intro.  The rest is all honor and manhood."

Q.   "Honestly.  That is one of the most beautiful men I have ever seen.  May Allah grant him paradise."

A.   "Which one?"

Q.   "Amen."

A.   "Abu M?"

Q.   "Shaykh U."

A.   "Oh, yeah.  4:25 is Abu M.  These guys are the modern-day companion, man."

Q.   "Who is the one with the black turban and the prosteration

```
 1   mark?"
 2   A.   "Near the end?"
 3   Q.   "Yeah."
 4   A.   "Ayman Zawahiri from Egypt."
 5   Q.   "Oh, he just passed."
 6   A.   "No, he's alive.  So is Shaykh U, and everyone else in the
 7   clip, is with the martyred, Allah willing."
 8   Q.   "Allah willing."
 9   A.   "You see Abu M?  Man."
10   Q.   "Yeah, I did.  Allah willing, one day we can be somewhat
11   close to their caliber."
12   A.   "Yes, Allah willing."
13        MR. GROHARING:  Exhibit 736, please.
14   Q.   Is this a chat between the defendant and Umar Kalil on
15   March 5, 2006?
16   A.   Yes, it is.
17        "Peace be upon you."
18   Q.   And does the defendant send a link to Umar Kalil?
19   A.   Yes, he does.
20   Q.   Can you please read the portions attributed to the
21   defendant?
22   A.   "Here is the link to the Anwar al-Awlaki lectures you were
23   listening to at my place.  Just scroll down to Anwar al-Awlaki
24   and you will see the six-part series there.  It's called
25   'Constraints.'"
```

```
 1   Q.    Is it "Constants"?

 2   A.    Oh, "It's called 'Constants.'"

 3             MR. GROHARING:  Exhibit 549, please.

 4   Q.   And is this a chat between the defendant and Ahmad

 5   as-Sarayri on July 27, 2006?

 6   A.    Yes, it is.

 7   Q.    "If Allah is willing, you will see it."

 8   A.    "What is it?" smiley face.

 9   Q.    "Someone you would like to see."

10   A.    "Ahmad?"

11   Q.    "No."

12   A.    "The shaykh?"

13   Q.    "No."

14   A.    "Osama?"

15   Q.    "Even better than that."

16   A.    "Ayman."

17   Q.    "Hehehe.  Man, not to that extent, hehehe."

18   A.    "Hahahaha."

19   Q.    "Go ahead and laugh."

20   A.    "May Allah bestow us with meeting them."

21   Q.    "If Allah is willing."

22             MR. GROHARING:  Next page, please.

23   Q.   "If Allah is willing, you will see the people we attended

24   their wedding.  Sorry, the wedding we attended, Mohammed and

25   the shaykh."
```

A.    "Where?"

Q.    "Their wedding."

A.    "Ah, okay."

Q.    "Here, where I am.  He is still in the same career but
there is a problem in increasing the working capital because
the company needed in order for the work to improve and the
artistic level not to decrease."

A.    "Yes.  Meaning?"

Q.    "First, can you bring a video camera to photograph
weddings?"

A.    "Hmm."

Q.    "Wait for seconds."

A.    "Okay."

Q.    "Secondly, anything you can provide to increase the
working capital to obtain a higher artistic level."

A.    "Yes."

Q.    "We don't want to -- artistic production level to
decrease."

A.    "Yes."

Q.    "But we need to continue with improvements.  Do you
understand me?"

A.    "Yes.  And you too need money for the dowry."

      MR. GROHARING:  Next page, please?

Q.    "Yes.  Yes, the dowry is expensive.  But the one who is
engaged to a beautiful one must pay the price in terms of the

```
 1   dowry.  If possible, please engage trustworthy partners" --

 2   A.   "Yes.  Of course.  Of course, no doubt."

 3   Q.   -- "with trustworthiness virtues."

 4   A.   "Brother, what's your phone number so when I come down I

 5   can get in touch with you?"

 6   Q.   "The old one."

 7   A.   "Okay.  Okay."

 8   Q.   "Did you lose it?"

 9   A.   "No.  It's still with me."

10   Q.   "Ending with O-O."

11   A.   "Yes.  It's with me."

12   Q.   "Two zeros.  I know you will be very happy with that when

13   you see the success of the company."

14   A.   "Medications are an important matter.  And I love

15   pharmacy."

16   Q.   "It will be a great investment, if Allah is willing."

17   A.   "Brother."

18           MR. GROHARING:  Exhibit 550, please?

19   Q.   Is this another chat between -- with the defendant and

20   Ahmad as-Sarayri the next day, on Friday, July 28, 2006?

21   A.   Yes, it is.

22   Q.   "If Allah is willing, are you coming on the 30th?

23        "Yes.  Hehehe?"

24   A.   "If Allah is willing, I will leave the land of freedom on

25   Monday."
```

```
 1   Q.   "No.  The land of democracy."

 2   A.   "The developed country.  The country of the two towers."

 3   Q.   "The country that ridiculed itself" --

 4   A.   "Hehehe."

 5   Q.   -- "by targeting our countries."

 6   A.   "Yes, and the shaykh stepped up to teach it a lesson."

 7   Q.   "Hehehe."

 8   A.   "Did you see the doctor?"

 9   Q.   "I hope there will be more."

10   A.   "Yes, I did see him on Aljazeera."

11            MR. GROHARING:  Next page, please?

12   A.   "Yes, God bless."

13   Q.   "And he says it word by word."

14   A.   "And our countrymen are taking pictures behind him."

15   Q.   "Just a second.  How are you doing?"

16   A.   "Praise be to Allah."

17   Q.   "And how are the brothers?"

18   A.   "Praise be to Allah, the American brother sends his

19   regards to you."

20   Q.   "May Allah protect him from every evil."

21   A.   "I found the shoes."

22            MR. GROHARING:  Next page, please?

23   Q.   "I must go.  Don't forget what I asked you about the

24   company.  It is very important."

25   A.   "Yes.  I will try.  But it is possible that it might be a
```

little expensive for me."

Q.   "With Allah's grace, I was able to gather a sum of money,

not too bad.  But a lot more is needed."

A.   "Yes.  About how much ? is needed?"

      MR. GROHARING:  Next page, please?

Q.   "4200 dollars."

A.   "Allah is the greatest."

Q.   "Praise be to Allah.  Pray for me."

A.   "Allah will facilitate for us."

Q.   "We will use it for this and other things.  If Allah is

willing, we can pay off the debts and increase the quality of

the product."

A.   "Lots of hard work is needed to establish a pharmacy."

Q.   "Yes.  And you know very well the profits that

pharmaceutical companies make.  And how great is it?"

A.   "Yes, with no doubt."

Q.   Does the defendant then send a link?

A.   Yes, he does.

Q.   And can you continue reading the portions attributed to

defendant?

A.   "Muqtada al-Dabar."

Q.   "May Allah reward you for the good.  That is a sea dog.

Muqtada the dog."

A.   "Did you see Mohammed 'Atta's picture on the tape?"

      MR. GROHARING:  At this point can I have Exhibit 172

1    pulled up, please?

2         MS. BASSIL:  Your Honor, may we approach sidebar,

3    please?

4         (Discussion at sidebar and out of the hearing of the

5    jury:)

6         MS. BASSIL:  I may have called you up here

7    unnecessarily.  117 is the picture of Zarqawi?

8         MR. GROHARING:  Mohammed 'Atta.

9         MS. BASSIL:  Your Honor, I think it is unfair to

01:45 10   transition these.  He says, "Did you see the tape," and then

11   they're showing the picture.  It would be one thing if it was a

12   screen shot, the tape, but it's not.

13        THE COURT:  No.  I mean, it just identifies who it is

14   they're talking about.

15        MS. BASSIL:  It's way more prejudicial than probative.

16   It doesn't identify who they're talking about.  He could

17   identify who they're talking about.  To show a picture that

18   isn't a part of what they're talking about is completely

19   unfair.

01:45 20        THE COURT:  No, I think he could have it.

21        (In open court:)

22        MR. GROHARING:  Exhibit 172, please?

23   BY MR. GROHARING:

24   Q.   Special Agent Solecki, do you recognize that person?

25   A.   Yes; that's Mohammed 'Atta.

1    Q.    And who's Mohammed 'Atta?

2    A.    He was one of the 19 hijackers on September 11, 2001.

3    Q.    Did he fly Flight 11 into the North Tower of the Trade

4    Center?

5    A.    Yes.

6            MS. BASSIL:  Objection.  Leading.

7            THE COURT:  Sustained.

8            MR. GROHARING:  Can I go back to the chat we were

9    discussing a moment ago?

01:46 10   BY MR. GROHARING:

11   Q.    Can you pick up where the defendant says, "Did you see

12   Mohammed 'Atta's picture on the tape?"

13           Ahmad as-Sarayri responds, "Yes.  Was it in the Afghan

14   land?"

15   A.    "Yes."

16   Q.    "He was there?"

17   A.    "During training days, yes."

18   Q.    "This is the first time I learned of it."

19   A.    "They were all there with the shaykh."

01:47 20   Q.    "I know.  But I didn't know that he had gone there.  I

21   thought he adopted the idea from his place."

22           MR. GROHARING:  Next page, please?

23   Q.    "I think he joined in Germany."  I'm sorry.  The defendant

24   says, "I think he joined in Germany."

25           "My God.  With whose help?"

```
 1          "Only Allah knows."

 2          I read the defense again?

 3              MR. GROHARING:  This is the last chat.  I promise.

 4     Q.   "Do you have another one on your email?"

 5     A.   "But he used to listen to Shaykh Abu Qatadah PH."

 6     Q.   "He does not know his father Abu Qatadah, hehehe."

 7     A.   "May Allah release him from captivity."

 8     Q.   "I watched great episode after episode about him on

 9     Aljazeera."

01:48 10     A.   "Yes, about the Arab Afghans."

11     Q.   "Is he a captive with the English?"

12     A.   "Yes.  In Belmarsh Prison" --

13     Q.   "Allah willing, he will get out" --

14     A.   -- "in London."

15     Q.   -- "soon."

16     A.   "Amen."

17     Q.   "Even if he is in the royal palace itself.  Did you see

18     'They Are Coming'?"

19     A.   "Heard about it.  Good?"

01:48 20     Q.   Great.  I am watching it now."

21     A.   "About what, Iraq?"

22     Q.   "No.  A general provocation from Afghanistan."

23     A.   "Whatever Allah wills."

24     Q.   "When you come, you will see with me something that will

25     please you."
```

1  A.   "Hehehe.  If Allah is willing."

2  Q.   "With Allah's permission, the small and large issues."

3  A.   "Hey, my brother."

4       MR. GROHARING:  Next page, please?

5  A.   "In Egypt we need some sort of shaykh that can move us.

6  Is there an orator we can pray with at his place who talks

7  about important issues?"

8  Q.   "Know that Allah has set a time for Egypt, and know that

9  from it there will be the best soldiers on earth."

01:49 10      MR. GROHARING:  And I misspoke.  There's just one more

11  chat.

12       If I may go to Exhibit 714, please?

13  Q.   And is this a chat between the defendant and Taimur on

14  March 28, 2006?

15  A.   Yes, it is.

16       MR. GROHARING:  Could you go to page 3, please?

17  Q.   "I saw a movie called 'The Hamburg Cell.'  It was about

18  the life of the attackers on 9/11" --

19       MR. GROHARING:  Next page, please.

01:50 20  Q.   -- "and pretty much bashed Islam and mujahideen."

21  A.   "Hey, yeah, well, those guys bashed their towers and

22  Pentagon."

23       MR. GROHARING:  I would like to publish a series of

24  photos at this point, your Honor.  They were all found on the

25  defendant's computer.

```
 1                THE COURT:  All right.

 2                MR. GROHARING:  I will do the same procedure we did

 3       last time.

 4                THE COURT:  Yes.

 5                MR. GROHARING:  Exhibit 182, please.

 6                (Exhibit No. 182 published to the Court and jury.)

 7                MR. GROHARING:  Exhibit 183, please?

 8                (Exhibit No. 183 published to the Court and jury.)

 9                MR. GROHARING:  Exhibit 184, please?

01:51 10                (Exhibit No. 184 published to the Court and jury.)

11                MR. GROHARING:  Exhibit 185, please?

12                (Exhibit No. 185 published to the Court and jury.)

13                MR. GROHARING:  Exhibit 186, please?

14                (Exhibit No. 186 published to the Court and jury.)

15                MR. GROHARING:  Exhibit 187, please?

16                (Exhibit No. 187 published to the Court and jury.)

17                MR. GROHARING:  Exhibit 188, please?

18                (Exhibit No. 188 published to the Court and jury.)

19                MR. GROHARING:  Exhibit 189, please?

01:51 20                (Exhibit No. 189 published to the Court and jury.)

21                MR. GROHARING:  Exhibit 190, please?

22                (Exhibit No. 190 published to the Court and jury.)

23                MR. GROHARING:  Exhibit 191, please?

24                (Exhibit No. 191 published to the Court and jury.)

25                MR. GROHARING:  Exhibit 192, please?
```

1         (Exhibit No. 192 published to the Court and jury.)

2         MR. GROHARING:  Exhibit 193, please?

3         (Exhibit No. 193 published to the Court and jury.)

4         MR. GROHARING:  Exhibit 194, please?

5         (Exhibit No. 194 published to the Court and jury.)

6         MR. GROHARING:  Exhibit 195, please?

7         (Exhibit No. 195 published to the Court and jury.)

8         MR. GROHARING:  Exhibit 196, please?

9         (Exhibit No. 196 published to the Court and jury.)

01:53 10         MR. GROHARING:  Exhibit 197, please?

11         (Exhibit No. 197 published to the Court and jury.)

12         MR. GROHARING:  Exhibit 198, please?

13         (Exhibit No. 198 published to the Court and jury.)

14         MR. GROHARING:  Exhibit 199, please?

15         (Exhibit No. 199 published to the Court and jury.)

16         MR. GROHARING:  Exhibit 200, please?

17         (Exhibit No. 200 published to the Court and jury.)

18         MR. GROHARING:  Exhibit 201, please?

19         (Exhibit No. 201 published to the Court and jury.)

01:53 20         MR. GROHARING:  Exhibit 202, please?

21         (Exhibit No. 202 published to the Court and jury.)

22         MR. GROHARING:  Exhibit 203, please?

23         (Exhibit No. 203 published to the Court and jury.)

24         MR. GROHARING:  Exhibit 204, please?

25         (Exhibit No. 204 published to the Court and jury.)

```
 1              MR. GROHARING:  Exhibit 205, please?

 2              (Exhibit No. 205 published to the Court and jury.)

 3              MR. GROHARING:  Exhibit 206, please?

 4              (Exhibit No. 206 published to the Court and jury.)

 5              MR. GROHARING:  Exhibit 207, please?

 6              (Exhibit No. 207 published to the Court and jury.)

 7              MR. GROHARING:  Exhibit 208, please?

 8              (Exhibit No. 208 published to the Court and jury.)

 9              MR. GROHARING:  Exhibit 209, please?

01:54 10        (Exhibit No. 209 published to the Court and jury.)

11              MR. GROHARING:  And finally, Exhibit 210, please.

12              (Exhibit No. 210 published to the Court and jury.)

13              MR. GROHARING:  No further questions, your Honor.

14              MS. BASSIL:  Your Honor, may we approach sidebar

15      before I start my cross-examination?

16              THE COURT:  Yeah, well -- fine.  It is a little after

17      eleven.

18              MS. BASSIL:  So could we do it before we start up

19      again?

01:55 20        THE COURT:  Yeah.  So why don't we take the morning

21      break, okay?

22              THE CLERK:  All rise for the Court and the jury.  The

23      Court will take the morning recess.

24              (The Court and jury exit the courtroom and there is a

25      recess in the proceedings at 11:04 a.m.)
```

(Court in at 11:33 a.m.)

  MS. BASSIL:  Your Honor, before the jury came out, I wanted to move for a mistrial once again based on watching these series of photographs.  They were completely unnecessary. They offered no probative value whatsoever, provided no additional information to the jury and were designed quite clearly just to poison the jury, especially if you look at the fact that they were given as the very last thing that -- for this witness' testimony.  And I move for a mistrial.

02:24  I think that the continued emphasis over and over again, when allegedly all this is for is the defendant's state of mind, is completely unnecessary and more probative -- more prejudicial than probative.  And I wish there was a stronger word than cumulative because it's more than cumulative.  Maybe I should say it's ad nauseam.  Perhaps that's a stronger word than cumulative.

  THE COURT:  Mr. Groharing, do you want to respond?

  MR. GROHARING:  I mean, they were photos that were found on the defendant's computer.  The case is about the 02:25 defendant providing material support to al Qa'ida, to the organization that conducted the attacks on September 11, 2001.

  He chatted ad nauseam about those attacks.  It goes directly to his state of mind, what his state of mind was at relevant time periods in this case.  The fact that there were dozens of photos -- we didn't even, frankly, offer all of the

 1  photos the defendant had on certain matters.

 2        So they're directly relevant to the government's

 3  theory of the case, and the probative value far outweighs any

 4  prejudice the defendant would suffer from the photos being

 5  admitted.

 6        THE COURT:  I think -- as I've said, I think the fact

 7  of cumulation itself in these circumstances has potentially

 8  anyway some probative value depending on how the jury assesses

 9  it.  But the jury could find that the accumulation of

02:25 10  repetitive images says something about the state of mind, which

11  is relevant.  So the motion is denied.

12        Was there anything about -- was that the point you

13  wanted to make?

14        MS. BASSIL:  Yes, your Honor.

15        THE COURT:  So we can call the jury in.

16  (The jury entered the room at 11:35 a.m.)

17  CROSS-EXAMINATION BY MS. BASSIL:

18  Q.    Good morning, Agent Solecki.

19  A.    Good morning.

02:27 20  Q.    I think you said you were on the Joint Terrorism Task

21  Force?

22  A.    Yes.

23  Q.    As a part of that task force, do you read newspaper

24  articles online?  Do you read magazines online, journals

25  online?

```
 1   A.   Yes.

 2   Q.   And do you do a lot of looking at information online?

 3   A.   Yes.

 4   Q.   And you know the photographs that were shown to the jury,

 5   all those photographs at the end?

 6   A.   Yes.

 7   Q.   You were aware that those were what they call thumbnails,

 8   the size, originally, correct?

 9   A.   I believe so, yes.

10   Q.   You're aware that when you go on websites and you read

11   things, you're aware that these small pictures go right into

12   your computer even if you don't download them, aren't you?

13           MR. GROHARING:  Objection, your Honor.  It assumes

14   facts not in evidence.

15           THE COURT:  Well, I think it assumes a foundation from

16   the witness that we don't have yet.  Sustained.

17   Q.   Mr. Solecki, are you aware of what thumbnail photographs

18   are?

19   A.   Yes.

20   Q.   What are they?

21   A.   Small photographs of images on the internet.

22   Q.   Are you aware -- have you ever looked in your computer to

23   see if you have thumbnail photographs?

24   A.   I haven't looked at mine.  I'm sure I have some on there,

25   but I haven't done any searches on my computer for thumbnails.
```

1            THE COURT:  Keep your voice up, sir.

2            THE WITNESS:  Yes, sir.

3    Q.   Are you aware these photographs can go into your computer

4    without you actively downloading them?

5    A.   Yes.

6    Q.   And if you -- a couple of the photographs, did you see, it

7    looked like they came maybe from some kind of news program,

8    where it said "live"?

9    A.   Yes.

02:29 10   Q.   Did you notice that?

11   A.   Yes.

12   Q.   To me -- did that indicate to you as well that those might

13   have been from a news program?

14   A.   Yes.

15            MS. BASSIL:  If we could go to Exhibit 799, please.

16   Q.   Agent Solecki, when you were asked to read things, you

17   were asked to read only what was given to you, correct?

18   A.   Yes.

19   Q.   Did you read -- by the way, when you were given those

02:29 20   instant messages, did you read all the pages before you read

21   them in court here?

22   A.   All of the ones that I believe that we saw today, I had

23   read before.

24   Q.   Okay.  Now, on this, this is a reference -- if you recall,

25   you talked about this being the schedule of the Massachusetts

 1    Pharmaceutical College, is that correct?

 2    A.   Yes.

 3         MS. BASSIL:  And, Mr. Bruemmer, if we could go through

 4    each page.  Is that it?  That's it.

 5    Q.   There was not -- there's no calendar -- there's no

 6    schedule here of the defendant's -- Mr. Mehanna's classes, are

 7    there?

 8    A.   No.

 9    Q.   And there's no transcript of what courses Mr. Mehanna was

02:30 10   taking?

11    A.   No, there's not.

12    Q.   So there's no indication of when he had to be in school

13    and when he didn't?

14    A.   That is correct.

15         MS. BASSIL:  If we could have Exhibit 347, please.

16    Q.   Mr. Solecki, this was a poem that's dated 27 February

17    2002, correct?

18    A.   Yes.

19    Q.   And I believe either you read it or Mr. Groharing read it?

02:31 20   A.   I believe Mr. Groharing read this one, yes.

21    Q.   Right.  And there is nothing in either the subject matter

22    line or any kind of notation in which Mr. Mehanna says, Here's

23    a poem I wrote, correct?

24    A.   Yes.

25    Q.   It just simply says, "Poem," and his name is at the end of

```
 1   it?

 2   A.   Yes.

 3   Q.   And you don't know whether this was something translated

 4   that somebody else wrote or something that someone else made

 5   up --

 6   A.   I don't know.

 7   Q.   -- right?

 8        You would have no idea?

 9   A.   No, I don't.

10        MS. BASSIL:   Could we have Exhibit 363?

11   Q.   Now, this is an email that appears to have been sent from

12   Tarek Mehanna to Ibnul Khattab, correct?

13   A.   Yes.

14   Q.   And so that would be from Mr. Mehanna to himself?

15   A.   Yes.

16   Q.   Do you ever email things to yourself?

17   A.   I do.

18   Q.   Because you want to look at it later or something you want

19   to put in somewhere in your computer, right?

20   A.   Yes.

21   Q.   I do it all the time, too.

22        This was a photograph, he said, of a baby in the arms of

23   his father, Osama bin Laden, right?

24   A.   Correct.

25   Q.   Have you seen that photograph before?
```

1    A.    I had not seen that photograph before.

2    Q.    So you're not aware it's not Osama bin Laden?

3    A.    I don't know if it is Osama bin Laden or not.

4         MS. BASSIL:   If we could have Page 566 -- I'm sorry,

5    Exhibit 566, sorry.   And if we could go to the second page.

6    The third page.   No, second page, sorry.   And if we could just

7    have this bottom third bigger.

8    Q.    Mr. Solecki, it says here, I believe, "What do you think

9    of the essay man," correct?

02:33 10    A.    Yes.

11    Q.    And you didn't see any essay, did you?

12    A.    No.

13    Q.    You weren't given any essay to read that went with that

14    email?

15    A.    No.

16         MS. BASSIL:   And if we could have Exhibit 540, please.

17    -- 550, and Page 4.

18    Q.    Now, in this conversation -- you recall looking at this

19    conversation, correct?

02:33 20    A.    Yes.

21    Q.    And Muqtada al-Dabar, that is the head of the Shiites in

22    Iraq, is that correct?

23    A.    That, I don't know.

24    Q.    Are you familiar with who the head is of the Shiite

25    organization in Iraq?

```
  1   A.   No, I don't know who the head of the Shiite organization
  2   is.
  3   Q.   They're insurgents, are they not, fighting U.S. troops?
  4   A.   I'm not aware.  I don't know if the Shiites are currently
  5   fighting U.S. forces in Iraq.
  6   Q.   They were at one time?
  7   A.   I believe they were, yes.
  8   Q.   And you don't know the head of it?
  9   A.   No, I don't.
02:34 10   Q.   Now, on this conversation, there was something about, Did
 11   you see -- let me see -- there was something about -- oh, "Did
 12   you see Mohammed Atta's picture on the tape?"  That was a line
 13   you read, correct?
 14   A.   Yes.
 15   Q.   And then the prosecutor showed a picture of Mohammed Atta
 16   on some kind of forum; do you recall that?
 17   A.   Yes.
 18   Q.   That was not a screen shot of the tape, was it, a video?
 19   A.   I don't know.  I believe it was just his visa photo.
02:35 20        MS. BASSIL:  If I could have Exhibit 566, please.  And
 21   if we could have the next page.  I'm sorry, back.  My mistake.
 22   Q.   This is a conversation with Ahmad Rashad, is that correct?
 23   A.   Yes.
 24   Q.   And it says that he was trying to send -- he is the one
 25   trying to send documents to Mr. Mehanna, is that correct?
```

```
 1    A.   Yes.
 2    Q.   And there's no indication Mr. Mehanna is sending documents
 3    to him, correct?
 4    A.   I don't believe so, not on this page.
 5    Q.   All right.  On the bottom of the page, it says he's trying
 6    to send you -- I assume that's transliterated Arabic, correct,
 7    the next to last line?
 8    A.   Yes.  I'm not exactly sure what that means.
 9    Q.   Me either.  Then Ahmad Rashad says -- this is a little
10    mixed up -- "This is sowt voice"?
11    A.   Yes.
12         MS. BASSIL:  And if we could have the next page.
13    Q.   And he says, "But I think al-Bataar is a lot better, more
14    relevant."
15         So it appears that he's sending him something.  Are you
16    familiar with Sawt al-Jihad?
17    A.   I believe that's an online Jihad magazine.
18    Q.   And it's Ahmad Rashad who appears to be sending it to him,
19    right?
20    A.   Yes.
21         MS. BASSIL:  If I could just have the jury see the
22    spelling of that, your Honor, so they would be familiar with.
23         THE COURT:  On the document --
24         MS. BASSIL:  We can take that down.
25    Q.   And that's how it's spelled, correct?
```

```
 1   A.    Yes.
 2             MS. BASSIL:  I have no further questions.
 3             MR. GROHARING:  Nothing further, your Honor.
 4             THE COURT:  All right.  Agent, thank you.  You may
 5   step down.
 6             THE WITNESS:  Thank you, sir.
 7             MR. CHAKRAVARTY:  The government calls Evan Kohlmann,
 8   your Honor.
 9             THE CLERK:  Mr. Kohlmann, step up to the box, please.
10   Remain standing.
11             EVAN F. KOHLMANN, Sworn
12             THE CLERK:  Have a seat.  State your name and spell
13   your last name for the record, if you would, please.
14             THE WITNESS:  My name is Evan F. Kohlmann, E-v-a-n,
15   K-o-h-l-m-a-n-n.
16   DIRECT EXAMINATION BY MR. CHAKRAVARTY:
17   Q.    Good morning.
18   A.    Good morning.
19   Q.    Mr. Kohlmann, what do you do?
20   A.    I'm an international terrorism consultant.
21   Q.    Where do you work?
22   A.    I run a company in New York City that is known as
23   Flashpoint Global Partners.
24   Q.    What is an international terrorism consultant?
25   A.    I provide consulting services on behalf of government
```

02:37  (line 10)
02:37  (line 20)

clients, on behalf of nongovernment clients, NGOs, on behalf of

nonprofit organizations, analyzing the recruitment, hierarchy.

Financing and communications of international terrorist

organizations.

Q.   How long have you been doing this kind of work?

A.   I have been doing this work -- well, I've been running my

own company since approximately 2003.  And before that, I was

employed at another company doing similar work starting in

approximately 1998.

Q.   I'm going to ask you about your education.  Where did you

go to college?

A.   I have a Bachelor in Foreign Service from the Edmund A.

Walsh School of Foreign Service at Georgetown University in

Washington, D.C.

Q.   What was the focus of the program there?

A.   The focus of my studies was in international security

studies -- international politics, excuse me -- with a focus in

international security studies focused largely on the Muslim

world.

Q.   Did you graduate from there?

A.   I did.

Q.   And did you have any minors?

A.   I didn't have a minor.  I had what's known as a

certificate.

Q.   What was that in?

A.   At Georgetown, at the School of Foreign Service, instead of students being given the opportunity to get a minor, instead there are four different certificate programs which are offered in case you want to pursue a specific area of studies.

My certificate is in Islam and Muslim Christian Understanding, which I earned from the Prince Alwaleed Bin Talal Center for Muslim Christian understanding at Georgetown University.

Q.   Did you graduate with honors?

A.   I did.

Q.   Did you receive any additional honors?

A.   Well, I graduated magna cum laude, and I also earned honors in my major as a result of writing an honors thesis.

Q.   Describe what the Center For Muslim Christian Understanding is.

A.   Yes, of course.  The Center for Muslim Christian Understanding was established at Georgetown University in order to help foster better relations between the Christian and Muslim worlds, particularly to help Western students understand Islam, study Islam, and, again, afford a greater understanding in the United States of Islam.

Q.   What was your involvement with that Center?

A.   Well, I was a student there, and I earned a certificate from there as a result of writing what is known as a Capstone thesis.

1    Q.    What is that?

2    A.    A Capstone thesis, in order to earn a certificate, you

3    have to go through a series of coursework.  Then at the end,

4    you present a thesis topic proposal to your mentor at the

5    program.  My mentor was Doctor John Voll.  That's V-o-l-l.  My

6    proposal was on the subject of Early 20th Century Afghanistan

7    and Religious and Political Modernization.

8    Q.    Are you familiar with the Center for Contemporary Arab

9    Studies?

02:40 10   A.    Yes, I am.

11   Q.    What is that?

12   A.    The Center for Contemporary Arab Studies at Georgetown

13   University is a subset of the School of Foreign Service.  The

14   purpose for the Center for Contemporary Arab Studies is to

15   allow students in the United States to obtain an in-depth

16   understanding of the Arab world, Arab politics, history,

17   culture, language, religion, et cetera.

18   Q.    What was your participation with that Center?

19   A.    When I was a student at Georgetown University, I was a

02:41 20   research assistant on behalf of Doctor Mamoun Fandy.  That's

21   M-a-m-o-u-n, F-a-n-d-y.  I also took numerous courses at the

22   Center For Contemporary Arab Studies, including under Doctor

23   Fandy and other professors.

24   Q.    Was the study of Jihad and terrorism part of that

25   research?

1    A.    Yes.  It was one part.

2    Q.    In addition to your Capstone thesis, did you participate

3    in any other projects at the School of Foreign Services?

4    A.    There was my honors thesis, of course.

5    Q.    What was that on?

6    A.    I wrote an honors thesis on the subject of the Legacy of

7    the Arab-Afghans, a case study.  I looked at the origins of the

8    Arab-Afghan movement, in other words, the foreign fighters who

9    had traveled to Afghanistan during the late 1980s, tracking

02:42 10    their activities while in Afghanistan and then comparing and

11    contrasting four countries in which these individuals had

12    traveled to afterwards to understand the circumstances why they

13    had traveled and to understand why they had either achieved or

14    failed to achieve their objectives after moving on from

15    Afghanistan.

16    Q.    The Arab-Afghans, what time period did they go to

17    Afghanistan?  And then describe the time period that you

18    studied.

19    A.    The large group of foreign fighters -- or the largest

02:42 20    group of foreign fighters who fought in Afghanistan during the

21    late 1980s arrived in approximately 1986 and stayed there until

22    approximately 1991.  I'm sorry.  I didn't hear the second part.

23    Q.    On that point, was that the end of the Soviet occupation

24    of Afghanistan?

25    A.    That's correct.  They went there to fight the Soviet

1    occupation of Afghanistan and to fight against the Afghan

2    Communist government.

3    Q.    And then -- so for purposes of your study, what -- in

4    terms of what happened after the legacy of the Arab-Afghans,

5    what time period did you study?

6    A.    I studied the period of approximately 1991 until -- well,

7    April of 2001 when I published my thesis.

8    Q.    Did you do any further education after that?

9    A.    Yes.  I have a J.D., a juris doctorate from the University

02:43 10    of Pennsylvania Law School in Philadelphia, Pennsylvania.

11    Q.    Juris doctorate, it's a law degree now?

12    A.    It's a graduate law degree, that correct.

13    Q.    Are you a lawyer?

14    A.    No, I'm not a lawyer.

15    Q.    You passed the bar anyway?

16    A.    No, I have not.

17    Q.    Did you have any classes in law school on national

18    security or terrorism issues?

19    A.    I did.

02:43 20    Q.    Describe those.

21    A.    Within the law school itself, I took a number of classes

22    focused on my area of study, including a Cyber Crime Seminar

23    taught by individuals from the FBI and Department of Justice.

24    I also took classwork in Diplomacy in Terrorism.  Outside of

25    the law school, I also took classwork -- excuse me.  I did

1    classwork in the Graduate School of Arts and Sciences, namely

2    in Afghanistan and Islamism.

3    Q.   After law school, what did you do?

4    A.   After law school, I founded my company, which is now known

5    as Flashpoint Global Partners.

6    Q.   At some point, were you affiliated with an organization

7    called The Investigative Project?

8    A.   I was.

9    Q.   Describe when that was.

02:44 10   A.   In February 1988, when I was a student at Georgetown

11   University, I began an internship at an organization known as

12   The Investigative Project, which was a think tank and policy

13   group which was started in approximately 1995 by a former CNN

14   journalist.  The purpose of The Investigative Project was to do

15   open source research on international terrorist organizations,

16   their hierarchy, their communications, their financing, their

17   propaganda.

18       Shortly after I began doing -- in my internship,

19   eventually I became a full employee.  And by the time I left

02:45 20   The Investigative Project in 2003, I was a senior analyst.

21   Q.   You mentioned open source information.  What is that?

22   A.   Because of the fact that I don't have a security

23   clearance, because of the fact that, based on what I was taught

24   in terms of doing research, I focus on the area of open source

25   research, in other words, information that is publicly

1    available but that may be difficult to find, in other words,

2    information that does not come from intelligence agencies,

3    information that does not come from sources where I don't have

4    access to know where -- the chain of custody, how the

5    information came down.

6         In practical terms, this amounts to documents such as

7    video recordings and audio recordings released by terrorist

8    organizations, magazines released by terrorist organizations,

9    original interviews with members or leaders of terrorist

02:46 10   organizations, copies of communications from individuals

11   involved in international terrorist organizations, that kind of

12   material.

13   Q.   And do you personally participate in online forums and

14   other places where you would obtain that kind of material?

15   A.   Yes.  I'm a -- I have registered accounts on virtually

16   every single online forum used by individuals who are violent

17   extremists who subscribe to the concept of Jihad.  I have had

18   registered accounts on those forums since their inception in

19   approximately 2002.  I regularly monitor those forums on a

02:46 20   day-to-day basis.  And I have a complete database of virtually

21   every single message that has been posted on those forums since

22   approximately 2006.

23   Q.   Getting into the details of your work at The Investigative

24   Project, you described how you would do the research.  What

25   would you do with your research?

1     A.    After we had gathered research, either by conducting

2     interviews or by gathering other materials, we would then

3     distill this information into unclassified memorandum,

4     articles, briefings, congressional testimonies, products that

5     could be then given to policymakers, to law enforcement, to

6     media, to anyone with an interest in kind of the nitty-gritty

7     detail of the international terrorist organizations.

8     Q.    Were you affiliated with any government agency?

9     A.    No.  I've worked as a consultant on behalf of various

02:47 10    different government agencies, but I have never served as a

11    full-time employee of the United States Government.

12    Q.    At some point, you separated from The Investigative

13    Project?

14    A.    I did.  In late 2003, I left The Investigative Project,

15    and I founded my own company, which, again, is now known as

16    Flashpoint Global Partners.

17    Q.    At the time, was it known by a different name?

18    A.    Yes.  The original name it was known by was the name of

19    the first website which we registered, which was

02:47 20    globalterroralert.com.

21    Q.    That was a website that you registered for your company?

22    A.    It is.  And if you go to that domain now, you will go to

23    our current website.

24    Q.    What was globalterroralert.com?

25    A.    Global Terror Alert was a concept which was designed to

```
 1    put out pieces of information that we were gathering, the raw
 2    information about terrorist organizations, their recruitment,
 3    their financing, their hierarchy, in order to make this
 4    information available to other researchers, academics,
 5    policymakers, media; in other words, to help further the
 6    understanding, the public understanding, of international
 7    terrorist organizations, their goals, their objectives, their
 8    methodologies, et cetera.
 9    Q.   Do you maintain a library of documents and data?
10    A.   I do.
11    Q.   Describe what types of data that is.
12    A.   I maintain an archive that is approximately three or four
13    terabytes in size.  That is thousands upon thousands of
14    gigabytes.  I contain -- my database, excuse me, contains
15    records of virtually every single video recording issued by
16    al Qa'ida or other Jihadi movements, every single magazine,
17    every single communique, every single official statement.
18         We have all of this material organized as business records
19    so we can quickly look and tell when a document was released,
20    where it was released from, specific data, technical
21    information related to that release, so that we can quickly
22    determine and recover information produced by international
23    terrorist organization.
24    Q.   How did you collect that information?
25    A.   I collected it personally.  I collected it through
```

1    multiple methods.  I collected the information through going

2    out in the field and directly interviewing individuals who have

3    either been convicted or have acknowledged their involvement in

4    international terrorist activities.  I have collected

5    information from the internet.  I have collected information

6    from intermediaries, in other words, individuals who sell

7    Jihadi videos or Jihadi audio recordings, such material as

8    that.

9    Q.    Managing that much data, did you develop any computer

02:50 10   proficiency?

11   A.    You could say that, yes.

12   Q.    Do you use a computer every day in your work?

13   A.    Yes.  I have background in computer science.  I used to

14   program.  I used to code in various different computer

15   languages.  And I have a fairly substantial familiarity with

16   the use of the internet, the mechanics of the internet, and the

17   mechanics of modern computer systems.

18   Q.    In the course of your work, have you had the opportunity

19   to review stored data on various digital media?

02:50 20   A.    Yes.  On behalf of the United States Government, as well

21   as on behalf of foreign governments, I have been contracted to

22   do reviews of preserved hard drives recovered in terrorism

23   cases.  I should say I've also done that on behalf of private

24   clients as well.

25   Q.    And are you familiar with software that's publicly

1  available to do that kind of work?

2  A.    Yes.  I'm familiar with packages such as InCase and FTK,

3  which are the common means through which one can look at a

4  forensically preserved hard drive and peruse the contents.

5  Yes, this is something for which I've provided services to

6  multiple law enforcement services as well as private clients.

7  Q.    In this case, were you provided with a computer hard

8  drive?

9  A.    I was, yes.

02:51 10  Q.    What did you use to analyze that hard drive?

11  A.    I believe I used the InCase software in order to review

12  that hard drive.

13  Q.    You described Global Terror Alert was -- how has that

14  company changed?

15  A.    The company has expanded.  I have taken on business

16  partners, and I have employees.  We now have a group of

17  translators, native language speakers, who speak Arabic, Urdu,

18  Pashto, and other languages.  We operate an office in Peshawar,

19  Pakistan, in order to collect original information from the

02:52 20  Taliban and Afghanistan and Pakistan, among other groups.  We

21  do a lot more work.  And, again, it's group of individuals now.

22  Q.    In addition to your what I'll call your day job of running

23  your company, do you have any other employment relationships?

24  A.    Yes.  Relating to the work that I do, I'm also employed as

25  an on-air analyst on behalf of NBC News, MSNBC.  And I should

1    add as well, I also do work on behalf of a variety of other

2    organizations.  I'm an analyst on behalf of a nonprofit group

3    here in this country known as the NEFA Foundation, N-E-F-A,

4    which stands for Nine/Eleven Finding Answers.

5    Q.    What do you do for them?

6    A.    Similar work to what I did on behalf of The Investigative

7    Project:  providing them with raw data and information relating

8    to terrorist communications and financing and recruitment;

9    allowing them to present that information to anyone who's

02:53 10   interested, academics, policymakers, scholars.  I've also

11   compiled reports on their behalf which they have published on

12   their website.

13   Q.    Is there a particular subject matter that you focus on?

14   A.    Yes.  My particular -- the general subject matter that I

15   focus on is contemporary Jihadi movements with a focus on

16   al Qa'ida and al Qa'ida affiliates.

17   Q.    Have you written or published any books?

18   A.    I have, yes.

19   Q.    What have you published?

02:53 20   A.    In 2004, I published a book, "Al-Qaida's Jihad in Europe:

21   The Afghan-Bosnian Network," which was actually a continuation

22   of my honors thesis, looking at the progression of fighters

23   from Afghanistan in the late 1980s, to the conflict that took

24   place in the Balkans in Southeastern Europe in the early 1990s

25   and analyzing the impact that that group of foreign fighters

1 had had on the conflict and their lasting impact on the

2 Balkans.

3 Q.   When was that published?

4 A.   That was published in 2004.  It was first published in

5 London and the United Kingdom, and subsequently thereafter, it

6 was published here in the United States.

7 Q.   Has that book been reviewed by any notable firms or

8 outfits?

9 A.   It's been widely reviewed.  I mean, it's been reviewed in

02:54 10 a number of different scholarly publications.  It's currently

11 used as a teaching text in a variety of -- different

12 institutions.  It has been used in the past at the Harvard

13 Kennedy School of Government and also at the Johns Hopkins

14 School of Advanced Studies in Washington, D.C.

15 Q.   Has it been cited by any major pieces of work on

16 terrorism?

17 A.   Yes.  It was cited in the final report of the Bipartisan

18 Congressional 9-11 Commission in 2004.

19 Q.   In addition to books, have you published other articles or

02:54 20 other papers?

21 A.   Yes.  I regularly publish articles, scholarly pieces, and

22 other material.  Recent publications that I have published --

23 excuse me.  Recent publications that I've written have been

24 published in such venues as the West Point Counterterrorism

25 Center Sentinel Journal; African Security, which is a scholarly

1 journal, obviously, about security in Africa, et cetera;

2 foreign policy.

3 Q.   How frequently do you publish?

4 A.   Usually between six and twelve times a year, sometimes a

5 little less, sometimes a little more.  It just depends on what

6 there was on my plate at a given time.

7 Q.   Is your work peer-reviewed at any time?

8 A.   Yeah.  It is frequently peer-reviewed.  My book,

9 obviously, "Al-Qaida's Jihad in Europe," in order to be

02:55 10 published, was subject to a formal peer-review process.  One of

11 my more recent publications, my jointly written piece on the

12 Shabaab al-Mujahideen movement in Somalia that was published in

13 African Security, was peer-reviewed.  African Security is a

14 peer-reviewed publication.  It just depends on the context.

15     But even when it comes to nonpeer-reviewed publications,

16 virtually everything that I write is carefully reviewed by a

17 wide range of colleagues of mine before I actually publish

18 something.

19 Q.   After publishing, is there a network of terrorism experts

02:56 20 who reads and consumes the other -- the work of your peers?

21 A.   Yeah.  It's a fairly small community.  So this stuff is

22 generally shared and discussed.  I regularly attend

23 international conferences here in the United States and abroad

24 in which these issues are discussed, which recent publications

25 are discussed.  I regularly present material from these papers

1    in front of these audiences, and I am then subject to a

2    question-and-answer session where I have to defend what I've

3    just said.

4    Q.    All right.  Are you familiar with a person named Marc

5    Sageman?

6    A.    Yes.

7    Q.    Do you see him in the courtroom?

8    A.    He's right there (indicating).

9    Q.    How are you familiar with that individual?

02:57 10    A.    Doctor Sageman is another expert in international

11   terrorism, and we frequently speak alongside each other at

12   events put on by NGOs like the United Nations and I think most

13   recently in Saudi Arabia last year.

14   Q.    In addition to your -- how frequently do you engage in

15   these speaking engagement?

16   A.    It varies but usually two to three times and month,

17   sometimes a little more, sometimes a little less.  I was ill

18   earlier this year, so it's a little less this year.  But,

19   generally speaking, about that often.

02:57 20    Q.    Have you ever given congressional testimony?

21   A.    I have.

22   Q.    How many times?

23   A.    I have testified -- I've actually testified twice before

24   Congress, and I have a third testimony coming up on next

25   Tuesday.

```
 1   Q.    In your past testimony, what have been the topics?

 2   A.    The topics have included the role of Saudi Arabian

 3   charitable organizations in providing terrorist financing; the

 4   future of al Qa'ida beyond the death of Osama bin Laden; and my

 5   testimony coming up on Tuesday is about the use of social

 6   networking sites and the internet by Jihadi organizations.

 7   Q.    I guess that means that you will not be here on Tuesday?

 8   A.    In Arabic, I think they say "insha' Allah," God willing.

 9   Q.    Have you interviewed mujahideen?

10   A.    I have.

11   Q.    Describe that.

12   A.    I've interviewed a range of different individuals who have

13   either fought in Afghanistan between the years of approximately

14   1986 and 1995.  I've also interviewed individuals who have

15   fought in other conflicts, including the conflict in

16   Bosnia-Herzegovina, Kashmir and beyond.  These individuals

17   include persons such as Abu Hamza Al-Masri.  That's A-b-u,

18   H-a-m-z-a, A-l, dash, M-a-s-r-i.  Abu Hamza has been convicted

19   of terrorism offenses in the United Kingdom.

20        I've also interviewed Abdullah Anas, A-b-d-u-l-l-a-h,

21   A-n-a-s, who is the son-in-law of Abdullah Azzam, A-z-z-a-m,

22   the founder of the Arab-Afghan movement.  I have interviewed

23   Shaykh Omar Bakri Mohammed, S-h-a-y-k-h, O-m-a-r, B-a-k-r-i,

24   M-o-h-a-m-m-e-d, the founder of the al-Muhajiroun Movement,

25   M-u-h-a-j-i-r-o-u-n.  I've also interviewed a number of Iraqi
```

02:58  10
02:59  20

1  insurgent organizations; the Islamic Army of Iraq; the

2  Al-Rashiden Army, R-a-s-h-i-d-e-n; Hamas al-Iraq, the Hamas

3  organization in Iraq, et cetera.

4  Q.   Have you also conducted interviews online of individuals

5  with a virtual presence?

6  A.   Yes, I have.  I have either attempted to or conducted

7  interviews with a number of individuals who perform media tasks

8  on behalf of al Qa'ida and its affiliates.

9  Q.   Are you familiar with someone named Younis Tsouli?

03:00 10  A.   I am, yes.

11  Q.   How are you familiar with him?

12  A.   I am familiar with Mr. Tsouli because of the fact that I

13  was a registered member on the forum that he was running, The

14  Muntada al-Ansar, M-u-n-t-a-d-a, a-l, A-n-s-a-r.  I was not

15  only a registered member, but at a certain point in time I also

16  contacted Mr. Tsouli directly over email, and I engaged in a

17  dialogue with him over email in approximately August of 2005.

18  Q.   Did he have an online moniker?

19  A.   He did.

03:00 20  Q.   What was that?

21  A.   His online moniker was Irhaby 007, I-r-h-a-b-y, 007, which

22  means terrorist 007.

23  Q.   Do you know what "Irhaby" means in Arabic?

24  A.   It means terrorist.

25  Q.   With regards to your Arabic language skills, can you

1  describe them?

2  A.   Yes.  I have no formal training in Arabic; however, in

3  order to study Islam, you have to memorize a great deal of

4  Arabic vocabulary.  Islam was born of the Arabian Peninsula.

5  The language of Islam is really Arabic.  So I've learned quite

6  a bit of Arabic through that.

7       In addition, through my various different studies and my

8  -- in my experience in reviewing Jihadi web forums and whatnot,

9  I have gained a fairly working knowledge of Arabic.  However, I

03:01 10  don't rely on that.  I have translators who sit next to me

11  while I view these forums, while I browse these forums, who are

12  native speakers who directly assist and work with me in terms

13  of interpreting the material on there and understanding what's

14  being said.

15  Q.   Now, over the last several years, have you consulted with

16  various government agencies?

17  A.   I have, yes.

18  Q.   Can you describe what you've done?

19  A.   Yes.  I have provided consulting services on behalf of the

03:02 20  U.S. Department of Justice, the U.S. Military, the Department

21  of State, and various other sub-entities within those

22  organizations.  The consulting services have included

23  everything from assisting in giving presentations or giving

24  presentations to foreign governments, doing forensic review of

25  hard drives, seized hard drives, reviewing other evidence

1    collected in terrorism investigations, providing insight into

2    that material, and occasionally also giving testimony in both

3    U.S. and foreign courts in terrorism cases.

4    Q.    In addition to the U.S. Government, have you been

5    consulted -- have you been a consultant to other government

6    agencies?

7    A.    Yes, I have.

8    Q.    Describe that.

9    A.    Outside the United States Government, I have also been

03:02 10    hired as a consultant by the Governments of Bosnia-Herzegovina,

11    the Government of Denmark, the Government of the United

12    Kingdom, the Government of Scotland, the Government of

13    Australia.  And I've also provided services outside of that to

14    of governments including Indonesia, the Philippines, et cetera.

15    Q.    With relation to your domestic work, have you been

16    retained in relation to criminal prosecutions before?

17    A.    I have, yes.

18    Q.    In what capacity?

19    A.    I have been retained in order to provide, again, review of

03:03 20    evidence and analysis of seized evidence in terrorism cases as

21    well as to provide expert witness testimony in federal court.

22    Q.    Approximately how many times have you done that?

23    A.    I have testified, previous to this occasion, 20 times in

24    the U.S. Federal Court in criminal matters.  I've also

25    testified an additional, I believe, two times in civil court as

1  an expert.  And I've testified one additional time as a fact

2  witness in federal court.

3  Q.    When you consult -- sorry.  When you -- I guess when you

4  consult with your various employers, do they pay you?

5  A.    That's, generally speaking, how it works, yes.

6  Q.    When you testify, unlike typical what we call lay

7  witnesses, are you being paid for your testimony -- not your

8  testimony but for appearing here and providing your services

9  for today?

03:04 10  A.    Yes, I am.

11  Q.    What's the payment relationship in this case?

12  A.    I believe I'm being paid by the hour.

13  Q.    Have you testified overseas?

14  A.    I have, yes.

15  Q.    Describe what that entailed.

16  A.    I have testified in courts including the Old Bailey in

17  London; Central Scotland Criminal Court in Glasgow.  I've

18  testified in the Supreme Court of New South Wales in Sidney,

19  Australia.  I've testified twice before the Supreme Court of

03:04 20  Bosnia-Herzegovina in Sarajevo.  I've testified in behalf of

21  the Central Criminal Court in Copenhagen, Denmark, on several

22  occasions.  And I believe that's all of them.

23  Q.    How long have you been consulting with various different

24  government agencies or the different prosecutors' offices?

25  A.    Since approximately 2003, since I began work in my own

1    company.

2    Q.   Are you also affiliated with any nonprofit organizations?

3    A.   Yes, I am.

4    Q.   I think you mentioned the Nine/Eleven Finding Answers.

5    A.   That's correct.  I'm an analyst with the Nine/Eleven

6    Finding Answers Foundation.

7    Q.   Are you paid by them?

8    A.   I was paid.  I am not taking payment directly from them

9    right now, no.

03:05 10   Q.   Are you paid by NBC as well for your --

11   A.   I am, indeed, paid by NBC.  I'm paid on a yearly contract

12   by NBC.

13   Q.   What has been the nature of your previous testimony in

14   these cases that you've testified in?

15   A.   The nature of my testimony varies, but it generally

16   focuses, again, on the hierarchy, communications, history,

17   leadership, activities, recruitment patterns of international

18   terrorist organizations, with a focus on groups like al Qa'ida,

19   the Taliban, Lashkar-e-Taiba, et cetera.

03:06 20   Q.   Have you travel internationally?

21   A.   I have.

22   Q.   With respect to this area of your expertise, describe your

23   relevant travel.

24   A.   Yes.  I've been to a number of critical countries.  I've

25   been to Bosnia-Herzegovina on multiple occasions.  I've been to

1    Indonesia.  I've been to Saudi Arabia.  I've been to Qatar.

2    I've been to Jordan.  I've been throughout Europe.  I've

3    visited various different mosques.  I've been to Azerbaijan.

4    Suffice it to say, I have a fairly extensive travel history.

5    Q.   Is that professional travel?

6    A.   All of that is professional travel, yes.

7    Q.   For your speaking engagements, are you paid for your

8    speaking engagements?

9    A.   Typically.  Well, not always but typically speaking, yes.

03:06 10   I don't always charge when it comes to academic institutions.

11   Q.   Now, bringing you to this case, were you retained as an

12   expert in this case?

13   A.   I was, yes.

14   Q.   What were you provided by the government?

15   A.   The government in this case provided me with a

16   forensically preserved copy of a hard drive, and I was asked to

17   review the material on that hard drive and produce an

18   assessment of the material -- the significance of the material

19   that I found on that hard drive.

03:07 20   Q.   Now, for purposes of your testimony today, are you

21   testifying -- are you familiar with what's called an expert

22   witness?

23   A.   I am, yes.

24   Q.   Do you understand that as you -- have you testified as an

25   expert witness before?

```
 1   A.    Yes, I have.
 2   Q.    How many cases have you -- would you say you've testified
 3   in?
 4   A.    In U.S. Federal Court?
 5   Q.    Yes.
 6   A.    Twenty.
 7   Q.    Describe the methodology you use when you do your
 8   analysis.
 9   A.    I look at the material that I'm provided.  I attempt to
10   determine whether or not that material reflects other material
11   of which I have personally reviewed and have seen either on
12   Jihadi web forums or in the context of interviews that I have
13   done with Jihadi leaders, in the context of other material that
14   I'm familiar with relating to international terrorist
15   organizations.  And then I assess the significance of that
16   material, the relevance of that material, and I attempt to
17   identify what it is.
18   Q.    Are you familiar with the term "social science"?
19   A.    Yes.
20   Q.    What is that?
21   A.    Social science is the science of studying social
22   interactions between human beings.  It covers fields such as
23   history, politics, et cetera.
24   Q.    You described -- you referenced earlier the way that you
25   were taught to do research.  Can you describe how you do
```

1  research?

2  A.   Yes.  I wrote my honors thesis, in order to write my

3  honors thesis at Georgetown, I had to go through a

4  semester-long course on how to do proper research.  It was

5  taught by the late Doctor Joseph Lepgold, a senior member of

6  the Department of Government at Georgetown University.  I was

7  taught the proper methods for doing research, No. 1; in other

8  words, No. 1, to focus on open source research, understanding

9  the value of particular sources, understanding that newspaper

03:09 10  articles are not necessarily as relevant or as credible or as

11  useful as original interviews or as video recordings produced

12  by terrorist organizations; in other words, understanding how

13  to categorize various different pieces of research according to

14  their prominence and according to their significance.

15      And then I was taught the process of comparative analysis.

16  Comparative analysis is a basic social science technique.  It

17  is the essential social science technique.  It involves taking

18  various different sources of information, comparing them,

19  contrasting them, and attempting to determine what these

03:09 20  sources agree on and what they do not agree on so that a common

21  narrative can be derived from these sources.

22  Q.   So as you prepared for coming into this court, did you

23  prepare a report?

24  A.   I did, yes.

25  Q.   Did you prepare a report using that methodology that you

1   just described?

2   A.   Yes.  Every report that I write is based on the

3   comparative analysis form of social science, yes.

4   Q.   The previous reports that you've written, what do you do

5   with those?

6   A.   I submit them to the United States Government or whoever

7   is hiring me to produce them.

8   Q.   Are several of them available online?

9   A.   I believe several of them are available online.  I believe

03:10 10   several of them have either been published by the court system

11   or have been published on the website of the Nine/Eleven

12   Finding Answers Foundation.

13   Q.   In this case, were you given access to all of the evidence

14   in the case?

15   A.   I don't know.  I only know that I was provided with the

16   hard drive.  I don't know what other evidence there might be

17   that I haven't seen.  I assume there probably is, but I don't

18   really know.

19   Q.   I'm going to start asking you now about al Qa'ida.  What

03:10 20   is al Qa'ida?

21   A.   Al Qa'ida is a terrorist organization which was founded in

22   approximately September of 1988 on the Afghan-Pakistani border.

23   It was founded by an individual named Shaykh Osama bin Laden,

24   along with other supporters of his.  These individuals were

25   gathered at a particular location on the Afghan-Pakistani

border.  They had had experience fighting against the Soviet

Army and against Afghan Communist forces.  And they perceived

that the victory that they had achieved against the Soviets and

against the Afghan Communist forces was emblematic, that they

should enlarge in a larger struggle that would be more

expansive and that would take on other adversaries beyond

merely the Soviets and the Afghan Communists, namely, the

United States.

Q.    Are you familiar with the term "designated foreign

terrorist organization"?

A.    I am, yes.

Q.    What is a designated foreign terrorist organization?

A.    The United States Government retains a specific name and a

specific designation for groups that have been officially

blacklisted as foreign terrorist organizations, and they call

that a designated foreign terrorist organization.  If the State

Department deems that a particular group is a designated

foreign terrorist organization, the State Department publishes

this information and thus makes it illegal for anyone in the

United States, I believe beyond the United States, to provide

financing or any other form of material support to that

organization, including recruiting on its behalf, including

publishing its media, et cetera, et cetera.

        MR. CHAKRAVARTY:  Can we call up Exhibit 746?  It has

not been introduced, your Honor.

1           THE COURT:  It has not been?

2           MR. CHAKRAVARTY:  It has not yet.

3           THE COURT:  This is just for the witness then?

4           MR. CHAKRAVARTY:  Yes.  Thank you.

5      Q.   Do you recognize that?

6      A.   I do, yes.

7      Q.   What is that?

8      A.   This is a page from the Federal Register.  This is where

9      the U.S. Government officially publishes notifications

03:12 10   regarding things such as designations.  In this case, this is a

11     public notice issued by the Office of the Coordinator for

12     Counterterrorism at the Department of State, and the title of

13     this is, The Designation of Foreign Terrorist Organizations.

14     It is a designation of a number of organizations as FTOs, or

15     foreign terrorist groups, including -- and you can see this

16     right here in the first column -- al Qa'ida.

17          MR. CHAKRAVARTY:  Your Honor, I'd move to introduce

18     this and publish it.

19          MR. CARNEY:  No objection.

03:13 20        THE COURT:  Okay.

21     (Exhibit No. 746 received into evidence.)

22     Q.   Is this the designation of al Qa'ida as a foreign

23     terrorist organization?

24     A.   It is.  And this includes the various different aliases

25     that al Qa'ida is also known as, or a/k/a's.

```
 1   Q.   How does Jihad relate to al Qa'ida?

 2   A.   The term "Jihad," which simply means holy struggle, is

 3   interpreted by those who lead and who follow al Qa'ida

 4   exclusively in the form of a violent conflict.  Jihad does not

 5   necessarily mean that, but this is the interpretation of those

 6   within al Qa'ida, that Jihad exclusively refers to fighting a

 7   violent holy war against the enemies of Islam.  It is the

 8   operating methodology and, really, the ideology of al Qa'ida

 9   and its membership.

10   Q.   What are al Qa'ida's goals and objectives?

11   A.   Al Qa'ida has a variety of different goals and objectives

12   because it is, in fact, a product of a number of different

13   individuals from different countries.  The primary goals of

14   al Qa'ida include the eradication of so-called apostate regimes

15   in countries like Saudi Arabia, Egypt, Syria, Iraq, Jordan,

16   Yemen.

17        It includes the eradication of all U.S. influence from the

18   Middle East, including the removal of all U.S. military forces

19   from the Middle East.  It includes the radical revision of the

20   politic, the general politic, of the Middle East; the

21   establishment or the reestablishment of an Islamic empire; and

22   the establishment of Sharia, or Islamic law.

23   Q.   Describe a brief history of al Qa'ida from the time of its

24   founding to where it is today.

25   A.   Al Qa'ida's first period of existence was approximately
```

1   between 1988 and 1991.  During that time, it was primarily

2   located on the Afghan-Pakistani border, at training camps that

3   it established during the Afghan-Soviet conflict.

4        In approximately 1992, because of prevalent circumstances

5   inside of both Afghanistan and Pakistan, the Afghan Civil War

6   had fallen apart.  It was very dangerous there.  Meanwhile

7   Pakistan was not very eager to have Jihadis inhabiting its

8   soil.  These individuals had to leave.  They were forced to

9   depart.  They moved their base of operations to Khartoum,

03:15 10   Sudan.

11        While al Qa'ida maintained its headquarters in Khartoum,

12   various fighters on its behalf traveled to other conflict

13   zones, in places like Bosnia-Herzegovina, Kashmir, Tajikistan,

14   the Philippines, in order to support Muslim guerrilla forces

15   fighting in various different conflicts in these regions.

16        In approximately 1996, al Qa'ida's leadership had a very

17   serious argument with the Government of Sudan.  That argument

18   quickly broke down to the point where al Qa'ida was forced to,

19   once again, leave the Sudan and find a new home.  At that point

03:16 20   in time, al Qa'ida relocated back to Afghanistan where it had

21   managed to secure a partnership with native Afghans who were

22   willing to provide it safeguard, safekeeping, a safe place to

23   reestablish itself.  And at that point in time, al Qa'ida

24   reestablished its base of operations on the -- inside of

25   Afghanistan but near the Pakistani border, in places like

 1   Kandahar and Khost, K-h-o-s-t.

 2       Excuse me.  Sorry.  This period extended until

 3   approximately September, October of 2001.  In September,

 4   October of 2001, following the U.S. invasion of Afghanistan,

 5   al Qa'ida was once again forced to abandon its training camps

 6   and its bases of operation, and it fled; the membership fled.

 7       Al Qa'ida currently maintains a presence continuing along

 8   the Afghan-Pakistani border but in a variety of other countries

 9   as well.  Al Qa'ida has active affiliate groups, subunits of al

03:17 10   Qa'ida, active in countries such as Iraq, Yemen, Saudi Arabia,

11   Algeria, Mauritania, et cetera.

12   Q.   Each of those affiliates, they have "al Qa'ida" as the

13   first part of their name?

14   A.   Most of them do, yeah.  Most of them do.  Some of them

15   initially began with another name, but eventually they swore an

16   official oath of allegiance to Osama bin Laden.  It should be

17   said as well that most of the people that run these affiliate

18   groups are themselves veterans of the Afghan conflict.  They

19   once fought alongside Osama bin Laden, and they simply moved on

03:18 20   back to their own home country with the idea of bringing his

21   ideas -- bringing bin Laden's ideas and making them forefront

22   in various different particular regions like Yemen, North

23   Africa, et cetera.

24   Q.   Are those affiliates -- have they also been designated as

25   foreign terrorist organizations?

A.    I believe every single affiliate of al Qa'ida, whether or

not it has "al Qa'ida" in the name, has been designated by the

United States Government as an FTO, a foreign terrorist

organization.

Q.    Can you describe al Qa'ida's relationship with the United

States?

A.    Al Qa'ida has, from its inception, considered the United

States to be its primary adversary.  Al Qa'ida's philosophy

from the beginning was that the Afghan war during the 1980s

proved that there are no more super powers.  There are no more

minipowers.  The only power is the power of willpower, of

religious belief.

        Al Qa'ida believes that its primary mission is to fight

against the United States and its allies, to undermine U.S.

influence, to undermine the U.S. economy, and to do its utmost

in terms of destroying the United States Government.

Q.    Have there been attacks on U.S. interests by al Qa'ida?

A.    Yes.

Q.    Can you describe, first pre-9/11?

A.    Al Qa'ida was responsible for a number of different

terrorist attacks, the most important of which were the August

1998 suicide bombings of two U.S. embassies in East Africa:  in

Nairobi, Kenya; and Dar es Salaam, Tanzania.  These attacks

were responsible for the killing of, I believe, 17 Americans;

however, the attacks also killed several hundred Africans.

1        Subsequent to that, in October of 2000, al Qa'ida used a

2   suicide boat bomb attack against a U.S. Naval vessel, the USS

3   Cole, off the coast of Aden, Yemen.  That attack also killed

4   approximately a dozen American and caused severe damage to a

5   U.S. Naval vessel.

6   Q.   After 9/11 -- which I think every knows what happened

7   then.

8   A.   Right.

9   Q.   After 9/11, have there been continued combat between

03:20 10  al Qa'ida and the United States?

11  A.   Yes.  Following 9/11, al Qa'ida continued to launch

12  terrorist attacks against the United States and against U.S.

13  interests and U.S. allies.  Attacks that have followed 9/11,

14  that have been the work of al Qa'ida, include, but are not

15  limited to, the October 2002 bombing of a French supertanker

16  off the coast of Limburg, an oil tanker; the July 7, 2005,

17  suicide bombing attacks in London, et cetera.

18  Q.   Describe the leadership of al Qa'ida and how that's

19  evolved since it was founded.

03:21 20  A.   Al Qa'ida was founded in 1988 by Osama bin Laden, but bin

21  Laden was joined in this mission by a number of other

22  individuals.  His most important deputy from the very beginning

23  was Egyptian national, a former pediatrician, by the name of

24  Doctor Ayman al-Zawahiri, Z-a-w-a-h-i-r-i.  Doctor al-Zawahiri

25  served as bin Laden's personal physician as well as al Qa'ida's

1    No. 2.

2         Surrounding that, there was a coterie of other individuals

3    who formed al Qa'ida's "Shura" council.  That's S-h-u-r-a.  The

4    Shura council is kind of like a cabinet for

5    al Qa'ida.  It's a leadership cabinet.  It includes people such

6    as the individuals in charge of al Qa'ida's military wing,

7    al Qa'ida's media wing, al Qa'ida's financing.  These

8    individuals include people such as Abu Hafs al-Masri, A-b-u,

9    H-a-f-s, a-l, M-a-s-r-i, who was once the leader of al Qa'ida's

03:22 10    military wing.  It also includes other individuals such as Abu

11    Yahya al-Libi.  There's a whole long list.

12    Q.   I don't need all of them.

13    A.   Okay.

14         MR. CHAKRAVARTY:  Call up 157.  This is in evidence.

15    Q.   Who's that?

16    A.   This is al Qa'ida's deputy commander, now the new leader

17    of al Qa'ida, Doctor Ayman al-Zawahiri, of Egypt.  This is a

18    still image from a video recording released by al Qa'ida of

19    Doctor al-Zawahiri and released on the internet by an

03:22 20    organization that tracks such videos.

21    Q.   Have the leaders of al Qa'ida issued statements about the

22    United States in particular?

23    A.   Al Qa'ida frequently issues both text statements, video,

24    and audio recorded statements about a number of topics but most

25    centrally the United States, yes.

1   Q.   Can you recount some of the significant statements along

2   those lines?

3   A.   Yes.  Perhaps the first known public statement from Osama

4   bin Laden was the August 1996 declaration of war.  Osama bin

5   Laden issued a statement in which he declared war against the

6   United States military and called for a tax on United States

7   interests in Saudi Arabia and other Middle Eastern countries.

8        This was followed up in February of 1998 with what is

9   known as the Fatwa Against the International Coalition of Jews

03:23 10   and Crusaders.  During this Fatwa, bin Laden was joined with

11   Doctor Ayman al-Zawahiri and the leaders of other different

12   Jihadi movements in expanding the declaration of war and

13   indicating that the declaration of war no longer merely applied

14   to U.S. soldiers but that, in fact, now al Qa'ida was declaring

15   war against United States civilians as well, including within

16   U.S. borders, the idea that this was all fair game now.  Both

17   soldiers and civilians were fair game because, in the view of

18   al Qa'ida, U.S. citizens pay taxes, which supports the

19   military, which supports the government, meaning that they are

03:24 20   legitimate targets.

21   Q.   Why the animosity against the United States?

22   A.   The United States -- the United States is a target for

23   al Qa'ida because al Qa'ida believes that the current

24   Westphalian state system and the contemporary political system

25   in the Middle East is the result of U.S. foreign policy.  It

1    believes that if the United States was eradicated or U.S.

2    influence in the Middle East was eradicated this would give

3    rise to a new Islamic system that would emerge in the Muslim

4    world and the rise of Sharia law, of Islamic law.

5    Q.   Around the time of the founding of al Qa'ida, was there a

6    U.S. presence in the Middle East?

7    A.   There was, yes.

8    Q.   I guess specifically a U.S. military presence?

9    A.   Yes, there was.

03:25 10   Q.   Can you describe what that was?

11   A.   There were several thousand U.S. troops that had been

12   based in Saudi Arabia and other countries in the Arabian Gulf

13   region since approximately August of 1990.  Following the

14   invasion of Kuwait by the then government of Iraq, led by

15   Saddam Hussein, the United States military has maintained

16   several thousand troops -- at one time, upwards of 120,000 --

17   in Saudi Arabia and in other nearby countries.

18        And al Qa'ida has interpreted this as a violation of

19   Islamic law because they point to a Hadith, something part of

03:25 20   the Sunaa, part of the belief of Islam, that nonbelievers, that

21   nonMuslums, should not be allowed in the Arabian Peninsula, the

22   Land of the Holy Places, Bilad al-Haramain, B-i-l-a-d, a-l,

23   H-a-r-a-m-a-i-n.

24   Q.   Was the United States actually invited into the Arabian

25   Peninsula?

1   A.   Yes.  The United States was invited to the Arabian

2   Peninsula by King Fahd, the leader of the Kingdom of Saudi

3   Arabia, or then leader of the Kingdom of Saudi Arabia, as well

4   as the leaders of other regional states such as Kuwait, Qatar,

5   et cetera.

6   Q.   Can you describe a little bit about the personal history

7   of Osama bin Laden?

8   A.   Yes.  Osama bin Laden is the son of a wealthy construction

9   magnate, a Saudi.  Bin Laden grew up in the Kingdom of Saudi

03:26  10   Arabia, primarily in the city of Jeddah.  In his early 20s, bin

11   Laden became obsessed with the conflict taking place in

12   Afghanistan.  He first journeyed there because he heard there

13   were beautiful horses in Afghanistan.  When he arrived there,

14   he became very, very interested in the conflict there.  He

15   became one of the primary sponsors, financial sponsors, of the

16   Arab-Afghan movement, of foreign Jihadists who were arriving in

17   Pakistan and Afghanistan seeking to fight against the Soviet

18   and Afghan Communist armies.

19       He eventually decided that it was not enough merely to

03:27  20   fight against the Soviets, but it was necessary to expand this

21   confrontation.  So he decided to form his own organization,

22   which he called al Qa'ida, which means the solid foundation, or

23   the solid base, with the idea that al Qa'ida would be the base

24   from which a new Islamic society would emerge, would come

25   forth, that would be governed strictly by Sharia law, as

1    interpreted by fairly conservative clerics.

2    Q.    Does Osama bin Laden have any connection to Yemen?

3    A.    He does, yes.  Bin Laden's family ancestrally traces its

4    roots back to the Hadramawt region in Yemen.  Hadramawt is

5    H-a-d-r-a-m-a-w-t.  It's a tribal region of Yemen.  Even though

6    bin Laden has never actually lived in this region, he sees

7    himself as a son of the Hadramawt, as a son of the Yemeni

8    tribes there.  He has a tremendous respect for Yemenis and

9    Yemeni Jihadists in particular.  In fact, many, if not most, of

03:28 10   his personal bodyguards have, in fact, been Yemenis for that

11   very reason.

12   Q.    Has he actually applied an appellation to his name with

13   regards to his affiliation with Hadramawt?

14   A.    I think he calls himself al-Hadrami.  I should say he

15   called himself al-Hadrami.

16   Q.    Of course, he died earlier this year.

17   A.    That's correct, yes.

18   Q.    Did al Qa'ida pick up the banner of those speeches that

19   bin Laden and Zawahiri gave to declare war on the United

03:28 20   States?

21   A.    Yes.  Al Qa'ida's membership for the most part was very

22   supportive of bin Laden's message, was very receptive to bin

23   Laden's message and followed up on his Fatwas and his orders

24   and his exaltations to carry out attacks on the United States

25   and its allies.

1    Q.    Is there a particular ideological underpinning to al

2    Qa'ida?

3    A.    Al Qa'ida is a Jihadi organization.  So Jihad is its

4    central philosophy.  However, the people that constitute

5    al Qa'ida generally come, No. 1, from the Sunni school of

6    Islam.  Islam is divided into the majority and the minority

7    sect:  the Sunni and the Shiite sect.  These two sects don't

8    get along with each other, generally speaking.  Al Qa'ida is

9    drawn from the Sunni sect of Islam.  But even from within that

03:29  10   sect, there's a variety of different schools.

11         Al Qa'ida follows a school which is best described as

12    Salafi-Jihadi.  It is a Puritanical belief that Islam should be

13    returned back to conditions that it was first laid out in when

14    the Prophet Muhammad first came about in the Arabian Peninsula;

15    in other words, the conditions both cultural, religious,

16    political should revert back to those very same conditions with

17    Jihad as a central, guiding, philosophical concept, the idea,

18    the necessity, of both having these religious beliefs and

19    waging violent conflict in order to make sure these religious

03:30  20   beliefs are expanded and the rule of Sharia law is expanded.

21    Q.    Do al Qa'ida leaders cite to religious texts?

22    A.    Very frequently, yes.

23    Q.    What's the value of citing to religious texts?

24    A.    Al Qa'ida is seeking to recruit individuals who are

25    religious.  Al Qa'ida is seeking to recruit individuals who

1    believe in Islam, who are faithful Muslims, who are faithful

2    Sunni, Muslims from, generally speaking, the Salafi-Jihadi

3    school.  In order to recruit such individuals, you have to have

4    an Islamic ideology.  You have to have an Islamic philosophy,

5    or at least the appearance of one.  And that is exactly what al

6    Qa'ida has done.

7    Q.    Where along the ideological -- or Jihadi ideological

8    spectrum does al Qa'ida fall?

9    A.    Al Qa'ida is a fairly extreme group.  It is very far out

03:31 10    on the end even on Salafi-Jihadi beliefs.  However, there are

11    even individuals who are more radical than al Qa'ida.  These

12    individuals are described as Takfiris, or the Khawarij.  This

13    traces its routes back to the history of Islam when there were

14    a group of individuals who rebelled against the Army of

15    Mohammed, and they were called the Khawarjites.  And these

16    people were considered to be deviants, and as a result now,

17    anyone who was more radical than al Qa'ida, who was more

18    radical than that, they're referred to as the Khawarij, or as

19    Takfiris.  Takfir means to excommunicate.

03:31 20        In Islam, even among radicals, it's a very controversial

21    concept, the idea of excommunicating other Muslims or declaring

22    other Muslims to be apostates.  When you have individuals that

23    are even more radical than al Qa'ida, typically speaking, these

24    are the individuals who are willing to excommunicate other

25    Muslims, which is, again, something that's generally not

1    accepted, even by al Qa'ida.

2    Q.   Describe how the structure of al Qa'ida has evolved over

3    the last ten years.

4    A.   Al Qa'ida initially began as a fairly centralized

5    organization when it was first established.  Again, it had a

6    very firm base of operations, first in Afghanistan, then in

7    Sudan, then back in Afghanistan again.  There were very

8    specific training camps, fixed training camps, fixed bases,

9    fixed headquarters.

03:32 10       In the months and years since the September 11th terrorist

11   attacks on the United States, al Qa'ida has become increasingly

12   decentralized.  The reason for this is that fixed training

13   camps had been bombed.  Fixed headquarters or fixed guest

14   houses can be raided.  This is just presenting a target for al

15   Qa'ida's enemies.

16       Al Qa'ida's leadership has devolved its roles more and

17   more to individuals within the hierarchy.  In other words,

18   whereas Osama bin Laden was once responsible for personally

19   issuing orders to carry out every single terrorist attack,

03:33 20   nowadays these responsibilities are increasingly being farmed

21   out to other individuals within the network, the idea being

22   that the more decentralized it is, the more spread out it is,

23   the more difficult it is for al Qa'ida's enemies to fight it.

24   Q.   How has this affected al Qa'ida's relationship with other

25   terrorist groups?

1   A.   It has led al Qa'ida to form partnerships with a number of

2   other terrorist organizations.   It has led al Qa'ida to enter

3   into formal partnerships with other terrorist organizations.

4   These organizations have sometimes started on their own but

5   then have sworn a Baiyat, sworn an oath of allegiance to bin

6   Laden, and have officially been taken in as part of the

7   organization.

8        These organizations maintain regular contact with bin

9   Laden and other al Qa'ida leaders.   They share resources.   They

03:34 10   share recruits.   They share training camps.   However, they do

11   retain a degree of autonomy in the sense that these al Qa'ida

12   affiliates occasionally launch attacks, occasionally engage in

13   other activities whether or not they were specifically ordered

14   to do so by Osama bin Laden or Doctor Ayman al-Zawahiri.

15   Q.   Can you describe some of the al Qa'ida affiliates in this

16   case?   Let's start with in Iraq.

17   A.   Yes.   Following the U.S. invasion of Iraq in 2003, an

18   individual traveled to Iraq by the name of Abu Musab Zarqawi,

19   A-b-u, M-u-s-a-b, Z-a-r-q-a-w-i.   Abu Musab is a native of

03:34 20   Zarqa, which is a town in Jordan.   That's where the name

21   al-Zarqawi comes from.   He traveled to Iraq with the idea of

22   waging violent conflict, or violent Jihad, against the United

23   States and against U.S. military forces there.

24        Initially, his movement was known as the Tawheed Wal-Jihad

25   movement, T-a-w-h-e-e-d, W-a-l, J-i-h-a-d.   However, this

1   movement increasingly came to the attention of al Qa'ida.

2   Zarqawi himself was a veteran of Afghanistan, had fought

3   alongside bin Laden previously.

4        Following several notable attacks, which gained intense

5   media attention, including an attack on the United Nations

6   compound in Baghdad, the capital of Iraq, al Qa'ida entered

7   into formal negotiations with Zarqawi and eventually agreed to

8   make Zarqawi's organization an official al Qa'ida affiliate.

9        In October of 2004, Zarqawi announced that his movement,

03:35 10   the Tawheed Wal-Jihad movement, would henceforth be referred to

11   as al Qa'ida in the Land of the Two Rivers,

12   al Qa'ida in Mesopotamia, Tanzim Qa'idat al-Jihad fi Bilad

13   al-Rafidayn.

14   Q.   Are you familiar with al Qa'ida in Islamic Magrib?

15   A.   Yes.

16   Q.   What is that?

17   A.   Similarly to what happened in Iraq, in Algeria, you have a

18   group of individuals, some of whom are Afghan veterans.  Others

19   are just Jihadists who formed a group that was then known as

03:36 20   the Salafi Group For Prayer and Combat.  This group

21   increasingly came to the attention of al Qa'ida's leaders as a

22   potential partner, a regional partner, in North Africa.

23        Very similar to what happened in Iraq, in approximately

24   2007, the Salafi Group For Prayer and Combat and its leadership

25   entered into negotiations with al Qa'ida, with bin Laden and

1    his allies.  As a result, the GSPC, the Salafi Group For Prayer

2    and Combat, eventually became officially known as al Qa'ida in

3    the Islamic Magrib.  By "Islamic Magrib," they're referring to

4    the region of North Africa, Northwest Africa, roughly

5    comprising Algeria, Tunisia, Libya, Mauritania, and Morocco.

6    Q.    Are you familiar with al Qa'ida in the Arabian Peninsula?

7    A.    Yes.

8    Q.    Describe that.

9    A.    Al Qa'ida in the Arabian Peninsula way formed in late

03:37 10    2008, early 2009.  Al Qa'ida in the Arabian Peninsula is

11    another official al Qa'ida affiliate group.  The leaders of

12    al Qa'ida in Arabian Peninsula are veterans of the battlefield

13    in Afghanistan.  Several of them are veterans with the battle

14    of Tora Bora, in which al Qa'ida forces fought against United

15    States forces in Afghanistan.  Some of them are Guantanamo Bay

16    -- former Guantanamo Bay detainees.  One of them is the former

17    personal secretary of Osama bin Laden.

18         These individuals previously had formed a network that was

19    roughly known as al Qa'ida's network in Yemen.  However, they

03:38 20    officially then signed on with al Qa'ida, formed an alliance

21    between Saudi and Yemeni al Qa'ida branches.  And so this new

22    branch emerged calling itself al Qa'ida in the Arabian

23    Peninsula.  AQAP is the common acronym it's known by.

24    Q.    Before they consolidated, were there separate al Qa'ida

25    presence in the peninsula?

1    A.    Yes.   The Arabian Peninsula refers to the entire

2    peninsula, including both Yemen, Saudi Arabia, and other

3    states.   Previous to the existence of AQAP, there were

4    al Qa'ida franchises, separate al Qa'ida franchises, in Saudi

5    Arabia and in Yemen.   In fact, the Saudi al Qa'ida franchise,

6    al Qa'ida in the Arabian Peninsula, al Qa'ida in Bilad

7    al-Haramain, was first formed in 2003.

8        It was actually al Qa'ida's first official affiliate

9    group, regional affiliate group.   It was founded by an

03:39 10    individual named Yusuf al-Uyayri, U-y-a-y-r-i.   Mr. al-Uyayri

11    was a former bodyguard for Osama bin Laden.   He had been

12    imprisoned in Saudi Arabia as early as 1995.   Following the

13    September 11, 2001, terrorist attacks on the United States, Mr.

14    al-Uyayri was responsible for creating a new al Qa'ida network

15    inside of Saudi Arabia.   He is also largely credited by al

16    Qa'ida as being the first person to officially put al Qa'ida on

17    the web, on the internet.

18    Q.    In fact, earlier today, in some of these chats that you

19    had the privilege, I say loosely, of seeing, did you see his

03:39 20    name in some of those chats?

21    A.    I did.   His name is spelled in a number of different ways

22    because it's an awkward name, Arabic to English.   Sometimes

23    it's spelled U-y-a-y-r-i.   Sometimes is O-y-a-y-r-i.   Sometimes

24    it's A-y-y-i-r-i.   But there's no doubt there's only one Yusuf

25    al-Uyayri.

1   Q.   Are you familiar with the term "al Qa'ida adherent"?

2   A.   Yes.

3   Q.   What is that?

4   A.   An al Qa'ida adherent would be somebody who has not

5   necessarily sworn an official oath of allegiance to al Qa'ida.

6   It's someone who may not have officially met with someone from

7   al Qa'ida, at least in a physical sense.  But it is someone who

8   supports al Qa'ida's beliefs, who supports its methodology, and

9   frequently someone who seeks to participate in its activities

03:40 10   either directly or, more frequently, indirectly.

11   Q.   How do all of these entities coordinate:  The al Qa'ida --

12   A.   I'm sorry?

13   Q.   How do these entities coordinate:  The al Qa'ida core, the

14   affiliates, and the adherents?

15   A.   In the very beginning, al Qa'ida coordinated itself much

16   like any other organization.  The leaders of al Qa'ida

17   communicated by satellite telephone, by human couriers,

18   physical meetings.  However, increasingly after the September

19   11th terrorist attacks, it became very, very difficult for

03:41 20   these individuals to do so, namely because anyone using a

21   telephone became a target.  Anyone entering into a physical

22   relationship became a target.  It was just very easy to pursue

23   individuals who engaged in this activity.  As early as 1998,

24   the United States Government was secretly tapping Osama bin

25   Laden's satellite telephone.

```
 1        As a result, these organizations and these leaders have
 2   turned to a new medium in order to communicate with each other
 3   and also to reach out to their supporters, their donors, and
 4   others.  And that is -- the new medium is the internet, is the
 5   World Wide Web.
 6   Q.   How do each of these entities perceive each other?  What's
 7   their relationship?
 8   A.   They consider themselves to be part of a global Jihadi
 9   movement.  Whereas each of these franchises may have an
10   individual cause, an individual particular priority in whatever
11   country that they're in, they perceive that they're all working
12   together towards a common goal.  This extends to the fact that
13   even now al Qa'ida in the Arabian Peninsula, al Qa'ida in Iraq,
14   and other Jihadi movements all use the same flag.  They all use
15   the same banner.  It's the specific al Qa'ida banner.
16        The reason that they do this is to show the fact that we
17   may have our individual differences, but in the end, we
18   cooperate on what matters most.  And they have formed almost
19   like a NATO of Jihad.
20   Q.   How are they perceived organizationally by supporters?
21   A.   By supporters, they're perceived as "one is just as good
22   as the other."  Anyone who is officially on the path of al
23   Qa'ida, it doesn't matter whether you're talking about Somalia,
24   Iraq, Afghanistan.  The idea is that these organizations are
25   all working towards the same goal.  So if you're going to
```

```
 1    provide support, whether it's money or other material support,

 2    it doesn't matter because, in the end, it's all going towards

 3    the same cause.

 4    Q.    Has al Qa'ida issued calls for support?

 5    A.    Very frequently, yes.

 6    Q.    Who has issued those calls?

 7    A.    Those calls have come from every single al Qa'ida leader,

 8    including Osama bin Laden; Doctor Ayman al-Zawahiri; al

 9    Qa'ida's former No. 3, Mustafa Abu al-Yazid, A-b-u, a-l,

03:43 10   Y-a-z-i-d; Abu Yahya al-Libi.  Every single person who speaks

11    on behalf of al Qa'ida has at one point or another called for

12    some kind of material support, anything from prayers to money,

13    to weapons, to recruits, most importantly, recruits.

14    Q.    How has al Qa'ida --

15          MR. CARNEY:  May we approach, please?  I object.

16          THE COURT:  All right.

17    (SIDEBAR CONFERENCE AS FOLLOWS:

18          THE COURT:  I think I know what but go ahead.

19          MR. CARNEY:  I brought this issue to the attention of

03:44 20   the Court earlier regarding the use of the phrase "material

21    support."  For example, the jurors are aware that the defendant

22    is charged with providing material support.  This witness just

23    defined "prayers" as being material support.

24          Perhaps not today but on Monday morning, I'd like to

25    give your Honor a suggested limiting instruction or an
```

1    instruction on what the definition is of "material support,"

2    that it is a term of art used in the statute and that only you

3    will define what material --

4              THE COURT:  I'm happy to tell them that now.

5              MR. CARNEY:  All right.  So that -- and I'd also be

6    grateful if there's a way that this witness would not use the

7    phrase "material support."

8              MR. CHAKRAVARTY:  I'm happy to admonish him to do

9    that.

03:45 10          MR. CARNEY:  So casually --

11             THE COURT:  I think he'll get it from what I say.

12             MR. CARNEY:  -- so as to include prayers, which just

13   happened.

14             THE COURT:  I'm not going to define it myself now.

15   I'm just going to say it is a matter to be defined in statutory

16   terms and the -- and the use of it by the witness should not be

17   taken as the legal definition that I will have to provide.

18             MR. CARNEY:  Would it also be possible for your Honor

19   to indicate that it even would be a good idea if the witness

03:45 20   did not use the phrase "material support" since that's just

21   going to lead to jury confusion?

22             MR. CHAKRAVARTY:  I don't mind him admonishing or if

23   your Honor wants to do.

24             THE COURT:  I can ask him now.

25   .   .   .   END OF SIDEBAR CONFERENCE.)

1         THE COURT:  Jurors, the witness just used -- in

2    answering that question, used the term "material support."  One

3    of the -- some of the charges in the case involve a statutory

4    based -- statute-based accusation of providing material

5    support.

6         For purposes of the legal issues of the case, that is

7    a matter I will define for you at the appropriate time.  A

8    casual use of it by the witness should not be taken by you as

9    any indication of the legal meaning or the standard that you'll

03:46 10   have to apply in using it.  I don't think it was intended that

11   way, but it would be wise, Mr. Kohlmann, if you'd avoid the use

12   of the statutory term because of the potential for confusion.

13        THE WITNESS:  Not a problem, your Honor.

14        MR. CARNEY:  Thank you.

15   Q.   What types of support, without characterizing it, has

16   al Qa'ida solicited?

17   A.   Al Qa'ida has solicited a number of different forms of

18   support.  It has put out calls for financing, money, cash,

19   weapons, and, most importantly, recruits, the necessity for

03:47 20   men, for individuals, to travel to foreign conflict zones to

21   join

22   al Qa'ida or its affiliates and participate in violent combat

23   as well as a variety of other means, including everything from

24   -- again, from prayer to producing videos, to helping put out

25   al Qa'ida's message.

Q.   How has al Qa'ida issued these calls?

A.   These calls have been contained in official video

recordings and audio recordings of Osama bin Laden, Doctor

Ayman al-Zawahiri, the other leaders of al Qa'ida.  They have

been contained in al Qa'ida magazines, such as Sawt al-Jihad,

the voice of Jihad, magazine.  Virtually every single al Qa'ida

document somewhere talks about the necessity of providing

support, of supporters giving support back to al Qa'ida in some

form or another.

Q.   Has al Qa'ida specifically targeted Western Muslim young

men?

A.   It has, yes.

Q.   How so?

A.   It has specifically used as spokesmen individuals who

speak English as opposed to Arabic.  It has specifically issued

calls directed to Muslim men, young men, living in Western

countries, particularly in the United States.  It has called

for these individuals to engage in various forms of action in

support of al Qa'ida, everything from carrying out violent

attacks inside U.S. borders to translating material into

English.

Q.   Describe how al Qa'ida has been led with regards to these

types of activities?  How have they been coordinated?

A.   They've been largely coordinated over the internet.

Al Qa'ida initially put out many of these calls through

1    satellite television, one particular channel, Al Jazeera.

2    However, Al Jazeera has nothing to do with al Qa'ida.  It's

3    just a TV station.  So when Al Jazeera would put out these

4    videos, they would put out excerpts, very short excepts, 30

5    seconds of a video that might be an hour long.

6         Al Qa'ida began to complain that its message was being

7    lost, that these sound bites that were being shown on satellite

8    TV were not communicating the full message.  So al Qa'ida

9    doesn't own its own TV station.  It doesn't really control a

03:49 10   radio station.  So the only frontier, the only means through

11   which it could get out its raw, unadulterated message, was

12   through the internet.

13   Q.   Does al Qa'ida have a media wing?

14   A.   It does, yes.

15   Q.   What is it?

16   A.   There are actually more than one media wing.  Al Qa'ida's

17   central leadership on the Afghan-Pakistani border has its own

18   media wing.  That's al Qa'ida's central media wing.  It's known

19   as as-Sahab, a-s, S-a-h-a-b, which, in Arabic, means "the

03:49 20   clouds."  As-Sahab is responsible for producing every single

21   video recording, audio recording, of Osama bin Laden, of Doctor

22   Ayman Zawahiri, of other individuals from within al Qa'ida

23   central leadership that has ever been released either on the

24   internet or on satellite TV.  They are responsible for all of

25   that -- producing all of that material.

```
 1    Q.   You mentioned there were other media wings.  Affiliates, I
 2    presume?
 3    A.   Yes.  Each al Qa'ida affiliate has their own media wing,
 4    responsible for producing their own propaganda material.
 5    Al Qa'ida in Iraq, the name of their media wing is now known as
 6    the al-Furqan media wing.  In Yemen, al Qa'ida in the Arabian
 7    Peninsula, their media wing is known as al-Malahem,
 8    M-a-l-a-h-e-m.  The idea being that each of these groups can
 9    create their own media.
10         But it should be understood though that they borrow from
11    each other.  Videos put out by AQAP's media wing in Yemen
12    frequently contain excerpts of material that they've grabbed
13    from videos produced by as-Sahab, showing bin Laden or
14    Zawahiri.  They borrow from each other's media, and they
15    respond to each other's media.
16    Q.   How does al Qa'ida's command and control operate versus a
17    typical organizational structure like a military or a company?
18    A.   Again, it used to be much more centralized.  Before the
19    September 11th terrorist attacks on the United States,
20    al Qa'ida's leadership, its organizational processes, they were
21    much more centralized.  When al Qa'ida decided to carry out the
22    attack in 1998 against two U.S. embassies in East Africa, it
23    was actually Osama bin Laden who personally issued the order
24    for the operation over a satellite telephone.
25         However, as time has gone on, this idea of having a very
```

1    centralized command and control process, the decision-making

2    process, that just doesn't work functionally, not in an era

3    where satellite telephone conversations are being targeted or

4    being recorded, et cetera.

5        So nowadays, there are decisions that are made by

6    al Qa'ida affiliates.  They make those decisions in line with

7    what they understand bin Laden or Zawahiri to be ordering them

8    to do.  Occasionally they do receive direct orders.  But it is

9    much more of a decentralized -- not autonomous but more

03:52 10   autonomous process.

11   Q.   Are there redundancies in the current operating model?

12   A.   Definitely, definitely.  I mean, there are individuals

13   responsible for coming up with terrorist attacks in Yemen.

14   There are individuals responsible for coming up with terrorist

15   attacks on the Afghan-Pakistani border.  There are individuals

16   spread out all over the place.  And al Qa'ida has increasingly

17   embraced the idea that it doesn't really matter what country

18   you're in as long as you have the capability of providing a

19   significant support or a significant value to the organization.

03:52 20        MR. CHAKRAVARTY:  Your Honor, I'm going to go into

21   media.  So I think it's a good time to break.

22        THE COURT:  We've reached 1:00.  All right, jurors.

23   We'll recess for the weekend.  Enjoy the weekend.  We'll see

24   you on Monday morning and continue with the evidence.

25   (Whereupon, at 1:02 p.m. the trial recessed.)

1                    C E R T I F I C A T E

2

3          We, Marcia G. Patrisso, RMR, CRR, and Cheryl

4   Dahlstrom, RMR, CRR, Official Reporters of the United States

5   District Court, do hereby certify that the foregoing transcript

6   constitutes, to the best of our skill and ability, a true and

7   accurate transcription of our stenotype notes taken in the

8   matter of Criminal Action No. 09-10017-GAO-1, United States of

9   America v. Tarek Mehanna.

10

11  /s/ Marcia G. Patrisso
    MARCIA G. PATRISSO, RMR, CRR
12  Official Court Reporter

13  /s/ Cheryl Dahlstrom
    CHERYL DAHLSTROM, RMR, CRR
14  Official Court Reporter

15

16  Date:  December 2, 2011

17

18

19

20

21

22

23

24

25