UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                              )
UNITED STATES OF AMERICA,     )
                              )
         Plaintiff,           )
                              ) Criminal Action
v.                            ) No. 09-10017-GAO
                              )
TAREK MEHANNA,                )
                              )
         Defendant.           )
                              )
```

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

DAY TWENTY-SEVEN
JURY TRIAL

John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Monday, December 5, 2011
9:11 a.m.

Marcia G. Patrisso, RMR, CRR
Cheryl Dahlstrom, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: Aloke Chakravarty and Jeffrey Auerhahn,
 3        Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Jeffrey D. Groharing, Trial Attorney
          National Security Division
 7        950 Pennsylvania Avenue, NW
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        CARNEY & BASSIL
          By: J.W. Carney, Jr., Esq.
10        Janice Bassil, Esq.
          John E. Oh, Esq.
11        20 Park Plaza
          Suite 1405
12        Boston, Massachusetts  02216
          - and -
13        LAW OFFICE OF SEJAL H. PATEL, LLC
          By: Sejal H. Patel, Esq.
14        101 Tremont Street
          Suite 800
15        Boston, Massachusetts  02108
          On Behalf of the Defendant

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                   DIRECT   CROSS   REDIRECT   RECROSS
   WITNESSES FOR THE
3     GOVERNMENT:

4  EVAN F. KOHLMANN (Cont'd)

5     by Mr. Chakravarty        4
      by Mr. Carney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (The following proceedings were held in open court

 2    before the Honorable George A. O'Toole, Jr., United States

 3    District Judge, United States District Court, District of

 4    Massachusetts, at the John J. Moakley United States Courthouse,

 5    One Courthouse Way, Boston, Massachusetts, on December 5, 2011.

 6              The defendant, Tarek Mehanna, is present with counsel.

 7    Assistant U.S. Attorneys Aloke Chakravarty and Jeffrey Auerhahn

 8    are present, along with Jeffrey D. Groharing, Trial Attorney,

 9    U.S. Department of Justice, National Security Division.)
```
00:07
```
10              THE COURT:  Good morning, jurors.

11    Q.   Good morning, Mr. Kohlmann.

12    A.   Good morning.

13    Q.   When we left on Friday, we were talking about al Qa'ida

14    and how it operates.  Does the -- do media activities play a

15    role in al Qa'ida?

16    A.   Yes.  Al Qa'ida relies on media activities in order to get

17    its message out both to its adversaries, to supporters, and to

18    potential recruits.

19    Q.   How does it coordinate its media activity?
```
00:14
```
20    A.   Its media activities are coordinated in a number of

21    different ways.  First of all, I believe I explained this on

22    Friday, is that each al Qa'ida faction, each al Qa'ida

23    affiliate or regional faction, has its own media wing.  These

24    media wings are responsible for producing video recordings,

25    magazines, communiques and other material that is then
```

1    disseminated out via the internet.  There's actually a

2    coordinated process through which this occurs.

3         There are particular social networking sites on the

4    internet which are responsible for distributing this material.

5    Couriers from each individual al Qa'ida faction, each

6    individual media wing, come on to these social network forums,

7    and they post this material in a password-protected area, an

8    area in which only official couriers on behalf of al Qa'ida can

9    post material.

00:15 10       So, in other words, there are social networking sites

11   where you can go and you can actually get a chronological

12   breakdown of every single release, whether it's a communique, a

13   magazine, a video, on behalf of any al Qa'ida faction, on

14   behalf of any affiliate, that considers itself part of this

15   global Jihadi movement.

16   Q.   Has that process changed since al Qa'ida formed?

17   A.   Yes.  I mean, the process began in approximately 2003, but

18   it has evolved over time.  In the beginning, it was more

19   informal.  There were fewer social networking forums.  Now it's

00:16 20  a very formalized process.  There's actually a team of couriers

21   whose job it is specifically to organize this, to coordinate

22   this, to make sure these materials are posted properly.

23        MR. CARNEY:  I object, your Honor.  May we approach,

24   please?

25        THE COURT:  All right.

```
 1   (SIDEBAR CONFERENCE AS FOLLOWS:

 2           THE COURT:  Good morning.  How are you feeling?

 3           MR. CARNEY:  Much, much better.  Thank you for your

 4   courtesy last week, all of you, when I was really under the

 5   weather and heavily medicated, actually.  And I am very

 6   grateful.

 7           Your Honor, I wish to raise an objection that I raised

 8   last week, which is, in the context of this case, the word "in

 9   coordination" is a term of art.  And just as the phrase

10   "material support" should not be used casually, I submit that

11   the phrase "in coordination" should not be used casually as

12   well.

13           MR. CHAKRAVARTY:  "In coordination" has a much more

14   prevalent kind of lay meaning, and that literally is the

15   process that -- it's the word that characterizes the process.

16   We don't object to an instruction like you did with "material

17   support" and clarify it's up to them to determine whether

18   activities were coordinated for the purpose of the meaning

19   within the statute.

20           MR. CARNEY:  That would be satisfactory to me.

21           THE COURT:  I don't know how you could convey a

22   concept of coordination --

23           MS. BASSIL:  I have one.

24           THE COURT:  -- if you didn't use the word.

25           MS. BASSIL:  Well, he could say things like the
```

1    couriers "work together with," or the "websites work together

2    with," and that would take the place of "coordination."  That

3    was my thought.

4         MR. CARNEY:  I would be satisfied, your Honor, if you

5    just gave an instruction to the jury reminding them that you

6    are the source of the law and that certain colloquialisms may,

7    in fact, have a specific legal meaning in the context of a case

8    like this.  And you'll tell them about that in the

9    instructions.  That would satisfy me.

00:18 10      MR. CHAKRAVARTY:  How should I -- or would your

11   Honor --

12        THE COURT:  I think with that, then I won't try to

13   police the ordinary English word "coordination," but I'll tell

14   them it may have some specialized meaning --

15        MR. CARNEY:  Thank you very much.

16   .  .  .  END OF SIDEBAR CONFERENCE.)

17        THE COURT:  Jurors, just another reminder on a

18   linguistic front.  Again, the witness used a word in common

19   English "coordinate" or "coordination."  That may have some

00:19 20  special meaning in terms of the statute involved here.  The

21   witness is not using them -- or is not to be taken by you in

22   using them in any way that instructs you as to the legal

23   standard.  That's what I'll do at the end of the case.  There

24   may be some terms that are used commonly but may also have some

25   specialized meaning in terms of the statute, and I'll tell you

1    that at the end of the case.  Okay.

2         MR. CHAKRAVARTY:  Thank you, your Honor.

3    Q.   Mr. Kohlmann, these various media wings, how do they

4    operate?

5    A.   Essentially, the media wings themselves contribute these

6    various different productions, video recordings, communiques,

7    et cetera, to the couriers.  When the videos, the communiques,

8    magazines, whatever, are finished, they hand them off to

9    couriers who then take these items and then post them on these

00:19 10   social networking forums.  These courier services -- such as

11   the Global Islamic Media Front, is one of them -- also provide

12   other services.

13       In addition to merely uploading the videos, they also

14   create different versions of them so that, in other words, if

15   you have a cell phone and you're trying to watch a video,

16   there's a particular video format that these guys release the

17   video in so you can watch it on a cell phone.  There's a video

18   format for computers.  There's a video format for television

19   sets.  In other words, no matter what kind of technology you're

00:20 20   using, the couriers make sure that you can view these videos.

21       In addition, to go along with that, they also sometimes

22   translate this material.  Groups like the Global Islamic Media

23   Front, like the Al-Fajr Media Center, F-a-j-r, who are the

24   official couriers of these organizations, they actually

25   translate this material into English, and they offer English

1   subtitle versions, Urdu subtitle versions, Pashto subtitle

2   versions, because the reality is, is that many of the people

3   who are trying to watch these videos, don't necessarily speak

4   fluent Arabic.

5   Q.   You were discussing a little bit how that media is

6   distributed.  How is it originally generated?

7   A.   It's generated in the field.  I mean, these video

8   recordings initially are recorded using camcorders and other

9   hand-held devices.  Video recordings are made in the field, on

00:21 10   the battlefield, in guest houses, in training camps.  The video

11   footage is then cobbled together in makeshift video studios

12   which are sometimes as simple as a few tables with people

13   sitting at laptops.  It's a pretty informal process, but

14   because the way the computer technology works nowadays, the

15   kind of technology that is available to make Hollywood-style

16   video recordings can be installed on somebody's laptop, an

17   ordinary laptop that you can buy in a store.

18   Q.   What are some of the disciplines that are used to

19   digitally edit and produce these videos?

00:21 20   A.   Sure.  I mean, most commonly, software packages like Final

21   Cut Pro, which is a product for Macintosh computers.  There's

22   also other products, such as Adobe Premier, which has been used

23   by al Qa'ida in terms of creating their very first video

24   production, "The State of the Ummah," otherwise known as "The

25   Destruction of the USS Cole."  Like I said, it's off-the-shelf

1    software packages.

2    Q.   Are there varying levels of sophistication of this media

3    material?

4    A.   Yeah.  If you look at the videos produced by these groups,

5    the videos, the communiques, the audio recordings, certain

6    groups have better technology than others.  Certain groups have

7    better editors than others.  Certain groups have more access to

8    translators than others.  Smaller al Qa'ida factions, newer al

9    Qa'ida affiliates, those are the ones that tend to be a little

00:22 10   bit cruder; their videos are a little less fancy.

11        But what we see over time is that, as these groups

12   proliferate on the internet, they draw attention, and that

13   draws them more supporters, and that tends to then make their

14   media more and more sophisticated.  You start seeing it pop up

15   in more and more languages, better special effects, better

16   resolution.  They just get better over time.

17   Q.   How valuable of a service to al Qa'ida is the digital

18   editing and translating of this media material?

19   A.   It's essential because it's not that easy to identify

00:23 20   people who have those kind of digital editing skills.  Certain

21   parts of the world, it's become commonplace now for people to

22   have those skills:  in Western countries, the U.S., the United

23   Kingdom, some other places in Europe.  But not everywhere has

24   that knowledge and that technology proliferated.

25        So while it's fairly easy to find someone between the ages

1  of 15 and 30 here in this country who knows quite a bit about

2  PhotoShop or about Premier or about Final Cut Pro because those

3  are pretty common software packages; elsewhere in the world,

4  particularly in the Middle East, it's not as easy to find

5  people with those kind of skills, especially people who are

6  willing to volunteer their services on behalf of terrorist

7  organizations.

8      So, yeah, there's a relatively discrete number of people

9  who know how to do this well, and when al Qa'ida or other

00:23 10  Jihadi groups find them, that's very important for their cause.

11  Q.   What does translating material -- media material due to

12  facilitate al Qa'ida's mission?

13  A.   Well, again, it's essential because of the fact that

14  Arabic is only one language.  It certainly is the language of

15  Islam, but that doesn't make it the language of al Qa'ida.  In

16  fact, al Qa'ida, as we've see, and other Jihadi movements, have

17  been able to recruit people from all around the world, from all

18  sorts of different backgrounds, who speak all different

19  languages.  It doesn't necessarily mean that they speak Arabic.

00:24 20      So the reality is, is that if al Qa'ida really wants to

21  recruit or other Jihadi movements want to recruit, they can't

22  simply rely on exclusively Arabic language video recordings.

23  So nowadays what we see is that there's actually an official

24  process.  Al Qa'ida's As-Sahab media wing, the main media wing

25  of al Qa'ida's central organization, very frequently releases

1    its material in English, in Arabic, in Urdu, and Pashto because

2    of the fact that the organization sees that it has audiences

3    for all of those languages that it needs to appeal to.

4         Now, certainly part of that is intimidating adversaries,

5    but part of it is also recruitment because many of the messages

6    that are put out, in Arabic, in English, Pashto, and Urdu are

7    specifically directed at those groups.  You'll see Urdu being

8    directed at Pakistanis, having an Urdu message saying, Please

9    support us, directed at Pakistanis.  And, likewise, you'll see

00:25 10   messages in English directed at Westerners.

11   Q.   Has this translation or distribution function, have these

12   been barriers to al Qa'ida's distribution network in the past?

13   A.   They've been problematic, yeah.  I mean, in fact, when the

14   Pakistani Taliban released a video claiming credit for an

15   attempted car bombing here in the United States, one of the

16   issues was people kept writing back and saying, Where is the

17   English subtitles?  How come this isn't in English?

18        Again, a large part of the audience for these video

19   recordings, whether it's curious observers, whether it's

00:25 20   hardcore Jihadists, or whether it's analysts at intelligence

21   agencies.  A lot of these people just don't speak the native

22   languages that they're being put out in.

23   Q.   You described a little bit about how the media works with

24   regards to al Qa'ida.  How does al Qa'ida more generally use

25   the internet?

A.    Al Qa'ida uses the internet in a number of ways.  First of all, obviously, there's the element of distributing media.  Al Qa'ida doesn't have radio stations.  It doesn't have TV stations.  And it has only very limited access to satellite TV, Al Jazeera, et cetera.  So the internet is very important in terms of distributing their media, releasing videos.

     But more importantly, al Qa'ida has -- and other Jihadi involvements, frankly -- have identified the internet as a very valuable tool for social networking.  Back before 9/11, it was very common, if you wanted to recruit someone, you could recruit a potential individual into a terrorist organization by bringing them to a secret guest house, by bringing them to a training camp, by having them go to a particular religious center which is notoriously radical.  But after 9/11, that was no longer the case.  The people running those kind of religious centers were put in jail.  Guest houses were shut down. Training camps were bombed.

     So the question is:  How does al Qa'ida then manage to make contact with individuals who are seeking to join it?  If it doesn't have training camps, if it doesn't have fixed training camps, if it doesn't have recruitment centers, how does it reach these people?  And as it happens, one of the more effective ways is through the internet because you have bi-directional communications.  You have al Qa'ida posting videos, posting communiques, posting magazines, communicating

1    its message.

2         But the interesting thing about the internet is it allows

3    people who are watching these messages or reading these

4    materials to then communicate back and send messages back.  And

5    that can be as simple as commenting on a video saying, That's a

6    great video, I was very interested in watching it, to something

7    much more advanced.  And there have been many instances where

8    people have actually written back saying, Hey, I would like to

9    join this organization.  How can I do this?

00:28 10        And while it seems strange to believe, as a matter of

11   fact, there have been a number of individuals who, using solely

12   the internet, have actually managed to make contact with al

13   Qa'ida and other Jihadi groups, like the Pakistani Taliban, and

14   have actually attempted to go to these countries and join them

15   on the basis of their online contacts with would-be recruiters.

16   Q.   So in addition to recruiting, what other purposes does

17   this serve for al Qa'ida and other similar terrorist groups?

18   A.   Well, also soliciting support generally.  Al Qa'ida, the

19   Pakistani Taliban, all these groups, they rely on money.  Money

00:28 20   is the lifeblood of terrorist organizations.  Getting people to

21   donate is not always so easy.  Bank accounts are very carefully

22   monitored by international governments.  It's just not that

23   easy to send money to a terrorist organization.

24        But the internet offers the ability of these groups to

25   coordinate these activities secretly.  They are often taking

1    place on password-protected web forums that are run by

2    terrorist groups, and, thus, there is an opportunity to shield

3    communications from public view.  So the organization can

4    recruit supporters.  It can solicit financing.  It can solicit

5    recruits.  It's -- there's a variety of different purposes for

6    which the internet serves for al Qa'ida and a variety of other

7    groups as well.

8    Q.   Are you familiar with the term "electronic Jihad"?

9    A.   Yes.

00:29  10    Q.   What is that?

11    A.   Electronic Jihad is the idea of using the internet or

12    using electronic resources to wage violent -- a violent

13    conflict against the adversaries of Jihad, of radical Islam.

14    Electronic Jihad can be divided into two different areas.

15    Electronic Jihad can be the idea of using the internet to

16    launch hacking attacks on enemy websites; in other words, a

17    group could launch a hacking attack on a Pentagon website, and

18    that would be e-Jihad, or electronic Jihad.

19         But another form of electronic Jihad is assisting in

00:29  20    spreading propaganda on behalf of al Qa'ida.  So on top-tier

21    Jihadi forums, you have people organizing campaigns which are

22    designed to proliferate particular Jihadi recordings, videos

23    produced by al Qa'ida, on Facebook, on YouTube, elsewhere, with

24    the idea that it's part of Jihad to spread the message, to

25    spread the recordings, to spread the propaganda.

1   Q.   How do you stay abreast of how terrorists are using the

2   internet?

3   A.   I read what they're talking about directly.  I mean, all

4   of this -- none of this is really a great secret.  All of this

5   is being discussed on a regular basis on password-protected al

6   Qa'ida web forums.  If you monitor these forums on a daily

7   basis and you read what people are posting on there, the

8   picture of what's happening is pretty clear.  I mean, people

9   will even post messages saying, when they're going off to join

00:30  10   the battlefield, they say, Good-bye.  I'm on my way.  I'm on my

11   way to Afghanistan and Somalia.  When they get there, they'll

12   post a message saying, Now I'm here with the mujahideen, and

13   I've finally gone from the world from behind the computer

14   screen to the real word of Jihad.

15        It's very inspiring.  That's the idea, is that all this

16   communication is very inspiring to other people.  They see it

17   can be done.  It can be done by people just like themselves.

18   Q.   You mentioned earlier that you're on the internet every

19   day.  How do you actually track what these terrorist

00:31  20   organizations are doing vis-à-vis people who are using these

21   social networking sites?

22   A.   Sure.  We have registered accounts on every single al

23   Qa'ida web forum, every single forum, whether it's in English,

24   in Arabic, in Urdu or Pashto.  We actually gather every single

25   message that's being posted on these forums.  So we have an

1  automated data-mining process where we gather all of these

2  messages, and we put them together in a database.

3      But, more importantly, myself and analysts that work for

4  my company, we actually sit on computers each day, and we go

5  through the forums.  We go through each of the chat rooms.  And

6  we read the messages.  We read the replies.  We also keep a

7  precise tally of all of the different official recordings that

8  are coming out from al Qa'ida, from the Pakistani Taliban, from

9  different al Qa'ida affiliates.  So we have a complete database

00:32 10  of every single video recording, every single communique.  But,

11  more importantly, also the reactions of people that are

12  watching them, reactions in terms of what is inspiring to

13  people and also in terms of what people are saying in terms of

14  internet security, in terms of suggestions for distribution,

15  or, again, in some cases, about how to assist in the

16  proliferation of Jihadi media.

17  Q.   How did these difficulties, the distribution, the

18  discussion, how did that occur before the advent of the

19  internet or the proliferation of the internet?

00:32 20  A.   Well, it occurred haphazardly.  There were a number of

21  different methods, but none of them were, honestly, very

22  effective or very useful.  I discussed, I believe, on Friday

23  the use of satellite television networks.  The problem with

24  satellite television networks is that satellite TV networks,

25  whether it's Al Jazeera or Al Arabiya, they may be Arabic

1    language, and they may be based in the Middle East, but they

2    certainly have no common cause with terrorist organizations.

3    They have nothing to do with terrorist organizations.

4        So they have no interest in broadcasting, unedited, a

5    terrorist propaganda video.  They're not simply going to take a

6    video from al Qa'ida that's 40 minutes long and put it on TV.

7    They would, at most, take an excerpt of two to three minutes

8    and put it on there.  And the issue with that is that while

9    that's perfect for news reasons, you're getting exactly the

00:33 10    most important news bits out of that video, the recruitment

11    value is lost.  So al Qa'ida needed an alternative way of

12    putting that message out, and that's exactly what the internet

13    serves.

14    Q.    Are you familiar with an organization called Azzam

15    Publications?

16    A.    I am, yes.

17    Q.    What is that?

18    A.    Azzam Publications is a now-defunct organization, a

19    virtual organization, based in the United Kingdom that was

00:33 20    established in 1996.  The purpose of Azzam Publications was to

21    support Jihad generally and mujahideen organizations in

22    Afghanistan, Chechnya, Bosnia-Herzegovina, and elsewhere.

23        It achieved this by distributing original Jihadi

24    propaganda about these conflicts.  Azzam Publications actually

25    had correspondents that they would send out to Afghanistan, to

1    Chechnya, to fight with the mujahideen and, at the same time,

2    to document their activities, to make video recordings, to

3    write communiques, to write reports.  This material would then

4    be posted on an internet website, which at one time was hosted

5    at azzam.com.

6            MR. CHAKRAVARTY:  Could we call up Exhibit 80, please?

7            THE COURT:  Is this in evidence?

8            MR. CHAKRAVARTY:  Yes, your Honor.  Sorry.  All the

9    remaining exhibits are in evidence, your Honor.

00:35 10  Q.   Is this a reference to that organization that you were

11   describing?

12   A.   Yes, it is.

13   Q.   Have you seen this page of an Indictment before?

14   A.   Yes, I have.

15           MR. CHAKRAVARTY:  Can we go to Exhibit 5, please?

16   Q.   Are you familiar with this message?

17   A.   Yes, I am.

18   Q.   What is that?

19   A.   This is a farewell message from Azzam Publications.

00:35 20  Shortly after 9/11, Azzam Publications came under tremendous

21   pressure from international law enforcement agencies and from

22   cyber vigilantes because of its role in supporting al Qa'ida

23   and other Jihadi groups.  As a result, the organization itself

24   shut down its internet website.  When it did shut down it's

25   internet website, it posted this farewell message in English.

1    Q.   Now, Mr. Kohlmann, when you're looking for both al Qa'ida

2    an other terrorist group related media, how do you know whether

3    the media is actually from or related to that organization?

4    A.   There are a number of methods to determine that.  One of

5    the first ways you can look to is that, frequently, not always

6    but most frequently, when media is put out by Jihadi groups,

7    there's a watermark put on that video, a very specific

8    watermark.  The reason is because the groups that produce this,

9    each individual al Qa'ida media wing, they're very proud of

00:36 10   what they're doing, and they want to make sure that people know

11   that a certain product is theirs.

12        So they have very, very specific trademarks, watermarks,

13   that they put on all their videos, to say this is an official

14   production of this group.  It's very quick; it's very easy to

15   determine if someone fabricates that because that's a very

16   specific way that this material is being distributed on the

17   internet.  If a particular video suddenly surfaces, even if it

18   has the official logo, if it's not being disseminated through

19   the official channel for this media, it's pretty clear that's a

00:37 20   fabrication.  So by combining those two methods, it's fairly

21   simple to determine what is real and what is not.

22   Q.   On these social networking sites, are you familiar with

23   what's called an avatar?

24   A.   I am, yes.

25   Q.   What is that?

1    A.    When you're online in a social networking forums, many of

2    these forums allow you to choose an image to represent you.

3    It's the same thing on Facebook and elsewhere.  You can choose

4    a small image, basically a thumbnail image, which is

5    representative of your beliefs or representative of your

6    mentality or some message you're trying to communicate.  People

7    that are fans of Lord of the Rings might have some kind of

8    character from Lord of the Rings as their avatar, pictures of

9    that person.  Again, it's supposed to be something that is

00:37 10   representative of you and your personal philosophy, I guess.

11   Q.    I'll show you a couple of exhibits.

12         MR. CHAKRAVARTY:  Can we call up 141, please?

13   Q.    Have you seen this symbol before?

14   A.    Yes, I have.

15   Q.    What is this?

16   A.    This is an avatar that was used -- or an avatar image that

17   was used by a group of users on Jihadi web forums, primarily

18   English-speaking Jihadi web forums.  By "Support Our Troops,"

19   it's referring to support the mujahideen.  The idea is that

00:38 20   it's a play on -- it's a play off of the idea of the

21   traditional phrase of "supporting our troops."  In this case,

22   it's supporting the mujahideen.

23         MR. CHAKRAVARTY:  Exhibit 212, please.

24   Q.    Are you familiar with that?

25   A.    Yes.

1    Q.    What is that?

2    A.    This is another avatar image that's frequently used on

3    English-speaking Jihadi websites by users.  The two flags on

4    top represent the Islamic Emirate of Afghanistan, the Taliban.

5    And "I Pledge Allegiance," in other words, I pledge allegiance

6    to Mullah Omar, the Emir al-Momineen, the leader of the

7    believers, the head of the Taliban.

8    Q.    Now, Mr. Kohlmann, you mentioned that there were -- there

9    was a watermark on media that's produced officially by media

00:39 10   wings.  Are there other ways that pieces of media identify who

11   they're supporting?

12   A.    Well, you actually have -- the videos themselves

13   oftentimes say -- if the video is from al Qa'ida in Iraq, it

14   will say -- if something says it's from al Qa'ida in Iraq, it

15   will say, "Al Qa'ida's network in the Land of the Two Rivers."

16   If it is from AQAP, there will be a big picture of the AQAP

17   logo, and it will say, "Al Qa'ida in the Arabian Peninsula,

18   Al-Malahem Media Wing."  It's very clear about this.  They

19   don't want to make any confusion.  They want to be very clear,

00:39 20   when someone sees something, this is an official recording.

21         MR. CHAKRAVARTY:  I'll call up Exhibit 92, please.

22   Q.    Are you familiar with that image?

23   A.    Yes.

24   Q.    What is this?

25   A.    This is the official logo of al Qa'ida in the Land of the

1  Two Rivers, Tanzim al Qa'ida, by that, referring to al Qa'ida

2  in Iraq.

3          MR. CHAKRAVARTY:  Go to 153, please.

4  Q.   Are you familiar with that?

5  A.   Yes.

6  Q.   What is that?

7  A.   In January of 2006, al Qa'ida in Iraq announced that it

8  was merging forces with several other Sunni Jihadi factions,

9  native Jihadi factions, indigenous ones.  As a result, al

00:40 10  Qa'ida announced that it was going to be changing its name or

11  at least adopting a new kind of umbrella name.  And that

12  umbrella was the Mujahideen Shura Council, S-h-u-r-a, Council.

13  This is the official logo of the Mujahideen Shura Council.  So,

14  in effect, this was al Qa'ida in Iraq's official logo from

15  approximately January of 2006 until approximately November of

16  2006.

17          MR. CHAKRAVARTY:  Call up screen shot of Exhibit 26.

18  Q.   Are you familiar with this?

19  A.   Yes.

00:41 20  Q.   What is that?

21  A.   This is the title screen from an English translation of a

22  propaganda video recording produced by al Qa'ida -- it says,

23  "Al Qa'ida Network, in the Land of the Two Rivers," in other

24  words, al Qa'ida in Iraq.  The video itself, the title, is,

25  "The Expedition of Ghazwah" -- "The Battle of Shaykh Umar

1    Hadeed."

2    Q.   We'll talk about that in a little bit.

3         MR. CHAKRAVARTY:  Can we go to screen shot of Exhibit

4    376, please?

5    Q.   Are you familiar with what this is?

6    A.   Yes.

7    Q.   What is that?

8    A.   This is a screen shot from a video recording produced by

9    the As-Sahab media wing, the official media wing of the al

00:42 10   Qa'ida central organization.  This is an audio recording

11   featuring Doctor Ayman al-Zawahiri, the deputy commander of al

12   Qa'ida.  And I believe this is a note to Pakistan, in other

13   words, a sermon aimed at Pakistani Muslims.  It was released, I

14   believe, in October of 2005.

15        MR. CHAKRAVARTY:  Keep this on --

16   Q.   Is this the As-Sahab symbol here that I just --

17   A.   That's correct.  That's the official logo, or trademark

18   logo, of As-Sahab.  Of course, you see it actually says

19   "As-Sahab" underneath it.

00:43 20   Q.   Again, what does As-Sahab mean in Arabic?

21   A.   It means "the clouds."

22   Q.   I should have said what does it mean in English.

23   A.   Sorry.

24        MR. CHAKRAVARTY:  Can we go to Exhibit 37, screen

25   capture?  Can you put this in the second window?

1   Q.   Are you familiar with this video that's depicted on the

2   right-hand side of the screen?

3   A.   Yes.

4   Q.   What video is that?

5   A.   This is a screen shot from another video produced by al

6   Qa'ida's As-Sahab media.  This video recording was released in

7   approximately December of 2001.  The person featured in the

8   video is Shaykh Osama bin Mohammed bin Laden, the then leader

9   of al Qa'ida.  This was filmed somewhere in Southern

00:44 10  Afghanistan, again in December of 2001.  You'll notice that

11   this screen shot actually comes from an Al Jazeera broadcast.

12   Q.   Is this the symbol of Al Jazeera?

13   A.   Yeah, yeah, yeah.  That's not the As-Sahab logo.  That's

14   the Al Jazeera logo.

15   Q.   Al Jazeera is just an Arabic-language news channel?

16   A.   It's a satellite.  It's just like Fox News or MSNBC.  It's

17   an Arabic-language satellite TV channel in the Middle East.  It

18   has nothing to do with al Qa'ida.

19   Q.   You described the person on the right-hand side of the

00:45 20  screen.  Who is the person on the left-hand side of the screen?

21   A.   The person on the left is Doctor Ayman al-Zawahiri, the

22   then deputy commander of al Qa'ida, now the leader of al

23   Qa'ida.

24   Q.   Mr. Kohlmann, in your research, have you obtained

25   materials directly from al Qa'ida?

1    A.   That's correct, yes.  Most of our research is directly

2    from al Qa'ida.

3    Q.   How do you obtain materials directly from al Qa'ida?

4    A.   Again, we obtain them through a number of methods.  But

5    when it comes to materials such as these, typically speaking,

6    through internet websites that are being run by al Qa'ida and

7    its affiliates; occasionally also get materials from the ground

8    in Pakistan.

9    Q.   On the internet, how do you obtain materials?

00:45 10   A.   We go directly to websites which are officially endorsed

11   by al Qa'ida and its affiliates.  We gather all of the material

12   on there.  We save -- when a video is posted, we save both the

13   video and the original source page from which the video is

14   downloaded.  We can very quickly say a video was officially

15   released on a particular date.  Here's how it was released.

16   These are the sites it was uploaded to.  This is how many

17   people responded to it with comments, et cetera.  This is how

18   many different versions were put out.  This is how many

19   language versions were put out.  We have a precise tally for

00:46 20   all of that information.

21   Q.   And so what are the specific sites that al Qa'ida uses?

22   A.   Well, it's changed over time.  Each of these social

23   networking forums has a period of existence.  And towards the

24   end of that existence, when it starts getting too much public

25   attention, the forum begins to suffer from attacks from cyber

1   vigilantes, from law enforcement agencies, and from others.

2   And eventually the forum shuts down.  So what you have is kind

3   of like a relay race where you have forums that pop over time

4   and then eventually transfer their responsibilities to other

5   forums.

6        When the process first began back in 2003, the forum that

7   did this was known as Muntada Al-Ansar, M-u-n-t-a-d-a, A-l,

8   A-n-s-a-r, The Ansar Forum.  After that, it became another

9   forum called Al-Ekhlaas, E-k-h-l-a-a-s.  Then it was Al-Hesbah,

00:47 10   H-e-s-b-a-h.  Then after that, it was the Fallujah Islamic

11   Network.  Nowadays, there are two other forums that have popped

12   up to take over responsibility:  Al-Shamukh, S-h-a-m-u-k-h, and

13   Al-Fidaa, A-l, F-i-d-a-a.

14   Q.   Where are these websites based out of?

15   A.   They're hosted in various different locations.  Typically

16   speaking, they're hosted in locations where they can be hosted

17   for as long as possible without disruption.  Initially, some of

18   these sites were actually hosted even in Western countries, but

19   that's not really possible anymore.  For the most part now,

00:48 20   they're hosted anywhere from hosting companies in the Gaza

21   Strip, Malaysia, Indonesia, even sometimes South Korea, China,

22   in countries where it's perceived that it will take very long

23   for anyone to discover who's actually hosting them.

24   Q.   If you and law enforcement are aware of where these sites

25   are, what aren't they shut down?

1    A.    Occasionally they are.  Back about a year and a half ago,

2    the British government launched a fairly aggressive campaign to

3    shut down al Qa'ida's then preeminent social networking forum,

4    the Fallujah Islamic Network.

5         The issue, however, is that these forums run off a very

6    simple database where you can have lots of copies of this

7    hiding around.  So if the website get shuts down, all these

8    have to do is take a copy of that database that they have in

9    their own computers, set up a new account, and just upload the

00:49 10   database.  So within 24 hours of one of these sites being shut

11   down, it can be created on a new server.

12        So it kind of becomes a game of Whack-A-Mole where you

13   have law enforcement services, you even have cyber vigilantes

14   who are chasing these people on the internet.  And the sites

15   gets shut down.  They do eventually.  But it takes a little bit

16   of time.  By the time the site gets shut down, somebody else

17   has set up a new site in order to host this material.

18   Q.    Are you familiar with the term "mirror site"?

19   A.    Yes.  In fact, that's exactly what Al-Fidaa, one of the

00:49 20   websites I just described, was, because the preeminent al

21   Qa'ida website that exists right now, the preeminent social

22   networking forum, Shamukh, it got so much attention, it started

23   getting attacked.  And as a result, in order to prevent the

24   entire process of distributing al Qa'ida media from getting

25   shut off, a new mirrored site was created, which was known as

1    Al-Fidaa, meaning that there would be a redundant system for

2    distributing this material.

3    Q.   Are you familiar with the World News Network?

4    A.   Yes.

5    Q.   What is that?

6    A.   The World News Network was exactly like Al-Fidaa.  The

7    World News Network was a mirror site that was set up in

8    approximately 2006 when al Qa'ida's social networking forums

9    began coming under a tremendous amount of pressure.

00:50  10       The idea behind the World News Network was that it would

11    distribute the same information, in the same methodology, as al

12    Qa'ida's other web forums.  However, unlike al Qa'ida's other

13    web forums, the World News Network would not require any log-in

14    or password because it wouldn't -- there wouldn't be any actual

15    discussion taking place.  It wasn't like there were general

16    chats.

17       This was purely a forum set up to distribute media links,

18    download links for Jihadi web videos, the idea being that,

19    look, even if you're not elite enough to be part of al Qa'ida's

00:50  20    central websites, you can get all of their material by going to

21    this alternative mirror site that we've set up for this

22    purpose.

23    Q.   Are you familiar with the Al-Fajr Media Center?

24    A.   Yes.  The Al-Fajr Media Center is al Qa'ida's official

25    online courier system, their official online courier network.

1    Al Fajr is responsible for taking videos from organizations

2    like As-Sahab, al Qa'ida's main media wing, taking those and

3    then formatting them for distribution on the internet, then

4    uploading them to temporary internet websites so that people

5    can download them and then posting download links on the Jihadi

6    web forums.

7        So they are actually the ones who are engaging kind of the

8    press release, the publication of this material.  They're the

9    ones who are responsible for organizing this, making sure all

00:51 10  the links work, making sure there's multiple different

11   versions, and even making sure that there's different language

12   versions.

13       The reason that Al-Fajr exists is because of the fact that

14   before Al-Fajr existed, this was kind of a disjointed process.

15   Al Qa'ida simply had to rely on whoever was available.  Now

16   there is a specific team of people whose job it is, whose

17   assignment it is, to do this at an official level for al

18   Qa'ida.

19   Q.   At some point, you reviewed the computer that the

00:52 20  government had given you, is that correct?

21   A.   That's correct, yes.

22   Q.   Did you find evidence on that computer of anything related

23   to Al-Ekhlaas, Al-Hesbah or World News Network?

24   A.   I did, yes.

25   Q.   What did you find?

A.   I found screen shots, in other words, screen images from

password-protected areas of both the Al-Ekhlaas and the --

excuse me.  I believe also the Al-Hesbah network as well.  And

I believe also I found references, although I can't remember

specifically which ones, to the World News Network.

Q.   Are you familiar with something called Tibyan

Publications?

A.   Yes.

Q.   What is that?

00:52 A.   At-Tibyan, T-i-b-y-a-n, was a support group and forum

established on the internet in approximately 2004.  At-Tibyan

was a support group for English-speaking supporters of Jihad,

in other words, people who spoke English, who were interested

in al Qa'ida media and Jihadi videos, who were interested in

the philosophy of violent Jihad, and were looking for a place

in which they could discuss these subjects and also how they

could work together in order to promote these subjects by

producing translated material, guide books and other materials

designed for other English-speaking supporters of Jihad.

00:53 Q.   How were -- did al Qa'ida coordinate with Tibyan

Publications?

A.   It did, yes.

Q.   How so?

A.   Al Qa'ida -- excuse me.  I should say Tibyan Publications

came to the attention of al Qa'ida in approximately late 2004.

```
 1    At the time, al Qa'ida in Iraq was producing materials which

 2    were exclusively in Arabic language.  At some point in early

 3    2005, at-Tibyan began making contact with individuals -- excuse

 4    me.  Al Qa'ida, excuse me, began making contact with

 5    individuals at at-Tibyan through online social networking sites

 6    in which they explained that they wished at-Tibyan's help in

 7    translating materials into English, very specifically, in this

 8    case, a magazine that was being produced by al Qa'ida in Iraq

 9    known as Tharwat Al-Sanam, T-h-a-r-w-a-t, A-l, S-a-n-a-m,

10    which, roughly translated, means "tip of the camel's hump."

11            MR. CHAKRAVARTY:  Call up Exhibit 378, please.

12    Q.   Is this the document you just described?

13    A.   This is -- yeah, this is a piece of evidence that I have

14    reviewed before.  And here you have an individual that I

15    understand to be Younis Tsouli, discussing the idea that al

16    Qa'ida in Iraq has contacted him in order to further on

17    instructions at Tibyan Publications to ask you guys to work on

18    translating Tharwat Al-Sanam.  That's the official magazine at

19    that point of al Qa'ida in Iraq.

20    Q.   So this "irh007," do you recognize the user of that

21    account?

22    A.   Yes.  Again, I recognize that to be Irhaby 007, otherwise

23    known as Younis Tsouli.

24    Q.   What role did Mr. Tsouli play with regards to this

25    translation?
```

00:54 (line 10)
00:55 (line 20)

A.    Well, Younis Tsouli at the time was operating the Muntada

Al-Ansar forum, the forum that was responsible for distributing

all of al Qa'ida in Iraq materials.  In this case, he was

contacted by the media wing in al Qa'ida in Iraq, who he was in

communication with, and they asked him to forward on a request

to Tibyan Publications, who he was also working with.

Q.    Was there additional media which al Qa'ida asked Tibyan

Publications to translate?

A.    It is my understanding that is the case, yes.

Q.    Before we leave Mr. Tsouli, what was his role with regards

to the network connecting online forum participants with al

Qa'ida?

A.    He was a central hub because at that time there was no

easy way for people to make contact with al Qa'ida on the

internet.  Very quickly, it became clear to users on his forum

that he was in contact with al Qa'ida because of the fact that

al Qa'ida's representatives were actually posting messages

hailing his work online, were posting messages saying, Thank

you so much for all your contributions.  We really appreciate

it.

       As a result, individuals started sending messages, private

messages, to Mr. Tsouli over the forum saying, We know that

you're in contact with al Qa'ida in Iraq.  Can you put us in

contact with al Qa'ida in Iraq?  Individuals would travel to

Damascus, Syria, in hopes of joining al Qa'ida in Iraq and

1    would attempt to use Mr. Tsouli in order to meet up with a

2    handler in Damascus.

3         So Mr. Tsouli, in fact, became a hub, not just for al

4    Qa'ida in Iraq's communications, but also their actual physical

5    recruitment of fighters.

6              MR. CHAKRAVARTY:  Call up 427, please.

7    Q.   Do you recognize just what this document is?

8    A.   Yes.

9    Q.   What does it appear to be?

00:57 10   A.   This appears to be a posting or actually a private --

11   excuse me.  It's a private message sent between users on the

12   at-Tibyan Publications forum, the forum that was set up so that

13   at-Tibyan supporters and leaders could discuss with one

14   another.

15   Q.   On this message it says, "The Ikhwaan from the cloud

16   people...", the "cloud people," does that have any significance

17   to you?

18   A.    To me, that means the people behind As-Sahab, meaning "The

19   Clouds."

00:58 20   Q.   "...are asking us if we can translate this message from Al

21   Doctoor regarding Curryland."  Does "Al Doctoor regarding

22   Curryland" mean anything to you?

23   A.    Yes.  I've actually seen that reference before.  That

24   reference has -- I've seen it in the past referring to Doctor

25   Ayman al-Zawahiri regarding Pakistan.

1    Q.   The screen shot that we saw earlier in Exhibit 376, are

2    you familiar with that video?

3    A.   Yes.

4    Q.   What is that video?

5    A.   That is the video that is actually linked to here.  It's

6    the "Note to Pakistan" video.  In October of 2005, al Qa'ida's

7    As-Sahab media wing released an audio recording of Doctor

8    al-Zawahiri with a message to Pakistani Muslims condemning the

9    Pakistani government.  The file name that was released was

00:58 10   note.to.pakistan.mpg.  It was released through the website

11   ansarnet.org.  So, yes, the link and the transcript here appear

12   to be from the As-Sahab Media Foundation video, "Note to

13   Pakistan," featuring Doctor Ayman al-Zawahiri.

14   Q.   And this website address, are you familiar with that?

15   A.   Yes.

16   Q.   What is that?

17   A.   That is a domain name, an internet domain name, which at

18   the time was controlled -- or I understand to be controlled by

19   Younis Tsouli.

00:59 20   Q.   And Al-Sahab [sic], is that what you've previously

21   described as the media wing of al Qa'ida?

22   A.   As-Sahab, exactly, yes.

23   Q.   When was that video released?

24   A.   It was released in early October of 2005.

25   Q.   The date on this post is 10/10/05?

1  A.   I actually believe it was released either on the 9th or

2  the 10th of 2005, that's correct, yes.

3       MR. CHAKRAVARTY:   Can we go to Exhibit 414, please?

4  Q.   Does this appear to be another private message on the

5  Tibyan Publications website?

6  A.   It does, yes.

7  Q.   In this one, the sender, Abu Khubayb al Muwahid asks, "I

8  asked the other brothers of at-Tibyan Publications, and we

9  wanted to ask you if you would be willing to join our Da'wah

01:00 10  efforts and help us translate books."

11      And then at the bottom, this is one of the books, "Ruling

12  Regarding Killing One's Own Self to Protect Information - which

13  is based upon the works of Shaykh Abdul-Azeez al-Jarboo and

14  Doctor Ayman."  Do you recognize that document?

15  A.   I do, yes.

16  Q.   What is it?

17  A.   This is a Fatwa, or a religious edict, that was compiled

18  together from the writings of a Saudi cleric, Abdul-Azeez

19  al-Jarboo, and the then deputy commander of al Qa'ida, Doctor

01:00 20  Ayman al-Zawahiri.

21  Q.   Are you familiar with the person who sent this message,

22  Abu Khubayb al-Muwahhid?

23  A.   I am, yes.

24  Q.   Who is he?

25  A.   I understand Abu Khubayb al-Muwahhid as a pseudonym, or an

1  online avatar name, for an individual formerly of Atlanta,

2  Georgia, by the name of Ehsanul Sadequee, E-h-s-a-n-u-l,

3  S-a-d-e-q-u-e-e.

4  　　　MR. CHAKRAVARTY:  Can we go back to Exhibit 427?

5  Q.   In that message regarding Note to Pakistan, is there also

6  appended, "and this message from Khubayb"?

7  A.   Khubayb, yes.

8  　　　MR. CHAKRAVARTY:  Go to Exhibit 415, please.

9  Q.   Is this another private message in October of 2005 from

01:01 10  Abu Mahmoud al-Muraabit to Abu Sabaayaa?

11  A.   Yes, over the at-Tibyan Publications forum, yes.

12  Q.   In this one it says, "Amanahh, don't share until released

13  on TP officially or I'll get in trouble, lol," and then there's

14  a link.  Are you familiar with this link?

15  A.   I am, yes.

16  Q.   What is that link to?

17  A.   Well, the site itself, irhaby007.ca, is another internet

18  domain that, like its title would suggest, was controlled by

19  Irhaby 007, i.e. Younis Tsouli, in the United Kingdom.  The

01:02 20  link itself to the file omar-hadid.rmvb, this is a link to the

21  original Arabic-language version of a video recording produced

22  by the official media wing of al Qa'ida in Iraq.  The title of

23  that video recording is "Ghazwah Umar Hadid," the battle, or

24  "The Expedition of Umar Hadid."

25  　　　MR. CHAKRAVARTY:  Can we go to Exhibit --

1    Q.   Before we leave this, the timing of this message appears

2    to be October 3, 2005.  Does that have any significance with

3    relation to the Omar Hadeed video?

4    A.   Yes.  I actually believe this is two days before it was

5    officially released on -- by al Qa'ida on the Al-Hesbah forum,

6    on the then official forum used by al Qa'ida.  So it appears

7    that this link was actually sent out before he was officially

8    released.

9         MR. CHAKRAVARTY:  Can we go back to Exhibit 26, the

01:03 10   screen shot?

11   Q.   Is this screen shot from that video?

12   A.   From the English translated version of it, yes.

13   Q.   So this is not the version, the original Arabic version?

14   A.   No.  The original Arabic version has no English subtitling

15   at all, I don't believe.

16   Q.   So this is post-production then?

17   A.   Exactly, exactly.  This was done by individuals subsequent

18   to the official release.

19   Q.   When you reviewed the defendant's computer, did you find

01:03 20   both the Arabic as well as the English version?

21   A.   I did, yes.

22        MR. CHAKRAVARTY:  Can we go to Exhibit 25, Page 61?

23   Q.   Does this appear to be a list of at-Tibyan Publications

24   releases?

25   A.   It does, yes.

1    Q.    Is this the video we've just been talking about, "The

2    Expedition of Shaykh Umar Hadid by al Qa'ida in Iraq," listed

3    on that?

4    A.    Yes, it is.

5    Q.    Are you familiar with this document?

6    A.    Yes, I am.

7    Q.    What is that?

8    A.    This is -- was originally simply an audio recording.  It

9    was released by al Qa'ida in Iraq featuring its leader, Abu

01:04 10   Musab al-Zarqawi.  I believe this is the actual English

11   translation of it.  Approximately three to four months after

12   the audio recording was first released, a second version

13   emerged on the internet from at-Tibyan Publications.  That was

14   not just an audio recording; it was an recording with a video

15   overlay with images of Zarqawi, with an English translation of

16   exactly what he was saying.

17         MR. CHAKRAVARTY:  Call up Exhibit 248, please.

18   Q.    Does this appear to be an email with an attachment called

19   "Such Other Messengers Tested"?

01:05 20   A.    Yes.

21         MR. CHAKRAVARTY:  Go to Page 2.

22   Q.    Is this the document that you're familiar with?

23   A.    It appears to be the transcript of that video, yeah, the

24   English translation of the video, but, yeah.

25   Q.    So this was ultimately -- it was a video, not just a

1    document?

2    A.    Yeah.  When this was released, it was released as a video.

3    But this appears to be a transcript of that English

4    translation, yeah.

5         MR. CHAKRAVARTY:  Go back to Page 1, please.

6    Q.    This is from Tarek Mehanna to Abu Khubayb al-Muwahhid, is

7    that right?

8    A.    That's correct, yes.

9         MR. CHAKRAVARTY:  Go to Exhibit 249, please.

01:06 10   Q.    Again, this is from Tarek Mehanna to Abu Khubayb

11   al-Muwahhid.  Is the subject of this "Pics to go along with the

12   vid"?

13   A.    That's correct, yes.

14        MR. CHAKRAVARTY:  Can we go to the next page?

15   Q.    Do you recognize those two photos on Page 1 and 2?

16   A.    I do, yes.

17   Q.    Who is that person?

18   A.    That is Abu Musab al-Zarqawi, the leader of al Qa'ida in

19   Iraq.

01:06 20   Q.    Do you know what significance these two images have

21   vis-à-vis that video?

22   A.    Well, I do recall that those two images are actually shown

23   during the video overlay portion of the English translation.

24   In other words, if you watch the at-Tibyan English translated

25   version of this audio recording, while the audio recording is

1    played and while there are English subtitles being played over,

2    those two images are the images that are shown in the

3    background.

4              MR. CHAKRAVARTY:  Can we go to Exhibit 253, please?

5    Q.   Does this appear to be another email from Tarek Mehanna to

6    almuwahhid@hotmail.com?

7    A.   That's correct, yes.

8              MR. CHAKRAVARTY:  Can we go to Page 2, please?

9    Q.   Are you familiar with this document?

01:07 10   A.   Yes.

11   Q.   What is it?

12   A.   This is the title page from the at-Tibyan English

13   translation of the Ruling Regarding Killing One's Self to

14   Protect Information - based upon the essays of Abdul-Azeez

15   al-Jarboo and al Qa'ida's Doctor Ayman al-Zawahiri.

16             MR. CHAKRAVARTY:  Can we go to Exhibit 371, please?

17   Q.   Are you familiar with this document?

18   A.   Yes.

19   Q.   What is that?

01:07 20   A.   This was a page from a saved -- it is a saved web page

21   from a website that was run by Younis Tsouli, a/k/a Irhaby 007.

22   This right here are Arabic-language download links for a video

23   recording that was produced by al Qa'ida's As-Sahab media.  In

24   this case, the video recording was known as the War of the

25   Oppressed, Harb Al Mustadafin.  It was released in August of

1   2005.  And you'll notice that this page has various different

2   download links depending on the quality of your internet

3   connection, depending on what kind of video player you're

4   using.  The top link is for a 598 megabyte mpg video version.

5   The second link is for a 150 megabyte Real Media video version.

6   And the last one is for a 65 megabyte Real Media version.

7          MR. CHAKRAVARTY:  Can we go to 371A, second page?

8   Q.   Does this appear to be the translation of the English --

9   excuse me, of the Arabic that appeared on that page that we

01:09 10   just saw?

11   A.   Yes.  This is a translation of the page we just saw.  You

12   can see it in the high quality, excellent quality, good quality

13   mobile version links to the different size versions of the

14   video.

15   Q.   So what does -- what did posting videos in these various

16   forums, on these websites -- what function did that perform for

17   al Qa'ida and other related groups?

18   A.   Well, it was a crucial function because it allowed al

19   Qa'ida to reach an audience.  Al Qa'ida had the videos.  It had

01:09 20   people then ready to produce the videos.  What it didn't have

21   was an efficient way to reach an audience, an audience of

22   people who would be likely supporters of al Qa'ida.

23          By distributing this material on al Qa'ida web forums or

24   on radical Jihadi web forums, the idea was you have a captive

25   audience.  You have an audience of people who are very, very

1   likely to be supportive of these ideas, to be interested in

2   these ideas, and to respond to these ideas.

3   Q.   With regards to the translations, what value did that

4   provide for al Qa'ida?

5   A.   Well, once again, many of the users on these forums don't

6   necessarily speak fluent Arabic, or if they do, they may not

7   speak it well enough to be able to understand the context of

8   dialects and of an advanced Jihadi video.  By putting these

9   materials out in multiple different languages, you take the

01:10  10   audience that you get in one single Arabic-language Jihadi web

11   forum and you multiply it geometrically.  I mean, you reach a

12   much, much larger audience.  There are a lot more people that

13   speak English, even if they aren't Americans, than there are

14   people who speak Arabic.

15   Q.   Are you familiar whether terrorist groups distribute

16   training materials over the internet?

17   A.   They do, yes.

18   Q.   For what purpose?

19   A.   The purpose of distributing the training materials is that

01:10  20   al Qa'ida nowadays, their philosophy is that the era of fixed

21   training camps is over.  The era of the Al Farooq camp in

22   Afghanistan, the idea that there's one place you can go for

23   training with al Qa'ida out in the field, those days are

24   starting to say farewell.  And it's getting more and more

25   difficult to get to a training camp in the field.

1      As a result, al Qa'ida is increasing encouraging its

2   supporters to do as much as possible at home, in other words,

3   to take the lessons that al Qa'ida has developed over the years

4   and, as much as it is possible to do so, try to learn those

5   lessons without ever leaving your home.

6   Q.   What types of training materials do they distribute?

7   A.   Everything from written training manuals, the Encyclopedia

8   of Jihad, to materials, video recordings, which show you how to

9   produce explosive devices, show you how to produce makeshift

01:11 10   weapons, how to use ordinary devices to kill people, things

11   like that.  Also operational security.  Every aspect that an al

12   Qa'ida operative ordinarily would have to go through at a

13   training camp has at some time or another been covered by an

14   instructional document or video recording released by a Jihadi

15   organization.

16   Q.   Are you familiar with a document called "39 Ways to Serve

17   and Participate in Jihad"?

18   A.   I am, yes.

19   Q.   Describe what that document is.

01:12 20   A.   39 Ways to Serve and Participate in Jihad was a document

21   originally written in Arabic by the editor of al Qa'ida in

22   Saudi Arabia's official magazine.  His name was Esa al-Awshin,

23   E-s-a, A-l, A-w-s-h-i-n.  Esa al-Awshin was a high-ranking al

24   Qa'ida member.  In addition to publishing al Qa'ida's magazine,

25   he also put out several instructional manuals for al Qa'ida

1  supporters to follow even if they weren't in the Arabian

2  Peninsula, the most notable of which is most likely 39 Ways to

3  Serve and Participate in Jihad.

4       The idea behind this document was it was supposed to be a

5  very simple list of 39 ways in which ordinary individuals, even

6  those who don't necessarily have direct contact with al Qa'ida,

7  can actually take up al Qa'ida's mission, can take up al

8  Qa'ida's cause, and provide real support to the organization.

9            MR. CHAKRAVARTY:  Call up Exhibit 25.

01:13 10  Q.  Are you familiar with this cover?

11  A.  Yes.

12  Q.  Is this the name of the author that you mentioned?

13  A.  Yes.  His real name is on top, Muhammad bin Ahmad

14  as-Salim.  His kunya, his better known name, is below, Esa

15  al-Awshin.

16  Q.  When was this document published?

17  A.  I believe it was originally published in Arabic in 2003.

18  Q.  Was it again released on Tibyan Publications in English

19  form?

01:13 20  A.  It was.  The cover you're looking at right there is the

21  cover of the English-language version distributed by at-Tibyan

22  Publications.

23            MR. CHAKRAVARTY:  Can we go to Page 2?  And Page 3?

24  Page 4?

25  Q.  Are these the 39 Ways that are listed in this document?

```
 1    A.    They are, yes.

 2    Q.    What's the significance of this document?

 3    A.    This document was meant to be a training manual or a rough

 4    instructional guide for individuals who are not in direct

 5    contact with al Qa'ida, in other words, people that are

 6    self-recruiting, that are self-radicalizing, people that would

 7    like to be part of this movement but simply don't have the

 8    means to make contact directly with the organization.

 9    Q.    How influential has it been?

10    A.    I would say it's been quite influential.  I've seen copies

11    of this proliferate very actively on Jihadi web forums, and

12    I've seen it proliferate very actively on people's computers.

13    Q.    What is the significance of this document vis-à-vis al

14    Qa'ida and related terrorist groups?

15    A.    It is one of the most well-known training manuals that are

16    out there, instructional guides for individuals that are

17    self-radicalizing or self-recruiting to follow in order to get

18    an idea of what they can do to help support al Qa'ida's

19    mission.  It's an official document produced by al Qa'ida.

20    It's not just produced by some random person.

21    Q.    This is Esa al-Awshin, the --

22    A.    He's -- not only is he an official leader of al Qa'ida,

23    but, more importantly, he's essentially the leader of their

24    media wing, or was the leader of their media wing before his

25    demise.
```

Q.   You mentioned that Tharwat Al-Sanam was translated by

Tibyan Publications pursuant to the evidence we just saw on

behalf of al Qa'ida.  What other documents or media material

were translated by Tibyan Publications for al Qa'ida?

A.   Tibyan Publications has translated a number of other

documents, mostly written documents.  They've produced a number

of English translations for one -- that were originally written

by one al Qa'ida commander in particular by the name of Yusuf

al-Uyayri, Y-u-s-u-f, U-y-a-y-r-i.  Al-Uyayri was the founder

of al Qa'ida's branch in Saudi Arabia.  And, again, many

documents that he has written originally in Arabic have

subsequently been translated into English by at-Tibyan.

Q.   How about videos?

A.   I believe video recordings as well, yes.

Q.   In terms of -- what videos, if you know, did Tibyan

Publications translate?

A.   I'm familiar offhand with "The Expedition of Omar Hadeed"

and "Such Other Messengers Tested," but I believe that there

are others as well.

Q.   That's in coordination with al Qa'ida?

A.   Yes, that's correct.

        MR. CARNEY:  I object, your Honor.  May we approach,

please?

(SIDEBAR CONFERENCE AS FOLLOWS:

        MR. CARNEY:  It's one thing for the witness, who's not

```
 1   an attorney and a member of the bar of this court, to use a
 2   colloquial term in giving his answers.  But I strongly object
 3   to the prosecutor doing -- using the term, and that's "in
 4   coordination" with al Qa'ida.  That is a direct issue for the
 5   jury.  And the fact that the prosecutor is using that language
 6   is disingenuous to the point where it's a cynical flaunting of
 7   what your Honor said.  And I urge the Court to direct the
 8   prosecutor not to ask this witness:  So that was "in
 9   coordination" with.
```
01:17 10         MR. CHAKRAVARTY:  I was using the words that he was
```
11   using before, your Honor.  It was not the intent to flaunt
12   the --
13           MR. CARNEY:  All right.  And if he doesn't use it
14   again, I will be satisfied.
15           THE COURT:  It was also leading, by the way.
16           MR. CHAKRAVARTY:  Sorry.
17           MR. CARNEY:  Thank you.
18   .   .   .  END OF SIDEBAR CONFERENCE.)
19   Q.   Mr. Kohlmann, the 39 Ways to Serve and Participate in
```
01:18 20  Jihad document, did you see any identified associations with
```
21   that document on the defendant's computer when you looked at
22   it?
23   A.   I did, yes.
24   Q.   What kind of association?
25   A.   Well, first of all, I found a copy of the final release,
```

1    but, more importantly, I found what appeared to be several

2    different versions of the same document, a Microsoft Word

3    document, which appeared to be progressive edited versions of

4    the raw translation.  In other words, it looked like someone

5    had started translating it and then stopped and then reopened

6    the document.  And the computer had registered several

7    different instances of that document as it was being worked on.

8    So, again, it appeared to be that somebody using that computer

9    had been editing the English translation of 39 Ways to Serve

01:19 10   and Participate in Jihad.

11   Q.   I turn now to Jihad videos.  What role do they play in the

12   al Qa'ida media and propaganda activities?

13   A.   Again, they're absolutely necessary in order for al Qa'ida

14   to get its message out, both to recruits, to its adversaries,

15   to financial supporters, to others.  It's al Qa'ida's

16   mouthpiece.

17   Q.   How familiar are you with these videos?  And give the jury

18   a fair sense of how many of these you watch and what you do

19   with them.

01:19 20   A.   Sure.  I would say I watch just about every single video

21   that's produced by these organizations.  I have a complete

22   archive of every single video recording released by al Qa'ida

23   and other Jihadi affiliate groups since approximately 2003.

24   All these video recordings are stored in an archive, where we

25   store them like business records.

1      Again, we can say exactly how they were released, when

2  they were released, what websites they were posted on.  We

3  break down the videos.  We translate the videos.  We look -- we

4  look through the videos and attempt to distill them for

5  valuable pieces of information.  But, yeah, I'm pretty --

6  suffice to say, I'm fairly familiar with Jihadi videos.

7  Q.    Describe what generally appears on these videos.

8  A.    The video recordings can depict a number of different

9  things.  The video recordings can be everything from short

01:20 10  clips of action in the field, an IED attack, a roadside

11  bombing, a sniper attack, something like that.  It can be

12  something more advanced.  Some al Qa'ida videos are very, very

13  sophisticated in the sense that there will be sections showing

14  training camps.  They will be part featuring a speech from an

15  al Qa'ida leader.  They will be part having trainees singing a

16  song.  Various different aspects attempting to both get al

17  Qa'ida's message out and also to give potential recruits an eye

18  into what al Qa'ida training camps, to what al Qa'ida's

19  operations look like so they have an idea what they can expect.

01:21 20  Q.    How important are they to al Qa'ida and other related

21  terrorist groups' operations?

22  A.    Again, they're absolutely essential.  They're an essential

23  part of al Qa'ida's messaging, of its propaganda, of its

24  recruitment.  It would be very difficult for these

25  organizations to recruit without these materials.

1   Q.   How do these organizations obtain the expertise to make

2   and produce these videos?

3   A.   Well, there isn't exactly a school in al Qa'ida to teach

4   people how to do this.  Generally speaking, al Qa'ida relies

5   upon finding people, finding recruits, who have preexisting

6   talents with regards to this.  If al Qa'ida can identify a

7   particular individual who happens to speak English, who happens

8   to know how to use video editing software, who happens to be

9   very good at desktop publication, these skills are then put

01:21 10   into action because the way that al Qa'ida looks at it is that,

11   if you know how to edit video but you don't know how to shoot a

12   gun, you're probably much more useful as a propagandist or as a

13   video editor than you are as a frontline fighter because it

14   needs both kinds of people.

15   Q.   How do these organizations ensure that everyone who's

16   participating in the work on a video is doing so with each

17   other, they're working together?

18   A.   The idea is to try and coordinate these folks together.

19   And that's the nice part, I guess, for al Qa'ida about online

01:22 20   social networking forums, is that these online social

21   networking forums are one place where a very small group of

22   people can all kind of find each other, like needles in a

23   haystack, and can coordinate their activities without

24   necessarily coming to the attention of law enforcement because

25   the idea here is that, if you're organizing in secret, using

1    fake names, on password-protected forums that are being hosted

2    in places like Indonesia or Malaysia, it may be very difficult

3    for law enforcement or others to identify who is exactly on

4    these forums.  In other words, you can engage in illicit

5    activity without necessarily your face or your name being

6    openly advertised as being a radical individual, supporter of

7    violent extremism.

8    Q.    Are you familiar with Nasheeds, or Anasheed?

9    A.    Sure.  Anasheed.

01:23 10   Q.    How do they relate to al Qa'ida's media?

11   A.    Anasheeds are merely -- it's like a cappella music, Muslim

12   a cappella music.  They're often used in context with martyrs

13   or extolling the virtues of the religion.  However, there is a

14   set of Anasheed, a small set, that are dedicated to the ideas

15   of martydom and violent Jihad.  These are, obviously, not

16   representative of the main body of Anasheed.

17       But these particular songs are used as the soundtrack on

18   al Qa'ida media.  The reason is, is because al Qa'ida, in large

19   part for religious reasons, does not want to include regular

01:24 20   music, especially anything that has voices -- excuse me,

21   musical instruments rather.  That would be forbidden.  So the

22   idea is that these songs have the virtue of being religiously

23   okay because they're a cappella.  There's no musical

24   instruments; and No. 2, these songs are themed.  They talk

25   about particular events that are occurring.  There was a song

that used to be used very frequently by al Qa'ida in Iraq, and

the chorus was "Blow them up, blow them up, blow them up."  So

the idea is that this music reflects the exact same theme

that's being shown in the video.

Q.   Does al Qa'ida and other related groups -- do they use

these Nasheeds as much as they use videos?

A.   Yeah.  And the Anasheed have the same value as putting a

popular song in a particular movie.  It makes it very

memorable.  It makes it very easy for people to associate with

01:24 particular videos.  And we've seen even instances where people

have then subsequently taken famous songs, songs that have been

popularized in Jihadi videos, and have actually put them on

their iPods and listen to them for enjoyment.

        MR. CHAKRAVARTY:  Before we leave this online topic,

can we go to Page 45 of this document?

Q.   Is this the concept of electronic Jihad that you described

earlier, or e-Jihad?

A.   I believe it is, yes.

Q.   This is in that 39 Ways document, is that right?

01:25 A.   Yes.  This is Way No. 34 of 39.

Q.   Let's turn to recruitment.  How does al Qa'ida and other

terrorist groups -- how do they recruit personnel?

A.   Well, again, it used to be, back in the day, the idea was

that, in order to recruit people, al Qa'ida actually had

recruiters, physical recruiters, who existed in particular

countries, in particular radical religious centers, who would

actually identify people in the community, in the local

communities, saying this person seems like they might be a good

candidate.  Or, conversely, they would wait for people to come

to them, say, I would like to join the organization.  That is

simply not possible anymore.  Anyone who's an overt recruiter

for a terrorist organization is most likely going to go to

jail.  As a result, people have had to make this much more of

an underground process.

01:26     And there needs to be a medium in which individuals can

meet these recruiters anonymously so that a relationship can be

formed and give the recruiter a chance to vet these individuals

before sharing with them any information that could be useful

to law enforcement or for others.  As a result, the internet

has become a major part of that, the idea being that this is

one of the very few frontiers left.  It's one of the very few

mediums left where there still is that level of anonymity,

where someone can go on and potentially meet an al Qa'ida

recruiter and chat with them without necessarily advertising

01:27 their identity openly to the world at large.

Q.   Now, does membership in al Qa'ida mean the same thing it

used to back ten years?

A.   It's changed.  Al Qa'ida has become much more a diffuse

organization.  Al Qa'ida used to be much more centralized.  It

used to be much more of a physical group.  Now it's becoming

1    more and more both an organization and kind of an operating

2    philosophy.  So, nowadays, when someone joins al Qa'ida, as

3    opposed to have to swear a direct oath of allegiance to Osama

4    bin Laden or Doctor Ayman al-Zawahiri in person, the idea now

5    is that, if you go to Iraq and you try to join al Qa'ida in

6    Iraq, if you swear an oath of allegiance to al Qa'ida in Iraq,

7    somebody who represents al Qa'ida in Iraq, you are effectively

8    an al Qa'ida member; you're an al Qa'ida operative.

9        It may not be the same as directly going to Afghanistan

01:27 10    and sitting at the feet of Doctor Ayman al-Zawahiri, but that's

11    simply not possible anymore.  It's not an effective recruitment

12    strategy.  So, in other words, the idea that you can now swear

13    allegiance; you can now join the organization in a much more

14    diffuse way.

15    Q.    Does al Qa'ida and other related groups -- do they rely

16    exclusively on official members of their organization to do

17    their work?

18    A.    No.  They obviously can't.  In order to accomplish many of

19    its tasks, al Qa'ida relies on its supporters.  It relies on

01:28 20    people who may not have sworn an official oath of allegiance,

21    but for one reason or not, have resources at their disposal,

22    which al Qa'ida needs, al Qa'ida wants, and which these

23    individuals are willing to provide.  In that case, al Qa'ida

24    says, Look, if they believe in what we believe in, if they

25    support what we believe in, if they're willing to contribute,

1  then as long as they're trustworthy, that works.

2  Q.   Do Western Muslim young men figure into al Qa'ida's

3  strategy?

4  A.   Yes, they do.

5  Q.   How so?

6  A.   Al Qa'ida has found it to be in its interests to, No. 1,

7  broadcast its message in English, not just in English but in

8  fluent English, in a way that Americans and other Westerners

9  are likely to understand and for it to resonate.  Al Qa'ida has

01:29 10  found that individuals speaking broken English or having

11  subtitles, that's not as effective as having somebody who

12  actually speaks English, who's a native English speaker.  So

13  for translating that kind of stuff, having a native

14  English-speaker is very important.

15      It's also for recruitment, though.  I think this goes back

16  to something I was saying earlier, which is that al Qa'ida has

17  found that its recruits are not just people from Saudi Arabia.

18  It's not just people from Iraq.  Al Qa'ida's philosophy has

19  nothing to do really with Islam per se.  As a result, it can be

01:29 20  applicable to people all over the world.

21      And as a result, it's found that there are people who are

22  willing to join the movement, who are willing to join al

23  Qa'ida, who have never actually had contact with a group, have

24  lived barely or at not all in any Muslim country.  In some

25  cases, they are only recent converts to Islam.  The idea is

1    that these people have the same contributions that they can

2    offer, and what difference does it make what language they

3    speak or where they're from?

4    Q.   Are you familiar with a video called State of the Ummah?

5    A.   Yes.

6    Q.   I think you mentioned it earlier today.  What was it?

7    A.   State of the Ummah is otherwise known as "The Destruction

8    of the USS Cole."  It was al Qa'ida's first official video

9    recording.  It was produced by al Qa'ida's As-Sahab media wing.

01:30 10   It was released in approximately the spring of 2001.

11          MR. CHAKRAVARTY:  Can we call up Exhibit 449, the

12   screen shot, please?

13   Q.   Are you familiar with that?

14   A.   Yes.

15   Q.   What is that?

16   A.   This is a screen shot from the opening section of the

17   video, State of the Ummah, otherwise known as "The Destruction

18   of the USS Cole."

19   Q.   What does this video call for?

01:30 20   A.   This video calls for -- well, it calls for a number of

21   things.  First of all, it calls for attacks on interests

22   relating to the United States and its allies.  It calls for the

23   killing of U.S. soldiers.  And it calls for young men to travel

24   to Afghanistan to seek training at camps run by al Qa'ida.

25   Q.   What's the significance of this video to al Qa'ida?

1    A.    Number 1, it's al Qa'ida's first video recording.  It was

2    its first ever video recording.  It's one of its most enduring

3    video recordings.  It's one of its most popular video

4    recordings on Jihadi web forums even to this day.  It is the

5    only video recording ever released to feature video footage of

6    al Qa'ida's training camps pre-9/11.

7         This is actually -- many people have seen clips from this

8    on television and whatnot because it's the classic kind of

9    jungle gym footage in the mountains or desert areas of

01:31 10    Afghanistan.  And it has extensive footage of Osama bin Laden

11   and other al Qa'ida leaders, again, encouraging people, calling

12   on people, to join training camps on the Afghan-Pakistani

13   border.

14   Q.    It appears on this screen shot that there are some

15   subtitling.  Was this a translated video?

16   A.    That's correct.  In fact, the subtitle here is -- where it

17   says, "Here is Saleh Houdin (ph) Carrying His Sword," this is a

18   subtitle of a recording, an audio section, by Osama bin Laden.

19   It's Osama bin Laden speaking in the background.

01:32 20   Q.    How was this video distributed back in 2001?

21   A.    Well, this was distributed before 2001, or before

22   September 11, 2001.  The video recording was distributed in

23   specifically other ways.  I got my recording by purchasing it

24   from a Jihadi bookstore in Birmingham, in the United Kingdom.

25   I also got a second copy of it around the same time from a

1    particular radical mosque in London.  I've seen other copies of

2    it in the possession of individual Jihadists in

3    Bosnia-Herzegovina, et cetera.  But it wasn't that easy because

4    at the time it was being put out on VHS tapes.  It made it kind

5    of clunky to purchase it and whatnot.  Subsequent to 9/11, it

6    got much greater play because it was then re-released on the

7    internet on Jihadi websites.

8    Q.   Does this video remain influential?

9    A.   Again, I would say this is one of al Qa'ida's most popular

01:33 10   videos of all time.  I have -- it's my understanding that when

11   the video was first produced and played for al Qa'ida

12   operatives in Afghanistan that they were thrilled with it, that

13   that's how they vetted whether or not this would have the right

14   reaction was that they played it for al Qa'ida operatives at

15   camps in Afghanistan, and it got rave reviews.

16   Q.   What is its relationships to the scenes depicted in it

17   with contemporary videos, things that are being produced more

18   timely?

19   A.   Well, in many ways, I think you could say it was a model.

01:33 20   It was a model for a lot of media that was been produced since.

21   It was al Qa'ida's first video.  It took a long time for them

22   to produce it.  It took a lot of headaches with computer

23   software and other aspects.

24        But even then, even being that it's still kind of rough, a

25   lot of the things that you see in contemporary al Qa'ida

videos, you see in this video.  You see English subtitles.  You

see video of training camps.  You see speeches by bin Laden.

You see the use of Anasheed music.  These are all techniques

that were, I think, pioneered in videos like this and now are

commonplace in contemporary Jihadi media.

Q.    I'll shift gears now to discuss some other groups with

whom al Qa'ida apparently has a relationship.  Are you familiar

with an organization called Lashkar-e-Taiba?

A.    I am, yes.

Q.    What is that?

A.    Lashkar-e-Taiba, it means the army of the pure.  It's a

designated foreign terrorist organization in Pakistan.

Lashkar-e-Taiba began as an organization in the late 1980s

fighting against the Soviet invasion of Afghanistan.  Their

first training camp was in Kunar Province.  Shortly thereafter,

they switched their focus to fighting Indian forces in occupied

Kashmir.

      Lashkar-e-Taiba has been banned not only by the United

States Government but also by the Pakistani Government.

Nonetheless, it continues to operate in Pakistan.

Lashkar-e-Taiba has provided support for a number of different

other Jihadi groups, including the mujahideen brigade in

Bosnia-Herzegovina, including mujahideen in Chechnya.

Supposedly, there was a Lashkar-e-Taiba operative in Iraq.

Like I said, they've provided support in a number of other

1    conflicts.

2    Q.    Are you familiar with the leadership of LET?

3    A.    Yes.

4    Q.    Is LET the common abbreviation for this group?

5    A.    Lashkar-e-Taiba, yes, LET.

6    Q.    Who is the leader of that organization?

7    A.    The generally accepted leader of that organization is a

8    Pakistani cleric by the name of Hafiz Mohammed Saeed,

9    H-a-f-i-z, M-o-h-a-m-m-e-d, S-a-e-e-d.

01:35 10   Q.    Are you familiar with an organization called Jamaat al

11   Dawa?

12   A.    Yes.

13   Q.    What is that?

14   A.    After -- well, Jamaat al Dawa is the "political wing" of

15   LET.  After Lashkar was officially banned in both the U.S. and

16   Pakistan, it began operating exclusively under the name Jamaat

17   al Dawa.  However, Jamaat al Dawa itself has now been banned in

18   the United States, and I believe it's coming soon in Pakistan

19   as well.

01:36 20   Q.    Are you familiar with Al-Gama'a al-Islamiyya?

21   A.    Al-Gama' al-Islamiyya, yes.

22   Q.    What is that?

23   A.    Al-Gama'a al-Islamiyya is the Egyptian Islamic Group.

24   This is an organization that was started in the -- really, the

25   late '70s in Egypt.  It was an Islamic organization.  It's

1    generally -- the generally accepted leader of it is a cleric by

2    the name of Blind Sheikh, Omar Abdel Rahman, O-m-a-r,

3    A-b-d-e-l, R-a-h-m-a-n.  It has been named as a designated

4    foreign terrorist organization by the United States Government.

5    Q.   With respect to al Qa'ida, what relationship does AGAI

6    have?

7    A.   AGAI has two wings.  One wing has professed its interest

8    in engaging in peaceful activities and has essentially signed a

9    peace agreement with the Egyptian Government.  The other

01:37 10   faction of Al-Gama'a has gone the other way.  They have decided

11   to join al Qa'ida.  The leader of that faction -- or the then

12   -- the leader of that faction in approximately 2001 was an

13   individual by the name of Rifa Mohammed Taha, T-a-h-a,

14   otherwise known as Abu Yasser.  Again, it's one faction of the

15   organization, but, again, there are AGAI operatives who have

16   supported al Qa'ida.

17   Q.   I neglected to ask you:  With regards to LET, what's LET's

18   relationship to al Qa'ida?

19   A.   LET has provided significant support and logistical

01:37 20   assistance to al Qa'ida.  It has provided al Qa'ida with

21   recruits, including recruits from the United States.  It has

22   transported those recruits to al Qa'ida training camps in

23   Afghanistan.  It has provided assistance to al Qa'ida

24   operatives seeking safe haven inside Pakistan.  And it has

25   provided financing.  It's a variety of other different things.

```
 1    Q.    Has LET run training camps?

 2    A.    Yes.  LET operates training camps across the eastern

 3    border with Kashmir, in Pakistan.

 4    Q.    Are you familiar with the Taliban?

 5    A.    Yes.

 6    Q.    You mentioned earlier that Mullah Omar is the leader of

 7    the Taliban?

 8              MR. CARNEY:  I object and would ask to approach,

 9    please.

10    (SIDEBAR CONFERENCE AS FOLLOWS:

11              MR. CARNEY:  Your Honor, I question the relevance of

12    why we're going through all these organizations who have no

13    connection to the defendant.

14              MR. CHAKRAVARTY:  There's been several references to

15    each of these.  It's purely to explain the reference.  The

16    witness has testified about going to LET camps.

17              MR. CARNEY:  LET, I agree.

18              MR. CHAKRAVARTY:  AGAI is referred to in some of the

19    chats with regards to where the defendant -- the government's

20    argument as the reason the people who he was trying to meet in

21    Ma'rib that ran the perfume shop was affiliated with AGAI.  The

22    fact that that's a terrorist group that has connections with al

23    Qa'ida is relevant.  Again, explaining --

24              THE COURT:  Where does this fit into the government's

25    view?  Are we going to hear about this in closing?
```

1          MR. CHAKRAVARTY:  It's going to be tied together in

2     closing.

3          THE COURT:  The Egyptian branch?

4          MR. CHAKRAVARTY:  That's in the chat, your Honor.

5     We're going to put together the other piece and --

6          THE COURT:  How many more do you have?

7          MR. CHAKRAVARTY:  This is the last one.  I would say,

8     Mr. Carney has my outline.  So he knows this is my last one.

9          THE COURT:  Who is the last one?

01:40  10          MR. CHAKRAVARTY:  Mullah Omar.  This is the Taliban.

11     It's Exhibit 1.

12     .  .  .  END OF SIDEBAR CONFERENCE.)

13     Q.   Mr. Kohlmann, what's the relationship between the Taliban

14     and al Qa'ida?

15     A.   The relationship between the Taliban and al Qa'ida is that

16     the Taliban have provided sanctuary, support, safe haven,

17     supplies, material, all sorts of various forms of support to al

18     Qa'ida since approximately 1996.

19     Q.   What is the role of a training camp to al Qa'ida and other

01:41  20     related terrorist organizations?

21     A.   The purpose is to teach people what they need to know in

22     order to fight in the field.  Al Qa'ida is recruiting

23     individuals who may or may not have any prior military

24     experience, may have -- may or may not have any prior

25     experience fighting in a front line.  As a result, al Qa'ida

needs to make sure of a number of things, and other Jihadi

groups the same.  They need to make sure that, No. 1, when

someone goes on a front line, they have the requisite skills to

actually provide benefit to the organization, i.e. they know

how to use a gun, build a bomb, whatever.

Number 2, they want to make sure that that person has the

right mind-set.  They don't want to send people who are not

fully committed or that have strange religious ideas or that

don't fit in with their program out to the front line because

that's going to cause chaos.  The idea is to make sure that the

people that are going out there are going out there with the

requisite skills and mental state that they can actually

accomplish something for the organization.

Q.   Are there different types of training that are available?

A.   Yes.  Al Qa'ida itself operated a number of different

training camps in Afghanistan prior to 9/11.  And each training

camp, generally speaking, had a specialty in which it engaged.

Q.   I'm going to pull you back to after September 11, 2001.

Were there a variety of different processes which commonly

occur with regards to how to get into a training camp?

A.   Yeah.  There are a number of different ways.  It

increasingly becomes difficult after 9/11.  First of all,

finding the camps becomes difficult because of the fact that

the camps themselves are no longer in a fixed location.

They're all over the place.  They're temporary camps that are

1    set up for two or three weeks and that's it.  They're gone.  So

2    if you're not in the right place, at the right time, you could

3    miss it.

4        But, more importantly, the process through which you

5    actually reach these camps became more complicated.  Initially,

6    the idea was -- is that you would travel to a country of

7    origin, a country where they might be a camp.  You attempt to

8    find a recruiter there or seek someone who might be a Jihadist.

9    During the war in Iraq, the form of this was that people would

01:43  10   go to countries like Jordan or Syria, and they would attempt to

11   go to a radical mosque, or a mosque that they perceived as

12   radical, and would wait to speak with people who were

13   worshipping at the mosque and then try to identify somebody

14   else who might be a fellow extremist and then say, Look, I'd

15   like to join al Qa'ida.  You live in a country near where al

16   Qa'ida is active.  Can you put me in touch with them?

17   Q.   Is there a vouching process?

18   A.   There is, yes.  That's part of the problem that these

19   organizations have, is that they're recruiting people who are

01:43  20   needles in a haystack, but as a result, some of the people that

21   show up, not only are they a little bit bizarre or a little bit

22   off-key.

23       But, more importantly, it becomes very difficult for these

24   organizations to tell who is real and who might be a spy.  One

25   of the biggest problems that these organizations have had, not

1    just recently but for a very long time, is that there are a

2    number of different organizations that would like to infiltrate

3    terrorist groups and that have operatives who are capable of

4    doing that.

5         So part of this is having to vet people and say, How can

6    we know we can trust you?  One of the easiest way that we trust

7    -- that al Qa'ida can trust someone is by having somebody who

8    has references, who has somebody who you can say, I know

9    someone who is fighting with you, and he can vouch for me.  Or,

01:44 10   I know a cleric that you know very well, and he can vouch for

11   my genuine interest in this.  The idea is that there's got to

12   be something for al Qa'ida to go on or for these Jihadi groups

13   to go on in order to know that they're not picking up a CIA

14   agent.

15   Q.   Have these training facilities been located around the

16   world?

17   A.    Initially, al Qa'ida's main training camps were located on

18   the Afghan-Pakistani border.  But, really, for many years,

19   there have been subsidiary training camps all over the place.

01:44 20   There have been training camps in countries including

21   Bosnia-Herzegovina, Chechnya, the Philippines, Somalia, Sudan,

22   Algeria, Mauritania, Iraq, Yemen, Saudi Arabia, Jordan, Syria,

23   Indonesia.  Almost every country where there's a significant al

24   Qa'ida presence, there has been at least a temporary training

25   camp established.  Again, this is not any great secret because

very frequently these camps are actually filmed.  They're

recorded by the organizations they host them in order to

advertise the fact that, look, there's training camps available

everywhere.  So you don't have an excuse not to go.

Q.    Who runs these camps?

A.    The camps are either run by al Qa'ida itself.

Occasionally they're run by al Qa'ida affiliate groups, al

Qa'ida supporter groups.  Again, Lashkar-e-Taiba has its own

camps.  Shabaab, the Shabaab movement in Somalia has its own

01:45 camps.  But, generally speaking, the regiment at these camps,

it differs a little bit from here to there.  But, generally

speaking, the regiment is more or less the same.

Q.    Does al Qa'ida and other related groups -- do they target

certain groups of people for training?

A.    Yes.  They primarily target young Muslim men.  Most

Salafi-Jihadis -- most people from the Salafi-Jihadi subsect

believe that women should not be involved in physical combat.

So women are generally not encouraged to participate in violent

-- in actually physical violence.

01:46     As a result, that means you're talking about men.  Their

generally looking for people that are younger, who are capable

of running, doing callisthenics, who aren't going to be a

burden to the cause.  So that means, generally speaking, under

the age of 40, and they're looking for people that are

sophisticated enough that they're going to survive to

1    accomplish something.

2    Q.   What's the significance to these groups of an individual

3    traveling from the West to obtain training?

4    A.   Well, in that case, there are a number of different

5    services that someone like that could provide.  First of all,

6    for many of these Jihadi groups, as hard it may be to be

7    believed by some, one of the most prolific sources of financing

8    that these groups have are donors here inside of the United

9    States:  exiles.

01:47 10      So as a result, if you can get somebody who has contacts

11    back in the U.S., particularly someone who has Jihadi contacts

12    by the U.S., the idea is, is these people are more likely to

13    have disposable income than people in Afghanistan or Iraq,

14    which means that they're more likely to be able to contribute

15    money, which is meaningful to al Qa'ida.

16      Number 2, there's the idea that people coming from the

17    United States have -- or other Western countries, for that

18    matter, have a particular skill set that operatives from

19    Afghanistan and Iraq might not have.  People that come from the

01:47 20    U.S. and the U.K. tend to have higher levels of education.

21    They tend to have very specific skills:  engineers, doctors, et

22    cetera.  Al Qa'ida, for a while, was very interested in getting

23    doctors, Western-trained doctors to come and volunteer because

24    it needed medical assistance.  The idea being that there are --

25    again, there are skill sets that are available among those kind

1    of recruits that are very difficult to get elsewhere.

2         Then there's the language familiarity, the technology

3    familiarity, the idea that these people understand modern

4    technology, that they are more likely to speak more than one

5    language.  They can broaden their propaganda appeal and their

6    reach.  So very frequently, Western nationals are featured in

7    Jihadi media, and they're being advertised as being

8    "al-Amriki," the American, or "al-Britani," the British,

9    because the idea -- again, these groups really do want to put

01:48 10   out there that we are taking in Western nationals and they're

11   joining us and that makes us sophisticated.

12   Q.   How easy is it for Western nationals to get into these

13   camps?

14   A.   It can be very difficult.  It used to be easier.

15   Nowadays, it can be exceptionally difficult.  First of all,

16   most governments in the regions where these camps were

17   operating, No. 1, don't want Jihadi activity in their

18   countries; No. 2, are specifically looking for people who are

19   arriving there who don't fit or who stand out in a bad way,

01:49 20   somebody who shows up with a very, very long beard, somebody

21   who shows up with combat gear or camouflage stuff in their

22   backpack, somebody who's coming from a Western country and

23   doesn't have a good reason for being in a particular place.

24        A large number of people, a large number of Westerners,

25   have been arrested in Pakistan on that basis, on the fact that

1    they didn't seem to have any legitimate purpose in being there

2    other than to try to join al Qa'ida.

3         So, yeah, it can be very challenging.  And, again, the

4    other thing is that these organizations tend to be very

5    suspicious, at least in the beginning, of individuals from the

6    United States and from the U.K. who are looking to join their

7    groups because the first thought in their mind is:  Is this

8    person a spy?

9    Q.    Let's shift gears now to some people who the jury has

01:49 10   heard about over the last several weeks.  You've mentioned some

11   of them over the last couple of days.

12              MR. CHAKRAVARTY:  Call up Exhibit 63.

13   Q.    Do you know who this person is?

14   A.    Yes.

15   Q.    Who is that?

16   A.    This is Sheikh Abdullah Yusuf Azzam.  He is widely known

17   as the godfather of Jihad of the 20th Century, and he is the

18   founder of the Arab-Afghan movement during the 1980s in

19   Afghanistan.  He was once a mentor to Osama bin Laden.

01:50 20   Q.    What's his influence on today's Jihad?

21   A.    Well, despite the fact that Azzam may have actually been

22   murdered by fellow Jihadis, Azzam's ideas, his philosophy,

23   continues to be promoted actively by al Qa'ida and its

24   affiliates.  Very frequently, you'll see video clips --

25   selected video clips of Abdullah Azzam that are featured in

1  contemporary Jihadi videos in order to provide religious or

2  moral justification for what's going on.

3  Q.   Is that a theme throughout al Qa'ida and related terrorist

4  groups:  media religious justification?

5  A.   Yeah, very frequently.  Again, you know, even though its

6  operating philosophy is really Jihad, not Islam, these groups

7  really do believe that they are best off recruiting religious

8  individuals who know something about the faith and who are

9  willing to be faithful to this organization.

01:51 10          MR. CHAKRAVARTY:  Can we call up Exhibit 780A -- B,

11  sorry.  And C.

12  Q.   Are you familiar with that?

13  A.   Yes.

14  Q.   What is that?

15  A.   This right here is what's known as a Windows help file,

16  which is sometimes used to publish documents, like kind of like

17  an Adobe pdf file.  In this case, this is a compendium of

18  Issues 1 through 29 of the official magazine of al Qa'ida in

19  Saudi Arabia, the former official magazine, known as The Voice

01:52 20  of Jihad, or Sawt al-Jihad, S-a-w-t, a-l, J-i-h-a-d.

21  Q.   Who is the editor of that magazine?

22  A.   The editor of the magazine, again, is Esa al-Awshin.

23          MR. CHAKRAVARTY:  Can we go to 779C?

24  Q.   Are you familiar with that?

25  A.   Yes.

1   Q.   What is that?

2   A.   This is also a Windows help file that's been designed as,

3   like, a compendium document.  In this case, this is the

4   compiled works of Shaykh Yusuf al-Uyayri, the founder of al

5   Qa'ida in Saudi Arabia.  This is all of his various books and

6   treatises and essays, et cetera.

7   Q.   Who was -- you mentioned he is the founder of the

8   organization.  But what significance does he have to the

9   organization?

01:53 10   A.   He's considered to be one of its leaders -- or he was

11   considered to be one of its leading lights.  He was a big

12   proponent of self-radicalization, of self-recruitment.  He also

13   is generally credited to be the first person to put al Qa'ida

14   on the internet.

15   Q.   You see references to Mr. al-Uyayri on the computer that

16   you were given?

17   A.   Yes, I did.

18        MR. CHAKRAVARTY:  Can we go to Exhibit 348?

19   Q.   This is an email from the defendant to several people --

01:53 20   from Tarek Mehanna to several individuals.  It says, "as-Salamu

21   alaykum:  Anwar al-Awlaqi does a 6-part explanation of Shaykh

22   Yusuf al-Uyayri's 'Thawabit Ala Darb al-Jihad'."  Are you

23   familiar with that document?

24   A.   Yes.

25   Q.   What is it?

A.    Thawabit Ala Darb al-Jihad is -- in English is known as
"Constants in the Path of Jihad."  This was originally a book,
or a treatise, that was written by Yusuf al-Uyayri and
published, I believe, first in 2003.  The idea behind Constants
in the Path of Jihad was that al-Uyayri was instructing
individuals who might be supporting al Qa'ida that it doesn't
matter what country you live in.  It doesn't matter what your
background is.  It doesn't matter what language you speak.  The
constant is, is that if you believe in Jihad, if you believe in
the concept of violent Jihad, of violent holy struggle, then it
is your obligation to engage in that obligation regardless of
where you live or what the obstacles are in your path.  In
other words, it doesn't matter whether you haven't made contact
with al Qa'ida.  You're still obliged to do everything in your
power, even in your own backyard, to support violent Jihad.

Q.    At the beginning of this it says, "Anwar al-Awlaki does a
six part explanation."  Who is Anwar al-Awlaki?

A.    Anwar al-Awlaki is a now deceased Yemeni-American cleric
who was killed in a drone strike on September 30, 2001.

        MR. CHAKRAVARTY:  Call up Exhibit 334.

Q.    Who is that that?

A.    That is Shaykh Anwar al-Awlaki.

Q.    Are you familiar with Abu Musab al-Zarqawi?

A.    Yes.

Q.    Who is he?

```
1    A.    Shaykh Abu Musab al-Zarqawi is the now deceased leader and
2    founder of the Tawheed wal-Jihad movement, later becoming al
3    Qa'ida in Iraq.
4    Q.    Do you remember when he died?
5    A.    He died, I believe, in June of 2006.
6    Q.    Did he have any nicknames?
7    A.    He did.
8    Q.    Do you remember them?
9    A.    Yes.  He was known as -- or popularly known on Jihadi web
10   forums as the Shaykh of the Slaughterers.
11   Q.    His name, Zarqawi, does that have an English
12   transliteration, I guess?
13   A.    Yes.  Again, the form of the kunya is the back end tells
14   you where somebody is.  So al-Zarqawi means from Zarqa.  Zarqa
15   is a town in Jordan.
16   Q.    Does al-Zarqa mean something in Arabic?
17   A.    Yes.  Al-Zarqa means blue, the color blue.
18   Q.    You mentioned Shaykh of the Slaughterers.  How did he
19   develop that nickname?
20   A.    Abu Musab al-Zarqawi became infamous, particularly on
21   Jihadi web forums, although I think also in a greater context,
22   because of the fact that he began to be featured in video clips
23   published on the internet in 2004 and 2005 showing him
24   personally executing Western hostages, beheading them.  And the
25   videos were very, very graphic.  They were a new development.
```

1    There really hadn't been too many videos like that previously.

2         And the idea that Zarqawi himself was willing to get

3    personally involved in murdering hostages and then distributing

4    that on the internet, that made him very popular among a

5    certain section of Jihadi extremists, and as a result, they

6    began -- they gave him the honorific title, the Shaykh of the

7    Slaughterers.

8    Q.   Are you familiar with Abu Anas al-Shami?

9    A.   Yes.

01:57 10   Q.   Who was he?

11   A.   Abu Anas al-Shami was at one time the deputy commander of

12   the Tawheed wal-Jihad movement, later becoming al Qa'ida in

13   Iraq.  Abu Anas was a close associate of Abu Musab al-Zarqawi,

14   was a very, very important leader, helped organize a training

15   camp in Rawa, in Western Iraq, in 2003.  He was a very

16   important strategic thinker and logistical organizer on behalf

17   of al Qa'ida in Iraq.  He was eventually killed in a missile

18   strike in late 2004 near Baghdad, actually near Abu Ghraib

19   prison.

01:58 20        MR. CHAKRAVARTY:  Call up 348 again.  Sorry.

21   Q.   We just saw this a second ago.  There's a name here:

22   Ibnul Khattab.  Who is Ibnul Khattab?

23   A.   Ibnul Khattab, there's two meanings for that.  Of course,

24   there 's someone from Islamic liturgy that goes way back.  But

25   the contemporary meaning for Ibnul Khattab, or the contemporary

significance, would be a Saudi national by the name of Samir

al-Suwailem, S-u-w-a-i-l-e-m.  Samir al-Suwailem, at age 18,

was supposed to go to an American high school.  Instead, went

to Afghanistan to fight with the mujahideen.  Fought alongside

Osama bin Laden at the battle of the Lion's Den.  In

approximately 1987, became very famous as a result of his

exploits in Afghanistan.  Following the end of the

Soviet-Afghan war, Ibnul Khattab, otherwise known as Suwailem,

traveled on to a variety of other conflicts, including

Tajikistan, and then later to Chechnya, where he waged a

guerilla war against the Russian army.  He was accused by the

Russians of also carrying out apartment bombings and other

terrorist attacks in Moscow and Russia Proper between

approximately 1998 and 2007 -- or 2002, excuse me.

MR. CHAKRAVARTY:  Exhibit 350.

Q.   This email is signed by Abu Hafs al-Misri.  Are you

familiar with Abu Hafs al-Misri?

A.   Yes.

Q.   Who is Abu Hafs al-Misri?

A.   Abu Hafs al-Misri, his real name was Mohammed Atef,

A-t-e-f.  He is now deceased.  He was killed in November of

2001 in a Hellfire missile strike near Kandahar, Afghanistan.

Abu Hafs al-Misri has been the -- or was the head of al

Qa'ida's military wing between the years of approximately 1996

and 2001.  He was an Egyptian national, I believe a former

1    policeman, and was exceptionally influential in al Qa'ida's

2    military operations, personally participated in a number of al

3    Qa'ida's more famous missions, including the mission to Somalia

4    in 1993.

5    Q.   There's a name and a link on a website here.  The name is

6    Daniel Pearl.  Who is he?

7    A.   Daniel Pearl was a Wall Street Journal reporter who went

8    to Pakistan, I believe, in 2002 to try to research information

9    about the 9/11 terrorist attacks and Khalid Sheikh Mohammed,

02:00 10   the mastermind of those attacks.  Mr. Pearl was kidnapped and

11   subsequently beheaded on camera.  And I believe Mr. Sheikh

12   Mohammed has since acknowledged -- or at least has claimed that

13   he was the individual who beheaded Mr. Pearl.

14   Q.   Are you familiar with this website, movies.ogrish.com?

15   A.   Yes, I am.

16   Q.   What kind of website is that?

17   A.   Well, in the common vernacular, this website would be

18   described as a snuff film website.  It's an -- as off-putting

19   as that may sound, it's a video site for video recordings of

02:01 20   people being killed, people being tortured, people being

21   murdered.  And this is a one-stop shopping place for that kind

22   of material.

23   Q.   On the topic, are you familiar with Nicholas Berg?

24   A.   Yes.

25   Q.   Who was he?

A.   Nicholas Berg was an American contractor, a businessman,
who traveled to Iraq, I believe in late 2003, with the idea of
trying to get involved in commercial contracts there.  Mr. Berg
was kidnapped in May of 2004 by al Qa'ida in Iraq.  Shortly
thereafter, within days of his kidnapping, Mr. Berg was
featured in a video clip that was disseminated on the internet
by al Qa'ida in Iraq.  The video clip showed Abu Musab
al-Zarqawi, the leader of al Qa'ida in Iraq, personally
beheading Mr. Berg with a machete.

02:02  Q.   Did you see images of Mr. Berg on the computer we sent
you?

A.   I believe I did, yes.

Q.   Are you familiar with Paul Johnson?

A.   Yes.

Q.   Who is he?

A.   Paul Johnson was a contract worker on behalf of Lockheed
Martin, who was working in the Kingdom of Saudi Arabia, in
Riyadh.  In June of 2004 -- I believe June 2004, he was
kidnapped while traveling on the road to Riyadh's international

02:02  airport.  He was kidnapped by al Qa'ida's network in Saudi
Arabia.  Within a few short days of his kidnapping -- there was
first images and a video of Mr. Johnson begging for his life.
Within a day or two of that, there was a second video recording
released by al Qa'ida in Saudi Arabia showing the then leader
of al Qa'ida in Saudi Arabia, Abdel Aziz al-Muqrin, A-b-d-e-l,

1    A-z-i-z, a-l, M-u-q-r-i-n, following in the footsteps of

2    Zarqawi and personally executing Mr. Johnson by beheading him

3    with a machete.

4            MR. CHAKRAVARTY:  Your Honor, I probably have a half

5    hour more.

6            THE COURT:  We'll take the morning recess at this

7    point.

8    (Recess taken at 11:00 a.m.)

9            (After the recess:)

02:24 10          THE CLERK:  All rise for the Court and the jury.

11            (The Court and jury enter the courtroom at 11:23 a.m.)

12            THE CLERK:  Please be seated.

13            THE COURT:  Go ahead.

14   BY MR. CHAKRAVARTY:

15   Q.   Mr. Kohlmann, who are the figures that al Qa'ida looks to

16   for the ideology underpinning of their movement?

17   A.   Primarily, they look to a series of Salafi clerics,

18   individuals who promote at least similar religious ideas to

19   them, if not similar ideas about the concept of jihad.

02:26 20   Q.   Is there a particular jihadist ideological spectrum within

21   which al Qa'ida inhabits?

22   A.   Yes, there is.  Again, I mean, there are individuals who

23   are even more radical than al Qa'ida -- I think I discussed

24   this -- the Khawarij, the Takfiris who would be represented by

25   a group like the Algerian Armed Islamic Group.  Al Qa'ida is

1   fairly far out there on the ideological extreme; however, they

2   do distinguish themselves from Takfiris or the Khawarij.  And

3   then on the more -- as you go toward less radical, you get to

4   Muslim Brotherhood, et cetera, et cetera.

5   Q.   Let's talk a little bit about security measures.  Have you

6   observed codes in online communications?

7   A.   Yes.

8   Q.   What's the use of codes?

9   A.   The use of codes is a -- the idea is to -- logistical

02:27 10   subterfuge.  The idea is to try to prevent outside prying eyes

11   from looking at what are supposed to be sensitive

12   conversations.  In reality, in practical use, codes can consist

13   of anything from the use of encryption technology -- there's a

14   program out there, free program, called Asrar al-Mujahiden,

15   A-S-R-A-R A-L - M-U-J-A-H-I-D-E-N, which is a commercial

16   encryption package that's designed specifically for jihadists

17   to use.  There's also simple language coding:  substituting

18   words.  Instead of saying the word "jihad," just put a "J" and

19   an asterisk or a "J" and a dash meaning that, you know, we all

02:28 20   know what -- the word that you're referring to, but don't put

21   that word because it might set off alarm bells if somebody at

22   the National Security Agency is scanning through emails.

23   Q.   And is it common amongst al Qa'ida and other terrorist

24   groups to use these kinds of substitutions?

25   A.   Yes.  Among jihadi extremists in general it is very common

1    on the internet to use language substitutions:  to take words

2    out, to put asterisks, to use other kind of humorous

3    substitutions that anyone would know the meaning to if -- from

4    the world of violent jihad, but outsiders might have a

5    difficulty with interpreting; and more specifically, automated

6    search tools would be unlikely to flag as a radical

7    conversation.

8            MR. CHAKRAVARTY:  May I call up Exhibit 549, please?

9    Page 2?

02:29 10   Q.   Now, in this chat, for example, there's a reference to

11   this phrase:  "Can you bring a video camera to photograph

12   weddings?"  And then, "Anything you can provide to increase the

13   working capital to obtain a higher artistic level."  Does that

14   have any significance to you with regards to whether there

15   are -- there's any -- with regards to codes, I guess?

16   A.   Well, "weddings" is -- actually, the word "wedding" is one

17   of the most frequently coded -- or used in terms of coding by

18   jihad extremists, by al Qa'ida.  It doesn't have to mean this,

19   but very frequently it does mean -- it's a code that refers to

02:30 20   martyrdom, or martyrdom operation.

21        The idea behind this is that someone who's engaging in a

22   martyrdom operation, they're expected to then wed the 72

23   virgins in paradise, the Hoor al-Ayn, H-O-O-R A-L - A-Y-N.  The

24   idea is you're getting married.  It's a wedding.  So the word

25   that has -- al Qa'ida frequently uses to refer to martyrdom

1   operations is "wedding."

2   Q.   In reference to the Hoor al-Ayn story, you mentioned the

3   word "72."  Have you seen that as well?

4   A.   Yeah.  I mean, it's a very basic part of Islamic liturgy

5   and it's obviously very familiar amongst jihadis, the idea that

6   those who are martyred in the cause of Islam, those who become

7   shahid, the reward in the afterlife is supposed to be the 72

8   virgins of afterlife, the Hoor al-Ayn.

9        MR. CHAKRAVARTY:  Can you call up Exhibit 778, please?

02:31 10   Next page, please?

11   Q.   In this portion of -- it says, "I went for an interview

12   and was rejected by that company and sent back because I had no

13   references to vouch for me."  Does that have any -- the word

14   "interview" and "company" have any significance to you?

15   A.   Yeah.  "Company" or "corporation" are -- again, like the

16   word "wedding," it's often used as a language substitution by

17   jihadis to refer to a jihadi organization; i.e., al Qa'ida, Al

18   Shabaab.  An outfit, an organization that actually is,

19   quote/unquote, hiring people to join in jihad.

02:32 20   Q.   Are you familiar with the role of proxies?

21   A.   Yes.

22   Q.   What is a proxy?

23   A.   A proxy is an internet website which allows you to filter

24   material -- if you're trying to act as a third website and you

25   access that site, that site knows you've been visiting there.

1    It can see your internet protocol address.  So in other words,

2    it knows that someone from your service has been accessing the

3    site.  Now, when it comes to jihadi websites, most people are

4    not too happy about accessing those sites directly because they

5    don't want their internet protocol address, their identity on

6    the internet, out as visiting a jihadi website.

7        So the idea behind a proxy is that a proxy channels all of

8    your traffic through a third computer, a third anonymous

9    computer.  And what that does is if anyone at this end tries

02:32 10   looking at who is visiting the site, they're going to get some

11   nonsense computer somewhere out there in Sweden or Switzerland

12   or China instead of the actual person who's accessing the

13   website.  So in other words, it's a very basic form of

14   anonymizing your internet connection.

15   Q.   What other types of internet security are used on the

16   online social networking sites?

17   A.   They also use things like tor, which is a form of proxy.

18   It's basically a little plug-in that you can put in your

19   browser for free -- it's very easy to download -- and it allows

02:33 20   you to access these sites, again by channeling all of your

21   traffic through lots of other computers on the internet.

22   There's a variety of different methods for this, but they all

23   basically involve the idea of obfuscating your origin location.

24   Q.   Do jihad websites exercise any internet security?

25   A.   Yes.  Number one, they require a log-in and password on

many of the social networking forums that exist today.  Getting

a log-in or a password is not necessarily so easy.  They only

open up registration for very short periods of time, and in

some cases, you actually have to have a referral.  You have to

have somebody who can vouch for you on the forum and say,

"Yeah, let's make him a member."

    In addition, there are some forums where if you don't

participate enough times per month or per year, if you don't

post enough messages, they'll remove your account because

you're considered to be a potential spy.

Q.   And you described earlier this game of whack-a-mole of

different locations on the internet where these sites pop up.

Is that --

A.   That's correct.  There's a constant hunt for these sites,

yes.

Q.   What phenomenon is that?  Is that the mirroring of

sites --

A.   Yes, exactly.  There's a constant hunt for the mirror.

It's kind of like a shell game.  It's constantly trying to

figure out what are the mirrors or what are the original

websites.  And when the original websites get shut down, it's

kind of up to the mirrors to carry on that mission.

Q.   Okay.  I'm going to now ask about several different

countries or regions and describe questions about -- ask

questions about their relationship with these terrorist

1   organizations.  Specifically, let's start with Saudi Arabia.

2   What is Saudi Arabia's historical relationship with al Qa'ida?

3   A.   Well, al Qa'ida -- or Saudi Arabia, the Kingdom of

4   Saudi Arabia, is home to many al Qa'ida operatives.  It's the

5   country origin for many al Qa'ida operatives, including

6   Osama bin Laden.  It certainly is featured fairly high up on

7   the list of al Qa'ida priorities.  The presence of U.S. troops

8   in Saudi Arabia, along with the government in Saudi Arabia, the

9   king and his family, are anathema to al Qa'ida and its

02:35 10  leadership.  They view that the government should be

11   overthrown.

12   Q.   And you described Friday the presence of U.S. troops

13   there.  Are they still there today?

14   A.   There are remaining U.S. troops in Saudi Arabia; however,

15   at this point most U.S. soldiers are deployed in neighboring

16   countries.

17   Q.   Have there been acts of violence against U.S. troops in

18   Saudi Arabia?

19   A.   Yes, there have.

02:35 20  Q.   Do you know whether there's an extradition treaty with

21   Saudi Arabia?

22   A.   I believe there is not.

23   Q.   With the United States, I should say.

24   A.   Yes, with the United States.  I don't believe there's any

25   extradition treaty with -- between the United States.

1          MR. CARNEY:  I'm going to object.  I'm going to ask to

2     approach.

3          THE COURT:  All right.

4          (Discussion at sidebar and out of the hearing of the

5     jury:)

6          MR. CARNEY:  I object for a couple of reasons:  Number

7     one, we were not given any notice of this in his report

8     regarding Saudi Arabia and an extradition treaty, or anything

9     to that sort, to my mind.  Number two, it's beyond his area of

02:36 10    expertise to talk about extradition treaties.  So on both of

11    those grounds, I move to strike any comment on whether the

12    United States has an extradition treaty with Saudi Arabia.

13         MS. BASSIL:  I also want to add there's an implication

14    here our client was going to Saudi Arabia to work for a

15    legitimate job.  And there's an implication or inference that

16    somehow he was going there and he couldn't be extradited back.

17    This is unfair, it's sneaky, and it's not probative.

18         MR. CARNEY:  I rest on my first two objections.

19         MR. CHAKRAVARTY:  I'm not sure this is expert

02:37 20    testimony at all, your Honor.  It's the fact -- your Honor can

21    take judicial notice of the fact whether there's an extradition

22    treaty.  I didn't seek to characterize this --

23         THE COURT:  What's the --

24         MR. CHAKRAVARTY:  -- to preempt them from making their

25    argument in their case with regards to the legitimate purposes

1    for his traveling to Saudi Arabia back in --

2              THE COURT:  No.

3              MR. CHAKRAVARTY:  If he did go, it would have

4    obviously -- and this is just a neutral fact.  As I said, the

5    next question was going to be if he was aware if there was an

6    extradition treaty with Syria, which is where Abousamra went.

7              MR. CARNEY:  No notice nor basis for this.  And, yes,

8    the government wants to raise this inference, but it's grossly

9    unfair to give us notice of this --

02:38 10             THE COURT:  Well, I think -- what about the notice

11   aspect?

12             MR. CHAKRAVARTY:  The notice?  We did not give notice,

13   your Honor, but, your Honor --

14             THE COURT:  I see.  You say it's non-expert?

15             MR. CHAKRAVARTY:  Exactly.  He happens to know, just

16   like any FBI agent happens to know, "Oh, yeah, there's no

17   extradition treaty."

18             MR. CARNEY:  I have been in business 33 years.  I

19   never knew there wasn't an extradition treaty with

02:38 20   Saudi Arabia.

21             THE COURT:  Maybe you haven't been paying attention.

22             MR. CARNEY:  Maybe that makes me an idiot.  But to

23   suggest something the Court could take judicial notice of,

24   that's absolutely not true.

25             THE COURT:  I'm not so sure about that.  I'm not so

```
  1    sure that -- the reason that you might trust his testimony as
  2    to whether there was or wasn't was because he's shown some
  3    level of expertise.  So I think it probably does fall -- I
  4    think on the notice ground I would exclude it.
  5           MS. BASSIL:  Thank you.
  6           MR. CHAKRAVARTY:  On that issue, can we ask for
  7    judicial notice of those two facts?
  8           MS. BASSIL:  I believe you have to give notice if
  9    you're requesting judicial notice, in writing before the trial
02:39 10   starts.
  11          THE COURT:  I don't know.  We'll leave that to the
  12   day.
  13          MR. CARNEY:  May the testimony be stricken, please?
  14          THE COURT:  He asked and he said yes, or something
  15   like that, or he didn't believe there was one.
  16          MR. CARNEY:  And then I objected.
  17          THE COURT:  Okay.
  18          (In open court:)
  19          THE COURT:  Jurors, the objection to the question
02:39 20   about a treaty is sustained.  The answer is stricken.  You're
  21   to disregard it.
  22   BY MR. CHAKRAVARTY:
  23   Q.   Let's go next to Afghanistan.  You've written about this;
  24   you've talked a bit about it on Friday.  I want to draw your
  25   attention to the period after the Soviets had left Afghanistan
```

1  and after the civil war.  What was the al Qa'ida relationship

2  with Afghanistan at that point?

3  A.   At that point al Qa'ida had a very serious problem because

4  the war that was taking place -- the civil war in Afghanistan

5  was pitting different Afghan Mujahideen factions against each

6  other.  So the same people that had before provided safeguard

7  and sanctuary to the foreign fighters that were part of

8  al Qa'ida were now killing each other.  So it was no longer

9  safe.  At that point in time al Qa'ida was forced to move its

02:40 10  operations, first over the border into Pakistan, and then once

11  the Pakistanis cracked down on what was going on there, they

12  had to move on to Sudan.

13  Q.   And where did they go as they scattered from Afghanistan?

14  A.   They went -- I mean, Sudan was the main base of

15  operations.  But at that point al Qa'ida fighters had the idea

16  of starting basically a safari of armed jihad around the world.

17  So different fighters that had experience fighting in

18  Afghanistan went to a variety of conflicts, everything from the

19  Philippines to Tajikistan, Chechnya, Bosnia to -Govina, North

02:41 20  Africa, Somalia.  They went all over the place, the idea being

21  that this was supposed to be the expansive part of jihad; the

22  idea that jihad was expanding all over the world.

23  Q.   At some point did fighters return to Afghanistan?

24  A.   Yeah.  In approximately 1996 al Qa'ida reached an

25  agreement with the Taliban, negotiated by Abu Hafs al-Masri,

1    and as a result, the main body of al Qa'ida fighters returned

2    to Afghanistan in approximately 1996-1997.

3    Q.    Let's turn to Iraq.  What's the historical relationship

4    between al Qa'ida and Iraq?

5    A.    Well, al Qa'ida didn't really have much of a presence in

6    Iraq at all until about 2003.  Following the U.S. invasion of

7    Afghanistan in 2003, Abu Mus'ab al-Zarqawi and a host of his

8    cohorts, including Abu Anas al-Shami, traveled over across the

9    border from Syria and Jordan into Iraq with the idea of

02:42 10   starting up an al Qa'ida faction there in order to fight

11   against U.S. forces.

12   Q.    And I draw your attention specifically to 2004.  Are you

13   familiar with the city of Fallujah?

14   A.    Yes.

15   Q.    What was happening in the city of Fallujah in the spring

16   to the summer of 2004?

17   A.    Following an incident that took place in Fallujah where

18   several western contractors were killed by an angry mob, there

19   was a siege put in place around Fallujah.  The U.S. military,

02:42 20   the U.S. Marines, surrounded Fallujah, and Fallujah became

21   somewhat of a laboratory for al Qa'ida and other jihadi groups

22   who had free reign in the city for several months during the

23   summer of 2004.  At the time al Qa'ida set up a major base of

24   operations there, as did other Sunni insurgent groups, and it

25   became a very active point of resistance against the U.S.

1    government -- or the U.S. military and against the Iraqi

2    government.

3    Q.   What was the role of foreign fighters in supporting

4    al Qa'ida in Iraq?

5    A.   Foreign fighters were an essential part of -- and remain

6    an essential part of al Qa'ida in Iraq.  Though technically it

7    is an al Qa'ida faction in Iraq, most of its senior leadership

8    and many of its fighters are non-Iraqi origin.  Obviously, Abu

9    Mus'ab al-Zarqawi, Jordanian; Abu Anas al-Shami, Jordanian;

02:43 10   many Saudis, Egyptians and others have taken the

11   role -- leadership roles in al Qa'ida and Iraq.  And the

12   majority -- the lion's share of suicide bombers who blew

13   themselves up in Iraq over the last approximately ten years

14   have been non-Iraqi origin:  Saudi, Yemenese, Kuwaitis and

15   others.

16   Q.   Let's go to Yemen.  What's al Qa'ida's relationship with

17   Yemen?

18   A.   In the late 1980s when the Soviet-Afghan war ended, Yemen

19   was one of the very few countries in the Middle East that was

02:44 20   actively welcoming Arab-Afghan veterans, foreign fighters who

21   had fought in Afghanistan.  Most Middle Eastern countries,

22   these people were no longer allowed in, they were considered to

23   be extremists and they were told, "You're persona non-grata."

24        Yemen was welcoming these individuals in.  And, in fact,

25   during the early 1990s returning Arab-Afghan veterans played a

key role in supporting the government of North Yemen against

the secession movement in the south -- they actually fought

alongside the government against southern secessionists, and as

a result, they were given sanctuary and safe haven in Yemen,

particularly, Egyptian jihadists, people from the Egyptian

Islamic group al Gama'a al-Islamiyya, and from the Egyptian

jihad group, al-Jihad.

Q.   What was Osama bin Laden's relationship with Yemen?

A.   Osama bin Laden is a Saudi national -- or was a Saudi

national -- but his family claims an ancestral origin in Yemen,

again, from the Hadramawt region, H-A-D-R-A-M-A-W-T.  This is

where he considers himself to be from.  He -- bin laden

surrounded himself with Yemenese bodyguards from the Hadramawt,

and Yemenese have played a very, very important role in

al Qa'ida since its inception.

Q.   Was there an al Qa'ida presence in Yemen before 9/11?

A.   Yes.

Q.   Was there an al Qa'ida presence in Yemen after 9/11?

A.   Yes.

Q.   Are you familiar with Anwar al-Awlaki's relationship with

Yemen?

A.   Yes.

Q.   What is that?

A.   Anwar al-Awlaki, again, is a -- was a Yemeni-American

cleric.  His father was, I believe, the minister of agriculture

1    in Yemen at one point.  Al-Awlaki has been back in Yemen since

2    approximately 2007, spent a year in prison in Yemen as a result

3    of his involvement in al Qa'ida activities.  Subsequent to his

4    release, Mr. al-Awlaki joined al Qa'ida in the Arabian

5    Peninsula, al Qa'ida's network in Yemen, and began speaking and

6    recruiting on their behalf.

7    Q.   We saw one of the documents he had talked about.  Are you

8    familiar with "45 Ways to Make Jihad"?

9    A.   I think you're referring to "44 Ways."

02:46 10   Q.   "44 Ways."

11   A.   Yes.  Yes.  I am, yes.

12   Q.   What is that?

13   A.   "44 Ways of Serving and Participating in Jihad," or "44

14   Ways of Supporting Jihad," is a document that was written by

15   Shaykh Anwar al-Awlaki.  It was published on his official

16   website in approximately 2008.  "44 Ways" was essentially a

17   retooling of the original "39 Ways to Serve and Participate in

18   Jihad," the one that had been written by Yusuf al-Uyayri, the

19   founder of al Qa'ida in Saudi Arabia.  The idea was that

02:46 20   Mr. Al-Awlaki felt that this document had value and that it

21   should be presented in English, and he also came up with an

22   additional five ways to add to the original 39.  So he

23   rereleased this document, a translated version of this

24   document, in English with an additional five ways that one

25   could support jihad.  But in most respects the document was

almost identical to the original "39 Ways to Serve and

Participate in Jihad."

Q.   Turning to Somalia now, explain the history of Somalia

with al Qa'ida or al Qa'ida-related groups.

A.   Starting in the early 1990s when U.S. forces arrived in

Somalia to try to ensure the safety of humanitarian operations

there, al Qa'ida perceived that this was an effort by the

United States to colonize the Muslim world.  At that point

al Qa'ida made the decision that it was going to be actively

involved in attempting to fight U.S. forces in East Africa.

Led by the military commander -- then military commander of

al Qa'ida Abu Hafs al-Masri, al Qa'ida sent a delegation --

actually, multiple delegations -- to Somalia in order to train

local Somalis on how to fight U.S. forces and -- in order to

directly participate in combat against U.S. and U.N. forces in

southern Somalia.

     Though the role that al Qa'ida played has sometimes been

contested, it is without a doubt that there were al Qa'ida

operatives there and that they were in contact with Somalia

jihadists and that they were attempting to start some kind of

local al Qa'ida faction.

          MR. CHAKRAVARTY:  Call up Exhibit 452A?

Q.   Do you recognize this man?

A.   Yes.

Q.   Who is he?

1    A.    This is an individual whose real name is Omar Hamammi,

2    O-M-A-R H-A-M-M-A-M-I.   He's better known as Abu Mansour, A-B-U

3    M-A-N-S-O-U-R, the American Abu Mansour Amriki, A-M-R-I-K-I.

4    Mr. Hamammi is considered to be now a field commander with the

5    Shabaab movement, S-H-A-B-A-A-B, movement in Somalia, which is

6    al Qa'ida's regional affiliate in the Horn of Africa.

7    Q.    A question about Pakistan.   Are you familiar with

8    Peshawar, Pakistan?

9    A.    Yes.

02:49 10   Q.    What role does Peshawar, Pakistan -- what did it

11   historically have and what does it have in modern, contemporary

12   society with regards to fighting jihad?

13   A.    Sure.   Peshawar is one of Pakistan's largest cities that

14   sits right on the Afghan-Pakistani border.   During the 1980s it

15   became known as the "Gateway to Jihad" because it was the major

16   point through which most of the money, weapons and other

17   support that was going to -- and recruits, for that matter,

18   that were going to the Afghan jihad, that's where it was all

19   being channeled through.   These days there are other channels,

02:49 20   but Peshawar remains a major activity -- major source of

21   activity by al Qa'ida, the Pakistani Taliban and other groups.

22   It remains a major gateway for jihadists that are headed into

23   Afghanistan.

24   Q.    Okay.   I show you several exhibits and just ask if you can

25   explain their significance.

1          MR. CHAKRAVARTY:  147, please?

2     Q.   Do you recognize this?

3     A.   Yes.

4     Q.   What is it?

5     A.   These are a series of three thumbnail images or screen

6     shots from a video produced by the As-Sahab Media Foundation.

7     Again, that's al Qa'ida's official media wing.  These images

8     are taken from a video featuring one of the individuals who

9     carried out the July 2005 suicide bombing attacks in London.

02:50 10    You see him at left.  His name is Shahzad Tanweer,

11    S-H-A-H-Z-A-D; Tanweer is T-A-N-W-E-E-R.  The images

12    themselves, I believe, are taken from an organization called

13    the SITE Institute, but you can see the three individuals

14    featured there:  At left is Shahzad Tanweer; in the middle is

15    Dr. Ayman al-Zawahiri, the deputy -- then deputy commander of

16    al Qa'ida; and at right is an American national who currently

17    serves as a chief spokesman on behalf of al Qa'ida central

18    media wing, As-Sahab.  His name is Adam Gadahn, A-D-A-M

19    G-A-D-A-H-N.

02:51 20         MR. CHAKRAVARTY:  Exhibit 178, please.

21    Q.   Are you familiar with this picture?

22    A.   Yes.

23    Q.   What is that?

24    A.   This is an image from the former website of the Salafi

25    Group for Prayer and Combat in Algeria.  The picture actually

```
 1   depicts an individual from the Salafi Group for Prayer and
 2   Combat working on their website.  This image -- and the Salafi
 3   Group for Prayer and Combat later became al Qa'ida in the
 4   Islamic maghrib.  Maghrib is M-A-G-H-R-I-B.
 5            MR. CHAKRAVARTY:  Exhibit 232?
 6   Q.   Are you familiar with this?
 7   A.   Yes.
 8   Q.   What is that?
 9   A.   The lady at top, underneath where it says "Martyrdom," is
10   an Iraqi national who carried out a suicide bombing at a hotel
11   in Amman, Jordan, in 2005, on the orders of Abu Mus'ab
12   al-Zarqawi, the leader of al Qa'ida in Iraq.
13            MR. CHAKRAVARTY:  Exhibit 240?
14   Q.   Are you familiar with this web page?
15   A.   Yes, I am.
16   Q.   What is it a web page of?
17   A.   This is the official website of the Investigative Project
18   on Terrorism.
19   Q.   Is this one of the organizations that you used to work
20   for?
21   A.   This is the organization I worked for up until 2003.
22   That's correct; yes.
23            MR. CHAKRAVARTY:  Exhibit 133.
24   Q.   Are you familiar with this?
25   A.   Yes.
```

 1    Q.    What is that?

 2    A.    This is a video clip or a short video production that I

 3    produced on behalf of the NEFA Foundation, the 9/11 Finding

 4    Answers Foundation.  The video itself is titled "The Role of

 5    Foreign Fighters in the Iraqi Jihad," and the video shows

 6    testimonials from foreign fighters from Saudi Arabia, Chad, and

 7    I believe elsewhere.  Lebanon, the Palestinian territories who

 8    are participating in violent conflict in Iraq.

 9              MR. CHAKRAVARTY:  Exhibit 233?

02:53 10   Q.    Are you familiar with this image?

11    A.    Yes.

12    Q.    Who's that?

13    A.    I believe that's -- on the left that's 9/11 hijacker

14    Marwan al-Shehhi.

15    Q.    And I ask you about several items of evidence that the

16    jury has heard about.  Are you familiar with a video called

17    "The 19 Martyrs" video?

18    A.    Yes.

19    Q.    What is that?

02:53 20   A.    This is a video recording that was originally produced by

21    al Qa'ida's As-Sahab media wing, their official central media

22    wing.  It also goes by another name, which is "The Will of

23    Abdelaziz al-Omari."  The reason is is because the primary

24    subject of the video is the final will -- recorded video will

25    of 9/11 hijacker Abdelaziz al-Omari.  Abdelaziz is

1    A-B-D-E-L-A-Z-I-Z, A-L - O-M-A-R-I.  The video also features

2    testimonials to a score of other 9/11 hijackers, including

3    Saleed Alghamdi and others.  It has a recording of bin Laden --

4    of Osama bin Laden discussing the hijackers, identifying them

5    individually and talking about their individual traits.

6    Q.   Are you familiar with a video called "Juthath"?

7         MR. CHAKRAVARTY:  Exhibit 58.

8    A.   Yes.

9    Q.   What is that?

02:54 10   A.   "Juthath" -- well, that's the file name of it, anyway.  It

11   was a video recording produced by al Qa'ida in Iraq in

12   approximately 2006.  The video shows the mutilated corpses of

13   two U.S. soldiers who were kidnapped from a checkpoint in

14   Yusifiya south of the Iraqi capital, Baghdad.  These

15   individuals were kidnapped and murdered in revenge for an

16   alleged atrocity committed by U.S. soldiers also in Yusifiya.

17   Q.   Are you familiar with a video called "Qahir as-Salib,"

18   Exhibit 31?

19   A.   "Qahir as-Salib," yes.

02:55 20   Q.   What is that?

21   A.   "Qahir as-Salib," which roughly translated means

22   "destruction of the cross," was Part 2 of another As-Sahab

23   video that I've already discussed, I believe, today titled "The

24   War of the Oppressed."  Essentially what happened was that

25   these were two videos released in August of 2005.  They were

1    meant to depict mujahideen operations in Afghanistan.  There

2    was Part 1, which was Harb al-Mustadafin, and then shortly

3    thereafter Part 2 was released, and that was released under the

4    subtitle "Qahir as-Salib," "crushing the cross."

5    Q.   Are you familiar with a video called "Cheik_abu1.mpg,"

6    Exhibit 61?

7    A.   Cheik_Abu -- sorry.  I didn't hear.

8    Q.   Cheik_Abu1 --

9         MR. CHAKRAVARTY:  If we can call up Exhibit 126,

02:56 10  please?

11   A.   Yes.

12   Q.   And what is this?

13   A.   This is another video recording produced by al Qa'ida's

14   As-Sahab media wing.  This is a -- features an audio recording

15   of then-leader Osama bin Laden talking with -- as you see,

16   there's video -- a video overlay, but the audio recording is

17   the original part.  This audio recording was released by

18   bin Laden in order to eulogize the then-recently slain

19   al Qa'ida leader in Iraq, Abu Mus'ab al-Zarqawi.

02:56 20  Q.   Are you familiar with 32 titled "Abu al-Layth"?

21   A.   Yes.

22   Q.   What is that?

23   A.   This is a video recording produced by another jihadi media

24   outfit in Pakistan known as Labayk Media, L-A-B-A-Y-K Media.

25   This is another organization responsible for producing original

```
 1    video recordings about al Qa'ida and the Taliban with original

 2    video footage.  In this case the video featured a senior

 3    al Qa'ida leader by the name of Abu Laith al-Liby, A-B-U

 4    L-A-I-T-H A-L - L-I-B-Y, sitting outdoors in Afghanistan and

 5    offering a message to mujahideen including in Iraq and

 6    elsewhere.

 7    Q.   Are you familiar with Exhibit 33, a video entitled "Abu Al

 8    Nasir al-Qahtany"?

 9    A.   Yes.

10    Q.   What is this?

11    A.   This is a video recording also produced by, I believe,

12    Labayk -- or no, I think that's As-Sahab.  This video recording

13    features a high-ranking Saudi al Qa'ida operative by the name

14    of Abu Nasser al-Qahtani, A-B-U N-A-S-S-E-R A-L -

15    Q-A-H-T-A-N-I.  Abu Nasser al-Qahtani was at one point held as

16    a prisoner at Bagram Air Base by U.S. forces in Kabul.  He

17    somehow managed to escape along with two other high-ranking

18    al Qa'ida operatives.  He rejoined al Qa'ida and he became a

19    frequent face in video recordings produced by both Labayk Media

20    and As-Sahab.

21    Q.   Are you familiar with Exhibit 35, "Al-Arab Fi Waziristan"?

22    Fi Waziristan?

23    A.   I didn't hear the first part, sir.

24    Q.   "Al-Arab Fi Waziristan."

25    A.   I am, yes.
```

1    Q.    What is this?

2    A.    This is a video recording showing foreign fighters --

3    showing foreign fighters from Arabic countries at a training

4    camp in Waziristan.  The training camp was being run by Abu

5    Laith al-Liby.

6    Q.    Are you familiar with a video, Exhibit 38, titled "Lions

7    of Mesopotamia"?

8    A.    Yes.

9    Q.    What is that?

02:58 10   A.    "Lions of Mesopotamia" -- or excuse me.  You said "Line of

11   Mesopotamia" or "Lions"?

12   Q.    The "Lions."

13   A.    The "Lions."  Excuse me.  The "Lions of Mesopotamia" is a

14   video recording which was released by al Qa'ida in Iraq in

15   approximately November of 2004.  The video recording was meant

16   to tell the story and eulogize then-slain al Qa'ida deputy

17   commander in Iraq, Abu Anas al-Shami, A-B-U A-N-A-S

18   A-L - S-H-A-M-I.

19   Q.    Are you familiar with "Badra Baghdad," Exhibit 39?

02:59 20   A.    Yes, I am.

21   Q.    What is that?

22   A.    "Badra Baghdad" was an official video recording produced

23   by al Qa'ida in Saudi Arabia.  It was released in approximately

24   early 2004.  I believe May -- April-May of 2005 -- or 2004 --

25   excuse me.  It was meant to depict a series of -- or the

```
 1   individuals responsible for a series of suicide bombings

 2   targeting western housing compounds in Riyadh, Saudi Arabia,

 3   the capital of Saudi Arabia, in late 2003.

 4   Q.   Are you familiar with Exhibit 781, "Hijrah.doc"?

 5            MR. CHAKRAVARTY:  Can we pull that up?

 6   A.   Yes, I am familiar with it.

 7   Q.   And what is that?

 8   A.   "Hijrah.doc" -- well, this is a file that I recovered --

 9   or I viewed on the defendant's hard drive.

10            MR. CHAKRAVARTY:  Page 2.

11   Q.   Does this document represent an excerpt from the Global

12   Islamic Resistance Call?  What is the Global Islamic Resistance

13   Call?

14   A.   The Global Islamic Resistance Call was a 500-page

15   Arabic-language manual which was written by a former al Qa'ida

16   training camp manager.  It was written, again, as a

17   comprehensive guidebook for individuals looking to

18   self-radicalize or self-recruit into al Qa'ida.  It was

19   disseminated -- it was first disseminated in approximately mid

20   2005.  And, again, it was meant to include lessons taken

21   directly from al Qa'ida training camps, or former al Qa'ida

22   training camps, in Afghanistan.

23   Q.   Are you familiar with Exhibit 60, "Abumusab.rm," "A

24   Message to the People"?

25   A.   Yes.
```

```
 1   Q.   What is that?
 2   A.   In April of 2006 al Qa'ida in Iraq released the very first
 3   video recording of Abu Mus'ab al-Zarqawi.  Before that,
 4   previous to that, all of the messages from Zarqawi had come in
 5   audio form with no picture.  People increasingly were asking,
 6   "Where is Zarqawi?  How come we never see him?  We see
 7   bin Laden; where is Zarqawi?"  So eventually in April of 2006
 8   al Qa'ida in Iraq released an actual video recording of Abu
 9   Mus'ab al-Zarqawi meeting with his advisors, planning
10   operations.  It was meant -- and he also then read a statement
11   to the camera.
12   Q.   And finally, there was a screen capture we called up
13   earlier, 37, a file named "10.7.01."  Are you familiar with
14   that?
15   A.   Yes.
16   Q.   What is it?
17   A.   The file 10.7.01, which you see actually an excerpt of
18   here, is, again, part of a video recording featuring Osama
19   Mohammed bin Laden, the leader of al Qa'ida, along with two
20   other al Qa'ida leaders, Dr. Ayman al-Zawahiri along with a
21   third individual by the name of Sulaiman Abu Ghaith,
22   S-U-L-A-I-M-A-N A-B-U G-H-A-I-T-H.  These three individuals
23   were sitting together at an outdoor location in Afghanistan in
24   approximately October of 2001.  The purpose of this video
25   recording was to say, "Despite the beginning of U.S. military
```

1    operations in Afghanistan, we're still alive, we're still here,

2    we're still fighting."

3    Q.   Mr. Kohlmann, does traveling overseas to get training at a

4    terrorist training camp provide a value to al Qa'ida and

5    related terrorists?

6         MR. CARNEY:  I object to the leading nature of the

7    question.

8         THE COURT:  Overruled.

9         You may have it.

03:02 10    THE WITNESS:  Yes.  Al Qa'ida needs --

11        MR. CARNEY:  I object to the asked and answered.

12        THE COURT:  Overruled.

13        THE WITNESS:  Yes.  Al Qa'ida needs recruits.  So it's

14   essential for -- in order for Al Qa'ida to get recruits, it's

15   essential for somebody to actually travel there.

16   BY MR. CHAKRAVARTY:

17   Q.   Does translating, editing, distributing --

18        MR. CARNEY:  I object, your Honor.

19        THE COURT:  No, overruled.  It's a summary.

03:03 20    MR. CARNEY:  We can summarize our closing argument

21   during our direct examinations?

22        THE COURT:  No, it's all right.  It's okay.

23   Overruled.

24   BY MR. CHAKRAVARTY:

25   Q.   Does translating, editing, distributing Arabic-to-English

1     media provide value to al Qa'ida?

2     A.   Yes.  It's absolutely an essential value to al Qa'ida and

3     other jihadi movements.  Without that there's no way for these

4     groups to have an effective recruitment, propaganda or

5     communication strategy.

6     Q.   And have al Qa'ida and other terrorist groups specifically

7     solicited this type of assistance?

8     A.   They have --

9              MR. CARNEY:  I object, your Honor.

03:03 10          THE COURT:  Overruled.

11             MR. CARNEY:  Asked and answered.

12             THE COURT:  Overruled.

13             THE WITNESS:  They have specifically and repeatedly

14    solicited this form of contributions, in everything from

15    documents, video recordings, audio recordings.  It's a very

16    common theme.

17             MR. CHAKRAVARTY:  Thank you.

18                         CROSS-EXAMINATION

19    BY MR. CARNEY:

03:03 20   Q.   Good afternoon, Mr. Kohlmann.

21    A.   Good afternoon.

22    Q.   You and I have never spoken before, to your knowledge,

23    have you -- have we?

24    A.   I don't believe so, no.

25    Q.   Now, you indicated to the members of the jury at the

1    outset of your testimony that you're an expert in the subject

2    of terrorism in the Middle East with particular focus on

3    al Qa'ida in regard to how it operates and how it's funded.

4    A.   I don't think I used those specific words, but that's

5    roughly what I said, I think.

6    Q.   Can we agree if I ask you if you roughly said something,

7    you can answer "yes" or "no" rather than focus on the exact

8    wording I use?

9    A.   Well, yeah, but you used some words that

03:05 10   don't exactly -- they don't exactly compress what I -- I --

11   Q.   Let me ask you, then --

12   A.   Okay.

13   Q.   Do you claim to be an expert in terrorism?

14   A.   Yes.

15   Q.   Do you have a particular focus on al Qa'ida?

16   A.   Al Qa'ida and other Sunni-Jihadist movements, yes.

17   Q.   Do you have a particular focus in al Qa'ida?

18   A.   If you're looking for a yes-or-no answer, the answer is

19   approximately yes.

03:05 20   Q.   How al Qa'ida operates and is funded?

21   A.   That's correct; yes.

22   Q.   Now, at the outset of your testimony the prosecutor

23   solicited from you quite a bit of detail about your background.

24   Isn't that fair to say?

25   A.   Sure.  Yes.

```
         1   Q.    And he asked you a lot of questions, for example, about
         2   your education in both college and law school?
         3   A.    That's correct.
         4   Q.    Do you recall that?
         5         And also about your experiences as an expert, including
         6   where you've traveled and what languages you speak, correct?
         7   A.    That's correct; yes.
         8   Q.    Now, the main focus of al Qa'ida is on the Middle East.
         9   Isn't that fair to say?
03:06   10   A.    It depends what you define as the Middle East.  That's why
        11   it goes back to what I was saying earlier, is that their
        12   interest isn't -- excuse me.  Okay.
        13   Q.    Mr. Kohlmann, life is too short.  If the focus of
        14   al Qa'ida is not on the Middle East in your opinion, please say
        15   no.  If you think it is the focus on the Middle East, please
        16   say yes.  If you don't understand the question --
        17   A.    I don't think there's a yes-or-no answer to that question.
        18   Q.    Okay.  Have you ever been to Afghanistan?
        19   A.    No, I have never been to Afghanistan.
03:07   20   Q.    Do you speak Pashto?
        21   A.    No, I do not speak Pashto.
        22   Q.    That's a language used in Afghanistan?
        23   A.    In southern Afghanistan.  That's correct; yes.
        24   Q.    We've heard a lot of talk about Pakistan.  Have you ever
        25   been to Pakistan --
```

```
 1   A.   No.

 2   Q.   -- once in your life?

 3   A.   No, I've never been to Pakistan.

 4   Q.   The language spoken in Pakistan is Urdu?

 5   A.   That's correct.

 6   Q.   You don't speak Urdu, do you?

 7   A.   No.

 8   Q.   We've heard an awful lot of talk about the country of

 9   Iraq.  Have you ever in your life been to Iraq?

03:07 10   A.   No, I haven't been to Iraq.

11   Q.   One of the languages spoken in Iraq is Kurdish, is it not?

12   A.   In a small portion of Iraq, yes.

13   Q.   One of the languages spoken is Kurdish, right?

14   A.   That's correct; yes.

15   Q.   You don't speak Kurdish, do you?

16   A.   No.  No, I don't speak Kurdish.

17   Q.   You have never been to Iran, have you?

18   A.   No, I haven't been to Iran.

19   Q.   And you don't speak Persian, do you?

03:08 20   A.   No, I don't.

21   Q.   You have never been, in your life, to Syria, have you?

22   A.   No, I have not.

23   Q.   You've never been to Lebanon?

24   A.   Not Lebanon, no.

25   Q.   You've never been to Egypt?
```

```
 1   A.    That's correct.

 2   Q.    You've never been to Yemen?

 3   A.    That's correct.

 4   Q.    Would it be fair to say that Syria, Lebanon, Egypt, Yemen,

 5   Iran, Iraq are all considered the Middle East?

 6   A.    Again, depending on your definition.  Iran -- I'd like to

 7   answer yes or no, but Iran sometimes is considered part of the

 8   Middle East and sometimes South Asia.

 9   Q.    How about the other countries I mentioned?

10   A.    Yes, those are all Middle Eastern countries.

11   Q.    You're not fluent in reading Arabic, are you?

12   A.    No, I'm not.

13   Q.    You're not fluent in writing Arabic, are you?

14   A.    That's correct.

15   Q.    You're not fluent in speaking Arabic, are you?

16   A.    I wouldn't claim to be, no.

17   Q.    You have to rely on other people to translate documents if

18   you want to have a reliable translation.  Isn't that a fact?

19   A.    Yeah, I think that's a fair statement.

20   Q.    If you want to conduct an interview with someone who only

21   speaks Arabic, you need to use a translator.  Isn't that fair

22   to say?

23   A.    I think that's a fair statement, yes.

24   Q.    Have you ever tried to go to Afghanistan?

25   A.    No.
```

```
       1    Q.   Have you ever tried to go to Pakistan?

       2    A.   No.

       3    Q.   Have you ever tried to go to Iraq?

       4    A.   No.

       5    Q.   Have you ever tried to go to Yemen?

       6    A.   No.

       7    Q.   While you were studying at Georgetown University, you were

       8    in the Edmund A. Walsh School of Foreign Service.  Is that

       9    correct?

03:09 10    A.   That's correct.

      11    Q.   And your focus was largely on the Muslim world, correct?

      12    A.   Largely; yes, that's correct.

      13    Q.   Did you consider studying Arabic when in college you were

      14    focused on the Muslim world?

      15    A.   I had considered studying Arabic, yes --

      16    Q.   You also were studying, while you were there, at the

      17    Prince Alwaleed Bin-Talal Center for Muslim-Christian

      18    Understanding --

      19    A.   That's correct.

03:10 20    Q.   -- correct?

      21         You took numerous courses at the Georgetown Center for

      22    Contemporary Arab Studies.  Is that right?

      23    A.   That's correct.

      24    Q.   And you told the jury that the purpose of your taking that

      25    curriculum or the purpose of the school, to be specific, was
```

1    to, in part, allow students in the United States to obtain an

2    in-depth understanding of the Arab world:  Arab politics,

3    history, culture, religion and language.  Isn't that correct?

4    A.    You're referring to CCS, correct?

5    Q.    Center for Contemporary Arab Studies.

6    A.    Correct.  Yes.

7    Q.    Is the purpose of that school to allow students in the

8    United States to obtain an in-depth understanding of the Arab

9    world:  Arab politics, history, culture, religion and language?

03:11 10   A.    That's correct.  Yes.

11   Q.    You were a research assistant to Dr. Mamoun Fandy,

12   correct?

13   A.    Mamoun Fandy, yes.

14   Q.    He is obviously of Arab descent, is he not?

15   A.    He's actually of Egyptian descent -- Egyptian origin.

16   Q.    Is that of Arab descent?

17   A.    Yes.

18   Q.    Was there a Department of Arabic and Islamic Studies at

19   the university when you attended?

03:11 20   A.    It's not the same department.

21   Q.    I didn't say it was.

22   A.    Well, there's not -- no, there's no Department of Arabic

23   and Islamic Studies.

24   Q.    Is there now?

25   A.    I'm not familiar with that.

```
 1   Q.   Were courses offered at Georgetown in the Arabic language

 2   when you attended?

 3   A.   Yes, definitely.

 4   Q.   Did you take even an introductory course in Arabic?

 5   A.   No, I did not.

 6   Q.   But even at that point you knew you had an interest in

 7   studying the Muslim world.  Isn't that right?

 8   A.   That's correct.

 9   Q.   You've told us you wanted to focus on security issues

03:12 10   concerning that part of the world, right?

11   A.   I believe I did, yes.

12   Q.   And when you graduated from Georgetown, you were awarded a

13   B.S. in foreign service.  Isn't that right?

14   A.   That's correct; yes.

15   Q.   And that's a bachelor of science?

16   A.   That's right, yes.

17   Q.   You also received a certificate in Muslim-Christian

18   Understanding?

19   A.   That's correct; yes.

03:12 20   Q.   You have said publicly that you have a degree in Islam,

21   haven't you?

22   A.   I have said that it's a certificate, but I've explained

23   that it's -- again, I have an actual separate degree.  I have a

24   separate, like, physical degree.  So that's what I was

25   referring to.
```

1    Q.   All right.  Well, let me use the -- use some very precise

2    language.  Have you said publicly, "I have a degree in Islam"?

3    A.   I don't know if I used those words in that context, but it

4    wouldn't surprise me.

5              MR. CARNEY:  May I approach the witness, your Honor?

6              THE COURT:  You may.

7    BY MR. CARNEY:

8    Q.   Mr. Kohlmann, I'm going to ask you to look at this and

9    read it to yourself.  Do you recognize the headline?

03:13 10   A.   Yes.  Yes.

11   Q.   Let me point you to -- at something.

12   A.   Sorry.

13   Q.   Would you read this line to yourself, please?

14   A.   Yes.

15   Q.   Actually, why don't we begin with reading from where I'm

16   pointing on to the next page through the end of this paragraph.

17   A.   Of course.

18   Q.   Would you read that to yourself, please?

19   A.   Read it to myself?

03:14 20   Q.   Read it to yourself.

21   A.   All right.

22              (Pause.)

23   Q.   You make a lot of TV appearances, don't you?

24   A.   Fairly frequently, yes.

25   Q.   You also occasionally appear on the radio, don't you?

1    A.    Occasionally.

2    Q.    So you've got a lot of experience dealing with the media

3    and responding to questions, don't you?

4    A.    I suppose so.

5    Q.    If we went on YouTube we could probably find dozens of TV

6    appearances where you have answered questions asked of you by a

7    reporter or an anchor on a TV show, correct?

8    A.    I really don't know.  It's possible.  I don't search

9    YouTube for myself.

03:15 10    Q.    And certainly there have been many, many occasions that

11    you've answered questions in response to ones offered by a

12    radio host, right?

13    A.    Have I responded to questions by radio hosts?

14    Q.    Have you been interviewed on the radio?

15    A.    Yes.

16    Q.    Okay.  On August 4, 2008, you were interviewed on a TV

17    program, right?

18    A.    On a TV program?

19    Q.    I'm sorry.  On a radio show.

03:16 20    A.    You're referring to the transcript that you just showed

21    me?

22    Q.    Yes.

23    A.    Yes.

24    Q.    And that radio show was called "The Takeaway"?

25    A.    That's correct.

```
 1   Q.   And in it they were talking about a recent appearance you
 2   had made testifying as an expert at a prosecution of someone
 3   for an alleged terrorist act, correct?
 4   A.   I believe so, yes.
 5   Q.   And at one point one of the two anchors of the program
 6   asked you words to the effect, "Do you think it would be a good
 7   idea at this point if you began learning Arabic or you went to
 8   Afghanistan or Pakistan to familiarize yourself with the
 9   culture," right?
10   A.   Yeah.  Yeah.  I'm familiar with what you're discussing,
11   yes.
12   Q.   And your answer was, "Well, I have a degree in Islam."
13   That's the first thing you responded, right?
14   A.   That's correct; yes.
15   Q.   Now, that wasn't correct, was it?  You don't have a degree
16   in Islam, do you?
17   A.   I have the equivalent of a degree in Islam.  It's a
18   certificate.  It's a physical degree.  It's a lot easier to
19   explain that on the radio that it is to say, "I have a
20   certificate from the Prince Alwaleed Bin-Talal school for" --
21   it's on the radio --
22   Q.   It's your understanding --
23   A.   On a radio program, you have a limited amount of time to
24   speak.  That was the easiest way of describing that.
25   Obviously, if I had had 20 minutes, I could have gone into more
```

1    detail.  But that is the easiest way to describe what I have,

2    which it's a physical degree in Islam.

3    Q.   You also have a physical degree, I guess, in Christianity?

4    A.   Not that I'm aware of.

5    Q.   Well, this is a certificate from -- a certificate of

6    Muslim-Christian Understanding?

7    A.   That's not correct.

8    Q.   Does it say you have a certificate in Islam?

9    A.   It does.

03:18 10    Q.   That's the very words it's used?

11    A.   It's hanging on my wall.

12    Q.   Later on in that interview you were asked again about your

13    background.  And again you said, when asked "What impact does

14    it have that you haven't been on the ground in the areas that

15    you allegedly are an expert in?" and your response was, again,

16    "Well, I mean, I have a degree in Islam," right?

17    A.   I believe so, yes.

18    Q.   And so what -- the point you were trying to make is the

19    fact that you have a degree in Islam -- which is, of course, a

03:19 20    religion, right?

21    A.   That's correct; yes.

22    Q.   -- would be a substitute for your going to the areas in

23    the Muslim world such as Iraq and Yemen and Pakistan and

24    Afghanistan and Syria and Lebanon and Egypt and Yemen where

25    your expertise is applied, right?

1   A.   I think that mischaracterizes what I was saying.

2   Q.   And when you were asked about the fact that you didn't

3   speak Arabic, you thought, Well, I have a degree in Islam, the

4   religion, right?

5   A.   Well, I don't know what I thought at that moment, but I

6   can tell you that I don't think your previous statement is an

7   appropriate characterization of what I was saying.

8   Q.   Isn't it a fact that you were trying to exaggerate your

9   credentials to make you look more like an expert?

03:20 10   A.   No, that's not a fact.

11   Q.   The prosecutor asked you about a part of the basis for

12   your expertise and you mentioned a paper that you had written

13   in college, right?

14   A.   Which -- I'm sorry.  Which paper?

15   Q.   A paper that was necessary for you to get a certificate

16   from the Center for Muslim-Christian Understanding.

17   A.   You're referring to my capstone thesis?

18   Q.   No, I'm referring to a paper that you wrote in college in

19   order to get your certificate.

03:20 20   A.   You're referring to my capstone thesis.

21   Q.   Yes, your capstone thesis.

22   A.   Yes.  Yes.

23   Q.   And that paper you wrote in college, you told us, was part

24   of your qualifications or expertise, right?

25   A.   Yeah, that's correct.

1   Q.   And the topic you focused on in that paper was early

2   twentieth-century Afghanistan, right?

3   A.   That's correct; yes.

4   Q.   What decades did this college paper cover?

5   A.   The capstone thesis covered approximately the years

6   1904 -- well, it went back.  It went back from approximately

7   the 1870s until approximately the 1930s but with a view towards

8   how that had impacted then-future political development in

9   Afghanistan.

03:21 10  Q.   Now, you call that a capstone thesis.

11  A.   No, that's what Georgetown calls it.

12  Q.   And it's basically a paper that you wrote in college,

13  right?

14  A.   No, it's --

15  Q.   How many pages was it?

16  A.   I don't recall that.

17  Q.   Give us your best estimate.

18  A.   I really -- it's been over ten --

19  Q.   About 20 to 24?

03:21 20  A.   That sounds about right.  I mean, I don't --

21  Q.   A typical college paper?

22  A.   Again, if you look at the Georgetown University handbook

23  and you look at --

24  Q.   My question is:  20 to 24 pages is the typical length of a

25  college paper?

1    A.    I don't recall.  I don't recall.

2    Q.    Okay.  You also wrote another paper for what you termed

3    your honors thesis.  Is that right?

4    A.    That's correct.

5    Q.    And this paper that you wrote in college that you're

6    referencing as part of your preparation to be an expert focused

7    on foreign fighters who went to Afghanistan in approximately

8    1986 and left in approximately 1991, correct?

9    A.    That's correct.

03:22 10   Q.    And these were people who went to Afghanistan to fight the

11   Russians, right?

12   A.    That's correct.

13   Q.    Russia had invaded; there was a call for people to come to

14   Afghanistan, correct?

15   A.    That's correct.

16   Q.    It was termed "a call to jihad," was it not?

17   A.    That's correct.

18   Q.    There was international support for people to go to

19   Afghanistan to try to resist the invading Russians?

03:22 20   A.    That's correct.

21   Q.    Indeed, given your expertise, you're probably aware that

22   President Ronald Reagan welcomed the mujahideen in the White

23   House and indicated that the United States was completely

24   supportive of the efforts by the mujahideen in this Muslim

25   country to eject an invading army, correct?

 1    A.    That's correct.

 2    Q.    Now, later on you expanded this paper you wrote in college

 3    to make it the basis for a book you wrote, correct?

 4    A.    Yeah, but I should clarify one thing.  The thesis -- my

 5    honors thesis is not just about the Soviet-Afghan War.

 6    Q.    I understand.

 7    A.    Okay.  Just checking.

 8    Q.    My question is:  You expanded this college paper later

 9    adding more research and more language and then sought to have

03:23 10    it published as a book, right?

11    A.    Not exactly.  If you're referring to my book, my book

12    really is the chapter that I didn't get to write, which is it

13    actually looks at another conflict zone which I did not get an

14    opportunity to look at in my honors thesis.

15    Q.    Is the rest of your paper in the book?

16    A.    Not verbatim, no.  There might be parts of it in there

17    but --

18    Q.    Large parts of it, aren't there?

19    A.    No, I don't think so.  Aside from the first chapter of my

03:24 20    book, which is modeled after my -- the introduction to my

21    thesis, the majority of the rest of the book has nothing to

22    do -- because I don't have chapters in my book about the

23    countries that I had in my honors thesis, which were Egypt,

24    Chechnya.  There might be bits and pieces, but aside from the

25    introduction, that would be the only part that would be

 1  similar.

 2  Q.   Is it fair to say that your book is an expansion of the

 3  paper you wrote in college?

 4  A.   I think it's fair to say it's an expansion.

 5  Q.   You wrote the bulk of the book while you were attending

 6  law school, correct?

 7  A.   That is correct, yes.

 8  Q.   You graduated from law school in 2004?

 9  A.   That's correct.

03:24 10  Q.   And you sought to have the book published the same year,

 11  correct?

 12  A.   Approximately, yes.

 13  Q.   And you shopped it around to a couple of places?

 14  A.   Yeah.  I didn't have an agent, so I went to a variety of

 15  different publishers.

 16  Q.   Now, you mentioned to us that this book is cited in the

 17  final report of the Bipartisan Congressional 9/11 Commission,

 18  correct?

 19  A.   That's correct.

03:25 20  Q.   There are two footnotes that reference your book, correct?

 21  A.   That's correct.

 22  Q.   And in each footnote it is the last of seven or eight, or

 23  six or seven, references in the footnote?

 24  A.   That's correct.

 25  Q.   And those footnotes related to the fact that

1    Osama bin Laden had a connection to Bosnia?

2    A.    That's correct.

3    Q.    Now, you told us on Friday that while you were in law

4    school you took a number of classes in your area of study which

5    was national security or terrorism issues, correct?

6    A.    Yeah, correct.

7    Q.    You mentioned one course was called "Cybercrime Seminar"?

8    A.    A cybercrime seminar, yes.

9    Q.    And that's basically a seminar on how the internet can be

03:26 10    used to commit a variety of crimes, correct?

11    A.    That's correct; yes.

12    Q.    The primary crime that's committed on the internet is

13    fraud involving economics, correct?

14    A.    "Primary" by whose definition?

15    Q.    How about by law enforcement's definition.

16    A.    Primary in terms of -- I'm not sure --

17    Q.    The primary crime committed on the internet that is

18    considered cybercrime is criminal fraud; for example, phishing

19    credit card numbers and using them to obtain money?

03:26 20    A.    I wouldn't get in the business of prioritizing what

21    cybercrime is better or worse than other forms of cybercrime,

22    but certainly, fraud is a form of cybercrime.

23    Q.    You also said on Friday that another course you took in

24    law school was diplomacy and terrorism, correct?

25    A.    Correct.

1    Q.   That's actually the title of a course you took in college,

2    wasn't it?

3    A.   No, I believe actually it was also -- I believe that was

4    the title also of one that I took in law school, but I

5    definitely took a course -- if you have a copy of my

6    transcript I can review it.

7    Q.   Actually, I have one right here.

8            (Laughter.)

9    Q.   Is this your Georgetown University transcript?

03:27 10   A.   That's correct; yes.

11   Q.   Let's look to the spring 1999 semester.

12   A.   Right.

13   Q.   And let's see what the name of this course is that I just

14   pointed to.

15   A.   Indeed.

16   Q.   What is the name of it?

17   A.   "Diplomacy in Terrorism."

18   Q.   So it wasn't a course that you took in law school; it was

19   a course that you took in college?

03:27 20   A.   No.  No, that's not correct.  I also took another --

21   Q.   Didn't you take this course in college?

22   A.   I did.  But I took another course in law school with a

23   very similar title to that.

24   Q.   Okay.  You also told us that you took a course in -- or

25   classwork in graduate school.  Is that right?

```
 1   A.    In the Graduate School of Arts and Sciences at the

 2   university.  That's correct.

 3   Q.    And that was a course on Afghanistan and Islamism,

 4   correct?

 5   A.    That's correct; yes.

 6   Q.    And that was a pass/fail course?

 7   A.    I don't recall that.  I don't recall that.

 8   Q.    Okay.  Okay.

 9   A.    This is my Georgetown University transcript.

10   Q.    Right.  Oh, I'm sorry.  Thank you.

11              (Pause.)

12   Q.    Law school transcript?

13   A.    That's correct.

14   Q.    Okay.  Afghanistan and Islamism?

15   A.    That's correct.

16   Q.    And was that a pass/fail course?

17   A.    It is in my transcript, although I'm pretty sure I got a

18   grade for my final paper.

19   Q.    What does the grade indicate here?

20   A.    I passed.

21   Q.    A "P"?

22   A.    A "P."  That's correct.

23   Q.    So you took a graduate school course in this and passed,

24   right?

25   A.    That's correct; yes.
```

```
 1   Q.   You took a total of 30 courses in law school?

 2   A.   If you say so.  I don't recall the exact number.

 3   Q.   Five a semester, six semesters?

 4   A.   Approximately.  I don't -- I really don't -- it's been ten

 5   years.  I really don't recall.

 6   Q.   And so out of those 30 courses, three of them bore

 7   some -- I'm giving you credit for the cybercrime -- three of

 8   them bore some relation to national security or terrorism

 9   issues?

03:30 10   A.   No, there were others as well.

11   Q.   Okay.  Civil procedure?

12   A.   No.

13   Q.   Contracts?

14   A.   No.

15   Q.   Torts?

16   A.   No.

17   Q.   Property?

18   A.   No.

19   Q.   Legal writing?

03:30 20   A.   No.

21   Q.   If a course is offered over the course of two semesters,

22   you get double the credit, right?

23   A.   Perhaps.  It's been a while since I was in law school.

24   Q.   Constitutional law?

25   A.   Not that I can recall, no.
```

```
 1    Q.   Criminal law?

 2    A.   The basics behind criminal law, but aside from that, no.

 3    Q.   Legal writing again?

 4    A.   No.

 5    Q.   American legal history?

 6    A.   No.

 7    Q.   Administrative law?

 8    A.   No.

 9    Q.   Okay.  So nothing the first year?

03:30 10    A.   The first year is a very standard curriculum in law

11    school.

12    Q.   Okay.  Second year:  professional responsibility?

13    A.   Again, that's part of the standard curriculum; no.

14    Q.   Is that related to your focus in law school on national

15    security and terrorism?

16    A.   No.

17    Q.   Okay.  So professional responsibility is not.  Evidence

18    for trial lawyers?

19    A.   No.

03:31 20    Q.   Federal income taxation?

21    A.   No.

22    Q.   Constitutional criminal procedure?

23    A.   We discussed terrorism cases in that -- in the context of

24    that case -- context of that class, but we didn't -- it wasn't

25    the focus of it.
```

```
      1    Q.   And then a class on terrorism and democracy.  That's

      2    focused.

      3    A.   That's the class that I was referring to before.

      4    Q.   Okay.  So that's the first one.  Copyright?

      5    A.   Not copyright.

      6    Q.   Corporations?

      7    A.   Not corporations.

      8    Q.   Evidence for trial lawyers again?

      9    A.   And, again, it's the standard curriculum, so no.

03:31 10   Q.   Law and the Holocaust?

     11    A.   No.

     12    Q.   Topics in defamation?

     13    A.   We did discuss terrorism cases in the context of that

     14    class, but it wasn't the focus.

     15    Q.   Defamation is a course of study that involves libel and

     16    slander, correct?

     17    A.   That's correct.

     18    Q.   And whether you can be sued for something that you've

     19    said?

03:32 20   A.   That's correct.

     21    Q.   Death penalty and habeas corpus?

     22    A.   Yes, that one.

     23    Q.   That's terrorism related?

     24    A.   My final --

     25    Q.   Is --
```

```
 1   A.   My final paper for that class, my whole classwork for that
 2   class was Zacarias Moussaoui.
 3   Q.   All right.  Trial advocacy?
 4   A.   I don't believe so.
 5   Q.   International human rights?
 6   A.   Once again, we worked on terrorism cases in that class.
 7   Q.   And international human rights?
 8   A.   It was applicable at the time.
 9   Q.   And here we get to cybercrime.
10   A.   Cybercrime, yes.
11   Q.   Your graduate course, right?
12   A.   That -- you're talking about Afghanistan and Islamism?
13   Q.   Yes.
14   A.   Yes.
15   Q.   First Amendment in the 20th century?
16   A.   I don't believe so.
17   Q.   That doesn't have anything to do with terrorism?
18   A.   I don't recall, but I don't believe so.
19   Q.   And finally, free speech, the First Amendment?
20   A.   Yeah, I don't believe that -- I don't recall any tie-in to
21   terrorism.
22   Q.   You didn't see any tie-in whatsoever of the First
23   Amendment or free speech?
24   A.   No.  No.  No, I was referring to the class.
25   Q.   Oh, so that class had nothing to do with terrorism?
```

```
 1   A.   I don't recall us ever doing classwork that was
 2   specifically -- we might have talked about cases, but I don't
 3   recall any specific classwork.
 4   Q.   Now, after graduating from law school you have not
 5   attempted to take the bar exam, have you?
 6   A.   No.  No.
 7   Q.   So you are not able to practice as an attorney?
 8   A.   No.
 9   Q.   Now, it's fair to say that Arabic is the dominant language
10   spoken in the Middle East.  Isn't that correct?
11   A.   Depending on your definition of the Middle East, I'd say
12   that's fair.
13   Q.   All right.  Let's go through some countries, and you can
14   tell me if Arabic is the dominant language.
15   A.   Yes.
16   Q.   Is Yemen in the Middle East?
17   A.   Yes.
18   Q.   Is Arabic the dominant language?
19   A.   Yes.
20   Q.   Is Egypt in the Middle East?
21   A.   Yes.
22   Q.   Dominant language?
23   A.   Yes.
24   Q.   Is Lebanon in the Middle East?
25   A.   Yes.
```

```
 1   Q.   Dominant language Arabic?

 2   A.   Yes.

 3   Q.   Is Iraq in the Middle East?

 4   A.   Yes.

 5   Q.   Is the dominant language Arabic?

 6   A.   It's primarily Arabic, yes.

 7   Q.   Would you say that the dominant language spoken and

 8   written in the Middle East, then, is Arabic?

 9   A.   Well, again, it depends on what countries you're defining

10   as the Middle East.  The countries you just listed, the answer

11   is yes.

12   Q.   In what -- is Arabic spoken in Saudi Arabia?

13   A.   Yes.

14   Q.   Is that in the Middle East?

15   A.   100 percent, yes.

16   Q.   How about Qatar?

17   A.   Yes.

18   Q.   Is that in the Middle East?

19   A.   Yes.

20   Q.   Is Arabic spoken there too?

21   A.   Yes.

22   Q.   Is Oman in the Middle East?

23   A.   Yes.

24   Q.   Is Arabic spoken there?

25   A.   Yes.
```

1   Q.   Is the United Arab Emirates in the Middle East?

2   A.   Yes.

3   Q.   Is Arabic spoken there?

4   A.   Yes.

5   Q.   Now, you said on Friday that you've gained a working

6   knowledge of Arabic, correct?

7   A.   That's correct.

8   Q.   You cite a number of footnotes in your report, that you

9   prepared for the prosecutor, to Arab documents?

03:35 10   A.   That's correct.

11   Q.   Are you able to read those documents?

12   A.   With -- well, by myself?

13   Q.   Yes.

14   A.   Sometimes, but most of the time, no.

15         MR. CARNEY:  May I approach the witness, your Honor?

16         THE COURT:  Okay.

17   BY MR. CARNEY:

18   Q.   Footnote 49, page 3.  Can you read this to us?

19   A.   Not the whole -- not the whole page.  It would be too

03:36 20   difficult.  I can read individual parts, like this begins with

21   "al" right there, and you can --

22   Q.   You recognize that word?

23   A.   Well, I can recognize words as "Abu" and "Al" and I can

24   recognize a lot of the --

25   Q.   You really can't read it, can you?

1    A.   Reading the whole document without a translator would be

2    very difficult.

3    Q.   It would be impossible.  Wouldn't it be more accurate to

4    say that?

5    A.   Well, it depends if I have translation tools.  But, yeah,

6    it would be very difficult, if not impossible.

7    Q.   I'm talking about you just sitting here, Mr. Kohlmann, if

8    I showed you a page from another footnote and I asked you to

9    read it, it would be impossible, wouldn't it?

03:36  10    A.   I would always prefer to rely on a native translator.

11    Q.   Could you read this document with accuracy and reliability

12    by yourself sitting right here?

13    A.   I don't think so.

14    Q.   It would be impossible.

15    A.   It would be very difficult, that's for sure.

16    Q.   Now, Islam is a religion that is based on Arabic, isn't

17    it?

18    A.   Primarily so, yes.

19    Q.   When did Islam begin as a religion?

03:37  20    A.   It began approximately in the seventh century.

21    Q.   And its foundation is the Qur'an, is it not?

22    A.   Its foundation is the Qur'an and also other sources of

23    Sunnah, belief, such as Hadiths and other -- there's a few

24    other sources.

25    Q.   In addition to the Qur'an, the prophet Mohammad is very

1  important, isn't he?

2  A.  I would say he's essential.

3  Q.  And when you say "Hadiths," these are accounts of things

4  that the prophet has said?

5  A.  The trustworthy accounts of what the prophet has said,

6  yes.

7  Q.  You've never read the Qur'an in its original Arabic, have

8  you?

9  A.  Not in its original Arabic, no.

03:37 10  Q.  When was the most recent time that you read the Qur'an?

11  A.  It would have been when I was a student for

12  Muslim-Christian Understanding.

13  Q.  And how many years ago would that have been?

14  A.  It would have been 2000 -- '99, 2000, 2001.

15  Q.  You don't teach at a university in your research area, do

16  you?

17  A.  I don't teach regularly at a university, no.

18  Q.  You've never taught a formal course at a university, have

19  you?

03:38 20  A.  I've done guest lecturing, but I've never had an actual

21  course -- full course, no.

22  Q.  So the answer to that is no, you've never taught a full

23  course at a university --

24  A.  Correct.  Correct.

25  Q.  -- right?

1          You've never worked for the Central Intelligence Agency,

2     right, full time?

3     A.    Not directly, no.

4     Q.    What is the Central Intelligence Agency?

5     A.    It is the primary U.S. government agency tasked with

6     gathering foreign intelligence.

7     Q.    You've never worked as a full-time employee for the FBI,

8     have you?

9     A.    No, I have not.

03:38 10   Q.    You've never worked as a full-time employee for the NSA,

11    have you?

12    A.    No, I have not.

13    Q.    What is the NSA?

14    A.    The National Security Agency is tasked with gathering

15    electronic intelligence.  It's the primary U.S. agency tasked

16    with gathering electronic intelligence.

17    Q.    You've never worked full time for the Department of

18    Defense, have you?

19    A.    No.  No.

03:39 20   Q.    All of these agencies that I've just mentioned, CIA, NSA,

21    FBI, DOD, they all have access to classified information, don't

22    they?

23    A.    That's correct; they do.

24    Q.    How do you define "classified information"?

25    A.    "Classified information" would be that which is, number

1    one, not gathered through open sources; in other words,

2    information that is not readily available publicly.  Generally

3    speaking, this consists of information that is delivered by

4    human sources or delivered by covert wiretaps or by covert

5    surveillance.  There's something about it that makes it secret.

6    Q.   And the government declares it to be top secret and not

7    able to be released to the public, correct?

8    A.   When something is deemed to be classified, yes.

9    Q.   Now, access to classified information is essential to have

03:40 10   a complete and thorough and accurate knowledge of how an FTO

11   operates.  Wouldn't you agree with that?

12   A.   No, I would not agree to that.  In fact, I would disagree

13   with that.

14   Q.   In order to make the most accurate assessment about how an

15   FTO designate -- or a designated terrorist organization

16   operates, you're saying it's not necessary to have classified

17   information?

18   A.   No.

19   Q.   Well, classified information can -- you started to say it

03:40 20   can come in a variety of forms, right?

21   A.   It can, yes.

22   Q.   For example, it can come from satellite surveillance of

23   individuals and groups?

24   A.   It can.

25   Q.   So that you can actually see where these people are?

```
 1   A.    That's correct.
 2   Q.    It can be by electronic surveillance such as a wiretap,
 3   correct?
 4   A.    That's correct.
 5   Q.    So that you can actually hear what these people are saying
 6   when they're talking on the phone to their associates?
 7   A.    That's correct.
 8   Q.    Or transmitting devices where you can actually hear in
 9   real time what people are saying at a meeting when they're
10   discussing the operation of a terrorist organization --
11   A.    That's correct.
12   Q.    -- correct?
13         It can include, in classified information, informants at
14   the very highest level?
15   A.    That's correct.
16   Q.    None of this information, if classified, do you have
17   access to, correct?
18   A.    That's correct; yes.
19   Q.    Classified information can also include interrogations of
20   prisoners in military custody, correct?
21   A.    It can be classified.  That's correct.
22   Q.    It can include the seizing of computers or other
23   electronic sources of information, correct?
24   A.    That's correct.
25   Q.    The higher the individual who is captured, the more
```

1    valuable the information that you can get from that person.

2    Isn't that fair to say?

3    A.    That's not necessarily the case.

4    Q.    Would you agree that the higher an individual is in the

5    organization of a terrorist organization, the more valuable the

6    information would be that is seized on his computer or his

7    phone?

8    A.    No, I would disagree with that.

9    Q.    You would disagree with that?

03:42 10    A.    Yes.

11    Q.    And this, of course, is not based on your experience in

12    looking at classified information because, by definition, you

13    can't look at something that's classified unless --

14    A.    Not classified information, no.

15    Q.    For example, Osama bin Laden was arrested -- or seized and

16    killed earlier this year, correct?

17    A.    That's correct.

18    Q.    But the Navy Seals did not immediately leave after

19    bin Laden was dead, did they?

03:42 20    A.    That is correct; yes.

21    Q.    They stuck around for a period so that they could seize

22    hundreds of flash drives which were present, correct?

23    A.    I believe that's the reporting, yes.

24    Q.    Is that what you reported once, that there were hundreds

25    of flash drives seized while --

A.    I don't know if I reported that or not, but I believe it

was for the public, open-source reporting.

Q.    And five computers?

A.    It's possible.  Approximately.

Q.    Dozens of DVDs and CDs?

A.    That's correct.

Q.    And untold numbers of paper documents, correct?

A.    That's correct.

Q.    And all of this information was seized so that it could be

analyzed, correct?

A.    That's correct; yes.

Q.    Osama bin Laden at this time was the head of al Qa'ida,

wasn't he?

A.    That's correct; yes.

Q.    It's likely that this information seized would give

unprecedented insight into the operation of al Qa'ida.  Would

you agree with that?

A.    It's possible.  Not likely, it's possible.  You're leaving

aside the issue of operational security, which is that

al Qa'ida's leaders are aware that they can be killed or

captured, and the higher up you are in the chain, the more it

is likely that these individuals have taken precautions to make

sure that any evidence that's seized is either encrypted,

protected, coded, or in such a manner that even access to it at

a classified level might not provide significant -- I mean,

that's the whole idea between al Qa'ida, is closeted, secretive
activities.
    So there's a reason why even if you're an important figure
and even if you have a ton of evidence seized from you, the
government might not be able to open that up or see it or
decipher it.  So it might just be gobbledygook.
Q.    You're speculating about this information seized from
bin Laden, aren't you?
A.    Well, from bin Laden.  But this is --
Q.    Mr. Kohlmann, that's who we're talking about, right, the
head of al Qa'ida who had secretly, apparently, been living in
Pakistan for years?
A.    Well, you offered that as an example.
Q.    Mr. Kohlmann, I'm using it as an example.
A.    That's right.
Q.    And that's what we're talking about.  You are completely
wildly speculating that all of this material that was seized
from bin Laden -- his five computers, his phones, his DVDs
containing documents, his CDs, his hundreds of flash drives --
would be unable to be viewed by the United States intelligence
communities.  That's what you're saying?
A.    No.  I used the word --
Q.    You're speculating?
A.    No.  Hold on a second.  I used the term "not necessarily,"
meaning that we don't know --

```
 1   Q.   Have you spoken to anybody?

 2   A.   Can I just finish for one second?  The other issue is the

 3   fact that I was speaking more generally about the issue about

 4   high-ranking al Qa'ida members being captured and the aftermath

 5   of that.  I can't --

 6   Q.   Mr. Kohlmann, you have never seen the classified

 7   information seized when bin Laden was captured, have you?

 8   A.   In the case of bin Laden, the answer is no.

 9   Q.   So you don't have any idea what's on that information,

10   right?

11   A.   In that case?  No.

12   Q.   You don't have any idea how valuable that information is

13   to the understanding of the operation of al Qa'ida, right?

14   A.   In that case, no.

15   Q.   But the people who do have access to classified

16   information would have the benefit of looking at that

17   information, right?

18   A.   They would have the benefit of looking at it, correct.

19   Q.   And analyzing it, correct?

20   A.   That's not necessarily the case.

21   Q.   So you don't think that the people in the NSA and the CIA

22   would be in a position to analyze the significance of all the

23   information that was seized when bin Laden was captured?

24   A.   If it's encrypted, using certain forms of encryption, if

25   it's coded -- I mean, much like any other information, the NSA
```

1    can spend a long, long time trying to decipher this.  Sometimes

2    they manage to decipher it; sometimes they don't.  I mean,

3    that's one of the issues with encryption right now, is that the

4    U.S. government feels that there are certain encryption

5    technologies out there which make it almost impossible even for

6    the NSA to break that kind of coding, and it's the kind of

7    coding that's available commercially over the internet to

8    anybody.

9    Q.   And you don't think that the NSA can break those codes?

03:47 10    A.   According to the statements of U.S. government officials

11    themselves --

12    Q.   Who told you that they couldn't break this material that

13    Osama bin Laden had?

14    A.   Not Osama bin Laden.  Again, I'm referring generally --

15    Q.   I'm focusing on Osama bin Laden, okay?  We're just

16    talking, sir, about the -- all of this treasure trove seized

17    when Osama bin Laden was captured.

18    A.   I can't make any --

19    Q.   You haven't spoken to anybody who's told you that they

03:47 20    can't decipher this information, have you?

21    A.   But I never said that I had.

22    Q.   You never spoke to anyone who told you that they couldn't

23    decipher what they --

24    A.   That's correct.  That's correct.  But, again, I haven't

25    spoken to anyone who said that they could either.  That's the

1   distinction.

2   Q.   And because you don't have access to classified

3   information, they wouldn't tell you that, right?  That's the

4   whole point of classified, right, Mr. Kohlmann?  Someone like

5   you who is not deemed to have a security clearance isn't going

6   to be told this stuff, right?

7   A.   But information is eventually declassified.  If

8   information is successfully --

9   Q.   Do you have that?  Do you have any information about

03:48 10   these --

11   A.   Not about the -- not about the bin Laden raid that you're

12   referring to.

13   Q.   Okay.

14   A.   Yeah.

15   Q.   Would someone who is a special advisor on intelligence to

16   the deputy chief of staff of the United States Army likely have

17   access to classified information?

18            MR. CHAKRAVARTY:  Objection, your Honor.

19            THE COURT:  Well, you may answer if you know.

03:48 20            THE WITNESS:  It would be entirely speculative for

21   me to answer -- I mean, there's such a large realm of

22   classified information, to say that any one individual as the

23   result of being an advisor to the deputy chief of staff of the

24   army would have access to any or all of it would be speculation

25   on my part.  I think it would be speculation on anybody's part.

1    BY MR. CARNEY:

2    Q.    How about the person who has that role?

3    A.    There's such a large --

4    Q.    Dr. Marc Sageman -- would Dr. Marc Sageman, who is the

5    special advisor to the deputy chief of staff -- to the joint

6    chiefs of staff on intelligence -- be able to tell you whether

7    he has access to classified information?

8            MR. CHAKRAVARTY:  Objection, your Honor.

9            THE COURT:  You may answer that.

03:49 10         THE WITNESS:  I don't know.  There are different forms

11   of classification; there are different levels of

12   classification.  Simply being a special advisor to the deputy

13   chief of staff of the army doesn't give you access -- it

14   certainly doesn't give you access to everything that they

15   seized from the bin Laden compound, but it wouldn't give you

16   access to --

17   BY MR. CARNEY:

18   Q.    Mr. Kohlmann, it would not give you access to everything

19   seized in the bin Laden compound?  Do you know that Dr. Marc

03:49 20  Sageman, whom you identified on Friday as sitting in the

21   courtroom -- you can state as a fact that he would not have

22   access to the material seized in the bin Laden compound.

23   That's a fact you're stating?

24   A.    No, because I don't know what his classification level is.

25   Q.    You just said he would not have access to that material.

1    I'm just testing out what kind of expert you are.

2            MR. CHAKRAVARTY:  Objection, your Honor.

3    BY MR. CARNEY:

4    Q.   You state a fact like that to the jury --

5            MR. CARNEY:  I'm just summing up, your Honor.

6    Q.   You state a fact like that to the jury, and then I ask you

7    about it, and then you say, "Well, I don't know."  Is that

8    correct?

9            MR. CHAKRAVARTY:  Objection both to the form and the

03:50 10   argumentative nature of --

11           THE COURT:  No, go ahead.  You may answer it if you're

12   able to.

13           THE WITNESS:  Again, the word is "necessarily."

14   Because of the fact that I don't know what Mr. Sageman's

15   classification level is and I don't know what the

16   classification level was that was assigned to various different

17   pieces of evidence that were seized from the bin Laden

18   compound, I don't think there's any way for me to know or, for

19   that matter, anyone else to know with certainty, unless they

03:50 20   have top-level security clearance, whether or not Dr. Sageman

21   has access to every single piece of evidence.

22           What I'm saying is I don't know if there's any way for

23   anyone, aside having a super top-level clearance, to make that

24   determination.

25   BY MR. CARNEY:

1    Q.    And what if you do have that level of clearance?

2    A.    I'm sorry.  What's that?

3    Q.    And what if the person does have that level of clearance?

4    A.    I'm really -- I'm not an expert in government

5    classifications.  That's well outside my wheelhouse.

6    Q.    But you were confident in saying, as you said a few

7    moments ago, that having access to all of that classified

8    information would put people who do have that access at no

9    greater position of understanding al Qa'ida than you have,

03:51 10   right?

11   A.    It depends what that information is.  In my previous

12   experience in reviewing declassified materials from the Harmony

13   Project, which are materials that were classified that were --

14   Q.    Let's just focus on my question.

15        MR. CHAKRAVARTY:  Your Honor, he was answering the

16   question and counsel --

17        THE COURT:  Yes, I think you may finish your answer.

18        THE WITNESS:  In my previous review of answers that

19   were declassified by the U.S. government as part of Harmony

03:51 20   Project there were a number of different problems I

21   encountered:  Number one, it is often --

22        MR. CARNEY:  Your Honor, this is beyond the scope of

23   what I asked him.  My question was --

24        THE COURT:  No, I think it's responsive.  You may have

25   it.

```
 1          THE WITNESS:  Number one, the problem was that when it
 2   comes to classified material, it becomes very difficult to know
 3   what the exact source was.  It's not very clear always when a
 4   particular document or something is recovered in a raid what
 5   form it was recovered in, who it was recovered from, or what
 6   the chain of custody is.
 7   BY MR. CARNEY:
 8   Q.   What if it was in the room where the person was seized?
 9          MR. CHAKRAVARTY:  Your Honor, he's still answering the
03:52 10  question.
 11          THE COURT:  Well, no.  Go ahead.  You may ask the
 12   question.
 13   BY MR. CARNEY:
 14   Q.   What if it was in the room where the person was seized?
 15   A.   That information is not always -- at least in the
 16   documents that I reviewed, it's not always made clear there
 17   so --
 18   Q.   Well, you've never seen classified documents that would
 19   indicate this, correct?
03:52 20  A.   I have seen documents that have been produced through the
 21   U.S. military Harmony Project, which are declassified top-level
 22   documents that have -- again, I'm telling you based on my
 23   experience.  I don't have a security clearance.  But based on
 24   my experience and review of declassified documents, it's very
 25   difficult to rely on them, number one; and, number two, the
```

         1    information that was in the documents, at least the documents

         2    that I reviewed that were classified documents that were

         3    declassified, I don't believe that those documents offered such

         4    a great additional level of detail that you couldn't have

         5    gotten through reviewing many of al Qa'ida's open-source

         6    materials that are out there that say more or less the same

         7    thing, aside from satellite telephone numbers and whatnot.

         8    Q.   Mr. Kohlmann, I agree with you.

         9    A.   All right.

03:53   10    Q.   They often declassify information that simply is the same

        11    thing that's available in open source, right?

        12    A.   I don't really know whether that is the case.

        13    Q.   What I'm talking about is classified information that is

        14    not available on open source.

        15    A.   I can only speak in this case to materials that I have

        16    reviewed, that I have seen.  But based on my review of

        17    declassified materials, including materials that have been used

        18    as evidence in terrorism cases, my experience has been that --

        19    Q.   Mr. Kohlmann --

03:54   20         MR. CARNEY:  I would ask the witness to stop.  He's

        21    just not being responsive to my question.

        22         THE COURT:  No, I think he can go ahead.

        23    BY MR. CARNEY:

        24    Q.   All right.  Please continue.

        25    A.   Based on my opinion --

1          MR. CARNEY:  We're going to be here all week, your

2     Honor.

3          MR. CHAKRAVARTY:  Your Honor, the defense is choosing

4     his tact with the witness and he has to --

5          THE COURT:  No, go ahead.  Finish the answer if you

6     haven't completed it.

7          THE WITNESS:  Based on my review of documents that

8     have been declassified, including documents in terrorism cases,

9     through the Harmony Project, through the U.S. military, et

03:54 10     cetera, including documents that have provided essential

11     information in criminal prosecutions, aside from showing the

12     actual physical location of somebody, which doesn't really

13     provide any benefit for studying a foreign terrorist

14     organization, at least at my level -- the information -- the

15     substantive information -- the leadership, how people are

16     communicating, what people are talking about, the targets that

17     people are talking about -- these are not necessarily that

18     secret.

19          If you look in al Qa'ida's open-source materials, if

03:55 20     you talk with al Qa'ida representatives, al Qa'ida spokesmen, a

21     lot of this stuff is clear from the open source -- for that

22     matter, the vast majority of scholars and academics who study

23     terrorism, universities or outside, rely almost exclusively on

24     open-source documentation because classified sources are not

25     generally considered to be a scholarly source reliable enough

1   to use in this kind of study.

2   BY MR. CARNEY:

3   Q.   So let me see if I understand you correctly.

4   A.   Right.

5   Q.   People don't use classified information because it might

6   be unreliable?

7   A.   Academics and scholars, when they're -- I'm repeating

8   exactly what -- they -- generally speaking, at least when it

9   comes to real scholarship, they don't include classified

03:55 10  materials.

11  Q.   They can't.  They can't.  The whole point is they never

12  see classified, correct?  Is that correct?

13  A.   I don't know.

14  Q.   Do you ever see classified information?

15  A.   Occasionally when it's -- occasionally when --

16  Q.   When it's classified, do you ever see it?

17  A.   It's difficult to explain.

18  Q.   No.  No.

19  A.   I've seen materials that --

03:56 20  Q.   Let's make it simple.  Have you ever seen classified

21  information when it's classified?

22  A.   It depends on what you mean by "classified."  Not

23  classified to the -- I see sensitive materials, materials that

24  have been --

25  Q.   I'm not talking sensitive.

```
 1   A.   Okay.

 2   Q.   I'm saying documents that have been decided by the

 3   intelligence community --

 4   A.   Right.

 5   Q.   -- that they are either too important --

 6   A.   Right.

 7   Q.   -- or too secret or give so much information that you

 8   don't want anybody that's an enemy to know about that they're

 9   going to classify it so only someone with a high degree of

03:56 10   security clearance is going to see it.  That's what I mean by

11   "classified," okay?  Do you understand how I use that word now?

12        MR. CHAKRAVARTY:  I rise because there's no way this

13   witness can know what is or is not classified if he doesn't

14   have clearance and somebody is showing him something.  The

15   other aspects of this --

16        THE COURT:  It's the line of questioning, actually.

17        But, anyway, if you want to give a definition, perhaps

18   that's the way to do it.

19        MR. CARNEY:  All right, your Honor.

03:57 20   BY MR. CARNEY:

21   Q.   When I use the term "classified," Mr. Kohlmann, it means

22   information that the government has considered so important, so

23   helpful, so sensitive, so insightful about the enemy -- the

24   enemy -- that it does not want to reveal it publicly.

25        MR. CHAKRAVARTY:  Your Honor, there's just --
```

```
 1  BY MR. CARNEY:

 2  Q.   Do you accept that definition as classified?

 3       MR. CHAKRAVARTY:  Your Honor, my concern is the

 4  misapprehension about what "classified" --

 5       THE COURT:  Well, I think it's a sui generous

 6  definition for the witness's purpose, so he may answer whether

 7  he accepts that or --

 8       THE WITNESS:  I mean, the problem is, your Honor, by

 9  that definition -- that's not a definition -- I mean, the

10  classified document is a document that physically says

11  "classified" on it.  It's under a specific classification

12  order.  That definition could include sensitive documents as

13  well, which I have reviewed, which are nonpublic but are

14  sensitive.

15       So by the official definition of "classified," I don't

16  have a classification level so I can't review classified

17  documents.  But by your definition, yeah, there are materials

18  that I've reviewed that are nonpublic, that are sensitive, that

19  are not for public dissemination and are considered to be

20  highly sensitive.  But I mean, that's by your definition, not

21  by the official classification.

22  BY MR. CARNEY:

23  Q.   My definition was why they would classify something,

24  because if the release of the information publicly --

25  A.   Right.
```

1   Q.   -- whether to someone looking at a website or a

2   pseudo-expert or the enemy, it would hurt the United States'

3   interests.  And so something is classified as "classified" and

4   you can't see it.

5   A.   I cannot review classified documents; that's correct.

6            MR. CARNEY:  I'm about to go into a new area.  Do you

7   want me to --

8            THE COURT:  Maybe we should stop here, then.

9            Jurors, enjoy the rest of the day.  We'll see you

03:59 10   tomorrow morning and continue with the evidence.

11            THE CLERK:  All rise for the Court and jury.  The

12   Court will be in recess.

13            THE COURT:  I'll stay.

14            (The jury exits the courtroom at 12:57 p.m.)

15            THE CLERK:  Please be seated.

16            MR. CHAKRAVARTY:  Your Honor, so the government has a

17   few things it would like to raise.  The first is Mr. Kohlmann's

18   schedule which, as I alerted the jury and your Honor to,

19   tomorrow he is expected to appear before Congress in the

04:00 20   afternoon.  We hope that if his exam finishes in the morning,

21   that he still will be able to reach Washington.

22            THE COURT:  What time is the testimony?

23            THE WITNESS:  At 2 p.m., your Honor.

24            MR. CHAKRAVARTY:  There are shuttles every hour.  I

25   just want to see if I could get some preview of how much longer

 1    Mr. Carney expects to be.

 2          MR. CARNEY:  It depends how much he's going to fight

 3    me.  I have a series of questions I would like to ask him.  If

 4    he can answer "yes" or "no," he might make his flight.  If

 5    we're going to have 50- or 100-word soliloquies in response to

 6    my yes-or-no questions, he won't make it a week from Tuesday.

 7          (Laughter.)

 8          THE COURT SECURITY OFFICER:  Order in the court,

 9    please.

04:00 10          MR. CARNEY:  Your Honor --

11          MR. CHAKRAVARTY:  In order to avoid a constitutional

12    question, your Honor, I'll talk to Mr. Kohlmann to see what he

13    could do about rescheduling.

14          THE COURT:  That's okay.

15          MR. CHAKRAVARTY:  In any event, he's here; he's

16    testifying.  He's prepared to do so as long as that takes.

17          THE COURT:  Is it possible to return on Wednesday if

18    he has to leave to make the two o'clock testimony?

19          THE WITNESS:  Your Honor, I'm at your disposal.

04:01 20    Whatever is most convenient.

21          THE COURT:  You can discuss the possibilities.

22          MR. CHAKRAVARTY:  So that's the only issue which

23    involves Mr. Kohlmann.

24          The rest probably would be best if Mr. Kohlmann, as

25    well as the other experts who are potentially slated to --

1          THE COURT:  Why don't I see you at the side.

2          (Discussion at sidebar and out of the hearing of the

3     jury:)

4          MR. CHAKRAVARTY:  So the issue is, you've now heard

5     Mr. Kohlmann's testimony and the government intends to rest

6     after cross is done -- after we're done with the witness.

7     Hopefully, that will be tomorrow.  There is one logistical

8     issue which maybe counsel and I can -- we can address after

9     court today about -- there were some exhibits which we have

04:02 10    marked as in on our exhibit list but are not necessarily on the

11    JERS list.  If we could come to an agreement as to whether

12    maybe they are in --

13          MR. CARNEY:  That should be of no moment.

14          MR. CHAKRAVARTY:  But the other --

15          MR. CARNEY:  Excuse me.

16          THE COURT:  What's the number of those?

17          MR. CHAKRAVARTY:  I think there were like a dozen.

18    And maybe parts of, like, a video.

19          MR. CARNEY:  We have time to meet this afternoon

04:02 20    briefly.  And we can report to Mr. Lyness in the morning, and

21    to your Honor.

22          MR. CHAKRAVARTY:  The other issue, and this is a big

23    one, the defense experts.  In preparing -- counsel yesterday

24    gave us a revised batting order for whom they intend to

25    testify.  We still have very -- we think very relevant *Daubert*,

 1    as well as scope, questions.

 2              THE COURT:  What is the batting order?

 3         MS. BASSIL:  It keeps changing.

 4         MS. PATEL:  We were told Friday would be the close of

 5    government and then we were told today would be the close of

 6    government as a moving target.  But as soon as we know, we'll

 7    update them.  It will be Andrew March first now.  That depends

 8    on how we go -- yes, he's slated to go first tomorrow, but

 9    everybody else, it just depends on how slowly things are

04:03 10    moving.

11              THE COURT:  Who are the others, whatever order they

12    are in?

13         MS. PATEL:  Sorry?

14              THE COURT:  Who are the others, whatever order they

15    are in?

16         MS. PATEL:  Andrew March, Mohammad Fadel, Stephen

17    Durlauf, Brian Williams, Gregory Johnson, Marc Sageman.  All

18    the same folks they've had the disclosures about.

19              MR. CARNEY:  If I could just interject:  If this is

04:03 20    the last witness, I do think the government is going to be able

21    to rest tomorrow.  I'm not -- in all candor, I'm not prolonging

22    an examination to mess with Mr. Kohlmann, and I, in good faith,

23    believe that we will finish in the morning, never mind by one

24    o'clock.

25              MR. CHAKRAVARTY:  Your Honor, he'll do -- he does

1    this.  He knows what his obligations are.  My bigger concern is

2    for every one of these witnesses, maybe with the exception of

3    Johnson, we have *Daubert* issues which --

4              THE COURT:  I'm aware of that.

5              MR. CHAKRAVARTY:  And the basis of their opinion

6    hasn't necessarily been disclosed.  We've received no

7    additional kind of discovery related to them.  Some of them

8    they explain in generic terms --

9              THE COURT:  What am I doing tomorrow?  Go look.

04:04 10              THE CLERK:  Nothing, just the judges' meeting.

11              THE COURT:  I can't do it tomorrow.  I'm sorry.

12              MR. CHAKRAVARTY:  So I guess that's the issue.  I'm

13    going to be doing rolling *Daubert* --

14              THE COURT:  Maybe.  Maybe.  I mean, maybe we'll have

15    to take them in whatever order -- I mean, obviously March would

16    be the first one.  If there's an objection to that, we'll deal

17    with it, and we can deal with the others as they come along.

18              MR. CHAKRAVARTY:  But to alert the Court and the

19    parties, I think we all want to avoid kind of gaps in time.  So

04:05 20    if your Honor restricts or excludes a particular witness, then

21    there should be somebody else there.

22              THE COURT:  Okay.

23              MR. CARNEY:  We're doing everything we can to have

24    people ready to go.

25              THE COURT:  Is your intention to present seriatim

 1  experts and then any lay witnesses?

 2          MS. BASSIL:  Lay witnesses, you know, are for sort of

 3  gaps, basically.

 4          THE COURT:  Okay.

 5          MR. CARNEY:  What that means is, we've got people

 6  sitting around so that we don't have a downtime with the Court.

 7  Also --

 8          MR. AUERHAHN:  Can we know who they are and when

 9  they're going to testify?

04:05 10         MR. CARNEY:  Also, we expect -- and I think the

11  government's been given notice, that we would like one special

12  agent to be present on a very narrow rebuttal issue -- or

13  impeachment issue.  The witness may be on the stand for all of

14  ten minutes.

15          MS. PATEL:  If I may just interject.  Because almost

16  all of our experts are traveling, the only problem with doing

17  it expert by expert is that we will have flown them here

18  expecting to allocate, you know, a however-many-hour period of

19  time, which is fine with me, except that it makes it harder to

04:06 20  fill the gap.

21          THE COURT:  We'll do what we can do, I guess is the

22  answer.

23          MR. CARNEY:  So I guess the government --

24          THE COURT:  For example, let me just -- on that, you

25  know, here in the schedule -- if I have an open afternoon on

1    Wednesday and we could do some of this -- but we may get to an

2    expert before Wednesday, whether it's March or whomever.  I

3    don't know how --

4         MR. CARNEY:  One of our experts is a computer expert.

5    I don't think there will really be a *Daubert* challenge because

6    he's a phenomenal expert and he's just talking about what he

7    found in his search of the computer that's consistent or

8    inconsistent with the government's expert.

9         MR. CHAKRAVARTY:  I'm not opposing his qualifications,

04:07 10  but we don't have any document or anything to show that he

11   actually did an exam.  You know, 26.2 and 703 --

12        THE COURT:  With respect to what's been disclosed,

13   there was a multipage letter which had two or three paragraphs

14   about each of them.  Has there been anything beyond that or is

15   that what -- for my own purposes --

16        MR. CHAKRAVARTY:  I think there was a supplement as

17   well.

18        THE COURT:  Is there a supplement?

19        MS. PATEL:  There was a lengthier supplement.  So

04:07 20  instead of two or three paragraphs, it's two or three pages.

21        THE COURT:  And that was docketed, do you know?  Do

22   you know where on the docket that is?

23        MR. OH:  I could grab a copy.

24        THE COURT:  Okay.  I just want to know what to look at

25   that.  That's all.  Was that filed under seal as a response to

1  the government's objection?

2           MS. PATEL:  It would have been filed under seal.

3           THE COURT:  I think I know where that is.

4           MR. CARNEY:  So I don't know that he's going to find

5  on the docket virtually perfect --

6           MS. BASSIL:  We did.  We did.  We did.

7           MR. CARNEY:  So I think our colleague can get Mr.

8  Lyness the date, which might help you locate it.

9           THE COURT:  I actually think I know where it is in my

04:08 10  office, now that I think back on it.

11           All right.  Well, we'll proceed tomorrow and -- do you

12  know what the hearing is that he has tomorrow?

13           MR. CHAKRAVARTY:  It's a --

14           THE COURT:  Is it a committee hearing, I assume?

15           MR. CHAKRAVARTY:  It's a Homeland Security Committee

16  Hearing.

17           THE COURT:  House or senate?

18           MR. CHAKRAVARTY:  House.

19           THE COURT:  Do they have other witnesses?

04:08 20           MR. CHAKRAVARTY:  I think they do.  And I think he is

21  going to be reading it into the record so there is some

22  flexibility.  I don't there are going to be very many

23  congressmen taking notes.

24           MS. BASSIL:  Is he going to read his senior honor

25  thesis into the record?

```
 1              MR. CARNEY:  Excuse me.  At the close of the
 2    government's case I'll be moving for a directed verdict.  I
 3    will not be belaboring anything.
 4              THE COURT:  You're going to have a written motion or
 5    will it just be oral?
 6              MS. BASSIL:  Yes, we'll have a written motion.  It's
 7    bare bones.
 8              THE COURT:  Okay.
 9              MR. CARNEY:  I will orally make one or two comments
04:09 10   with each indictment, but I don't think the Court needs to
11    allot a significant amount of time, if I can be so candid.
12              THE COURT:  Okay.
13              THE CLERK:  Judge, Mr. Oh just gave me this.  This is
14    what Mr. Carney was talking about.
15              THE COURT:  Thank you.  All right.  Now, wait a
16    minute.  This may be the --
17              MS. BASSIL:  And I think an affidavit was submitted
18    for Dr. Durlauf, so I think it may just reference the
19    affidavit.  It was a 15-page affidavit.
04:09 20              THE COURT:  Yes.  Okay.  Okay.
21              MR. CHAKRAVARTY:  Thank you, your Honor.
22              (In open court.)
23              THE CLERK:  The Court will be in recess.
24              (The Court exited the courtroom and the proceedings
25    adjourned at 1:07 p.m.)
```

1                  C E R T I F I C A T E

2

3           We, Marcia G. Patrisso, RMR, CRR, and Cheryl

4     Dahlstrom, RMR, CRR, Official Reporters of the United States

5     District Court, do hereby certify that the foregoing transcript

6     constitutes, to the best of our skill and ability, a true and

7     accurate transcription of our stenotype notes taken in the

8     matter of Criminal Action No. 09-10017-GAO-1, United States of

9     America v. Tarek Mehanna.

10

11    /s/ Marcia G. Patrisso
      MARCIA G. PATRISSO, RMR, CRR
12    Official Court Reporter

13    /s/ Cheryl Dahlstrom
      CHERYL DAHLSTROM, RMR, CRR
14    Official Court Reporter

15

16    Date:  December 5, 2011

17

18

19

20

21

22

23

24

25