```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    ) Criminal Action
v.                                  ) No. 09-10017-GAO
                                    )
TAREK MEHANNA,                      )
                                    )
        Defendant.                  )
                                    )



       BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
              UNITED STATES DISTRICT JUDGE

                      DAY THIRTY-SIX
                       JURY TRIAL




    John J. Moakley United States Courthouse
              Courtroom No. 9
              One Courthouse Way
         Boston, Massachusetts  02210
          Monday, December 19, 2011
                  9:11 a.m.



        Marcia G. Patrisso, RMR, CRR
           Official Court Reporter
        John J. Moakley U.S. Courthouse
       One Courthouse Way, Room 3510
         Boston, Massachusetts  02210
                (617) 737-8728

    Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: Aloke Chakravarty, Assistant U.S. Attorney
 3        John Joseph Moakley Federal Courthouse
          Suite 9200
 4        Boston, Massachusetts  02210
          - and -
 5        UNITED STATES DEPARTMENT OF JUSTICE
          By: Jeffrey D. Groharing, Trial Attorney
 6            National Security Division
          950 Pennsylvania Avenue, NW
 7        Washington, D.C.  20530
          On Behalf of the Government
 8
          CARNEY & BASSIL
 9        By: J.W. Carney, Jr., Esq.
              Janice Bassil, Esq.
10            John E. Oh, Esq.
          20 Park Plaza
11        Suite 1405
          Boston, Massachusetts  02216
12        - and -
          LAW OFFICE OF SEJAL H. PATEL, LLC
13        By: Sejal H. Patel, Esq.
          101 Tremont Street
14        Suite 800
          Boston, Massachusetts  02108
15        On Behalf of the Defendant

16

17

18

19

20

21

22

23

24

25
```

1        (The following proceedings were held in open court
2   before the Honorable George A. O'Toole, Jr., United States
3   District Judge, United States District Court, District of
4   Massachusetts, at the John J. Moakley United States Courthouse,
5   One Courthouse Way, Boston, Massachusetts, on December 19,
6   2011.
7        The defendant, Tarek Mehanna, is present with counsel.
8   Assistant U.S. Attorney Aloke Chakravarty is present, along
9   with Jeffrey D. Groharing, Trial Attorney, U.S. Department of
10  Justice, National Security Division.)
11       THE CLERK:  All rise.
12       (The Court enters the courtroom at 9:11 a.m.)
13       THE CLERK:  Please be seated.
14       THE COURT:  Before we bring the jurors out, we do have
15  the question they sent in at the end of the day on Friday;
16  again, for the record, "May we get testimonies from individual
17  witnesses?"
18       I don't know whether that means all of it or they have
19  some in mind and so on.  I guess my question for you is:  Does
20  anybody want to argue in the affirmative?
21       MR. CARNEY:  No.
22       MS. BASSIL:  No.
23       MR. CARNEY:  I think it would be a dangerous road to
24  go down, your Honor.
25       MR. CHAKRAVARTY:  And as predictive, I think the

1 government would argue in the affirmative. We understand this
2 is -- within contours -- specific witnesses. It seems that
3 what we have in this case as opposed to the typical case is a
4 daily transcript that we have in a very extensive trial where
5 there are complicated witnesses. We presume they're going to
6 be asking for civilian witnesses, not readers or other things
7 for which they have the original evidence.
8 I quickly looked at what the First Circuit has said
9 about this, and the *Akitoye* case from back in '91 appears to be
10 the seminal case, and it says it's in your discretion but there
11 are factors to consider: The complexity is one of them; the
12 narrowness of which testimonies they're seeking is another.
13 Reading is a possibility, although that seems tedious,
14 especially when they will have other transcripts.
15 I'm not suggesting that we promise them that they will
16 get every transcript that they ask for, but if there's a narrow
17 request for a specific transcript, then it seems to me to make
18 sense. I think we all recognize how good the daily transcripts
19 have been. And as we've prepared for trial, we've used those
20 effectively.
21 There are sidebars that are within those, which
22 presumably, either the parties or Ms. Patrisso or Ms. Dahlstrom
23 could go through. I don't know what the logistics would be. I
24 don't know if there's an automated way to excise those. But it
25 seems to me it's something helpful to them. Their memory

```
 1   controls, but if we have something that can assist their memory
 2   that is part of the record, then the government suggests that
 3   your Honor should let them get it.
 4              THE COURT:  Okay.  I don't think so.  Certainly not to
 5   a blanket -- well, a broad request anyway, which is all we
 6   have.  But I don't think it's a good idea.  First of all, we
 7   did allow them to take notes to help them recall, and I think
 8   that to give them transcripts would, I think, distort the way
 9   they should be deliberating, which is their collective
10   recollections of the testimony aided by their notes rather than
11   parsing texts.  They've got enough texts to parse from the
12   exhibits.
13              And there is the separate problem of having to edit
14   each day to take out things they should see.  And I think
15   that's just a major burden.  The transcripts, as they have been
16   prepared, of course, include the whole proceedings, which
17   includes those parts that the jury were excluded from, and so
18   we'd have to go day by day and comb through them to do that.
19   And I think since they have, first, been, to my observation, a
20   pretty attentive jury anyway; but, second, have their own
21   notes, I think for now that's sufficient.
22              Okay.  So we'll answer the question that way.
23              We'll call them in -- and I think they're all here --
24   and we'll just get them started.
25              (Pause.)
```

1    THE COURT:  Just for your information, the alternates
2 have returned to the courthouse.  We told them to be, like you,
3 on 15-minute notice.  They can go off and do things as long as
4 they can get back here if we need them, so...
5    MR. CARNEY:  Your Honor, do they have your written
6 instructions by now?
7    THE COURT:  I believe they do, yes.
8    MR. CARNEY:  Okay.
9    MR. CHAKRAVARTY:  Do they have written instructions or
10 the transcript of --
11    THE COURT:  Transcript.  I think that's what he meant.
12 Transcript of the two -- because they were two separate
13 reporters, they get two separate volumes.  I believe they have
14 them both.
15    THE REPORTER:  They've been condensed.
16    THE COURT:  Oh, they have one volume that has them
17 both?  All right.
18    THE CLERK:  All rise for the jury.
19    (The jury enters the courtroom at 9:16 a.m.)
20    THE CLERK:  Be seated.
21    THE COURT:  Good morning, jurors.
22    THE JURORS:  Good morning.
23    THE COURT:  Let me look at you and see that all
24 deliberating jurors have returned.  And I'll state that for the
25 record.

```
 1            Have you all abided by my instruction to avoid any
 2   discussion of the case over the weekend?  The jurors all
 3   indicate affirmatively.
 4            Jurors, as we broke Friday you had sent a note in
 5   inquiring whether you could get the testimony of the individual
 6   witnesses.  I assume you're referring to a transcript of the
 7   testimony.
 8            The short answer is no.  First of all, you have been a
 9   very attentive jury throughout, and we appreciate that, and
10   you've also been able to take notes.  And we ask you to rely on
11   your impressions and your notes for whatever discussion you
12   need of the testimony of the witnesses.
13            With that, we ask you now to resume your deliberations
14   and let us know when you have reached unanimous verdicts with
15   respect to the several counts of the indictment.
16            THE CLERK:  All rise for the Court and the jury.  The
17   Court will be in recess.
18            (The jury exits the courtroom at 9:18 a.m.)
19            THE COURT:  May I see defense counsel on an ex parte
20   application?
21            (The Court exits the courtroom and there is a recess
22   at 9:18 a.m.)
23            (After recess:)
24            THE CLERK:  All rise for the Court and the jury.
25            (The Court and jury enter the courtroom at 4:40 p.m.)
```

```
 1              THE CLERK:  Please be seated.
 2              THE COURT:  Jurors, we appreciate your hard work.
 3   We'll call it quits for the day.  We'll follow the same
 4   procedure:  all assemble one by one tomorrow as usual, and when
 5   everybody is here, we'll call you into the courtroom and again
 6   record that you're here and ready to resume your deliberations.
 7              And, again, I would remind you to have no discussion
 8   of the matter at all until you're back together.
 9              So have a pleasant evening and we'll see you tomorrow
10   morning.
11              THE CLERK:  All rise for the Court and jury.  The
12   Court will be in recess.
13              (The Court and jury exit the courtroom and the
14   proceedings adjourned at 4:45 p.m.)
```
(07:30 at line 10)

```
 1                        C E R T I F I C A T E
 2
 3        I, Marcia G. Patrisso, RMR, CRR, Official Reporter of
 4   the United States District Court, do hereby certify that the
 5   foregoing transcript constitutes, to the best of my skill and
 6   ability, a true and accurate transcription of my stenotype
 7   notes taken in the matter of Criminal Action No.
 8   09-10017-GAO-1, United States of America v. Tarek Mehanna.
 9
10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter
12
     Date:  December 19, 2011
13
```