```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


                                    )
UNITED STATES OF AMERICA,           )
                                    )
         Plaintiff,                 )
                                    ) Criminal Action
v.                                  ) No. 09-10017-GAO
                                    )
TAREK MEHANNA,                      )
                                    )
         Defendant.                 )
                                    )



         BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                UNITED STATES DISTRICT JUDGE

                      DAY THIRTY-SEVEN
                       JURY TRIAL



     John J. Moakley United States Courthouse
                 Courtroom No. 9
                 One Courthouse Way
             Boston, Massachusetts  02210
              Tuesday, December 20, 2011
                      9:20 a.m.



           Marcia G. Patrisso, RMR, CRR
              Official Court Reporter
          John J. Moakley U.S. Courthouse
         One Courthouse Way, Room 3510
            Boston, Massachusetts  02210
                  (617) 737-8728

     Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: Aloke Chakravarty, Assistant U.S. Attorney
 3        John Joseph Moakley Federal Courthouse
          Suite 9200
 4        Boston, Massachusetts  02210
          - and -
 5        UNITED STATES DEPARTMENT OF JUSTICE
          By: Jeffrey D. Groharing, Trial Attorney
 6            National Security Division
          950 Pennsylvania Avenue, NW
 7        Washington, D.C.  20530
          On Behalf of the Government
 8
          CARNEY & BASSIL
 9        By: J.W. Carney, Jr., Esq.
              Janice Bassil, Esq.
10            John E. Oh, Esq.
          20 Park Plaza
11        Suite 1405
          Boston, Massachusetts  02216
12        - and -
          LAW OFFICE OF SEJAL H. PATEL, LLC
13        By: Sejal H. Patel, Esq.
          101 Tremont Street
14        Suite 800
          Boston, Massachusetts  02108
15        On Behalf of the Defendant

16

17

18

19

20

21

22

23

24

25
```

```
 1              (The following proceedings were held in open court
 2     before the Honorable George A. O'Toole, Jr., United States
 3     District Judge, United States District Court, District of
 4     Massachusetts, at the John J. Moakley United States Courthouse,
 5     One Courthouse Way, Boston, Massachusetts, on December 20,
 6     2011.
 7              The defendant, Tarek Mehanna, is present with counsel.
 8     Assistant U.S. Attorney Aloke Chakravarty is present, along
 9     with Jeffrey D. Groharing, Trial Attorney, U.S. Department of
10     Justice, National Security Division.)
11              THE CLERK:  All rise for the Court and the jury.
12              (The Court and jury enter the courtroom at 9:20 a.m.)
13              THE CLERK:  Be seated.
14              THE COURT:  Good morning, jurors.
15              THE JURORS:  Good morning.
16              THE COURT:  Let me look at you all and make sure
17     you're all here.  You are.  And I again ask you if you've all
18     abided by my instruction to avoid any discussion of the matters
19     of the case outside of the jury room.  Have you all done that?
20     Okay.  The jurors all indicate affirmatively.
21              Well, jurors, it's time to get back to work.  We
22     appreciate your service, and we ask you to continue your
23     deliberations.
24              So we'll be in recess.
25              THE CLERK:  All rise for the Court and the jury.
```

```
 1              The Court will be in recess.
 2              (The Court and jury exit the courtroom and there is a
 3     recess in the proceedings at 9:21 a.m.)
 4              (After the recess:)
 5              THE CLERK:  May I have your attention.  We are about
 6     to receive the verdict of the jury.  We ask you to respect the
 7     jury.  There are to be no verbal or other demonstrations of
 8     either approval or disapproval of the verdict within the
 9     courtroom during the proceedings.  The court security officers
10     will enforce this rule.
11              Thank you for your cooperation.
12              (Pause.)
13              THE CLERK:  All rise for the Court and the jury.
14              (The Court and jury enter the courtroom at 11:08 a.m.)
15              THE CLERK:  Will the jurors remain standing.  Will the
16     defendant remain standing.  Everyone else be seated.
17              Mr. Foreperson, has the jury agreed upon a verdict?
18              THE FOREPERSON:  Yes, we have.
19              THE CLERK:  May I have the form, please?  Thank you.
20              (The Court reviews the verdict form.)
21              THE COURT:  You may announce the verdict.
22              THE CLERK:  Okay.  In Criminal Action 09-10017, United
23     States of America versus Tarek Mehanna.  With respect to Count
24     1 on the jury verdict form, as to Count 1 of the second
25     superseding indictment charging the defendant, Tarek Mehanna,
```

```
 1   with conspiracy to provide material support or resources to a
 2   designated foreign terrorist organization in violation of 18
 3   U.S.C. 2339B, we, the jury, find the defendant guilty.
 4           Count 2:  As to Count 2 of the second superseding
 5   indictment charging the defendant, Tarek Mehanna, with
 6   conspiracy to provide material support to terrorists in
 7   violation of 18 U.S.C. Section 2339A, we, the jury, find the
 8   defendant guilty.
 9           Count 3:  As to Count 3 of the second superseding
10   indictment charging the defendant, Tarek Mehanna, with
11   providing and attempting to provide material support to
12   terrorists in violation of 18 U.S.C. Section 2339A, we, the
13   jury, find the defendant guilty.
14           Count 4:  As to Count 4 of the second superseding
15   indictment charging the defendant, Tarek Mehanna, with
16   conspiracy to kill in a foreign country in violation of 18
17   U.S.C. Section 956, we, the jury, find the defendant guilty.
18           Count 5:  As to Count 5 of the second superseding
19   indictment charging the defendant, Tarek Mehanna, with
20   conspiracy to make false statements in violation of 18 U.S.C.
21   Section 371, we, the jury, find the defendant guilty.
22           As to Count 6 of the second superseding indictment
23   charging the defendant, Tarek Mehanna, with making false
24   statements in violation of 18 U.S.C. Section 1001, we, the
25   jury, find the defendant guilty.
```

```
 1              If you find the defendant guilty on Count 6, please
 2    answer yes or no as to whether the jury unanimously finds that
 3    the government has proven beyond a reasonable doubt that the
 4    defendant made these false statements during an investigation
 5    involving international terrorism:  Yes.
 6              Mr. Foreperson, is that your verdict?
 7              THE COURT:  Wait a second.  You have Count 7.  Count
 8    7.
 9              THE CLERK:  My apologies.
01:54 10              As to Count 7 of the second superseding indictment
 11    charging Tarek Mehanna with making false statements in
 12    violation of 18 U.S.C. Section 1001, we, the jury, find the
 13    defendant guilty.
 14              If you find the defendant guilty on Count 7, please
 15    answer yes or no as to whether the jury unanimously finds that
 16    the government has proven beyond a reasonable doubt that the
 17    defendant made these false statements during an investigation
 18    involving international terrorism:  Yes.
 19              Mr. Foreperson, is that your verdict?
01:54 20              THE FOREPERSON:  Yes.
 21              THE CLERK:  And so say you all?
 22              THE JURORS:  Yes.
 23              THE COURT:  All right.  You may be seated.  Not the
 24    jury.  The defendant may be seated.
 25              Jurors, with your verdict in the case your service as
```

```
 1   jurors is at an end.  We thank you for your service.  We know
 2   how extraordinary it has been.  We appreciate the difficulty of
 3   the issues presented to you and the care with which you have
 4   addressed them.
 5          As your service is now at an end, you are discharged
 6   as jurors and you may go.  If you go in to the back room, I'll
 7   be in in just a few minutes to say an informal good-bye to you
 8   before you go on your way, all right?
 9          We'll excuse the jury.
10          THE CLERK:  All rise for the jury.
11          (The jury exits the courtroom at 11:13 a.m.)
12          THE COURT:  I simply want to set a date for
13   sentencing.  We've looked at the calendar.  I think we'll need
14   some time for this.  The date we suggest is Thursday, April
15   12th, at 2 p.m.
16          THE CLERK:  At 2 p.m.
17          MR. CARNEY:  May I have one minute, your Honor,
18   please?
19          (Pause.)
20          MR. CARNEY:  April 12 at 2 p.m.?
21          THE COURT:  Yes.
22          MR. CARNEY:  That's fine.
23          THE COURT:  Is that fine for the government?
24          MR. CHAKRAVARTY:  Yes.
25          THE COURT:  All right.  Let me just thank counsel for
```

```
 1   a very professionally presented case.  Thank you.
 2              We'll be in recess.
 3              THE CLERK:  Court will be in recess.
 4              (The Court exits the courtroom and the proceedings
 5   adjourned at 11:15 a.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2
 3        I, Marcia G. Patrisso, RMR, CRR, Official Reporter of
 4   the United States District Court, do hereby certify that the
 5   foregoing transcript constitutes, to the best of my skill and
 6   ability, a true and accurate transcription of my stenotype
 7   notes taken in the matter of Criminal Action No.
 8   09-10017-GAO-1, United States of America v. Tarek Mehanna.
 9
10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter
12
     Date:  December 20, 2011
13
```