UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 09-10017-GAO

UNITED STATES OF AMERICA,

v.

TAREK MEHANNA,
Defendant.

JURY VERDICT FORM

O'TOOLE, D.J.

**COUNT ONE**

As to COUNT 1 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with conspiracy to provide material support or resources to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B, we, the jury, find the defendant:

_____ NOT GUILTY         _____ GUILTY

**COUNT TWO**

As to COUNT 2 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with conspiracy to provide material support to terrorists, in violation of 18 U.S.C. § 2339A, we, the jury, find the defendant:

_____ NOT GUILTY         _____ GUILTY

## COUNT THREE

As to COUNT 3 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with providing and attempting to provide material support to terrorists, in violation of 18 U.S.C. § 2339A, we, the jury, find the defendant:

_____ NOT GUILTY          \_\_\_✓\_\_\_ GUILTY

## COUNT FOUR

As to COUNT 4 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with conspiracy to kill in a foreign country, in violation of 18 U.S.C. § 956, we, the jury, find the defendant:

_____ NOT GUILTY          \_\_\_✓\_\_\_ GUILTY

## COUNT FIVE

As to COUNT 5 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with conspiracy to make false statements, in violation of 18 U.S.C. § 371, we, the jury, find the defendant:

_____ NOT GUILTY          \_\_\_✓\_\_\_ GUILTY

Case 1:09-cr-10017-GAO   Document 422   Filed 12/20/11   Page 3 of 4

## COUNT SIX

As to COUNT 6 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with making false statements, in violation of 18 U.S.C. § 1001, we, the jury, find the defendant:

_____ NOT GUILTY               \_\_✓\_\_ GUILTY

If you find the defendant guilty on Count 6, please answer "YES" or "NO" as to whether the jury unanimously finds that the government has proven beyond a reasonable doubt that the defendant made these false statements during an investigation involving international terrorism:

_____ NO               \_\_✓\_\_ YES

3

## COUNT SIX

As to COUNT 6 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with making false statements, in violation of 18 U.S.C. § 1001, we, the jury, find the defendant:

_____ NOT GUILTY               \_\_✓\_\_ GUILTY

If you find the defendant guilty on Count 6, please answer "YES" or "NO" as to whether the jury unanimously finds that the government has proven beyond a reasonable doubt that the defendant made these false statements during an investigation involving international terrorism:

_____ NO               \_\_✓\_\_ YES

## COUNT SEVEN

As to COUNT 7 of the Second Superseding Indictment, charging the defendant, Tarek Mehanna, with making false statements, in violation of 18 U.S.C. § 1001, we, the jury, find the defendant:

_____ NOT GUILTY                    ___✓___ GUILTY

If you find the defendant guilty on Count 7, please answer "YES" or "NO" as to whether the jury unanimously finds that the government has proven beyond a reasonable doubt that the defendant made these false statements during an investigation involving international terrorism:

_____ NO                    ___✓___ YES

The foregoing represents the unanimous decision of the jury.

_12/20/11_
DATE

_[signature]_
FOREMAN

4