To Judge George O'Toole:

    During the course of this case, I was arrested on two separate occasions. I would like to highlight the circumstances under which those respective arrests took place.

    On the first occasion, I was at Logan International Airport, with my mother & father. I was en route to the city of Riyadh, the capital of the Kingdom of Saudi Arabia. I was on my way there because for nearly a decade beforehand, it had been my aspiration to settle in the Muslim country upon completing my education. As I neared the date of my college graduation, I was one day contacted by the pharmacy director of the largest, most advanced hospital in the entire Middle East, the King Fahd Medical City. He offered me the task of establishing a new diabetes treatment clinic for the blossoming facility, and I accepted the offer-before I had been threatened with the arrest by the FBI. My contract was impressive: a starting salary of $75,000 (tax-free), free health & dental care, housing/food/transportation and other living expenses all paid for by my employer, round –trip tickets to visit my family in America each year, and since Riyadh is just hours away from the sacred cities of Makkak & Madinah, I would also have all-expenses paid pilgrimage to these cities each weekend. I would essentially be living in the luxury in the region's wealthiest nation, in the environment I was most comfortable and best of all, I would be making a living alleviating the suffering of others. This is the conduct which was interrupted by my first arrest, in late 2008.

    Months later, after my release on bail, I had obtained a teaching position at a local Islamic private school. I was responsible for teaching math, science, and religion to children in grades six through eleven. Over the course of my nine months at the school, I established a unbreakable bond with the children I taught each day. Without doubt, it was the most fulfilling experience of my life. And it was as I prepared to leave the house one morning to continue that experience that I was arrested the second time.

    My intention in highlighting the above it to provide snapshots of my life that share a common theme, and were not highlighted by the government at the trial. Both occasions of my arrest represent how two very different worlds collided: the world in which my body currently resides, and the world which my heart will never leave.

                                            Tarek Mehanna