```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


  _____
                                )
  UNITED STATES OF AMERICA      )
                                )
  V.                            )        NO.  09-CR-10017-GAO
                                )
  TAREK MEHANNA                 )
  _____)
```

### DEFENDANT'S AFFIDAVIT OF COUNSEL AND OFFER OF PROOF CONCERNING JUROR'S STATEMENT TO COUNSEL

On the morning of April 12, 2012, a juror in the case of United States v. Mehanna approached Attorney Sejal Patel in the hallway outside Courtroom 9 and asked to speak with her. Ms. Patel asked her if she could get Attorney Janice Bassil and the juror asked her to please do so. Attorney Bassil met with the juror, who stated the following:

1. She had been unable to sleep after continuing to read about the case.

3. She did not think that Tarek Mehanna was dangerous.

4. She did not think he should spend one more day in prison.

5. She related that the judge had told the jurors that they could come back to the sentencing if they were interested.

6. She stated that she would be willing to tell the judge her views in open court that morning.

I affirm that the above statements are true as related to me on April 12, 2012. Signed under the pains and penalties of perjury this 13th day of April, 2012.

*Janice Bassil*

Tarek Mehanna
By His Attorneys

*Janice Bassil*
Janice Bassil
BBO# 033100

*J. W. Carney, Jr.*
J. W. Carney, Jr.
BBO# 074760

Sejal H. Patel
B.B.O. # 662259

John E. Oh
B.B.O. # 675916

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: April 13, 2012

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Janice Bassil*
Janice Bassil