# Morgan Lewis

**P. Sabin Willett**
Partner
+1.617.951.8775
sabin.willett@morganlewis.com

January 17, 2018

**FILED VIA ECF SYSTEM**

The Honorable George A. O'Toole, Jr.
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   *United States v. Mehanna*, Case No. 09-cr-10017-GAO

Dear Judge O'Toole:

This office is counsel to Tarek Mehanna in connection with his Motion Under 28 U.S.C. § 2255 to Vacate Sentence or, in the Alternative, for a New Trial, Dkt. No. 485 (the "Motion").

The Motion presents important issues related to exculpatory material to which Mr. Mehanna is entitled under *United States v. Giglio*, 405 U.S. 150 (1972). *See generally* Mem. Supp. Mot., Dkt. No. 486. The Motion was filed on September 25, 2015, Dkt. No. 486, and was argued on July 13, 2016, Dkt. No. 508. Mr. Mehanna respectfully requests a ruling on the Motion.

Very truly yours,

*Sabin Willett / ASC*

Sabin Willett

PSW/asc

cc:   Aloke Chakravarty, Esq. *(via ECF system)*
      Arcangelo S. Cella, Esq. *(via ECF system)*

**Morgan, Lewis & Bockius LLP**

One Federal Street
Boston, MA  02110-1726      ☎ +1.617.341.7700
United States              📠 +1.617.341.7701

DB3/ 201741550.1